IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. _____ |
| NOVA CHEMICALS CORPORATION, and NOVA CHEMICALS INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff The Dow Chemical Company states that no publicly held corporation owns 10% or more of its stock.

                                                MORRIS, NICHOLS, ARSHT & TUNNELL

                                                /s/ Rodger D. Smith II
                                                Rodger D. Smith II (#3778)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899
                                                (302) 658-9200
                                                   Attorneys for Plaintiff
                                                   The Dow Chemical Company

October 21, 2005

488896