IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE DOW CHEMICAL COMPANY,    )
    )
    Plaintiff,    )    C.A. No. 05-737 (JJF)
    )
    v.    )
    )
NOVA CHEMICALS CORPORATION    )
(CANADA), AND NOVA CHEMICALS INC.    )
(DELAWARE),    )
    )
    Defendants.    )

## ORDER

The Court, having considered the Plaintiff's Unopposed Motion for Enlargement of Time to Effect Service;

IT IS HEREBY ORDERED that the time in which plaintiff The Dow Chemical Company may effect service of process of the summons and complaint is extended until April 21, 2006.

Dated this _2_ day of _February_, 2006.

_____
United States District Judge