IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE DOW CHEMICAL COMPANY,            )
                                     )
            Plaintiff,               )        C.A. No. 05-737 (JJF)
                                     )
      v.                             )
                                     )
NOVA CHEMICALS CORPORATION           )
(CANADA), AND NOVA CHEMICALS INC.    )
(DELAWARE),                          )
                                     )
            Defendants.              )

## ORDER

The Court, having considered Plaintiff's Unopposed Motion for Enlargement of

Time to Effect Service;

IT IS HEREBY ORDERED that the time in which plaintiff The Dow Chemical

Company may effect service of process of the summons and complaint is extended until June 21,

2006.

Dated this _10_ day of ___April___ , 2006.

_____
United States District Judge