# United States District Court

_____ DISTRICT OF DELAWARE _____

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | ) | |
| | ) | CASE NUMBER: 05-737 |
| v. | ) | |
| | ) | |
| NOVA CHEMICALS CORPORATION, | ) | |
| and NOVA CHEMICALS INC., | ) | |
| | ) | |
| Defendants. | ) | |

TO: NOVA Chemicals Corporation
c/o Secretary of State
John G. Townsend Building
Federal and Duke of York Streets
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

Rodger D. Smith II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    10-21-05
_____                          _____
CLERK                                              DATE

_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 20, 2006 |
| NAME OF SERVER (PRINT) Andrew Smith | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Service was made upon defendant NOVA Chemicals Corporation under the provisions of 10 Del. C. § 3104(d) to the Delaware Secretary of State on June 20, 2006 at 9:56 a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 20, 2006    *[signature]*
Date                          *Signature of Server*

Andrew Smith
Blue Marble
800 North King Street
Wilmington, DE  19801

*Address of Server*