# United States District Court

_____ DISTRICT OF DELAWARE _____

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVA CHEMICALS CORPORATION,<br>and NOVA CHEMICALS INC.,<br><br>    Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 05-737 |

TO:  NOVA Chemicals Inc.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Rodger D. Smith II, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            10-21-05
_____   _____
CLERK                      DATE

_[signature]_
_____
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 20, 2006 |
| NAME OF SERVER (PRINT)<br>Jason Kiracofe | TITLE<br>Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on NOVA Chemicals Inc. registered agent, The Corporation Trust Company on June 20, 2006 at 8:40 a.m. Service was accepted on behalf of CT Co. by Scott LaScala.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/06
Date

Signature of Server
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Fl., Wilm., DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure