IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-737 (JJF) |
| | ) |
| NOVA CHEMICALS CORPORATION, | ) **JURY TRIAL DEMANDED** |
| and NOVA CHEMICALS INC., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between plaintiff, The Dow Chemical Company ("Dow"), and defendants, Nova Chemicals Corporation, and Nova Chemicals Inc. (collectively "Nova"), and subject to the approval of the Court, that the date by which Nova must answer, move, or otherwise respond to Dow's Complaint shall be extended until August 10, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL          POTTER ANDERSON & CORROON LLP

By: /s/ Rodger D. Smith II                                    By: /s/ Richard L. Horwitz
    Rodger D. Smith II (#3778)                              Richard L. Horwitz (#2246)
    1201 N. Market Street                                         Kenneth L. Dorsney (#3726)
    P.O. Box 1347                                                       Hercules Plaza, 6th Floor
    Wilmington, DE 19899-1347                              1313 N. Market Street
    Tel: (302) 658-9200                                             P. O. Box 951
                                                                                      Wilmington, Delaware 19801
*Attorneys for Plaintiff*                                              Tel: (302) 984-6000
                                                                                      Fax: (302) 658-1192
                                                                                      rhorwitz@potteranderson.com
                                                                                      kdorsney@potteranderson.com

Dated: July 6, 2006
739710 / 29645                                                         *Attorneys for Defendants*