IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-737 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada), | ) | |
| and NOVA CHEMICALS INC. (Delaware), | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bruce M. Kanuch, The Dow Chemical Company, 2030 Dow Center, Legal Department, Office 471, Midland, MI 48674 to represent plaintiff The Dow Chemical Company in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorney for Plaintiff*
  *The Dow Chemical Company*

July 25, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
                                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 7/20/2006

Bruce M. Kanuch
Intellectual Property Litigation
THE DOW CHEMICAL COMPANY
2030 Dow Center
Legal Department, Office 471
Midland, MI 48674
(989) 636-2115

529454

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 25, 2006, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon, LLP

I also certify that copies were caused to be served on July 25, 2006 upon the following in the manner indicated:

### BY HAND

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon, LLP
>1313 North Market Street
>Hercules Plaza, 6th Fl.
>Wilmington, DE 19801

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>(302) 658-9200
>rsmith@mnat.com