IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION ) | **JURY TRIAL DEMANDED** |
| (CANADA) and NOVA CHEMICALS INC. ) | |
| (DELAWARE), ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants NOVA Chemicals Corporation and Nova Chemicals Inc. disclose that the following entity directly or indirectly owns 10% or more of NOVA Chemicals Inc.'s stock: NOVA Chemicals (Canada) Ltd. The following entity directly or indirectly owns 10% or more of NOVA Chemicals (Canada) Ltd.'s stock: NOVA Chemicals Corporation.

With respect to Defendant NOVA Chemicals Corporation, the following entity directly or indirectly owns 10% or more of NOVA Chemicals Corporation's stock: Dodge and Cox Funds.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Ford F. Farabow, Jr. | By: */s/ Kenneth L. Dorsney* |
| Ronald A. Bleeker | Richard L. Horwitz (#2246) |
| Joann M. Neth | Kenneth L. Dorsney (#3726) |
| Mark J. Feldstein | Hercules Plaza, 6th Floor |
| Jeffrey W. Abraham | 1313 N. Market Street |
| Troy A. Petersen | Wilmington, Delaware 19801 |
| FINNEGAN, HENDERSON, FARABOW, | Tel: (302) 984-6000 |
|   GARRETT & DUNNER, L.L.P. | Fax: (302) 658-1192 |
| 901 New York Avenue, N.W. | rhorwitz@potteranderson.com |
| Washington, DC 20001-4413 | kdorsney@potteranderson.com |
| (202) 408-4000 | |
| | *Attorneys for Defendants* |
| Dated: August 10, 2006 | *NOVA Chemicals Corporation (Canada) and* |
| 745550 / 29645 | *NOVA Chemicals Inc. (Delaware)* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 10, 2006, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 10, 2006, I have Electronically Mailed the attached document to the following:

Harry J. Roper
Steven R. Trybus
Joseph F. Marinelli
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
jmarinelli@jenner.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809