IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737-JJF |
| ) | |
| NOVA CHEMICALS CORPORATION (Canada), ) | |
| and NOVA CHEMICAL INC. (Delaware), ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff The Dow Chemical Company to file its reply to defendants' counterclaims is extended until September 20, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard L. Horwitz* |
| Rodger D. Smith II (#3778) | Richard L. Horwitz (#2246) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| rsmith@mnat.com | rhorwitz@potteranderson.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED this ___ day of August 2006.

_____
United States District Court Judge

534128