IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-737-JJF |
| | ) |
| NOVA CHEMICALS CORPORATION (Canada), | ) |
| and NOVA CHEMICAL INC. (Delaware), | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that plaintiff The Dow Chemical Company may file the attached Amended Reply To Counterclaims Of Defendants NOVA Chemicals Corporation and NOVA Chemicals Inc. pursuant to Fed. R. Civ. P. 15(a).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
 Attorneys for Plaintiff

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

_____
Richard L. Horwitz (#2246)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
 Attorneys for Defendants

SO ORDERED this ___ day of October 2006.

_____
United States District Court Judge

541459