IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVA CHEMICALS CORPORATION (Canada), ) <br> and NOVA CHEMICAL INC. (Delaware), ) <br> ) <br> Defendants. ) | C.A. No. 05-737-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: (a) the time for plaintiff The Dow Chemical Company to file its Answering Brief in opposition to Defendants' Motion For Judgment On The Pleadings Pursuant To Fed. R. Civ. P. 12(c) (D.I. 20) is extended until December 6, 2006; and (b) the time for Defendants to file their Reply Brief in support of the motion is extended until December 20, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  Attorneys for Plaintiff

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

Richard L. Horwitz (#2246)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
  Attorneys for Defendants

SO ORDERED this ___ day of November 2006.

_____
United States District Court Judge

534128