# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

September 25, 2007

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re: *The Dow Chemical Company v. Nova Chemicals Corporation, et al.*, C.A. No. 05-737-JJF

Dear Judge Farnan:

  Attached is a proposed Scheduling Order in the above-captioned case. The parties' competing proposals concerning bifurcation of willfulness are set forth in paragraph 4 of the proposed Order.

           Respectfully,

           */s/ Rodger D. Smith II*

           Rodger D. Smith II (#3778)

Enclosure

cc: Clerk of Court (By E-Filing; w/encl.)
   Richard L. Horwitz, Esquire (By E-Filing; w/encl.)
   Joann M. Neth, Esquire (By E-Mail; w/encl.)
   Aaron A. Barlow, Esquire (By E-Mail; w/encl.)

1244922