IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada), | ) | |
| and NOVA CHEMICALS INC. (Delaware), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Plaintiff's First Set of Requests for Production of Documents and Things to Nova*; and (2) *Plaintiff's First Set of Interrogatories to Nova*, were caused to be served on October 2, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19899

**BY EMAIL**

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jeffrey.abraham@finnegan.com

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                */s/ Rodger D. Smith II (#3778)*
                                Rodger D. Smith II (#3778)
                                Maria Granovsky (#4709)
                                1201 N. Market Street
                                P.O. Box 1347
                                Wilmington, DE  19899-1347
                                (302) 658-9200
                                rsmith@mnat.com
                                  *Attorney for Plaintiff*
                                  *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Bruce M. Kanuch
The Dow Chemical Co.
2030 Bldg
Midland, MI  48672

October 2, 2007

1251614

2

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 2, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 2, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

> Richard L. Horwitz
> David E. Moore
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

**BY EMAIL**

> Jeffrey W. Abraham
> FINNEGAN, HENDERSON, FARABOW,
>  GARRETT & DUNNER, LLP
> 901 New York Avenue, NW
> Washington, DC 20001
> Jeffrey.abraham@finnegan.com

>> */s/ Rodger D. Smith II (#3778)*
>> Rodger D. Smith II (#3778)
>> MORRIS, NICHOLS, ARSHT & TUNNELL
>> Wilmington, DE 19899
>> (302) 658-9200
>> rsmith@mnat.com