IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,            )<br>                                                              )<br>                         Plaintiff,              )<br>                                                              )<br>        v.                                                  )        C.A. No. 05-737 (JJF)<br>                                                              )<br>NOVA CHEMICALS CORPORATION        )        **JURY TRIAL DEMANDED**<br>(CANADA), and NOVA CHEMICALS INC.  )<br>(DELAWARE),                                         )<br>                                                              )<br>                         Defendants.         ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Nova Chemicals Corporation and Nova Chemicals Inc., hereby certifies that true and correct copies of the following documents were caused to be served on the attorneys of record at the following addresses in the manner and on the date indicated:

> NOVA'S FIRST SET OF INTERROGATORIES (NOS. 1-6) TO DOW
>
> NOVA'S FIRST SET OF REQUESTS (NOS. 1-104) TO DOW FOR PRODUCTION OF DOCUMENTS AND THINGS

**VIA ELECTRONIC MAIL (10/2/07)**

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

**VIA HAND DELIVERY (10/3/07)**

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

                                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:                          By: */s/ Kenneth L. Dorsney*
                                               Richard L. Horwitz (#2246)
Ford F. Farabow, Jr.                    Kenneth L. Dorsney (#3726)
Ronald A. Bleeker                     Hercules Plaza, 6th Floor
Joann M. Neth                          1313 N. Market Street
Mark J. Feldstein                      Wilmington, Delaware 19801
Jeffrey W. Abraham                Tel: (302) 984-6000
Troy A. Petersen                     Fax: (302) 658-1192
FINNEGAN, HENDERSON, FARABOW,   rhorwitz@potteranderson.com
   GARRETT & DUNNER, L.L.P.          kdorsney@potteranderson.com
901 New York Avenue, N.W.
Washington, DC 20001-4413          *Attorneys for Defendants*
(202) 408-4000                             *NOVA Chemicals Corporation (Canada), and*
                                                *NOVA Chemicals Inc. (Delaware)*

Dated: October 3, 2007
822733 / 29645

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on October 3, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on October 3, 2007, I have Electronically Mailed the document to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809 / 29645