IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada), | ) | |
| and NOVA CHEMICALS INC. (Delaware), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant's Supplemental Rule 26(a)(1) Disclosures* were caused to be served on October 23, 2007, upon the following in the manner indicated:

### BY HAND AND EMAIL

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19899

### BY EMAIL

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001
jeffrey.abraham@finnegan.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*
                    Rodger D. Smith II (#3778)
                    Maria Granovsky (#4709)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    rsmith@mnat.com
                      *Attorneys for Plaintiff*
                      *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Bruce M. Kanuch
The Dow Chemical Company
2030 Bldg
Midland, MI  48672

October 23, 2007

1251614

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 23, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 23, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

>Richard L. Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE 19801

**BY EMAIL**

>Jeffrey W. Abraham
>FINNEGAN, HENDERSON, FARABOW,
> GARRETT & DUNNER, LLP
>901 New York Avenue, NW
>Washington, DC 20001
>Jeffrey.abraham@finnegan.com

>>/s/ Rodger D. Smith II
>>Rodger D. Smith II (#3778)
>>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>>Wilmington, DE 19899
>>(302) 658-9200
>>rsmith@mnat.com