IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION (Canada), ) | |
| and NOVA CHEMICALS INC. (Delaware), ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Amended Plaintiff's Supplemental Rule 26(a)(1) Disclosures* were caused to be served on October 25, 2007, upon the following in the manner indicated:

### BY HAND AND EMAIL

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19899

### BY EMAIL

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001
jeffrey.abraham@finnegan.com

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II*
                                      Rodger D. Smith II (#3778)
                                      Maria Granovsky (#4709)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      (302) 658-9200
                                      rsmith@mnat.com
                                         *Attorneys for Plaintiff*
                                         *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Bruce M. Kanuch
The Dow Chemical Company
2030 Bldg
Midland, MI 48672

October 25, 2007

1251614

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 25, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 25, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE 19801

**BY EMAIL**

> Jeffrey W. Abraham
> FINNEGAN, HENDERSON, FARABOW,
>  GARRETT & DUNNER, LLP
> 901 New York Avenue, NW
> Washington, DC 20001
> Jeffrey.abraham@finnegan.com

>  /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19899
> (302) 658-9200
> rsmith@mnat.com