IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,            )<br>                                                              )<br>          Plaintiff,                              )<br>                                                              )<br>      v.                                              )          C.A. No. 05-737 (JJF)<br>                                                              )<br>NOVA CHEMICALS CORPORATION (Canada),  )<br>and NOVA CHEMICALS INC. (Delaware),     )<br>                                                              )<br>          Defendants.                         ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Dow's Responses To Nova's First Set Of Requests (Nos. 1-104) For Production Of Documents And Things*; and (2) *Dow's Responses To Nova's Interrogatories Nos. 1-6,* were caused to be served on November 2, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19899

**BY EMAIL**

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jeffrey.abraham@finnegan.com

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Rodger D. Smith II (#3778)*
                                  Rodger D. Smith II (#3778)
                                  Maria Granovsky (#4709)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899-1347
                                  (302) 658-9200
                                  rsmith@mnat.com
                                    *Attorneys for Plaintiff*
                                    *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Bruce M. Kanuch
The Dow Chemical Company
2030 Bldg
Midland, MI  48672

November 2, 2007

1251614

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on November 2, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on November 2, 2007, upon the following in the manner indicated:

**BY HAND AND EMAIL**

> Richard L. Horwitz
> Kenneth L. Dorsney
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

**BY EMAIL**

> Jeffrey W. Abraham
> FINNEGAN, HENDERSON, FARABOW,
>  GARRETT & DUNNER, LLP
> 901 New York Avenue, NW
> Washington, DC  20001
> Jeffrey.abraham@finnegan.com

> */s/ Rodger D. Smith II (#3778)*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19899
> (302) 658-9200
> rsmith@mnat.com