IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (DELAWARE), | ) ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Nova Chemicals Corporation and Nova Chemicals Inc., hereby certifies that true and correct copies of the following documents were caused to be served on December 7, 2007, upon the following attorneys of record at the following addresses as indicated:

NOVA'S SECOND SET OF REQUESTS (NOS. 105-177) TO
DOW FOR PRODUCTION OF DOCUMENTS AND THINGS

NOVA'S SECOND SET OF INTERROGATORIES (NOS. 7-26)
TO DOW

NOVA'S FIRST SET OF REQUESTS FOR ADMISSIONS (1-47)
TO DOW

**VIA HAND DELIVERY**

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

**VIA ELECTRONIC MAIL**

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

| | |
|---|---|
| OF COUNSEL:<br><br>Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: December 7, 2007<br>836259 / 29645 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Kenneth L. Dorsney*<br>   Richard L. Horwitz (#2246)<br>   Kenneth L. Dorsney (#3726)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, Delaware 19801<br>   Tel: (302) 984-6000<br>   Fax: (302) 658-1192<br>   rhorwitz@potteranderson.com<br>   kdorsney@potteranderson.com<br><br>*Attorneys for Defendants*<br>*NOVA Chemicals Corporation (Canada), and*<br>*NOVA Chemicals Inc. (Delaware)* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, Kenneth L. Dorsney, hereby certify that on December 7, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

    I hereby certify that on December 7, 2007, I have Electronically Mailed the document to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809 / 29645