IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION (Canada), ) | |
| and NOVA CHEMICALS INC. (Delaware), ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: 1) *Plaintiff's Response To First Set of Requests for Admissions (1-47)*; 2) *Dow's Responses to Nova's Second Set of Requests (Nos. 105-177) to Dow for Production of Documents and Things*; and 3) *Dow's Responses to Nova's Second Set of Interrogatories Nos. 7-26* were caused to be served on January 7, 2008, upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, DE  19899

**BY EMAIL**

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC  20001
jeffrey.abraham@finnegan.com

                                      Morris, Nichols, Arsht & Tunnell LLP

                                      */s/ Rodger D. Smith II*

                                      Rodger D. Smith II (#3778)
                                      Maria Granovsky (#4709)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      rsmith@mnat.com
                                         *Attorneys for Plaintiff*
                                         *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Bruce M. Kanuch
The Dow Chemical Company
2030 Bldg
Midland, MI  48672

January 7, 2008
1251614

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 7, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on January 7, 2008, upon the following in the manner indicated:

### BY HAND AND EMAIL

>Richard L. Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, DE  19801

### BY EMAIL

>Jeffrey W. Abraham
>FINNEGAN, HENDERSON, FARABOW,
> GARRETT & DUNNER, LLP
>901 New York Avenue, NW
>Washington, DC  20001
>Jeffrey.abraham@finnegan.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com