**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | **JURY TRIAL DEMANDED** |
| (CANADA), and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice Martin I. Fuchs and Ken Motolenich-Salas of Finnegan, Henderson, Farabow,

Garrett & Dunner, LLP, 901 New York Ave., NW, Washington, DC 20001-4413, to represent

defendants Nova Chemicals Corporation (Canada) and Nova Chemicals Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By:  */s/ Kenneth L. Dorsney*
 Richard L. Horwitz (#2246)
 Kenneth L. Dorsney (#3726)
 Hercules Plaza, 6th Floor
 1313 N. Market Street
 P. O. Box 951
 Wilmington, DE  19899
 (302) 984-6000
 rhorwitz@potteranderson.com
 kdorsney@potteranderson.com

Dated: January 10, 2008
841579/29645

*Attorneys for defendants Nova Chemicals
Corporation (Canada) & Nova Chemicals
Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2008          Signed:    /s/ *Martin I. Fuchs*
                                           Martin I. Fuchs
                                           Finnegan, Henderson, Farabow, Garrett &
                                           Dunner, LLP
                                           901 New York Ave., NW
                                           Washington, DC 20001-4413
                                           Telephone: (202) 408-4099
                                           martin.fuchs@finnegan.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2008          Signed:    /s/ *Ken Motolenich-Salas*
                                            Ken Motolenich-Salas
                                            Finnegan, Henderson, Farabow, Garrett &
                                            Dunner, LLP
                                            901 New York Ave., NW
                                            Washington, DC 20001-4413
                                            Telephone: (202) 408-4156
                                            ken.motolenich-salas@finnegan.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 10, 2008, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I hereby certify that on January 10, 2008, I have Electronically Mailed the document to

the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809 / 29645