IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>NOVA CHEMICALS CORPORATION )<br>(CANADA), and NOVA CHEMICALS INC. )<br>(DELAWARE), )<br>  )<br>Defendants. ) | C.A. No. 05-737 (JJF)<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF MOTION

TO:  Rodger D. Smith II  
Morris, Nichols, Arsht & Tunnell LLP  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE  19899-1347  

Harry J. Roper  
Steven R. Trybus  
Aaron A. Barlow  
Jenner & Block LLP  
One IBM Plaza  
Chicago, IL  60611  

PLEASE TAKE NOTICE that the attached Motion for Leave to Amend and file Defendants' Amended Answer and Counterclaims against Dow will be presented to the Court on February 8, 2008, at 10:00 a.m.

OF COUNSEL:

Ford F. Farabow, Jr.  
Ronald A. Bleeker  
Joann M. Neth  
Mark J. Feldstein  
Jeffrey W. Abraham  
Troy A. Petersen  
Martin I. Fuchs  
Ken Motolenich-Salas  
FINNEGAN, HENDERSON, FARABOW,  
     GARRETT & DUNNER, L.L.P.  
901 New York Avenue, N.W.  
Washington, DC  20001-4413  
Tel:  (202) 408-4000  

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney  
Richard L. Horwitz (#2246)  
Kenneth L. Dorsney (#3726)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, Delaware 19801  
Tel:  (302) 984-6000  
rhorwitz@potteranderson.com  
kdorsney@potteranderson.com  

*Attorneys for Defendants*  
*NOVA Chemicals Corporation (Canada), and*  
*NOVA Chemicals Inc. (Delaware)*

H. Woodruff Turner
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Dated: January 11, 2008
838671 / 29645

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on January 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 11, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>rdsefiling@mnat.com | Harry J. Roper<br>Steven R. Trybus<br>Aaron A. Barlow<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>hroper@jenner.com<br>strybus@jenner.com<br>abarlow@jenner.com |

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809 / 29645