IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVA CHEMICALS CORPORATION )<br>(CANADA), and NOVA CHEMICALS INC. )<br>(DELAWARE), )<br>)<br>Defendants. ) | C.A. No. 05-737 (JJF)<br><br>**JURY TRIAL DEMANDED** |

### ORDER

Having considered Defendants NOVA Chemicals Corporation and NOVA Chemicals Inc.'s ("NOVA") Motion for Leave To Amend and file Defendants' Amended Answer and Counterclaims against Plaintiff The Dow Chemical Company ("Dow") and any response thereto, it is hereby ORDERED that the motion is GRANTED. The amended pleading is deemed filed and served as of the date of this Order

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge