# EXHIBIT 1

**ExxonMobil**
*Chemical*

# EXACT™ Plastomers

## HIGH PERFORMANCE SOLUTIONS FOR TPO APPLICATIONS

EXACT *Plastomers improve the ductility and enhance the overall performance of TPO compounds. They are tough, flexible, clear polymers that contribute these same properties to polymer blends. Whether you need toughening for automotive bumper fascias or low temperature flexibility for non-automotive applications such as sheeting,* EXACT *Plastomers are your solution. Our low-density grades have expanded our portfolio to offer improved TPO modifier performance. These products have an excellent balance of process and product properties, tailored to meet the needs of your application:*

- *Low temperature flexibility and ductility to absorb high-energy impact without brittle failure*
- *Excellent impact/stiffness/flow balance allowing the use of thinner, more complex parts*
- *Excellent weatherability for many TPO applications*

- *Free-flowing pellet form for easy processing, storage, and handling*
- *Production of soft, flexible TPEs via pre-crosslinked masterbatches for grain retention in automotive skins and heat resistance in under-the-hood applications*
- *Recyclability consistent with polyolefin systems*

### ABOUT *EXACT* PLASTOMERS

EXACT Plastomers are metallocene-catalyzed ethylene alpha olefin copolymers with densities in the range from 0.910 to 0.860 and properties in the range between linear low-density polyethylene (LLDPE) and ethylene-propylene rubber (EPR). Three families of EXACT Plastomers based on butene, hexene and octene as comonomers are offered by ExxonMobil and DEXPlastomers. Our EXACT ethylene octene grades are shown in Figure 1. The lower density grades (≤0.870g/cc) are the focus of this fact sheet. Our low-density grades have low levels of crystallinity and very low glass-transition temperatures, making them ideal for TPOs with severe low temperature requirements.



*Figure 1*
*Melt Index vs. Density of Ethylene Octene grades for TPO Applications*

EXACT™ PLASTOMERS – FOR YOUR PRECISE NEEDS

## PEAK PERFORMANCE IN TPOs

*In Polypropylene Homopolymers:*

Our EXACT grades have a range of impact, stiffness, and flow performance characteristics designed to meet the needs of your application (Figure 2). Higher MI grades allow for the use of higher flow polypropylenes (PP) as base resins, which are critical for part designs with complex geometries. EXACT Plastomers afford this flexibility, while still imparting the required amount of toughening to the matrix.





*Figure 2*
*Impact-Flow Balance of Exact grades in Homopolymer Polypropylenes (70:30/PP:Modifier)*

*In Polypropylene Impact Copolymers:*

Studies in model talc-filled TPO formulas show the high performance of our EXACT grades. The blend compositions used are listed below:

| Composition-A: | | Composition-B: | |
|---|---|---|---|
| *35 MFR ICP* | *64 wt%* | *80 MFR ICP* | *64 wt%* |
| *Modifier* | *21 wt%* | *Modifier* | *26 wt%* |
| *Talc* | *15 wt%* | *Talc* | *10 wt%* |

Based on Composition-A, key properties of our grades are shown in Figures 3a and 3b. High performance is achieved, as demonstrated by the high notched izod and instrumented impact values, even at higher flows. In the compound flow range defined by Composition-A, Ductile-Brittle-Transition-Temperature (DBTT) is strongly dependent on modifier density, and thus modifier crystallinity. Low DBTT translates to a more impact resistant compound, in addition to a broader application window.



*Figure 3a*
*Key Property Profile of <0.870 g/cc density grades in 35 MFR ICP Formulation*



*Figure 3b*
*Key Property Profile of ≥0.870 g/cc density grades in 35 MFR ICP Formulation*

The performance of our EXACT grades was also evaluated in very high flow blends (Composition-B). Key properties are shown in Figure 4. Again, our grades expand the performance window of existing products. In a closer look at low temperature impact properties, it might be surprising that even at comparable densities, the higher melt index EXACT 5361 (3MI, 0.860 g/cc) imparts better instrumented impact and notched izod impact performance than EXACT 5062 (0.5MI, 0.860 g/cc). This is due to more favorable matching of the polypropylene and modifier rheologies, which becomes more critical in high flow systems. This is further understood by Figure 5, which shows DBTT versus viscosity ratio $p_{100}$ (viscosity of modifier/ viscosity of PP). As the ratio approaches unity, the DBTT improves. The AFM (Atomic Force Microscopy) micrographs show the more uniform dispersion of the higher flow modifier (EXACT 5361 vs. EXACT 5062) in the PP matrix, resulting in better impact properties.



*Figure 4*
*Key Property Profile in 80 MFR ICP Formulation*

*Figure 5*
*Ductile-Brittle-Transition-Temperature vs. Viscosity Ratio in 80 MFR ICP Formulation*

| EXACT Ethylene Octene Grades | Density (g/cc) | Melt Index (dg/min) | Compound MFR | | Impact Resistance | |
|---|---|---|---|---|---|---|
| | | | 1 | 25+ | -40°C | 25°C |
| 5062 | 0.860 | 0.5 | | | | |
| 5061 | 0.868 | 0.5 | | | | |
| 5171 | 0.870 | 1 | | | | |
| 5371 | 0.870 | 5 | | | | |
| 5361 | 0.860 | 3 | | | | |
| 5181 | 0.882 | 1.1 | | | | |



## HIGH PERFORMANCE SOLUTIONS FOR TPO APPLICATIONS

ExxonMobil's low density EXACT ethylene octene plastomers can help you achieve high performance in your TPO applications. Our broad product offering enables you to achieve the optimum balance of properties for your application.

**Choose EXACT Plastomers – for your precise needs.**

EXACT™ PLASTOMERS — FOR YOUR PRECISE NEEDS

## Worldwide Sales Offices

**Americas**
ExxonMobil Chemical Company
13501 Katy Freeway
Houston, Texas 77079-1398, USA
Tel. 281.584.7614
Fax 281.588.2577

**Europe**
ExxonMobil Chemical
Hermeslaan 2
B-1831 Machelen, Belgium
Tel. 32.02.722.4363
Fax 32.02.722.4369

**Asia Pacific**
ExxonMobil Chemical
1 HarbourFront Place
#06-00 HarbourFront Tower One
Singapore 098633
Tel. 65.6885.8477
Fax 65.6885.8488



ExxonMobil Chemical

exxonmobilchemical.com

©2005 Exxon Mobil Corporation. The user may forward, distribute, and/or photocopy this copyrighted document only if unaltered and complete, including all of its headers, footers, disclaimers, and other information. You may not copy this document to a Web site. ExxonMobil does not guarantee the typical (or other) values. Analysis may be performed on representative samples and not the actual product shipped. The information in this document relates only to the named product or materials when not in combination with any other product or materials. We based the information on data believed to be reliable on the date compiled, but we do not represent, warrant, or otherwise guarantee, expressly or impliedly, the merchantability, fitness for a particular purpose, suitability, accuracy, reliability, or completeness of this information or the products, materials, or processes described. The user is solely responsible for all determinations regarding any use of material or product and any process in its territories of interest. We expressly disclaim liability for any loss, damage, or injury directly or indirectly suffered or incurred as a result of or related to anyone using or relying on any of the information in this document. There is no warranty against patent infringement, nor any endorsement of any product or process, and we expressly disclaim any contrary implication. The terms, "we," "our," "ExxonMobil Chemical," or "ExxonMobil" are used for convenience, and may include any one or more of ExxonMobil Chemical Company, Exxon Mobil Corporation, or any affiliates they directly or indirectly steward. ExxonMobil, the ExxonMobil Emblem, the "Interlocking X" Device, and Exact are trademarks of Exxon Mobil Corporation.

Photos used on this application sheet may be representative of potential product applications only.

Products with densities ≥0.880 may not be available in all regions.

Printed in the USA • May 2005 • 119-0405-100 • 2,000

**exactplastomers.com**

# EXHIBIT 2

## FULLY REDACTED

EXHIBIT 3



# EXCEED™ mLLDPE

### Exceed 1018CA
Premium Blown Film Resin

**Description**

Exceed 1018CA is a hexene copolymer produced using ExxonMobil Chemical's EXXPOL® Technology.

Films made from Exceed 1018CA have outstanding tensile, impact strength and puncture. These superior strength properties, along with excellent drawability, makes this a very versatile packaging film resin.

**Applications**

- Blown stretch
- Shipping sacks
- Heavy duty bags
- Food packaging
- Laminations
- Multilayer packaging film

| Additive Package | PPA | Antiblock | Slip | Thermal Stabilizer |
|---|---|---|---|---|
| Exceed 1018CA | Yes | No | No | Yes |

| Resin Properties | Test Based On | Typical Value / Unit | |
|---|---|---|---|
| Melt Index | ASTM D 1238 | 1 g/10 min | |
| Density | ExxonMobil Method | 0.918 g/cm$^3$ | |
| Peak Melting Temperature | ExxonMobil Method | 119 °C | 246 °F |

**Film Properties (@ thickness 25 µ (1 mil))**

| Property | | Test Based On | Typical Value | Unit |
|---|---|---|---|---|
| Tensile Strength at Yield | MD | ASTM D 882 | 9 MPa | 1300 psi |
| | TD | | 9.7 MPa | 1400 psi |
| Tensile Strength at Break | MD | ASTM D 882 | 75.8 MPa | 11000 psi |
| | TD | | 62.7 MPa | 9100 psi |
| Elongation at Break | MD | ASTM D 882 | 500 % | |
| | TD | | 700 % | |
| 1% Secant Modulus | MD | ASTM D 882 | 183 MPa | 26600 psi |
| | TD | | 205 MPa | 29700 psi |
| Haze | | ASTM D 1003 | 18 % | |
| Gloss MD, 45° | | ASTM D 2457 | 42 | |
| Dart Drop Impact Strength, F50 | | ASTM D 1709A | 560 g | |
| Elmendorf Tear Strength | MD | ASTM D 1922 | 280 g | |
| | TD | | 460 g | |
| Puncture Energy | | ExxonMobil Method | 4.3 J | 38 in-lb |

Film obtained on a 2.5 inch blown film line equipped with a 2.5:1 blow-up ratio, 60 mil die gap, 408°F (209°C) melt temperature, 20 inch frostline and 10 lbs/die inch/hr.

Exceed 1018CA can - in principle - be used in food contact applications in all EU Member States and in the USA (FDA). Migration or use limitations may apply. Please contact your ExxonMobil Chemical representative for more detailed information and/or actual compliance certification documents for the specific grade of interest.

Revised January 2006

©2006 Exxon Mobil Corporation. To the extent the user is entitled to disclose and distribute this document, the user may forward, distribute, and/or photocopy this copyrighted document only if unaltered and complete, including all of its headers, footers, disclaimers, and other information. You may not copy this document to a Web site. ExxonMobil does not guarantee the typical (or other) values. Analysis may be performed on representative samples and not the actual product shipped. The information in this document relates only to the named product or materials when not in combination with any other product or materials. We based the information on data believed to be reliable on the date compiled, but we do not represent, warrant, or otherwise guarantee, expressly or impliedly, the merchantability, fitness for a particular purpose, suitability, accuracy, reliability, or completeness of this information or the products, materials, or processes described. The user is solely responsible for all determinations regarding any use of material or product and any process in its territories of interest. We expressly disclaim liability for any loss, damage, or injury directly or indirectly suffered or incurred as a result of or related to anyone using or relying on any of the information in this document. There is no endorsement of any product or process, and we expressly disclaim any contrary implication. The terms, "we", "our", "ExxonMobil Chemical", or "ExxonMobil" are used for convenience, and may include any one or more of ExxonMobil Chemical Company, Exxon Mobil Corporation, or any affiliates they directly or indirectly steward. ExxonMobil, the ExxonMobil Emblem, the "Interlocking X" Device, and Exceed are trademarks of Exxon Mobil Corporation.

EXHIBIT 4

For more information and technical
assistance contact:

Chevron Phillips Chemical Company LP
P.O. Box 4910
The Woodlands, TX 77387-4910
800.231.1212



**MAR**FLEX®
*POLYETHYLENE*

---

**SUPERIOR FLEXIBLE PACKAGING RESINS**

# MarFlex® D139

### METALLOCENE LINEAR LOW DENSITY POLYETHYLENE

**This mLLDPE is tailored for applications that require:**

- High clarity
- Excellent gloss
- Excellent toughness
- Good sealability

**Typical blown film applications include:**

- Heavy duty packaging
- Clarity packaging

**Slip and antiblock levels may be tailored with the following masterbatches:**

- MarFlex™ ER3341 (25% antiblock in mLLDPE)
- MarFlex™ ER3343 (5% slip in mLLDPE)
- MarFlex™ ER3344 (5% slip and 25% antiblock in mLLDPE)

| Nominal Resin Properties | English | SI | Method |
|---|---|---|---|
| Density | ---- | 0.918 g/cm$^3$ | ASTM D1505 |
| Melt Index, 190C/2.16Kg | ---- | 1.0 g/10min | ASTM D1238 |
| Process Aid | Yes | Yes | --- |
| Antiblock | None | None | --- |
| Slip | None | None | --- |

| Nominal Blown Film Proprties at 1 mil[1] | English | SI | Method |
|---|---|---|---|
| Haze | 5 % | 5 % | ASTM D1003 |
| Gloss, 60° | 130 | 130 | ASTM D2457 |
| COF | 1 | 1 | ASTM D1894 |
| Dart | ---- | 800 g/mil | ASTM D1709 |
| Elmendorf Tear MD | ---- | 270 g/mil | ASTM D1922 |
| Elmendorf Tear TD | ---- | 400 g/mil | ASTM D1922 |
| Tensile Strength at Yield MD | 1600 psi | 11 MPa | ASTM D882 |
| Tensile Strength at Yield TD | 1400 psi | 10 MPa | ASTM D882 |
| Tensile Strength at Break MD | 8400 psi | 58 MPa | ASTM D882 |
| Tensile Strength at Break TD | 8300 psi | 57 MPa | ASTM D882 |
| Tensile Strength Elongation at Break MD | 600 % | 600 % | ASTM D882 |

MSDS #240370

Revision Date November, 2006

*Another quality product from*



**Chevron Phillips**
*Chemical Company LP*

*The Woodlands, Texas*

Before using this product, the user is advised and cautioned to make its own determination and assessment of the safety and suitability of the product for the specific use in question and is further advised against relying on the information contained herein as it may relate to any specific use or application. It is the ultimate responsibility of the user to ensure that the product is suited and the information is applicable to the user's specific application. Chevron Phillips Chemical Company LP does not make, and expressly disclaims, all warranties, including warranties of merchantability or fitness for a particular purpose, regardless of whether oral or written, express or implied, or allegedly arising from any usage of any trade or from any course of dealing in connection with the use of the information contained herein or the product itself. The user expressly assumes all risk and liability, whether based in contract, tort or otherwise, in connection with the use of the information contained herein or the product itself. Further, information contained herein is given without reference to any intellectual property issues, as well as federal, state or local laws which may be encountered in the use thereof. Such questions should be investigated by the user.

For more information and technical
assistance contact:

Chevron Phillips Chemical Company LP
P.O. Box 4910
The Woodlands, TX 77387-4910
800.231.1212



**SUPERIOR FLEXIBLE PACKAGING RESINS**

| | | | |
|---|---|---|---|
| Tensile Strength Elongation at Break TD | 680 % | 680 % | ASTM D882 |
| 1% Secant Modulus MD | 22500 psi | 155 MPa | ASTM D882 |
| 1% Secant Modulus TD | 23200 psi | 160 MPa | ASTM D882 |

1. Produced on LLDPE line 2.5:1 BUR 80 mil Die Gap 8 in Die 250 lbs/hr 400 F Melt Temperature

---

MSDS #240370

Revision Date November, 2006



Another quality product from

*Chevron Phillips*
*Chemical Company LP*

*The Woodlands, Texas*

Before using this product, the user is advised and cautioned to make its own determination and assessment of the safety and suitability of the product for the specific use in question and is further advised against relying on the information contained herein as it may relate to any specific use or application. It is the ultimate responsibility of the user to ensure that the product is suited and the information is applicable to the user's specific application. Chevron Phillips Chemical Company LP does not make, and expressly disclaims, all warranties, including warranties of merchantability or fitness for a particular purpose, regardless of whether oral or written, express or implied, or allegedly arising from any usage of any trade or from any course of dealing in connection with the use of the information contained herein or the product itself. The user expressly assumes all risk and liability, whether based in contract, tort or otherwise, in connection with the use of the information contained herein or the product itself. Further, information contained herein is given without reference to any intellectual property issues, as well as federal, state or local laws which may be encountered in the use thereof. Such questions should be investigated by the user.



# Material Safety Data Sheet

## SECTION 1 PRODUCT AND COMPANY IDENTIFICATION

# MARLEX® and MARFLEX® Polyethylenes (All Grades except CL, L and Masterbatch Series)

**Product Use:** Extrusion and Compounding, Film and Coatings, Molded Articles, Plastic Molding Compound, Resin
**Product Number(s):** 0001098194, 0001041625, 0001094725, 0001068160, 0001041626, 0001041627, 0001097683, 0001094724, 0001097684, 0001097685, 0001041614, 0001097686, 0001097682
**Synonyms:** Plastic
**Product CAS No.:** Mixture

**Company Identification:**
Chevron Phillips Chemical Company LP
10001 Six Pines Drive
The Woodlands, TX 77380

**Product Information:**
MSDS Requests: 1 - (800) 852-5530
Technical Information: 1 - (800) 852-5531
Responsible Party: Product Safety Group
Email:msds@cpchem.com

Chevron Phillips Chemicals International N.V.
Brusselsesteenweg 355
B-3090 Overijse
Belgium

**24-Hour Emergency Telephone Numbers**
HEALTH:Chevron Phillips Emergency Information Center 866.442.9628 (North America) and 1.832.813.4984 (International)
TRANSPORTATION:     North America: CHEMTREC 800.424.9300 or 703.527.3887
ASIA: +1.703.527.3887
EUROPE: BIG .32.14.584545 (phone) or .32.14.583516 (telefax)
SOUTH AMERICA SOS-Cotec Inside Brazil: 0800.111.767
Outside Brazil: 55.19.3467.1600

MEDICAL APPLICATION CAUTION: Do not use this Chevron Phillips Chemical Company LP material in medical applications involving permanent implantation in the human body or permanent contact with internal body fluids or tissues.

Do not use this Chevron Phillips Chemical Company LP material in medical applications involving brief or temporary

**Revision Number:** 8
**Revision Date:** 08/07/2007

1 of 9

MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L
and Masterbatch Series)
MSDS : 240370

implantation in the human body or contact with internal body fluids or tissues unless the material has been provided directly from Chevron Phillips Chemical Company LP under an agreement which expressly acknowledges the contemplated use.

Chevron Phillips Chemical Company LP makes no representation, promise, express warranty or implied warranty concerning the suitability of this material for use in implantation in the human body or in contact with internal body fluids or tissues.

## SECTION 2 HAZARDS IDENTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EMERGENCY OVERVIEW
Opaque, translucent waxy pellets or fluff, mild odor.

- FORMALDEHYDE MAY BE PRODUCED AT ELEVATED TEMPERATURE.
- DUST MAY PRODUCE MECHANICAL IRRITATION TO THE MUCOUS MEMBRANES OF THE EYES, NOSE,
  THROAT AND UPPER RESPIRATORY TRACT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMMEDIATE HEALTH EFFECTS:**
**Eye:** If this material is heated, thermal burns may result from eye contact. Contact with the eyes may cause irritation due to the abrasive action of the dust. Not expected to cause prolonged or significant eye irritation. Material is dusty and may scratch the surface of the eye.
**Skin:** Thermal burns to the skin: may include pain or feeling of heat, discoloration, swelling, and blistering. If this material is heated, thermal burns may result from skin contact. Contact with the skin is not expected to cause prolonged or significant irritation. Contact with the skin is not expected to cause an allergic skin response. Not expected to be harmful to internal organs if absorbed through the skin.
**Ingestion:** Not expected to be harmful if swallowed.
**Inhalation:** The dust from this material may cause respiratory irritation. If this material is heated, fumes may be unpleasant and produce nausea and irritation of the upper respiratory tract.

## SECTION 3 COMPOSITION/ INFORMATION ON INGREDIENTS

| COMPONENT | CAS NUMBER | AMOUNT | EINECS | SYM | R-PHRASES |
|---|---|---|---|---|---|
| Polyethylene | 9002-88-4 | < 100 % weight | EXEMPT | NA | NA |
| Polyethylene Hexene Copolymer | 25213-02-9 | < 100 % weight | EXEMPT | NA | NA |
| Additives | Various | < 4 % weight | NA | NA | NA |

### Occupational Exposure Limits:

| Component | Limit | TWA | STEL | Ceiling / Peak | Notation |
|---|---|---|---|---|---|
| Polyethylene | ACGIH | 3 mg/m3 | NA | NA | NA |
| Polyethylene | CPCHEM | Not Established | NA | NA | NA |
| Polyethylene | German MAK | 6 mg/m3 | NA | NA | NA |
| Polyethylene Hexene Copolymer | CPCHEM | Not Established | NA | NA | NA |

Control as Particulate Not Otherwise Classified (PNOC). The ACGIH Guideline* for respirable dust is 3.0 mg/m3 and 10.0 mg/m3 for total dust. The OSHA PEL for respirable dust is 5.0 mg/m3 and 15.0 mg/m3 for total dust.

Revision Number: 8
Revision Date: 08/07/2007

2 of 9

MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L
and Masterbatch Series)
MSDS : 240370

\* This value is for inhalable (total) particulate matter containing no asbestos and < 1.0% crystalline silica.

## SECTION 4 FIRST AID MEASURES

**Eye:** Flush eyes with running water immediately while holding the eyelids open. Remove contact lenses, if worn, after initial flushing, and continue flushing for at least 15 minutes. Get immediate medical attention. If heated material should splash into eyes, flush eyes immediately with fresh water for 15 minutes while holding the eyelids open. Remove contact lenses, if worn. Get immediate medical attention.
**Skin:** To remove the material from skin, use soap and water. Discard contaminated clothing and shoes or thoroughly clean before reuse. Get medical attention if any symptoms develop. If the hot material gets on skin, quickly cool in water. See a doctor for extensive burns. Do not try to peel the solidified material from the skin or use solvents or thinners to dissolve it. The use of vegetable oil, mineral oil, or petroleum jelly is recommended for removal of this material from the skin.
**Ingestion:** If swallowed, do not induce vomiting. Give the person a glass of water or milk to drink and get immediate medical attention. Never give anything by mouth to an unconscious person.
**Inhalation:** Move the exposed person to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical attention if breathing difficulties continue.

## SECTION 5 FIRE FIGHTING MEASURES

**Explosive dust clouds may be produced.**
**FIRE CLASSIFICATION:**
OSHA Classification (29 CFR 1910.1200): Not classified by OSHA as flammable or combustible.
**NFPA RATINGS:**      **Health:** 1      **Flammability:** 1      **Reactivity:** 0
**FLAMMABLE PROPERTIES:**
**Flashpoint:** 340°C (644°F)
**Autoignition:** 380°C (716°F)
**Flammability (Explosive) Limits (% by volume in air):**      **Lower:** NA      **Upper:** NA

**EXTINGUISHING MEDIA:** Use water fog, foam, dry chemical or carbon dioxide (CO2) to extinguish flames.

**PROTECTION OF FIRE FIGHTERS:**
**Fire Fighting Instructions:** If possible, water should be applied as a spray from a fogging nozzle since this is a surface burning material. The application of high velocity water will spread the burning surface layer. This material will burn although it is not easily ignited. For fires involving this material, do not enter any enclosed or confined fire space without proper protective equipment, including self-contained breathing apparatus.
**Combustion Products:** Incomplete combustion can also produce formaldehyde. Normal combustion forms carbon dioxide, water vapor and may produce carbon monoxide, original monomer, other hydrocarbons and hydrocarbon oxidation products, depending on temperature and air availability.

## SECTION 6 ACCIDENTAL RELEASE MEASURES

**Protective Measures:** Eliminate all sources of ignition in vicinity of spilled material. Wear appropriate personal protective equipment when cleaning up spills. Refer to Section 8.
**Spill Management:** Avoid creating dust clouds. Shovel, sweep up or use industrial vacuum cleaner to pick up. Place in container for proper disposal. Reduce airborne dust and prevent scattering by moistening with water.
Stop the source of the release if you can do it without risk. Contain release to prevent further contamination of soil, surface water or groundwater. Clean up spill as soon as possible, observing precautions in Exposure Controls/Personal Protection. Use appropriate techniques such as applying non-combustible sorbent materials or pumping. Where feasible and appropriate, remove contaminated soil. Place contaminated materials in disposable containers and dispose of in a

**Revision Number:** 8
**Revision Date:** 08/07/2007
3 of 9
MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L
and Masterbatch Series)
MSDS: 240370

manner consistent with applicable regulations.  If heated material is spilled, allow it to cool before proceeding with disposal methods.
**Reporting:** U.S.A. regulations may require reporting spills of this material that could reach any surface waters.  Report spills to local authorities and/or the National Response Center at (800) 424-8802 as appropriate or required.

## SECTION 7 HANDLING AND STORAGE

**READ AND OBSERVE ALL PRECAUTIONS ON PRODUCT LABEL .   REFER TO PRODUCT LABEL OR MANUFACTURERS TECHNICAL BULLETINS FOR THE PROPER USE AND HANDLING OF THIS MATERIAL .**

**Precautionary Measures:** Use caution to avoid creation of dusts and to prevent inhalation of product dust (fines).  Avoid contact with product dust.  Airborne dust concentrations above 20 mg/L may create a dust explosion hazard.  Keep out of water sources and sewers.  Spilled pellets may create a slipping hazard.  Avoid breathing vapors or fumes which may be released during thermal processing.  Do not breathe dust at levels above the recommended exposure limits.  Avoid breathing material.  Keep container closed.  Use only with adequate ventilation.  Avoid contact with eyes, skin and clothing.  Discard contaminated clothing and shoes or thoroughly clean before reuse.  Avoid contact of heated material with eyes, skin, and clothing.  Do not breathe dust.  Avoid contaminating soil or releasing this material into sewage and drainage systems and bodies of water.
**Unusual Handling Hazards:** Potentially toxic/irritating fumes may be evolved from heated material.  At temperatures (>350°F, >177°C), polyethylenes can release vapors and gases, which are irritating to the mucous membranes of the eyes, mouth, throat, and lungs.  These substances may include acetaldehyde, acetone, acetic acid, formic acid, formaldehyde and acrolein.  Based on animal data and limited epidemiological evidence, NTP, IARC (2A), and OSHA have listed formaldehyde as a probable human carcinogen.  Following all recommendations within this MSDS should minimize exposure to thermal processing emissions.
**Static Hazard:** Electrostatic charge may accumulate and create a hazardous condition when handling this material. To minimize this hazard, bonding and grounding may be necessary but may not, by themselves, be sufficient. Review all operations, which have the potential of generating an accumulation of electrostatic charge and/or a flammable atmosphere (including tank and container filling, splash filling, tank cleaning, sampling, gauging, switch loading, filtering, mixing, agitation, and vacuum truck operations) and use appropriate mitigating procedures. For more information, refer to OSHA Standard 29 CFR 1910.106, 'Flammable and Combustible Liquids, National Fire Protection Association (NFPA 77), Recommended Practice on Static Electricity' (liquids, powders and dusts), and/or the American Petroleum Institute (API) Recommended Practice 2003, 'Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents' (liquids).
**General Storage Information:** Treat as a solid that can burn. Store away from oxidizing materials, in a cool, dry place with adequate ventilation. Bond and ground transfer equipment. DO NOT USE OR STORE near heat, sparks or open flames.  USE AND STORE ONLY IN WELL VENTILATED AREA.  Keep container closed when not in use.
**Container Warnings:** Container is not designed to contain pressure. Do not use pressure to empty container or it may rupture with explosive force.  Empty containers retain product residue (solid, liquid, and/or vapor) and can be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose such containers to heat, flame, sparks, static electricity, or other sources of ignition.  They may explode and cause injury or death.  Empty containers should be completely drained, properly closed, and promptly returned to a drum reconditioner or disposed of properly.  Containers, even those that have been emptied, can contain residues of dusts or solid particulates which may create both health and fire/explosion hazards.

## SECTION 8 EXPOSURE CONTROLS/PERSONAL PROTECTION

## GENERAL CONSIDERATIONS:
Consider the potential hazards of this material (see Section 3), applicable exposure limits, job activities, and other substances in the work place when designing engineering controls and selecting personal protective equipment.  If engineering controls or work practices are not adequate to prevent exposure to harmful levels of this material, the personal protective equipment listed below is recommended.  The user should read and understand all instructions and

limitations supplied with the equipment since protection is usually provided for a limited time or under certain circumstances.

**ENGINEERING CONTROLS:**
Use in a well-ventilated area. If handling results in dust generation, special ventilation may be needed to ensure that dust exposure does not exceed the OSHA PEL for nuisance dust. If heated material generates vapor or fumes, use process enclosures, local exhaust ventilation, or other engineering controls to control exposure.

**PERSONAL PROTECTIVE EQUIPMENT:**
**Eye/Face Protection:** Wear eye protection such as safety glasses, chemical goggles, or faceshields if engineering controls or work practices are not adequate to prevent eye contact. If this material is heated, wear chemical goggles or safety glasses and a face shield.
**Skin Protection:** If this material is heated, wear insulated clothing to prevent skin contact if engineering controls or work practices are not adequate to prevent skin contact.
**Respiratory Protection:** No respiratory protection is normally required. If heated material generates vapor or fumes that are not adequately controlled by ventilation, wear a NIOSH approved respirator. Use the following elements for air-purifying respirators: Organic Vapor and Formaldehyde.
Use a positive pressure, air-supplying respirator if there is potential for uncontrolled release, exposure levels are not known, or other circumstances where air-purifying respirators may not provide adequate protection.

**Occupational Exposure Limits:**

| Component | Limit | TWA | STEL | Ceiling / Peak | Notation |
|---|---|---|---|---|---|
| Polyethylene | ACGIH | 3 mg/m3 | NA | NA | NA |
| Polyethylene | CPCHEM | Not Established | NA | NA | NA |
| Polyethylene | German MAK | 6 mg/m3 | NA | NA | NA |
| Polyethylene Hexene Copolymer | CPCHEM | Not Established | NA | NA | NA |

Control as Particulate Not Otherwise Classified (PNOC). The ACGIH Guideline* for respirable dust is 3.0 mg/m3 and 10.0 mg/m3 for total dust. The OSHA PEL for respirable dust is 5.0 mg/m3 and 15.0 mg/m3 for total dust.

* This value is for inhalable (total) particulate matter containing no asbestos and < 1.0% crystalline silica.

## SECTION 9  PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE AND ODOR:** Opaque, translucent waxy pellets or fluff, mild odor.
**pH:** NA
**Flashpoint:** 340°C  (644°F)
**VAPOR PRESSURE:** NA
**VAPOR DENSITY (AIR=1):** NA
**BOILING POINT:** NA
**SOLUBILITY (in water):** Negligible
**MELTING POINT:** 100°C (212°F) - 135°C (275°F)
**SPECIFIC GRAVITY:** 0.91 - 1.02
**DENSITY:** 0.91 g/cm3 - 0.97  g/cm3

## SECTION 10  STABILITY AND REACTIVITY

**Chemical Stability:** This material is considered stable under normal ambient and anticipated storage and handling conditions of temperature and pressure.

**Conditions to Avoid:** Not Applicable
**Incompatibility With Other Materials:** May react with oxygen and strong oxidizing agents, such as chlorates, nitrates, peroxides, etc.
**Hazardous Decomposition Products:** Low molecular weight hydrocarbons, alcohols, aldehydes, acids and ketones can be formed during thermal processing.
**Hazardous Polymerization:** Hazardous polymerization will not occur.

## SECTION 11 TOXICOLOGICAL INFORMATION

### IMMEDIATE HEALTH EFFECTS:

**Acute Oral Toxicity:** Polyethylene: NOAEL / rat / > 7950 mg/kg
**Acute Dermal Toxicity:** LD50 / not known
**Acute Inhalation Toxicity:** LD50 / not known

**Eye Irritation:** This material is not expected to be irritating to the eyes.
**Skin Irritation:** This material is not expected to be irritating to the skin.
**Sensitization:** Dermal - not a sensitizer / human

### ADDITIONAL TOXICOLOGY INFORMATION:

This product contains POLYMERIZED OLEFINS.
During thermal processing (>350°F, >177°C) polyolefins can release vapors and gases (aldehydes, ketones and organic acids) which are irritating to the mucous membranes of the eyes, mouth, throat, and lungs. Generally these irritant effects are all transitory. However, prolonged exposure to irritating off-gases can lead to pulmonary edema. Formaldehyde (an aldehyde) has been classified as a probable human carcinogen by NTP, IARC (2A), and OSHA based on animal data and limited epidemiological evidence.

The toxicological properties of this product have not been tested or have not been tested completely and its handling or use may be hazardous. EXERCISE DUE CARE.

Long-term exposure to high dust concentrations may cause non-debilitating lung changes.

## SECTION 12 ECOLOGICAL INFORMATION

### ECOTOXICITY:

This material is not expected to be harmful to aquatic organisms. Fish or birds may eat pellets which may obstruct their digestive tracts.

### ENVIRONMENTAL FATE:

This material is not expected to be readily biodegradable.

## SECTION 13 DISPOSAL CONSIDERATIONS

Use material for its intended purpose or recycle if possible. This material, if it must be discarded, may meet the criteria of a hazardous waste as defined by US EPA under RCRA (40 CFR 261) or other State and local regulations. Measurement of certain physical properties and analysis for regulated components may be necessary to make a correct determination. If this material is classified as a hazardous waste, federal law requires disposal at a licensed hazardous waste disposal facility.

---

**Revision Number:** 8
**Revision Date:** 08/07/2007

6 of 9

**MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L
and Masterbatch Series)
MSDS :** 240370

## SECTION 14 TRANSPORT INFORMATION

The description shown may not apply to all shipping situations.  Consult appropriate Dangerous Goods Regulations, for additional description requirements (e.g., technical name) and mode-specific or quantity-specific shipping requirements.

**Shipping Descriptions per regulatory authority.**

**US DOT**

> NOT REGULATED AS A HAZARDOUS MATERIAL OR DANGEROUS GOODS FOR TRANSPORTATION

**ICAO / IATA**

> NOT REGULATED AS A HAZARDOUS MATERIAL OR DANGEROUS GOODS FOR TRANSPORTATION

**IMO / IMDG**

> NOT REGULATED AS A HAZARDOUS MATERIAL OR DANGEROUS GOODS FOR TRANSPORTATION

**RID / ADR**

> NOT REGULATED AS A HAZARDOUS MATERIAL OR DANGEROUS GOODS FOR TRANSPORTATION

## SECTION 15 REGULATORY INFORMATION

**SARA 311/312 CATEGORIES:**

| | | |
|---|---|---|
| 1. | Immediate (Acute) Health Effects: | NO |
| 2. | Delayed (Chronic) Health Effects: | NO |
| 3. | Fire Hazard: | NO |
| 4. | Sudden Release of Pressure Hazard: | NO |
| 5. | Reactivity Hazard: | NO |

**REGULATORY LISTS SEARCHED:**

| | | |
|---|---|---|
| 01= CA Prop 65 | 17 = FDA 178 | 33 = RCRA Waste Appendix VIII |
| 02 = LA RTK | 18 = FDA 179 | 34 = RCRA Waste D-List |
| 03 = MA RTK | 19 = FDA 180 | 35 = RCRA Waste P-List |
| 04 =MN Hazardous Substance | 20 = FDA 181 | 36 = RCRA Waste U-List |
| 05 =NJ RTK | 21 = FDA 182 | 37 = SARA Section 302 |
| 06 = PA RTK | 22 = FDA 184 | 38 = SARA Section 313 |
| 07 = CAA Section 112 HAPs | 23 = FDA 186 | 39 = TSCA 12 (b) |
| 08 = CWA Section 307 | 24 = FDA 189 | 40 = TSCA Section 4 |
| 09 = CWA Section 311 | 25 = IARC Group 1 | 41 = TSCA Section 5(a) |
| 10 =DOT Marine Pollutant | 26 = IARC Group 2A | 42 = TSCA Section 8(a) CAIR |
| 11 = FDA 172 | 27 = IARC Group 2B | 43 = TSCA Section 8(a) PAIR |
| 12 = FDA 173 | 28 = IARC Group 3 | 44 = TSCA Section 8(d) |
| 13 = FDA 174 | 29 = IARC Group 4 | 45 = WHIMS - IDL |
| 14 = FDA 175 | 30 = NTP Carcinogen | 46 = Germany D TAL |
| 15 = FDA 176 | 31 = OSHA Carcinogen | 47 = Germany WKG |
| 16 = FDA 177 | 32 = OSHA Highly Hazardous | 48 = DEA List 1 |
| | | 49 = DEA List 2 |

**Revision Number:** 8
**Revision Date:** 08/07/2007

7 of 9

MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L
and Masterbatch Series)
MSDS : 240370

**The following components of this material are found on the regulatory lists indicated.**
Polyethylene                                        4

**WHMIS CLASSIFICATION:**
This product is not considered a controlled product according to the criteria of the Canadian Controlled Products Regulations.

**CHEMICAL INVENTORY LISTINGS:**
AUSTRALIA: This material contains components that require notification before sale or importation into Australia.
CANADA: All the components of this material are on the Canadian Domestic Substances List (DSL) or are exempt from notification.
PEOPLE'S REPUBLIC OF CHINA: All the components of this product are listed on the Inventory of Existing Chemical Substances in China.
KOREA: All the components of this product are on the Existing Chemicals List (ECL) in Korea.
UNITED STATES: All of the components of this material are on the Toxic Substances Control Act (TSCA) Chemical Inventory.
PHILIPPINES: All the components of this product are listed on the Philippine Inventory of Chemicals and Chemical Substances (PICCS).
JAPAN: This material contains components that require notification before sale or importation into Japan.
EUROPEAN UNION (EU): This product is exempt from inventory listing requirements..

**EU RISK AND SAFETY PHRASES:**
S22: Do not breathe dust.

**EU Symbols:** NA - Not Applicable

## SECTION 16 OTHER INFORMATION

**NFPA RATINGS:**     Health: 1     Flammability: 1     Reactivity: 0     Special: NA

(0-Least, 1-Slight, 2-Moderate, 3-High, 4-Extreme, PPE:- Personal Protection Equipment Index recommendation, *- Chronic Effect Indicator).  These values are obtained using the guidelines or published evaluations prepared by the National Fire Protection Association (NFPA).

**REVISION STATEMENT:**  The following sections have been updated: 15

**ABBREVIATIONS THAT MAY HAVE BEEN USED IN THIS DOCUMENT:**

| | | | |
|---|---|---|---|
| TLV | - Threshold Limit Value | TWA | - Time Weighted Average |
| STEL | - Short-term Exposure Limit | PEL | - Permissible Exposure Limit |
| ACGIH | - American Conference of Government Industrial Hygienists | OSHA | - Occupational Safety & Health Administration |
| NIOSH | - National Institute for Occupational Safety & Health | NFPA | - National Fire Protection Agency |
| WHMIS | - Workplace Hazardous Materials Information System | IARC | - Intl. Agency for Research on Cancer |
| EINECS | - European Inventory of existing Commercial Chemical Substances | RCRA | - Resource Conservation Recovery Act |
| SARA | - Superfund Amendments and | TSCA | - Toxic Substance Control Act |

|  |  |  |  |
|---|---|---|---|
| | Reauthorization Act. | | |
| EC50 | - Effective Concentration | LC50 | - Lethal Concentration |
| LD50 | - Lethal Dose | CAS | - Chemical Abstract Service |
| NDA | - No Data Available | NA | - Not Applicable |
| <= | - Less Than or Equal To | >= | - Greater Than or Equal To |
| CNS | - Central Nervous System | MAK | - Germany Maximum Concentration Values |

---

**This data sheet is prepared according to the latest adaptation of the EEC Guideline 67/548.**
**This data sheet is prepared according to the OSHA Hazard Communication Standard (29 CFR 1910.1200).**
**This data sheet is prepared according to the ANSI MSDS Standard (Z400.1).**
**This data sheet was prepared by EHS Product Stewardship Group, Chevron Phillips Chemical Company LP, 10001 Six Pines Drive, The Woodlands, TX  77380.**

---

**The above information is based on the data of which we are aware and is believed to be correct as of the date hereof.  Since this information may be applied under conditions beyond our control and with which we may be unfamiliar and since data made available subsequent to the date hereof may suggest modifications of the information,  we do not assume any responsibility for the results of its use.  This information is furnished upon condition that the person receiving it shall make his own determination of the suitability of the material for his particular purpose.**

Revision Number:  8
Revision Date:  08/07/2007

9 of 9

MARLEX® and MARFLEX®
Polyethylenes (All Grades except CL, L and Masterbatch Series)
MSDS : 240370

# EXHIBIT 5

201

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

STRATOS LIGHTWAVE, INC.,           :
                                   :
            Plaintiff,             :
                                   :
      v.                           :       Civil Action No. 01-309 JJF
                                   :
E20 COMMUNICATIONS, INC.,          :
                                   :
            Defendant.             :

## MEMORANDUM ORDER

Presently before the Court are Stratos Lightwave, Inc.'s
("Stratos") Motion To Stay Discovery On E20's Antitrust
Counterclaim (D.I. 150-1) and Motion For A Separate Trial
Pursuant To Federal Rule Of Civil Procedure 42(b) (D.I. 150-2).
For the reasons discussed, the Court will grant both motions.

### BACKGROUND

In May, 2001, Stratos filed a lawsuit alleging that E20
Communications, Inc. ("E20") infringed seven patents, each
related to optoelectronic transceiver modules.  On September 10,
2002, E20 requested leave to file an Amended Answer and Amended
Counterclaims to assert antitrust violations.  On October 28,
2002, after the close of discovery, the Court granted this
request.

### DISCUSSION

I.   Parties' Contentions

      Stratos contends that separate trials are appropriate

because discovery on the antitrust counterclaims will be unique and take months to complete. (D.I. 151.) Specifically, Stratos contends that discovery is needed on other forms of optoelectronic transceivers, their prices, market demand, market size, and barriers to market entry.

Further, Stratos contends that the antitrust counterclaims involve different legal issues and evidence unrelated to the patent infringement case. Stratos contends that, in deciding the antitrust counterclaims, the Court would hear testimony regarding eight different contracts and involving a dozen parties, and other distinct testimony. Consequently, Stratos argues that bifurcation of the complex antitrust counterclaims from the patent infringement claims will benefit judicial economy. Stratos contends judicial economy will also served by bifurcation because, if it wins on its patent infringement claims, the antitrust counterclaims will be defeated, obviating a trial.

Stratos requests that, if trial on the antitrust counterclaims is postponed, discovery on the counterclaims also be postponed. Stratos contends that, given the complexity and depth of the discovery necessary, discovery on the antitrust counterclaims should be postponed until after the patent claims are resolved.

E20 contends that it is appropriate to simultaneously try the patent infringement claims and the antitrust counterclaims

2

despite Stratos's lack of discovery. E2O contends that it has offered to cooperate in extending discovery and allowing Stratos additional time, but Stratos has never addressed this offer. E2O contends that sufficient discovery on the antitrust counterclaims has been conducted.

E2O asserts that two trials will cause unnecessary delay, additional expenses, and prejudice. E2O contends that separate trials would be inefficient and expensive for itself and for the witnesses, some of whom will be coming from California and Illinois. E2O contends that the antitrust counterclaims and patent infringement claims are interrelated and that one trial will promote judicial economy.

E2O requests that, should the Court bifurcate the trial, in the interest of judicial economy, its antitrust, inequitable conduct, and invalidity counterclaims and defenses be heard by the jury first.

## II. Legal Standard

Under Federal Rule of Civil Procedure 42(b) ("Rule 42(b)"), "a district court has broad discretion in separating issues and claims for trial as part of its wide discretion in trial management." Gardco Mfg., Inc. v. Herst Lighting Co., 820 F.2d 1209, 1212 (Fed. Cir. 1987). Courts, when exercising their broad discretion to bifurcate issues for trial under Rule 42(b), should consider whether bifurcation will avoid prejudice, conserve

3

judicial resources, and enhance juror comprehension of the issues presented in the case. Union Carbide Corp. v. Montell N.V., 28 F. Supp. 2d 833, 837 (S.D.N.Y. 1998). "In deciding whether one trial or separate trials will best serve [the above factors] ... the major consideration is directed toward the choice most likely to result in a just final disposition of the litigation." In re Innotron Diagnostics, 800 F.2d 1077, 1084 (Fed. Cir. 1986).

## III. Decision

In the instant case, the Court concludes that severing the patent infringement claims from the antitrust counterclaims will further judicial economy, efficiency, and convenience. A review of the antitrust counterclaims does not reveal any substantial similarities between the patent infringement claims and the antitrust counterclaims. Also, the antitrust counterclaims are complex and generally present different issues of proof. Additionally, in order to argue the antitrust claims, E20 will be relying on witnesses, contracts, and testimony unrelated to the patent infringement claims.

Therefore, the Court will sever the antitrust counterclaims and delay the consideration of the counterclaims until after the infringement claims have been resolved. The Court will also stay discovery on the antitrust counterclaims until after the infringement claims have been resolved, when it will be clear whether trial on the antitrust counterclaims is necessary.

4

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Stratos's Motion to Stay Discovery on E20's Antitrust
    Counterclaim (D.I. 150-1) is **GRANTED**.

2.  Stratos's Motion for a Separate Trial on that
    Counterclaim Pursuant to Federal Rule of Civil
    Procedure ("F.R.C.P.") 42(b) (D.I. 150-2) is **GRANTED**.

3/31/09
DATE

UNITED STATES DISTRICT JUDGE

5