## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVA CHEMICALS CORPORATION )<br>(CANADA), and NOVA CHEMICALS INC. )<br>(DELAWARE), )<br>)<br>Defendants. ) | C.A. No. 05-737 (JJF)<br><br>**JURY TRIAL DEMANDED** |

### NOVA'S ANSWERING BRIEF TO DOW'S CROSS-MOTION, IN THE ALTERNATIVE, TO BIFURCATE AND STAY DISCOVERY ON NOVA'S ANTITRUST COUNTERCLAIMS

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Martin I. Fuchs
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Tel: (202) 408-4000

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Dated: February 4, 2008
846322 / 29645

Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

# TABLE OF AUTHORITIES

**CASES**

*Agfa Corp. v. Creo Products Inc.*
    451 F.3d 1366 (Fed. Cir. 2006)................................................................................1

*Gardco Mfg., Inc. v. Herst Lighting, Co.*,
    820 F.2d 1209 (Fed. Cir. 1987)................................................................................1

*McKesson Information Solutions, Inc. v. Bridge Medical, Inc.*,
    2006 WL 1652518 (E.D.Cal. 2006)..........................................................................1

**OTHER AUTHORITIES**

Fed. R. Civ. Pro. Rule 26 ................................................................................................1

i

NOVA Chemicals Corporation and NOVA Chemicals, Inc. (collectively "NOVA") does not oppose Dow Chemical Company's ("Dow") motion to bifurcate and stay discovery on NOVA's antitrust counterclaims (D.I. 43) to the extent the stay does not limit discovery to which NOVA would otherwise be entitled under Fed. R. Civ. Pro. Rule 26 for its affirmative defenses, patent counterclaims, and non-antitrust prayers for relief. NOVA has also previously proposed bifurcation of Dow's willfulness claim. (D.I. 28 ¶4.)

For the same reasons of economy identified by Dow (D.I. 44, p. 29), NOVA further proposes that the patent trial be bifurcated to first address NOVA's inequitable conduct defenses and counterclaims. *Gardco Mfg., Inc. v. Herst Lighting, Co.*, 820 F.2d 1209, 1213 (Fed. Cir. 1987) (permissible to try inequitable conduct claim first); *Agfa Corp. v. Creo Products Inc.* 451 F.3d 1366, 1372-73 (Fed. Cir. 2006) (bench trial proper even if some overlap with issues that go to a jury). Trying inequitable conduct first has been effective to obviate the need to impanel a jury. *McKesson Information Solutions, Inc. v. Bridge Medical, Inc.*, 2006 WL 1652518, *1 (E.D.Cal. 2006) (*aff'd* 487 F.3d 897 (Fed. Cir. 2007), rehearing en banc denied (Jul 10, 2007)).

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Kenneth L. Dorsney<br>    Richard L. Horwitz (#2246)<br>    Kenneth L. Dorsney (#3726)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    kdorsney@potteranderson.com<br><br>*Attorneys for Defendants*<br>*NOVA Chemicals Corporation (Canada), and*<br>*NOVA Chemicals Inc. (Delaware)* |
| Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>Martin I. Fuchs<br>Ken Motolenich-Salas<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>Tel: (202) 408-4000 | |

2

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Dated: February 4, 2008
846322 / 29645

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 4, 2008, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

743809 / 29645