IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737-JJF |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada), | ) | |
| and NOVA CHEMICAL INC. (Delaware), | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff The Dow Chemical Company to file its Reply in response to Counterclaims I to VI set forth in the Amended Answer And Counterclaims Of Defendants Nova Chemicals Corporation And Nova Chemicals Inc. (D.I. 50) is extended until March 3, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Rodger D. Smith II (#3778) | Richard L. Horwitz (#2246) |
| 1201 N. Market Street | Kenneth L. Dorsney (#3726) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@mnat.com | (302) 984-6000 |
| Attorneys for Plaintiff | rhorwitz@potteranderson.com |
| | kdorsney@potteranderson.com |
| | Attorneys for Defendants |

SO ORDERED this ___ day of February 2008.

_____
United States District Court Judge

1645415