# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

February 29, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: *The Dow Chemical Company v. Nova Chemicals Corporation, et al.*, C.A. No. 05-737-JJF

Dear Judge Farnan:

The parties previously submitted a proposed Scheduling Order in this case in which the parties had a disagreement about the bifurcation of willfulness (D.I. 28). The parties have subsequently resolved that disagreement (*see* D.I. 49). The parties have also adjusted some of the dates included in the previous proposed order. Attached is a revised, agreed-upon Scheduling Order, which is ready for the Court's signature.

Respectfully,

Rodger D. Smith II (#3778)

Enclosure

cc:  Clerk of Court (By E-Filing; w/encl.)
     Richard L. Horwitz, Esquire (By E-Filing; w/encl.)
     Joann M. Neth, Esquire (By E-Mail; w/encl.)
     Aaron A. Barlow, Esquire (By E-Mail; w/encl.)

1244922