IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Dow Chemical Company, | : |
|             Plaintiff, | : |
| v. | : Civ. No. 05-737-JJF |
| Nova Chemicals Corporation, and Nova Chemicals Inc., | : |
|             Defendants. | : |

### ORDER

A teleconferences having been held at Wilmington, Delaware on the **31st** day of **March, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **June 11th, 2008 at 11:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_[signature]_
UNITED STATES MAGISTRATE JUDGE