IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION ) | **JURY TRIAL DEMANDED** |
| (CANADA), and NOVA CHEMICALS INC. ) | |
| (DELAWARE), ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF WITHHELD DOCUMENTS**

Defendants NOVA Chemicals Corporation and NOVA Chemicals Inc. ("NOVA") bring this motion to compel Plaintiff The Dow Chemical Company ("Dow") to produce documents improperly withheld as work product or privileged attorney-client communications.

Dow is improperly withholding as work product documents prepared in Dow's ordinary course of business of competitive analysis and testing. Dow is also improperly asserting the attorney-client privilege to withhold, *inter alia*, uncommunicated notes, public documents, and factual data. Dow's steadfast withholding of these documents breaches the bounds of work product immunity and attorney client privilege.

NOVA respectfully requests that its Motion to Compel be granted. NOVA further requests such additional relief, general and special, at law or in equity, to which it may show itself justly entitled.

## **D. DEL. LOCAL RULE 7.1.1 CERTIFICATE**

Counsel for NOVA and counsel for Dow conferred regarding the above motion. No agreement was reached, therefore, it is presented to the Court for ruling.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Martin I. Fuchs
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
Tel:  (202) 408-4000

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA  15222
Tel:  (412) 355-6478

Dated: April 11, 2008
859903 / 29645

By: */s/ Richard L. Horwitz*
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19801
   Tel:  (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 11, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 11, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>rdsefiling@mnat.com | Harry J. Roper<br>Steven R. Trybus<br>Aaron A. Barlow<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>hroper@jenner.com<br>strybus@jenner.com<br>abarlow@jenner.com |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645