IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVA CHEMICALS CORPORATION )<br>(CANADA), and NOVA CHEMICALS INC. )<br>(DELAWARE), )<br>)<br>Defendants. ) | C.A. No. 05-737 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

WHEREAS, Defendants, NOVA Chemicals Corporation and NOVA Chemicals ("NOVA"), have filed a Motion to Compel Production of Withheld Documents; and the Court having considered the respective papers submitted by Defendant and Plaintiff, The Dow Chemical Company ("Dow"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that Dow, within ten (10) days, produce to NOVA the documents in *Withheld Document Categories A-C*, as identified in Defendants' Opening Brief in Support of Motion to Compel Production of Withheld Documents.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge