IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION (Canada), ) | |
| and NOVA CHEMICALS INC. (Delaware), ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Darrick J. Hooker of JENNER & BLOCK LLP, 333 North Wabash Avenue, Chicago, IL 60611 to represent plaintiff The Dow Chemical Company in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff*
   *The Dow Chemical Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Darrick J. Hooker is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4/15/08

Darrick J. Hooker
JENNER & BLOCK LLP
333 North Wabash Avenue
Chicago, IL 60611
(312) 923-8322

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on April 16, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz
>Kenneth L. Dorsney
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on April 16, 2008, upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Jeffrey.abraham@finnegan.com

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com