## APPENDIX 1 - WITHHELD DOCUMENT CATEGORIES

**Withheld Document Category A:** *1777 Documents withheld from production as work product lacking evidence of being created to prepare for a specific litigation*

    **Withheld Document Category A-1:** *1023 withheld documents containing testing results or other collected technical data*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2  | 48 | 100 | 138 | 254 | 400 | 502 | 540 |
| 7  | 49 | 101 | 139 | 255 | 401 | 503 | 541 |
| 8  | 50 | 102 | 140 | 256 | 404 | 504 | 542 |
| 10 | 51 | 103 | 141 | 257 | 405 | 505 | 543 |
| 12 | 52 | 104 | 142 | 258 | 406 | 506 | 544 |
| 13 | 53 | 105 | 143 | 259 | 431 | 507 | 545 |
| 14 | 54 | 106 | 144 | 261 | 439 | 508 | 546 |
| 15 | 55 | 107 | 145 | 262 | 440 | 509 | 547 |
| 16 | 56 | 108 | 146 | 263 | 441 | 510 | 548 |
| 17 | 57 | 109 | 147 | 264 | 442 | 511 | 549 |
| 18 | 58 | 110 | 148 | 265 | 443 | 512 | 550 |
| 19 | 64 | 111 | 149 | 266 | 444 | 513 | 551 |
| 20 | 65 | 112 | 150 | 267 | 445 | 514 | 552 |
| 21 | 66 | 113 | 151 | 268 | 446 | 515 | 553 |
| 22 | 67 | 114 | 152 | 269 | 447 | 516 | 554 |
| 23 | 68 | 115 | 153 | 270 | 448 | 517 | 555 |
| 25 | 70 | 116 | 154 | 271 | 449 | 518 | 556 |
| 26 | 74 | 117 | 155 | 272 | 450 | 519 | 557 |
| 27 | 76 | 118 | 156 | 273 | 451 | 520 | 558 |
| 28 | 77 | 119 | 157 | 274 | 452 | 521 | 559 |
| 29 | 78 | 120 | 158 | 275 | 453 | 522 | 560 |
| 30 | 80 | 121 | 159 | 276 | 454 | 523 | 561 |
| 31 | 81 | 122 | 169 | 277 | 455 | 524 | 562 |
| 32 | 82 | 123 | 171 | 278 | 456 | 525 | 563 |
| 33 | 84 | 124 | 172 | 284 | 457 | 526 | 564 |
| 34 | 85 | 125 | 173 | 286 | 458 | 527 | 565 |
| 35 | 86 | 126 | 175 | 288 | 459 | 528 | 566 |
| 36 | 87 | 127 | 178 | 289 | 460 | 529 | 567 |
| 37 | 89 | 128 | 179 | 290 | 461 | 530 | 568 |
| 38 | 90 | 129 | 181 | 291 | 462 | 531 | 569 |
| 39 | 91 | 130 | 183 | 293 | 463 | 532 | 570 |
| 40 | 92 | 131 | 189 | 295 | 495 | 533 | 571 |
| 41 | 94 | 132 | 192 | 300 | 496 | 534 | 572 |
| 42 | 95 | 133 | 221 | 309 | 497 | 535 | 573 |
| 43 | 96 | 134 | 239 | 314 | 498 | 536 | 574 |
| 44 | 97 | 135 | 250 | 332 | 499 | 537 | 575 |
| 45 | 98 | 136 | 251 | 333 | 500 | 538 | 576 |
| 47 | 99 | 137 | 252 | 334 | 501 | 539 | 577 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 578 | 741 | 797 | 877 | 1031 | 1182 | 1284 | 1493 |
| 579 | 743 | 799 | 878 | 1032 | 1183 | 1285 | 1494 |
| 580 | 744 | 800 | 882 | 1033 | 1184 | 1286 | 1495 |
| 581 | 745 | 801 | 885 | 1037 | 1185 | 1297 | 1496 |
| 582 | 746 | 802 | 887 | 1041 | 1186 | 1299 | 1497 |
| 583 | 747 | 803 | 888 | 1042 | 1189 | 1301 | 1498 |
| 584 | 748 | 805 | 889 | 1069 | 1190 | 1302 | 1500 |
| 585 | 749 | 807 | 890 | 1111 | 1191 | 1303 | 1501 |
| 586 | 750 | 808 | 891 | 1112 | 1192 | 1304 | 1502 |
| 587 | 751 | 809 | 892 | 1113 | 1196 | 1305 | 1503 |
| 588 | 752 | 810 | 893 | 1114 | 1198 | 1306 | 1504 |
| 589 | 754 | 811 | 894 | 1115 | 1200 | 1307 | 1505 |
| 590 | 755 | 812 | 895 | 1116 | 1202 | 1308 | 1506 |
| 591 | 756 | 813 | 896 | 1117 | 1210 | 1309 | 1507 |
| 592 | 757 | 814 | 897 | 1118 | 1211 | 1312 | 1508 |
| 593 | 758 | 815 | 898 | 1119 | 1216 | 1313 | 1509 |
| 594 | 759 | 816 | 899 | 1121 | 1217 | 1314 | 1510 |
| 595 | 760 | 819 | 900 | 1122 | 1219 | 1315 | 1511 |
| 596 | 761 | 820 | 901 | 1127 | 1222 | 1316 | 1512 |
| 597 | 762 | 831 | 916 | 1128 | 1230 | 1321 | 1513 |
| 598 | 763 | 844 | 917 | 1129 | 1238 | 1322 | 1514 |
| 599 | 764 | 845 | 925 | 1130 | 1239 | 1325 | 1515 |
| 600 | 765 | 846 | 940 | 1132 | 1240 | 1339 | 1516 |
| 601 | 766 | 847 | 942 | 1134 | 1242 | 1362 | 1517 |
| 602 | 767 | 848 | 944 | 1135 | 1243 | 1394 | 1518 |
| 603 | 769 | 849 | 945 | 1140 | 1244 | 1395 | 1519 |
| 604 | 770 | 850 | 946 | 1141 | 1245 | 1400 | 1521 |
| 605 | 773 | 851 | 947 | 1142 | 1253 | 1401 | 1523 |
| 606 | 774 | 853 | 950 | 1143 | 1255 | 1402 | 1524 |
| 607 | 776 | 854 | 951 | 1144 | 1256 | 1403 | 1525 |
| 608 | 777 | 856 | 952 | 1145 | 1257 | 1404 | 1526 |
| 609 | 778 | 857 | 954 | 1146 | 1259 | 1405 | 1527 |
| 610 | 779 | 858 | 960 | 1152 | 1260 | 1406 | 1528 |
| 611 | 781 | 859 | 963 | 1155 | 1264 | 1407 | 1529 |
| 612 | 782 | 860 | 965 | 1156 | 1265 | 1408 | 1530 |
| 613 | 783 | 866 | 966 | 1171 | 1267 | 1409 | 1531 |
| 614 | 785 | 867 | 977 | 1172 | 1268 | 1410 | 1532 |
| 615 | 786 | 868 | 980 | 1173 | 1269 | 1480 | 1533 |
| 616 | 787 | 869 | 993 | 1174 | 1271 | 1483 | 1534 |
| 620 | 788 | 870 | 996 | 1175 | 1272 | 1485 | 1535 |
| 622 | 789 | 871 | 997 | 1176 | 1278 | 1486 | 1536 |
| 623 | 790 | 872 | 1011 | 1177 | 1279 | 1487 | 1537 |
| 736 | 793 | 873 | 1023 | 1178 | 1280 | 1488 | 1538 |
| 737 | 794 | 874 | 1024 | 1179 | 1281 | 1489 | 1539 |
| 738 | 795 | 875 | 1026 | 1180 | 1282 | 1490 | 1540 |
| 739 | 796 | 876 | 1027 | 1181 | 1283 | 1492 | 1541 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1542 | 1589 | 1633 | 1682 | 1745 | 1790 | 1941 | 2007 |
| 1543 | 1590 | 1634 | 1683 | 1746 | 1791 | 1942 | 2009 |
| 1544 | 1591 | 1635 | 1684 | 1747 | 1792 | 1943 | 2011 |
| 1545 | 1592 | 1636 | 1685 | 1748 | 1843 | 1944 | 2013 |
| 1546 | 1593 | 1637 | 1686 | 1749 | 1844 | 1945 | 2033 |
| 1547 | 1594 | 1638 | 1688 | 1750 | 1845 | 1946 | 2035 |
| 1548 | 1595 | 1639 | 1689 | 1751 | 1846 | 1947 | 2037 |
| 1549 | 1596 | 1640 | 1690 | 1752 | 1847 | 1948 | 2048 |
| 1550 | 1597 | 1641 | 1691 | 1753 | 1857 | 1949 | 2050 |
| 1551 | 1598 | 1642 | 1695 | 1754 | 1865 | 1950 | 2065 |
| 1552 | 1599 | 1643 | 1697 | 1755 | 1867 | 1951 | 2066 |
| 1554 | 1600 | 1644 | 1698 | 1756 | 1868 | 1952 | 2067 |
| 1555 | 1601 | 1645 | 1699 | 1757 | 1873 | 1953 | 2068 |
| 1556 | 1602 | 1646 | 1703 | 1758 | 1874 | 1954 | 2069 |
| 1557 | 1603 | 1647 | 1704 | 1759 | 1875 | 1955 | 2070 |
| 1558 | 1604 | 1648 | 1706 | 1760 | 1876 | 1962 | 2084 |
| 1559 | 1605 | 1649 | 1708 | 1761 | 1877 | 1969 | 2086 |
| 1560 | 1606 | 1650 | 1709 | 1762 | 1878 | 1974 | 2110 |
| 1561 | 1607 | 1651 | 1710 | 1763 | 1879 | 1975 | 2111 |
| 1562 | 1608 | 1652 | 1711 | 1764 | 1880 | 1976 | 2128 |
| 1563 | 1609 | 1653 | 1712 | 1765 | 1881 | 1977 | 2130 |
| 1564 | 1610 | 1654 | 1715 | 1766 | 1882 | 1978 | 2131 |
| 1565 | 1611 | 1655 | 1719 | 1767 | 1883 | 1979 | 2132 |
| 1567 | 1612 | 1656 | 1721 | 1768 | 1889 | 1980 | 2146 |
| 1568 | 1613 | 1657 | 1722 | 1769 | 1890 | 1981 | 2147 |
| 1570 | 1614 | 1658 | 1723 | 1770 | 1891 | 1982 | 2172 |
| 1571 | 1615 | 1659 | 1725 | 1771 | 1892 | 1983 | 2174 |
| 1572 | 1616 | 1660 | 1726 | 1772 | 1893 | 1984 | 2243 |
| 1573 | 1617 | 1662 | 1727 | 1773 | 1902 | 1985 | 2290 |
| 1574 | 1618 | 1663 | 1728 | 1774 | 1903 | 1987 | 2296 |
| 1575 | 1619 | 1664 | 1729 | 1775 | 1904 | 1988 | 2307 |
| 1576 | 1620 | 1665 | 1730 | 1776 | 1905 | 1990 | 2311 |
| 1577 | 1621 | 1667 | 1731 | 1777 | 1928 | 1991 | 2316 |
| 1578 | 1622 | 1668 | 1733 | 1778 | 1929 | 1992 | 2320 |
| 1579 | 1623 | 1669 | 1734 | 1779 | 1930 | 1993 | 2325 |
| 1580 | 1624 | 1670 | 1735 | 1780 | 1932 | 1994 | 2328 |
| 1581 | 1625 | 1671 | 1736 | 1781 | 1933 | 1995 | 2337 |
| 1582 | 1626 | 1672 | 1737 | 1782 | 1934 | 1996 | 2343 |
| 1583 | 1627 | 1673 | 1738 | 1783 | 1935 | 1997 | 2344 |
| 1584 | 1628 | 1674 | 1739 | 1784 | 1936 | 1999 | 2345 |
| 1585 | 1629 | 1676 | 1740 | 1786 | 1937 | 2000 | 2346 |
| 1586 | 1630 | 1677 | 1742 | 1787 | 1938 | 2001 | 2347 |
| 1587 | 1631 | 1678 | 1743 | 1788 | 1939 | 2002 | 2391 |
| 1588 | 1632 | 1679 | 1744 | 1789 | 1940 | 2003 | |

**Withheld Document Category A:** *1777 Documents withheld from production as work product lacking evidence of being created to prepare for a specific litigation*

**Withheld Document Category A-2:** *35 Withheld documents containing financial data or other factual information*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1050 | 1813 | 1906 | 2120 | 2179 | 2332 | 2355 |
| 1352 | 1824 | 2072 | 2121 | 2233 | 2333 | 2356 |
| 1804 | 1825 | 2108 | 2136 | 2326 | 2334 | 2369 |
| 1806 | 1826 | 2117 | 2150 | 2330 | 2335 | 2370 |
| 1811 | 1832 | 2119 | 2151 | 2331 | 2354 | 2371 |

**Withheld Document Category A:** *1777 Documents withheld from production as work product lacking evidence of being created to prepare for a specific litigation*

**Withheld Document Category A-3:** *719 Withheld documents otherwise lacking sufficient indicia that they were prepared for specific litigations*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11  | 197 | 238 | 336 | 377 | 471 | 817 | 923 |
| 24  | 198 | 241 | 337 | 378 | 472 | 818 | 924 |
| 59  | 199 | 242 | 338 | 380 | 473 | 823 | 926 |
| 60  | 200 | 243 | 339 | 381 | 474 | 824 | 927 |
| 61  | 201 | 244 | 340 | 382 | 475 | 825 | 928 |
| 62  | 202 | 253 | 341 | 383 | 476 | 826 | 929 |
| 63  | 203 | 260 | 342 | 384 | 477 | 827 | 932 |
| 69  | 204 | 279 | 343 | 385 | 478 | 828 | 933 |
| 73  | 205 | 280 | 344 | 386 | 479 | 832 | 934 |
| 75  | 206 | 281 | 345 | 388 | 480 | 833 | 935 |
| 79  | 207 | 282 | 346 | 389 | 481 | 834 | 938 |
| 83  | 208 | 283 | 347 | 390 | 482 | 835 | 939 |
| 88  | 209 | 285 | 348 | 391 | 483 | 836 | 941 |
| 93  | 210 | 287 | 349 | 392 | 484 | 837 | 943 |
| 160 | 211 | 292 | 350 | 397 | 485 | 839 | 948 |
| 161 | 212 | 294 | 351 | 398 | 486 | 840 | 949 |
| 162 | 213 | 296 | 352 | 399 | 487 | 841 | 953 |
| 163 | 214 | 297 | 353 | 407 | 488 | 842 | 955 |
| 164 | 215 | 298 | 354 | 410 | 489 | 843 | 956 |
| 165 | 216 | 299 | 355 | 411 | 490 | 852 | 957 |
| 166 | 217 | 302 | 356 | 412 | 491 | 855 | 958 |
| 167 | 218 | 303 | 357 | 413 | 492 | 861 | 959 |
| 168 | 219 | 304 | 358 | 421 | 493 | 862 | 961 |
| 170 | 220 | 305 | 359 | 427 | 494 | 863 | 962 |
| 174 | 222 | 306 | 360 | 428 | 734 | 864 | 964 |
| 176 | 223 | 307 | 361 | 430 | 735 | 865 | 967 |
| 177 | 224 | 308 | 362 | 432 | 740 | 879 | 968 |
| 180 | 225 | 311 | 363 | 433 | 742 | 880 | 969 |
| 182 | 226 | 312 | 364 | 434 | 753 | 881 | 970 |
| 184 | 227 | 313 | 365 | 435 | 768 | 884 | 971 |
| 185 | 228 | 315 | 366 | 436 | 771 | 886 | 972 |
| 186 | 229 | 316 | 367 | 437 | 772 | 902 | 973 |
| 187 | 230 | 317 | 368 | 438 | 775 | 903 | 974 |
| 188 | 231 | 318 | 369 | 464 | 780 | 913 | 975 |
| 190 | 232 | 319 | 371 | 465 | 784 | 915 | 976 |
| 191 | 233 | 320 | 372 | 466 | 791 | 918 | 978 |
| 193 | 234 | 321 | 373 | 467 | 792 | 919 | 979 |
| 194 | 235 | 322 | 374 | 468 | 798 | 920 | 981 |
| 195 | 236 | 331 | 375 | 469 | 804 | 921 | 982 |
| 196 | 237 | 335 | 376 | 470 | 806 | 922 | 983 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 984 | 1076 | 1208 | 1318 | 1460 | 1803 | 2018 | 2175 |
| 985 | 1077 | 1209 | 1323 | 1467 | 1805 | 2019 | 2176 |
| 986 | 1078 | 1212 | 1324 | 1468 | 1810 | 2021 | 2178 |
| 987 | 1079 | 1213 | 1326 | 1469 | 1812 | 2027 | 2181 |
| 989 | 1080 | 1214 | 1327 | 1470 | 1822 | 2028 | 2182 |
| 990 | 1081 | 1215 | 1328 | 1473 | 1823 | 2032 | 2183 |
| 991 | 1082 | 1218 | 1329 | 1474 | 1836 | 2034 | 2184 |
| 992 | 1083 | 1220 | 1330 | 1475 | 1837 | 2036 | 2185 |
| 998 | 1084 | 1221 | 1331 | 1477 | 1849 | 2038 | 2186 |
| 999 | 1085 | 1223 | 1332 | 1478 | 1854 | 2039 | 2187 |
| 1000 | 1086 | 1224 | 1333 | 1479 | 1856 | 2040 | 2188 |
| 1004 | 1108 | 1225 | 1334 | 1481 | 1859 | 2043 | 2189 |
| 1010 | 1109 | 1226 | 1335 | 1482 | 1860 | 2047 | 2192 |
| 1012 | 1110 | 1227 | 1336 | 1484 | 1861 | 2049 | 2193 |
| 1017 | 1120 | 1228 | 1337 | 1491 | 1862 | 2052 | 2199 |
| 1019 | 1123 | 1229 | 1338 | 1499 | 1863 | 2054 | 2200 |
| 1021 | 1125 | 1231 | 1340 | 1520 | 1864 | 2057 | 2201 |
| 1022 | 1126 | 1232 | 1341 | 1522 | 1866 | 2059 | 2202 |
| 1025 | 1131 | 1233 | 1342 | 1553 | 1869 | 2060 | 2203 |
| 1028 | 1133 | 1234 | 1344 | 1566 | 1870 | 2064 | 2204 |
| 1029 | 1136 | 1235 | 1345 | 1569 | 1871 | 2075 | 2213 |
| 1030 | 1137 | 1236 | 1346 | 1666 | 1872 | 2076 | 2216 |
| 1034 | 1138 | 1237 | 1347 | 1675 | 1884 | 2083 | 2217 |
| 1035 | 1139 | 1241 | 1348 | 1681 | 1885 | 2085 | 2218 |
| 1038 | 1147 | 1246 | 1349 | 1687 | 1886 | 2088 | 2219 |
| 1040 | 1151 | 1247 | 1350 | 1692 | 1887 | 2100 | 2234 |
| 1044 | 1153 | 1248 | 1351 | 1693 | 1888 | 2101 | 2235 |
| 1045 | 1157 | 1249 | 1354 | 1694 | 1894 | 2106 | 2241 |
| 1048 | 1158 | 1250 | 1356 | 1696 | 1895 | 2109 | 2242 |
| 1049 | 1159 | 1251 | 1359 | 1700 | 1896 | 2118 | 2244 |
| 1055 | 1160 | 1252 | 1364 | 1701 | 1897 | 2126 | 2245 |
| 1056 | 1161 | 1254 | 1365 | 1702 | 1898 | 2127 | 2246 |
| 1057 | 1162 | 1258 | 1372 | 1705 | 1899 | 2129 | 2255 |
| 1058 | 1167 | 1261 | 1376 | 1707 | 1901 | 2133 | 2256 |
| 1059 | 1187 | 1262 | 1377 | 1713 | 1915 | 2143 | 2257 |
| 1060 | 1188 | 1263 | 1378 | 1714 | 1926 | 2144 | 2261 |
| 1061 | 1193 | 1266 | 1379 | 1716 | 1931 | 2149 | 2262 |
| 1062 | 1195 | 1273 | 1380 | 1717 | 1971 | 2164 | 2265 |
| 1063 | 1197 | 1287 | 1384 | 1718 | 1986 | 2165 | 2266 |
| 1064 | 1199 | 1288 | 1386 | 1720 | 1989 | 2166 | 2267 |
| 1067 | 1201 | 1289 | 1387 | 1724 | 1998 | 2167 | 2270 |
| 1068 | 1203 | 1290 | 1390 | 1732 | 2004 | 2168 | 2283 |
| 1070 | 1204 | 1291 | 1391 | 1741 | 2006 | 2169 | 2287 |
| 1072 | 1205 | 1310 | 1411 | 1785 | 2008 | 2170 | 2288 |
| 1073 | 1206 | 1311 | 1452 | 1793 | 2010 | 2171 | 2289 |
| 1075 | 1207 | 1317 | 1458 | 1794 | 2012 | 2173 | 2292 |

| 2293 | 2299 | 2313 | 2324 | 2341 | 2358 | 2364 | 2374 |
| 2294 | 2306 | 2317 | 2327 | 2342 | 2359 | 2367 | 2377 |
| 2295 | 2310 | 2319 | 2338 | 2348 | 2361 | 2368 | 2394 |
| 2297 | 2312 | 2321 | 2340 | 2357 | 2362 | 2373 |      |

**Withheld Document Category B:** *131 Documents of uncommunicated information withheld as an attorney-client commutation*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 414 | 644 | 674 | 693 | 712 | 1356 | 1896 | 2293 |
| 415 | 648 | 675 | 694 | 731 | 1364 | 1897 | 2294 |
| 416 | 650 | 676 | 695 | 732 | 1365 | 1898 | 2297 |
| 417 | 654 | 677 | 696 | 733 | 1372 | 1927 | 2308 |
| 426 | 655 | 678 | 697 | 995 | 1381 | 2018 | 2326 |
| 624 | 656 | 679 | 698 | 1040 | 1399 | 2019 | 2368 |
| 625 | 658 | 680 | 699 | 1061 | 1412 | 2062 | 2369 |
| 626 | 659 | 681 | 700 | 1062 | 1413 | 2097 | 2370 |
| 627 | 660 | 682 | 701 | 1063 | 1414 | 2108 | 2393 |
| 628 | 662 | 683 | 702 | 1079 | 1415 | 2122 | 2396 |
| 630 | 666 | 684 | 703 | 1087 | 1429 | 2203 | 2397 |
| 631 | 668 | 685 | 704 | 1091 | 1445 | 2204 | 2398 |
| 632 | 669 | 686 | 705 | 1092 | 1449 | 2249 | |
| 633 | 670 | 689 | 706 | 1093 | 1450 | 2258 | |
| 641 | 671 | 690 | 709 | 1094 | 1451 | 2268 | |
| 642 | 672 | 691 | 710 | 1169 | 1467 | 2270 | |
| 643 | 673 | 692 | 711 | 1270 | 1837 | 2292 | |

**Withheld Document Category C:** *85 Documents of factual information withheld as an attorney-client commutation*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5    | 1099 | 1446 | 2074 | 2136 | 2174 | 2315 | 2350 |
| 249  | 1100 | 1815 | 2103 | 2141 | 2194 | 2316 | 2354 |
| 325  | 1105 | 1820 | 2104 | 2150 | 2228 | 2330 | 2355 |
| 326  | 1106 | 1827 | 2105 | 2151 | 2229 | 2331 | 2356 |
| 328  | 1166 | 1832 | 2113 | 2152 | 2272 | 2332 | 2371 |
| 330  | 1298 | 2024 | 2114 | 2153 | 2273 | 2333 | 2372 |
| 393  | 1319 | 2025 | 2115 | 2158 | 2275 | 2334 | 2392 |
| 394  | 1428 | 2026 | 2117 | 2160 | 2276 | 2335 | 2395 |
| 395  | 1431 | 2044 | 2119 | 2161 | 2298 | 2336 |      |
| 396  | 1436 | 2056 | 2120 | 2162 | 2305 | 2337 |      |
| 418  | 1437 | 2072 | 2121 | 2163 | 2309 | 2349 |      |