IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,<br>        Plaintiff,<br><br>        v.<br><br>NOVA CHEMICALS CORPORATION<br>(CANADA), and NOVA CHEMICALS INC.<br>(DELAWARE),<br>        Defendants. | )<br>)<br>)<br>)  C.A. No. 05-737 (JJF)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)  **PUBLIC VERSION**<br>)<br>) |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF WITHHELD DOCUMENTS**

**VOLUME 1 OF 2
EXHIBITS A –G**

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Martin I. Fuchs
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Tel: (202) 408-4000

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Dated: April 11, 2008
Public Version Dated: April 17, 2008
860650 / 29645

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

## TABLE OF CONTENTS

| DESCRIPTION | TAB |
|---|---|
| Nova Chemicals Press Release on SURPASS, dated April 21, 2003 | A |
| Dow's First Log of Withheld Documents, March 11, 2008 | B |
| Letter from J. Abraham to A. Barlow, dated March 14, 2008 | C |
| Letter from A. Barlow to J. Neth, dated April 4, 2008 | D |
| Declaration of Mark S. Johnson, dated April 2, 2008 | E |
| ███████████████████████████████████████████████ | █ |
| Letter from D. Hooker to J. Abraham, dated April 2, 2008 | G |
| Dow's Third Log of Withheld Documents, April 8, 2008 | H |
| ███████████████████████████████████████████████ | I |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 17, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 17, 2008, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645