IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,<br>Plaintiff,<br><br>v.<br><br>NOVA CHEMICALS CORPORATION<br>(CANADA), and NOVA CHEMICALS INC.<br>(DELAWARE),<br>Defendants. | )<br>)<br>)<br>)   C.A. No. 05-737 (JJF)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)   **PUBLIC VERSION**<br>)<br>)<br>) |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL
PRODUCTION OF WITHHELD DOCUMENTS**

**VOLUME 2 OF 2
EXHIBITS H – I**

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Martin I. Fuchs
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Tel: (202) 408-4000

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
NOVA Chemicals Corporation (Canada), and
NOVA Chemicals Inc. (Delaware)*

Dated: April 11, 2008
Public Version Dated: April 17, 2008
860650 / 29645

## **TABLE OF CONTENTS**

| DESCRIPTION | TAB |
|---|---|
| Nova Chemicals Press Release on SURPASS, dated April 21, 2003 | A |
| Dow's First Log of Withheld Documents, March 11, 2008 | B |
| Letter from J. Abraham to A. Barlow, dated March 14, 2008 | C |
| Letter from A. Barlow to J. Neth, dated April 4, 2008 | D |
| Declaration of Mark S. Johnson, dated April 2, 2008 | E |
| ████████████████████████████████████████ | F |
| Letter from D. Hooker to J. Abraham, dated April 2, 2008 | G |
| Dow's Third Log of Withheld Documents, April 8, 2008 | H |
| ████████████████████████████████████████ | I |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on April 17, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 17, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>rdsefiling@mnat.com | Harry J. Roper<br>Steven R. Trybus<br>Aaron A. Barlow<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>hroper@jenner.com<br>strybus@jenner.com<br>abarlow@jenner.com |

/s/ *Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645