**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | |
| (CANADA) and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION OF LARRY KALE**

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff The Dow Chemical Company ("Dow") shall take the deposition upon oral examination of Larry Kale, an employee of Defendants Nova Chemicals Corporation, and Nova Chemicals Inc. ("Nova") on May 12, 2008, at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 or such other mutually agreed upon time and place. The deposition shall be taken pursuant to and in accordance with the Federal Rules of Civil Procedure and will be conducted before an officer duly authorized to administer oaths by the laws of the United States. The deposition will commence at 9:30 a.m. on May 12, 2008, continuing day-to-day thereafter, Sundays and holidays excepted, until completed. This deposition will be recorded stenographically and by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Plaintiff
The Dow Chemical Company

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick J. Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Guy Relford
The Dow Chemical Co.
2030 Bldg
Midland, MI 48672


Dated:  April 21, 2008

2300015

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on April 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on April 21, 2008, upon the following in the manner indicated:

### BY HAND AND EMAIL

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, DE  19801

### BY EMAIL

> Jeffrey W. Abraham
> FINNEGAN, HENDERSON, FARABOW,
>  GARRETT & DUNNER, LLP
> 901 New York Avenue, NW
> Washington, DC  20001
> Jeffrey.abraham@finnegan.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com