## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

May 1, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re: *The Dow Chemical Company v. Nova Chemicals Corporation, et al.*, C.A. No. 05-737-JJF

Dear Judge Farnan:

    On behalf of plaintiff Dow Chemical Company, we are today submitting a revised Declaration of Mr. Mark Johnson, which was filed as D.I. 84. Mr. Johnson has corrected a few minor issues that he subsequently identified after his original declaration was filed with the Court. These changes are reflected in paragraphs 9, 10 and 11 of the revised Declaration, and exhibits 1, 3 and 4 to the Declaration.

    Respectfully,

    Rodger D. Smith II (#3778)

cc: Richard L. Horwitz, Esquire (By E-Filing; w/encl.)
    Joann M. Neth, Esquire (By E-Mail; w/encl.)
    Aaron A. Barlow, Esquire (By E-Mail; w/encl.)

2311193