

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 5, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

> Re:   **The Dow Chemical Company v. Nova Chemicals Corporation, et al.
> C.A. No. 05-737-JJF**

Dear Judge Farnan:

In preparing for the argument scheduled for this Friday, May 9, on Nova's motion to compel, we discovered Your Honor's opinion in Pfizer Inc. v. Ranbaxy Laboratories Ltd., 2004 WL 2323135 (D.Del. 2004), which we neglected to cite in our moving papers but which we believe is relevant to the issues before the Court.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH/mbs
863037 / 29645

cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via electronic mail)