IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 05-737 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada), | ) | PUBLIC VERSION |
| and NOVA CHEMICAL INCS. (Delaware), | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GREGORY L. PORTER

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                rsmith@mnat.com
                  *Attorney for Plaintiff*
                  *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick J. Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Confidential Version Filed: April 28, 2008
Public Version Filed: May 5, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NOVA CHEMICALS CORPORATION (CANADA) and NOVA CHEMICALS INC. (DELAWARE), | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF GREGORY L. PORTER

I, Gregory L. Porter, do declare and state as follows:

1. I am Of Counsel in the Houston office of the law firm of Jones Day. I practice in the areas of patent and trade secret litigation. As Of Counsel at Jones Day, I have played a lead role in jury trials and preliminary injunction hearings, fact and expert discovery, case management and budgeting, and Markman hearings. I have also prosecuted several patents in the United States Patent & Trademark Office and overseas patent offices, namely in the polymer, pharmaceutical, chemical, petrochemical, biotech, and mechanical fields. Prior to joining Jones Day, I was at the law firm of Jenkens & Gilchrist ("Jenkens") where my practice was similar to at Jones Day. I left Jenkens and joined Jones Day on October 25, 2004.

REDACTED

REDACTED

REDACTED

4. I have reviewed the documents attached as Exhibit 1.    REDACTED

REDACTED

REDACTED

REDACTED

2

I declare under penalty of perjury that the foregoing is true and correct.

Date:   April 28, 2008                 _____
                                            Gregory Porter

## CERTIFICATE OF SERVICE

      I, Rodger D. Smith II, hereby certify that copies of the foregoing were caused to be served on May 5, 2008, upon the following in the manner indicated:

### BY EMAIL

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON, LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19899
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jeffrey.abraham@finnegan.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)