# EXHIBIT 1

## EXHIBIT 1

| | |
|---|---|
| 71 | 2146 |
| 72 | 2147 |
| 323 | 2148 |
| 393 | 2149 |
| 988 | 2154 |
| 1061 | 2269 |
| 1063 | 2329 |
| 1319 | 2330 |
| 2022 | 2331 |
| 2023 | 2332 |
| 2024 | 2333 |
| 2025 | 2334 |
| 2026 | 2335 |
| 2053 | 2336 |
| 2137 | 2337 |
| 2145 | 2366 |