# EXHIBIT 1

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| 1347 | 1362 | 1377 | 1804 | 1823 | 1841 |
| 1348 | 1363 | 1378 | 1805 | 1824 | 1842 |
| 1349 | 1364 | 1379 | 1806 | 1825 | 1843 |
| 1350 | 1365 | 1380 | 1807 | 1826 | 1844 |
| 1351 | 1366 | 1381 | 1808 | 1829 | 1845 |
| 1352 | 1367 | 1384 | 1809 | 1830 | 1846 |
| 1353 | 1368 | 1386 | 1810 | 1832 | 1847 |
| 1354 | 1369 | 1387 | 1811 | 1833 | 1848 |
| 1355 | 1370 | 1389 | 1812 | 1834 | 1849 |
| 1356 | 1371 | 1390 | 1813 | 1835 | 1850 |
| 1357 | 1372 | 1391 | 1816 | 1836 | 1851 |
| 1358 | 1373 | 1392 | 1817 | 1837 | 1852 |
| 1359 | 1374 | 1393 | 1818 | 1838 | |
| 1360 | 1375 | 1394 | 1821 | 1839 | |
| 1361 | 1376 | 1803 | 1822 | 1840 | |

# EXHIBIT 2

## FULLY REDACTED

# EXHIBIT 3

**EXHIBIT 3**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | 51 | 94 | 137 | 180 | 223 | 276 | 322 | 374 |
| 7 | 52 | 95 | 138 | 181 | 224 | 277 | 323 | 375 |
| 8 | 53 | 96 | 139 | 182 | 225 | 278 | 331 | 376 |
| 10 | 54 | 97 | 140 | 183 | 226 | 279 | 332 | 377 |
| 11 | 55 | 98 | 141 | 184 | 227 | 280 | 333 | 378 |
| 12 | 56 | 99 | 142 | 185 | 228 | 281 | 335 | 379 |
| 13 | 57 | 100 | 143 | 186 | 229 | 282 | 336 | 380 |
| 14 | 58 | 101 | 144 | 187 | 230 | 283 | 337 | 381 |
| 15 | 59 | 102 | 145 | 188 | 231 | 284 | 338 | 382 |
| 16 | 60 | 103 | 146 | 189 | 232 | 285 | 339 | 383 |
| 17 | 61 | 104 | 147 | 190 | 233 | 286 | 340 | 384 |
| 18 | 62 | 105 | 148 | 191 | 234 | 287 | 341 | 385 |
| 19 | 63 | 106 | 149 | 192 | 235 | 288 | 342 | 386 |
| 20 | 64 | 107 | 150 | 193 | 236 | 289 | 343 | 388 |
| 21 | 65 | 108 | 151 | 194 | 237 | 290 | 344 | 389 |
| 22 | 66 | 109 | 152 | 195 | 238 | 291 | 345 | 390 |
| 23 | 67 | 110 | 153 | 196 | 239 | 292 | 346 | 391 |
| 24 | 68 | 111 | 154 | 197 | 250 | 293 | 347 | 392 |
| 25 | 69 | 112 | 155 | 198 | 251 | 294 | 348 | 397 |
| 26 | 70 | 113 | 156 | 199 | 252 | 295 | 349 | 398 |
| 27 | 71 | 114 | 157 | 200 | 253 | 296 | 350 | 399 |
| 28 | 72 | 115 | 158 | 201 | 254 | 297 | 351 | 400 |
| 29 | 73 | 116 | 159 | 202 | 255 | 298 | 352 | 401 |
| 30 | 74 | 117 | 160 | 203 | 256 | 299 | 353 | 404 |
| 31 | 75 | 118 | 161 | 204 | 257 | 300 | 354 | 405 |
| 32 | 76 | 119 | 162 | 205 | 258 | 301 | 355 | 406 |
| 33 | 77 | 120 | 163 | 206 | 259 | 302 | 356 | 430 |
| 34 | 78 | 121 | 164 | 207 | 260 | 303 | 357 | 431 |
| 35 | 79 | 122 | 165 | 208 | 261 | 304 | 358 | 432 |
| 36 | 80 | 123 | 166 | 209 | 262 | 305 | 359 | 433 |
| 37 | 81 | 124 | 167 | 210 | 263 | 306 | 360 | 434 |
| 38 | 82 | 125 | 168 | 211 | 264 | 307 | 361 | 435 |
| 39 | 83 | 126 | 169 | 212 | 265 | 308 | 362 | 436 |
| 40 | 84 | 127 | 170 | 213 | 266 | 311 | 363 | 437 |
| 41 | 85 | 128 | 171 | 214 | 267 | 312 | 364 | 438 |
| 42 | 86 | 129 | 172 | 215 | 268 | 313 | 365 | 439 |
| 43 | 87 | 130 | 173 | 216 | 269 | 314 | 366 | 440 |
| 44 | 88 | 131 | 174 | 217 | 270 | 315 | 367 | 441 |
| 45 | 89 | 132 | 175 | 218 | 271 | 316 | 368 | 442 |
| 47 | 90 | 133 | 176 | 219 | 272 | 317 | 369 | 443 |
| 48 | 91 | 134 | 177 | 220 | 273 | 318 | 371 | 444 |
| 49 | 92 | 135 | 178 | 221 | 274 | 319 | 372 | 445 |
| 50 | 93 | 136 | 179 | 222 | 275 | 320 | 373 | 446 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 447 | 493 | 539 | 585 | 745 | 791 | 842 | 888 | 949 |
| 448 | 494 | 540 | 586 | 746 | 792 | 843 | 889 | 950 |
| 449 | 495 | 541 | 587 | 747 | 793 | 844 | 890 | 951 |
| 450 | 496 | 542 | 588 | 748 | 794 | 845 | 891 | 952 |
| 451 | 497 | 543 | 589 | 749 | 795 | 846 | 892 | 953 |
| 452 | 498 | 544 | 590 | 750 | 796 | 847 | 893 | 954 |
| 453 | 499 | 545 | 591 | 751 | 797 | 848 | 894 | 955 |
| 454 | 500 | 546 | 592 | 752 | 798 | 849 | 895 | 956 |
| 455 | 501 | 547 | 593 | 753 | 799 | 850 | 896 | 957 |
| 456 | 502 | 548 | 594 | 754 | 800 | 851 | 897 | 958 |
| 457 | 503 | 549 | 595 | 755 | 801 | 852 | 898 | 959 |
| 458 | 504 | 550 | 596 | 756 | 802 | 853 | 899 | 960 |
| 459 | 505 | 551 | 597 | 757 | 803 | 854 | 900 | 961 |
| 460 | 506 | 552 | 598 | 758 | 804 | 855 | 901 | 962 |
| 461 | 507 | 553 | 599 | 759 | 805 | 856 | 913 | 963 |
| 462 | 508 | 554 | 600 | 760 | 806 | 857 | 915 | 964 |
| 463 | 509 | 555 | 601 | 761 | 807 | 858 | 916 | 965 |
| 464 | 510 | 556 | 602 | 762 | 808 | 859 | 917 | 966 |
| 465 | 511 | 557 | 603 | 763 | 809 | 860 | 918 | 967 |
| 466 | 512 | 558 | 604 | 764 | 810 | 861 | 919 | 968 |
| 467 | 513 | 559 | 605 | 765 | 811 | 862 | 920 | 969 |
| 468 | 514 | 560 | 606 | 766 | 812 | 863 | 921 | 970 |
| 469 | 515 | 561 | 607 | 767 | 813 | 864 | 922 | 971 |
| 470 | 516 | 562 | 608 | 768 | 814 | 865 | 923 | 972 |
| 471 | 517 | 563 | 609 | 769 | 815 | 866 | 924 | 973 |
| 472 | 518 | 564 | 610 | 770 | 816 | 867 | 925 | 974 |
| 473 | 519 | 565 | 611 | 771 | 817 | 868 | 926 | 975 |
| 474 | 520 | 566 | 612 | 772 | 818 | 869 | 927 | 976 |
| 475 | 521 | 567 | 613 | 773 | 819 | 870 | 928 | 977 |
| 476 | 522 | 568 | 614 | 774 | 820 | 871 | 929 | 978 |
| 477 | 523 | 569 | 615 | 775 | 823 | 872 | 930 | 979 |
| 478 | 524 | 570 | 616 | 776 | 824 | 873 | 932 | 980 |
| 479 | 525 | 571 | 620 | 777 | 825 | 874 | 933 | 981 |
| 480 | 526 | 572 | 622 | 778 | 826 | 875 | 934 | 982 |
| 481 | 527 | 573 | 623 | 779 | 827 | 876 | 935 | 983 |
| 482 | 528 | 574 | 734 | 780 | 828 | 877 | 937 | 984 |
| 483 | 529 | 575 | 735 | 781 | 831 | 878 | 939 | 985 |
| 484 | 530 | 576 | 736 | 782 | 832 | 879 | 940 | 986 |
| 485 | 531 | 577 | 737 | 783 | 833 | 880 | 941 | 987 |
| 486 | 532 | 578 | 738 | 784 | 834 | 881 | 942 | 989 |
| 487 | 533 | 579 | 739 | 785 | 835 | 882 | 943 | 990 |
| 488 | 534 | 580 | 740 | 786 | 836 | 883 | 944 | 991 |
| 489 | 535 | 581 | 741 | 787 | 837 | 884 | 945 | 992 |
| 490 | 536 | 582 | 742 | 788 | 839 | 885 | 946 | 993 |
| 491 | 537 | 583 | 743 | 789 | 840 | 886 | 947 | 996 |
| 492 | 538 | 584 | 744 | 790 | 841 | 887 | 948 | 997 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 998 | 1056 | 1123 | 1182 | 1229 | 1280 | 1336 | 1481 | 1527 |
| 999 | 1057 | 1124 | 1183 | 1230 | 1281 | 1337 | 1482 | 1528 |
| 1000 | 1058 | 1125 | 1184 | 1231 | 1282 | 1338 | 1483 | 1529 |
| 1001 | 1059 | 1126 | 1185 | 1232 | 1283 | 1339 | 1484 | 1530 |
| 1002 | 1060 | 1127 | 1186 | 1233 | 1284 | 1340 | 1485 | 1531 |
| 1003 | 1061 | 1128 | 1187 | 1234 | 1285 | 1341 | 1486 | 1532 |
| 1004 | 1062 | 1129 | 1188 | 1235 | 1286 | 1342 | 1487 | 1533 |
| 1007 | 1063 | 1130 | 1189 | 1236 | 1287 | 1344 | 1488 | 1534 |
| 1008 | 1064 | 1131 | 1190 | 1237 | 1288 | 1345 | 1489 | 1535 |
| 1010 | 1065 | 1132 | 1191 | 1238 | 1289 | 1346 | 1490 | 1536 |
| 1011 | 1066 | 1133 | 1192 | 1239 | 1290 | 1395 | 1491 | 1537 |
| 1012 | 1067 | 1134 | 1193 | 1240 | 1291 | 1400 | 1492 | 1538 |
| 1017 | 1068 | 1135 | 1195 | 1241 | 1299 | 1401 | 1493 | 1539 |
| 1019 | 1069 | 1136 | 1196 | 1242 | 1301 | 1402 | 1494 | 1540 |
| 1020 | 1070 | 1137 | 1197 | 1243 | 1302 | 1403 | 1495 | 1541 |
| 1021 | 1071 | 1138 | 1198 | 1244 | 1303 | 1404 | 1496 | 1542 |
| 1022 | 1072 | 1139 | 1199 | 1245 | 1304 | 1405 | 1497 | 1543 |
| 1023 | 1073 | 1140 | 1200 | 1246 | 1305 | 1406 | 1498 | 1544 |
| 1024 | 1074 | 1141 | 1201 | 1247 | 1306 | 1407 | 1499 | 1545 |
| 1025 | 1075 | 1142 | 1202 | 1248 | 1307 | 1408 | 1500 | 1546 |
| 1026 | 1076 | 1143 | 1203 | 1249 | 1308 | 1409 | 1501 | 1547 |
| 1027 | 1077 | 1144 | 1204 | 1250 | 1309 | 1410 | 1502 | 1548 |
| 1028 | 1078 | 1145 | 1205 | 1251 | 1310 | 1411 | 1503 | 1549 |
| 1029 | 1079 | 1146 | 1206 | 1252 | 1311 | 1455 | 1504 | 1550 |
| 1030 | 1080 | 1147 | 1207 | 1253 | 1312 | 1456 | 1505 | 1551 |
| 1031 | 1081 | 1149 | 1208 | 1254 | 1313 | 1458 | 1506 | 1552 |
| 1032 | 1082 | 1150 | 1209 | 1255 | 1314 | 1460 | 1507 | 1553 |
| 1033 | 1083 | 1151 | 1210 | 1256 | 1315 | 1462 | 1508 | 1554 |
| 1034 | 1084 | 1152 | 1211 | 1257 | 1316 | 1463 | 1509 | 1555 |
| 1035 | 1085 | 1153 | 1212 | 1258 | 1317 | 1464 | 1510 | 1556 |
| 1037 | 1086 | 1155 | 1213 | 1259 | 1318 | 1465 | 1511 | 1557 |
| 1038 | 1108 | 1156 | 1214 | 1260 | 1321 | 1466 | 1512 | 1558 |
| 1039 | 1109 | 1157 | 1215 | 1261 | 1322 | 1467 | 1513 | 1559 |
| 1040 | 1110 | 1158 | 1216 | 1262 | 1323 | 1468 | 1514 | 1560 |
| 1041 | 1111 | 1159 | 1217 | 1263 | 1324 | 1469 | 1515 | 1561 |
| 1042 | 1112 | 1160 | 1218 | 1264 | 1325 | 1470 | 1516 | 1562 |
| 1044 | 1113 | 1161 | 1219 | 1265 | 1326 | 1471 | 1517 | 1563 |
| 1045 | 1114 | 1162 | 1220 | 1266 | 1327 | 1472 | 1518 | 1564 |
| 1047 | 1115 | 1167 | 1221 | 1267 | 1328 | 1473 | 1519 | 1565 |
| 1048 | 1116 | 1175 | 1222 | 1268 | 1329 | 1474 | 1520 | 1566 |
| 1049 | 1117 | 1176 | 1223 | 1269 | 1330 | 1475 | 1521 | 1567 |
| 1050 | 1118 | 1177 | 1224 | 1271 | 1331 | 1476 | 1522 | 1568 |
| 1052 | 1119 | 1178 | 1225 | 1272 | 1332 | 1477 | 1523 | 1569 |
| 1053 | 1120 | 1179 | 1226 | 1273 | 1333 | 1478 | 1524 | 1570 |
| 1054 | 1121 | 1180 | 1227 | 1278 | 1334 | 1479 | 1525 | 1571 |
| 1055 | 1122 | 1181 | 1228 | 1279 | 1335 | 1480 | 1526 | 1572 |

| | | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| 1573 | 1619 | 1666 | 1713 | 1759 | 1865 | 1911 | 1983 | 2035 |
| 1574 | 1620 | 1667 | 1714 | 1760 | 1866 | 1912 | 1984 | 2038 |
| 1575 | 1621 | 1668 | 1715 | 1761 | 1867 | 1913 | 1985 | 2039 |
| 1576 | 1622 | 1669 | 1716 | 1762 | 1868 | 1914 | 1986 | 2040 |
| 1577 | 1623 | 1670 | 1717 | 1763 | 1869 | 1915 | 1987 | 2043 |
| 1578 | 1624 | 1671 | 1718 | 1764 | 1870 | 1926 | 1988 | 2045 |
| 1579 | 1625 | 1672 | 1719 | 1765 | 1871 | 1928 | 1991 | 2046 |
| 1580 | 1626 | 1673 | 1720 | 1766 | 1872 | 1929 | 1992 | 2047 |
| 1581 | 1627 | 1674 | 1721 | 1767 | 1873 | 1930 | 1993 | 2048 |
| 1582 | 1628 | 1675 | 1722 | 1768 | 1874 | 1931 | 1994 | 2049 |
| 1583 | 1629 | 1676 | 1723 | 1769 | 1875 | 1932 | 1995 | 2050 |
| 1584 | 1630 | 1677 | 1724 | 1770 | 1876 | 1933 | 1996 | 2051 |
| 1585 | 1631 | 1678 | 1725 | 1771 | 1877 | 1934 | 1997 | 2052 |
| 1586 | 1632 | 1679 | 1726 | 1772 | 1878 | 1935 | 1998 | 2054 |
| 1587 | 1633 | 1681 | 1727 | 1773 | 1879 | 1936 | 1999 | 2055 |
| 1588 | 1634 | 1682 | 1728 | 1774 | 1880 | 1937 | 2000 | 2057 |
| 1589 | 1635 | 1683 | 1729 | 1775 | 1881 | 1938 | 2001 | 2058 |
| 1590 | 1636 | 1684 | 1730 | 1776 | 1882 | 1939 | 2002 | 2059 |
| 1591 | 1637 | 1685 | 1731 | 1777 | 1883 | 1940 | 2003 | 2060 |
| 1592 | 1638 | 1686 | 1732 | 1778 | 1884 | 1941 | 2004 | 2064 |
| 1593 | 1639 | 1687 | 1733 | 1779 | 1885 | 1942 | 2005 | 2065 |
| 1594 | 1640 | 1688 | 1734 | 1780 | 1886 | 1943 | 2006 | 2066 |
| 1595 | 1641 | 1689 | 1735 | 1781 | 1887 | 1944 | 2007 | 2067 |
| 1596 | 1642 | 1690 | 1736 | 1782 | 1888 | 1945 | 2008 | 2068 |
| 1597 | 1643 | 1691 | 1737 | 1783 | 1889 | 1946 | 2009 | 2069 |
| 1598 | 1644 | 1692 | 1738 | 1784 | 1890 | 1947 | 2010 | 2070 |
| 1599 | 1645 | 1693 | 1739 | 1785 | 1891 | 1948 | 2011 | 2072 |
| 1600 | 1646 | 1694 | 1740 | 1786 | 1892 | 1949 | 2012 | 2073 |
| 1601 | 1647 | 1695 | 1741 | 1787 | 1893 | 1950 | 2013 | 2079 |
| 1602 | 1648 | 1696 | 1742 | 1788 | 1894 | 1951 | 2014 | 2083 |
| 1603 | 1649 | 1697 | 1743 | 1789 | 1895 | 1952 | 2015 | 2084 |
| 1604 | 1650 | 1698 | 1744 | 1790 | 1896 | 1953 | 2016 | 2085 |
| 1605 | 1651 | 1699 | 1745 | 1791 | 1897 | 1954 | 2017 | 2086 |
| 1606 | 1652 | 1700 | 1746 | 1792 | 1898 | 1955 | 2018 | 2088 |
| 1607 | 1653 | 1701 | 1747 | 1793 | 1899 | 1962 | 2019 | 2089 |
| 1608 | 1654 | 1702 | 1748 | 1794 | 1900 | 1969 | 2021 | 2090 |
| 1609 | 1655 | 1703 | 1749 | 1854 | 1901 | 1971 | 2022 | 2092 |
| 1610 | 1656 | 1704 | 1750 | 1855 | 1902 | 1974 | 2023 | 2094 |
| 1611 | 1657 | 1705 | 1751 | 1856 | 1903 | 1975 | 2027 | 2095 |
| 1612 | 1658 | 1706 | 1752 | 1857 | 1904 | 1976 | 2028 | 2100 |
| 1613 | 1659 | 1707 | 1753 | 1859 | 1905 | 1977 | 2029 | 2101 |
| 1614 | 1660 | 1708 | 1754 | 1860 | 1906 | 1978 | 2030 | 2106 |
| 1615 | 1662 | 1709 | 1755 | 1861 | 1907 | 1979 | 2031 | 2107 |
| 1616 | 1663 | 1710 | 1756 | 1862 | 1908 | 1980 | 2032 | 2108 |
| 1617 | 1664 | 1711 | 1757 | 1863 | 1909 | 1981 | 2033 | 2109 |
| 1618 | 1665 | 1712 | 1758 | 1864 | 1910 | 1982 | 2034 | 2110 |

4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2111 | 2147 | 2177 | 2203 | 2234 | 2271 | 2310 | 2333 | 2366 |
| 2116 | 2148 | 2178 | 2204 | 2235 | 2274 | 2311 | 2335 | 2367 |
| 2117 | 2149 | 2179 | 2205 | 2236 | 2277 | 2312 | 2339 | 2368 |
| 2124 | 2150 | 2180 | 2206 | 2241 | 2280 | 2313 | 2340 | 2369 |
| 2125 | 2151 | 2181 | 2207 | 2242 | 2281 | 2317 | 2341 | 2370 |
| 2126 | 2155 | 2182 | 2208 | 2243 | 2283 | 2318 | 2342 | 2371 |
| 2127 | 2164 | 2183 | 2209 | 2244 | 2284 | 2319 | 2348 | 2373 |
| 2128 | 2165 | 2184 | 2212 | 2245 | 2287 | 2320 | 2352 | 2374 |
| 2129 | 2166 | 2185 | 2213 | 2246 | 2288 | 2321 | 2353 | 2377 |
| 2130 | 2167 | 2186 | 2214 | 2252 | 2289 | 2322 | 2355 | 2378 |
| 2131 | 2168 | 2187 | 2215 | 2253 | 2292 | 2324 | 2357 | 2379 |
| 2132 | 2169 | 2188 | 2216 | 2255 | 2293 | 2325 | 2358 | 2380 |
| 2133 | 2170 | 2189 | 2217 | 2256 | 2294 | 2326 | 2359 | |
| 2135 | 2171 | 2192 | 2218 | 2257 | 2295 | 2327 | 2360 | |
| 2136 | 2172 | 2193 | 2219 | 2261 | 2296 | 2328 | 2361 | |
| 2142 | 2173 | 2199 | 2222 | 2262 | 2297 | 2329 | 2362 | |
| 2143 | 2174 | 2200 | 2223 | 2265 | 2299 | 2330 | 2363 | |
| 2144 | 2175 | 2201 | 2224 | 2266 | 2306 | 2331 | 2364 | |
| 2146 | 2176 | 2202 | 2233 | 2270 | 2307 | 2332 | 2365 | |

EXHIBIT 4

## EXHIBIT 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | 107 | 153 | 747 | 898 | 1541 | 1595 | 1644 | 1760 |
| 47 | 108 | 154 | 748 | 899 | 1542 | 1596 | 1645 | 1761 |
| 48 | 109 | 155 | 749 | 900 | 1543 | 1597 | 1646 | 1762 |
| 49 | 110 | 156 | 750 | 901 | 1544 | 1598 | 1647 | 1763 |
| 50 | 111 | 157 | 751 | 917 | 1545 | 1599 | 1648 | 1764 |
| 51 | 112 | 158 | 752 | 925 | 1546 | 1600 | 1649 | 1765 |
| 52 | 113 | 159 | 754 | 966 | 1547 | 1601 | 1650 | 1766 |
| 53 | 114 | 175 | 755 | 977 | 1548 | 1602 | 1651 | 1767 |
| 54 | 115 | 252 | 756 | 980 | 1549 | 1603 | 1660 | 1779 |
| 55 | 116 | 255 | 757 | 1031 | 1550 | 1604 | 1677 | 1780 |
| 56 | 117 | 257 | 758 | 1032 | 1551 | 1605 | 1678 | 1781 |
| 57 | 118 | 259 | 759 | 1033 | 1552 | 1606 | 1679 | 1786 |
| 58 | 119 | 261 | 760 | 1037 | 1554 | 1607 | 1683 | 1930 |
| 64 | 120 | 268 | 761 | 1041 | 1555 | 1608 | 1684 | 1940 |
| 65 | 121 | 273 | 762 | 1156 | 1556 | 1609 | 1686 | 1943 |
| 66 | 122 | 277 | 781 | 1219 | 1557 | 1610 | 1704 | 1944 |
| 67 | 123 | 286 | 785 | 1230 | 1558 | 1611 | 1706 | 1951 |
| 68 | 124 | 288 | 786 | 1238 | 1559 | 1612 | 1709 | 2011 |
| 74 | 125 | 289 | 788 | 1239 | 1560 | 1613 | 1710 | 2013 |
| 76 | 126 | 290 | 789 | 1240 | 1561 | 1614 | 1711 | 2084 |
| 77 | 127 | 291 | 790 | 1242 | 1562 | 1615 | 1712 | 2128 |
| 78 | 128 | 293 | 866 | 1243 | 1563 | 1616 | 1721 | 2243 |
| 80 | 129 | 295 | 867 | 1244 | 1564 | 1617 | 1722 | 2320 |
| 81 | 130 | 300 | 868 | 1245 | 1565 | 1618 | 1723 | 2325 |
| 82 | 131 | 498 | 869 | 1253 | 1567 | 1619 | 1726 | |
| 84 | 132 | 499 | 870 | 1255 | 1568 | 1620 | 1727 | |
| 85 | 133 | 500 | 871 | 1256 | 1570 | 1621 | 1728 | |
| 86 | 134 | 511 | 872 | 1257 | 1571 | 1622 | 1729 | |
| 87 | 135 | 513 | 873 | 1259 | 1573 | 1623 | 1730 | |
| 89 | 136 | 592 | 874 | 1264 | 1577 | 1624 | 1731 | |
| 90 | 137 | 593 | 875 | 1265 | 1578 | 1625 | 1735 | |
| 91 | 138 | 594 | 876 | 1267 | 1579 | 1626 | 1736 | |
| 92 | 139 | 595 | 877 | 1268 | 1580 | 1627 | 1737 | |
| 94 | 140 | 596 | 878 | 1269 | 1581 | 1628 | 1738 | |
| 95 | 141 | 597 | 882 | 1312 | 1583 | 1629 | 1739 | |
| 96 | 142 | 598 | 885 | 1313 | 1584 | 1630 | 1740 | |
| 97 | 143 | 605 | 887 | 1316 | 1585 | 1631 | 1742 | |
| 98 | 144 | 606 | 888 | 1480 | 1586 | 1632 | 1743 | |
| 99 | 145 | 607 | 889 | 1505 | 1587 | 1633 | 1744 | |
| 100 | 146 | 608 | 890 | 1515 | 1588 | 1635 | 1748 | |
| 101 | 147 | 609 | 891 | 1517 | 1589 | 1636 | 1749 | |
| 102 | 148 | 610 | 892 | 1518 | 1590 | 1637 | 1750 | |
| 103 | 149 | 611 | 893 | 1536 | 1591 | 1640 | 1751 | |
| 104 | 150 | 741 | 894 | 1537 | 1592 | 1641 | 1757 | |
| 105 | 151 | 745 | 895 | 1539 | 1593 | 1642 | 1758 | |
| 106 | 152 | 746 | 896 | 1540 | 1594 | 1643 | 1759 | |