IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION ) | |
| (CANADA) and NOVA CHEMICALS INC. ) | |
| (DELAWARE), ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER REGARDING AMENDMENT TO
STIPULATION AND ORDER GOVERNING DISCOVERY MATERIALS**

WHEREAS, the parties' Stipulation and Order Governing Discovery Materials pursuant to Rule 26(c) ("Protective Order") in the above-captioned case was entered by the Court on April 15, 2008 (D.I. 60);

WHEREAS, the parties desire to amend paragraph 2.1(3)(c) of the Protective Order;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that paragraph 2.1(3)(c) of the Protective Order is amended as follows:

> 2.1(3)(c)   who are not involved in licensing in the areas of solution phase polyethylene polymers or catalysts or processes for making solution phase polyethylene polymers, other than settlement of litigation (Seth Simpson and Guy Relford for the Dow Chemical Company and William Mitchell and Gary Matz for Nova Chemicals Corp.), and those persons working solely in secretarial, clerical and paralegal capacities who are assisting those attorneys in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Rodger D. Smith II (#3778) | Richard L. Horwitz (#2246) |
| 1201 N. Market Street | David E. Moore (#3983) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@mnat.com | (302) 984-6000 |
|   Attorneys for Plaintiff | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| OF COUNSEL: |   Attorneys for Defendants |
|  |  |
| Harry J. Roper | OF COUNSEL: |
| Aaron A. Barlow |  |
| Darrick J. Hooker | Ford F. Farabow, Jr. |
| JENNER & BLOCK LLP | Ronald A. Bleeker |
| 330 N. Wabash Ave | Joann M. Neth |
| Chicago, IL 60611 | Mark J. Feldstein |
| (312) 222-9350 | Jeffrey W. Abraham |
|  | Troy A. Petersen |
|  | Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. |
|  | 901 New York Avenue, N.W. |
|  | Washington, DC 20001-4413 |
|  | (202) 408-4000 |

SO ORDERED this _____ day of _____, 2008.

_____
Joseph J. Farnan Jr., U.S. District Judge

2337977