IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVA CHEMICALS CORPORATION ) <br> (CANADA) and NOVA CHEMICALS INC. ) <br> (DELAWARE), ) <br> ) <br> Defendants. ) | C.A. No. 05-737 (JJF) |

**STIPULATION AND ORDER TO EXTEND TIME TO PRODUCE REVISED
PRIVILEGE LOG AND DOCUMENTS**

WHEREAS, on May 9, 2008, the Court entered an Oral Ruling regarding Nova's Motion to Compel Production of Withheld Documents (D.I. 61) including the transcript of May 9, 2008. Under that order, Dow was to provide a revised privilege log on or before May 23, 2008. On or before May 30, 2008, Nova was to select thirty documents from Dow's revised privilege log for review by the Court. On June 6, the Court will hold an *in camera* inspection of Dow's documents selected by Nova.

WHEREAS, the parties desire to amend this Court's Oral Ruling without changing the date for the Court's *in camera* inspection;

WHEREAS, both parties agree to this amendment to the Court's Order.

NOW, THEREFORE, The Dow Chemical Company, Nova Chemicals Corporation (Canada) and Nova Chemicals, Inc. (Delaware), Inc., subject to the approval of the Court, stipulate and agree to the foregoing amendment to the Court's Order as follows:

Dow will provide a revised privilege log and any documents removed from Dow's privilege log on or before noon Eastern Time on May 27, 2008. Nova will select thirty documents for review by the Court on or before noon on June 3, 2008.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Mary B. Graham<br>Mary B. Graham (#2256)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>rsmith@mnat.com | /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Harry J. Roper<br>Aaron A. Barlow<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave<br>Chicago, IL 60611<br>(312) 222-9350 | Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000 |
| *Attorneys for Plaintiff*<br>*The Dow Chemical Company* | *Attorney for Defendants*<br>*Nova Chemicals Corporation (Canada)*<br>*Nova Chemicals, Inc. (Delaware)* |

866176 / 29645

SO ORDERED this ____ day of _____, 2008.

_____
Joseph J. Farnan Jr., U.S. District Judge