

Potter
Anderson
&Corroon LLP

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

**www.potteranderson.com**

June 3, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

> Re:   **The Dow Chemical Company v. Nova Chemicals Corporation, et al.**
> **C.A. No. 05-737-JJF**

Dear Judge Farnan:

Pursuant to Your Honor's Order at the hearing on May 9, 2008, Dow has produced approximately 500 additional documents (about 11,000 pages) to Nova that were previously on its privilege/work product log.  Nova believes that Dow's seventh privilege log still contains large numbers of documents withheld inappropriately.  Approximately 1,500 documents (about 30,000 pages) remain on Dow's log.

Accordingly, Nova respectfully requests the Court to review in camera the 30 documents listed in the attachment to this letter under the procedure the Court set forth on May 9.  By copy of this letter, we request Dow's counsel to produce these documents at the scheduled 11:00 a.m. hearing on June 6, 2008.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/nmt
867520 / 29645

Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via electronic mail)

**Documents for June 6, 2008, *in camera* review**

| No. | Pgs. | Date | Author | Recipient | cc | Description | Reason Withheld |
|---|---|---|---|---|---|---|---|
| 57 | 1 | 2004 | | | | Document referring to fractionation technique conducted on Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation | WP |
| 806 | 4 | 11/14/2003 | Hazlitt, Lonnie; Johnson, Mark S | Johnson, Mark S; Hazlitt, Lonnie | | E-mail correspondence regarding testing performed at the request of M. Glenn in anticipation of litigation | WP |
| 828 | 3 | 9/16/2003 | Johnson, Mark S | | | Handwritten notes, analysis and lab results regarding testing on fractions of Nova Surpass resin samples performed at the request of M. Glenn in anticipation of litigation. | WP |
| 832 | 1 | 9/3/2003 | Johnson, Mark S | Reichek, Ken | | Handwritten memo from attorney-agent M. Johnson to K. Reichek requesting specific testing for Nova Surpass FPs317-A, FPs117-C, and HPs900-C. testing in anticipation of litigation. | WP |
| 839 | 1 | 9/2/2003 | Johnson, Mark S | | | Handwritten notes regarding testing strategy developed in 08/2003 in preparation for litigation. | WP |
| 844 | 15 | 3-Aug | | Johnson, Mark S | | Document contains graphical analysis of Nova Surpass resins FPs117-C, FPs317A, HPs900-C and Nova ASTute resins. | WP |
| 861 | 1 | 8/28/2003 | Johnson, Mark S | Reichek, Ken | | Handwritten correspondence from M. Johnson to K. Reichek requesting samples of Surpass resins and disclosing types of testing to be performed on the samples. | WP |
| 862 | 1 | 8/27/2003 | Johnson, Mark S | Stevens, James | | E-mail correspondence requesting a sample of a Nova Surpass resin and disclosing details about the types of test to be performed on the sample in anticipation of litigation. (Duplicate of Priv. Doc. No. 2256). | WP |

1

## Documents for June 6, 2008, *in camera* review

| No. | Pgs. | Date | Author | Recipient | cc | Description | Reason Withheld |
|---|---|---|---|---|---|---|---|
| 1034 | 1 | 11/1/2004 | | Johnson, Mark S | | Document contains graphical test results with handwritten calculations and analysis for fractions of Nova Surpass HPs900-C and FPs177-C performed at the request of G. Porter in anticipation of litigation. | WP |
| 1219 | 2 | | | Johnson, Mark S | | Results of testing to determine the additive that was the source of chemical peak seen in fractions of Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation. | WP |
| 1155 | 6 | 4-Jun | | Johnson, Mark S | | Document discloses stress-strain curves for Dow resins and contains handwritten notes of M. Johnson reflecting analysis of the data. | WP |
| 1188 | 1 | 9/26/2003 | Johnson, Mark S | | | Handwritten notes regarding discussion with inventor S. Lai re analysis of test methods in the patents in suit conducted at the request of M. Glenn in anticipation of litigation | WP |
| 1195 | 1 | 4-Oct | | | | Handwritten calculation based on results of testing shown in Priv. Doc. No. 1196 re slope of strain hardening testing on Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation | WP |
| 1196 | 5 | 4-Oct | | | | Results of slope of strain hardening testing on Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation | WP |
| 1200 | 5 | 4-Oct | | | | Results of slope of strain hardening testing on Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation | WP |
| 1201 | 1 | 4-Oct | | | | Handwritten calculation based on results of testing shown in Priv. Doc. No. 1202 re slope of strain hardening testing on Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation | WP |

2

## Documents for June 6, 2008, *in camera* review

| No. | Pgs. | Date | Author | Recipient | cc | Description | Reason Withheld |
|---|---|---|---|---|---|---|---|
| 1267 | 1 | 6/16/2004 | | Johnson, Mark S | | Results of testing and handwritten notes regarding testing to determine the additive that was the source of chemical peak seen in fractions of Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation. | WP |
| 1269 | 3 | 06/2004 - 07/2004 | | Johnson, Mark S | | Analysis of data regarding attempt to determine the additive that was the source of chemical peak seen in fractions of Nova Surpass polymer performed at the request of G. Porter in anticipation of litigation. | WP |
| 1468 | 15 | 1/15/2004 | Hazlitt, Lonnie | | | Report regarding analysis and testing performed at the request of M. Glenn in anticipation of litigation | WP |
| 1630 | 1 | 10/14/2004 | Johnson, Mark S. | | | Testing of Nova Surpass HPs900-C performed at the request of G. Porter in anticipation of litigation. | WP |
| 1771 | 91 | 1/26/2005 | Reichek, Ken; Hazlitt, Lonnie | | | Slope of strain hardening testing performed at the request of H. Roper in anticipation of litigation | WP |
| 1786 | 9 | 6/23/2004 | Johnson, Mark S. | | | Analysis of prior test data analyzed at the request of G. Porter in anticipation of litigation. | WP |
| 1849 | 1 | 8/28/1997 | Johnson, Mark S | Huff, Georgia; Kale, Larry; Parrott, Albert | Patel, Rajen | E-mail correspondence regarding testing requested by counsel in anticipation of prior litigation | WP |
| 2003 | 39 | 8/18/2003 | Gillespie, David | | | Results of fractionation testing performed at the request of M. Glenn in anticipation of litigation | WP |
| 2216 | 2 | 9/24/2003 | Marroquin, Deborah, Johnson, Mark S.; Reichek, Ken | Johnson, Mark S; Marroquin, Deborah; Sehanobish, Kalyan | Patel, Rajen; Reichek, Ken | E-mail correspondence regarding data analysis performed at the request of M. Glenn in anticipation of litigation | WP |
| 2261 | 1 | 9/5/2003 | Stevens, James | Johnson, Mark S | | E-mails concerning testing performed at request of M. Glenn in anticipation of litigation | WP |

3

**Documents for June 6, 2008, *in camera* review**

| No. | Pgs. | Date | Author | Recipient | cc | Description | Reason Withheld |
|-----|------|------|--------|-----------|-----|-------------|-----------------|
| 2277 | 4 | 10/10/2003 | Johnson, Mark S | Lai, Shih-Yaw | | E-mail correspondence seeking information about strain-hardening data contained in a patent-in-suit requested by S. Krupp in anticipation of litigation. | WP |
| 2283 | 1 | 9/25/2003 | Sehanobish, Kalyan | Patel, Rajen | Bensason Selim; Johnson, Mark S | E-mail correspondence regarding data analysis performed at the request of M. Glenn in anticipation of litigation | WP |
| 2317 | 1 | 5/6/2004 | Patel, Rajen | Wooster, Jeffrey | Johnson, Mark S | E-mail correspondence requesting information regarding methods of analysis. This was done at the request of G. Porter in anticipation of litigation. | WP |
| 2325 | 4 | 6/23/2004 | Kummer, Kyle G | | | Analysis of prior test data analyzed the request of G. Porter in anticipation of litigation (Attached to 2324) | WP |