IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOVA CHEMICALS CORPORATION ) <br> (CANADA), and NOVA CHEMICALS INC. ) <br> (DELAWARE), ) <br> ) <br> Defendants. ) | C.A. No. 05-737 (JJF) <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF DEPOSITION OF RONALD P. MARKOVICH

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants, NOVA Chemicals Corporation and NOVA Chemicals Inc., will take the deposition of Ronald P. Markovich by oral examination using videotape, audiotape, and/or stenographic means. The deposition will begin at 9:00 a.m. on July 15, 2008, at the offices of JENNER & BLOCK LLP, 330 N. Wabash Ave., Chicago, Ill. 60611, or such other location as the parties may mutually agree, and will continue from day to day until completed. The deposition will be taken before a Notary Public or other officer authorized to administer oaths. You are invited to attend and examine the witness.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>Martin I. Fuchs<br>Ken Motolenich-Salas<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>Tel: (202) 408-4000 | By: /s/ David E. Moore<br>   Richard L. Horwitz (#2246)<br>   David E. Moore (#3983)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, Delaware 19801<br>   Tel: (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*NOVA Chemicals Corporation (Canada), and*<br>*NOVA Chemicals Inc. (Delaware)* |
| H. Woodruff Turner<br>Thomas A. Donovan<br>Robert D. Yeager<br>Brian P. Anderson<br>KIRKPATRICK & LOCKHART<br>   PRESTON GATES ELLIS LLP<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Tel: (412) 355-6478 | |
| Dated: June 5, 2008<br>867981 / 29645 | |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 5, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on June 5, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>rdsefiling@mnat.com | Harry J. Roper<br>Steven R. Trybus<br>Aaron A. Barlow<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>hroper@jenner.com<br>strybus@jenner.com<br>abarlow@jenner.com |
| Darrick J. Hooker<br>Jenner & Block LLP<br>333 North Wabash Avenue<br>Chicago, IL 60611<br>dhooker@jenner.com | |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645