IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY,           ) | |
|                 Plaintiff,           ) | |
| v.           ) | C.A. No. 05-737 (JJF) |
| NOVA CHEMICALS CORPORATION (Canada), )<br>and NOVA CHEMICALS INC. (Delaware),           ) | |
|                 Defendants.           ) | |

**<u>NOTICE OF DEPOSITION OF MARK WEBER</u>**

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff The Dow Chemical Company ("Dow") shall take the deposition upon oral examination of Mark Weber, an employee of Defendants Nova Chemicals Corporation, and Nova Chemicals Inc. ("Nova") on August 5, 2008, at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, NW, Washington, DC 20001-4413. The deposition shall be taken pursuant to and in accordance with the Federal Rules of Civil Procedure and will be conducted before an officer duly authorized to administer oaths by the laws of the United States. The deposition will commence at 9:00 a.m. on August 5, 2008, continuing day-to-day thereafter, Sundays and holidays excepted, until completed. This deposition will be recorded stenographically and by videotape.

                                                Morris, Nichols, Arsht & Tunnell LLP

                                                */s/ Rodger D. Smith II*
                                                Rodger D. Smith II (#3778)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899-1347
                                                (302) 658-9200
                                                rsmith@mnat.com
                                                    *Attorneys for Plaintiff*
                                                    *The Dow Chemical Company*

2

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
(312) 222-9350

Guy Relford
The Dow Chemical Company
2030 Bldg
Midland, MI  48672

Dated:  June 17, 2008
2371391

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on June 17, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on June 17, 2008, upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com

**BY EMAIL**

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Jeffrey.abraham@finnegan.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com