IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | |
| (CANADA) and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the March 5, 2008 Scheduling Order (D.I. 55) shall be amended as follows:

| Schedule Item | Current Date | New Date |
|---|---|---|
| Fact Deposition Completion | July 16, 2008 | September 16, 2008 |
| Opening Expert Report | August 18, 2008 | October 17, 2008 |
| Response/Rebuttal Reports | September 22, 2008 | November 21, 2008 |
| Close of Expert Discovery | November 21, 2008 | December 19, 2008 |
| Summary Judgment Motions | January 9, 2009 | January 23, 2009 |

All remaining provisions of the case schedule, including but not limited to the Markman hearing scheduled for September 11, 2008, the Pretrial Conference currently scheduled for March 5, 2009 (D.I. 57), and the March 2009 - July 2009 trial window (D.I. 57), remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Rodger D. Smith, II<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>rsmith@mnat.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Harry J. Roper<br>Aaron A. Barlow<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave<br>Chicago, IL 60611<br>(312) 222-9350 | Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000 |
| *Attorneys for Plaintiff*<br>*The Dow Chemical Company* | *Attorney for Defendants*<br>*Nova Chemicals Corporation (Canada)*<br>*Nova Chemicals, Inc. (Delaware)* |

870961 / 29645

SO ORDERED this ____ day of _____, 2008.

_____
Joseph J. Farnan Jr., U.S. District Judge