IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION (Canada), ) | |
| and NOVA CHEMICALS INC. (Delaware), ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION OF WALTER EADIE

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff The Dow Chemical Company ("Dow") shall take the deposition upon oral examination of Walter Eadie, an employee of Defendants Nova Chemicals Corporation, and Nova Chemicals Inc. ("Nova") on September 12, 2008, at the offices of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, NW, Washington, DC 20001-4413. The deposition shall be taken pursuant to and in accordance with the Federal Rules of Civil Procedure and will be conducted before an officer duly authorized to administer oaths by the laws of the United States. The deposition will commence at 9:00 a.m. on September 12, 2008, continuing day-to-day thereafter, Sundays and holidays excepted, until completed. This deposition will be recorded stenographically and by videotape.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
|  | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Plaintiff*<br>*The Dow Chemical Company* |

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Darrick J. Hooker
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Guy Relford
The Dow Chemical Co.
2030 Bldg
Midland, MI 48672

August 5, 2008
2439024

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 5, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on August 5, 2008, upon the following in the manner indicated:

**BY HAND AND BY EMAIL**

Richard L. Horwitz
Kenneth L. Dorsney
POTTER ANDERSON & CORROON, LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19899
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

**BY EMAIL**

Jeffrey W. Abraham
FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jeffrey.abraham@finnegan.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)