IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOVA CHEMICALS CORPORATION )<br>(CANADA), and NOVA CHEMICALS INC. )<br>(DELAWARE), )<br>)<br>Defendants. ) | C.A. No. 05-737 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

WHEREAS, Defendants, NOVA Chemicals Corporation and NOVA Chemicals ("NOVA"), have filed a Motion to Compel Production of Withheld Document, and the Court having considered the respective papers submitted by NOVA and Plaintiff, The Dow Chemical Company ("Dow"), in support of, or in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that Dow, within seven (7) days, produce to NOVA, the document as identified in Defendants' Opening Brief in Support of Motion to Compel Production of Withheld Document.

SO ORDERED this _____ day of _____, 2008.

_____
U.S.D.J.