# EXHIBIT 1

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 2

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 3

JUL-31-2008 13:08  JENNER AND BLOCK, LLP  P.02/02

# JENNER&BLOCK

July 31, 2008

Jenner & Block LLP    Chicago
330 N. Wabash Avenue    New York
Chicago, IL 60611-7603    Washington, DC
Tel 312 222-9350
www.jenner.com

**VIA FACSIMILE AND E-MAIL**

Darrick J. Hooker
Tel 312 923-8322
Fax 312 923-8422
dhooker@jenner.com

Joann M. Neth
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Re: **Dow v. Nova, C.A. No. 05-737 (JJF), D. Del**

Dear Joann:

We have recently become aware that we inadvertently produced Dow Bates No. DN00117236-37. This document is protected by both the attorney-client privilege and work-product immunity, and should not have been produced. Pursuant to paragraph 13 of the Stipulation and Order Governing Discovery Materials, we request that Nova return this document immediately.

Very truly yours,

*Darrick Hooker*
Darrick J. Hooker

DJH:ekw

TOTAL P.02

# EXHIBIT 4

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**