IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | **JURY TRIAL DEMANDED** |
| (CANADA), and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

**APPENDIX IN SUPPORT OF NOVA'S OPENING CLAIM CONSTRUCTION BRIEF**

**VOLUME I OF III**

OF COUNSEL:
Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Martin I. Fuchs
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Tel: (202) 408-4000

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222
Tel: (412) 355-6478

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

Dated: August 13, 2008
Public Version Dated: August 18, 2008
878184 / 29645

## **TABLE OF EXHIBITS**

A. U.S. Patent No. 5,847,053

B. U.S. Patent No. 6,111,023

C. Dow's Response to NOVA Interrogatory No. 1

D. U.S. Patent No. 5,272,236

E. Certified File History of U.S. Patent No. 5,847,053

F. Certified File History of U.S. Patent No. 6,111,023

G. Declaration of Dr. Charles Stanley Speed in Support of NOVA's Opening Claim Construction Brief

H. Deposition Transcript of A. W. DeGroot (July 10, 2008) (confidential pursuant to protective order)

I. Deposition Transcript of P.W. Chum (June 20, 2008) (confidential pursuant to protective order)

J. DeGroot Deposition Ex. 6 (DN-A00002224 to 2242) (confidential pursuant to protective order)

K. Deposition Transcript of L. Kale (May 29, 2008) (confidential pursuant to protective order)

L. Deposition Transcript of T. Oswald (May 14, 2008 (Vol. 1), June 3, 2008 (Vol. 2) (confidential pursuant to protective order)

M. Dow Proposed Claim Constructions, as received by NOVA on August 11, 2008

N. NOVA's Proposed Claim Constructions for Claim Terms in Claim 6 of the '053 Patent and Claim 1 of the '023 Patent