5,376,439

3

constructed from polyolefin polymers such as polypro-
pylene as is shown in copending U.S. application Ser.
No. 660,402 filed Feb. 21, 1991 both of which are herein
fully incorporated by reference. The narrow melting
point range of these polymers renders them extremely [5]
useful in packing fill operations where it is desirable to
develop strong seal strength immediately after packag-
ing and while the film is still hot from the sealing opera-
tion. [10]

SUMMARY OF THE INVENTION

The present invention provides for a polymer compo-
sition comprising a blend of from about 25 to about 90%
by weight of a very low density ethylene polymer hav-
ing a density on the range of from about 0.88 to 0.925 [15]
g/cm², a melt index of from about 0.5 to about 7.5
dg/min, a molecular weight distribution not greater
than about 3.5 and a compositional distribution breadth
index greater than about 70%, and from about 10 to
about 75% by weight of a low to medium density ethyl- [20]
ene polymer having a density of from about 0.910 to
about 0.935 g/cm3, a melt index of from about 0.5 to
about 20 dg/min, a molecular weight distribution
greater than about 3.5 and a compositional breadth
index less than about 70%. [25]

The polymer composition of this invention may be
fabricated into film material by cast extrusion processes
and exhibit improved draw resonance such that film of
uniform and constant thickness may be obtained at
higher manufacturing take-up speeds. [30]

The invention also provides for films prepared from
this blend having single layer construction or having
laminar ABA construction wherein the A or skin layers
comprise the blend of this invention and the B or core
layer comprises a different olefin polymer such as high [35]
density polyethylene.

Films of this invention exhibit excellent elongation,
tensile and impact properties and also softness, feel and
noise properties which render them eminently suitable
for use as back sheet components in the fabrication of [40]
absorbent articles such as diapers, bed pads and like
articles where such properties are desirable.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing advantages and features of the inven- [45]
tion will become clearer and more fully understood
when the following detailed description is read in con-
junction with the accompanying drawings, in which:

FIG. 1 is a graph of the solubility distribution and
composition distribution of a copolymer (X) having a [50]
narrow SDBI and CDBI.

FIG. 2 is a graph illustrating the correlation between
dissolution temperature and composition used to con-
vert the temperature scale to a compositional scale.

FIG. 3 is a graph illustrating the method for calculat- [55]
ing CDBI.

DETAILED DESCRIPTION OF THE
INVENTION

The very low density ethylene polymers (VLDPE) [60]
which may be used as one component in the films of this
invention are ethylene/alpha-monoolefin copolymers
wherein the monoolefin can have from 4–20 carbon
atoms such as ethylene/butene-1, ethylene/hexene-1
and ethylene/octene-1, copolymers or terpolymers of [65]
olefins having from 4–20 carbon ataoms such as
ethylene/butene-1/hexene-1. These ethylene copoly-
mers and terpolymers with prescribed range of mono-

4

mer levels can be prepared by polymerization of the
suitable olefins in the presence of supported or unsup-
ported metallocene catalysts systems. The preferred
range of comonomer level generally ranges from about
4 to about 15 mole percent.

These copolymers have a density in the range of
about 0.88 g/cm3 to about 0.925 g/cm3. Preferably the
density is in the range of about 0.885 g/cm3 to about
0.91 g/cm3. Densities above about 0.90 g/cm3 are mea-
sured using standard accepted procedures. At densities
below about 0.90 g/cm², the samples are additionally
conditioned by holding them for 48 hours at ambient
temperature (23° C.), prior to density measurement.
Preferred copolymers in accordance with the present
invention are VLDPE copolymers of ethylene and a $C_4$
to $C_{10}$ alpha monoolefin, most preferably copolymers
and terpolymers of ethylene and butene-1 and/or hex-
ene-1.

The melt index (MI) of the ethylene/alpha-mono-ole-
fin copolymers of the present invention is in the range of
about 0.5 dg/min to about 7.5 dg/min. Preferably the
MI is in the range of about 0.5 dg/min to about 5.0
dg/min, and the most preferred MI is in the range of 1.0
to 2.5 dg/min. MI as measured herein is determined
according to ASTM D-1238 (190/2.16). High load MI
is determined according to ASTM D-1238 (190/21.6).
These copolymers also have a narrow molecular weight
distribution. The ratio of Mw/Mn is generally in the
range of about 1.5 to about 3.5, preferably in the range
of about 2.0 to about 3.0.

The ethylene/alpha-mono-olefin copolymers should
also have an essentially single melting point characteris-
tic with a peak melting point (Tm) as determined by
Differential Scanning Colorimetry (DSC) in the range
of about 60° C. to about 115° C. Preferably the DSC
peak Tm is in the range of about 80° C. to about 100° C.
"Essentially single melting point" as used herein means
that at least about 80% by weight of the material corre-
sponds to a single Tm peak existing in the range of about
60°–115° C., and there is essentially absent from the
polymer any substantial fraction of material which cor-
responds to a Tm peak found at a temperature higher
than about 115° C., i.e., "essentially" the bulk material
content of the polymer corresponds to a "single" melt-
ing point peak in the 60°–115° C. range, and "essen-
tially" no substantial fraction of the material has a peak
melting point in excess of about 115° C., as determine by
DSC analysis.

DSC measurements are made on a Perkin Elmer
System 7 Thermal Analysis System. Melting informa-
tion reported are second melting data i.e. the sample in
heated at a programmed rate of 10° C./min to a temper-
ature above its melting range. The sample is then cooled
at a programmed rate of 10° C./min to a temperature
below its crystallization range. The sample is then re-
heated (2nd melting) at a programmed rate of 10°
C./min.

The composition distribution breadth index (CDBI)
of such VLDPE copolymers will generally be in the
range of about 70 percent or higher. The CDBI is de-
fined as the weight percent of the copolymer molecules
having a comonomer content within 50 percent (i.e.
±50%) of the median total molar comonomer content.
The CDBI of linear polyethylene, which does not con-
tain a comonomer, is defined to be 100%.

The Composition Distribution Breadth Index (CDBI)
is determined via the technique of Temperature Rising
Elation Fractionation (TREF). CDBI determination

5,376,439

5

clearly distinguishes the VLDPE copolymers of this invention (narrow composition distribution as assessed by CDBI values generally above 70%) from other low density polyethylenes available commercially today which generally have a broad composition distribution as assessed by CDBI values generally less than 55%. The benefits to the subject invention accrue through the specific use of VLDPEs of narrow composition distribution. The CDBI of a copolymer is readily calculated from data obtained from techniques known in the art, such as, for example, temperature rising elution fractionation as described, for example, in U.S. Pat. No. 5,008,204 filed Feb. 2, 1988 or in Wild, et al., *J. Poly. Sci. Poly, Phys. Ed.*, Vol. 20, p. 441 (1982) both of which are hereby fully incorporated by reference.

Solubility Distribution is measured using a column of length 164 cm and 1.8 cm ID (inner diameter) is packed with non-porous glass beads (20–30 mesh) and immersed in a temperature programmable oil bath. The bath is stirred very vigorously to minimize temperature gradients within the bath, and the bath temperature is measured using a platinum resistance thermometer. About 1.6 grams of polymer is placed in a sample preparation chamber and repeatedly evacuated and filled with nitrogen to remove oxygen from the system. A metered volume of tetrachloroethylene solvent is then pumped into the sample preparation chamber, where it is stirred and heated under 3 atmospheres pressure at 140° C. to obtain a polymer solution of about 1 percent concentration. A metered volume of this solution, 100 cc is then pumped into the packed column thermostated at a high temperature, 120° C.

The polymer solution in the column is subsequently crystallized by cooling the column to 0° C. at a cooling rate of −20° C./min. The column temperature is then maintained at this temperature for 25 min. at 0° C. The elution stage is then begun by pumping pure solvent, preheated to the temperature of the oil bath, through the column at a flow rate of 27 cc/min. Effluent from the column passes through a heated line to an IR detector which is used to measure the absorbance of the effluent stream. The absorbance of the polymer carbon-hydrogen stretching bands at about 2960 cm⁻¹ serves as a continuous measure of the relative weight percent concentration of polymer in the effluent. After passing through the infrared detector the temperature of the effluent is reduced to about 110° C., and the pressure is reduced to atmospheric pressure before passing the effluent stream into an automatic fraction collector. Fractions are collected in 3° C. intervals. In the elution stage pure tetrachloroethylene solvent is pumped through the column at 0° C. at 27 cc/min for 25 min. This flushes polymer that has not crystallized during the cooling stage out of the column so that the percent of uncrystallized polymer (i.e. the percent of polymer soluble at 0° C.) can be determined from the infrared trace. The temperature is then programmed upward at a rate of 1.0° C./min. to 120° C. A solubility distribution curve, i.e. a plot of weight fraction of polymer solubilized as a function of temperature, is thus obtained.

The procedure for calculating the Solubility Distribution Breadth Index (SDBI) is set forth below. Solubility distributions of two ethylene interpolymers are shown in FIG. 1. Here, for illustration purposes only, Sample X has a narrow solubility distribution and elutes over a narrow temperature range compared to Sample Y, which has a broad solubility distribution. A solubility distribution breadth index (SDBI) is used as a measure

6

of the breadth of the solubility distribution curve. Let w(T) be the weight fraction of polymer eluting (dissolving) at temperature T. The average dissolution temperature, $T_{ave}$, is given by

$$T_{ave} = \int T \, w(T) dT, \text{ where } \int w(T) dT = 1.$$

SDBI is calculated using the relation:

$$SDBI(°C.) = [(T - T_{ave})^4 w(T) dT]^{\frac{1}{4}}.$$

(SDBI is thus analogous to the standard deviation of the solubility distribution curve, but it involves the fourth power rather than the second power to $T - T_{ave}$. Thus, for example, the narrow solubility distribution Sample X and the broad solubility distribution Sample Y in FIG. 1 have SDBI values equal to 14.6° C. and 29.4° C., respectively. The preferred values of SDBI are less than 28° C. and more preferred less than 25° C. and even more preferred less than 20° C.

The composition distribution (CD) of a crystalline interpolymer is determined as follows. The composition and number average molecular weight, $M_n$, of fractions collected in various narrow temperature intervals for several poly(ethylene-co-butene)'s was determined by C13 NMR and size exclusion chromatography, respectively. FIG. 2 is a plot of mole percent comonomer vs. elution temperature for fractions having $M_n > 15,000$. The curve drawn through the data points is used to correlate composition with elution temperature for temperatures greater than 0° C. The correlation between elution temperature and composition becomes less accurate as the $M_n$ of a fraction decreases below 15,000. Such errors can be eliminated by direct measurement of the composition of effluent fractions by C13 NMR. Alternatively, the elution temperature-composition calibration for high molecular weight fractions given in FIG. 2 may be corrected based on the $M_n$ of effluent fractions and an experimentally established correlation between $M_n$ and elution temperature that applies for $M_n < 15,000$. However, it is assumed that such low molecular weight molecules are present to a negligible extent and that any errors caused are negligible. A correlation curve such as the one in FIG. 2 is applicable to any essentially random poly(ethylene-co-α-olefin) provided, however, that the alpha-olefin is not propylene.

The temperature scale of a solubility distribution plot can thus be transformed to a composition scale, yielding a weight fraction of polymer vs. composition curve. As seen from the composition scale in FIG. 2, Sample X contains molecules spanning a narrow composition range, whereas Sample Y contains molecules spanning a wide composition range. Thus, Sample X has a narrow composition distribution whereas Sample Y has a broad composition distribution.

A quantitative measure of the breadth of the composition distribution is provided by the Composition Distribution Breadth Index (CDBI). CDBI is defined to be the percent of polymer whose composition is within 50% of the median comonomer composition. It is calculated from the composition distribution cure and the normalized cumulative integral of the composition distribution curve, as illustrated in FIG. 3. The median composition, $C_{med}$, corresponds to the composition at the point where the cumulative integral equals 0.5. The difference between the values of the cumulative integral at compositions 0.5 $C_{med}$ and 1.5 $C_{med}$ (71−29, or 42%,

5,376,439

7

in this example) is the CDBI of the copolymer. CDBI values fall between zero and one, with large values indicating narrow CD and low values indicating broad CD. Thus, now referring back to FIG. 15, the narrow and broad CD copolymers have CDBI's equal to 95.5% and 42%, respectively. It is difficult to measure the CD and CDBI of copolymers having very low comonomer content with high accuracy so the CDBI of polyethylenes with densities greater than 0.94 g/cc is defined to be equal to 100%. Unless otherwise indicated, terms such as "comonomer content", "average comonomer content" and the like refer to the bulk comonomer content of the indicated copolymer.

A class of highly active olefin catalysts known as metallocenes may be used in the preparation of these VLDPE copolymers. These catalysts, particularly those based on Group IVB transition metals such as zirconium, titanium and hafnium, show extremely high activity in ethylene polymerization. Metallocenes are well known especially in the preparation of polyethylene and copolyethylene-alpha-olefins. These transition metal metallocene compounds are generally represented by the formula $(Cp)_m MR_n R'_p$ wherein Cp is a substituted, unsubstituted, bridged, unbridged or a combination, cyclopentadienyl ring; M is a Group IVB,VB or VIB transition metal; R and R' are independently selected from a halogen, hydrocarbyl group, or hydrocarboxyl groups having 1–20 carbon atoms; m=1–3, n=0–3, p=0–3, and the sum of m+n+p equals the oxidation state of M.

Various forms of the catalyst system of the metallocene type may be used for polymerization to prepare the polymers used in this present invention including but not limited to those of homogeneous, supported catalyst type wherein the catalyst and cocatalyst are together supported or reacted together onto an inert support for polymerization by a gas phase process, high pressure process or a slurry or a solution polymerization process. The metallocene catalysts are also highly flexible in that, by manipulation of catalyst composition and reaction conditions, they can be made to provide polyolefins with controllable molecular weights from as low as about 200 (useful in applications such as lube oil additives) to about 1 million or higher as, for example, ultra high molecular weight linear polyethylene. At the same time, the molecular weight distribution of the polymers can be controlled from extremely narrow (as in a polydispersity, Mw/Mn of about 2), to broad (a polydispersity of about 8).

Exemplary of the development of these metallocene catalysts for the polymerization of ethylene is found in the disclosure of U.S. Pat. No. 4,937,299 to Ewen, et al. and EP 0 129 368-B1 published Jul. 26, 1989, both incorporated herein by reference. Among other things, this patent teaches that the structure of the metallocene catalyst includes an alumoxane which is formed when water reacts with trialkyl aluminum with the release of methane, which alumoxane complexes with the metallocene compound to form the catalyst. However other cocatalysts may be used with metallocenes, such as trialkylaluminum compounds; or ionizing ionic compounds such as, tri(n-butyl)ammonium tetra(pentafluorophenyl) boron, which ionize the neutral metallocene compound. Such ionizing compounds may contain an active proton, or some other cation such as carbonium, which ionize the metallocene on contact, forming a metallocene cation associated with (but not coordinated or only loosely coordinated to the remaining ion

8

of the ionizing ionic compound. Such compounds are described in EP-A-0 277 003 and EP-A-0 277 004 both published Aug. 3, 1988 and are hereby fully incorporated by reference. Further, the metallocene catalyst component can be a monocyclopentadienyl heteroatom containing compound, which is activated by either an alumoxane or an ionic activator to form an active polymerization catalyst system to produce polymers useful in this present invention as is shown for example by PCT International Publication WO92/00333 published Jan. 9, 1992, U.S. Pat. Nos. 5,096,867 and 5,055,438, EP-A-0 420 436 and WO91/04257 all of which are fully incorporated herein by reference.

Utilizing a metallocene catalyst, the VLDPE copolymers used as the low melting polymers of the present invention can be produced in accordance with any suitable polymerization process, including a slurry polymerization, gas phase polymerization, and high pressure polymerization process.

A slurry polymerization process generally uses superatmospheric pressures and temperatures in the range of 40°–100° C. In a slurry polymerization, a suspension of solid, particulate polymer is formed in a liquid polymerization medium to which ethylene and comonomers and often hydrogen along with catalyst are added. The liquid employed in the polymerization medium can be an alkane, cycloalkane, or an aromatic hydrocarbon such as toluene, ethylbenzene or xylene. The medium employed should be liquid under the conditions of polymerization and relatively inert. Preferably, hexane or toluene is employed.

Alternatively, the VLDPE copolymer component of the present invention may be formed by gas-phase polymerization. A gas-phase process utilizes super-atmospheric pressure and temperatures in the range of about 50° C.–120° C. Gas phase polymerization can be performed in a stirred or fluidized bed of catalyst and product particles in a pressure vessel adapted to permit the separation of product particles from unreacted gases. Ethylene, comonomer, hydrogen and an inert diluent gas such as nitrogen can be introduced or recirculated so as to maintain the particles at a temperatures of 50° C.–120° C. Triethylaluminum may be added as needed as a scavenger of water, oxygen, and other impurities. Polymer product can be withdrawn continuously or semicontinuously at a rate such as to maintain a constant product inventory in the reactor. After polymerization and deactivation of the catalyst, the product polymer can be recovered by any suitable means. In commercial practice, the polymer product can be recovered directly from the gas phase reactor, freed of residual monomer with a nitrogen purge, and used without further deactivation or catalyst removal.

The VLDPE copolymers of the present invention can also be produced in accordance with a high pressure process by polymerization ethylene in combination with other monomers such as butene-1, hexene-1, octene-1, or 4-methylpentene-1 in the presence of the catalyst system comprising a cyclopentadienyl-transistion metal compound and an alumoxane compound and the catalyst systems described above. It is important, in the high-pressure process, that the polymerization temperature be above about 120° C. but below the decomposition temperature of the polymer product and that the polymerization pressure be above about 500 bar (kg/cm2). In those situations wherein the molecular weight of the polymer product that would be produced at a given set of operating conditions is higher than

Appendix E-000136

5,376,439

9

desired, any of the techniques known in the art for control of molecular weight, such as the use of hydrogen or reactor temperature, may be used in the process of this invention.

The low to medium density ethylene polymer with which the VLDPE is blended to form the improved films of this invention may be characterized by a density in the range of from above about 0.910 to about 0.935 g/cm³ and generally exhibit a higher melt index than the VLDPE component, i.e., a MI above about 3, preferably above about 5.0 and up to about 20, a molecular weight distribution above about 3.5 and a compositional distribution breadth index of less than about 70%, usually less than about 55%. These materials may be prepared by and not limited to conventional high pressure polymerization processes using free radical catalyst systems. Preferred polymers are low density polyethylene as well as low density copolymers of ethylene with up to about 30 mole % of a comonomer such as propylene, vinyl acetate, acrylic acid and lower alkyl esters of acrylic acid. Preferred LDPE polymers have a preferred density in the range of from above 0.915 to about 0.930 g/cm³ and a preferred MI in the range of from about 5 to 15.

The blend composition of the monolayer film contains from about 25 to about 90% by weight of the VLDPE and correspondingly from about 75 to 10% by weight of the low to medium density ethylene polymer, each based on the total weight of polymer present in the composition. More preferred levels range from about 50 to about 80% by weight of the VLDPE compoent, most preferably from about 50 to about 70% by weight of the VLDPE component.

As indicated above, the present invention provides an embodiment wherein films of ABA construction may be prepared wherein the above described blend comprises the skin or A layers, and a different polyolefin polymer comprises the core or B layer. Because of the extremely good physical properties of films prepared from the VLDPE/LDPE blend material and particularly because of the enhanced noise reduction and softness properties of such films, such an ABA construction permits the utilization as the B core layer a material which might not otherwise be desirable for the fabrication of back sheet material due to excessive noise, poor feel or other factors. Such materials include conventional high density polyethylene having a density in the range from about 0.940 to about 0.980 g/cm3 and particularly scrap high density polyethylene which has been recycled and reclaimed, such as that reclaimed from milk or soft drink containers. Thus the invention provides for cost effective re-use of such materials and environmental benefits. The core layer may also contain minor amounts of the composition of the outer or skin layers so occasioned by the recycle of scrap or trim film back into the extruder to be mixed with the polymer used to prepare the core layer.

The films of the present invention may be fabricated using cast extrusion techniques well known in the art. For example, the monolayer film may be prepared by forming a uniform mixture of the polymer components and any other additives in a compounder extruder, extruding the mixture through a flat die at a temperature above the melting points of the polymer components, e.g. at temperatures from about 475° F. to about 550° F., to form a web, and casting the web on a chilled, smooth or patterned surface casting roll. For many applications it is preferred to emboss the cast film to produce a

10

roughened pattern on the film surface such as disclosed in U.S. Pat. No. 4,436,520 to reduce the surface gloss of the film. This embossing may be carried out using a casting roll having a patterned surface and a pressure roll wherein the web is passed through the nip of these rolls. The resulting film is then cooled and wound, or the film may be further oriented by drawing in one or two mutually perpendicular directions by techniques well known in the art.

Where the film is a laminar film of ABA construction, the film may be prepared by the technique described above using coextrusion techniques. Thus the polymer forming the core layer, i.e., HDPE, is coextruded with the two outer layers using a multiple die coextruder, or molten layers of the outer layers may be applied to the surfaces of an extruded cast film of the core layer.

A particular advantage associated with films prepared using the polymer blend components of this invention is that the film exhibits improved draw resonance properties during the production processing steps.

The films of this invention may have an overall film thickness in the range of from about 0.50 to about 2 mil, more preferably from about 0.75 about 1.5 mil. Where ABA type laminar films are prepared, the core B layer may constitute from about 20 to about 75% by weight of the total film, more preferably from about 25 to about 60% by weight of the total film.

The polymer components used to fabricate the films of the present invention may also contain effective amounts of other additives normally included in such compositions. These include slip agents such as talc, antioxidants, fillers, dyes, pigments, radiation stabilizers, plasticizers and like additives.

For diaper backing applications, it is preferred to incorporate into the composition a light-colored pigment masterbatch concentrate (MB) composition which may contain a mixture of pigment, antioxidant, dispersant and other additives dispersed in a suitable olefin polymer matrix.

REFERENTIAL EXAMPLES

In order to provide a better understanding of the present invention including representative advantages thereof, the following referential examples are offered as related to actual tests performed in the practice of this invention, and illustrate the benefits of this present invention and not intended as a limitation on the scope of the invention.

EXAMPLE I

A monolayer film was prepared by mixing a polymer formulation having the composition set forth below in a 3½ inch Black Clawson extruder and melt extruding a web of the polymer at a temperature of approximately 500° F. vertically down into the nip between an embossing chill roll having a matte surface and a smooth surface rubber roll. The chill and rubber rolls were maintained at a temperature of about 130° to 140° C. and 50° to 60° C. respectively and at a contact pressure of about 40 psi to yield film material exiting the roll nip having an average thickness of about 1.2 to 1.3 mil. The resulting film was picked off the chill roll by a secondary chill roll maintained at about 60° C., taken up and wound at an initial speed of about 500 ft/min to yield a finished film having a thickness in the order of about 0.8 to 1.0. mil.

5,376,439

| | 11 | | | 12 |

Once the system had stabilized under the aforementioned conditions, the rate of take-up (draw line speed) was slowly increased by increasing the speed of the take-up rolls and each film observed for the appearance of draw resonance as evidenced by light and dark bands running across the film.

The composition of the monolayer film prepared above was as follows:

a) 70% by weight of a very low density polyethylene based on a copolymer of ethylene and less than 10 mole %. butene-1 having a density of 0.88 g/cm$^3$ and a Melt Index of 2.0 dg/min.;

b) 25% by weight of a high pressure low density polyethylene homopolymer having a density of 0.917 g/cm$^3$ and a Melt Index of 12.0 dg/min.;

c) 5% by weight of a masterbatch white pigment concentrate dispersed in polyethylene component (b).

### CONTROL A

A control monolayer film was prepared as set forth in Example 1 with the exception that a linear low density polyethylene was substituted for VLDPE component (a) and in the same amount. This LLDPE was a copolymer of ethylene and about 3.5 mole % of hexene-1 having a density of 0.918 and a Melt Index 2.0

Films made from the composition of Example 1 and Control A were drawn at an initial rate of about 500 ft/min which speed was increased gradually to over 600 ft/min. The film of Example 1 drew down to a thickness of about 0.55 mil at a speed of 627 ft/min prior to breaking, with no indication of draw resonance up to the point where the film tore off. The Control A film exhibited draw resonance prior to reaching a draw speed of 600 ft/min.

### EXAMPLES 2 AND 3

Example 1 was repeated using two additional formulations wherein the film components used in Example 1 were present at the following levels:

| Ex. 2 | |
|---|---|
| (a) VLDPE | 50% by weight |
| (b) LDPE | 45% by weight |
| (c) Pigment concentrate | 5% by weight |
| Ex. 3 | |
| (a) VLDPE | 30% by weight |
| (b) LDPE | 65% by weight |
| (c) Pigment concentrate | 5% by weight |

Films were drawn at a rate of 500 ft/min. Physical properties of these films as well as the Control A and Example 1 film (also drawn at 500 ft/min.) are shown in Table 1.

TABLE 1

| FILM | CONTROL A | EX. 1 | EX. 2 | EX. 3 |
|---|---|---|---|---|
| YAG$_1$ (mil) | 1.20 | 1.23 | 1.25 | 1.25 |
| DART IMPACT (g.) | 166 | 338 | 262 | 230 |
| TD$_2$ ULT. TENS. (g/in) | 1740 | 2672 | 2117 | 1754 |
| TD ULT. ELON. (%) | 671 | 733 | 698 | 676 |
| TD SEC MOD. (psi) | NT* | 12,430 | 14,170 | 14,570 |
| MD$_3$ ULT. ELON. (%) | 482 | 574 | 471 | 416 |
| MD ULT. TENS. (g/in) | 2184 | 3093 | 2484 | 2133 |
| MD SEC. | NT* | 11,910 | 14,070 | 13,820 |

TABLE 1-continued

| FILM | CONTROL A | EX. 1 | EX. 2 | EX. 3 |
|---|---|---|---|---|
| MOD. (psi) | | | | |

$_1$YAG - Average film thickness calculated based on film weight and polymer density.
$_2$TD - Transverse direction
$_3$MD - Machine direction
*NT - Not tested

### EXAMPLES 4,5 AND 6

Three additional formulations were prepared and processed into monolayer film by the method set forth in Example 1. Components were blended at the following levels:

a) VLDPE*—67% by weight
b) LDPE (Same as Ex. 1)—28% by weight
c) Pigment Concentrate—5% by weight
*In Example 4, the VLDPE used was a copolymer of ethylene and butene-1 having a melt index of 2.2 and a density of 0.885.

In Example 5, the VLDPE used was a copolymer of ethylene and hexene-1 having a melt index of 2.2 and a density of 0.889.

In Example 6, the VLDPE used was a copolymer of ethylene and hexene-1 having a melt index of 2.2 and a density of 0.906.

### CONTROL B

Example 1 was repeated with the same level of ingredients as in Examples 4–6 with the exception that a linear low density polyethylene (LLDPE) was substituted for the VLDPE and in the same amount. The LLDPE used in this Control was a copolymer of ethylene and octene-1 having a Melt Index of 2.5 and a density of 0.935.

Films made from the formulation of Examples 4–6 and Control B were cast and embossed to yield an average post emboss film gauge of 1.2 mils and drawn at an initial line speed of about 500 ft/min. For each film, the line speed was gradually increased until the film tore. Table 2 reports the melt temperature of the composition exiting the extruder, the observation of Draw Resonance, the film thickness just before the film tore and the film speed at the time of tear.

TABLE 2

| | MELT TEMPER- ATURE (°F.) | DRAW RESO- NANCE | FILM THICK. AT TEAR (MIL) | SPEED AT TEAR (FT/MIN) |
|---|---|---|---|---|
| EX 4 | 506 | NONE | 0.75 | 810 |
| EX 5 | 504 | NONE | 0.57 | 1066 |
| EX 6 | 509 | NONE | 0.70 | 872 |
| CONTROL B | 513 | YES (PRIOR TO 600 FT/MIN) | 0.67 | 920 |

As shown by the data in Table 2, none of the films made using formulations within the scope of this invention exhibited draw resonance prior to film tear, whereas the formulation of Control B exhibited draw resonance prior to draw speeds of 600 ft/min.

As indicated above, this invention also provides for laminar films of ABA construction wherein the A, or skin layers, comprise the blends of this invention and the B, or core layer, comprises a different polyolefin such as high density polyethylene. The following example illustrates the preparation of such a laminar film.

5,376,439

13

EXAMPLE 7

An ABA laminar film was prepared by coextruding a ground up, reclaimed high density polyethylene having a density of about 0.9616 g/cm³ and the composition of Example 1 containing a mixture of 70% by weight of VLDPE, 25% by weight of LDPE and 5% by weight of pigment concentrate. These materials were coextruded at 519° to 526° F. through a coextrusion die at a rate of 400 lbs per hour in a configuration such that the HDPE formed the core B layer and the VLDPE mixture formed the skin A layers. The resultant film had a thickness of about 1.2 mil with the core layer having thickness of about 0.30 mil and each skin layer a thickness of about 0.45 mil.

CONTROL C

Example 7 was repeated except that a linear low density polyethylene (based on a copolymer of ethylene and 1-octene) was substituted for the VLDPE component of the skin layer formulation. The LLDPE had a melt index of 2.0 and a density of 0.918. The resulting film had a thickness of about 1.2 mil, with a core layer thickness of 0.30 mil and skin layer thickness of 0.45 mil each.

Properties of the resulting films are shown in Table 3.

TABLE 3

| FILM | EX 7 | CONTROL C |
|---|---|---|
| CD-10% | 562 | 672 |
| TD-Break (g/in) | 2668 | 2247 |
| TD-Elong (%) | 702 | 693 |
| MD-Break (g/inc) | 3023 | 1926 |
| MD-Elong (%) | 583 | 396 |
| Dart Impact (g) | 198 | 123 |

NOTE:
CD-10% - Tensile strength at 10% Elongation
TD-Break - Tensile strength at break (transverse direction)
TD-Elong - Elongation at break (transverse direction)
MD - Machine direction

As shown in Table 3, laminar films of the present invention exhibit markedly better physical and mechanical properties when compared with a comparable film containing a LLDPE instead of VLDPE in the skin layers.

While the present invention has been described and illustrated by reference to particular embodiments thereof, it will be appreciated by those of ordinary skill in the art that the invention lends itself to variations not necessarily illustrated herein. For instance, the polymers useful in this present invention can be made using mixed transition metal metallocene catalyst systems or the line speeds of other film processing equipment not described can be increased significantly. Also, linear ethylene interpolymers described in copending U.S. application Ser. No. 490,642 filed May 25, 1990, herein fully incorporated by reference, are useful in increasing line speeds of film processing equipment. For this reason, then, reference should be made solely to the appended claims for the purposes of determining the true scope of the present invention.

What is claimed is:
1. A soft film comprising a mixture of:
a) about 30 to about 90% by weight based on polymer content, of a copolymer of ethylene and a $C_4$ to $C_{20}$ alpha-olefin comonomer, said copolymer prepared with a metallocene catalyst system, having essentially a single melting point in the range of 60° C. to 115° C., having a density of from about 0.88

14

g/cm³ to about 0.91 g/cm³, a melt index of from about 0.5 to about 7.5 dg/min, a molecular weight distribution less than about 3.0 and a compositional breadth index greater than about 70 percent, and
b) about 10 to about 70% by weight, based on polymer content, of a low density ethylene polymer prepared by a high pressure polymerization process having a density in the range of from about 0.91 to about 0.935 g/cm³, a melt index than that of (a) up to about 20-dg/min and a molecular weight distribution above about 3.5; wherein said film has a secant modulus in the transverse direction of less than about 14,570 psi.

2. The film of claim 1 containing from about 50 to about 80% by weight of component (a) and from about 20 to about 50% by weight of component (b).

3. The film of claim 1 wherein component (a) comprises a copolymer of ethylene and a $C_4$ to $C_{10}$ alpha-monolefin.

4. The film of claim 3 wherein component (a) comprises a copolymer of ethylene and butene-1.

5. The film of claim 3 wherein component (a) comprises a copolymer of ethylene and hexene-1.

6. The film of claim 1 wherein component (b) is a low density ethylene polymer having a density of above about 0.915 g/cm³.

7. The film of claim 6 wherein said component (b) is an ethylene polymer having a melt index of from about 5 to about 15.

8. The film of claim 1 wherein said ethylene copolymer (a) contains from about 4 to about 15 mole percent of said comonomer.

9. The film of claim 1 wherein said component (a) is a terpolymer comprising said copolymer of ethylene and said $C_4$ to $C_{20}$ alpha-mono-olefin and an additional $C_4$ to $C_{20}$ alpha-olefin different from said alpha-mono-olefin.

10. A film prepared by melt extrusion and shaping the composition of claim 1.

11. The film of claim 10 having a thickness in the range of from about 0.5 to about 2 mil.

12. The film of claim 10 which is a monolayer film.

13. An article of manufacture made from the film of claim 10.

14. The film of claim 1 wherein said film is fabricated by melt extrusion at a line speed in excess of 600 ft/minute.

15. A film comprising a mixture of:
a) about 30 to about 90% by weight based on polymer content, of a copolymer of ethylene and a $C_4$ to $C_{20}$ alpha-mono-olefin comonomer, said copolymer prepared with a metallocene catalyst system, having essentially a single melting point in the range of 60° C. to 115° C., having a density of from about 0.88 g/cm³ to about 0.91 g/cm³, a melt index of from about 0.5 to about 7.5 dg/min, a molecular weight distribution less than about 3.0 and a compositional breadth index greater than about 70 percent, and
b) about 10 to about 70% by weight, based on polymer content, of a low density ethylene polymer prepared by a high pressure polymerization process having a density in the range of from about 0.91 to about 0.935, a melt index higher than that of (a) up to about 20 dg/min and a molecular weight distribution above about 3.5; wherein said film has

5,376,439

15

a secant modulus in the machine direction of less than about 14,070 psi.

16. The film of claim 15 wherein said film comprises from about 50 to about 80% by weight of component (a) and from about 20 to about 50% by weight of component (b).

17. The film of claim 15 wherein said ethylene copolymer component (a) contains from about 4 to about 15 mole percent of said comonomer.

18. The film of claim 15 wherein said component (a) is a terpolymer comprising said copolymer of ethylene and said $C_4$ to $C_{20}$ alpha-mono-olefin comonomer and an additional $C_4$ to $C_{20}$ alpha-olefin different from said alpha-mono-olefin.

19. The film of claim 15 wherein said copolymer of ethylene and a $C_4$ to $C_{20}$ alpha-mono-olefin comonomer has a density in the range of 0.88 g/cm³ to about 0.90 g/cm³.

20. The film of claim 15 wherein the secant modulus in the machine direction is in the range of about 11,910 psi to about 14,070 psi.

21. A film comprising a mixture of:

(a) about 30 to about 90% by weight based on polymer content, of a copolymer of ethylene and a $C_4$ to $C_{20}$ alpha-mono-olefin comonomer, said copolymer prepared with a metallocene catalyst system, having essentially a single melting point in the range of 60° C. to 115° C., having a density of from about 0.88 g/cm³ to about 0.91 g/cm³, a melt index of from about 0.5 to about 7.5 dg/min, a molecular weight distribution less than about 3.0 and a compositional breadth index greater than about 70 percent, and

(b) about 10 to about 70% by weight, based on polymer content, of a low density ethylene polymer prepared by a high pressure polymerization process having a density in the range of from about 0.91 to about 0.935 g/cm³, a melt index higher than that of (a) up to about 20 dg/min and a molecular weight distribution above about 3.5; wherein said film has a secant modulus in the machine direction

16

of less than about 14,070 psi and a secant modulus in the transverse direction of less than 14,570 psi.

22. The film of claim 21 wherein said film comprises from about 50 to about 80% by weight of component (a) and from about 20 to about 50% by weight of component (b).

23. The film of claim 21 wherein said ethylene copolymer component (a) contains from about 4 to about 15 mole percent of said comonomer.

24. The film of claim 21 wherein said component (a) is a terpolymer comprising said copolymer of ethylene and said $C_4$ to $C_{20}$ alpha-mono-olefin comonomer and an additional $C_4$ to $C_{20}$ alpha-mono-olefin different from said alpha-mono-olefin.

25. The film of claim 21 wherein said copolymer of ethylene and a $C_4$ to $C_{20}$ alpha-mono-olefin comonomer has a density in the range of 0.88 g/cm³ to about 0.90 g/cm³.

26. The film of claim 21 wherein the secant modulus in the transverse direction is in the range of about 12,430 psi to about 14,570 psi.

27. The film of claim 15 wherein the secant modulus in the machine direction is in the range of about 11,910 psi to about 14,070 psi.

28. A diaper backsheet comprising a film according to claim 1.

29. The diaper backsheet of claim 28 wherein the film has a secant modulus in the machine direction of less than about 14,070 psi or a secant modulus in a transverse direction less than about 14,570 psi or both.

30. The diaper backsheet of claim 28 wherein said film comprises from about 50 to about 80% by weight of component (a) and from about 20 to about 50% by weight of component (b).

31. The film of claim 28 wherein said ethylene copolymer component (a) contains from about 4 to about 15 mole percent of said comonomer.

32. The film of claim 28 wherein said component (a) is a terpolymer comprising said copolymer of ethylene and said $C_4$ to $C_{20}$ alpha-mono-olefin comonomer and an additional $C_4$ to $C_{20}$ alpha-olefin different from said alpha-mono-olefin.

* * * * *

Appendix E-000140

JAU 1703  **1713**



**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

RECEIVED
MAY 27 1998
A.M.

Applicants:   Pak-Wing Steve Chum, et al.

Serial No.:        08/834,050                          Art Unit:     1703
Filed:             April 11, 1997                      Examiner:     D. We
Attorney Docket No.:        40121BL

For:    ETHYLENE POLYMER FILM MADE FROM ETHYLENE
        POLYMER BLENDS

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH
THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL WITH
SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF
PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on
May 19, 1998
DATE OF DEPOSIT

Osborne K. McKinney
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

SIGNATURE OF PERSON SIGNING CERTIFICATE

5 - 19 - 98
DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## RESPONSE A

The following is responsive to the Office Action mailed February 19, 1998
(paper number 4) wherein the PTO rejected all pending claims, Claims 9-31.  Also
submitted herewith is a photocopy of the Third Markovich Declaration which was
originally submitted during the examination of related application number
08/544,497.  Applicants respectfully request reconsideration of the present invention
in view of the Third Markovich Declaration and the amendments and remarks that
follow.

Applicants have discovered an omission in the priority claim asserted in the
Declaration originally filed April 11, 1997 with the above-identified application
number 08/834,050.  This omission was also carried-over to the Filing Receipt and as

08/834,050

such Applicant submit the Filing Receipt for the above-identified application number is incorrect. Specifically, Applicants note that the priority/continuity claim to great-grandparent application number 08/054,379 and grandparent application number 08/378,988 is omitted, as the intent to make such a claim is clearly set forth in the present specification under the heading "Cross-Reference to Related Applications" at page 1, lines 2-17 as entered by the Pre-Examination Amendment, filed December 11, 1997.

The Examiner will recall that similar omissions occurred in conjunction with application numbers 08/544,497 and 08/475,737, which were subsequently corrected by submission of Supplemental Declarations.

Although not originally claimed in the Declaration mailed April 11, 1997, Applicants believe the subject matter of the above-identified application (application number 08/834,050) is entitled to the priority filing date of great-grandparent application number 08/054,379, filed April 28, 1993, now abandoned. Applicants believe the presently claimed subject matter of '050 satisfies 35 U.S.C. § 120 in regards to copendency, continuity of disclosure, continuity of inventorship and cross-referencing and, as such, is entitled to the benefit of the effective filing date of April 28, 1993.

As support for this priority claim, Applicants submit below facts and support which demonstrate the present application is entitled to the benefit of the filing date of great-grandparent application number 08/054,379, filed April 28, 1993. Also, as further discussed below, recognition of the effective filing date of April 28, 1993, obviates any outstanding rejection under 35 U.S.C. § 102(e) as being anticipated by or, in the alternative, under 35 U.S.C § 103 as obvious over Lai et al. '004.

Applicants will submit, promptly at a later date, under a separate transmittal, a new Supplemental Declaration attesting to their priority claim.

Also submitted herewith is an Information Disclosure Statement pursuant to 37 C.F.R. § 1.97.

40121BL                          -2-

08/834,050

**In the Claims**

Please delete Claims 17-23 as these claims recite the substantially linear
ethylene polymer species of the homogeneously branched ethylene genus.
Applicants intend to direct the presently claimed invention to the homogeneously
branched linear ethylene polymer species.

Please delete Claim 11 as the limitation therein has been incorporated into the
remaining claims by the amendments below.

Please amend the remaining claims as follows:

9.    (Twice Amended)    A film made from an ethylene polymer
composition, wherein the composition comprises (A) from about 10 percent (by
weight of the total composition) to about 95 percent (by weight of the total
composition) of at least one homogeneously branched linear ethylene/α-olefin
interpolymer having:

      (i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to
about 0.935 g/cm$^3$,

      (ii)   a molecular weight distribution ($M_w/M_n$) from about 1.8 to
about 2.8,

      (iii)  a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min)
to about 10 g/10 min,

      (iv)   no high density fraction,

      (v)   a single melting peak as measured using differential scanning
calorimetry, and

      (vi)  a slope of strain hardening coefficient greater than or equal to
1.3; and

   (B)    from about 5 percent (by weight of the total composition) to about 90
percent (by weight of the total composition) of at least one
heterogeneously branched <u>linear</u> ethylene polymer having a density
from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

64.    (Twice Amended)    An ethylene polymer composition comprising (A)
from about 10 percent (by weight of the total composition) to about 95 percent (by
weight of the total composition) of at least one homogeneously branched linear
ethylene/α-olefin interpolymer having:

      (i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to
about 0.935 g/cm$^3$,

      (ii)   a molecular weight distribution ($M_w/M_n$) from about 1.8 to
about 2.8,

40121BL                                        -3-



08/834,050

(iii)  a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv)  no high density fraction,

(v)  a single melting peak as measured using differential scanning calorimetry, and

(vi)  a slope of strain hardening coefficient greater than or equal to 1.3; and

(B)  from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched <u>linear</u> ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

## REMARKS

Applicants amended the claims to limit the present invention to a particular species for the (A) component polymer i.e., the species of homogeneously branched linear ethylene polymers. Applicants also elected to amend Claims 9 and 24 to more distinctly set forth the claimed invention. Support for the amendment to Claims 9 and 24 can be found in the specification at page 13, lines 2-6.

Applicants believe that none of the above amendments to the claims add any new matter or create any new issue. Applicants respectfully request entry of the amendments to the claims and reconsideration of the claimed invention in view of the Third Markovich Declaration and the following remarks.

## REJECTIONS

1.    Claim 18 stands rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point and distinctly claim the subject matter which Applicants regard as the invention. Specifically, the Examiner finds the recitation "greater than about" to be indefinite because of the flexibility inherent in the term "about".

2.    Claims 9-31 stand rejected under 35 U.S.C. § 102(e) as being anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious over Lai et al. '004 or Hodgson et al. '439.

40121BL                                    -4-

08/834,050

The Examiner takes the position that Lai et al. '004 and Hodgson et al. '439 are deficient only in regards to the recited slope of strain hardening coefficient. In this regard, the Examiner states that he has a reasonable basis to believe that Lai's linear homogeneously branched polyethylene and Hodgson's copolymer (a) each possess substantially the same slope of strain hardening coefficient as required by the claimed invention.

Further, as to Hodgson et al. '439, the Examiner takes the position that Hodgson's (b) low density polymer having a density in the range of from about 0.91 to about 0.935 c/cm³ is the same as the (B) component polymer required by the present invention. The Examiner supports this assertion by directing attention to the patented claims set forth by Hodgson et al. '439.

Finally, the Examiner takes the position that even if the present invention is novel, it still would be obvious in view of Lai et al. '004 or Hodgson et al. '439 because these references generically embrace the claimed invention.

## APPLICANTS' RESPONSE

A.     **The rejection under 35 U.S.C. § 112, second paragraph, will be obviated on entry of the amendment to the claims.**

Applicants believe that the amendment to the claims obviates the rejection of Claim 18. Specifically, on entry of the above amendment to the claims, Claim 18 will be withdrawn from examination. Because Claim 18 will be withdrawn from examination, Applicants believe the rejection under 35 U.S.C. § 112, second paragraph, should also be withdrawn.

B.     **Applicants assert they are entitled under 35 USC § 120 to claim priority to grandparent application number 08/054,379, filed April 28, 1993, as follows:**

1.     **Copendency exists between Present Application '050 and Great-grandparent Application '379. See attached Continuity Flowchart)**

■     Present application '050 was originally filed on April 11, 1997. See **ANNEX 1** - postcard with postal mark of April 11, 1997.

40121BL                                   -5-

08/834,050

■ On April 11, 1997, parent application number 08/544,497 was pending. That is, '497 was filed on October 18, 1995 (see **ANNEX 2** - postcard with postal mark of October 18, 1995) and issued on October 14, 1997 as U.S. Patent 5,677,383 (see **ANNEX 3** - first page of USP '383).

■ On October 18, 1995, grandparent application number 08/378,998 was pending. That is:

    i.    Grandparent application number '998 was filed on January 27, 1995. See **ANNEX 4** - Filing Receipt/Postcard;

    ii.    Grandparent application number '998 went abandoned on October 19, 1995. See **ANNEX 5** - Office Action mailed April 18, 1995 (paper no. 11 as to '998); Also see **ANNEX 6** - Petition for Three-Month Extension of Time, hand-delivered September 21, 1995 according to **ANNEX 7** - Postcard.

■ Grandparent application number '998 was filed as a continuation application of '379. See **ANNEX 4** - Filing Receipt/Postcard.

■ Great-grandparent application number '379, now abandoned, was still pending on January 27, 1995, the filing date of grandparent application number '998. That is:

    i.    Great-grandparent application number '379 was filed on April 28, 1993. See **ANNEX 8** - Filing Receipt/Postcard;

    ii.    Great-grandparent application number '379 went abandoned on January 28, 1995. See **ANNEX 9** - Office Action, mailed July 27, 1994 (paper no. 7 as to '379); see also **ANNEX 10** - Petition for Three-Month Extension, mailed January 27, 1995.

Because the present application number '050 was filed April 11, 1997 when parent application '497 was still pending; parent application number '497 was filed October 18, 1995 when grandparent application number '998 was still pending; and

40121BL                -6-

08/834,050

grandparent application number '998 was filed January 27, 1995 when great-
grandparent application number '379 was still pending, there is copendency between
the present application number 08/834,050 and great-grandparent application
number 08/054,379. That is, the copendency requirement of 35 U.S.C. § 120 is
satisfied through parent application number 08/544,497, filed October 18, 1995 and
issued October 14, 1997 as US Patent No. 5,677,383 and through grandparent
application number 08/378,998, filed January 27, 1995 and abandoned October 19,
1995.

   2.   Continuity of Disclosure exists

        The independent claims of the presently claimed invention are as follows
(which includes entry of the amendments submitted in the Pre-Examination
Amendment, mailed December 11, 1997 as well as the above amendments to the
claims):

        9.   A film made from an ethylene polymer composition, wherein the
composition comprises (A) from about 10 percent (by weight of the total
composition) to about 95 percent (by weight of the total composition) of at least one
homogeneously branched linear ethylene/α-olefin interpolymer having:

   (i)     a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to
           about 0.935 g/cm$^3$,
   (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to
           about 2.8,
   (iii)   a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min)
           to about 10 g/10 min,
   (iv)    no high density fraction,
   (v)     a single melting peak as measured using differential scanning
           calorimetry, and
   (vi)    a slope of strain hardening coefficient greater than or equal to
           1.3; and
(B)  from about 5 percent (by weight of the total composition) to about 90
     percent (by weight of the total composition) of at least one
     heterogeneously branched linear ethylene polymer having a density
     from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

Appendix E-000147

08/834,050

24.    An ethylene polymer composition comprising (A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched linear ethylene/α-olefin interpolymer having:

        (i)    a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.935 $g/cm^3$,

        (ii)   a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

        (iii)  a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

        (iv)  no high density fraction,

        (v)   a single melting peak as measured using differential scanning calorimetry, and

        (vi)  a slope of strain hardening coefficient greater than or equal to 1.3; and

    (B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched linear ethylene polymer having a density from about 0.93 $g/cm^3$ to about 0.965 $g/cm^3$.

    Originally filed Claims 9 and 24 of great-grandparent application number 08/054,379 are as follows:

9.    A film made from an ethylene polymer composition, wherein the composition comprises from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of:

    (A)    at least one homogeneously branched linear ethylene/α-olefin interpolymer having:

        (i)    a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.92 $g/cm^3$,

        (ii)   a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

        (iii)  a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

        (iv)  no linear polymer fraction, and

        (v)   a single melting peak as measured using differential scanning calorimetry; and

    (B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously

40121BL            -8-

08/834,050

branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

24.    In a composition comprising at least one homogeneously branched ethylene/$\alpha$-olefin interpolymer and at least one heterogeneously branched ethylene/$\alpha$-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched linear ethylene/$\alpha$-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv)    no linear polymer fraction, and

(v)    a single melting peak as measured using differential scanning calorimetry.

**The differences between original Claim 9 in great-grandparent application number '379 and the present Claim 9 in '050 are as follows:**

1.    an amendment to Claim 9 in '050 to correct an inadvertent misplacement of the recitation "(A)." The amendment actually provides conformity with Claim 9 of great-grandparent application number '379 and as such is supported by '379.

2.    an amendment to Claim 9 in '050 to change the density range of the at least one homogeneously branched linear ethylene/$\alpha$-olefin interpolymer from "from about 0.89 grams/cubic centimeters (g/cm$^3$) to about 0.92 g/cm$^3$" to "from about 0.89 grams/cubic centimeters (g/cm$^3$) to 0.935 g/cm$^3$." Support for this amendment can be found in great-grandparent application number '379 at page 7, line 12.

3.    an amendment to Claim 9 in '050 to change the recitation "no linear polymer fraction" to "no high density fraction." This amendment corrected a transcription error that is fully supported in great-grandparent application number '379 at page 5, lines 23-27. That is, the substituted term "no high density fraction"

40121BL                                        -9-

08/834,050

generically refers to homogeneously branched ethylene polymers while the term "linear fraction" or "linear polymer fraction" (at least as used in '050 and '379) refers to heterogeneously branched ethylene polymers such as DOWLEX™ LLDPE resins supplied by The Dow Chemical Company. See great-grandparent application number 08/054,379 at page 5, lines 23-27 and compare with page 13, lines 23-26 and page 14, lines 6-10.

    4.    an amendment to Claim 9 in '050 to incorporate a slope of strain hardening limitation of greater than or equal to 1.3 as to the at least one homogeneously branched linear ethylene/α-olefin interpolymer. This amendment is supported in great-grandparent application number '379, for example, by original Claim 10, the Abstract and at page 10, lines 21-28.

    5.    an amendment to Claim 9 in '050 to more distinctly define the at least one heterogeneously branched ethylene polymer. This amendment is supported in great-grandparent application number '379 at page 13, lines 2-6.

    **The differences between original Claim 24 in great-grandparent application number '379 and the present Claim 24 in '050 are as follows:**

    1.    an amendment to Claim 24 in '050 to reformulate the claim to dispense with the original Jepson style set forth in great-grandparent application number '379 and as such is supported by '379 as Applicants now favor a standard claim form.

    2.    an amendment to Claim 24 in '050 to change the density range of the at least one homogeneously branched linear ethylene/α-olefin interpolymer from "from about 0.89 grams/cubic centimeters (g/cm³) to about 0.92 g/cm³" to "from about 0.89 grams/cubic centimeters (g/cm³) to about 0.935 g/cm³." This amendment is supported by great-grandparent application number '379 at page 7, line 12, the same as indicated above as to Claim 9 in '050.

    3.    an amendment to Claim 24 in '050 to change the recitation "no linear polymer fraction" to "no high density fraction." This amendment corrected a transcription error that is fully supported in great-grandparent application number '379 at page 5, lines 23-27, the same as indicated above as to Claim 9 in '050.

    4.    an amendment to Claim 24 in '050 to incorporate a slope of strain hardening limitation of greater than or equal to 1.3 as to the at least one

40121BL                                    -10-

08/834,050

homogeneously branched linear ethylene/α-olefin interpolymer. This amendment is supported in great-grandparent application number '379, for example, by original Claim 25, the Abstract and at page 10, lines 21-28.

     5.    an amendment to incorporate the weight percent and density requirements for the at least one heterogeneously branched ethylene polymer component of the inventive composition of Claim 24 in '050. This amendment provides conformity with original Claim 9 in great-grandparent application number '379 and as such is supported by '379.

     6.    an amendment to Claim 24 in '050 to more distinctly define the at least one heterogeneously branched ethylene polymer. This amendment is supported in great-grandparent application number '379 at page 13, lines 2-6.

     Because all differences between the independent claims of present application '050 (i.e., Claims 9 and 24) and original Claims 9 and 24 of great-grandparent application number '379 are supported by the original description of great-grandparent application number '379, there is continuity of disclosure between present application number 08/834,050 and great-grandparent application number 08/054,379. That is, the continuity of disclosure requirement of 35 U.S.C. § 120 is satisfied because the presently claimed subject matter of 08/834,050 could have been claimed in great-grandparent application number 08/054,379.

### 3.   Common Inventors exist between Present Application '050 and Great-grandparent Application Number '379.

     The named inventors of great-grandparent application number 08/054,379 were Pak-Wing Steve Chum, Ronald P. Markovich, George W. Knight and Shih-Yaw Lai. The named inventors for the present application '050 are the same. The 35 U.S.C. § 120 requirement of a common inventor or inventors is satisfied because the inventive entity is the same for both applications.

Appendix E-000151

08/834,050

**4.    Reference to Parent Application '379 already exists.**

In the present specification at page 1, lines 2-17, under the heading "Cross-Reference to Related Applications," as entered by Pre-Examination Amendment, submitted December 11, 1997, a reference to great-grandparent application number 08/054,379 is already provided.  The present specification reads:

"This application is a Rule 1.60 continuation application of application number 08/544,497, filed October 18, 1995, now issued U.S. Patent No. 5,677,383, which was a Rule 1.60 continuation application of application number 08/378,998, filed January 27, 1995, now abandoned, which was a Rule 1.62 continuation application of application number 08/054,379, filed April 28, 1993, now abandoned, which was a continuation-in-part application of 07/776,130, filed October 15, 1991, now issued U.S. Patent No. 5,272, 236, the disclosures of each of which are incorporated herein in their entirety by reference."

Because the present application '050 properly sets forth a reference to great-grandparent application number 08/054,379, the referencing requirement of 35 U.S.C. § 102 is also satisfied.  Further, to fully comply with 35 U.S.C. § 120, under separate cover, after execution by all named inventors, Applicants will submit a Supplemental Declaration to update the priority claim to great-grandparent application number 08/054,379.  Applicants believe with the Supplemental Declaration all requirements of 35 U.S.C. § 120 will be satisfied in the present application, as shown above, and as such the present application will be entitled to the benefit of the filing date of great-grandparent application number 08/054,379, filed April 28, 1993.

**C.    Rejection under 35 U.S.C §§ 102(e) and 103 as to Lai et al. '004 should be withdrawn because the recited slope of strain hardening coefficient is not an inherent property and/or present priority claim antedates the reference.**

In the outstanding Office Action, mailed February 19, 1998, the Examiner rejected Claims 9-31 under 35 U.S.C. § 102(e) as being anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious over Lai et al. '004.  In formulating the

40121BL                                      -12-

Appendix E-000152

08/834,050

rejection, the Examiner stated that he had a reasonable basis to believe the recited slope of strain hardening coefficient of the present invention is the same for Lai's linear homogeneously branch polyethylene.

However, Applicants do <u>not</u> believe that Lai et al. '004 anticipates the claimed invention because the slope of strain hardening coefficient required by the present invention is <u>not</u> an inherent property of homogeneously branched ethylene polymers. More specifically, Applicants believe not all homogeneously branched ethylene polymers necessarily and consistently possess a slope of strain hardening coefficient value greater than or equal to 1.3. For example, Table 1 at page 12 in the present specification shows several homogeneously branched ethylene polymers which do <u>not</u> meet the recited requirement of the present invention. See Polymers A-D and S-V. As another example, see Markovich's Third Declaration wherein two different homogeneously branched linear ethylene polymers were reported by Applicants to possess slope of strain hardening coefficient values outside of the recited requirement of the present invention.

Further, Applicants submit Lai et al. '004 is <u>not</u> an effective reference against the present invention. That is, the filing date of Lai et al. '004, August 17, 1993, is antedated by the priority filing date of April 28, 1993 to which (as shown above) Applicants are entitled to the benefit of. Because Applicants' priority filing date antedates Lai et al. '004, Applicants respectfully request that the reference be withdrawn as an improper reference against the present invention.

The Examiner will recall that a similar determination was made during the prosecution of parent application number 08/544,497, filed October 18, 1995, and sister application number 08/475,737, filed June 7, 1995, wherein each claimed priority to application number 08/054,379.

D.    **The present invention is <u>not</u> anticipated by Hodgson et al. '439 because the recited slope of strain hardening coefficient is <u>not</u> an inherent property of homogeneously branched ethylene polymers and/or there is no disclosure of the required (B) component polymer of the present invention.**

Applicants deny that the present invention is anticipated by Hodgson et al. '439 because the reference does <u>not</u> disclose all the elements of the claimed invention.

40121BL                                    -13-

Appendix E-000153

08/834,050

First, as discussed above in regard to Lai et al. '004, Applicants have demonstrated that the recited slope of strain hardening coefficient of the present invention is <u>not</u> met inherently by homogeneously branched ethylene polymers. Because Applicants have demonstrated that generally there is no inherency with respect to slope of strain hardening coefficient value, Applicants believe the burden has now been shifted back to the Examiner to better support a rejection under 35 U.S.C. § 102(e).

Second, Applicants believe Hodgson et al. '439 disclose blending with high pressure, highly branched (long chain branched) ethylene polymers and does <u>not</u> disclose the (B) component polymer required by the claimed invention which, as amended, is at least one heterogeneously branched <u>linear</u> ethylene interpolymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

Specifically, in formulating the rejection, the Examiner relies on the patented claims of Hodgson et al. '439, however, the claims of '439 recite "a low density ethylene polymer prepared by a high pressure polymerization process having a density in the range of from about 0.91 to about 0.935 g/cm$^3$". At Col. 9, lines 14-17, in the specification, Hodgson et al. describe polymer preparation via conventional high pressure, free radical polymerization. Congruent with this description, at Col. 9, lines 17-21, Hodgson et al. describe known high pressure, free-radical polymerized ethylene copolymers such as ethylene acrylic acid copolymers. In their inventive examples, Hodgson et al. employ high pressure low density homopolymer polyethylene (LDPE). As such, Applicants submit the claim recitations provided by Hodgson et al. do <u>not</u> explicitly, implicitly or inherently disclose a heterogeneously branched linear ethylene interpolymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ as required by or within the meaning of the present invention. That is, within plain meaning, the recitation "a low density ethylene polymer prepared by a high pressure polymerization process having a density in the range of from about 0.91 to about 0.935 g/cm$^3$" is <u>not</u> interpreted, known or referred to as a heterogeneously branched linear ethylene interpolymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$. Because Hodgson et al. '439 provides no disclosure of at least one heterogeneously branched linear ethylene interpolymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$, as required by the

40121BL                          -14-

Appendix E-000154

08/834,050

present invention, Applicants respectfully request that the rejection under 35 U.S.C. § 102(e), as being anticipated by Hodgson et al. '439, be withdrawn.

E.     **The present invention is nonobvious over Lai et al. '004 and Hodgson et al. because the present invention provides unexpected results.**

The Examiner's attention is directed to the Third Markovich Declaration. In Table 2, this declaration provides a comparison between Inventive Example AD1, comparative example BD1 and Inventive Example CD1 which clearly and convincingly demonstrates that the present invention provides unexpected results. Note from Table 1 that component (A) of comparative example BD1 has a SHC value of 1.0 (i.e., less than the claimed value) and the two Inventive Examples, AD1 and CD1, comprise component (a) polymers having SHC values within the claimed range at 1.5 and 1.7, respectively. Note also from Table 2 that the Inventive Examples have substantially improved Dynatup impact performance and tear resistance relative to the comparative example. This result is unexpected because other than the difference in SHC values, the examples have about the same $I_2$, $I_{10}/I_2$, $M_w/M_n$ and density. One of ordinary skill in the art would ordinarily measure these properties and expect equivalent performance for such examples. The dramatic improvement provided by the present invention would be a completely unexpected surprise. Applicants believe that there is simply no way anyone could ever expect or predict that small slope of strain hardening differences  between suitable and non-suitable Component (A) polymers would result in dramatic impact/toughness improvements when blended with a suitable Component (B) polymer.

Further, the Examiner may recall that the comparative testing reported by the declaration was based on examples disclosed by Stehling et al. in WO 90/03414. Because Applicants believe they have demonstrated surprising unexpected results relative close art examples, Applicants believe the rejection under 35 U.S.C. § 103 as being obvious over Lai et al. '004 or Hodgson et al. '439 has been obviated and should be withdrawn. That is, Applicant submit the present invention is nonobvious in view of these references alone or in combination.

40121BL                                        -15-

08/834,050

F.    A terminal disclaimer will be filed when subject matter is allowable to obviate the obviousness-type double patenting rejection. As such, Applicants respectfully request that the obviousness-type double patenting rejection be held in abeyance

G.    Applicants respectfully request a notice of allowance.

With the removal of the rejections under 35 U.S.C. §§ 112, second paragraph, 102(e) and 103, Applicants believe the present application is in a condition for indication of allowability. As such, Applicants respectfully request entry of above amendments to the claims, recognition of the priority claim to great-grandparent application number 08/054,379, filed April 28, 1993, and an expedient issuance of a notice of allowaability for all pending claims, Claims 9, 10, 12-16 and 24-31.

Respectfully submitted,

By _____

Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated:  May 19, 1998
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

ANNEX 1-10 attached
copy of Third Markovich Declaration
Flowchart of continuity chain for 08/834,050
Information Disclosure Statement

40121BL                    -16-

Appendix E-000156

# Continuity Chain of 08/834,050



Original Application
**Great Great-Grandparent Application**

Appl. No:              07/776,130
Att Docket:            C40,121
**Filing Date:         October 15, 1991**
Named Inventors:       Chum, Markovich, Knight, Lai
Issue Date:            December 21, 1993 (USP 5,272,236)

Continuation-in-Part Application
**Great-Grandparent Application**

Appl. No:              08/054,379
Att Docket:            40121G
**Filing Date:         April 28, 1993**
Named Inventors:       Chum, Markovich, Knight, Lai
Abandonment Date:      January 28, 1995

Rule 1.62 Continuation Application
**Grandparent Application**

Appl. No:              08/378,998
Att Docket:            40121AB
**Filing Date:         January 27, 1995**
Named Inventors:       Chum, Markovich, Knight, Lai
Abandonment Date:      October 19, 1995
Priority:              08/054,379, filed 4/28/93

Rule 1.60 Continuation Application
**Parent Application**

Appl. No:              08/544,497
Att Docket:            40121AU
**Filing Date:         October 18, 1995**
Named Inventors:       Chum, Markovich, Knight, Lai
Priority:              08/054,379, filed 4/28/93 and 08/378,998, filed 1/27/95
Issue Date:            October 14, 1997 (USP 5,677,383)

Rule 1.60 Continuation Application
**Present Application**

Appl. No:              08/834,050
Att Docket:            40121BL
**Filing Date:         June 7, 1995**
Named Inventors:       Chum, Markovich, Knight, Lai
Priority:              08/054,379, filed 4/28/93; 08/378,998, filed 1/27/95
                       and 08/544,497, filed 10/18/95

40121BL

6P+505
1713

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Pak-Wing Steve Chum, et al.        Art Unit: 1505

Application No.:   08/834,050

Filed:        April 11, 1997                    Examiner:    D. Wu

Att. Docket No.:   40121BL

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH
THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL WITH
SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF
PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on
May 19, 1998
DATE OF DEPOSIT

Mary Ann Navarrette
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

*MaryAnn Navarrette*
SIGNATURE OF PERSON SIGNING CERTIFICATE

5/20/98
DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### TRANSMITTAL OF FULL COPY OF PREVIOUSLY SUBMITTED DOCUMENT

On May 19, 1998, pursuant to 37 C.F.R. § 1.97, Applicants made a submission which included
SPO '93, "Exact Polymers Unique Properties for Value-Added Applications" by F.J. Steininger.
Although not certain, Applicants believe an incomplete copy of this document was submitted on May
19, 1998.. If incomplete, the error resulted from a photocopying mistake; that is, there was a failure to
recognize the original document consisted of two-sided printing.

To correct the inadvertent error in submission (if any), Applicants have attached what is
believed to be a full and complete copy of the document. Applicants apologize for any inconvenience
the error may have caused and hopefully this present submission will permit a full consideration
of the document during the examination of the above-identified application.

Respectfully submitted,

By
Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: May 20, 1998
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

Appendix E-000158

# PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Pak-Wing Steve Chum, et al.

Serial No.: 08/544,497
Filed: October 18, 1995
Attorney Docket No.: C-40,121-AU

Art Unit: 1505
Previous Examiner:
D. Wu

RECEIVED
MAY 27 1998
A.M.

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
BLENDS

HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL
WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231, on *February 2, 1996*
                    DATE OF DEPOSIT

*Jan Alverson*
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

*Jan Alverson*
SIGNATURE OF PERSON SIGNING CERTIFICATE

*2-2-96*
DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## THIRD MARKOVICH DECLARATION UNDER 37 CFR § 1.132

Ronald P. Markovich declares and states:

THAT, he obtained a Bachelor of Science degree in Chemistry from
Wayne State University (Detroit, Michigan) in 1983;

THAT, he joined The Dow Chemical Company (Midland, Michigan) in
1983 as a Chemist in the Research Assignments Program (RAP), and was
promoted to Senior Research Chemist in 1989 and to his present position as
Project Leader in 1993;

Appendix E-000159

08/544,497

THAT, his first two RAP assignments pertained to analytical test method development, his RAP third assignment was in the Polyolefins Research and Development department and his fourth (and last) RAP assignment in the Polyolefins Technical Service and Development department;

THAT, after his last RAP assignment, he joined the Polyolefins Research and Development department full time and for the last ten and half years, he has focused his research and development efforts in the area of polyolefin product properties and analytical test method procedures and development;

THAT, his current responsibilities pertain to polyolefin product development as related to the interrelationships between fundamental polymer structure, process requirements and product performance properties;

THAT, he is an inventor as to the above-identified patent application and is therefore familiar with the patent application, the Examiner's rejections of the claims and the WO '414 reference on which the Examiner relies;

THAT, as a follow up to the incomplete impact performance results reported in the Second Markovich Declaration, he had the Dynatup impact properties for Inventive Examples and Comparative Examples re-measured and also had the slope of strain hardening coefficient measured for the component polymers used to prepare the various Inventive and Comparative Examples;

THAT, a full report of important component properties, including slope of strain hardening coefficients, is provided in the attached Table 1 and a report of the performance results for Inventive Examples and Comparative Example are provided in Table 2, and that Tables 3, 4 and 5 provide the specific performance results (Dynatup impact strength, Intrinsic tear and Tensile break strength, respectively) for the various Examples at an equivalent Molecular Weight of 71,6000;

THAT, in addition to having very different component polymers, performance results and data conclusively show that Inventive (Blend) Examples as defined by specific component properties, including a slope of strain hardening coefficient greater than or equal to about 1.3 and up to about 2.3, exhibit superior to dramatically superior impact resistance and intrinsic tear resistance relative to WO '414 compositions when directly compared at equivalent weight percentages through the range of 38%/62%, 50%/50% and 72%/28% Component A/Component B;

THAT, the impact properties of the Inventive Examples are particularly unexpected and surprising in that they show substantially higher impact resistance even at slightly higher densities relative to blend compositions representative of WO '414, whereas one skilled in the art would ordinarily expect compositions having higher densities to show inferior impact properties relative to comparative compositions having lower densities; and

C-40121-AU                                    2

08/544,497

THAT, with respect to tensile break strength, although superior or dramatically superior results are easily obtained with Inventive compositions, this property appears to be more sensitive to component polymer concentrations than impact resistance and/or tear resistance, and as such, compositions containing more than 40 weight percent of a substantially linear ethylene interpolymer are considered to be preferred compositions.

The undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date  2/2/96                    _Ronald P. Markovich_
                                Ronald P. Markovich

C-40121-AU                    3

Appendix E-000161



05/12/98    PTO U.S. 08589

08//544.497

Table 1

| Sample Designation | A | B | C | D | AB1 | AB2 | AB3 | Excel 3027 | Excel 3022 |
|---|---|---|---|---|---|---|---|---|---|
|  | Component Example A | Component Example B | Component Example C | Component Example D | Comparative Component AB1 | Comparative Component AB2 | Comparative Component AB3 | Comparative Resin | Comparative Resin |
| Polymer Type | Substantially Linear Ethylene/ Octene Copolymer | Substantially Linear Ethylene/ Butene Copolymer | Substantially Linear Ethylene/ Octene Copolymer | Substantially Linear Ethylene/ Octene Copolymer | Homogeneously Branched Linear Ethylene/Butene Copolymer | Homogeneously Branched Linear Ethylene/Butene Copolymer | Homogeneously Branched Linear Ethylene/Butene Copolymer | Homogeneously Branched Linear Ethylene/Butene Copolymer | Homogeneously Branched Linear Ethylene/Butene Copolymer |
| Density (g/cc) | 0.906 | 0.9052 | 0.90575 | 0.9032 | 0.9031 | 0.9033 | 0.9034 | 0.9015 | 0.9055 |
| $I_2$ | 4.01 | 4.23 | 3.99 | 2.7 | 3.83 | 3.93 | 4.19 | 3.26 | 8.48 |
| $I_{10}/I_2$ | 8.22 | 7.88 | 5.82 | 7.80 | 5.90 | 5.69 | 5.64 | 5.65 | 5.49 |
| $I_{10}$ | 32.96 | 33.32 | 23.21 | 21.05 | 22.6 | 22.38 | 23.64 | 18.42 | 46.57 |
| Mw by GPC | 68200 | 67100 | 77400 | 72300 | 79100 | 80700 | 77500 | 85800 | 65100 |
| Mw/Mn by GPC | 2.23 | 2.12 | 1.89 | 2.15 | 2.15 | 2.17 | 2.06 | 2.00 | 2.00 |
| Slope of Strain Hardening Coefficient | 1.5 | 1.0 | 1.7 | 1.3 | 1.2 | 1.0 | 1.1 | 1.2 | 1.0 |
| >Shear Stress @ OSGMF (dyn/cm^2) | > 3.88 x 10^6 | > 4.31 x 10^6 | > 4.31 x 10^6 | gross melt fracture not observed up to 4.41 x 10^6 | > 3.45 x 10^6 | > 3.45 x 10^6 | > 3.45 x 10^6 | > 3.45 x 10^6 | > 3.23 x 10^6 |
| <Shear Stress @ OSGMF (dyn/cm^2) | < 4.09 x 10^6 | < 4.48 x 10^6 | < 4.48 x 10^6 | gross melt fracture not observed | < 3.66 x 10^6 | < 3.66 x 10^6 | < 3.66 x 10^6 | < 3.66 x 10^6 | < 3.45 x 10^6 |

Note 1:  Comparative Resin AB1 is a blend containing of 75.87% Exact 3027 and 24.13% Exact 3022.
Note 2:  Comparative Resin AB2 is a blend containing of 74.44% Exact 3027 and 25.56% Exact 3022.
Note 3:  Comparative Resin AB3 is a blend containing of 73.75% Exact 3027 and 26.25% Exact 3022.

C-A0.121AU

Appendix E-000162

08/544,497

## Table 2

| Sample Designation | AD1 Inventive Blend Example | BD1 Comparative Example | CD1 Inventive Blend Example | X1 Comparative Example | AD2 Inventive Blend Example | BD2 Comparative Example | CD2 Inventive Blend Example | X2 Comparative Example | AD3 Inventive Blend Example | BD3 Comparative Example | CD3 Inventive Blend Example | X3 Comparative Example | ED3 Inventive Blend Example | X4 Comparative Example |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Blend Component | | | | | | | | | | | | | | |
| A | 38.46% | | | | 72.35% | | | | 50.00% | | | | | |
| B | | 38.14% | | | | 71.75% | | | | 50.00% | | | 50.00% | 50.00% |
| C | | | 38.46% | | | | 72.35% | | | | 50.00% | | | |
| PL 1850 | | | | 28.95% | | | | 53.90% | | | | 36.88% | | |
| EXACT 3027 | | | | 9.21% | | | | 18.50% | | | | 13.13% | | |
| EXACT 3022 | | | | | | | | | | | | | | |
| HDPE 04352N | 61.54% | 61.86% | 61.54% | 61.84% | 27.65% | 28.25% | 27.65% | 27.60% | 50.00% | 50.00% | 50.00% | 50.00% | 50.00% | 50.00% |
| I2 | 4.11 | 4.25 | 4.18 | 4.13 | 4.08 | 4.10 | 4.04 | 4.09 | 4.04 | 5.02 | 4.07 | 4.17 | 3.43 | 3.74 |
| I10/I2 | 7.31 | 6.96 | 6.29 | 6.19 | 7.67 | 7.64 | 5.98 | 5.84 | 7.42 | 8.22 | 6.20 | 5.58 | 7.33 | 6.09 |
| I10 | 30.06 | 29.59 | 26.29 | 25.57 | 31.29 | 31.34 | 24.15 | 23.87 | 29.96 | 41.24 | 25.23 | 23.27 | 25.13 | 22.76 |
| Mw by GPC | 74900 | 74900 | 77200 | 83400 | 71700 | 73800 | 77200 | 80500 | 71600 | 75000 | 78700 | 80600 | 76100 | 79700 |
| Mw/Mn by GPC | 2.56 | 2.53 | 2.58 | 2.52 | 2.47 | 2.33 | 2.20 | 2.27 | 2.46 | 2.44 | 2.44 | 2.54 | 2.46 | 2.42 |
| Strain @ Yield | 15.0 | 15.0 | 14.9 | 15.0 | 14.9 | 15.0 | 14.8 | 15.0 | 15.0 | 15.0 | 15.1 | 14.9 | 15.0 | 15.0 |
| Break Strength | 1835 | 2070 | 1921 | 1801 | 3187 | 2253 | 3268 | 2729 | 2188 | 1646 | 3655 | 1652 | 3050 | 1539 |
| Break Energy | 395 | 57 | 509 | 108 | 1130 | 781 | 991 | 990 | 981 | 144 | 1329 | 249 | 1168 | 214 |
| Intrinsic Tear Dyna/cup (30 Mil Plaque) | 160 | 102 | 221 | 110 | 279 | 107 | 377 | 142 | 224 | 112 | 264 | 116 | 269 | 34 |
| Total Energy | 2.84 | 2.08 | 2.84 | 2.59 | 3.66 | 2.39 | 5.67 | 2.78 | 3.44 | 2.63 | 4.23 | 2.63 | 3.81 | 2.91 |

ND = not determined

C-40.121AU

8/544,497

## Dynatup Total Energy Impact Strength (Corrected)*
### Table 3

| Weight Percent of Polymer Representative of '013 | 38% | 50% | 72% |
|---|---|---|---|
| Inventive Examples | | | |
| A | 2.71 (AD1) | 3.44 (AD3) | 3.65 (AD2) |
| C | 2.63 (CD1) | 3.85 (CD3) | 5.26 (CD2) |
| E | N A | 3.58 (ED3) | N A |
| Comparative Examples | | | |
| B | 1.99 (BD1) | 2.51 (BD3) | 2.32 (BD2) |
| 1 | 2.22 (X1) | 2.34 (X3) | 2.47 (X2) |
| 2 | N A | 2.61 (X4) | N A |
| Calculations | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex 1) 18-22% higher<br><br>(Relative to Comp Ex B) 32-36% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex. B) 37-53% higher<br><br>(Relative to Comp Ex 1) 47-65% higher<br><br>(Relative to Comp Ex 2) 32-48% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex 1) 48-113% higher<br><br>(Relative to Comp Ex B) 57-127% higher |
| Performance Conclusions - *Inventive Examples are:* | superior | superior | dramatically superior |

NA = not available.
( ) provides the Example designation as set forth in Table 2.
* Impact strength values were corrected to 71,600 equivalent Molecular Weight for each Example.

C-40,121AU

8/544,497



## Intrinsic Tear (Corrected)*
Table 4

| Weight Percent of Polymer Representative of '013 | 38% | 50% | 72% |
|---|---|---|---|
| **Inventive Examples** | | | |
| A | 153 (AD1) | 224 (AD3) | 279 (AD2) |
| C | 205 (CD1) | 240 (CD3) | 350 (CD2) |
| E | N A | 253 (ED3) | N A |
| **Comparative Examples** | | | |
| B | 98 (BD1) | 107 (BD3) | 104 (BD2) |
| 1 | 94 (X1) | 103 (X3) | 126 (X2) |
| 2 | N A | 31 (X4) | N A |
| Calculations | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B) 56-109% higher<br><br>(Relative to Comp Ex 1) 63-118% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B) 109-136 % higher<br><br>(Relative to Comp Ex 1) 117-147 % higher<br><br>(Relative to Comp Ex 2) 623-716% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B) 168-237% higher<br><br>(Relative to Comp Ex 1) 121-178% higher |
| Performance Conclusions - *Inventive Examples are*: | dramatically superior | dramatically superior | dramatically superior |

NA = not available.
( ) provides the Example designation as set forth in Table 2.
* Intrinsic tear values were corrected to 71,600 equivalent Molecular Weight for each Example.

C-40,121AU

8/544,497

## Tensile Break Strength (Corrected)*
### Table 5

| Weight Percent of Polymer Representative of '013 | 38% | 50% | 72% |
|---|---|---|---|
| Inventive Examples | | | |
| A | 1754 (AD1) | 2188 (AD3) | 3183 (AD2) |
| C | 1781 (CD1) | 3325 (CD3) | 3031 (CD2) |
| E | NA | 2870 (ED3) | NA |
| Comparative Examples | | | |
| B | 1981 (BD1) | 1571 (BD3) | 2186 (BD2) |
| 1 | 1546 (X1) | 1468 (X3) | 2427 (X2) |
| 2 | NA | 1383 (X4) | NA |
| Calculations | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B)<br>10-11% lower<br><br>(Relative to Comp Ex 1)<br>13-15% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B)<br>39-112% higher<br><br>(Relative to Comp Ex 1)<br>49-126% higher<br><br>(Relative to Comp Ex 2)<br>58-140% higher | Percent Relative Performance of Inventive Examples<br><br>(Relative to Comp Ex B)<br>39-46% higher<br><br>(Relative to Comp Ex 1)<br>25-31% higher |
| Performance Conclusions - *Inventive Examples are:* | similar | dramatically superior | superior |

NA = not available.
( ) provides the Example designation as set forth in Table 2.
* Tensile break strength values were corrected to 71,600 equivalent Molecular Weight for each Example.

C-40,121AU

ANNEX 1





401213L
Received Rule 60 Continuation Patent
Application in the U.S. Patent Office
re: Postcard, fee sheet (+) 2 copies,
copies of IDs, Supplemental Decl. and
drawings

Title: FABRICATED ARTICLES MADE FROM
ETHYLENE POLYMER BLENDS
Applicant: Pak-Wing Steve Chum, et al.
Pages of Spec: 33
Number of Claims: 30
Sheets of Drawings: 2

Declaration attached: Yes
Fee: $1,070.00 Charged to our Deposit
Account.

OKM/man              Date Mailed: 04/11/97



ANNEX 2



c. 40161-91AODM OT OI-91 MO2

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Fee Sheet x 2;

Title: Fabricated Articles made From Ethylene
      Polymer Blends
Applicant: Pak-wing Steve Chum, et al
Pages of Spec: 33
Number of Claims: 30
Sheets of Drawings: --
Declaration attached.
Fee:    $ 1045.00 charged to our Deposit Account.

08/544497

SPK/stl

ANNEX 4



O-103X
ev. 7-93)

FILING RECEIPT

UNITED STATES    .PARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

MAILED TO MIDLAND

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/378,998 | 01/27/95 | 1505 | $730.00 | C-40.121-AB | 2 | 15 | 2 |

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX  77541



RECEIVED
MAR 3 1995

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CON OF  08/054,379 04/28/93
WHICH IS A CON OF  07/776,130 10/15/91  PAT 5,272,236

TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 526

C-  40,121-AB

RECEIVED
FEB - 8 1995

Received NEW PATENT APPLICATION in the U.S. Patent
Office re:  Rule 1.62 Continuation Fee Sheet
(original & 2 copies)
Title:  FABRICATED ARTICLES MADE FROM ETHYLENE
POLYMER BLENDS
Applicant:  Pak-Wing Steve Chum, et al.
~~Pages of Spec~~
Number of Claims:  15
Sheets of Drawings:  0
~~Declaration attached~~
Fee:  $ 730.00    charged to our Deposit Account

LWW/ika

Mailed via Express Mail
January 27, 1995

08/378998

ANNEX 9

05/21/98  JC588 U.S. PTO

MAILED TO MID

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | | P  C40121G |

15M2/0727

WU-D.  EXAMINER

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | 7 |

DATE MAILED: 07/27/94

RECEIVED AUG 1994 PATENT DEPT. TEXAS

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined  ☒ Responsive to communication filed on 5-18-94  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), ___0___ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**
1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II   SUMMARY OF ACTION**
1. ☒ Claims _1-8  and  17-23_ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☒ Claims _9-16  and  24-30_ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☒ Claims _1-8  and  17-23    remain_ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).
12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

EXAMINER'S ACTION

Serial Number: 08/054,379                                    -2-

Art Unit: 1505


15.     Applicant's election without traverse of Group I,

claims 1-8, and 17-23 in Paper No. 6 is acknowledged.


16.     The following is a quotation of the appropriate
paragraphs of 35 U.S.C. § 102 that form the basis for the
rejections under this section made in this Office action:

        A person shall be entitled to a patent unless --
        (b) the invention was patented or described in a printed
        publication in this or a foreign country or in public use or
        on sale in this country, more than one year prior to the
        date of application for patent in the United States.


17.     The following is a quotation of 35 U.S.C. § 103 which
forms the basis for all obviousness rejections set forth in this
Office action:

        A patent may not be obtained though the invention is not
        identically disclosed or described as set forth in section
        102 of this title, if the differences between the subject
        matter sought to be patented and the prior art are such that
        the subject matter as a whole would have been obvious at the
        time the invention was made to a person having ordinary
        skill in the art to which said subject matter pertains.
        Patentability shall not be negatived by the manner in which
        the invention was made.

        Subject matter developed by another person, which qualifies
        as prior art only under subsection (f) or (g) of section 102
        of this title, shall not preclude patentability under this
        section where the subject matter and the claimed invention
        were, at the time the invention was made, owned by the same
        person or subject to an obligation of assignment to the same
        person.


18.     Claims 1-8, and 17-23 remain rejected under 35 U.S.C.

§ 102(b) as anticipated by or, in the alternative, under 35

U.S.C. § 103 as obvious over WO '414.

Appendix E-000171

Serial Number: 08/054,379                                    -3-

Art Unit: 1505

19.     Paragraph 27 of Paper No. 4 are incorporated herein by
reference.

20.     The applicants argue that part (A) of claimed polymer
blends is a substantially linear ethylene/alpha-olefin
interpolymer which is not a linear polymer but has "long chain
branching", and part (B) is a heterogeneously branched ethylene
polymer wherein less than 10 wt.% of a polymer fraction having
SHC > about 1.3. However, the physical properties of '006 and
'013 of WO '414 such as density, MWD, melt index are
substantially similar to those set forth in the claims.
Moreover, the term "long chain branching" which applicants
alleged as novelty of part (A) has never been set forth in the
claims; the part (B) is made by a conventional Ziegler-type
catalyst which is the same method '013 of WO '414 was made.
Applicants also alleged that in Table 3, example 1 and 2 both
have significantly higher dart impact and toughness than those of
comparative example 3. However, none of the comparative
experiments (including comparative example 3) are truly
representative of the closest disclosure of WO '414.

        The Chum(s) Declaration filed on May 18, 1994 has been
considered but not deemed to be persuasive since there is no any
comparative tests to show the unexpected results of the claimed
polymer blends, mere conclusory statements are not entitled to

Serial Number: 08/054,379                                    -4-
Art Unit: 1505

probative weight. Since applicants have not met their burden to
provide objective evidence demonstrating the claimed polymer
blends are in fact differ from those of WO '414, the 102(b)/103
rejection is still deemed to be proper.

21.    Applicant's arguments filed on May 18, 1994 have been
fully considered but they are not deemed to be persuasive.

22.    **THIS ACTION IS MADE FINAL.** Applicant is reminded of
the extension of time policy as set forth in 37 C.F.R.
§ 1.136(a).

A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE THREE-MONTH SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

David Wu
July 26, 1994

JOSEPH L SCHOFER
SUPERVISORY PATENT EXAMINER
ART UNIT 155

Appendix E-000173

ANNEX 10

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Pak-Wing Steve Chum, et al.

Serial No.: 08/054,379          Group Art Unit: 1505

Filed: April 28, 1993           Examiner: D. Wu

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231

Jan Alverson
(Typed or printed name of person mailing paper or fee)

_Jan Alverson_
(Signature of person mailing paper or fee)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

EXTENSION OF TIME

Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire October 27, 1994
in this application be extended for a period of three (3)
month(s), the extended period then expiring on January 27, 1995.
This is a second request for an extension of time.

Please charge $870.00 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly. Two duplicate copies of this sheet are
enclosed.

Respectfully submitted,

By _L. Wayne White_
L. Wayne White
Registration No. 25,415
Address: Bldg. B-1211
Freeport, Texas 77541
Phone: 409-238-2149

LWW/jka
C-40,121-G

# PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Pak-Wing Steve Chum, et al.          Art Unit: 1505
Application No.:    08/834,050
Filed:        April 11, 1997                Examiner:    D. Wu
Att. Docket No.:    40121BL

For:   FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on

May 19, 1998
DATE OF DEPOSIT

Osborne K. McKinney
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

SIGNATURE OF PERSON SIGNING CERTIFICATE

5 - 19 - 98
DATE OF SIGNATURE

RECEIVED
MAY 27 1998

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR § 1.97(c)

Pursuant to 37 C.F.R. § 1.97, listed on the attached PTO-1449 Forms (pages 1-8) are those patents, publications and other information known to the Applicants related to the above-identified application number. One copy of each listed document is also attached.

In Table 1 of the transmittal titled "Third Markovich Declaration under 37 CFR § 1.132", submitted February 12, 1997 in Response A of related application number 08/475,737, the slope of strain hardening coefficient (SHC) for samples of Exact™ 3027 and 3022 were reported as 1.2 and 1.0, respectively. SHC determination of another Exact resin (i.e. Exact 3025 and supplied by the manufacturer, Exxon Chemical Americas, under the lot number of 90797A) provided an average SHC value of 2.01. Applicants believe all three of the Exact resins are homogeneously branched linear ethylene interpolymers in that these polymers are believed to be characterized as having a narrow short chain branching distribution and comprise ethylene interpolymerized with at least one α-olefin.

For the convenience of the Examiner, the first three (3) of the attached PTO 1449 Forms correspond to the three (3) PTO 1449 Forms originally submitted on April 26, 1996 in previously allowed application number 08/475,737, filed June 7, 1995, now abandoned. The subject matter allowed in application number 08/475,737 was substantially the same as the subject matter presently claimed in the above-identified application.

While this submission under 37 C.F.R. § 1.97(c) is provided to bring to the attention of the USPTO documents and information that Applicants are aware of that may be material to the examination of the above-identified application, Applicants do not believe that any of the documents or information submitted herein anticipate or render obvious the invention claimed in the above-