identified application. However, Applicants do believe that the following documents included on the attached PTO 1449 Forms may be particularly relevant to the examination of the above-identified application:

| | |
|---|---|
| USP 3,645,992 (Elston) | USP 4,937,299 (Ewen et al.) |
| USP 4,429,079 (Shibata) | USP 5,032,651 (McDaniel et al.) |
| USP 4,804,714 (Olivo) | USP 5,272,016 (Ralph) |
| WO 90/03414 (Stehling et al.) | USP 5,464,905 (Tsutsui et al.) |
| USP 4,981,760 (Naito et al.) | USP 5,519,091 (Tsutsui et al.) |
| WO 94/06857 (Hodgson et al.) | USP 5,663,236 (Takahashi et al.) |
| WO 95/13321 (Farley et al.) | JP 62-121709 (Tsutsui et al.) |
| EP 0 416 815 (Stevens et al.) | WO 93/03093 (Meka et al.) |
| EP 0 572 034 (Toshimi et al.) | EP 0 598 626 (Takahashi et al.) |
| WO 94/17112 (Kolthammer et al.) | EP 0 735 090 (Yamamoto et al.) |
| Research Disclosure 36210 | USP 5,274,700 (Tsutsui et al.) |
| "EXACT Polymers For Film Packing" | METCO '93, "The Distinguished Features of |
| Jour. of Mat'l Sci., "Molecular Topology | Metallocene-Based Polyolefins" |
| in Ethylene Copolymers Studied by | Poly. Comm, "Morphological Location of |
| Means of Mechanical Testing" | Ethyl Branches in $^{13}C$-Enriched |
| Jour. of Poly. Sci. "Fatigue Crack | Ethylene/1-Butene Random Copolymers" |
| Propagation in High-Density PE" | M. Tanaka, "High Value Added Film Using an |
| T.C. Yu, "Polyolefin Modification with | Olefin Based Elastomer" |
| Exact Plastomers" | "Exxpol Technology for Targeted Polymer |
| Makromol. Chem., "Slow Crack | Performance" |
| Growth in PE - A Review" | Journal of Polymer Sci., "An Analytical |
| SPO '93, "Exact Polymers Unique | Technique for Measuring Relative Tie- |
| Properties for Value-Added | Molecule Concentration in PE" |
| Applications" by F.J. Steininger | |

The Applicants respectfully request that the all documents listed on the attached PTO 1449 Forms, including those listed immediately above, and the above information regarding Applicants' SHC data be considered by the Examiner in the examination of the above-identified application. Applicants also respectfully request that the various references and information be made of record in the above-identified application, and that an initialed copy of the attached PTO 1449 Forms be returned to the undersigned in accordance with MPEP § 609.

Since Applicants believe this submission is pursuant to 37 C.F.R. § 1.97(c), please charge our account, Account No. 04-1512, $240 US (two hundred and forty US dollars) as set forth under 37 C.F.R. § 1.17(p). If this fee amount is incorrect, please credit or debit our account accordingly.

Respectfully submitted,

By _(signature)_
Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: _5 - 19 - 98_
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

Appendix E-000176

Sheet 1 of 8

| FORM PTO 1449 (modified) | | Atty. Docket No.<br>40121BL | Serial No.<br>08/834,050 | | | |
|---|---|---|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | | Applicant: Pak-Wing Steve Chum et al. | | | | |
| | | Filing Date: 04/11/97 | Group<br>1505 | | | |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ⟨w | AA | 3,998,914 | 12/21/76 | Lillis et al. | | | |
| | AB | 4,405,774 | 09/20/83 | Miwa et al. | | | |
| | AC | 4,429,079 | 01/31/84 | Shibata et al. | | | |
| | AD | 4,438,238 | 03/20/84 | Fukushima et al. | | | |
| | AE | 4,981,760 | 01/01/91 | Naito et al. | | | |
| | AF | 5,189,106 | 02/23/93 | Morimoto et al. | | | |
| | AG | 5,206,075 | 04/27/93 | Hodgson, Jr. | | | |
| | AH | 5,218,071 | 06/08/93 | Tsutsui et al. | | | |
| | AI | 5,272,236 | 12/21/93 | Lai et al. | | | |
| | AJ | 5,278,272 | 01/11/94 | Lai et al. | | | |
| ⟨w | AK | 5,374,700 | 12/20/94 | Tsutsui et al. | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| ⟨w | BA | CA 2,008,315 | 07/24/90 | CA (Tsutsui et al.) | | | |
| | BB | EP 0 447 035 | 09/18/91 | EPO (Tsutsui et al.) | | | |
| | BC | WO 90/03414 | 04/05/90 | PCT (Stehling et al.) | | | |
| | BD | WO 93/08221 | 04/29/93 | PCT (Lai et al.) | | | |
| ⟨w | BE | WO 94/06857 | 03/31/94 | PCT (Hodgson et al.) | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ⟨w | C A | Modern Methods of Polymer Characterization, pp. 103-112, (1991) "Measurement of Long-Chain Branch Frequency in Synthetic Polymers", by Alfred Rudin |
| | C B | The Journal of Chemical Physics, vol. 17, no. 12, December (1949), pp. 1301-1314, "The Dimensions of Chain Molecules Containing Branches and Rings", by Bruno H. Zimm and Walter H. Stockmayer |
| | C C | Antec 93 - Be In That Number, New Orleans, May 9-13, (1993), vol. II, "Dow Constrained Geometry Catalyst Technology (CGCT): New Rules For Ethylene α-Olefin Interpolymers-Controlled Rheology Polyolefins", pp. 1188-1192, by S. Lai and G.W. Knight |
| | C D | Journal of Rheology, (1986), pp. 340-341, 344-345, 348-349, 352-353, 356-357, "Wall Slip in Viscous Fluids and Influence of Materials of Construction", by A.V. Ramamurthy |
| | C E | Rheometers for Molten Plastics, (1982), pp. 97-99, by John Dealy |
| ⟨w | C F | Polymer Engineering and Science, vol. 17, no. 11, November (1977), pp. 769-774, "Correlation of Low Density Polyethylene Rheological Measurements with Optical and Processing Properties", by M. Shida, R.N. Shroff, and L.V. Cancio |

| EXAMINER  David Wu | DATE CONSIDERED  7 - 31 - 98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet _2_ of _8_

| FORM PTO 1449 (modified) | | Atty. Docket No. 40121BL | | Serial No. 08/834,050 | | | |
|---|---|---|---|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | | Applicant: Pak-Wing Steve Chum et al. | | | | | |
| | | Filing Date: 04/11/97 | | Group 1505 | | | |

### U.S. PATENT DOCUMENTS

| Examiner | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | AA | 5,395,471 | 03/07/95 | Obijeski et al. | | | |
| | AB | 5,395,810 | 03/07/95 | Shamshoum et al. | | | |
| | AC | 5,408,004 | 04/18/95 | Lai et al. | | | |
| | AD | 5,444,145 | 08/22/95 | Brant et al. | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| | BA | WO 94/12568 | 06/09/94 | PCT (Chambon et al.) | | | |
| | BB | WO 95/13321 | 05/18/95 | PCT (Farley et al.) | | | |
| | BC | WO 93/13143 | 07/08/93 | PCT (Parikh et al.) | | | |
| | BD | WO 93/03093 | 02/18/93 | PCT (Meka et al.) | | | |
| | BE | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | CA | "A Review of High Resolution Liquid $^{13}$Carbon Nuclear Magnetic Resonance Characterizations of Ethylene-Based Polymers", JMS-Rev. Macromol. Chem. Phys., C29(2&3), pp. 201-317, (1989) by James C. Randall |
| | CB | ACS Symposium Series, no. 142, pp. 94-118, (1980) "Characterization of Long-Chain Branching in Polyethylenes Using High-Field Carbon-13 NMR", by J.C. Randall |
| | CC | SPE Regional Technical Conference, Quaker Square Hilton, Akron, Ohio, October 1-2, (1985), pp. 107-119, "The Role of Comonomer Type and Distribution in LLDPE Product Performance", by L.D. Cady |
| | CD | Journal of Polymer Science: Polymer Physics Edition, vol. 20, pp. 441-455 (1982), "Determination of Branching Distributions in Polyethylene and Ethylene Copolymers", by L. Wild, T.R. Ryle, D.C. Knobeloch, and I.R. Peat |
| | CE | Antec 93, pp. 58-62, "Flexomer Polyolefins, A Unique Class of Ethylene Copolymers for Low Temperature Film Applications", by D.C. Eagar, G.E. Ealer, S.A. Bartocci and D.M. Kung |
| | CF | Worldwide Metallocene MetCon '94, May 25-27, (1994), "Improved Processing and Performance Balance of Polyethylene Resins Using Metallocene Catalyst Technology", by Mark A. Wendorf |

| EXAMINER   David Wu | DATE CONSIDERED   7-31-98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Appendix E-000178



US005408004A

# United States Patent [19]

## Lai et al.

[11] **Patent Number:** **5,408,004**

[45] **Date of Patent:** **Apr. 18, 1995**

[54] **POLYOLEFIN BLENDS AND THEIR SOLID STATE PROCESSING**

[75] Inventors: **Shih-Yaw Lai**, Sugar Land; **Morris S. Edmondson**, Alvin, both of Tex.

[73] Assignee: **The Dow Chemical Company**, Midland, Mich.

[21] Appl. No.: **107,482**

[22] Filed: **Aug. 17, 1993**

[51] Int. Cl.$^6$ ............................. **C08L 23/04; C08L 23/10; C08J 5/00**

[52] U.S. Cl. ............................. **525/240;** 525/198; 264/331.17; 264/322

[58] Field of Search ............... 525/198, 240; 264/322, 264/331.7

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,645,992 | 2/1972 | Elston | 526/348.6 |
| 3,739,052 | 6/1973 | Ayres et al. | . |
| 3,947,204 | 3/1976 | Ayres et al. | 425/383 |
| 3,995,763 | 12/1976 | Ayres et al. | 220/74 |
| 4,005,967 | 2/1977 | Ayres et al. | 425/326 |
| 4,014,956 | 3/1977 | Smith et al. | 260/853 |
| 4,107,243 | 8/1978 | Stearns et al. | 264/13 |
| 4,115,499 | 9/1978 | Salyer et al. | 264/122 |
| 4,161,502 | 7/1979 | Wessling et al. | 264/119 |
| 4,352,766 | 10/1982 | Bradley et al. | 264/45.5 |
| 4,542,886 | 9/1985 | Yoshimura et al. | 264/22 |
| 4,607,797 | 8/1986 | Enikolopow et al. | 241/23 |
| 4,981,760 | 1/1991 | Naito et al. | 428/523 |
| 5,001,206 | 3/1991 | Bashir et al. | 526/352 |
| 5,028,633 | 7/1991 | Ohno et al. | 514/778 |
| 5,028,663 | 7/1991 | Chung | 525/198 |
| 5,091,133 | 2/1992 | Kobayashi et al. | 264/119 |
| 5,166,268 | 11/1992 | Ficker | 525/198 |
| 5,206,075 | 4/1993 | Hodgson | 525/240 |
| 5,210,142 | 5/1993 | Kale et al. | 525/240 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 351189 | 1/1990 | European Pat. Off. | C08F 210/16 |
| 572034 | 12/1993 | European Pat. Off. | C08F 210/02 |
| 590739 | 4/1994 | European Pat. Off. | C08L 23/04 |
| 53-75278 | 7/1978 | Japan | . |
| WO93/13143 | 7/1993 | WIPO | C08F 10/02 |

### OTHER PUBLICATIONS

Schwank—Selected Applications for CGCT Polymers—Sep. 1992, Paper presented at SPO '92.

Pawloski and Raspor, "Articles with Improved Properties Via Solid Phase Forming", Conference Proceedings for the Society of Plastics Engineers, Inc., 43d Annual Technical Conference, Washington, D.C., Apr. 29–May 2, 1985.

Capaccio, et al., "The Drawing Behavior of Linear Polyethylene. I. Rate of Drawing as a Function of Polymer Molecular Weight and Initial Thermal Treatment", J. Polym. Sci., vol. 14, 1641–1658 (1976).

Hidehiko and Kuriyama, "Mechanical Relaxations in τ–Ray–Polymerized Polyethylene", J. Polym. Sci., vol. 14, 1659–1669 (1976).

Cansfield, et al., "The Preparation of Ultra–High Modulus Polypropylene Films and Fibres", Polymer Eng. and Sci., vol. 16, No. 11, 721–724 (1976).

Hope, et al., "Hydrostatic Extrusion of Linear Polyethylene in Tubular and Non–Circular Sections", Poly. Eng. and Sci., vol. 20, No. 8, 540–545, (1980).

Gibson, et al., "Hydrostatic Extrusion of Linear Polyethylene: Effects of Molecular Weight and Product Diameter", J. Poly. Sci., vol. 16, 2015–2030 (1978).

Coffman, "Stretch–forming: a simple process with a lot of potential", Plastics Engineering, 19–21 (Aug., 1977).

Coates, "Hydrostatic Extrusion of Polyoxymethylene", J. Polym. Sci., vol. 16, 2031–2047 (1978).

(List continued on next page.)

*Primary Examiner*—Carman J. Seccuro, Jr.

[57] **ABSTRACT**

Polyolefin blends characterized by melting and crystallization curves which exhibit either two distinct melt regions, or wherein one component of the blend has a low softening temperature relative to the individual components of the blend, provide an unusually wide window for solid state processing. The solid state processing characteristics of these blends are independent of the manner in which the blends are formulated, e.g. mechanical mixing, solvent dispersion, and the like.

**6 Claims, No Drawings**

5,408,004

Page 2

## OTHER PUBLICATIONS

Bigg, "A Review of Techniques for Processing Ultra–High Modulus Polymers", Polym. Eng. and Sci., vol. 16, No. 11, 725–734 (1976).

Bigg, et al., "High Modulus Semi–Crystalline Polymers by Solid State Rolling", Polym. Eng. Sci., vol. 22, No. 1, 27–33 (1982).

Krjutchkov, et al., "Solid State Extrusion of Semicrystalline Polymers", Polymer Composites, vol. 7, No. 6, 413–420 (Dec., 1986).

International Search Report, dated Nov. 11, 1994, issued by the EPO acting as the International Searching Authority in PCT/US94/08943.

Ciferri and Ward, Ultra High Modulus Polymers, Applied Science Publ., London (1979).

Krjutchkov, Polymer Composite, vol. 7, #6, pp. 413–420 (1986).

Appendix E-000180

5,408,004

1

# POLYOLEFIN BLENDS AND THEIR SOLID STATE PROCESSING

## BACKGROUND OF THE INVENTION

This invention relates to polyolefin blends. In one aspect, the invention relates to polyolefin blends suitable for solid state processing while in another aspect, the invention relates to particular blends of various polyethylenes. In still another aspect, the invention relates to polyolefin blends characterized by melting and crystallization curves exhibiting either two distinct melt regions, or wherein one component has a softening point lower than that of a conventional polyolefin, either technique of which provides an unusually wide window for solid state processing.

While the field of metal forming offers a wide variety of solid state processing, e.g. stamping, forging, rolling, extrusion, etc., the solid state processing of semicrystalline polymers is much more limited. To process a thermoplastic in the solid state, typically the processing temperature is maintained at just a few degrees near the melting point of the polymer. If the processing temperature is above the melting point of the polymer, then the processing is simply a melt extrusion. At temperatures considerably below the melting point of the polymer, the polymer is essentially a solid and its deformation requires a tremendous amount of pressure (often in excess of one million psi). Such enormous pressures make large deformations very difficult, and result in a relatively low production rate and a generally energy inefficient process. Moreover, since the processing temperature is the most critical parameter in solid state processing, this technique has been limited to those polymers and polymer blends with relatively wide (e.g. at least about 20 degrees on the Celsius scale) ranges between their softening and melting temperatures. Since this temperature range is relatively narrow for conventional polyolefins and their blends, these materials have not been the subject of extensive, commercial-scale solid state processing.

Despite their relatively narrow processing temperature window, the sheer commercial scale of the polyolefin market has generated considerable interest in applying this technique to polyolefins. The potential benefits to be gained include energy efficiency, speed, and scrap reduction. Ciferri and Ward in "Ultra High Modulus Polymers", Applied Science Publications, London (1979), teach that extrusion of polymers below the melting point is a promising method of producing highly oriented materials. Krjutchkov, et al. in Polymer Composite, Vol. 7, No. 6, pp. 4-13-420 (1986), disclosed the detailed investigations of the dynamics of solid state extrusion, and they have also postulated a model to correlate the flow of instability in extrudate defects to the extrusion temperature and pressure.

Chung in U.S. Pat. No. 5,028,663 teaches that certain blends of high density polyethylene (HDPE) and low density polyethylene (LDPE) prepared by solution mixing can achieve a broader operating window for certain solid state processing applications than could otherwise be achieved by mechanical mixing. The melting peak of each component in the blend is separated due to solution precipitation such that large deformation processing can be performed at a temperature between the melting peaks of the two components.

Pawloski, et al. in U.S. Pat. Nos. 4,352,766, 4,161,502 and 3,739,052 teach a unique process called Solid Phase

2

Forming (SPF) to form polymers and composites at a pre-melt state. This unique fabrication process induces a biaxial orientation throughout the finished parts.

Enikolopow, et al. in U.S. Pat. No. 4,607,797 teach a process called Solid State Sheer Extrusion or Pulverization to perform polymer extrusion at a temperature below the peak melting temperature of the polymer. However, Shutov has observed in a 1992 I.I.T. Research Report that certain polymers, such as HDPE, polypropylene (PP) and polycarbonate (PC) did not perform well in this process.

The disclosures of each of the patents referenced above are incorporated herein by reference.

## SUMMARY OF THE INVENTION

According to this invention, polyolefin blends characterized by melting and crystallization curves which exhibit either two distinct melt regions, or a low softening point relative to the high melting component of the blend, provide an unusually wide window for solid state processing. These blends comprise at least 10 percent by weight of the low melting component, and the difference between the peak melting temperature of the low melting component and the high melting component is at least about twenty degrees on the Celsius scale. These blends are processed in their solid state at a temperature above about the peak melting temperature of the low melting component and below the peak melting temperature of the high melting component. The solid state processing characteristics of the blends of this invention are independent of the manner in which the components are mixed, e.g. mechanical, solvent, etc.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The polyolefin blends of this invention comprise two or more, typically two, polyolefin components. These blends are characterized by having a solid state processing temperature (Tp) defined by

$$T_{m1} < T_p < T_{m2}$$

in which the $T_{m2}$ is the peak melting temperature of the high melting component, and $T_{m1}$ is the peak melting temperature of the low melting component. Typically, the difference or range between $T_{m2}$ and $T_{m1}$, i.e. $T_{m2} - T_{m1}$, is greater than about twenty, preferably greater than about thirty, and most preferably greater than about forty, degrees on the Celsius scale.

The components of the blends of this invention are polyolefins, e.g. polyethylenes, polypropylenes, dienes, styrene, etc. Preferred polyolefins are the various polyethylenes and polypropylenes, and preferred blends are those containing at least one polyethylene, particularly a substantially linear ethylene polymer.

The polyethylenes can be divided into two broad classes, heterogeneously branched and homogeneously branched. The heterogeneously branched polyethylenes that can be used in the practice of this invention fall into two broad categories, those prepared with a free radical initiator at high temperature and high pressure, and those prepared with a coordination catalyst at high temperature and relatively low pressure. The former are generally known as low density polyethylenes (LDPE) and are characterized by branched chains of polymerized monomer units pendant from the polymer backbone. LDPE polymers generally have a density

5,408,004

**3**

between about 0.910 and 0.935 grams per cubic centimeter (g/cc).

Ethylene polymers and copolymers prepared by the use of a coordination catalyst, such as a Ziegler or Phillips catalyst, are generally known as linear polymers because of the substantial absence of branch chains of polymerized monomer units pendant from the backbone. High density polyethylene (HDPE), generally having a density of about 0.941 to about 0.965 g/cc, is typically a homopolymer of ethylene, and it contains relatively few branch chains relative to the various linear copolymers of ethylene and an α-olefin. HDPE is well known, commercially available in various grades, and is useful in this invention.

Linear copolymers of ethylene and at least one α-olefin of 3 to 12 carbon atoms, preferably of 4 to 8 carbon atoms, are also well known, commercially available and useful in this invention. As is well known in the art, the density of a linear ethylene/α-olefin copolymer is a function of both the length of the α-olefin and the amount of such monomer in the copolymer relative to the amount of ethylene, the greater the length of the α-olefin and the greater the amount of α-olefin present, the lower the density of the copolymer. Linear low density polyethylene (LLDPE) is typically a copolymer of ethylene and an α-olefin of 3 to 12 carbon atoms, preferably 4 to 8 carbon atoms (e.g., 1-butene, 1-octene, etc.), has that sufficient α-olefin content to reduce the density of the copolymer to that of LDPE. When the copolymer contains even more α-olefin, the density will drop below about 0.91 g/cc and these copolymers are known as ultra low density polyethylene (ULDPE) or very low density polyethylene (VLDPE). The densities of these linear polymers generally range from about 0.87 to 0.91 g/cc.

Both the materials made by the free radical catalysts and by the coordination catalysts are well known in the art, as are their methods of preparation. Relevant discussions of both of these classes of materials, and their methods of preparation, are found in U.S. Pat. No. 4,950,541 and the patents to which it refers, all of which are incorporated herein by reference.

The homogeneously branched polyethylenes that can be used in the practice of this invention also fall into two broad categories, the linear homogeneously branched and the substantially linear homogeneously branched. Both are known. The former and their method of preparation are described in U.S. Pat. No. 3,645,992 to Elston, and the latter and their method of preparation are fully described in U.S. Pat. Nos. 5,272,236 and 5,278,272, all of which are incorporated into and made a part of this application by reference. Examples of the former are the Tafmer ™ polymer of Mitsui and the Exact ™ polymer of Exxon, while an example of the latter are the polymers made by the Insite ™ Technology of The Dow Chemical Company.

As here used, "substantially linear" means that the polymer backbone is substituted with about 0.01 long-chain branches/1000 carbons to about 3 long-chain branches/1000 carbons, preferably from about 0.01 long-chain branches/1000 carbons to about 1 long-chain branch/1000 carbons, and more preferably from about 0.05 long-chain branches/1000 carbons to about 1 long-chain branch/1000 carbons. In contrast, simply "linear" means that long chain branching is essentially absent from the polymer backbone. Long-chain branching is here defined as a chain length of at least about 6 carbon atoms, above which the length cannot be distin-

**4**

guished using $^{13}C$ nuclear magnetic resonance spectroscopy, yet the long-chain branch can be about the same length as the length of the polymer backbone.

These unique substantially linear homogeneously branched polymers (subsequently referred to as "substantially linear ethylene polymers") are prepared by using constrained geometry catalysts (CGC), and are characterized by a narrow molecular weight distribution and if an interpolymer, by a narrow comonomer distribution. As here used, "interpolymer" means a polymer of two or more comonomers, e.g. a copolymer, terpolymer, etc. Other basic characteristics of these substantially linear ethylene polymers include a low residuals content (i.e. low concentrations in the substantially linear ethylene polymer of the catalyst used to prepare the polymer, unreacted comonomers, if any, and low molecular weight oligomers made during the course of the polymerization), and a controlled molecular architecture which provides good processability even though the molecular weight distribution is narrow relative to conventional olefin polymers.

While the substantially linear ethylene polymers used in the practice of this invention include substantially linear ethylene homopolymers, preferably these substantially linear ethylene polymers comprise between about 95 and 50 wt % ethylene, and about 5 and 50 wt % of at least one α-olefin comonomer, more preferably 10 to 25 wt % of at least one α-olefin comonomer. Percent comonomer is measured by Infrared Spectroscopy according to ASTM D-2238 Method B. Typically, the substantially linear ethylene polymers are copolymers of ethylene and an α-olefin of 3 to about 20 carbon atoms (e.g. propylene, 1-butene, 1-hexene, 4-methyl-1-pentene, 1-heptene, 1-octene, styrene, etc.), with a density of about 0.850 to about 0.960 grams per cubic centimeter (g/cm³), preferably of 0.870 to about 0.910 g/cm³. The melt flow ratio, measured as $I_{10}/I_2$ (ASTM D-1238), is greater than or equal to 5.63, and is preferably from about 6.5 to 15, more preferably from about 7 to 10. The molecular weight distribution ($M_w/M_n$), measured by gel permeation chromatography (GPC), is defined by the equation:

$$M_w/M_n \leq (I_{10}/I_2) - 4.63,$$

and is preferably between about 1.5 and 2.5. For the substantially linear ethylene polymers, the $I_{10}/I_2$ ratio indicates the degree of long-chain branching, i.e. the larger the $I_{10}/I_2$ ratio, the more long-chain branching in the polymer.

The "rheological processing index" (PI) is the apparent viscosity (in kpoise) of a polymer measured by a gas extrusion rheometer (GER). The gas extrusion rheometer is described by M. Shida, R. N. Shroff and L. V. Cancio in *Polymer Engineering Science*, Vol. 17, No. 11, p. 770 (1977), and in "Rheometers for Molten Plastics" by John Dealy, published by Van Nostrand Reinhold Co. (1982) on pp. 97–99, both publications of which are incorporated herein by reference. GER experiments are performed at a temperature of 190° C., at nitrogen pressures between 250 to 5500 psig using about a 7.54 cm diameter, 20:1 L/D die with an entrance angle of 180°. For the substantially linear ethylene polymers described herein, the PI is the apparent viscosity (in kpoise) of a material measured by GER at an apparent shear stress of $2.15 \times 10^6$ dyne/CM². These substantially linear ethylene interpolymers and homopolymers preferably have a PI in the range of about 0.01 kpoise to about 50

5,408,004

| 5 | 6 |

kpoise, preferably about 15 kpoise or less, which is less than or equal to about 70% of the PI of a comparative linear ethylene polymer (either a Ziegler polymerized polymer or a linear uniformly branched polymer as described by Elston in U.S. Pat. No. 3,645,992) at about the same $I_2$ and $M_w/M_n$.

An apparent shear stress versus apparent shear rate plot is used to identify the melt fracture phenomena. According to Ramamurthy in the *Journal of Rheology*, 30(2), 337–357, 1986, above a certain critical flow rate, the observed extrudate irregularities may be broadly classified into two main types: surface melt fracture and gross melt fracture.

Surface melt fracture occurs under apparently steady flow conditions and ranges in detail from loss of specular film gloss to the more severe form of "sharkskin." In this disclosure, the onset of surface melt fracture (OSMF) is characterized at the beginning of losing extrudate gloss at which the surface roughness of the extrudate can only be detected by $40\times$ magnification. The critical shear rate at the onset of surface melt fracture for the substantially linear ethylene interpolymers and homopolymers is at least 50 percent greater than the critical shear rate at the onset of surface melt fracture of a comparative linear ethylene polymer (either a Ziegler polymerized polymer or a linear uniformly branched polymer as described by Elston in U.S. Pat. No. 3,645,992) having about the same $I_2$ and $M_w/M_n$.

Gross melt fracture occurs at unsteady extrusion flow conditions and ranges in detail from regular (alternating rough and smooth, helical, etc.) to random distortions. For commercial acceptability, (e.g., in blown films and bags therefrom), surface defects should be minimal, if not absent, for good film quality and properties. The critical shear stress at the onset of gross melt fracture for the substantially linear ethylene interpolymers and homopolymers used in making the biaxially oriented, heat-shrinkable film of the present invention is greater than about $4\times10^6$ dynes/cm². The critical shear rate at the onset of surface melt fracture (OSMF) and the onset of gross melt fracture (OGMF) will be used herein based on the changes of surface roughness and configurations of the extrudates extruded by a GER.

As here used, "homogeneously branched" means that the comonomer is randomly distributed within a given molecule and that substantially all of the copolymer molecules have the same ethylene/comonomer ratio. The distribution or homogeneity of comonomer branches for the substantially linear ethylene interpolymers and homopolymers is characterized by its SCBDI (Short Chain Branch Distribution Index) or CDBI (Composition Distribution Branch Index), and it is defined as the weight percent of the polymer molecules having a comonomer content within 50 percent of the median total molar comonomer content. The CDBI of a polymer is readily calculated from data obtained from techniques known in the art, such as, for example, temperature rising elution fractionation (abbreviated herein as "TREF") as described, for example, by Wild et al., *Journal of Polymer Science, Poly. Phys. Ed.*, Vol. 20, p. 441 (1982), or in U.S. Pat. No. 4,798,081, both disclosures of which are incorporated herein by reference. The SCBDI or CDBI for the substantially linear homogeneously branched interpolymers and homopolymers of the present invention is preferably greater than about 30 percent, especially greater than about 50 percent.

Both the linear homogeneously branched and the substantially linear homogeneously branched ethylene polymers used in this invention have a single melting peak, as measured using differential scanning calorimetry (DSC), in contrast to heterogeneously branched linear ethylene polymers, which have two or more melting peaks due to their broad branching distribution.

The unique characteristic of the homogeneously branched, substantially linear ethylene polymers is a highly unexpected flow property where the $I_{10}/I_2$ value of the polymer is essentially independent of the polydispersity index (i.e., $M_w/M_n$) of the polymer. This is contrasted with conventional linear homogeneously branched and linear heterogeneously branched polyethylene resins having rheological properties such that to increase the $I_{10}/I_2$ value the polydispersity index must also be increased.

The preferred melt index, measured as $I_2$ (ASTM D-1238, condition 190/2.16 (formerly condition E)), is from about 0.5 g/10 min to 20 g/10 min, more preferably 1 to 5 g/10 min. Typically, the preferred substantially linear ethylene polymers used in the construction of the plastic films used in this practice of this invention are homogeneously branched and do not have any measurable high density fraction, (i.e. short chain branching distribution as measured by Temperature Rising Elution Fractionation which is described in U.S. Pat. No. 5,089,321, and which is incorporated into and made a part of this application by reference), e.g. they do not contain any polymer fraction that has a degree of branching less than or equal to 2 methyl/1000 carbons. These preferred substantially linear ethylene polymers have a single differential scanning calorimetry (DSC) melting peak.

The polypropylene component of this invention, if present, is a homopolymer or one or more copolymers of propylene and up to about 20 mole percent ethylene or other α-olefin having up to about 12 carbon atoms. If a copolymer, it can be random, block or graft. The polypropylene component of this has a typical melt flow rate (as determined by ASTM D-1238, Condition 230/2.16 (formerly Condition L)) of between about 0.1 and 30, and preferably between about 0.8 and 30.

The blends of this invention can also include polyolefins derived from post-consumer recycle (PCR) sources. These materials will vary in composition, but include HDPE derived from milk bottle recycled resin and LLDPE derived from recycled grocery sacks. The PCR resins used in this invention usually have a polyethylene content of at least about 70 wt %, based on the weight of the resin, up to about 100 wt %. The polyethylenes in the PCR resins usually have a melt index between about 0.1 and about 10, and a density between about 0.86 and about 0.97 g/cm³.

Typically, the polyolefin blends of this invention comprise at least about 10 percent, preferably at least about 20 percent and more preferably at least about 30 percent, based on the weight of the blend, of the low melting component. In a preferred embodiment of this invention, the component with the low melting or softening temperature is at least one linear or substantially linear homogeneously branched polyethylene, e.g. at least one of a Tafmer ™, Exact ™ or a polymer made by Insite ™ Technology, or an ethylene-propylene .rubber, or an ethylene-propylene-diene monomer terpolymer. More preferably, the low melting temperature component of the blend is a substantially linear homogeneously branched polymer, e.g. a polymer made by Insite ™ . In these embodiments, the remainder of the

5,408,004

7

blend comprises one or more, preferably one, heterogeneously branched polyethylene.

The solid state processing temperature of these blends is usually at least about 5, and preferably at least

8

other samples (including Sample C-5 with a $T_p$ of 10 (122-132)) can not be extruded at these conditions, or even at the maximum safe extrusion pressure of the ICR of 4500 psi. These results are reported in Table I.

TABLE I

| Sample # | Composition | MI (g/10 min) | Density (g/cm³) | Peak Melt Temp (C.) | Solid State Extrudable |
|----------|-------------|---------------|-----------------|---------------------|------------------------|
| E-1 | CGC/HDPE* | 1.33 | 0.926 | — | Yes |
| C-1 | CGC | 1.33 | 0.893 | 83 | NA⁼ |
| C-2 | HDPE | 1.0 | 0.959 | 133 | No |
| C-3 | LLD-3 | 1.0 | 0.920 | 122 | No |
| C-4 | LLD-4 | 2.0 | 0.930 | 122 | No |
| C-5 | LLD-3/LLD-4* | 1.4 | 0.925 | — | No |

*50/50/Blend based on weight.
⁼NA = Not applicable: above melting point

about 10, degrees on the Celsius scale below the peak melting temperature of the blend component with the highest melting temperature, and it is usually at least about 5, preferably at least about 10, degrees on the Celsius scale above the melting or softening temperature of the blend component with the lowest melting or softening temperature.

The polyolefin blends of this invention can be prepared by any one of a number of different methods that ensures a relatively homogenous blend, the particular method employed being a matter of convenience. Illustrative methods include roller milling, extrusion, solvent mixing, and the like. Similarly, the blends can be processed by any conventional solid state technique, e.g. stamping, forging, rolling, extrusion, etc.

The following examples are illustrative of certain specific embodiments of this invention. All parts and percentages are by weight unless otherwise noted.

SPECIFIC EMBODIMENTS

EXAMPLE 1

Sample E-1 is prepared from a 50/50 blend of CGC resin (Sample C-1) and HDPE resin (Sample C-2) using a Haake blender operated for 4 minutes at 180° C. Sample C-5 is prepared in the same manner except that it is prepared from a 50/50 blend of conventional LLDPEs (Samples C-3 and C-4). All the samples except Sample C-1 are subjected to solid state extrusion evaluation by using an Instron Capillary Rheometer (ICR) at 105° C. using a Number 8 die (0.0494 inches in diameter, length-/diameter ratio of 5.10). Sample E-1 (with a $T_p$ of 50 (133-83)) is successfully extruded at a plunger speed of 0.1 inch per minute and at a pressure of 250 psi. The

EXAMPLE 2

The procedures of Example 1 are repeated with different samples (although the composition of Sample C-6 is the same as the composition of Sample C-1). Samples E-2 (a blend of C-6 and C-7) (with a $T_p$ of 51) and E-3 (a blend of C-8 and C-9) (with a $T_p$ of 79) are successfully extruded on the ICR at a plunger speed of 0.1 inch per minute, a pressure of about 2800 psi, a temperature of about 105° C., and using a Number 2 die (0.030 inch, length/diameter ratio of 33.3). Neither the Tafmer ™ A-4085 resin nor the polypropylene resin could be extruded at these conditions, or even at the maximum safe extrusion pressure of 4500 psi. The results are reported in Table II.

TABLE II

| Sample # | Composition | MI (g/10 min) | Density (g/cm³) | Peak Melt Temp (C.) | Solid State Extrudable |
|----------|-------------|---------------|-----------------|---------------------|------------------------|
| E-2 | CGC/HDPE* | 2.33 | 0.926 | — | Yes |
| C-6 | CGC | 1.78 | 0.893 | 83 | NA*** |
| C-7 | HDPE | 10. | 0.962 | 134 | NM⁼ |
| E-3 | Tafmer ™/PP** | 1.4 | 0.925 | — | Yes |
| C-8 | Tafmer ™ A-4085 | 1.0 | 0.88 | 88 | No |
| C-9 | PP | 35.0 | — | 167 | No |

*50/50 Blend based on weight.
**30/70 Blend based on weight.
⁼NM = Not measured.
***NA = Not applicable: above melting point

EXAMPLE 3

The procedures of Example 1 are repeated with different samples. The compositions of Samples C-10 and C-12 are the same. The PCR resin of Sample C-13 is post-consumer recycled grocery sack resin from Advanced Environmental Recycling Technology of Little Rock, Ark., and the PCR resin of Sample C-11 is post-consumer recycled milk bottle resin FR-120 flake from Akron WTE Corp of Akron, Ohio. Both the resins of Samples E-4 (a blend of C-10 and C-11) and E-5 (a blend of C-12 and C-13) (with a $T_p$ of 49) were successfully extruded under the same conditions as those used in Example 2. Neither the resin of C-11 nor the resin of C-13 are extruded under these conditions, and they cannot be extruded under these conditions even at the maximum safe extrusion pressure of 4500 psi. The results are reported in Table III.

TABLE III

| Sample # | Composition | MI (g/10 min) | Density (g/cm³) | Peak Melt Temp (C.) | Solid State Extrudable |
|----------|-------------|---------------|-----------------|---------------------|------------------------|
| E-4 | CGC/PCR* | — | 0.912 | — | Yes |
| C-10 | CGC | 1.0 | 0.882 | 86 | NA** |

5,408,004

9                                                          10

TABLE III-continued

| Sample # | Composition | MI (g/10 min) | Density (g/cm³) | Peak Melt Temp (C.) | Solid State Extrudable |
|----------|-------------|---------------|-----------------|---------------------|------------------------|
| C-11 | PCR | 0.75 | 0.955 | 132 | No |
| E-5 | CGC/PCR* | 1.4 | 0.935 | — | Yes |
| C-12 | CGC | 1.0 | 0.882 | 86 | NA** |
| C-13 | PCR | 0.4 | 0.962 | 135 | No |

*50/70 Blend based on weight.
**NA — Not applicable: above melting point.

### EXAMPLE 4

The procedures of Example 1 are repeated with different samples. Sample C-14 (which is the same as Sample C-3) is a conventional LLDPE with a similar melt index and density as Sample E-6 (a blend of C-16 and C-15) (with a $T_p$ of 107). Both Samples E-6 and C-14 are compression molded into a 125 mil thick plaque according to the procedures of ASTM-1238. The plaques are heated to 65° C., and then compressed in a 40 ton (2075 psi) solid phase forming machine for 3 minutes. The samples are then cooled under the same pressure, removed at room temperature, and the modulus and percent deformation determined. These results are reported in Table IV, and the modulus and percent deformation characteristics of Sample E-6 are clearly superior to those of Sample C-14.

TABLE IV

| Sample # | Composition | MI (g/10 min) | Density (g/cm³) | Peak Melt Temp (C.) | % Modulus Deformed | (psi) |
|----------|-------------|---------------|-----------------|---------------------|--------------------|-------|
| E-6 | HDPE/LD* | 1.01 | 0.922 | — | 203 | 39,900 |
| C-14 | LLD-3 | 1.0 | 0.920 | 122 | 162 | 16,120 |
| C-15 | LD | 1.01 | 0.856 | 26 | NM≅ | NM≅ |
| C-16 | HDPE | 1.0 | 0.959 | 133 | NM≅ | NM≅ |

*35/65 Blend based on weight.
≅ NM = Not measured.

Although the invention has been described in considerable detail through the preceding examples, this detail is for illustration purposes only, and it is not to be construed as a limitation on the spirit and scope of the invention as described in the following claims.

What is claimed is:

1. A process for shaping a solid polyolefin blend, the process comprising the steps of:

A. Heating a solid polyolefin blend which comprises at least a first and second polyolefin, the first of which is a substantially linear homogeneously branched polyethylene characterized by having:

a) a melt flow ratio, $I_{10}/I_2$, $\geq$ 5.63,

b) a molecular weight distribution, $M_w/M_n$, defined by the equation:

$$M_w/M_n \leq (I_{10}/I_2) - 4.63, \text{ and}$$

c) a critical shear stress at onset of gross melt fracture of greater than about $4 \times 10^6$ dyne/cm², with

a softening temperature of at least about 10 degrees on the Celsius scale lower than the softening temperature of the second polyolefin, the first polyolefin comprising at least about 10 percent of the total weight of the polyolefin blend, the polyefin blend heated to a processing temperature above the softening temperature of the first polyolefin but below the softening temperature of the second polyolefin;

B. Shaping the blend at the processing temperature; and

C. Cooling the shaped blend of (B) to a temperature below the processing temperature.

2. The process of claim 1 in which the second polyolefin is at least one of high density polyethylene, low density polyethylene, linear low density polyethylene, and ultra low density polyethylene.

3. The process of claim 2 in which the first polyolefin comprises at least about 20 percent of the total weight of the polyolefin blend.

4. The process of claim 3 in which the process temperature is a temperature of at least about 5 degrees on the Celsius scale lower than the softening temperature of the first polyolefin, and at least about 5 degrees on the Celsius scale higher than the softening temperature of the second polyolefin.

5. The process of claim 3 in which the processing temperature is at least about 10 degrees on the Celsius scale lower than the softening temperature of the second polyolefin, and at least about 10 degrees higher than the softening temperature of the first polyolefin.

6. The process of claim 5 in which the polyolefin blend is prepared by mechanically mixing the first and second polyolefins with one another.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,408,004
DATED         : April 18, 1995
INVENTOR(S)   : Lai et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 4, line 44, "$M_w M_n \leq (I_{10}/I_2)- 4.63$" should be replaced by -- $M_w/M_n \leq (I_{10}/I_2)- 4.63$ --.

Column 5, line 60, "*phys,*" should be replaced by -- *phys.* --.

Claim 4, line 4, "first" should be replaced by -- second --.

Claim 4, line 6, "second" should be replaced by -- first --.

Signed and Sealed this

Fifteenth Day of April, 1997

*Bruce Lehman*

**BRUCE LEHMAN**

*Attest:*

*Attesting Officer*          *Commissioner of Patents and Trademarks*

| FORM PTO 1449 (modified) | | Atty. Docket No. 40121BL | | Serial No. 08/834,050 | | |
|---|---|---|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | | Applicant: Pak-Wing Steve Chum et al. | | | | |
| | | Filing Date: 04/11/97 | | Group 1505 | | |

05/21/98

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| | BA | | | | | | |
| | BB | | | | | | |
| | BC | | | | | | |
| | BD | | | | | | |
| | BE | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ДW | C A | Specialty Plastics Conference 1990-The Raw Materials Scenario for PE and PP Film Applications and Markets, December 3-4, "High Value Added Film Using an Olefin Based Elastomer", by M. Tanaka |
| | C B | Packaging Technology and Engineering, April 1994, pp. 34-37, "Single-Site Catalysts Produce Tailor-Made, Consistent Resins", by David F. Simon |
| ДW | C C | Polyolefin Modification with EXACT™ Plastomers", SPE, Feb. 21-24, 1993, pp. 539-564, by T.C. Yu and G.J. Wagner |
| | C D | |
| | C E | |
| | C F | |

| EXAMINER    David Wu | DATE CONSIDERED    7-31-78 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 4 of 8

FORM PTO 1449 (modified)

| | |
|---|---|
| Atty. Docket No. 40121BL | Serial No. 08/834,050 |

LIST OF REFERENCES CITED BY APPLICANT

Applicant: Pak-Wing Steve Chum et al.

| | |
|---|---|
| Filing Date: 04/11/97 | Group 1505 |

05/21/98

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ṣʷ | AA | 2,983,704 | 05/09/61 | Roedel | | | |
| | AB | 3,179,720 | 04/20/65 | Hillmer | | | |
| | AC | 3,231,636 | 01/25/66 | Synder et al. | | | |
| | AD | 3,340,328 | 09/05/67 | Brindell et al. | | | |
| | AE | 3,491,073 | 01/20/70 | Marinak | | | |
| | AF | 3,645,992 | 02/29/72 | Elston | | | |
| | AG | 3,914,342 | 10/21/75 | Mitchell | | | |
| | AH | 4,205,021 | 05/27/80 | Morita et al. | | | |
| | AI | 4,230,831 | 10/28/80 | Sakurai et al. | | | |
| | AJ | 4,263,422 | 04/21/81 | Lowery, Jr. et al. | | | |
| ṣʷ | AK | 4,320,088 | 03/16/82 | Nicco | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Country | Class | Sub-class | Translation | |
|---|---|---|---|---|---|---|---|---|
| ṣʷ | BA | GB 1,233,599 | 05/26/71 | GB (Monsanto) | | | | |
| | BB | JP 53-75278 | 07/04/78 | JP (Sho) | | | | |
| | BC | JP 131516 | 06/26/84 | JP (English Abstract) | | | | |
| | BD | JP 62-121709 | 06/03/87 | JP (Tsutsui) | | | | |
| ṣʷ | BE | WO 87/03610 | 06/18/87 | PCT (Cozewith et al.) | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ṣʷ | C A | Research Disclosure 37652, August 1995 |
| | C B | Research Disclosure 36210, June 1994 |
| | C C | Research Disclosure 37644, August 1995 |
| | C D | Plastics World, "LLDPE Blends Perk Up Performance of PE Films, pp. 40–43, December 1982 |
| | C E | MetCon '93, May 26-28, 1993, Houston, Tx, "The Dfistinguished Features of Metallocene-Based Polyolefins", pp. 235-243, 240, by Akira Todo |
| ṣʷ | C F | EXACT™ Polymers - For Targeted Performance in Film Packaging", product brochure published by Exxon Chemical Company October 1992 |

| | | |
|---|---|---|
| EXAMINER   David Wu | DATE CONSIDERED   7-31-98 | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 5 of 8

| FORM PTO 1449 (modified) | | | Atty. Docket No. 40121BL | | Serial No. 08/834,050 | | |
|---|---|---|---|---|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | | | Applicant: Pak-Wing Steve Chum et al. | | | | |
| | | | Filing Date: 04/11/97 | | Group 1505 | | |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ƉW | AA | 4,330,639 | 05/18/82 | Matsuura et al. | | | |
| | AB | 4,346,834 | 08/31/82 | Mazumdar | | | |
| | AC | 4,374,227 | 02/15/83 | Michie, Jr. | | | |
| | AD | 4,461,873 | 07/24/84 | Bailey et al. | | | |
| | AE | 4,469,752 | 09/04/84 | Yoshimura et al. | | | |
| | AF | 4,510,303 | 04/09/85 | Oda et al. | | | |
| | AG | 4,530,914 | 07/23/85 | Ewen et al. | | | |
| | AH | 4,542,199 | 10/17/85 | Kaminsky et al. | | | |
| | AI | 4,659,685 | 04/21/87 | Coleman, III et al. | | | |
| | AJ | 4,668,752 | 05/26/87 | Tominari et al. | | | |
| ƉW | AK | 4,701,432 | 10/20/87 | Welborn, Jr. | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Country | Class | Sub-class | Translation | |
|---|---|---|---|---|---|---|---|---|
| ƉW | BA | EP 0 374 695 | 06/27/90 | EPO (Davis) | | | | |
| | BB | JP 63-328197 | 10/10/90 | JP (Fujii et al.) | | | | |
| | BC | EP 0 416 815 | 03/13/91 | EPO (Stevens et al.) | | | | |
| | BD | EP0 436 328 | 07/10/91 | EP (Asanuma et al) | | | | |
| | BE | EP 0 503 791 | 09/16/92 | Ali et al. | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ƉW | C A | Journal of Polymer Science: Part B: Polymer Physics, "An Analytical Technique for Measuring Relative Tie-Molecule Concentration in Polyethylene", Vol. 29, pp. 1047-1055 (1991) by A. Lustiger and N. Ishikawa |
| | C B | Journal of Materials Science, "Molecular Topology in Ethylene Copolymers Studied by Means of Mechanical Testing", vol. 23, pp. 415-421 (1988) by R. Seguela and F. Rietsch |
| | C C | Polymer, "Tensile Drawing Behaviour in a Linear Low-Density Polyethylene: Changes in Physical and Mechanical Properties", Vol. 27, pp. 532-536 (1986) by R. Seguela and F. Rietsch |
| | C D | Makromol. Chem., Macromol. Symp. , "Slow Crack Growth in Polyethylene - A Review", vol. 41, pp. 55-67 (1991) by Norman Brown, Xici Lu, Yan-Ling Huang, and Ruzheng Qian |
| | C E | Journal of Polymer Science: Part B: Polymer Physics, "Fatigue Crack Propagation in High-Density Polyethylene", vol. 29, pp. 371-388 (1991) by J.T. Yen and J. Runt |
| ƉW | C F | Macromolecules, "Sequence and Branching Distribution of Ethylene/1-Butene Copolymers Prepared with a Soluble Vanadium-Based Ziegler-Natta Catalyst", vol. 25, pp. 2820-2827 (1992) by N. Kuroda, Y. Nishikitani, K. Matsuura and N. Ikegami |

| EXAMINER   David Wu | DATE CONSIDERED   7-31-98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Sheet _6_ of _8_

| PTO 1449 (modified) | Atty. Docket No. 40121BL | Serial No. 08/834,050 |
|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | Applicant: Pak-Wing Steve Chum et al. | |
| | Filing Date: 04/11/97 | Group 1505 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ßω | AA | 4,752,597 | 06/21/88 | Turner | | | |
| | AB | 4,770,912 | 09/13/88 | Furrer et al. | | | |
| | AC | 4,786,688 | 11/22/88 | Thiersault et al. | | | |
| | AD | 4,789,714 | 12/06/88 | Cozewith et al. | | | |
| | AE | 4,801,652 | 01/31/89 | Mizutani et al. | | | |
| | AF | 4,804,714 | 02/14/89 | Olivo | | | |
| | AG | 4,828,906 | 05/09/89 | Nishimura et al. | | | |
| | AH | 4,837,262 | 06/06/89 | Jeon et al. | | | |
| | AI | 4,935,474 | 06/19/90 | Ewen et al. | | | |
| | AJ | 4,937,299 | 06/26/90 | Ewen et al. | | | |
| ßω | AK | 4,939,217 | 07/03/90 | Stricklen | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| ßω | BA | WO 93/00400 | 01/07/93 | PCT (Biddle et al.) | | | |
| | BB | WO 93/03093 | 02/18/93 | PCT (Meka et al.) | | | |
| | BC | EP 0 572 034 | 12/01/93 | EPO (Toshimi et al.) | | | |
| | BD | JP 53-31229 | 12/14/93 | JP (English Abstract) | | | |
| ßω | BE | WO 94/00500 | 01/06/94 | PCT (Pannell et al.) | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ßω | CA | Polymer Communications, "Morphological Location of Ethyl Branches in 13C-Enriched Ethylene/1-Butene Random Copolymers", vol. 29, pp. 258-260 September (1988) by D. C. McFaddin, K.E. Russell and E. C. Kelusky |
| | CB | Journal of Polymer Science: Polymer Chemistry Edition, "The Preparation and Characterization of Homogeneous Copolymers of Ethylene and 1-Alkenes", vol. 22, pp. 1383-1392 (1984) by B.K. Hunter, K.E. Russell, M.V. Scammell and S.L. Thompson |
| | CC | Polymer Engineering and Science, "Characterizing Polyethylene-Based Blends with Temperature Rising Elution Fractionation (TREF) Techniques", vol. 27, no. 20, pp. 1562-1571, Mid-November (1987) by Eric C. Kelusky, Clay T. Elston and Ron E. Murray |
| | CD | "Exxpol Technology For Targeted Polymer Performance," (brochure from/by Exxon Chemical Company with an unknown date) |
| | CE | SPO '93, "Exact Polymers Unique Properties for Value-Added Applications" by F.J. Steininger |
| ßω | CF | |

| EXAMINER    David Wu | DATE CONSIDERED    7-31-98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

# Proceedings of the

## Third International
## Business Forum
## on Specialty Polyolefins

# SPO '93

### September 21-23, 1993
### The Westchase Hilton
### Houston, Texas



Copyright © 1993

# SCHOTLAND
business research, inc.

THREE INDEPENDENCE WAY, PRINCETON, NJ 08540-6621
TELEPHONE (609) 520-0100  FAX (609) 520-8989

Appendix E-000191

# EXACT™ POLYMERS

## UNIQUE PROPERTIES FOR VALUE-ADDED APPLICATIONS

Fred J. Steininger
Director - Sales Development, Exact™ Polymers

Exxon Chemical Company
Polymers Group
P.O. Box 3272
Houston, TX  77023
USA

271

SPO '93

Appendix E-000192

"These polymers are really different" *[E-1]*. That's a quote from an associate. It was said to me on my first day on the job directing our sales development efforts for EXACT™ Polymers. Words and phases like: revolutionary, a paradigm shift, a new "S" curve for polymers, the single most significant trend in the polyolefin industry, the most significant development from plastics research in years, have also been used to describe these new polymers made using a patented, proprietary family of metallocene single site catalysts. Today I'll talk about a shift in traditional thinking that is taking place and how customers are thinking about these revolutionary polymers in a whole new way.

Whether or not these polymers can live up to this super advance billing will depend upon the success of the plastics processor to use them in value-added applications.

In 1990 *[E-2]* reports started appearing about metallocene-catalyzed polymers and in 1991 Exxon Chemical started up a new plant to bring to market the first commercial quantities of a new family of ethylene polymers based on our EXXPOL™ Catalyst Technology. Unlike the existing polyethylenes, you normally think about, which contain highly-crystalline, high molecular weight (HDPE) molecules and low molecular weight amorphous (wax) molecules, you'll see these new and different molecules have a narrow molecular weight distribution and a narrow composition distribution. We can see *[E-3]* there is a shift between the old and the new in these pictorials of short chain branches and molecular weight. Nature treated the polyolefin industry badly by putting most of the branches on the short little molecules and few branches on the big molecules - at least this was the only choice with Ziegler Natta catalyst produced polyolefins. With the new metallocene single site catalysts every molecule ends up being the same and this has some real customer benefits.

©Copyright 1993, Exxon Corporation, all rights reserved.
EXXON, EXXPOL and EXACT are trademarks of Exxon Corporation.

273                                                      SPO '93

Other ways to characterize the paradigm shift is shown on the next exhibit *[E-4]*. What these new polymers have or rather what they don't have are these short chain, highly-branched molecules which lead to extractables problems, sticky pellets and film blocking. They also don't have the long chain, low comonomer molecules which reduces clarity and gloss and imparts haze and which set at high peak melting points and high seal initiation temperatures *[E-5]*. The excellent comonomer incorporation provides low density polymers that are tough yet flexible without plasticizers. This also leads to excellent filler acceptance and excellent environmental stress crack resistance. The highly efficient catalyst system, which is important to producers in terms of cost, is also beneficial in terms of producing polymers that are very stable with little or no ash. These catalysts are also non-acidic so no acid scavenger is needed and one less extractable is eliminated.

A summary *[E-6]* of the key attributes of these new ethylene polymers would be: 1) greater toughness, 2) lower extractables, 3) improved heat seal and hot tack properties, 4) excellent optics, 5) impact enhancement, and 6) excellent elastic response. Although this not meant to be a technical paper, I have shown some data for comparable polymers of the same melt index and density *[E-7]*. Note the following specific properties: 1) dart impact over 1000g/ml, 2) seal initiation temperatures lower by more than 30°C, 3) hexane extractables close to ¼ that of a Ziegler Natta catalyzed polymer, and 4) film haze levels 1/3 that of a Ziegler Natta catalyzed polymer. *[E-8]* Impact copolymer polypropylene neat and blended with EXACT Polymer show there are dramatic improvements in impact strength when modified. Elasticity is shown by low permanent set. Clearly the EXACT Polymers have attributes that are directionally favored by processors and end-users.

274

SPO '93

In addition to these six fundamental attribute improvements, customers are also thinking about a number of other end-use attributes which can be significant in a number of applications or significant in a particular specialty application [E-9]. These include a linear drop off in peak melting point versus density, greater flexibility, higher oxygen transmission rates at low water vapor transmission rates and higher shear adhesion failure temperature in hot melt adhesives for bonding to PP or PE [E-10]. Also critical to a number of applications is the compliance of a polymer under Food and Drug Administration regulations. Here, too, EXACT Polymers find favor because of their low extractables at low densities.

So far I have discussed some of the unique properties and attributes that are provided by EXACT Polymers. Now I'll point out possible value-added applications. I assure you that customers are at the beginning of a steep learning curve on applications for these new and different polymers. In fact to quote Akio Morita of Sony "You can't do market research on a product that doesn't exist." It is not until you see how people are changing their old way of thinking about the capabilities of the product that you start to see what's possible. Or to paraphrase that quote, "Validation is underway now that our new products exist."

Having said that, let's begin to explore how the unique attributes and broad capabilities of EXACT Polymers can make better, more cost-effective existing products and look to the future for possibilities of new and useful products.

In early market development of EXACT Polymers we initially focused on four market segments. [E-11] First, we targeted the huge segment called Packaging focusing on flexible packaging films. Here the search for new and more cost effective materials never ceases. Second, we aimed at Health Care applications where the need for

SPO '93

Appendix E-000195

environmentally-friendly materials was becoming critical. Third, we knew that the Wire and Cable producers wanted a material with the best properties of LDPE and EP rubber for jacketing, insulation, and semi-conductive shields. Finally, we grouped other capabilities under a category we called Polymer Modification that offer tailored EXACT Polymers for customized end-use materials. Some people have even called these designer polymers.

Now let's look at specific applications in each market segment. The next Exhibit *[E-12]* shows a long list of structures and applications where EXACT Polymers are either being used or are under extensive evaluation in Packaging Applications. Lamination films consist of 1-4 mil monolayer blown film of EXACT Polymer which is adhesive or extrusion laminated to a printed substrate. The substrate usually acts as the structural layer while the laminating film provides the sealing surface which interacts with the product packed. Sometimes the laminate layer contributes to the toughness of the structure. Here vertical form film and seal, and horizontal form fill and seal systems are used for condiment, cheese, meat, and snack food packages. Coex blown film make use of EXACT Polymers in the seal layer in the high integrity/high barrier segments. Coex structures usually have a barrier layer, tie resins, and structural layer. Packaging systems and end uses in coex are similar to lamination segment. Coex cast film is also used as noted but is more prevalent in processed cheese wrap, baking mixes, produced foods and lidding stock. Super-tough EXACT Polymer films have many small niche applications both alone and in laminations. The needs are toughness, high impact strength, and abuse resistance. Low melt point films find a niche in batch inclusion bags and rubber bale wrap where the low and uniform melting point is valued. High OTR with low MVTR is uniquely suited for modified atmospheric packaging film. Packaged fresh cut vegetables such as lettuce and cole slaw in bags that can breathe are the fast growing product in the supermarkets.

SPO '93

Appendix E-000196

PCR, post consumer recycle, is another hot application area. The key need here is to incorporate higher levels of PCR/HDPE in films for use in environmentally-friendly overwrap. As the levels of PCR/HDPE goes up, the film properties go down to unacceptable levels and a modifier must be used to upgrade the base resin. But, some interesting work by our technical people show that an EXACT Polymer can get the end-user a performance product that can legitimately be labeled as containing up to 50% PCR. We have also begun to investigate the use of EXACT Polymers as a sealant in coextrusion coatings for paper, OPP, and PET. Here customers can take advantage of its low seal initiation temperature and hot tack. Of course, EXACT Polymers can be used in almost any film application as a toughening blend component. Here grades of EXACT Polymers that are in the plastomer region, which we define as having .865 to .900 density, have found a number of opportunities.

On the next Exhibit [E-13] I have a summary of some specific applications where EXACT Polymers are being used in Electrical and Health Care applications. I'll talk about each briefly and show you how these polymers are causing people to re-think what's achievable.

In the Electrical or Wire and Cable markets EXACT Polymers provide flexibility and durability to jackets, semiconductors and insulation. Our tests show they provide excellent tree-retardancy even without tree-retardant additives, plus electrical properties comparable to EP rubber in filled compounds and comparable to cross linked polyethylene in neat formulations. They also have enhanced stress crack resistance.

277

SPO '93

In the Health Care area improved clarity, flexibility and elasticity versus parts made from conventional polyolefins is evident. EXACT Plastomers offer softness similar to EVAs and plasticized PVC. Because of environmental concerns over the disposability of PVC in applications such as IV bag tubing, molded face masks, inhalation hose and canisters, a number of projects are underway to replace plasticized PVC with EXACT Polymer. Here the higher prices of Exact Polymers may not be an issue because of relatively lower compound costs due to their very low densities. The value of EXACT Polymer systems make the end-use product costs comparable to systems using conventional polymers such as plasticized PVC.

The last market area I want to talk about is Polymer Modification. *[E-14]* Here there are dozens of commercial applications, and it's not an exaggeration to say hundreds more are under development. It is hard to cite specific numbers because over the history of polymers almost every new polymer has been put together with other polymers to create alloys, blends and composites to gain synergy. A lot of this type of work is going on now. EXACT Polymers have been found to be compatible with the entire family of polyolefins, olefinic elastomers and TPOs. In particular, EXACT polymers based on butene comonomer are more compatible with polypropylene than products with other comonomers. Since customer needs are very situation-specific and based on the currently used material, the process used to make the product and the end product itself, it is difficult to present data in this forum covering broad applications and needs.

Exhibit *[E-14]* shows a list of six general areas where plastics processors are already using EXACT Polymers for polymer modification. While I will not spend a lot of time on this area since you have just heard the previous speaker's paper on Impact Modification, I do want to highlight a few commercial applications. First, in the area of polypropylene we have seen EXACT Polymer used to impart strength to clarified,

Appendix E-000198

random copolymer polypropylene (RCP) while maintaining the excellent clarity for injection and blow molded containers.    Note also that these polymers are FDA compliant. In the area of polyethylene, EXACT Polymer is being used in place of an EP rubber to give a wider sealing range while maintaining toughness in a roofing membrane.    There are additional benefits due to the processors ability to use free flowing, non-dusted pellets, the absence of an organic metal stearate and the reduction of color problems caused by the reduction in intensive mixing. The next application is impact copolymer modification in which    EXACT Plastomers yield a significant improvement in the stress whitening performance of an injection molded automotive part and additional impact improvement. Finally, we see suppliers of concentrates and additives exploring Exact Polymer as a carrier resin.  Their goal is to use a very low extractable polymer that is compatible with PP and PE, that is able to accept high filler loadings, that will offer FDA compliance and retain the physical properties of the material into which it is incorporated.

In addition to the applications I have cited in the four major focus areas,  I see applications evolving in other more specialty areas. Some of the more interesting ones are shown next *[E-15]* along with some of the properties that make the EXACT Polymer an attractive material for them.

Our literature cites many other possible applications for these new polymers when produced at non-traditional molecular weights and densities.  Waxes and liquids are often noted, as are ethylene polymers with more exotic comonomers.  The beauty of the EXXPOL catalysts is their ability to tailor molecules thus opening the door to new applications beyond replacement of existing materials.  We will be able to deliver engineered plastic properties at costs closer to those of specialty polyolefins.

SPO '93

Appendix E-000199

In the beginning of this talk, I said these new metallocene single site catalyzed polymers were different. Mr. Michael Hammer, co-author of the book Reengineering the Corporation said "If you look at the history of innovation you'll see people always think about the new in terms of the old and they miss what's really important about it (the new)." In Joel Barkers book, Paradigms, The Business of Discovering the Future, he said, "Ah, plastics. So much promise. So much left to be fulfilled. The paradigm shift in these markets will impact almost every aspect of society." *[E-16]* We need a paradigm shift in our thinking to discover value-added applications; capitalizing on the unique attributes of these new polymers. I hope this talk has simulated you to look at EXACT Polymers as a different way to achieve value-added applications. Thank you for your kind attention.

280                                         SPO '93

EXHIBIT 1

"These polymers are really different"

281

SPO '9

# Exxon Chemical Introduces Metallocene Single-Site Catalyst Ethylene Polymers

* First to commercialize metallocene ethylene-based polymers

* High-pressure plant in Baton Rouge, Louisiana

* Start up June, 1991; capacity 15kt/yr

* Extensive range of products demonstrated:
  - Melt Index from 1 to 30+
  - Density from 0.865 to 0.935
  - More than 80 different products in first year
  - Propylene, Butene, Hexene copolymers and terpolymers

* Excellent comonomer incorporation

* Tailored, consistent, and uniform EXACT™ Polymers

EXHIBIT 2

282

SPO '93

Appendix E-000202

# Effect of Catalyst on MW and Comonomer Distributions



Single-site EXXPOL Catalyst
(Active catalyst site A)



Multi-site Ziegler Type Catalyst
(Active catalyst sites B,C,D)

EXHIBIT 3

283

SPO '93

Appendix E-000203

# Conventional PE vs. EXACT Ethylene Polymers



4-14% LMW (Wax)
Extractables
Blocking
Non-Sticky Pellets    1-4%
Die Build-up

Conventional
Liner PE
60-80% PURE

EXACT
Ethylene Polymers
96-99% PURE

16-26% HMW -(HDPE)   Haze
Melting Point
Higher SIT
Orientation    0%

EXHIBIT 4

284

SPO '93

Appendix E-000204

# EXACT Product Attributes

★ Absence of low MW, high comonomer content molecules
  - low extractables
  - non-sticky pellets
  - low film blocking
  - lower level of slip and anti-block additives

★ Absence of high MW, low comonomer content molecules
  - excellent clarity
  - controllable peak melting point
  - lower seal initiation temperatures

★ Excellent comonomer incorporation
  - low density, flexible without plasticizer
  - Improved toughness properties
  - excellent filler acceptance
  - excellent ESCR

★ High efficiency catalyst system
  - key to good economics
  - very stable
  - clean, low total ash
  - no acidic nature

285

SPO '93

EXHIBIT 5

Appendix E-000205

# Selected EXACT Polymer Attributes

★ Toughness

★ Low Extractables

★ Low Seal Initiation Temperature

★ Excellent Optics

★ Impact Enhancement

★ Low Permanent Set

EXHIBIT 6

286

SPO '93

Appendix E-000206



Selected Exact Polymer Attributes

EXHIBIT 7

SPO '93

Appendix E-000207

# More EXACT Polymer Attributes





EXHIBIT 8

288

SPO '93

Appendix E-000208

# More Exact Polymer Attributes



EXHIBIT 9

289

SPO '93

Appendix E-000209

# FDA Compliance

- Exact Ethylene Copolymers/Terpolymers regulated under FDA 21 CFR 177.1520 - "Olefin Polymers"
- At low MI, Exact Polymers reach the composition limitation before exceeding extractable limitation
- Exact Polymer (Butene Copolymers) are compliant down to 0.900 density (vs. 0.912 density for C8 polymers)
- Exact Polymers offer customers lower density FDA-compliant materials than traditional PEs
- Individual products evaluated and classified
- Specific customer applications may be regulated by other sections of FDA code

290

SPO '93

EXHIBIT 10

Appendix E-000210

# Polymers Market Development

Target market segments

★   Packaging

★   Health Care

★   Electrical - Wire & Cable

★   Polymer Modification

291

SPO '93

EXHIBIT 11

Appendix E-000211

# Exact Polymer Film Packaging Applications

* Laminations and Coextrusions
* Sealing Film
* Shrink Film
* Tough Film
* Low M.P. Film
* High OTR Film
* Coextrusion Coatings
* Elastic Film

* Meat and Poultry Bags
* Frozen Food Bags
* Processed Meat Wrap
* Snack Foods
* Condiments
* Coffee Bulk Packs
* Cereal Liners
* Batch Inclusion Bags

EXHIBIT 12

292

SPO '93

Appendix E-000212

# EXACT Polymer Application Areas

## Electrical Wire & Cable

* Insulation

* Semi-Con

* Jacketing

## Health Care

* Tubing (Halogen/Plasticizer Free)

* Bottles/Canisters

EXHIBIT 13

293

SPO '93

Appendix E-000213

# EXACT Polymer Application Areas

Polymer Modifiers

* PP Impact Improver

* LLDPE Impact Improver

* HDPE (PCR) Toughener

* ESCR Enhancer

* Effective Additive Carrier

* Tie Layer Resin

294

EXHIBIT 14

SPO '93

Appendix E-000214

# Specialty Applications for Exact Polymers

Foams → Low compression set and softness

Rotomolded Parts → Uniform wall thickness

Housewares → Impact and Clarity

Adhesives → Increased service temperatures

Automotive Parts → Toughness and recycleability

Asphalt Modification → Crack resistance

EXHIBIT 15

295

SPO '93

Appendix E-000215

EXHIBIT 16

"We need a paradigm shift in our thinking to discover value-added applications; capitalizing on the unique attributes of these new polymers."

296

SPO '93

Sheet _7_ of _8_

| | | | | |
|---|---|---|---|---|
| FORM PTO 1449 (modified) | | Atty. Docket No.<br>40121BL | Serial No.<br>08/834,050 | |
| LIST OF REFERENCES CITED BY APPLICANT | | Applicant: Pak-Wing Steve Chum et al. | | |
| | | Filing Date: 04/11/97 | Group<br>1505 | |

05/21/98

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| ʃᴡ | AA | 4,987,212 | 01/22/91 | Morterol et al. | | | |
| | AB | 5,001,206 | 03/19/91 | Bashir et al. | | | |
| | AC | 5,026,798 | 06/25/91 | Canich | | | |
| | AD | 5,028,663 | 07/02/91 | Chung | | | |
| | AE | 5,032,651 | 07/16/91 | McDaniel et al. | | | |
| | AF | 5,041,501 | 08/20/91 | Shirodkar | | | |
| | AG | 5,047,468 | 09/10/91 | Lee et al. | | | |
| | AH | 5,055,438 | 10/08/91 | Canich | | | |
| | AI | 5,077,255 | 12/31/91 | Welborn | | | |
| | AJ | 5,082,902 | 01/21/92 | Gurevitch et al. | | | |
| ʃᴡ | AK | 5,084,540 | 01/28/92 | Albizzati et al. | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| ʃᴡ | BA | JP 60-16880 | 01/25/94 | JP (English Abstract) | | | |
| | BB | WO 94/03538 | 02/17/94 | PCT (Peacock) | | | |
| | BC | EP 0 598 626 | 05/25/94 | EPO (Takahashi et al.) | | | |
| | BD | WO 94/17112 | 08/04/94 | PCT (Kolthammer et al.) | | | |
| ʃᴡ | BE | EP 0 662 989 | 07/19/95 | EPO (Garza et al.) | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | C A | |
| | C B | |
| | C C | |
| | C D | |
| | C E | |
| | C F | |

| EXAMINER        David Wu | DATE CONSIDERED    7-31-98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| FORM PTO 1449 (modified) | Atty. Docket No. 40121BL | Serial No. 08/834,050 |
|---|---|---|
| LIST OF REFERENCES CITED BY APPLICANT | Applicant: Pak-Wing Steve Chum et al. | |
| | Filing Date: 04/11/97 | Group 1505 |

## U.S. PATENT DOCUMENTS

| Examiner Initial | | Document Number | Date | Name | Class | Sub-class | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| w | AA | 5,091,228 | 02/25/92 | Fujii et al. | | | |
| | AB | 5,177,147 | 01/05/93 | Spenadel et al. | | | |
| | AC | 5,210,142 | 05/11/93 | Kale et al. | | | |
| | AD | 5,266,392 | 11/30/93 | Land et al. | | | |
| | AE | 5,272,016 | 12/21/93 | Ralph | | | |
| | AF | 5,530,065 | 06/25/96 | Farley et al. | | | |
| | AG | 5,350,807 | 09/27/94 | Pettijohn et al. | | | |
| | AH | 5,376,439 | 12/27/94 | Hodgson et al. | | | |
| | AI | 5,464,905 | 11/07/95 | Tsutsui et al. | | | |
| | AJ | 5,519,091 | 05/21/96 | Tsutsui et al. | | | |
| | AK | 5,656,696 | 08/12/97 | Yamamoto et al. | | | |
| w | AL | 5,663,236 | 09/02/97 | Takahashi et al. | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Translation |
|---|---|---|---|---|---|---|---|
| w | BA | EP 0 735 090 | 02/10/96 | EPO (Yamamoto et al.) | | | |
| | BB | | | | | | |
| | BC | | | | | | |
| | BD | | | | | | |
| | BE | | | | | | |

## OTHER REFERENCES *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | C A | |
| | C B | |
| | C C | |
| | C D | |
| | C E | |
| | C F | |

| EXAMINER David Wu | DATE CONSIDERED 7-31-98 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

• 1000 • 1000 • 1000 • 1000 • 1000 • 1000 • 1000 •     • 1000 • 1000 • 1000 • 1000 • 1000 •     1000 • 1000 • 1000 • 1000 • 1000 • 1000

This Declaration and Power of Attorney 1000 is in the ENGLI͞            ͞age and has the same meaning in other languages with the sam͞      number.

## SUPPLEMENTAL DECLARATION AND POWER OF ATTORNEY    USA/PCT

(a) My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b) I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is
sought on the invention entitled: **FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS**

and the specification of which:        is attached hereto (C- ).

(check one)        ☒        was filed on **October 18, 1995**        as (C- **40,121-AU**).

Application No. **08/544,497**

and was amended on    **February 2, 1996**

(c) I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any
amendment referred to above.

(d) I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to
patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or
which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this
application is not disclosed in the prior United States application.

(e) I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate
listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the
application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)                                    PRIORITY CLAIMED

| Number | Country | Day/Month/Year Filed | YES | NO |
|--------|---------|----------------------|-----|-----|

(f) I hereby Claim the benefit under Title 35, United States Code § 120 of any United States application(s) listed below:

| 07/776,130 | October 15, 1991 | Patented |
|------------|------------------|----------|
| 07/939,281 | September 2, 1992 | Patented |
| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark
Office connected therewith. Address all correspondence to: **THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541** and telephonic
communications to the following:

| (1) | Osborne K. McKinney | (TEL. (409)238-7889) | Reg. No. **P-40,084** |
|-----|---------------------|----------------------|----------------------|
| (2) | Stephen P. Krupp | | Reg. No. **34,366** |
| (3) | L. Wayne White | | Reg. No. **25,415** |
| (4) | Glenn E. Korfhage | | Reg. No. **27,204** |
| (5) | Stephen S. Grace | | Reg. No. **24,834** |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent
Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believ͞
to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or
imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or
any patent issued thereon.

Inventor(s):

At Freeport, Texas 77541, U.S.A                    At Freeport, Texas 77541, U.S.A.

this ___20___ day of __February__ 19 _96_        this __2nd__ day of __February__ 19 _96_

Signature _Pak-Wing Steve Chum_    1- ω        Signature _Ronald P. Markovich_    2- ω

Full Name: ✓ **Pak-Wing Steve Chum**                Full Name: **Ronald P. Markovich**

Residence: **126 Juniper Street**                    Residence: **18800 Egret Bay Boulevard, #1601**

City, State, Zip: **Lake Jackson, Texas 77566** _TX_        City, State, Zip: **Houston, Texas 77058** _TX_

Country: **United States of America**                Country: **United States of America**

Citizenship: **United States of America**            Citizenship: **United States of America**

P.O. Address: **Same as Residence**                P.O. Address: **Same as Residence**

At Freeport, Texas 77541, U.S.A.                    At Freeport, Texas 77541, U.S.A.

this ___15___ day of __February__ 19 _96_        this __22nd__ day of __February__ 19 _96_

Signature _George W. Knight_    3- ω            Signature _Shih-Yaw Lai_    4- ω

Full Name: **George W. Knight**                    Full Name: **Shih-Yaw Lai**

Residence: **1618 North Road**                    Residence: **4523 Bermuda Drive**

City, State, Zip: **Lake Jackson, Texas 77566** _TX_        City, State, Zip: **Sugar Land, Texas 77479** _TX_

Country: **United States of America**                Country: **United States of America**

Citizenship: **United States of America**            Citizenship: **United States of America**

P.O. Address: **Same as Residence**                P.O. Address: **Same as Residence**

( ) Additional names and signatures are attached.                        R-10/88

Appendix E-000219