

Appendix E-000220

FORM PTO 948 (REV. 01-97)     U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office     Application No. 834050

## NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filed (insert date) 4/11/97 are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. ____✓____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
Black ink. Color.
_____ Color drawing are not acceptable until petition is granted.
Fig.(s) _____
_____ Pencil and non black ink is not permitted. Fig(s) _____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
_____ Photographs are not acceptable until petition is granted.
_____ 3 full-tone sets are required. Fig(s) _____
_____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s) _____
_____ Poor quality (half-tone). Fig(s) _____

3. TYPE OF PAPER. 37 CFR 1.84(e)
_____ Paper not flexible, strong, white and durable.
Fig.(s) _____
_____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
_____ Mylar, vellum paper is not acceptable (too thin).
Fig(s) _____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
_____ 21.0 cm by 29.7 cm (DIN size A4)
_____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
_____ All drawings sheets not the same size.
Sheet(s) _____

5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: A4 Size
Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
SIZE: 8 1/2 x 11
✓ Margins not acceptable. Fig(s) /
_____ Top (T) _____ ✓ Left (L)
_____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
REMINDER: Specification may require revision to correspond to drawing changes.
_____ Views connected by projection lines or lead lines.
Fig.(s) _____
Partial views. 37 CFR 1.84(h)(2)
_____ Brackets needed to show figure as one entity.
Fig.(s) _____
_____ Views not labeled separately or properly.
Fig.(s) _____
_____ Enlarged view not labeled separately or properly.
Fig.(s) _____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
_____ Hatching not indicated for sectional portions of an object.
Fig.(s) _____
_____ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s) _____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
_____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s) _____
_____ Views not on the same plane on drawing sheet. Fig.(s) _____

9. SCALE. 37 CFR 1.84(k)
_____ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
Fig.(s) _____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
Fig.(s) /

11. SHADING. 37 CFR 1.84(m)
_____ Solid black areas pale. Fig.(s) _____
_____ Solid black shading not permitted. Fig.(s) _____
_____ Shade lines, pale, rough and blurred. Fig.(s) _____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
37 CFR 1.48(p)
_____ Numbers and reference characters not plain and legible.
Fig.(s) _____
_____ Figure legends are poor. Fig.(s) _____
_____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s) _____
_____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s) _____
_____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s) _____

13. LEAD LINES. 37 CFR 1.84(q)
_____ Lead lines cross each other. Fig.(s) _____
_____ Lead lines missing. Fig.(s) _____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
_____ Sheets not numbered consecutively, and in Ababic numerals beginning with number 1. Fig.(s) _____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
_____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s) _____

16. CORRECTIONS. 37 CFR 1.84(w)
_____ Corrections not made from PTO-948 dated _____

17. DESIGN DRAWINGS. 37 CFR 1.152
_____ Surface shading shown not appropriate. Fig.(s) _____
_____ Solid black shading not used for color contrast.
Fig.(s) _____

COMMENTS

REVIEWER _____ DATE 9/2/97 TELEPHONE NO. 308 3617

ATTACHMENT TO PAPER NO. _____

PTO COPY

Appendix E-000221

> **REMINDER**
>
> Drawing changes may also require changes in the specification, e.g., if Fig. I is changed to Fig. IA, Fig. IB, Fig. IC, etc., the specification, at the Brief Description of the Drawings, must likewise be changed. Please make such changes by 37 CFR 1.312 Amendment at the time of submitting drawing changes.

## INFORMATION ON HOW TO EFFECT DRAWING CHANGES

### 1. Correction of Informalities--37 CFR 1.85

File new drawings with the changes incorporated therein. The application number or the title of the invention, inventor's name, docket number (if any), and the name and telephone number of a person to call if the Office is unable to match the drawings to the proper application, should be placed on the back of each sheet of drawings in accordance with 37 CFR I .84(c). Applicant may delay filing of the new drawings until receipt of the Notice of Allowability (PTOL-37). Extensions of time may be obtained under the provisions of 37 CFR I .136. The drawing should be filed as a separate paper with a transmittal letter addressed to the Drawing Review Branch.

### 2. Timing of Corrections

Applicant is required to submit acceptable corrected drawings within the three-month shortened statutory period set in the Notice of Allowability (PTOL-37). If a correction is determined to be unacceptable by the Office, applicant must arrange to have acceptable correction resubmitted within the original three-month period to avoid the necessity of obtaining as extension of time and paying the extension fee. Therefore, applicant should file corrected drawings as soon as possible.

Failure to take corrective action within set (or extended) period will result in **ABANDONMENT** of the Application.

### 3. Corrections other than Informalities Noted by the Drawing Review Branch on the Form PTO 948

All changes to the drawings, other than informalities noted by the Drawing Review Branch, **MUST** be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| | | | | | |

| First Named Applicant | | | | | |
|---|---|---|---|---|---|

TITLE OF INVENTION

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| | | | | NO | | |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.

Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

*U.S. GPO: 1998-437-639/80023

Appendix E-000223

JUL-30-98  08:40  From:DOW CHEMIC·                   409-236-0C·        T-617  P.02/03  Job-652

JUL 29 1998

# PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Pak-Wing Steve Chum, et al.

Serial No.:      08/834,050
Filed:           April 11, 1997
Attorney Docket No.:      40121BL

Art Unit:     1703
Examiner:     D. Wu

For:     ETHYLENE POLYMER FILM MADE FROM ETHYLENE
         POLYMER BLENDS

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## FACSIMILE TRANSMITTAL LETTER

Submitted herein is a Supplemental Declaration as to the above-identified patent application signed by all named inventors.  Applicants respectfully request that this Supplemental Declaration be made of record in the above-identified patent application.

Respectfully submitted,

By _____
Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: July 30, 1998
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

Appendix E-000224

JUL-30-98  08:41   From:DOW CHEMI                    409-238-CC          T-617  P.03/03  Job-652

This Assignment patent is in the ENGLISH language and has the same meaning in other languages although the same terminology and it has...

This Assignment leaf it in the ENGLISH language and has the same meaning in other languages with the same font number and 84248

## SUPPLEMENTAL DECLARATION AND POWER OF ATTORNEY

USA/PCT

As a below named inventor, I hereby declare that:

(a) My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b) I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: ETHYLENE POLYMER FILM MADE FROM ETHYLENE POLYMER BLENDS
and the specification of which:         is attached hereto _____
       (check one)      X      was filed on April 11, 1997           as (C-40121BL).
                               Application No. 08/834,050
                               and was amended on December 11, 1997.

(c) I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

(d) I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.

(e) I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)                                    PRIORITY CLAIMED

                                                                    YES      NO

| Number | Country | Day/Month/Year Filed | | |
|--------|---------|---------------------|---|---|
| | | | | |

(f) I hereby claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |
|------------------------|-------------|----------------------------------------|
| 07/776,130 | October 15, 1991 | Patented |
| 08/054,379 | April 28, 1993 | Abandoned |
| 08/378,998 | January 27, 1995 | Abandoned |
| 08/544,497 | October 18, 1995 | Patented |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to:   The Dow Chemical Company, Patent Department, B-1211, 2301 Brazosport Boulevard, Freeport, Texas  77541 and telephonic communications to the following:

| | | |
|---|---|---|
| (1) Osborne K. McKinney | (TEL. 409-238-7889) | Reg. No. 40,084 |
| (2) L. Wayne White | | Reg. No. 25,415 |
| (3) Stephen F. Krupp | | Reg. No. 34,366 |
| (4) Noreen D. Warrick | | Reg. No. 34,573 |
| (5) Glenn H. Korfhage | | Reg. No. 27,204 |
| (6) Stephen S. Grace | | Reg. No. 24,834 |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

At: Freeport, Texas 77541 U.S.A.
this 17 day of June 19 98

Signature: _____
Full Name:    Pak-Wing Steve Chum
Residence     126 Juniper
              Lake Jackson, Texas 77566
Country:      United States of America
Citizenship:  United States of America
P. O. Address: Same as Residence

At: Freeport, Texas 77541 U.S.A.
this 8 day of June 19 98

Signature: _____
Full Name:    Ronald P. Markovich
Residence     13800 Egret Boulevard Number 11
              Friendswood, Texas 77546
Country:      United States of America
Citizenship:  United States of America
P. O. Address: Same as Residence

At: Edmond, OK 73034 USA
this 26 day of May 19 98

Signature: _____
Full Name:    George W. Knight
Residence     4100 Cedar Creek Drive
              Edmond, Oklahoma 73034
Country:      United States of America
Citizenship:  United States of America
P. O. Address: Same as Residence

At: Singapore, Singapore 309239
this 2nd day of June 19 98

Signature: _____
Full Name:    Shih-Yaw Lai
Residence     36 Gentle Drive
              Singapore 309239
Country:      Singapore
Citizenship:  United States of America
P. O. Address: Same as Residence

*Notice of References Cited*

| | Application No. 08/544,497 | Applicant(s) Chum et al. | | |
|---|---|---|---|---|
| | Examiner 47    David Wu | Group Art Unit 1505 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,408,004 | 04-95 | Lai et al. | 525 | 240 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

\* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Notice of References Cited

Part of Paper No.    8



UNITED STATE_ DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/834.050 | 04/11/97 | CHUM | P | 40121BL |

| EXAMINER |
|---|
| WU.D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1713 | 9 |

OSBORNE K MCKINNEY
2301 BRAZOSPORT BLVD B1211
FREEPORT TX 77541

IM31/0805

DATE MAILED:
08/05/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Notice of Allowability* | Application No. 08/834,050 | Applicant(s) Chem et al. | |
|---|---|---|---|
| | Examiner David Wu | Group Art Unit 1713 | |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to _May 21, 1998_ .

[X] The allowed claim(s) is/are _9, 10, 12-14, and 24-31_

[ ] The drawings filed on _____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All [ ] Some* [ ] None   of the CERTIFIED copies of the priority documents have been

        [ ] received.

        [ ] received in Application No. (Series Code/Serial Number) _____ .

        [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[X] Applicant MUST submit NEW FORMAL DRAWINGS

    [ ] because the originally filed drawings were declared by applicant to be informal.

    [X] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____

    [ ] including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia** such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    [ ] Notice of References Cited, PTO-892

    [X] Information Disclosure Statement(s), PTO-1449, Paper No(s). _3 & 7_

    [X] Notice of Draftsperson's Patent Drawing Review, PTO-948

    [ ] Notice of Informal Patent Application, PTO-152

    [ ] Interview Summary, PTO-413

    [ ] Examiner's Amendment/Comment

    [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

    [ ] Examiner's Statement of Reasons for Allowance

DAVID WU
PRIMARY EXAMINER
ART UNIT 1713

Appendix E-000228

Serial Number: 08/834,050                          Page 2

Art Unit: 1713

1.   An examiner's amendment to the record appears below.  Should
the changes and/or additions be unacceptable to applicant, an
amendment may be filed as provided by 37 CFR 1.312.  To ensure
consideration of such an amendment, it MUST be submitted no later
than the payment of the issue fee.

2.   The application has been amended as follows:
     Cancel claims 15-16.

3.   The following is an examiner's statement of reasons for
allowance:
     Claims 9-10, 12-14, and 24-31 are allowed because no prior
art which anticipates or suggests fairly the instant claims has
been located as of the date of this action.
     Lai reference (U.S. Patent No. 5,408,004) which was thought
to be the closest prior art discloses polyolefin blends
comprising at least 10 percent, preferably at least 30 percent of
at least one linear or substantially linear homogeneously
branched polyethylene, such as one of a Tafmer TM, Exact TM or
Insite TM (defined in column 3, lines 43-56), and the remainder
of the blend comprises one or more heterogeneously branched
polyethylene (defined in column 3, lines 3-14).  In working
examples 1-2, the polymer blend sample E-1 is prepared from a
50/50 of CGC resin (Sample C-1) and HDPE resin (Sample C-2),

Serial Number: 08/834,050                          Page 3

Art Unit: 1713

sample E-2 is also prepared from a 50/50 of CGC resin (Sample C-6) and HDPE resin (Sample C-7). Although Lai fails to disclose the property such as the slope of strain hardening coefficient of the substantially linear homogeneously branched polyethylene, in view of the same type of the polymer and made by the same technology taught by Lai reference and the instant disclosure, the Examiner has a reasonable basis to believe that Lai's substantially linear homogeneously branched polyethylene possesses substantially the same value of the slope of strain hardening coefficient. However, in view of Paper No. 7, the present application is entitled to the benefit of the filing date of its parent application 08/054,379, i.e., April 28, 1993, the Lai patent (U.S. 5,408,004, filed on August 17, 1993) is no longer a proper reference against the present invention.

Hodgson et al. (U.S. Patent No. 5,376,439) discloses a film comprising a mixture of (a) about 30 to 90% by weight of a copolymer of ethylene and a $C_4$ to $C_{20}$ α-olefin comonomer having a single melting point, a density of from about 0.88 $g/cm^3$ to about 0.91 $g/cm^3$, a melt index of 0.5 to 7.5 dg/min., a molecular weight distribution less than 3.0 and a CBDI greater than 70%; and (b) a low density ethylene polymer having a density in the range of from about 0.91 to about 0.935 $g/cm^3$. See patented claims. Hodgson actually discloses blending with high pressure, highly branched ethylene polymers and does not disclose claimed

Serial Number: 08/834,050                                    Page 4

Art Unit: 1713

component (B), i.e., at least one heterogeneously branched linear

ethylene polymer having a density of about 0.93 to about 0.965

g/cm$^3$.  It would not have been obvious to one of ordinary skill

in the art to modify the Hodgson reference to arrive at the

instant claims because Hodgson fails to suggest or teach to do

so.

    The double patenting rejection over U.S. Patent No.

5,677,383 has been removed because claims 9-10, 12-16, and 24-31

and claims 17-23 are patentably distinct as shown in the

restriction requirement and election made during the prosecution

of 08/054,379.  Further, claims 17-23 has been deleted.

    Therefore, claims 9-10, 12-14, and 24-31 are allowable over

Hodgson.

    Any comments considered necessary by applicant must be

submitted no later than the payment of the issue fee and, to

avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


4.    Any inquiry concerning this communication or earlier

communications from the examiner should be directed to David Wu

whose telephone number is (703) 308-2450.

                                        David Wu
                                    DAVID W. WU
                                  PRIMARY EXAMINER
                                    GROUP 1500

DWW
July 31, 1998

AUG-13-98  10:13  From:DOW CHEMIC    409-238-0877    T-694  P.02/03  Job-846

FAX RECEIVED

AUG 1 ? 1998

GROUP 1700

## Official

## PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| Applicants: | Pak-Wing Steve Chum, et al. | | | |
| Serial No.: | 08/834,050 | Art Unit: | 1713 |
| Filed: | April 11, 1997 | Examiner: | D. Wu |
| Batch No.: | H49 | | |
| Attorney Docket No.: | 40121BL | | |

For:    ETHYLENE POLYMER FILM MADE FROM ETHYLENE
POLYMER BLENDS (AS AMENDED)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### AMENDMENT UNDER 37 CFR § 1.312(a)

Pursuant to 37 CFR § 1.312(a), Applicants respectfully request amendment of the above-identified application as presented below.

### In the Claims

Please add the following new claims:

14
32.    The film of claim 9 wherein the heterogeneously branched linear ethylene polymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ α-olefin.

15
33.    The film of claim 32 wherein the heterogeneously branched linear ethylene polymer is a copolymer of ethylene and a $C_3$-$C_{20}$ α-olefin.

16
34.    The film of claim 33 wherein the heterogeneously branched linear ethylene polymer is a copolymer of ethylene and 1-octene. --

35

Appendix E-000232

08/834,050

## REMARKS

New Claims 32, 33 and 34 restore the subject matter of original Claims 11, 15 and 16 and thereby correct an inadvertent error in the deletion of Claim 11. Claim 11 was inadvertently and unnecessarily deleted by Applicants in Response A, mailed May 19, 1998. By Examiner's Amendment, the Examiner deleted Claims 15 and 16 as being dependent on deleted Claim 11.

New Claims 32, 33 and 34 are supported by original Claims 11, 15 and 16, respectively. The term "linear" is supported in the original specification at page 13, lines 2-6. Because these new dependent claims are supported by original claims, Applicants believe no new matter is added and no further examination is required. As such, Applicants respectfully request approval and entry of new dependent Claims 32, 33 and 34 and a transmittal notice indicating the same.

Respectfully submitted,

By _____

Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated:  August 13, 1998
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

40121BL                              -2-



AUG-13-98  10:13  From:DOW CHEMICAL          409-238-0′ ′′          T-694  P.01/03  Job-846

08/834,050

# Official

## COVER SHEET FOR FACSIMILE TRANSMISSION
### FROM THE DOW CHEMICAL COMPANY
### FREEPORT, TEXAS 77541

FAX RECEIVED

AUG 1 3 1998

GROUP 1700

TO:    **Examiner Wu**
       Fax: 703-306-3429

DATE OF TRANSMISSION:    August 13, 1998

DOW DOCKET NUMBER:    40121BL

APPLICATION SERIAL NUMBER:    **08/834,050**

GROUP ART UNIT:    1713

NUMBER OF PAGES OF TRANSMISSION INCLUDING THIS COVER SHEET:  3

NAME OF CONTACT PERSON:    Osborne K. McKinney

TELEPHONE NUMBER FOR CONTACT:    (409) 238-7883

Appendix E-000234



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/834,050 | 04/11/97 | CHUM | P | 40121BL |

IM11/0908

OSBORNE K MCKINNEY
2301 BRAZOSPORT BLVD B1211
FREEPORT TX 77541

| EXAMINER |
|---|
| WU,D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1713 | l( |

DATE MAILED:    09/08/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
U.S. GPO: 1998-437-638/80022

1- File Copy

| **Response to Rule 312 Communication** | Application No. 08/834,050 | Applicant(s) CHUM et al. | |
|---|---|---|---|
| | Examiner WU | Group Art Unit 1713 | |

☐ The petition filed on _____ under 37 CFR 1.312(b) is granted.  The paper has been forwarded to the examiner for consideration on the merits.

☒ The amendment filed on ___*Aug 13, 1998*___ under 37 CFR 1.312 has been considered, and has been:

  ☒ entered.

  ☐ entered as directed to matters of form not affecting the scope of the invention (Order 3311).

  ☐ disapproved.  See explanation below.

  ☐ entered in part.  See explanation below.

Jeffrey Smith
Supervisory Patent Examiner
Technology Center 1700

Patent and Trademark Office
PTO-271 (Rev. 5-95)                    Response to Rule 312 Communication              Part of Paper No. ___11___

ANNEX 5



MAILED TO MIDLAND

UNITED ... DEPARTMENT OF COMMERCE
Patent & Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|

01/27/95     CHUM

EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| | // |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☒ Responsive to communication filed on 1-27-95   ☒ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), __0__ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

### Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

### Part II   SUMMARY OF ACTION

1. ☒ Claims _1-8 and 17-23_ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.
2. ☒ Claims _9-16 and 24-30_ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☒ Claims _1-8 and 17-23 remain_ are rejected.
5. ☐ Claims _____ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

EXAMINER'S ACTION

Serial Number: 08/378,998                                    -2-

Art Unit: 1505

        The following is a quotation of the appropriate
paragraphs of 35 U.S.C. § 102 that form the basis for the
rejections under this section made in this Office action:

        A person shall be entitled to a patent unless --
        (b) the invention was patented or described in a printed
        publication in this or a foreign country or in public use or
        on sale in this country, more than one year prior to the
        date of application for patent in the United States.


16.     The following is a quotation of 35 U.S.C. § 103 which
forms the basis for all obviousness rejections set forth in this
Office action:

        A patent may not be obtained though the invention is not
        identically disclosed or described as set forth in section
        102 of this title, if the differences between the subject
        matter sought to be patented and the prior art are such that
        the subject matter as a whole would have been obvious at the
        time the invention was made to a person having ordinary
        skill in the art to which said subject matter pertains.
        Patentability shall not be negatived by the manner in which
        the invention was made.

        Subject matter developed by another person, which qualifies
        as prior art only under subsection (f) or (g) of section 102
        of this title, shall not preclude patentability under this
        section where the subject matter and the claimed invention
        were, at the time the invention was made, owned by the same
        person or subject to an obligation of assignment to the same
        person.


17.     Claims 1-8, and 17-23 are rejected under 35 U.S.C.
§ 102(b) as anticipated by or, in the alternative, under 35
U.S.C. § 103 as obvious over WO '414.

Serial Number: 08/378,998                                    -3-

Art Unit: 1505

18.      In examples 1 and 2, and Table 1, WO '414 discloses
polymer blends B1 and B2 made by ethylene polymers '006, and '013
wherein the MWD, melt index, and density fall into the same
ranges as claimed.  Although WO '414 fails to show the value of
the slope of strain hardening coefficient of polymer '013, in
view of other substantially similar physical properties, the
examiner has a reasonable basis to believe that it inherently
possesses said slope of strain hardening coefficient, and the
polymer blends of WO '414 are not necessarily different from the
claimed polymer blends.  Since the examiner does not have proper
equipment to carry out the analytical tests, the burden is on the
applicants to prove the claimed polymer blends are necessarily
different from those of WO '414 and unobvious thereof.  *In re
Fitzgerald et al.* 205 USPQ 594 (CCPA 1980).

19.      Even if the properties of the polymer composition of
the instant claims and the prior art examples are not the same,
it would still have been obvious to one of ordinary skill in the
art to make polymers having the claimed properties because it
appears that the reference generically embrace the claimed
polymer blends and the person of ordinary skill in the art would
have expected all embodiments of the reference to work.  See
pages 6-7 of reference.  Applicants have not demonstrated that
the differences, if any, between the claimed product and the

Appendix E-000239

Serial Number: 08/378,998                                    -4-

Art Unit: 1505

products of the prior art examples give rise to unexpected results.

20.    Applicant's arguments filed on May 18, 1994 have been fully considered but they are not deemed to be persuasive.

21.    Applicants argue that part (A) of claimed polymer blends is a substantially linear ethylene/alpha-olefin interpolymer which is not a linear polymer but has "long chain branching", and part (B) is a heterogeneously branched ethylene polymer wherein less than 10 wt.% of a polymer fraction having SHC > about 1.3.  However, the physical properties of '006 and '013 of WO '414 such as density, MWD, melt index are substantially similar to those set forth in the claims. Moreover, Applicants are reminded that the claims --not specification or examples-- define what Applicants regard as their invention.  Here, the term "long chain branching" which applicants alleged as novelty of part (A) has never been set forth in the claims.  Applicants also alleged that in Table 3, example 1 and 2 both have significantly higher dart impact and toughness than those of comparative example 3.  However, none of the comparative experiments (including comparative example 3) are truly representative of the closest disclosure of WO '414.

Appendix E-000240

Serial Number: 08/378,998                                    -5-

Art Unit: 1505

     The Chum(g) Declaration filed on May 18, 1994 has been considered but not deemed to be persuasive since there is no any comparative tests to show the unexpected results of the claimed polymer blends, mere conclusory statements are not entitled to probative weight. Since applicants have not met their burden to provide objective evidence demonstrating the claimed polymer blends are in fact differ from those of WO '414, the 102(b)/103 rejection is still deemed to be proper.

22.    This is a Continuation of applicant's earlier application S.N. 08/054,379. All claims are drawn to the same invention claimed in the earlier application and could have been finally rejected on the grounds or art of record in the next Office action if they had been entered in the earlier application. Accordingly, **THIS ACTION IS MADE FINAL** even though it is a first action in this case. See M.P.E.P. § 706.07(b). Applicant is reminded of the extension of time policy as set forth in 37 C.F.R. § 1.136(a).

    A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS ACTION. IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE MAILING DATE OF THE ADVISORY ACTION. IN NO EVENT WILL THE

-6-

Serial Number: 08/378,998

Art Unit: 1505

STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM THE DATE OF THIS FINAL ACTION.

23.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to David Wu whose telephone number is (703) 308-2450. The examiner can normally be reached on weekdays from 8:00 am to 4:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Mr. Joseph Schofer, can be reached on (703) 308-2452.  The fax phone number for this Group is (703) 305-5432.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-2351.

David Wu
April 14, 1995

PTO FORM 948
(REV. 7-92)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER

APPLICATION NUMBER
O ( 4 3 7 9

GROUP

05/21/98    1C588 U.S. PTO

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT
EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.

The drawings filed _____ 4/28/93 _____

A. ☐ are approved by the draftsperson.

B. ☒ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below. The examiner will require
submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the
instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)

☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)
Acceptable Paper Sizes and Margins

| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
|--------|--------|--------|--------|
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

☒ Proper Size Paper Required.
All Sheets Must be Same Size.
Sheet(s) _____

☐ Proper Margins Required.
Sheet(s) _____
☐ TOP        ☐ RIGHT
☐ LEFT       ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

☒ Lines Pale or Rough and Blurred.
Fig(s)_____

☐ Solid Black Shading Not Allowed.
Fig(s)_____

4. ☐ Photographs Not Approved.
_____

☐ Comments:

5. Hatching and Shading. 37 CFR 1.84(d)

☐ Shade Lines are Required.
Fig(s) _____

☐ Criss-Cross Hatching Not Allowed.
Fig(s) _____

☐ Double Line Hatching Not Allowed.
Fig(s) _____

☐ Parts in Section Must be Hatched.
Fig(s) _____

6. Reference Characters. 37 CFR 1.84(f)

☐ Reference Characters Poor or Incorrectly Sized.
Fig(s) _____

☐ Reference Characters Placed Incorrectly.
Fig(s) _____

7. Views. 37 CFR 1.84(i) & (j)

☐ Figures Must be Numbered Properly.

☐ Figures Must Not be Connected.
Fig(s) _____

8. ☐ Identification of Drawings. 37 CFR 1.84(1)
Extraneous Matter or Copy Machine
Marks Not Allowed. Fig(s) _____

9. ☐ Changes Not Completed from Prior
PTO-948 dated _____

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

_____        _____8/28/93_____
Reviewing Draftsperson              Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

Applicant's Copy

ANNEX 6



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum et al.

Serial No.:  08/378,998          Group Art Unit:  1505

Filed:  January 27, 1995          Examiner:  David Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS


Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

<u>EXTENSION OF TIME</u>

   Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire July 18, 1995 in
this application be extended for a period of three (3) month(s),
the extended period then expiring on October 18, 1995.  This is a
first request for an extension of time.

   Please charge $870 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                                   Respectfully submitted,

                                   By _____
                                   Osborne K. McKinney
                                   Registration No. P-40,084
                                   Phone: (409) 238-7889

Freeport, Texas 77541

OKM/mfg
C-40,121-AB

# ANNEX 7



40,121-AB

Received in the U.S. Patent and Trademark Office:
3 Mo. Ext. of Time plus 2 copies
Added Claims Fee Sheet plus 2 copies
Response After Final Rejection
Declaration of Ronald P. Markovich

RECEIVED
OCT 17 1995

Applicant:   Pak-Wing Steve Chum
Serial No.:  08/378,998
Filed:       January 27, 1995
Title:       FABRICATED ARTICLES MADE FROM
             ETHYLENE POLYMER BLENDS

OKM/mfg

ANNEX 8



SEP 2 1993
alb

**UNITED STATES DEP.....MENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

-103X
(- 7-93)
FILING RECEIPT

05/21/98

| ..ICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 68/054,379 | 04/28/93 | 1503 | $1,134.00 | C40121G | 2 | 30 | 4 |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541



Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)     PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CIP OF  07/776,130 10/15/91

FOREIGN FILING LICENSE GRANTED 08/26/93
TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 528

*MAILED TO MIDLAND*

08/054379

C- 40,121-G    *Continuation-in-Part*

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Fee Sheet plus 2 copies

Title: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

Applicant: Pak-Wing Steve Chum et al.
Pages of Spec:
Number of Claims: 30
Sheets of Drawings: 2
Declaration attached. Yes
Fee:  $1,004.00  charged to our Deposit Account.

LWW/mfg    *MAILED TO MIDLAND*

(see reverse)

① KC                    19m1                    #12

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Batch No. E48

PTOL-85 Date: 05/26/98

In re Application of: **REX H. STEVENS**

Filed: **April 14, 1997**

Examiner: **L. Din**

Serial No. **08/834,615**

Art Unit: **1911**

For: **VIDEO EFFECTS USING A VIDEO RECORD/PLAYBACK DEVISE**

Assistant Commissioner for Patents
Washington, D.C. 20231

11

AUG 2 1 1998

Publishing Division

## SUBMISSION OF FORMAL DRAWINGS

Dear Sir:

Enclosed herewith are the required formal drawings (2 sheets) for this application.

Respectfully submitted,

REX H. STEVENS

By _Francis I. Gray_
Francis I. Gray
Reg. No. 27,788
Attorney for Applicant(s)

TEKTRONIX, INC.
P.O. Box 500 (50-LAW)
Beaverton, OR  97077
(503) 627-7261
5925 US 1

I hereby certify that this correspondence is
being deposited with the United States Postal
Service as first class mail in an envelope
addressed to: Commissioner of Patents and
Trademarks, Washington, D.C. 20231, on _____

8-18-98  _Bradley_

834050

PTO PTO 94 (REV.01-07)    U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office    Application No. _____

# NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

AUG 17 1996

The drawing filed (insert date) 4/11/97 are:

A. _____ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.

B. __X__ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   _____ Fig.(s)_____
   _____ Pencil and non black ink is not permitted. Fig.(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)_____
   _____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s)_____
   _____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable. Fig.(s)_____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin) Fig(s)_____
   _____ Mylar, vellum paper is not acceptable (too thin). Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   _____ Sheet(s)_____

5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   _____ Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   __X__ Margins not acceptable. Fig(s) /
   _____ Top (T)    _____ Left (L)
   _____ Right (R)    _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   _____ Fig.(s)_____
   _____ Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   _____ Fig.(s)_____
   _____ Views not labeled separately or properly.
   _____ Fig.(s)_____
   _____ Enlarged view not labeled separately or properly.
   _____ Fig.(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   _____ Fig.(s)_____
   _____ Sectional designation should be noted with Arabic or Roman number. Fig.(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)_____
   _____ Views not on the same plane on drawing sheet. Fig.(s)_____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   _____ Fig.(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
   __X__ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
   _____ Fig.(s)_____

11. SHADING. 37 CFR 1.84(m)
   _____ Solid black areas pale. Fig.(s)_____
   _____ Solid black shading not permitted. Fig.(s)_____
   _____ Shade lines, pale, rough and blurred. Fig.(s)_____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
   _____ Numbers and reference characters not plain and legible.
   _____ Fig.(s)_____
   _____ Figure legends are poor. Fig.(s)_____
   _____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
   _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
   _____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
   _____ Lead lines cross each other. Fig.(s)_____
   _____ Lead lines missing. Fig.(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
   _____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig.(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
   _____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
   _____ Corrections not made from PTO-948 dated _____

17. DESIGN DRAWINGS. 37 CFR 1.152
   _____ Surface shading shown not appropriate. Fig.(s)_____
   _____ Solid black shading not used for color contrast.
   _____ Fig.(s)_____

COMMENTS

REVIEWER _____ DATE 9/2/97 TELEPHONE NO. 308 3617

ATTACHMENT TO PAPER NO. _____ 9

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant (s):  Pak-Wing S. Chum, et al.

Serial No.:  08/834,050                     Group Art Unit:  1713

Filed:  April 11, 1997                      Examiner:  Wu, D.

For:  ETHYLENE POLYMER FILM MADE FROM ETHYLENE POLYMER
BLENDS (AS AMENDED)

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
FIRST CLASS MAIL WITH SUFFICIENT POSTAGE IN AN ENVELOPE
ADDRESSED TO:  ASSISTANT COMMISSIONER FOR PATENTS,
WASHINGTON, DC 20231, ON:

August 12, 1998
DATE OF DEPOSIT

MaryAnn Navarrette
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

_MaryAnn Navarrette_
SIGNATURE OF PERSON SIGNING CERTIFICATE

8-12-98
DATE OF SIGNATURE

Assistant Commissioner for Patents
Washington, D.C.  20231

Attn:  Official Draftsperson

Sir:

TRANSMITTAL OF FORMAL DRAWING(S)

Responsive to the Office Action dated August 5, 1998, and in response

to the draftsperson's review in Paper No. 9, dated September 2, 1997, enclosed find

the drawing(s) required for the understanding of the subject matter of the invention in

compliance with 35 USC §113.

Respectfully submitted,

Osborne K. McKinney
Registration No.  40,084
Date:  8 - 12 - 98                          Phone:  (409) 238-7889
2301 Brazosport Blvd. B-1211
Freeport, Texas  77541

OKM/man

40121BL                          -1-



FIGURE 1

SLOPE OF STRAIN-HARDENING COEFFICIENT (S.H.C.) VS. DENSITY

5847053



Figure 2



Analytical Temperature Rising Elution Fractionation (ATREF)
Comparison of SCBD





FIG.1



AUG 17 1998

40121BL
08/834,050
1713
Osborne K. McKinney
(409) 238-7889
Sheet 1 of 2

——— Dowlex® 2045

·········· Homogeneously Branched
Substantially Linear
Polymer

FIG.2

Temperature (°C)



40121BL
08/834,050
1713
Osborne K. McKinney
(409) 238-7889
Sheet 2 of 2

PART B—ISSUE FEE TRANSMITTAL

Complete and mail this form, together with applicable    , to:      **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

IM3630805
RECEIVED
Publishing Division
SEP 2 5 1998

16

Stephen S. Grace
The Dow Chemical Company
P.O. Box 1967
Midland, Michigan 48641-1967

Deborah Crosby DuLude          (Depositor's name)

Deborah Crosby DuLude          (Signature)

September 21, 1998          (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/834,050 | 04/11/97 | 013 | WU. D | 1713 | 08/05/98 |

First Named Applicant     **CHUM.**     PAK-WING STEVE

TITLE OF INVENTION     ETHYLENE POLYMER FILM MADE FROM ETHYLENE POLYMER BLENDS (AS AMENDED)

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 40121BL | 525-240.000 | H49 | UTILITY | NO | $1320.00 | 11/05/98 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
**PLEASE NOTE:** Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitue for filing an assignment.
(A) NAME OF ASSIGNEE     The Dow Chemical Company

(B) RESIDENCE: (CITY & STATE OR COUNTRY)     Midland, MIchigan U.S.A.

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual     ☒ corporation or other private group entity     ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER  04-1512
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____     (Date)  Reg # 40,084     8-12-98

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

10/05/1998 CASHBY     00000228 041512     08834050

01 FC:142     1320.00 CH

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033          Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Appendix E-000258



PTO UTILITY GRANT

Paper Number

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Commissioner of Patents and Trademarks*

*Attest*

The
United
States
of
America

Form PTO-1584 (Rev. 2/97)



US005847053A

# United States Patent [19]

## Chum et al.

[11] Patent Number: 5,847,053

[45] Date of Patent: Dec. 8, 1998

[54] ETHYLENE POLYMER FILM MADE FROM ETHYLENE POLYMER BLENDS

[75] Inventors: Pak-Wing Steve Chum, Lake Jackson; Ronald P. Markovich, Houston; George W. Knight, Lake Jackson; Shih-Yaw Lai, Sugar Land, all of Tex.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 834,050

[22] Filed: Apr. 11, 1997

### Related U.S. Application Data

[63] Continuation of Ser. No. 544,497, Oct. 18, 1995, Pat. No. 5,677,383, which is a continuation of Ser. No. 378,998, Jan. 27, 1995, abandoned, which is a continuation of Ser. No. 54,379, Apr. 28, 1993, abandoned, which is a continuation-in-part of Ser. No. 776,130, Oct. 15, 1991, Pat. No. 5,272, 236.

[51] Int. Cl.[6] ............................................. C08L 23/08

[52] U.S. Cl. ............................................... 525/240

[58] Field of Search ..................................... 525/240

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,983,704 | 5/1961 | Roedel . |
| 3,179,720 | 4/1965 | Hillmer . |
| 3,231,636 | 1/1966 | Synder et al. . |
| 3,340,328 | 9/1967 | Brindell et al. . |
| 3,491,073 | 1/1970 | Maninak . |
| 3,645,992 | 2/1972 | Elston . |
| 3,914,342 | 10/1975 | Mitchell . |
| 3,998,914 | 12/1976 | Lillis et al. . |
| 4,205,021 | 5/1980 | Morita et al. . |
| 4,230,831 | 10/1980 | Sakurai et al. . |
| 4,263,422 | 4/1981 | Lowery, Jr. et al. . |
| 4,320,088 | 3/1982 | Nicco . |
| 4,330,639 | 5/1982 | Matsuura et al. . |
| 4,346,834 | 8/1982 | Mazumdar . |
| 4,374,227 | 2/1983 | Michie, Jr. . |
| 4,405,774 | 9/1983 | Miwa et al. . |
| 4,429,079 | 1/1984 | Shibata et al. . |
| 4,438,238 | 3/1984 | Fukushima et al. . |
| 4,461,873 | 7/1984 | Bailey et al. . |
| 4,469,752 | 9/1984 | Yoshimura et al. . |
| 4,510,303 | 4/1985 | Oda et al. . |
| 4,530,914 | 7/1985 | Ewen et al. . |
| 4,542,199 | 9/1985 | Kaminsky et al. . |
| 4,659,685 | 4/1987 | Coleman, III et al. . |
| 4,668,752 | 5/1987 | Tominari et al. . |
| 4,701,432 | 10/1987 | Welborn, Jr. . |
| 4,752,597 | 6/1988 | Turner . |
| 4,770,912 | 9/1988 | Furrer et al. . |
| 4,786,688 | 11/1988 | Thiersault et al. . |
| 4,789,714 | 12/1988 | Cozewith et al. . |
| 4,801,652 | 1/1989 | Mizutani et al. . |
| 4,804,714 | 2/1989 | Olivo . |
| 4,828,906 | 5/1989 | Nishimura et al. . |
| 4,837,262 | 6/1989 | Jeon et al. . |
| 4,935,474 | 6/1990 | Ewen et al. . |
| 4,937,299 | 6/1990 | Ewen et al. . |
| 4,939,217 | 7/1990 | Stricklen . |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008315 | 7/1990 | Canada . |
| 0 374 695 | 6/1990 | European Pat. Off. . |
| 0 416 815 | 3/1991 | European Pat. Off. . |
| 0416815A2 | 3/1991 | European Pat. Off. . |
| 0 436 328 | 7/1991 | European Pat. Off. . |
| 0 447 035 | 9/1991 | European Pat. Off. . |
| 0 503 791 | 9/1992 | European Pat. Off. . |
| 0 572 034 | 12/1993 | European Pat. Off. . |
| 0 598 626 | 5/1994 | European Pat. Off. . |
| 0 662 989 | 7/1995 | European Pat. Off. . |
| 0 735 090 | 2/1996 | European Pat. Off. . |

(List continued on next page.)

### OTHER PUBLICATIONS

*Modern Methods of Polymer Characterization*, pp. 103–112, (1991) "Measurement of Long–Chain Branch Frequency in Synthetic Polymers", by Alfred Rudin.

*The Journal of Chemical Physics*, vol. 17, No. 12, Dec. (1949), pp. 1301–1314, "The Dimensions of Chain Molecules Containing Branches and Rings", by Bruno H. Zimm and Walter H. Stockmayer.

*Antec 93—Be In That Number*, New Orleans, May 9–13, (1993), vol. II, "Dow Constrained Geometry Catalyst Technology (CGCT): New Rules For Ethylene α–Olefin Interpolymers–controlled Rheology Polyolefins", pp. 1188–1192, by S. Lai and G.W. Knight.

*Journal of Rheology*, (1986), pp. 340–341, 344–345, 348–349, 352–353, 356–357, "Wall Slip in Viscous Fluids and Influence of Materials of Construction", by A.V. Ramamurthy.

*Rheometers for Molten Plastics*, (1982), pp. 97–99, by John Dealy.

*Polymer Engineering and Science*, vol. 17, No. 11, Nov. (1977), pp. 769–774, "Correlation of Low Density Polyethylene Rheological Measurements with Optical and Processing Properties", by M. Shida, R.N. Shroff, and L.V. Cancio.

"A Review of High Resolution Liquid [13]Carbon Nuclear Magnetic Resonance Characterizations of Ethylene–Based Polymers", *JMS–Rev. Macromol. Chem. Phys.*, C29(2&3), pp. 201–317, (1989) by James C. Randall.

(List continued on next page.)

*Primary Examiner*—David W. Wu

[57] ABSTRACT

Fabricated articles made from formulated ethylene polymer compositions are disclosed. Films made from such formulated compositions have surprisingly good impact and tensile properties, and an especially good combination of modulus and toughness. The ethylene polymer compositions have at least one homogeneously branched substantially linear ethylene/α–olefin interpolymer and at least one heterogeneously branched ethylene polymer. The homogeneously branched substantially linear ethylene/α–olefin interpolymer has a density from about 0.89 to about 0.92 g/cm³ and a slope of strain hardening coefficient greater than or equal to about 1.3.

16 Claims, 2 Drawing Sheets

**5,847,053**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,981,760 | 1/1991 | Naito et al. . |
| 4,987,212 | 1/1991 | Morterol et al. . |
| 5,001,206 | 3/1991 | Bashir et al. . |
| 5,026,798 | 6/1991 | Canich . |
| 5,028,663 | 7/1991 | Chung . |
| 5,032,651 | 7/1991 | McDaniel et al. . |
| 5,041,501 | 8/1991 | Shirodkar . |
| 5,047,468 | 9/1991 | Lee et al. . |
| 5,055,438 | 10/1991 | Canich . |
| 5,077,255 | 12/1991 | Welborn . |
| 5,082,902 | 1/1992 | Gurevitch et al. . |
| 5,084,540 | 1/1992 | Albizzati et al. . |
| 5,091,228 | 2/1992 | Fujii et al. . |
| 5,177,147 | 1/1993 | Spenadel et al. . |
| 5,189,106 | 2/1993 | Morimoto et al. . |
| 5,206,075 | 4/1993 | Hodgson, Jr. . |
| 5,210,142 | 5/1993 | Kale et al. . |
| 5,218,071 | 6/1993 | Tsutsui et al. . |
| 5,266,392 | 11/1993 | Land et al. . |
| 5,272,016 | 12/1993 | Ralph . |
| 5,272,236 | 12/1993 | Lai et al. . |
| 5,278,272 | 1/1994 | Lai et al. . |
| 5,350,807 | 9/1994 | Pettijohn et al. . |
| 5,374,700 | 12/1994 | Tsutsui et al. . |
| 5,376,439 | 12/1994 | Hodgson et al. . |
| 5,395,471 | 3/1995 | Obijeski et al. . |
| 5,395,810 | 3/1995 | Shamshoum et al. . |
| 5,408,004 | 4/1995 | Lai et al. . |
| 5,444,145 | 8/1995 | Brant et al. . |
| 5,464,905 | 11/1995 | Tsutsui et al. . |
| 5,519,091 | 5/1996 | Tsutsui et al. . |
| 5,530,065 | 6/1996 | Farley et al. . |
| 5,656,696 | 8/1997 | Yamamoto et al. . |
| 5,663,236 | 9/1997 | Takahashi et al. . |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 53-75278 | 7/1978 | Japan . |
| 131516 | 6/1984 | Japan . |
| 62-121709 | 6/1987 | Japan . |
| 63-328197 | 10/1990 | Japan . |
| 53-31229 | 12/1993 | Japan . |
| 60-16880 | 1/1994 | Japan . |
| 1233599 | 5/1971 | United Kingdom . |
| WO 87/03610 | 6/1987 | WIPO . |
| 9003414 | 4/1990 | WIPO . |
| WO 90/03414 | 4/1990 | WIPO . |
| WO 93/00400 | 1/1993 | WIPO . |
| WO 93/03093 | 2/1993 | WIPO . |
| WO 93/08221 | 4/1993 | WIPO . |
| WO 93/13143 | 7/1993 | WIPO . |
| WO 94/00500 | 1/1994 | WIPO . |
| WO 94/03538 | 2/1994 | WIPO . |
| WO 94/06857 | 3/1994 | WIPO . |
| WO 94/12568 | 6/1994 | WIPO . |
| WO 94/17112 | 8/1994 | WIPO . |
| WO 95/13321 | 5/1995 | WIPO . |

## OTHER PUBLICATIONS

*ACS Symposium Series*, No. 142, pp. 94–118. (1980) "Characterization of Long–Chain Branching in Polyethylenes Using High–Field Carbon–13 NMR", by J.C. Randall.

SPE Regional Technical Conference, Quaker Square Hilton, Akron, Ohio, Oct. 1–2, (1985), pp. 107–119, "The Role of Comonomer Type and Distribution in LLDPE Product Performance", by L.D. Cady.

*Journal of Polymer Science: Polymer Physics Edition*, vol. 20, pp. 441–445 (1982), "Determination of Branching Distributions in Polyethylene and Ethylene Copolymers", by L. Wild, T.R. Ryle, D.C. Knobeloch, and I.R. Peat.

*Antec 93*, pp. 58–62. "Flexomer Polyolefins. A Unique Class of Ethylene Copolymers for Low Temperature Film Applications", by D.C. Eager, G.E. Ealer, S.A. Bartocci and D.M. Kung.

Worldwide Metallocene Metcon '94, May 25–27, (1994). "Improved Processing and Performance Balance of Polyethylene Resins Using Metallocene Catalyst Technology", by Mark A. Wendorf.

Specialty Plastics Conference 1990—The Raw Materials Scenario for PE and PP Film Applications and Markets, Dec. 3–4, "High Value Added Film Using an Olefin Based Elastomer", by M. Tanaka.

*Packaging Technology and Engineering*, Apr. 1994, pp. 34–37. "Single–Site Catalysts Produce Tailor–Made, Consistent Resins", by David F. Simon.

Polyolefin Modification with EXACT™ Plastomers, SPE, Feb. 21–24, 1993, pp. 539–564, by T.C. Yu and G.J. Wagner.

Research Disclosure 37652, Aug. 1995.

Research Disclosure 36210, Jun. 1994.

Research Disclosure 37644, Aug. 1995.

*Plastics World*, LLDPE Blends Perk Up Performance of PE Films, pp. 40–43, Dec. 1982.

*MetCon '93*, May 26–28, 1993, Houston, Tx. "The Distinguished Features of Metallocene–Based Polyolefins", pp. 235–243, 240, by Akira Todo..

*EXACT™ Polymers—For Targeted Performance in Film Packaging*, product brochure published by Exxon Chemical Company Oct. 1992.

*Journal of Polymer Science: Part B: Polymer Physics*, "An Analytical Technique for Measuring Relative Tie–Molecule Concentration in Polyethylene", vol. 29, pp. 1047–1055 (1991) by A. Lustiger and N. Ishikawa.

*Journal of Materials Science*, "Molecular Topology in Ethylene Copolymers Studied by Means of Mechanical Testing", vol. 23, pp. 415–421 (1988) by R. Seguela and F. Rietsch.

*Polymer*, "Tensile Drawing Behaviour in a Linear Low–Density Polyethylene: Changes in Physical and Mechanical Properties", vol. 27, pp. 532–536 (1986) by R. Seguela and F. Rietsch.

*Makromol. Chem., Macromol. Symp.*, "Slow Crack Growth in Polyethylene—A Review", vol. 41, pp. 55–67 (1991) by Norman Brown, Xici Lu, Yan–Ling Huang, and Ruzheng Qian.

*Journal of Polymer Science: Part B: Polymer Physics*, "Fatigue Crack Propagation in High–Density Polyethylene", vol. 29, pp. 371–388 (1991) by J.T. Yen and J. Runt.

*Macromolecules*, "Sequence and Branching Distribution of Ethylene/1–Butene Copolymers Prepared with a Soluble Vanadium–Based Ziegler–Natta Catalyst", vol. 25, pp. 2820–2827 (1992) by N. Kuroda, Y. Nishikitani, K. Matsuura and N. Ikegami.

*Polymer Communications*, "Morphological Location of Ethyl Branches in 13C–Enriched Ethylene/1–Butene Random Copolymers", vol. 29, pp. 258–260, Sep. (1988) by D. C. McFaddin, K.E. Russell and E. C. Kelusky.

*Journal of Polymer Science: Polymer Chemistry Edition*, "The Preparation and Characterization of Homogeneous Copolymers of Ethylene and 1–Alkenes", vol. 22, pp. 1383–1392 (1984) by B.K. Hunter, K.E. Russell, M.V. Scammell and S.L. Thompson.

*Polymer Engineering and Science,* "Characterizing Polyethylene–Based Blends with Temperature Rising Elution Fractionation (TREF) Techniques". vol. 27, No. 20, pp. 1562–1571, Mid–Nov. (1987) by Eric C. Kelusky, Clay T. Elston and Ron R. Murray.

"Exxpol Technology For Targeted Polymer Performance." (brochure from/by Exxon Chemical Company with an unknown date).

*SPO '93,* "Exact Polymers Unique Properties for Value–Added Applications" by F.J. Steininger.

*Journal of Polymer Science,* Part A, vol. 1 (pp. 2869–2880(1963)). "Long–Chain Branching Frequency in Polyethylene " by J. E. Guillet.

*Polymer Preprints, Amer. Chem. Society,* vol. 12, No. 1, pp. 277–281 (Mar. 1971). "Evidence of Long–Chain Branching in High Density Polyethylene" by E. E. Drott and R. A. Mendelson.

*Journal of the American Chemical Society,* 98:7, pp. 1729–1742 (Mar. 31, 1976) "Structure and Chemistry of Bis(cyclopentadienyl)–MLn Complexes" by Joseph W. Lauher and Roald Hoffman.

*Polymer Engineering and Science,* vol. 16, No. 12, pp. 811–816 (Dec. 1976). "Influence of Long–Chain Branching on the Viscoelastic Properties of Low–Density Polyethylenes" by L. Wild, R. Ranganath, and D. Knobeloch.

*Angew. Chem. Int. Ed. Engl.* pp. 630–632 (1976) vol. 15. No. 10. "Halogen–Free Soluble Ziegler Catalysts for the Polymerization of Ethylene. Control of Molecular Weight by Choice of Temperature" by Arne Andresen et al.

*Advances in Organometallic Chemistry,* pp. 99–148, vol. 18, (1980) "Ziegler–Natta Catalysis" by Hansjorg Sinn and Walter Kaminsky.

*Angew. Chem. Int. Ed. Engl.,* pp. 390–393, vol. 19, No. 5 (1980) "'Living Polymers' on Polymerization with Extremely Productive Ziegler Catalysts" by Hansjorg Sinn, Walter Kaminsky, Hans–Jurgen Vollmer, and Rudiger Woldt.

*Polymer Bulletin,* 9, pp. 464–469 (1983) "Halogen Free Soluble Ziegler Catalysts with Methylalumoxan as Catalyst" by Jens Herwig and Walter Kaminsky.

*Makromol. Chem., Rapid Commun.,* 4, pp. 417–421 (1983) "Bis(cyclopentadienyl)zirkon–Verbindungen und Aluminoxan als Ziegler–Katalysatoren fur die Polymerisation und Copolymerisation von Olefinen" by Walter Kaminsky et al.

*ANTEC Proceedings,* pp. 306–309 (1983). "Analysis of Long Chain Branching in High Density Polyethylene" by J.K. Hughes.

*Makromol. Chem., Rapid Commun.,* (5) pp. 225–228 (1984) "Influence of hydrogen on the polymerization of ethylene with the homogeneous Ziegler system bis(cyclopentadienyl)zirconiumdicholoride/aluminoxane" by Walter Kaminsky et al.

*Journal of Polymer Science: Polymer Chemistry Edition,* pp. 2117–2133 (1985) vol. 23. "Homogeneous Ziegler Natta Catalysis. II. Ethylene Polymerization by IVB Transition Metal Complexes/Methyl Aluminoxane Catalyst Systems" by E. Giannetti and R. Mazzocchi.

*Journal of Applied Polymer Science,* pp. 3751–3765 (1985) vol. 30. "On the Effects of Very Low Levels of Long Chain Branching on Rheological Behavior in Polyethylene" by B. H. Bersted.

*Journal of Polymer Science: Polymer Chemistry Edition,* pp. 2151–2164 (1985) vol. 23. "Ethylene Propylene Diene Terpolymers Produced with a Homogeneous and Highly Active Zirconium Catalyst" by Walter Kaminsky et al.

*The Society of Rheology,* pp. 337–357 (1986) vol. 30. "Wall Slip in Viscous in Viscous Fluids and Influence of Materials of Construction" by A. V. Ramamurthy.

*Makromol. Chem., Macromol.Symp.,* 4, pp. 103–118 (1986) "Elastomers by Atactic Linkage of α–Olefins Using Soluble Ziegler Catasyts" by W. Raminsky and M. Schlobohm.

*Journal of Rheology,* 31 (8) pp. 815–834 (1987) "Wall Slip and Extrudate Distortion in Linear Low–Density Polyethylene" by D. Kalika and M. Denn.

*Makromol. Chem.,* 190, pp. 515–526 (1989) "Copolymerization of Cycloalkenes with Ethylene In Presence of Chiral Zirconocene Catalysts" by W. Kaminsky and R. Spiehl.

*Journal of Macromolecular Science: Reviews in Macromolecular Chemistry and Physics,* C29(2&3), pp. 201–303 (1989) "A Review of High Resolution Liquid $^{13}$Carbon Nuclear Magnetic Resonance Characterizations of Ethylene–Based Polymers".

*Journal of Non–Newtonian Fluid Mechanics,* 36, pp. 255–263 (1990) "Additional Observations on The Surface Melt Fracture Behavior Of Linear Low–Density Polyethylene" by R. Moynihan, D. Baird, and R. Ramanathan.

*Makromol. Chem. Rapid Commun.,* pp. 89–94 (1990) "Terpolymers of Ethylene, Propene and 1,5–Hexadiene Synthesized with Zirconocene/Methylaluminoxane" by W. Kaminsky and H. Drogemuller.

*Journal of Rheology,* 35(4), 3(May, 1991) pp. 497–452. "Wall Slip of Molten High Density Polyethylene. I. Sliding Plate Rheometer Studies" by S. G. Hatzikiriakos and J. M. Dealy.

*Proceedings of the 1991 IEEE Power Engineering Society,* pp. 184–190 (Sep. 22–27, 1991). New Specialty Linear Polymers (SLP) For Power Cables by Monica Hendewerk and Lawrence Spenadel.

*Society of Plastic Engineers Proceedings,* Polyolefins VII International Conference, Feb. 24–27, 1991. "Structure/ Property Relationships In Expol™ Polymers" (pp. 45–66) by C. Speed, B. Trudell, A. Mehta, and Stehling.

*1991 Specialty Polyolefins Conference Proceedings,* "The Marketing Challenge Created By Single Site Catalysts in Polyolefins." Sep. 24, 1991, (pp. 41–45) by Michael P. Jeffries.

*High Polymers,* vol. XX, "Crystalline Olefin Polymers" Part 1, pp. 495–501.

*1991 Polymers, Laminations & Coatings Conference,* TAPPI Proceedings, presented in Feb. 1991, pp. 289–296. "A New Family of Linear Ethylene Polymers with Enhanced Sealing Performance" by D. Van der Sanden and R. W. Halle.

*Society of Plastic Engineers 1991 Specialty Polyolefins Conference Proceedings,* pp. 41–55, "The Marketing Challenge Created by Single Site Catalysts Polyolefins" M. Jeffries (Sep. 24, 19910.

*Advances In Polyolefins,* by R. B. Seymour and T. Cheng. (1987). pp. 373–380 "Crystallinity and Morphology of Ethylene/α–Olefin Copolymers" by P. Shouterden, G. Groeninckx, and H. Reynaers.

*Advances In Polyolefins,* by R.B. Seymour and T. Cheng. (1987) "New Catalysis and Process For Ethylene Polymerization". pp. 337–354, by F. Karol, B. Wagner, I. Levine, G. Goeke, and A. Noshay.

*Advances In Polyolefins,* by R.B. Seymour and T. Cheng. (1987) "Polmerization of Olefins With a Homogeneous Zirconium/Alumoxane Catalyst". pp. 361–371 by W. Kaminsky and H. Hahnsen.



FIGURE 1

SLOPE OF STRAIN-HARDENING COEFFICIENT (S.H.C.) VS. DENSITY




Figure 2

Analytical Temperature Rising Elution Fractionation (ATREF)
Comparison of SCBD

Dowlex® 2045

Homogeneously Branched
Substantially Linear
Polymer

Temperature (°C)

Appendix E-000264