

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/927,393 | 08/27/97 | CHUM | P    40121BU |

IM22/0930

THE DOW CHEMICAL COMPANY
B-1211 PATENT DEPT
FREEPORT TX 77541

| EXAMINER |
|---|
| HARLAN,R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1713 | |

DATE MAILED:   09/30/99

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)

1- File Copy

| *Office Action Summary* | Application No. 08/927,393 | Applicant(s) Chum, et al. | |
|---|---|---|---|
| | Examiner Robert D. Harlan | Group Art Unit 1713 | |

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire _____ *3* _____ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *36-51* _____ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *36-51* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

Appendix F-000088

Application/Control Number: 08/927393

Page 2

Art Unit: 1713

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102 and § 103*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

3.      Claims 36-51 are rejected under 35 U.S.C. 102(b) as anticipated by or, in the alternative, under 35 U.S.C. 103(a) as obvious over WO 90/03414 (hereinafter "WO '414).

4.      In examples 1 and 2, and Table 1, WO '414 discloses polymer blends B1 and B2 made by ethylene polymers '006 and '013 wherein the CBDI, melt index, and density fall into the same ranges as claimed. Although WO '414 fails to show the value of the slope of strain hardening coefficient of polymer '013 and a temperature rising elution fractionation (TREF) showing a

Application/Control Number: 08/927393                                    Page 3

Art Unit: 1713

linear polymer portion of '006, in view of other substantially similar physical properties and

processes for making the ethylene polymer, the examiner has a reasonable basis to believe that it

inherently possesses said slope of strain hardening coefficient and said linear polymer portion.

The polymer blends of WO '414 are not necessarily different from the claimed polymer blends.

Since the examiner does not have proper equipment to carry out of the analytical tests, the burden

is on the applicant to prove the claimed polymer blends are necessarily different from those of

WO' 414 and unobvious thereof.  In re Fitzgerald et al., 205 USPQ 594 (CCPA 1980).


5.      Even if the properties of polymer composition of the instant claim and the prior art

examples are not the same, it would still have been obvious to one of ordinary skill in the art to

make polymers having the claimed properties because it appears that the reference generically

embrace the claimed polymer blends and the person of ordinary skill in the art would have

expected all embodiments of the reference to work.  Applicants have not demonstrated that the

difference, if any, between the claimed product and the products of the prior art examples give

rise to unexpected results.


6.      The Markovich declaration filed on 27 Aug. 1997 has been considered but deemed not to

be persuasive since the comparative test do not show unexpected results of the claimed polymer

blends.  In the 28/50/72 blends the toughness properties of the comparative runs is not

Application/Control Number: 08/927393

Page 4

Art Unit: 1713

necessarily inferior to that of the inventive runs. Since applicants have not met their burden to

provide objective evidence demonstrating the claimed polymer blends are in fact different from

those of WO '414, the 102(b)/103 rejection is still deemed to be proper.

### *Double Patenting*

7.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and. *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to
overcome an actual or provisional rejection based on a nonstatutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37
CFR 3.73(b).

8.      Claim 36-51 are rejected under the judicially created doctrine of obviousness-type double

patenting as being unpatentable over claims 1-18 of U.S. Patent No. 5,677,383 (hereinafter the

"Chum patent").  Although the conflicting claims are not identical, they are not patentably

distinct from each other because the claims of the instant invention are generic in scope referring

to "ethylene interpolymer" and "ethylene polymer" while the claims of the Chum patent are

restricted to a species (i.e. "homogeneously branched substantially linear ethylene/olefin

interpolymer," "heterogeneously branched ethylene polymer") of the generic claim.   The PTO

Application/Control Number: 08/927393

Art Unit: 1713

Page 5

may reject the generic claims on the grounds of obvious-type double patenting. See In re Braithwaite. 379 F.2d 594, USPQ 29 (CCPA 1967); see also MPEP 806.04(I)

9.     The subject matter claimed in the instant application is fully disclosed and claimed by the Chum patent.  Furthermore, there is no apparent reason why applicant was prevented from presenting claims corresponding to those of the instant invention during prosecution of the application which matured into a patent.  See In re Schneller. 397 F.2d 350, 158 USPQ 210 (CCPA 1968); see also MPEP 804.

## *Conclusion*

10.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Robert D. Harlan whose telephone number is (703)306-5926.  The examiner can normally be reached on weekdays from 9 am to 6 pm.

11.     If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, David Wu, can be reached on (703)308-2450.  The fax phone number for the organization where this application or proceeding is assigned is (703)306-3429.

Robert Harlan

DAVID W. WU
PRIMARY EXAMINER
GROUP 1800

## Notice of References Cited

| Application No. | Applicant(s) | |
|---|---|---|
| 08/927,393 | Chum, et al. | |
| Examiner | Group Art Unit | |
| Robert D. Harlan | 1713 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,677,383 | 10/14/97 | Chum, et al. | 525 | 240 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| X | N | WO 90/03414 | 09/28/89 | PCT | Stehling, et al. | 525 | -- |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

*A copy of the reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Notice of References Cited

Part of Paper No. 3

US005677383A

# United States Patent [19]

## Chum et al.

[11]   Patent Number:   5,677,383

[45]   Date of Patent:   Oct. 14, 1997

[54]   **FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS**

[75]   Inventors: **Pak-Wing Steve Chum**, Lake Jackson; **Ronald P. Markovich**, Houston; **George W. Knight**, Lake Jackson; **Shih-Yaw Lai**, Sugar Land, all of Tex.

[73]   Assignee: **The Dow Chemical Company**, Midland, Mich.

[21]   Appl. No.: 544,497

[22]   Filed: **Oct. 18, 1995**

### Related U.S. Application Data

[63]   Continuation of Ser. No. 378,998, Jan. 27, 1995, abandoned, which is a continuation of Ser. No. 54,379, Apr. 28, 1993, abandoned, which is a continuation-in-part of Ser. No. 776,130, Oct. 15, 1991, Pat. No. 5,272,236.

[51]   Int. Cl.[6] ............................................. C08L 23/06
[52]   U.S. Cl. ...................... 525/240; 525/242; 525/320
[58]   Field of Search ........................... 525/240, 242, 525/320

[56]   **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,491,073 | 1/1970 | Marinak . |
| 3,645,992 | 2/1972 | Elston . |
| 3,998,914 | 12/1976 | Lillis et al. ........................ 260/897 |
| 4,205,021 | 5/1980 | Morita et al. . |
| 4,405,774 | 9/1983 | Miwa et al. . |
| 4,429,079 | 1/1984 | Shibata et al. .................... 525/240 |
| 4,438,238 | 3/1984 | Fukushima et al. ............... 525/240 |
| 4,510,303 | 4/1985 | Oda et al. . |
| 4,530,914 | 7/1985 | Ewen et al. . |
| 4,668,752 | 5/1987 | Tominari et al. . |
| 4,935,474 | 6/1990 | Ewen et al. . |
| 4,937,299 | 6/1990 | Ewen et al. . |
| 4,981,760 | 1/1991 | Naito et al. ....................... 428/523 |
| 4,987,212 | 1/1991 | Morterol et al. . |
| 5,026,798 | 6/1991 | Canich . |
| 5,055,438 | 10/1991 | Canich . |
| 5,084,540 | 1/1992 | Albizzati et al. . |
| 5,189,106 | 2/1993 | Morimoto et al. ................ 525/240 |
| 5,206,075 | 4/1993 | Hodgson, Jr. .................... 428/216 |
| 5,218,071 | 6/1993 | Tsutsui et al. .................... 526/348 |
| 5,272,236 | 12/1993 | Lai et al. ........................ 526/348.5 |
| 5,278,272 | 1/1994 | Lai et al. ........................ 526/348.5 |
| 5,374,700 | 12/1994 | Tsutsui et al. .................... 526/348.3 |
| 5,395,471 | 3/1995 | Obijeski et al. ................. 156/244.11 |
| 5,395,810 | 3/1995 | Shamshoum et al. ............... 502/113 |
| 5,408,004 | 4/1995 | Lai et al. ......................... 525/240 |
| 5,444,145 | 8/1995 | Brant et al. ..................... 526/348.3 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2008315 | 7/1990 | Canada ..................... C08F 4/16 |
| 0416815A2 | 3/1991 | European Pat. Off. . |
| 0 447 035 A3 | 9/1991 | European Pat. Off. ....... C08F 297/00 |
| 9003414 | 4/1990 | WIPO . |
| WO 90/03414 | | |
| A1 | 4/1990 | WIPO ..................... C08L 23/08 |
| WO 93/03093 | | |
| A1 | 2/1993 | WIPO ..................... C08L 23/04 |
| WO 93/08221 | | |
| A2 | 4/1993 | WIPO ..................... C08F 10/00 |
| WO 93/13143 | | |
| A1 | 7/1993 | WIPO ..................... C08F 10/02 |
| WO 94/06857 | | |
| A1 | 3/1994 | WIPO ..................... C08L 23/04 |
| WO 94/12568 | | |
| A1 | 6/1994 | WIPO ..................... C08L 23/08 |
| WO 95/13321 | | |
| A1 | 5/1995 | WIPO ..................... C08L 23/04 |

### OTHER PUBLICATIONS

*Journal of Polymer Science*, Part A, vol. 1 (pp. 2869–2880 (1963), "Long-Chain Branching Frequency in Polyethylene" by J. E. Guillet.

*Polymer Preprints*, Amer. Chem. Society, vol. 12, No. 1, pp. 277–281 (Mar. 1971), "Evidence of Long–Chain Branching in High Density Polyethylene" by E. E. Drott and R. A. Mendelson.

*Journal of the American Chemical Society*, 98:7, pp. 1729–1742 (Mar. 31, 1976) "Structure and Chemistry of Bis(cyclopentadienyl)–MLn Complexes" by Joseph W. Lauher and Roald Hoffman.

*Polymer Engineering and Science*, vol. 16, No. 12, pp. 811–816 (Dec. 1976), "Influence of Long–Chain Branching on the Viscoelastic Properties of Low–Density Polyethylenes" by L. Wild, R. Ranganath, and D. Knobeloch.

*Angew. Chem. Int. Ed. Engl.*, pp. 630–632 (1976) vol. 15, No. 10, "Halogen–Free Soluble Ziegler Catalysts for the Polymerization of Ethylene. Control of Molecular Weight by Choice of Temperature" by Arne Andresen et al.

*Advances in Organometallic Chemistry*, pp. 99–148, vol. 18, (1980) "Ziegler–Natta Catalysis" by Hansjorg Sinn and Walter Kaminsky.

*Angew. Chem. Int. Ed. Engl.*, pp. 390–393, vol. 19 No. 5 (1980) "Living Polymers" on Polymerization with Extremely Productive Ziegler Catalysts" by Hansjorg Sinn, Walter Kaminsky, Hans–Jurgen Vollmer, and Rudiger Woldt.

*Polymer Bulletin*, 9, pp. 464–469 (1983) "Halogen Free Soluble Ziegler Catalysts with Methylalumoxan as Catalyst" by Jens Herwig and Walter Kaminsky.

*Makromol. Chem., Rapid Commun.*, 4, pp. 417–421 (1983) "Bis(cyclopentadienyl)zirkon–Verbingungen und Aluminoxan als Ziegler–Katalysatoren fur die Polymerisation und Copolymerisation von Olefinen" by Walter Kaminsky et al.

*ANTEC Proceedings*, pp. 306–309 (1983), "Analysis of Long Chain Branching in High Density Polyethylene" by J.K. Hughes.

(List continued on next page.)

*Primary Examiner*—David W. Wu

[57]   **ABSTRACT**

Fabricated articles made from formulated ethylene polymer compositions are disclosed. Films made from such formulated compositions have surprisingly good impact and tensile properties, and an especially good combination of modulus and toughness. The ethylene polymer compositions have at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene polymer. The homogeneously branched substantially linear ethylene/α-olefin interpolymer has a density from about 0.89 to about 0.92 g/cm[3] and a slope of strain hardening coefficient greater than or equal to about 1.3.

18 Claims, 2 Drawing Sheets

5,677,383

Page 2

## OTHER PUBLICATIONS

*Makromol. Chem., Rapid Commun.*, (5) pp. 225–228 (1984) "Influence of hydrogen on the polymerization of ethylene with the homogeneous Ziegler system bis(cyclopentadienyl)zirconiumdichloride/aluminoxane" by Walter Kaminsky et al.

*Journal of polymer Science: Polymer Chemistry Edition*, pp. 2117–2133 (1985) vol. 23. "Homogeneous Ziegler Natta Catalysis. II. Ethylene Polymerization by IVB Transition Metal Complexes/Methyl Aluminoxane Catalyst Systems" by E. Giannetti and R. Mazzocchi.

*Journal of Applied Polymer Science*, pp. 3751–3765 (1985) vol. 30. "On the Effects of Very Low Levels of Long Chain Branching on Rheological Behavior in Polyethylene" by B. H. Bersted.

*Journal of Polymer Science: Polymer Chemistry Edition*, pp. 2151–2164 (1985) vol. 23. "Ethylene Propylene Diene Terpolymers Produced with a Homogeneous and Highly Active Zirconium Catalyst" by Walter Kaminsky et al.

*The Society of Rheology*, pp. 337–357 (1986) vol. 30, "Wall Slip in Viscous Fluids and Influence of Materials of Construction" by A. V. Ramamurthy.

*Makromol. Chem., Macromol. Symp.*, 4, pp. 103–118(1986) "Elastomers By Atactic Linkage of α–Olefins using Soluble Ziegler Catalysts" by W. Kaminsky and M. Schlobohm.

*Journal of Rheology*, 31 (8) pp. 815–834 (1987) "Wall Slip and Extrudate Distortion in Linear Low–Density Polyethylene" by D. Kalika and M. Denn.

*Makromol. Chem.*, 190, pp. 515–526 (1989) "Copolymerization of Cycloalkenes with Ethylene In presence of Chiral Zirconocene Catalysts" by W. Kaminsky and R. Spiehl.

*Journal of Macromolecular Science: Reviews in Macromolecular Chemistry and Physics*, C29(2&3), pp. 201–303 (1989) "A Review of High Resolution Liquid $^{13}$Carbon Nuclear Magnetic Resonance Characterizations of Ethylene–Based Polymers".

*Journal of Non–Newtonian Fluid Mechanics*, 36, pp. 255–263 (1990) "Additional Observations on The Surface Melt Fracture Behavior Of Linear Low–Density Polyethylene" by R. Moynihan, D. Baird, and R. Ramanathan.

*Makromol. Chem. Rapid Commun.*, pp. 89–94 (1990) "Terpolymers of Ethylene, Propene and 1,5–Hexadiene Synthesized with Zirconocene/Methylaluminoxane" by W. Kaminsky and H. Drogemuller.

*Journal of Rheology*, 35 (4), 3 (May, 1991) pp. 497–452, "Wall Slip of Molten High Density Polyethylene. I. Sliding Plate Rheometer Studies" by S. G. hatzikiriakos and J. M. Dealy.

*Proceedings of the 1991 IEEE Power Engineering Society*, pp. 184–190 (Sep. 22–27, 1991), "New Specialty Linear Polymers (SLP) For Power Cables" by Monica Hendeweri and Lawrence Spenadel.

*Society of Plastic Engineers Proceedings*, Polyolefins VII International Conference, Feb. 24–27, 1991, "Structure/Property Relationships In Exxpol™ Polymers" (pp. 45–66) by C. Speed, B. Trudell, A. Mehta, and F. Stehling.

*1991 Specialty Polyolefins Conference Proceedings*, "The Marketing Challenge Created By Single Site Catalysts in Polyolefins." Sep. 24, 1991, (pp. 41–45) by Michael P. Jeffries.

*High Polymers*, vol. XX, "Crystalline Olefin Polymers" Part I, pp. 495–501.

*1991 Polymers, Laminations & Coatings Conference*, TAPPI Proceedings, presented in Feb., 1991, pp. 289–296, "A New Family of Linear Ethylene Polymers with Enhanced Sealing Performance" by D. Van der Sanden and R. W. Halle.

*Society of Plastic Engineers 1991 Specialty Polyolefins Conference Proceedings*, pp. 41–55, "The Marketing Challenge Created by Single Site Catalysts in Polyolefins" by M. Jefferies (Sep. 24, 19910.

*Advances In Polyolefins*, by R. B. Seymour and T. Cheng, (1987), pp. 373–380 "Crystallinity and Morphology of Ethylene/α–Olefin Copolymers" by P. Schouterden, G. Groeninckx, and H. Reynaers.

*Advances In Polyolefins*, by R. B. Seymour and T. Cheng, (1987) "New Catalysis and Process For Ethylene Polymerization", pp. 337–354, by F. Karol, B. Wagner, I. Levine, G. Goeke, and A. Noshay.

*Advances In Polyolefins*, by R.B. Seymour and T. Cheng, (1987) "Polymerization of Olefins With A Homogeneous Zirconium/Alumoxane Catalyst", pp. 361–371 by W. Kaminsky and R. Hahnsen.

*Modern Methods of Polymer Characterization*, pp. 103–112, (1991) "Measurement of Long–Chain Branch Frequency in Synthetic Polymers", by Alfred Rudin.

*The Journal of Chemical Physics*, vol. 17, no. 12, Dec. (1949), pp. 1301–1314, "The Dimensions of Chain Molecules Containing Branches and Rings", by Bruno H. Zimm and Walter H. Stockmayer.

*Antec 93–Be In That Number*, New Orleans, May 9–13, (1993), vol. II, "Dow Constrained Geometry Catalyst Technology (CGCT): New Rules For Ethylene a–Olefins Interpolymers–Controlled Rheology Polyolefins", pp. 1188–1192, by S. Lai and G. W. Knight.

*Journal of Rheology*, (1986), pp. 340–341, 344–345, 348–349, 352–353, 356–357, "Wall Slip in Viscous Fluids and Influence of Materials of Construction", by A. V. Ramamurthy.

*Rheometers for Molten Plastics*, (1982), pp. 97–99, by John Dealy.

*Polymer Engineering and Science*, vol. 17, No. 11, Nov. (1977), pp. 769–774, "Correlation of Low Density Polyethylene Rheological Measurements with Optical and Processing Properties", by M. Shida, R. N. Shroff, and L. V. Cancio.

"A Review of High Resolution Liquid $^{13}$Carbon Nuclear Magnetic Resonance Characterizations of Ethylene–Based Polymers", pp. 201–317, by James C. Randall.

*ACS Symposium Series*, No. 142, pp. 94–118. "Characterization of Long–Chain Branching in Polyethylenes Using High –Field Carbon–13 NMR", by J. C. Randall.

*SPE Regional Technical Conference*, Quaker Square Hilton, Akron, Ohio, Oct. 1–2, (1985), pp. 107–119, "The Role of Comonomer Type and Distribution in LLDPE Product Performance", by L. D. Cady.

*Journal of Polymer Science:Polymer Physics Edition*, vol. 20, pp. 441–455 (1982), "Determination of Branching Distributions in Polyethylene and Ethylene Copolymers", by L. Wild, T. R. Ryle, D. C. Knobeloch, and I. R. Peat.

*Antec 93*, pp. 58–62, "Flexomer Polyolefins, A Unique Class of Ethylene Copolymers for Low Temperature Film Applications", by D.C. Eagar, G. E. Eaier, S. A. Bartocci and D. M. Kung.

5,677,383

Page 3

Worldwide Metallocene Conference MetCon '94, May 25–27, (1994), "Improved Processing and Performance Balance of Polyethylene Resins Using Metallocene Catalyst Technology", by Mark A. Wendorf.

*Packaging Technology and Engineering,* Apr. 1994, pp. 34–37, "Single–Site Catalysts Produce Tailor–Made, Consistent Resins", by David F. Simon.

Speciality Plastics Conference 1990–The Raw Materials Scenario for PE and PP Film Applications and Markets, Dec. 3–4, "High Value Added Film Using an Olefin Based Elastomer", by M. Tanaka.

"Polyolefin Modification with EXACT™ Plastomers", (before Jul. 1994 and after Sep. 1992), pp. 539–564, by T. C. Yu, G. J. Wagner.

Appendix F-000096



FIG. 1



FIG. 2

Appendix F-000098

5,677,383

1

# FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Rule 1.60 continuation application of application No. 08/378,998, filed Jan. 27, 1995, now abandoned, which was a Rule 1.62 continuation application of application No. 08/054,379, filed Apr. 28, 1993, now abandoned, which was a continuation-in-part application of 07/776,130, filed Oct. 15, 1991, now issued U.S. Pat. No. 5,272,236, the disclosures of each of which is incorporated herein in their entirety by reference. This application is also related to application number 08/501,527, filed Aug. 2, 1995, now U.S. Pat. No. 5,609,242 which is a continuation of 08/010,958, filed Jan. 29, 1993, now abandoned, the disclosure of which is incorporated herein by reference.

## FIELD OF THE INVENTION

This invention relates to compositions comprising specific ethylene/α-olefin polymer blends. The polymer blends preferably comprise:

(A) at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having specific processing characteristics, blended together with

(B) a heterogeneously branched ethylene polymer.

Such compositions are particularly useful in film applications (e.g., high strength thin gauge packaging film or heat sealable packaging film).

## BACKGROUND OF THE INVENTION

Thin film products fabricated from linear low density polyethylene (LLDPE) and/or high density polyethylene (HDPE) are widely used for packaging applications such as merchandise bags, grocery sacks, and industrial liners. For these applications, films with high tensile strength, as well as high impact strength, are desired because film producers can down gauge their film products and still retain packaging performance.

Previous attempts were made to optimize film tensile strength and yield strength by blending various heterogeneous polymers together on theoretical basis. While such blends exhibited a synergistic response to increase the film yield strength, the film impact strength followed the rule of mixing, often resulting in a "destructive synergism" (i.e., the film impact strength was actually lower than film made from one of the two components used to make the blend).

For example, it is known that while improved modulus linear polyethylene resin can be produced by blending high density polyethylene with a very low density polyethylene (VLDPE), the impact strength of the resin blend follows the rule of mixing.

There is a continuing need to develop polymers which can be formed into fabricated articles (e.g., film) having these combinations of properties (e.g., improved modulus, yield strength, impact strength and tear strength). The need is especially great for polymers which can be made into film which can also be down gauged without loss of strength properties, resulting in savings for film manufacturers and consumers, as well as protecting the environment by source reduction.

Surprisingly, we have now discovered that film can have synergistically enhanced physical properties, when the film is made from a blend of at least one homogeneously

2

branched ethylene/α-olefin interpolymer and a heterogeneously branched ethylene/α-olefin interpolymer.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the relationship between the density and the slope of strain hardening coefficient for homogeneously branched substantially linear ethylene/α-olefin interpolymers used in the compositions disclosed herein, in comparison with a heterogeneously branched ethylene/α-olefin copolymer.

FIG. 2 shows the short chain branching distribution (as measured by analytical temperature rising elution fractionation (ATREF)) for a homogeneously branched substantially linear ethylene/1-octene copolymer used in the invention, in comparison with Dowlex™ 2045 (a heterogeneously branched ethylene/1-octene copolymer made by The Dow Chemical Company).

## SUMMARY OF THE INVENTION

Formulated ethylene/α-olefin compositions have now been discovered to have improved physical and mechanical strength and are useful in making fabricated articles. Films made from these novel compositions exhibit surprisingly good impact and tensile properties, and an especially good combination of modulus, yield, ultimate tensile, and toughness (e.g., Dart impact).

The compositions comprise (A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry; and

(B) at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm³ to about 0.965 g/cm³.

In another aspect, the compositions comprise from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of:

(A) at least one homogeneously branched linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry; and

(B) at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm³ to about 0.965 g/cm³.

Preferably, both the homogeneously branched substantially linear ethylene/α-olefin interpolymer and the homogeneously branched linear ethylene/α-olefin interpolymer each have a slope of strain hardening coefficient greater than or equal to about 1.3.

5,677,383

3

## DETAILED DESCRIPTION OF THE INVENTION

The homogeneously branched ethylene/α-olefin interpolymer is preferably a homogeneously branched substantially linear ethylene/α-olefin interpolymer as described in U.S. Ser. No. 07/776,130, now U.S. Pat. No. 5,272,236. The homogeneously branched ethylene/α-olefin interpolymer can also be a linear ethylene/α-olefin interpolymer as described in U.S. Pat. No. 3,645,992 (Elston), the disclosure of which is incorporated herein by reference.

The substantially linear ethylene/α-olefin interpolymers are not "linear" polymers in the traditional sense of the term, as used to describe linear low density polyethylene (e.g., Ziegler polymerized linear low density polyethylene (LLDPE)), nor are they highly branched polymers, as used to describe low density polyethylene (LDPE).

The substantially linear ethylene/α-olefin interpolymers of the present invention are herein defined as in copending application Ser. No. 07/776,130, now U.S. Pat. No. 5,272,236 and in copending application entitled "Elastic Substantially Linear Olefin Polymers" filed Sep. 2, 1992 in the names of Shih-Yaw Lai, George W. Knight, John R. Wilson and James C. Stevens.

The homogeneously branched ethylene/α-olefin interpolymers useful for forming the compositions described herein are those in which the comonomer is randomly distributed within a given interpolymer molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer. The homogeneity of the interpolymers is typically described by the SCBDI (Short Chain Branch Distribution Index) or CDBI (Composition Distribution Branch Index) and is defined as the weight percent of the polymer molecules having a comonomer content within 50 percent of the median total molar comonomer content. The CDBI of a polymer is readily calculated from data obtained from techniques known in the art, such as, for example, temperature rising elution fractionation (abbreviated herein as "TREF") as described, for example, in Wild et al, *Journal of Polymer Science, Poly. Phys. Ed.*, Vol. 20, p. 441 (1982), in U.S. Pat. No. 4,798,081 (Hazlitt et al.), or in U.S. Pat. No. 5,089,321 (Chum et al.) the disclosures of all of which are incorporated herein by reference. The SCBDI or CDBI for the linear and for the substantially linear olefin polymers of the present invention is preferably greater than about 30 percent, especially greater than about 50 percent. The homogeneous ethylene/α-olefin polymers used in this invention essentially lack a measurable "high density" fraction as measured by the TREF technique (i.e., the homogeneously branched ethylene/α-olefin polymers do not contain a polymer fraction with a degree of branching less than or equal to 2 methyls/1000 carbons). The homogeneously branched ethylene/α-olefin polymers also do not contain any highly short chain branched fraction (i.e., the homogeneously branched ethylene/α-olefin polymers do not contain a polymer fraction with a degree of branching equal to or more than about 30 methyls/1000 carbons).

The substantially linear ethylene/α-olefin interpolymers for use in the present invention typically are interpolymers of ethylene with at least one $C_3$–$C_{20}$ α-olefin and/or $C_4$–$C_{18}$ diolefins. Copolymers of ethylene and 1-octene are especially preferred. The term "interpolymer" is used herein to indicate a copolymer, or a terpolymer, or the like. That is, at least one other comonomer is polymerized with ethylene to make the interpolymer. Ethylene copolymerized with two or more comonomers can also be used to make the homoge-

4

neously branched substantially linear interpolymers useful in this invention. Preferred comonomers include the $C_3$–$C_{20}$ α-olefins, especially propene, isobutylene, 1-butene, 1-hexene, 4-methyl-1-pentene, 1-heptene, 1-octene, 1-nonene, and 1-decene, more preferably 1-butene, 1-hexene, 4-methyl-1-pentene and 1-octene.

The term "linear ethylene/α-olefin interpolymer" means that the interpolymer does not have long chain branching. That is, the linear ethylene/α-olefin interpolymer has an absence of long chain branching, as for example the linear low density polyethylene polymers or linear high density polyethylene polymers made using uniform (i.e., homogeneous) branching distribution polymerization processes (e.g., as described in U.S. Pat. No. 3,645,992 (Elston)) and are those in which the comonomer is randomly distributed within a given interpolymer molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer. The term "linear ethylene/α-olefin interpolymer" does not refer to high pressure branched (free-radical polymerized) polyethylene which is known to those skilled in the art to have numerous long chain branches. The branching distribution of the homogeneously branched linear ethylene/α-olefin interpolymers is the same or substantially the same as that described for the homogeneously branched substantially linear ethylene/α-olefin interpolymers, with the exception that the linear ethylene/α-olefin interpolymers do not have any long chain branching. The homogeneously branched linear ethylene/α-olefin interpolymers comprise ethylene with at least one $C_3$–$C_{20}$ α-olefin and/or $C_4$–$C_{18}$ diolefin. Copolymers of ethylene and 1-octene are especially preferred. Preferred comonomers include the $C_3$–$C_{20}$ α-olefins, especially propene, isobutylene, 1-butene, 1-hexene, 4-methyl-1 -pentene, 1-heptene, 1-octene, 1-nonene, and 1-decene, more preferably 1-butene, 1-hexene, 4-methyl-1-pentene and 1-octene.

Both the homogeneously branched substantially linear and linear ethylene/α-olefin interpolymers have a single melting point, as opposed to traditional heterogeneously branched Ziegler polymerized ethylene/α-olefin copolymers having two or more melting points, as determined using differential scanning calorimetry (DSC).

The density of the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers (as measured in accordance with ASTM D-792) for use in the present invention is generally from about 0.89 g/cm³ to about 0.935 g/cm³, preferably from about 0.905 g/cm³ to about 0.925 g/cm³, and especially from about 0.905 g/cm³ to less than about 0.92 g/cm³.

The amount of the homogeneously branched linear or substantially linear ethylene/α-olefin polymer incorporated into the composition varies depending upon the heterogeneously branched ethylene polymer to which it is combined. However, about 50 percent (by weight of the total composition) of the homogeneous linear or substantially linear ethylene/α-olefin polymer is especially preferred in the novel compositions disclosed herein.

The molecular weight of the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers for use in the present invention is conveniently indicated using a melt index measurement according to ASTM D-1238, Condition 190° C./2.16 kg (formerly known as "Condition (E)" and also known as $I_2$). Melt index is inversely proportional to the molecular weight of the polymer. Thus, the higher the molecular weight, the lower the melt index, although the relationship is not linear. The lower

5,677,383

5

melt index limit for the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers useful herein is generally about 0.001 grams/10 minutes (g/10 min). The upper melt index limit for the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers is about 10 g/10 min, preferably less than about 1 g/10 min, and especially less than about 0.5 g/10 min.

Another measurement useful in characterizing the molecular weight of the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers is conveniently indicated using a melt index measurement according to ASTM D-1238, Condition 190° C./10 kg (formerly known as "Condition (N)" and also known as $I_{10}$). The ratio of the $I_{10}$ and $I_2$ melt index terms is the melt flow ratio and is designated as $I_{10}/I_2$. Generally, the $I_{10}/I_2$ ratio for the homogeneously branched linear ethylene/α-olefin interpolymers is about 5.6. For the homogeneously branched substantially linear ethylene/α-olefin interpolymers of the invention, the $I_{10}/I_2$ ratio indicates the degree of long chain branching, i.e., the higher the $I_{10}/I_2$ ratio, the more long chain branching in the interpolymer. Generally, the $I_{10}/I_2$ ratio of the homogeneously branched substantially linear ethylene/α-olefin interpolymers is at least about 6, preferably at least about 7, especially at least about 8 or above. For the homogeneously branched substantially linear ethylene/α-olefin interpolymers, the higher the $I_{10}/I_2$ ratio, the better the processability.

Other additives such as antioxidants (e.g., hindered phenolics (e.g., Irganox® 1010 made by Ciba Geigy Corp.), phosphites (e.g., Irgafos® 168 also made by Ciba Geigy Corp.)), cling additives (e.g., PIB), antiblock additives, pigments, fillers, and the like can also be included in the formulations, to the extent that they do not interfere with the enhanced formulation properties discovered by Applicants.

Molecular Weight Distribution Determination

The molecular weight distribution of the linear or substantially linear olefin interpolymer product samples is analyzed by gel permeation chromatography (GPC) on a Waters 150° C. high temperature chromatographic unit equipped with three mixed porosity columns (Polymer Laboratories $10^3$, $10^4$, $10^5$, and $10^6$), operating at a system temperature of 140° C. The solvent is 1,2,4-trichlorobenzene, from which 0.3 percent by weight solutions of the samples are prepared for injection. The flow rate is 1.0 milliliter/minute and the injection size is 200 microliters. A differential refractometer is being used as the detector.

The molecular weight determination is deduced by using narrow molecular weight distribution polystyrene standards (from Polymer Laboratories) in conjunction with their elution volumes. The equivalent polyethylene molecular weights are determined by using appropriate Mark-Houwink coefficients for polyethylene and polystyrene (as described by Williams and Word in *Journal of Polymer Science*, Polymer Letters, Vol. 6, (621) 1968, incorporated herein by reference) to derive the following equation:

$$M_{polyethylene} = a \cdot (M_{polystyrene})^b.$$

In this equation, a=0.4316 and b=1.0. Weight average molecular weight, $M_w$, is calculated in the usual manner according to the following formula: $M_j = \Sigma w_i \times M_i$, where $w_i$ and $M_i$ are the weight fraction and molecular weight, respectively, of the $i^{th}$ fraction eluting from the GPC column.

For both the homogeneously branched linear and substantially linear ethylene/α-olefin polymers, the molecular

6

weight distribution ($M_w/M_n$) is preferably from about 1.8 to about 2.8, more preferably from about 1.89 to about 2.2 and especially about 2.

Determination of Critical Shear Stress and Critical Shear Rate

Gas extrusion rheometry (GER) is described by M. Shida, R. N. Shroff and L. V. Cancio in *Polymer Engineering Science*, Vol. 17, no. 11, p. 770 (1977), and in "Rheometers for Molten Plastics" by John Dealy, published by Van Nostrand Reinhold Co. (1982) on page 97, both publications of which are incorporated by reference herein in their entirety. All GER experiments are performed at a temperature of 190° C., at nitrogen pressures between 5250 to 500 psig using a 0.0296 inch diameter, 20:1 L/D die. An apparent shear stress vs. apparent shear rate plot is used to identify the melt fracture phenomena. According to Ramamurthy in *Journal of Rheology*, 30(2), 337–357 1986, above a certain critical flow rate, the observed extrudate irregularities may be broadly classified into two main types: surface melt fracture and gross melt fracture.

Surface melt fracture occurs under apparently steady flow conditions and ranges in detail from loss of specular gloss to the more severe form of "sharkskin." In this disclosure, the onset of surface melt fracture is characterized at the beginning of losing extrudate gloss at which the surface roughness of extrudate can only be detected by 40× magnification. The critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$.

Gross melt fracture occurs at unsteady flow conditions and ranges in detail from regular (alternating rough and smooth, helical, etc.) to random distortions. For commercial acceptability, (e.g., in blown film products), surface defects should be minimal, if not absent. The critical shear rate at onset of surface melt fracture (OSMF) and onset of gross melt fracture (OGMF) will be used herein based on the changes of surface roughness and configurations of the extrudates extruded by a GER. Preferably, the critical shear stress at the OGMF and the critical shear stress at the OSMF for the substantially linear ethylene polymers used herein is greater than about $4 \times 10^6$ dyne/cm$^2$ and greater than about $2.8 \times 10^6$ dyne/cm$^2$, respectively.

Determination of the Slope of Strain Hardening Coefficient

The slope of strain hardening is measured by compression molding a plaque from the polymer to be tested. Typically, the plaque is molded at about 177° C. for 4 minutes under almost no pressure and then pressed for 3 minutes under a pressure of about 200 psi. The plaque is then allowed to cool at about 8° C./minute while still under 200 psi pressure. The plaque is then cut into a dogbone shaped test piece using a steel rule die. The test piece is 0.315 inches wide and 1.063 inches long. The start of the curved portion of the dogbone shape begins at 0.315 inches from each end of the sample and gently curves (i.e., tapers) to a width of 0.09 inches. The curve ends at a point 0.118 inches from the start of the curve such that the interior portion of the dogbone test piece has a width of 0.09 inches and a length of 0.197 inches.

The tensile properties of the test sample is tested on an Instron Tensile Tester at a crosshead speed of 1 inch/minute. The slope of strain hardening is calculated from the resulting

5,677,383

7

tensile curve by drawing a line parallel to the strain hardening region of the resulting stress/strain curve. The strain hardening region occurs after the sample has pulled its initial load ((i.e., stress) usually with little or no elongation during the initial load) and after the sample has gone through a slight drawing stage (usually with little or no increase in load, but with increasing elongation (i.e., strain)). In the strain hardening region, the load and the elongation of the sample both continue to increase. The load increases in the strain hardening region at a much lower rate than during the initial load region and the elongation also increase, again at a rate lower than that experienced in the drawing region. FIG. 1 shows the various stages of the stress/strain curve used to calculate the slope of strain hardening. The slope of the parallel line in the strain hardening region is then determined.

The slope of strain hardening coefficient (SHC) is calculated according to the following equation:

$$SHC = (\text{slope of strain hardening}) * (I_2)^{0.25}$$

where $I_2$=melt index in grams/10 minutes.

For both the homogeneously branched linear and substantially linear ethylene/α-olefin interpolymers used in the invention, the SHC is greater than about 1.3, preferably greater than about 1.5.

Surprisingly, the slope of strain hardening coefficient reaches a maximum for the linear or the substantially linear ethylene/α-olefin polymers at a density from about 0.89 g/cm³ to about 0.935 g/cm³. Heterogeneous ethylene/α-olefin polymers, in contrast, do not behave in the same manner. FIG. 1 graphically depicts the relationship between the density of the homogeneously branched substantially linear ethylene polymers and ethylene/α-olefin polymers as a function of their slope of strain hardening coefficient, and includes a heterogeneously branched ethylene/1-octene copolymer (polymer W** in Table 1) for comparison purposes. Table 1 displays the data of FIG. 1 in tabular form:

TABLE 1

| Polymer | Melt Index ($I_2$) (g/10 min) | Density (g/cm³) | $I_{10}/I_2$ | SHC* |
|---|---|---|---|---|
| A | 1 | 0.8564 | 7.36 | 0.004 |
| B | 1.03 | 0.8698 | 7.46 | 0.45 |
| C | 0.57 | 0.873 | 7.22 | 0.54 |
| D | 1.01 | 0.8817 | 7.36 | 0.89 |
| E | 1.06 | 0.9018 | 7.61 | 1.84 |
| F | 2.01 | 0.9041 | 8.07 | 2.03 |
| G | 0.77 | 0.9047 | 9.01 | 1.57 |
| H | 9.82 | 0.9048 | 7.03 | 1.67 |
| I | 4.78 | 0.9077 | 7.18 | 2.08 |
| J | 3.13 | 0.9113 | 7.67 | 2.04 |
| K | 2.86 | 0.9139 | 7.87 | 2.27 |
| L | 1.08 | 0.9197 | 8.07 | 2.24 |
| M | 0.96 | 0.9198 | 9.61 | 1.93 |
| N | 0.99 | 0.9203 | 9.09 | 2.23 |
| O | 1.11 | 0.9204 | 10.15 | 1.99 |
| P | 1.06 | 0.9205 | 9.08 | 2.25 |
| Q | 1.12 | 0.9216 | 8.94 | 2.5 |
| R | 30.74 | 0.9217 | 6.27 | 2 |
| S | 31.58 | 0.94 | 6.02 | 0.24 |
| T | 0.97 | 0.9512 | 12.11 | 0 |
| U | 0.97 | 0.9533 | 10.7 | 0 |
| V | 0.82 | 0.954 | 7.26 | 0 |
| W** | 0.8 | 0.905 | 8.7 | 1.02 |

*SHC = Slope of Strain Hardening Coefficient
**A comparative heterogeneously branched ethylene/1-octene copolymer.

### The Heterogeneously Branched Ethylene Polymer

The ethylene polymer to be combined with the homogeneous ethylene/α-olefin interpolymer is a heterogeneously

8

branched (e.g., Ziegler polymerized) interpolymer of ethylene with at least one $C_3$–$C_{20}$ α-olefin (e.g., linear low density polyethylene (LLDPE)).

Heterogeneously branched ethylene/α-olefin interpolymers differ from the homogeneously branched ethylene/α-olefin interpolymers primarily in their branching distribution. For example, heterogeneously branched LLDPE polymers have a distribution of branching, including a highly branched portion (similar to a very low density polyethylene), a medium branched portion (similar to a medium branched polyethylene) and an essentially linear portion (similar to linear homopolymer polyethylene). The amount of each of these fractions varies depending upon the whole polymer properties desired. For example, linear homopolymer polyethylene has neither branched nor highly branched fractions, but is linear. A very low density heterogeneous polyethylene having a density from about 0.9 g/cm³ to about 0.915 g/cm³ (such as Attane® copolymers, sold by The Dow Chemical Company and Flexomer® sold by Union Carbide Corporation) has a higher percentage of the highly short chain branched fraction, thus lowering the density of the whole polymer.

Heterogeneously branched LLDPE (such as Dowlex® sold by The Dow Chemical Company) has a lower amount of the highly branched fraction, but has a greater amount of the medium branched fraction. FIG. 2 graphically depicts the relative amounts of these various fractions (as measured using temperature rising elution fractionation) for Dowlex® 2045 (a heterogeneously branched ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10 min, a density of about 0.92 g/cm³, a melt flow ratio ($I_{10}/I_2$) of about 7.93 and a molecular weight distribution ($M_w/M_n$) of about 3.34), as compared with a homogeneously branched substantially linear ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10 min, a density of about 0.92 g/cm³, a melt flow ratio ($I_{10}/I_2$) of about 10.5 and a molecular weight distribution ($M_w/M_n$) of about 2.18. Note that the homogeneously branched polymer has a single relatively narrow peak at an elution temperature of about 85° C., while the Dowlex® 2045 polymer has a broad branching distribution, as represented by the breadth of elution temperatures over which the polymer fractions elute. Dowlex® 2045 also has a distinct peak at an elution temperature of about 98° C., indicating the "linear" fraction of the whole polymer. Increasing the fraction of the polymer which has the beneficial properties, without concomitantly increasing other fractions has not been demonstrated here-to-fore.

Preferably, however, the heterogeneously branched ethylene polymer is a heterogeneously branched Ziegler polymerized ethylene/α-olefin interpolymer having no more than about 10 percent (by weight of the polymer) of a polymer fraction having a SHC≧1.3.

More preferably, the heterogeneously branched ethylene polymer is a copolymer of ethylene with a $C_3$–$C_{20}$ α-olefin, wherein the copolymer has:

(i) a density from about 0.93 g/cm³ to about 0.965 g/cm³,

(ii) a melt index ($I_2$) from about 0.1 g/10 min to about 500 g/10 min, and

(iii) no more than about 10 percent (by weight of the polymer) of a polymer fraction having a SHC≧1.5.

The heterogeneously branched ethylene/α-olefin interpolymers and/or copolymers also have at least two melting peaks, as determined using Differential Scanning Calorimetry (DSC).

### The Formulated Compositions

The compositions disclosed herein can be formed by any convenient method, including dry blending the individual

5,677,383

9

components and subsequently melt mixing or by pre-melt mixing in a separate extruder (e.g., a Banbury mixer, a Haake mixer, a Brabender internal mixer, or a twin screw extruder).

Another technique for making the compositions in-situ is disclosed in pending U.S. Ser. No. 08/010,958, now abandoned entitled Ethylene Interpolymerizations, which was filed Jan. 29, 1993 in the names of Brian W. S. Kolthammer and Robert S. Cardwell, the disclosure of which is incorporated herein in its entirety by reference. U.S. Ser. No. 08/010,958, now abandoned describes, inter alia, interpolymerizations of ethylene and $C_3$-$C_{20}$ alpha-olefins using a homogeneous catalyst in at least one reactor and a heterogeneous catalyst in at least one other reactor. The reactors can be operated sequentially or in parallel.

The compositions can also be made by fractionating a heterogeneous ethylene/α-olefin polymer into specific polymer fractions with each fraction having a narrow composition (i.e., branching) distribution, selecting the fraction having the specified properties (e.g., SHC≧1.3), and blending the selected fraction in the appropriate amounts with another ethylene polymer. This method is obviously not as economical as the in-situ interpolymerizations of U.S. Ser. No. 08/010,958, now abandoned but can be used to obtain the compositions of the invention.

Fabricated Articles Made from the Novel Compositions

Many useful fabricated articles benefit from the novel compositions disclosed herein. For example, molding operations can be used to form useful fabricated articles or parts from the compositions disclosed herein, including various injection molding processes (e.g., that described in Modern Plastics Encyclopedia/89, Mid October 1988 Issue, Volume 65, Number 11, pp. 264–268, "Introduction to Injection Molding" by H. Randall Parker and on pp. 270–271, "Injection Molding Thermoplastics" by Michael W. Green, the disclosures of which are incorporated herein by reference) and blow molding processes (e.g., that described in Modern Plastics Encyclopedia/89, Mid October 1988 Issue, Volume 65, Number 11, pp. 217–218, "Extrusion-Blow Molding" by Christopher Irwin, the disclosure of which is incorporated herein by reference), profile extrusion, calandering, pultrusion (e.g., pipes) and the like. Rotomolded articles can also benefit from the novel compositions described herein. Rotomolding techniques are well known to those skilled in the art and include, for example, those described in Modern Plastics Encyclopedia/89, Mid October 1988 Issue, Volume 65, Number 11, pp. 296–301, "Rotational Molding" by R. L. Fair, the disclosure of which is incorporated herein by reference).

Fibers (e.g., staple fibers, melt blown fibers or spunbonded fibers (using, e.g., systems as disclosed in U.S. Pat. Nos. 4,340,563, 4,663,220, 4,668,566, or 4,322,027, all of which are incorporated herein by reference), and gel spun fibers (e.g., the system disclosed in U.S. Pat. No. 4,413,110, incorporated herein by reference)), both woven and nonwoven fabrics (e.g., spunlaced fabrics disclosed in U.S. Pat. No. 3,485,706, incorporated herein by reference) or structures made from such fibers (including, e.g., blends of these fibers with other fibers, e.g., PET or cotton)) can also be made from the novel compositions disclosed herein.

Film and film structures particularly benefit from the novel compositions described herein and can be made using conventional hot blown film fabrication techniques or other biaxial orientation processes such as tenter frames or double

10

bubble processes. Conventional hot blown film processes are described, for example, in The Encyclopedia of Chemical Technology, Kirk-Othmer, Third Edition, John Wiley & Sons, New York, 1981, Vol. 16, pp. 416–417 and Vol. 18, pp. 191–192, the disclosures of which are incorporated herein by reference. Biaxial orientation film manufacturing process such as described in a "double bubble" process as in U.S. Pat. No. 3,456,044 (Pahlke), and the processes described in U.S. Pat. No. 4,352,849 (Mueller), U.S. Pat. No. 4,597,920 (Golike), U.S. Pat. No. 4,820,557 (Warren), U.S. Pat. No. 4,837,084 (Warren), U.S. Pat. No. 4,865,902 (Golike et al.), U.S. Pat. No. 4,927,708 (Herran et al.), U.S. Pat. No. 4,952,451 (Mueller), U.S. Pat. No. 4,963,419 (Lustig et al.), and U.S. Pat. No. 5,059,481 (Lustig et al.), the disclosures of each of which are incorporated herein by reference, can also be used to make film structures from the novel compositions described herein. The film structures can also be made as described in a tenter-frame technique, such as that used for oriented polypropylene.

Other multi-layer film manufacturing techniques for food packaging applications are described in Packaging Foods With Plastics, by Wilmer A. Jenkins and James P. Harrington (1991), pp. 19–27, and in "Coextrusion Basics" by Thomas I. Butler, Film Extrusion Manual: Process, Materials, Properties pp. 31–80 (published by TAPPI Press (1992)) the disclosures of which are incorporated herein by reference.

The films may be monolayer or multilayer films. The film made from the novel compositions can also be coextruded with the other layer(s) or the film can be laminated onto another layer(s) in a secondary operation, such as that described in Packaging Foods With Plastics, by Wilmer A. Jenkins and James P. Harrington (1991) or that described in "Coextrusion For Barrier Packaging" by W. J. Schrenk and C. R. Finch, Society of Plastics Engineers RETEC Proceedings, Jun. 15–17 (1981), pp. 211–229, the disclosure of which is incorporated herein by reference. If a monolayer film is produced via tubular film (i.e., blown film techniques) or flat die (i.e., cast film) as described by K. R. Osborn and W. A. Jenkins in "Plastic Films, Technology and Packaging Applications" (Technomic Publishing Co., Inc. (1992)), the disclosure of which is incorporated herein by reference, then the film must go through an additional post-extrusion step of adhesive or extrusion lamination to other packaging material layers to form a multilayer structure. If the film is a coextrusion of two or more layers (also described by Osborn and Jenkins), the film may still be laminated to additional layers of packaging materials, depending on the other physical requirements of the final film. "Laminations Vs. Coextrusion" by D. Dumbleton (Converting Magazine (September 1992), the disclosure of which is incorporated herein by reference, also discusses lamination versus coextrusion. Monolayer and coextruded films can also go through other post extrusion techniques, such as a biaxial orientation process.

Extrusion coating is yet another technique for producing multilayer film structures using the novel compositions described herein. The novel compositions comprise at least one layer of the film structure. Similar to cast film, extrusion coating is a flat die technique. A sealant can be extrusion coated onto a substrate either in the form of a monolayer or a coextruded extrudate.

Generally for a multilayer film structure, the novel compositions described herein comprise at least one layer of the total multilayer film structure. Other layers of the multilayer structure include but are not limited to barrier layers, and/or tie layers, and/or structural layers. Various materials can be used for these layers, with some of them being used as more

5,677,383

11

than one layer in the same film structure. Some of these materials include: foil, nylon, ethylene/vinyl alcohol (EVOH) copolymers, polyvinylidene chloride (PVDC), polyethylene terephthalate (PET), oriented polypropylene (OPP), ethylene/vinyl acetate (EVA) copolymers, ethylene/ acrylic acid (EAA) copolymers, ethylene/methacrylic acid (EMAA) copolymers, LLDPE, HDPE, LDPE, nylon, graft adhesive polymers (e.g., maleic anhydride grafted polyethylene), and paper. Generally, the multilayer film structures comprise from 2 to about 7 layers.

### EXAMPLE 1

Seventy five percent (by weight of the total composition) of a homogeneously branched substantially linear ethylene/ 1-octene copolymer having $I_2$ of about 1 g/10 min, density of about 0.91 g/cm$^3$, $I_{10}/I_2$ of about 10, $M_w/M_n$ of about 2, and SHC of about 1.81 is dry blended and then melt blended with 25 percent (by weight of the total composition) of a heterogeneously branched ethylene/1-octene copolymer having $I_2$ of about 1 g/10 min, density of about 0.935 g/cm$^3$, $I_{10}/I_2$ of about 7.8, and $M_w/M_n$ of about 3.4. The heterogeneously branched ethylene/1-octene copolymer has a fraction of about 5 percent (by weight of the heterogeneously branched copolymer) having a SHC$\geq$1.3. The dry blend is tumble blended in a 50 gallon drum for about 1 hour.

The melt blend is produced in a ZSK 30 twin screw extruder (30 mm screw diameter) and is then fabricated into film. The final blended composition has a density of about 0.919 g/cm$^3$.

The blended composition is then fabricated into blown film having a thickness of about 1 mil on an Egan Blown Film Line having a 2 inch diameter screw, a 3 inch die and at a 2.5 inch blow up ratio (BUR), as described in Table 2. For all film samples in Examples 1, 2, 4, and 6 and for comparative examples 3, 5, and 7, the targeted gauge is about 1 mil, using a blow-up ratio (BUR) of 2.5:1, a LLDPE screw design is used, a die gap of 70 mils is used, and a lay flat of about 11.875 inches is used.

Film properties are measured and reported in Table 3 with other examples of the invention and with comparative examples. Dart impact (type A) of the films is measured in accordance with ASTM D-1709–85; tensile strength, yield, toughness, and 2% secant modulus of the films is measured in accordance with ASTM D-882; Elmendorf tear (type B) is measured in accordance with ASTM D-1922; PPT tear is measured in accordance with ASTM D-2582; Block is measured in accordance with ASTM D-3354.

Puncture is measured by using an Instron tensiometer Tensile Tester with an integrator, a specimen holder that holds the film sample taut across a circular opening, and a rod-like puncturing device with a rounded tip (ball) which is attached to the cross-head of the Instron and impinges perpendicularly onto the film sample. The Instron is set to obtain a crosshead speed of 10 inches/minute and a chart speed (if used) of 10 inches/minute. Load range of 50% of the load cell capacity (100 lb. load for these tests) should be used. The puncturing device is installed to the Instron such that the clamping unit is attached to the lower mount and the ball is attached to the upper mount on the crosshead. Six film specimens are used (each 6 inches square). The specimen is clamped in the film holder and the film holder is secured to the mounting bracket. The crosshead travel is set and continues until the specimen breaks. Puncture resistance is defined as the energy to puncture divided by the volume of the film under test. Puncture resistance (PR) is calculated as follows:

12

PR=E/((12)(T)(A))

where PR=puncture resistance (ft-lbs/in$^3$)
E=energy (inch-lbs)=area under the load displacement curve
12=inches/foot
T=film thickness (inches), and
A=area of the film sample in the clamp=12.56 in$^2$.

### EXAMPLE 2

Seventy five percent (by weight of the total composition) of a homogeneously branched substantially linear ethylene/ 1-octene copolymer having $I_2$ of about 0.5 g/10 min, density of about 0.915 g/cm$^3$, $I_{10}/I_2$ of about 11, $M_w/M_n$ of about 2.4, and SHC of about 2.265 is dry blended and then melt blended (as described in Example 1) with 25 percent (by weight of the total composition) of a heterogeneously branched ethylene/1-octene copolymer having $I_2$ of about 1 g/10 min, density of about 0.935 g/cm$^3$, $I_{10}/I_2$ of about 7.8, and $M_w/M_n$ of about 3.4. The heterogeneously branched ethylene/1-octene copolymer has a fraction of about 5 percent (by weight of the heterogeneously branched copolymer) having a SHC$\geq$1.3. The final blended composition has a density of about 0.92 g/cm$^3$.

Blown film is made as described in Table 2 and film properties are measured and reported in Table 3 with other examples of the invention and with comparative examples.

### COMPARATIVE EXAMPLE 3

A heterogeneously branched ethylene/1-octene copolymer having $I_2$ of about 1 g/10 min, density of about 0.92 g/cm$^3$, $I_{10}/I_2$ of about 7.93, and $M_w/M_n$ of about 3.34 is made into film as described in Example 1. The heterogeneously branched ethylene/1-octene copolymer has a fraction of about 36 percent (by weight of the heterogeneous copolymer) having a SHC$\geq$1.3. The entire heterogeneous ethylene/1-octene copolymer has a SHC of about 1.5.

Blown film is made as described in Table 2 and film properties are measured and reported in Table 3 with other examples of the invention and with comparative examples.

### EXAMPLE 4

Example 4 is an in-situ blend made according to U.S. Ser. No. 08/010,958 now abandoned, wherein the homogeneously branched substantially linear polymer is made in a first reactor and is an ethylene/1-octene copolymer having a melt index ($I_2$) of about 0.5 g/10 min., and a density of about 0.9054 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 8.27 and a molecular weight distribution ($M_w/M_n$) of about 1.979 and comprises about 50% (by weight of the total composition). A heterogeneously branched ethylene/1-octene copolymer is made in a second reactor operated sequentially with the first reactor and has a melt index ($I_2$) of about 1.5 g/10 min, and a density of about 0.944 g/cm$^2$ and comprises the remaining 50% (by weight of the total composition). The total composition has a melt index ($I_2$) of about 1 g/10 min., a density of about 0.9248 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 7.22 and a molecular weight distribution ($M_w/M_n$) of about 2.641. This composition is made into blown film as described in Table 2 and the resultant film properties are reported in Table 3.

### COMPARATIVE EXAMPLE 5

Comparative Example 5 is an ethylene/1-octene copolymer made according to U.S. Ser. No. 07/773,375, filed Oct.

5,677,383

13

7, 1991, now U.S. Pat. No. 5,250,612 the disclosure of which is incorporated herein by reference. About 15% (by weight of the total composition) is made in a first reactor, with the remaining portion of the composition polymerized in a second sequentially operated reactor. Both reactors utilize Ziegler type catalysts and make heterogeneously branched polymers. The total composition has a melt index ($I_2$) of about 0.56 g/10 min., a density of about 0.9256 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 9.5 and a molecular weight distribution ($M_w/M_n$) of about 4.35. This composition is also made into blown film as described in Table 2 and the resultant film properties are reported in Table 3.

### EXAMPLE 6

Example 6 is an in-situ blend made according to U.S. Ser. No. 08/010,958 now abandoned, wherein the homogeneously branched substantially linear polymer is made in a first reactor and is an ethylene/1-octene copolymer having a fractional melt index ($I_2$), a density of about 0.906 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 8–10 and a molecular weight distribution ($M_w/M_n$) of about 2.2 and comprises about 43% (by weight of the total composition). A second heterogeneously branched ethylene/1-octene copolymer is made in a second reactor operated sequentially with the first reactor and has a melt index ($I_2$) of about 0.85 g/10 minutes, a density of about 0.938 g/cm$^3$ and comprises the remaining 57% (by weight of the total composition). The total composition has a melt index ($I_2$) of about 0.53 g/10 minutes, a density of about 0.9246 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 7.83, and a molecular weight distribution ($M_w/M_n$) of about 2.8. This composition is made into blown film as described in Table 2 and the film properties are reported in Table 3.

14

### COMPARATIVE EXAMPLE 7

Comparative Example 7 is an ethylene/1-octene copolymer made according to U.S. Ser. No. 07/773,375, filed Oct. 7, 1991, now U.S. Pat. No. 5,250,612 the disclosure of which is incorporated herein by reference. About 25% (by weight of the total composition) is made in a first reactor, with the remaining portion of the composition polymerized in a second sequentially operated reactor. Both reactors utilize Ziegler type catalysts and make heterogeneously branched polymers. The total composition has a melt index ($I_2$) of about 0.49 g/10 min., a density of about 0.9244 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 10 and a molecular weight distribution ($M_w/M_n$) of about 4.78. This composition is also made into blown film as described in Table 2 and the resultant film properties are reported in Table 3.

### COMPARATIVE EXAMPLE 8

Comparative example 8 is a heterogeneously branched ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10 minutes, a density of about 0.9249 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 8 and a molecular weight distribution ($M_w/M_n$) of about 3.5.

Blown film is made as described in Table 2 and film properties are measured and reported in Table 3 with other examples of the invention and comparative examples.

TABLE 2

| | Ex. 1 | Ex. 2 | Comp. Ex. 3 | Ex. 4 | Comp. Ex. 5 | Ex. 6 | Comp. Ex. 7 | Comp. Ex. 8 |
|---|---|---|---|---|---|---|---|---|
| Zone 1A (°F.) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Zone 1B (°F.) | 450 | 451 | 475 | 474 | 475 | 475 | 475 | 474 |
| Zone 1C (°F.) | 450 | 450 | 475 | 475 | 475 | 475 | 475 | 475 |
| Zone 2A (°F.) | 450 | 450 | 475 | 474 | 475 | 475 | 475 | 475 |
| Zone 2B (°F.) | 450 | 450 | 455 | 475 | 475 | 475 | 475 | 475 |
| Zone 2C (°F.) | 450 | 450 | 47.5 | 475 | 475 | 475 | 475 | 475 |
| Zone 3 (°F.) | 451 | 452 | 474 | 477 | 477 | 476 | 476 | 474 |
| Zone 4 (°F.) | 450 | 450 | 473 | 475 | 475 | 475 | 475 | 475 |
| Zone 5 (°F.) | 450 | 450 | 475 | 475 | 475 | 475 | 475 | 475 |
| Melt temp. (°F.) | 475 | 477 | 515 | 501 | 502 | 499 | 499 | 497 |
| Blower Air temp. (°F.) | 47.3 | 45.7 | 57 | 44.4 | 86.5 | 47.6 | NA | 47.3 |
| Chill Water temp. (°F.) | 39 | 37.6 | 51.1 | 38.3 | 86.8 | 40 | 38.7 | 40.5 |
| Extruder Die press. (psi) | 2843 | 3427 | 1321 | 1874 | 1763 | 2893 | 2525 | 1952 |
| Nozzle press. (in.) | 5.2 | 4.5 | 4.38 | 4.4 | 4.9 | 4.6 | 4.6 | 4.3 |
| Amps | 27.3 | 33.1 | 37.7 | 39.9 | 40.2 | 50.1 | 42.6 | 38.6 |
| Extruder speed (rpm) | 27.6 | 28.8 | 21.5 | 23.1 | 21.1 | 21.5 | 22.1 | 21.7 |
| Nip Roll speed (rpm) | 33.1 | 36.9 | 39 | 39.8 | 36.2 | 37 | 36 | 37.8 |
| Output (lbs/hr) | 31 | NR* | 38.3 | 39 | NR* | 36 | 36 | 36 |
| Frost line height (in.) | 12.5 | 9 | 13 | 12 | 12 | 10.5 | 11 | 10.5 |

*NR = Not recorded

Appendix F-000105

5,677,383

15                                                                                          16

TABLE 3

| | Ex. 1 | Ex. 2 | Comp. Ex. 3 | Ex. 4 | Comp. Ex. 5 | Ex. 6 | Comp. Ex. 7 | Comp. Ex. 8 |
|---|---|---|---|---|---|---|---|---|
| Yield (MD*) (psi) | 1605 | 1595 | 1643 | 2040 | 2243 | 1973 | 1810 | 1782 |
| Tensile (MD*) (psi) | 8522 | 9525 | 7444 | 7794 | 7931 | 9325 | 8455 | 4928 |
| Toughness (MD*) (ft-lbs/in³) | 1689 | 1773 | 1439 | 1671 | 1519 | NR | NR | NR |
| Yield (CD**) (psi) | 1530 | 1489 | 1706 | 2267 | 2407 | 1997 | 1809 | 1832 |
| Tensile (CD**) (psi) | 6252 | 7603 | 5807 | 7079 | 7458 | 7153 | 6326 | 4598 |
| Toughness (CD**) (ft-lbs/in³) | 1282 | 1599 | 1358 | 1656 | 1495 | NR | NR | NR |
| Elmendorf B (MD*) (grams) | 288 | 216 | 334 | 317 | 194 | 320 | 398 | 297 |
| Elmendorf B (CD**) (grams) | 621 | 566 | 413 | 630 | 664 | 640 | 621 | 527 |
| PPT Tear (MD*) (lbs.) | 6.79 | 6.18 | 5.99 | 6.2 | 6.5 | 6.2 | 6.2 | 5.5 |
| PPT Tear (CD**) (lbs.) | 7.44 | 7.42 | 6.46 | 6.8 | 8.1 | 7.0 | 7.5 | 6.1 |
| Dart Impact A (grams) | 708 | 610 | 354 | 410 | 186 | 412 | 186 | 164 |
| Puncture (ft-lbs/in³) | 316 | 349 | 251 | 231 | 256 | 250 | 227 | 237 |
| Film Block g. | 75 | 33 | 87 | 32 | 17 | 11.8 | 17 | 22 |
| Film Gradient Density (g/cm³) | 0.9145 | 0.9153 | 0.9155 | 0.9205 | 0.9218 | 0.9198 | 0.9201 | 0.9207 |
| Film Gauge (low) (mils) | 0.9 | 0.9 | 0.9 | 0.85 | 0.8 | 0.98 | 0.95 | 1.05 |
| Film Gauge (high) (mils) | 1.2 | 1.05 | 1.1 | 0.95 | 1 | 1.08 | 1.05 | 1.15 |

*MD = Machine direction
**CD = Cross direction
NR = Not Recorded

In general, films made from the novel formulated ethylene/α-olefin compositions exhibit good impact and tensile properties, and an especially good combination of tensile, toughness and toughness (e.g., toughness and dart impact). Further, films from the example resins exhibited significant improvements over films made from the comparative resins in a number of key properties.

For example, comparing examples 1 and 2 with comparative example 3, the data show films produced from the melt blends (examples 1 and 2) exhibited significantly higher values for the following film properties: dart impact, MD tensile, CD tensile, MD toughness, CD toughness MD ppt tear, CD ppt tear, CD Elmendorf tear B, puncture and significantly lower block.

Comparing example 4 to comparative example 5, the data shows films produced from the in-situ blend (made according to U.S. Ser. No. 08/010,958, now abandoned) exhibited significantly higher values for the following film properties: dart impact, MD toughness and CD toughness.

Comparing example 6 to comparative examples 7 (an ethylene/1-octene copolymer made according to U.S. Ser. No. 07/773,375 now U.S. Pat. No. 5,250,612) and 8 (an heterogeneously branched ethylene/1-octene copolymer), the data show films produced from the in-situ blend (made according to U.S. Ser. No. 08/010,958) exhibited significantly higher values for the following film properties: dart impact, MD yield, CD yield, MD tensile, CD tensile, CD Elmendorf tear B and puncture and significantly lower block.

We claim:

1. A film made from an ethylene polymer composition, wherein the composition comprises

(A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

(vi) a critical shear stress at onset of gross melt fracture of greater than $4 \times 10^6$ dyne/cm², and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm³ to about 0.965 g/cm³ and wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to 1.3.

2. The film of claim 1 wherein the heterogeneously branched ethylene polymer is an interpolymer of ethylene with at least one $C_3$–$C_{20}$ α-olefin.

3. The film of claim 2 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and a $C_3$–$C_{20}$ α-olefin.

4. The film of claim 3 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

5. The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is an interpolymer of ethylene with at least one $C_3$–$C_{20}$ α-olefin.

6. The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and a $C_3$–$C_{20}$ α-olefin.

7. The film of claim 6 wherein the homogeneously branched substantially linear ethylene/α-olefin copolymer is a copolymer of ethylene and 1-octene.

5,677,383

| 17 | 18 |

8. In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

(vi) a critical shear stress at onset of gross melt fracture of greater than $4 \times 10^6$ dyne/cm$^2$, and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to 1.3.

9. The improvement of claim 8 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is an interpolymer of ethylene with at least one $C_3$–$C_{20}$ α-olefin.

10. The improvement of claim 8 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and a $C_3$–$C_{20}$ α-olefin.

11. The improvement of claim 10 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and 1-octene.

12. The improvement of claim 8 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and a $C_3$–$C_{20}$ α-olefin.

13. The improvement of claim 12 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

14. A film made from an ethylene polymer composition, wherein the composition comprises

(A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

(vi) a critical shear stress at onset of gross melt fracture of greater than $4 \times 10^6$ dyne/cm$^2$, and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

15. An ethylene polymer composition comprising

(A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

(vi) a critical shear stress at onset of gross melt fracture of greater than $4 \times 10^6$ dyne/cm$^2$, and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

16. A film made from an ethylene polymer composition, wherein the composition comprises

(A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

(vi) a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$, and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

17. An ethylene polymer composition comprising

(A) from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv) no high density fraction,

(v) a single melting peak as measured using differential scanning calorimetry,

5,677,383

19

(vi) a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$, and

(vii) a slope of strain hardening coefficient from 1.3 to 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total

20

composition) of at least one heterogeneously branched ethylene polymer.

18. The film of claims **14** or **16**, or the composition of claims **15** or **17**, wherein the composition comprises more than about 40 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer.

\* \* \* \* \*

525-240    AU 151    49004

WO 9003414
APR 1990   LECTUAL PROPERTY ORGANIZATION
International Bureau

 

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: | WO 90/03414 |
|---|---|---|---|
| C08L 23/08 | A1 | (43) International Publication Date: | 5 April 1990 (05.04.90) |

(21) International Application Number:    PCT/US89/04259

(22) International Filing Date:    28 September 1989 (28.09.89)

(30) Priority data:
252,094    30 September 1988 (30.09.88)    US

(60) Parent Application or Grant
(63) Related by Continuation
US    252,094 (CIP)
Filed on    30 September 1988 (30.09.88)

(71) Applicant *(for all designated States except US):* EXXON CHEMICAL PATENTS INC. [US/US]; 1900 East Linden Avenue, Linden, NJ 07036-0710 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)* : STEHLING, Ferdinand, Christian [US/US]; 214 Post Oak, Baytown, TX 77520 (US). SPEED, Charles, Stanley [US/US]; 4 Tucker, Dayton, TX 77535 (US). WELBORN, Howard, Curtis, Jr. [US/US];

1952 Vermont Avenue, Houston, TX 77019 (US).

(74) Agent: KURTZMAN, Myron, B.; Exxon Chemical Company, P.O. Box 5200, Baytown, TX 77522-5200 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), BR, CH (European patent), DE (European patent), DK, FI, FR (European patent), GB (European patent), HU, IT (European patent), JP, KR, LU (European patent), NL (European patent), NO, SE (European patent), SU, US.

Published
*With international search report.*

(54) Title: LINEAR ETHYLENE INTERPOLYMER BLENDS OF INTERPOLYMERS HAVING NARROW MOLECULAR WEIGHT AND COMPOSITION DISTRIBUTIONS

(57) Abstract

Linear ethylene interpolymer blends are disclosed. The blends are made from components having a narrow molecular weight distribution (e.g. $M_w/M_n \le 3$) and a narrow composition distribution (e.g. CDBI > 50 %). The blend components in a blend can all have the same molecular weight but different comonomer contents, the same comonomer content but different molecular weights, or comonomer contents which increase with molecular weight. The blends have either $M_w/M_n > 3$ or CDBI < 50 %, or both, and can be multimodal with respect to either or both molecular weight and/or comonomer content. The blends are generally free of blend components having both a higher average molecular weight and a lower average comonomer content than another blend component. The blends can have improved mechanical, physical and/or chemical properties.



*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | FR | France | ML | Mali |
| AU | Australia | GA | Gabon | MR | Mauritania |
| BB | Barbados | GB | United Kingdom | MW | Malawi |
| BE | Belgium | HU | Hungary | NL | Netherlands |
| BG | Bulgaria | IT | Italy | NO | Norway |
| BJ | Benin | JP | Japan | RO | Romania |
| BR | Brazil | KP | Democratic People's Republic | SD | Sudan |
| CF | Central African Republic | | of Korea | SE | Sweden |
| CG | Congo | KR | Republic of Korea | SN | Senegal |
| CH | Switzerland | LI | Liechtenstein | SU | Soviet Union |
| CM | Cameroon | LK | Sri Lanka | TD | Chad |
| DE | Germany, Federal Republic of | LU | Luxembourg | TG | Togo |
| DK | Denmark | MC | Monaco | US | United States of America |
| FI | Finland | MG | Madagascar | | |

WO 90/03414                                           PCT/US89/04259

- 1 -

LINEAR ETHYLENE INTERPOLYMER BLENDS OF INTERPOLYMERS HAVING
NARROW MOLECULAR WEIGHT AND COMPOSITION DISTRIBUTIONS

## SPECIFICATION

### Field of the Invention

The present invention relates to polymer blends of
crystalline interpolymers, such as LLDPE, and more
particularly to blends of such interpolymers wherein each
5  blend component has a narrow molecular weight distribution
and a narrow composition distribution selected to obtain
superior properties in the blend.

### Background of the Invention

Various types of polyethylene are known in the art.
10  Low density polyethylene ("LDPE") is generally prepared at
high pressure using free radical initiators and typically
has a density in the range of 0.915-0.940 $g/cm^3$. LDPE is
also known as "branched" polyethylene because of the
relatively large number of long chain branches extending
15  from the main polymer backbone.

High density polyethylene ("HDPE") usually has a
density in the range of greater than 0.940 to 0.960 $g/cm^3$.
HDPE is prepared using a coordination catalyst, e.g.
Ziegler-Natta type catalysts, at low or moderate
20  pressures, but sometimes at high pressure. HDPE is

Appendix F-000111

WO 90/03414                                            PCT/US89/04259

-2-

generally linear without any substantial side chain
branching.  HDPE is a substantially crystalline polymer.
        Linear, low density polyethylene ("LLDPE") is
generally prepared in the same manner as HDPE, but
5    incorporates a relatively minor amount of an α-olefin
comonomer such as butene, hexene or octene to introduce
enough short chain branches into the otherwise linear
polymer to reduce the density of the resultant polymer
into the range of that of LDPE.  The coordination
10   catalysts used to interpolymerize ethylene and the
α-olefin generally produce an LLDPE with a relatively
broad weight molecular weight distribution, i.e., Mw/Mn
greater than about 3.  Such LLDPE's also have relatively
broad composition distribution in that the proportion of α-olefin
15   comonomer molecules incorporated into the polymer
molecules varies.  Generally, the lower molecular weight
polymer molecules contain a relatively higher proportion
of the α-olefin comonomer than the higher molecular weight
polymer molecules.
20       A polyethylene such as LLDPE having a broad molecular
weight distribution is undesirable in many respects,
depending on the desired end use application.  For
example, LLDPE resins known in the prior art containing
relatively high molecular weight molecules are subject to
25   orientation which results in anisotropic properties in the
machine versus transverse direction of a fabrication
process.  On the other hand, resins containing relatively
lower molecular weight molecules, in which the comonomer
is invariably concentrated, tend to exhibit high block and
30   tackiness.  These lower molecular weight, highly branched
molecules interfere with the proper function of certain
additives compounded in the resin, increase the percentage
of extractable polymer, and increase fouling in the
polymerization plant.  The relatively high α-olefin
35   comonomer content of these low molecular weight polymer
molecules causes such polymer molecules to be generally

Appendix F-000112

-3-

amorphous and to exude to the surface of fabricated parts,
thereby producing an undesirable sticky surface.

Prior art polyethylenes such as LLDPE also generally
tend to have a very broad, nonuniform distribution of
5   comonomer content, i.e. some polymer molecules have a
relatively high α-olefin comonomer content while others
have a relatively low content.  Generally, the polymer
molecules of low comonomer content are relatively more
crystalline and have a high melting temperature, whereas
10  the high comonomer content polymer molecules are more
amorphous and melt at a lower temperature.  The presence
of a higher melting component is disadvantageous in many
applications, for example where softness or clarity is
desired.  On the other hand, the presence of a lower
15  melting component frequently results in a high quantity of
extractables, which limit food contact applications.

Prior art blends of polyethylenes designed to improve
one or more of the properties of the blend relative to its
blend components or prior art polyethylene have also
20  suffered from the drawbacks mentioned above.  For example,
incorporating a blend component with a high average
comonomer content to reduce crystallizability generally
results in an increase of extractables and adversely
affects other properties so that the full advantage of the
25  blend is not realized.  Thus, there is a need to provide
ethylene interpolymer blends with superior properties and
in which the full advantages of blending may be realized.

Summary of the Invention

The present invention provides a blend of ethylene
30  interpolymer components with narrow molecular weight and
composition distributions selected to obtain an overall
molecular weight and composition distribution in the
resulting blend to impart superior properties thereto.
Broadly, the blends of this invention comprise a plurality
35  of linear ethylene interpolymer components wherein each
component has a $M_w/M_n$ value less than or equal to 3 and a
composition distribution breadth index (as later

Appendix F-000113

WO 90/03414                                                    PCT/US89/04259

-4-

described) of 50% or higher.  The blend is substantially
free of blend components having both a higher average
molecular weight and a lower average comonomer content
than that of any other polyethylene component in the
5   blend.  The components for the blend can be selected so
that the resultant blend has plural modality with respect
to molecular weight distribution, comonomer content, or
both.

     In another aspect, the components for the blend are
10   linear ethylene interpolymers having the narrow molecular
weight and composition distributions mentioned above and
the blend components are selected from one of the groups
consisting of: (1) linear ethylene interpolymer blend
components having substantially the same average molecular
15   weight but different average comonomer contents; (2)
linear ethylene interpolymer blend components having
substantially the same average comonomer content but
different average molecular weights; and (3) linear
ethylene interpolymer blend components having different
20   average molecular weights and comonomer contents in which
the blend components, taken serially in order of
increasing average molecular weight, have an increasing
comonomer content.

     In still another aspect, the linear ethylene
25   interpolymer blend components have the narrow molecular
weight and composition distribution mentioned above, and
for the linear ethylene interpolymer blend components
taken serially in order of increasing average molecular
weight, then each succeeding component has substantially
30   the same or a higher average comonomer content than each
preceding component in said series.

     In another aspect, the invention provides a linear
ethylene interpolymer having plural modality with respect
to comonomer content, a narrow molecular weight
35   distribution such that $M_w/M_n \leq 3$ and an overall
composition distribution breadth index less than 50%.

WO 90/03414                                               PCT/US89/04259

-5-

In still another aspect, the invention provides a linear ethylene interpolymer having plural modality with respect to molecular weight so that the blend has broad overall molecular weight distribution such that $M_w/M_n > 3$
5   and a composition distribution breadth index greater than or equal to 50%.

In still another aspect, the invention provides a linear ethylene interpolymer of plural modality with respect to both comonomer content and molecular weight,
10   comprising a plurality of components having a narrow molecular weight distribution such that $M_w/M_n \leq 3$ for each fraction and each component taken serially in order of increasing average molecular weight, has an increasing average comonomer content.

15   In a still further aspect of the invention, there is provided a linear ethylene interpolymer blend of plural modality with respect to both comonomer content and molecular weight which comprises a plurality of components having a composition distribution breadth index of 50% or
20   more, wherein the components taken serially in order of increasing comonomer content, have an increasing average molecular weight.

Brief Description of the Drawings

Fig. 1 is a schematic illustration of different
25   blends made from poly(ethylene-co-α-olefin) blend components having narrow molecular weight and composition distributions.

Fig. 2 illustrates the broad molecular weight distribution and broad composition distribution of a
30   typical prior art LLDPE.

Fig. 3 illustrates the narrow molecular weight distribution and narrow composition distribution of an exemplary blend component used in the present invention.

Fig. 4 illustrates the molecular weight distribution
35   and composition distribution of an exemplary LLDPE blend according to an embodiment of the invention in which the

Appendix F-000115

WO 90/03414                                      PCT/US89/04259

-6-

blend components have about the same molecular weight but
differing comonomer contents.

Fig. 5 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
according to another embodiment of the invention in which
the blend components have about the same comonomer content
but differing molecular weights.

Fig. 6 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
according to yet another embodiment of the invention in
which the conomoner contents of the blend components
increases as the molecular weight increases.

Description of the Preferred Embodiments

The linear ethylene interpolymer blend components in
the present invention are higher interpolymers of a major
proportion of ethylene and a minor proportion of
comonomer. The ethylene is generally polymerized in a
proportion of 70-100, typically 70-97, and often 70-80,
80-90 or 90-95, mole percent of the interpolymerized
monomers with 0-30, typically 3-30, and often 20-30, 10-20
or 5-10, mole percent comonomer. Contemplated blend
components generally include elastomer blend components in
the density range of about 0.85-0.900 g/cm$^3$, very low
density polyethylene blend components in the density range
of about 0.900-0.915 g/cm$^3$, and linear, low density
polyethylene blend components in the density range of
about 0.915-0.940 g/cm$^3$. Ethylene interpolymers having a
density in the high density polyethylene range above about
0.940 g/cm$^3$ are also contemplated as being suitably
employed in the invention.

Suitable comonomers interpolymerized with the
ethylene to obtain the ethylene interpolymer blend
components herein generally include monomers which may be
copolymerized with ethylene to obtain the molecular weight
distribution and comonomer distribution desired in the
blend component. A preferred class of comonomers are the

Appendix F-000116

WO 90/03414                                    PCT/US89/04259

-7-

α-olefins having 3 to about 12 carbon atoms, such as
propylene,     1-butene,     1-pentene,     1-hexene,
3-methyl-1-pentene,     4-methyl-1-pentene,     1-octene,
1-decene, 1-dodecane and the like.   Other suitable
5   comonomers include vinyl cyclohexane, norbornene, vinyl
cyclohexene,   and   other   diene   comonomers   such   as
1,3-butadiene,   1,4-hexadiene,   4-methyl-1,4-hexadiene,
5-methyl-1,4-hexadiene, 1,5-hexadiene and the like.   The
ethylene interpolymer may include one or more of such
10   comonomers, i.e. it may be a copolymer, terpolymer, etc.
The   molecular   weight   of   the   LLDPE   blend   components
may range from one thousand to one million or more
depending on the particular end use, preferably $10^4$-$10^6$,
and especially $2 \times 10^4$ - $5 \times 10^5$.  As used herein, the
15   terms "average molecular weight" and "molecular weight"
refer to weight average molecular weight unless otherwise
indicated.    The   linear   polyethylene   blend   components
preferably have a narrow molecular weight distribution
(MWD).  By "narrow MWD" is meant that the ratio of the
20   weight average molecular weight ($M_w$) to the number average
molecular weight ($M_n$) is less than or equal to 3.0.
Particularly preferred are the linear polyethylene blend
components having a very narrow MWD, i.e. $M_w/M_n$ less than
or equal to 2.5, and especially less than or equal to 2.0.
25   Molecular weight distributions of ethylene interpolymers
are readily determined by techniques known in the art,
such as, for example, size exclusion chromatography.
The linear polyethylene blend components preferably
have a composition distribution (CD) such that the
30   composition distribution breadth index (CDBI) is at least
50%.   The CDBI is defined as the weight percent of the
copolymer molecules having a comonomer content within 50
percent of the median total molar comonomer content.  The
CDBI of linear polyethylene, which does not contain a
35   comonomer, is defined to be 100%.  The CDBI of a copolymer
is readily calculated from data obtained from techniques
known in the art, such as, for example, temperature rising

Appendix F-000117

WO 90/03414                                    PCT/US89/04259

-8-

elution fractionation as described, for example, in U.S.
Patent Application Serial No. 151,350 or in Wild et al.,
J. Poly. Sci, Poly. Phys. Ed., vol. 20, p. 441 (1982).
Unless otherwise indicated, terms such as "comonomer
5     content", "average comonomer content" and the like refer
to the bulk comonomer content of the indicated
interpolymer blend, blend component or fraction on a molar
basis.

A graphical illustration of an exemplary narrow MWD,
10    narrow CD blend component is seen in Fig. 3.  In this
three-dimensional figure, the Y-axis is the molecular
weight, the X-axis is the molar comonomer content, and the
Z-axis represents the incidence or weight proportion of
molecules.  As can be seen, the MWD and the CD of the
15    blend component are narrow and appear as relatively sharp
peaks in Fig. 3.  In contrast, the MWD/CD diagram for a
typical conventional LLDPE seen in Fig. 2 shows a broad
MWD and a broad CD, and the comonomer content tends to
decrease as the molecular weight increases.

20         In the blends of the present invention, one or more
of the properties of the blend are improved by appropriate
selection of narrow MWD, narrow CD blend components.  In
one embodiment, for example, tear strength may be
controlled by blending linear polyethylene resins having
25    about the same average molecular weight but with different
average comonomer contents.  Such a blend is illustrated
as line B in Fig. 1.  In another embodiment, the comonomer
contents of the linear polyethylene blend components are
the same, but molecular weights are varied, as illustrated
30    by line C in Fig. 1.  In still further embodiments
illustrated by lines D, E and F in Fig. 1, the blend
components taken serially in order of increasing molecular
weight, or in order of increasing molar comonomer content,
have the same or higher comonomer content or molecular
35    weight, respectively.

As used herein, two or more blend components have
substantially the same molecular weight if the resulting

-9-

MWD of the blend thereof is similarly narrow to the MWD of
each blend component, i.e. the value of $M_w/M_n$ of the
resulting blend is less than or equal to about 3.0,
preferably less than about 2.5. Conversely, two or more
5   blend components have a different average molecular weight
if the overall $M_w/M_n$ of the resulting blend is relatively
greater than for each such blend component, i.e., the
$M_w/M_n$ of the blend is greater than 3.0. As used herein,
two or more blend components have a different comonomer
10  content if the overall CDBI of the resulting blend is
relatively less than that of each such blend component,
i.e., the overall CDBI of the blend is less than 50%.
Conversely, two or more blend components have
substantially the same molar comonomer content if the
15  resulting CD of the blend thereof is similarly narrow with
respect to each blend component, i.e., the resulting blend
has a CDBI of 50% or greater. It is readily appreciated
that the CD and MWD of a blend can depend on the relative
proportions of each blend component employed therein.
20  It is specifically contemplated that blend components may
have the "same" molecular weight for purposes of one
blend, but not for the purpose of another blend, e.g.
wherein the components would result in the blend having an
MWD less than or greater than 3.0 depending on the
25  proportion of each blend component. Similarly, blend
components may have a "different" comonomer content for
purposes of one blend, but not for the purposes of another
blend, e.g. wherein the components would result in the
final blend having CDBI less than or greater than 50%
30  depending on the proportion of each blend component.

     The molecular weight and composition distribution of
a bimodal blend of the invention is illustrated
graphically in Fig. 4. It is seen from this MWD/CD
diagram that the comonomer content of each of the blend
35  components is different, while the molecular weight of
each blend component is about the same. This blend
corresponds to line E of Fig. 1. In contrast, a similar

WO 90/03414                                    PCT/US89/04259

-10-

graph for typical conventional LLDPE is seen in Fig. 2,
and line A of Fig. 1, and shows that the lower molecular
weight fractions contain more of the comonomer than the
higher molecular weight fractions. The lower molecular
5    weight molecules which contain relatively high comonomer
concentrations as in this conventional LLDPE can cause
undesirable effects such as poor surface properties, high
block and tackiness, cling development, high levels of
extractables, and fouling of polymerization plants. In
10   the present invention, such effects are minimized and
properties are enhanced by providing blends of the type
illustrated in Curve B, C, D, E, and F.

     As an example of the embodiment of Curve B, it has
been found that a 50-50 blend of a first LLDPE having a
15   6.4 mole% 1-butene content and a $M_w$ of 80,400 ($M_w/M_n$ = 2.3;
CDBI = ~67%; MI 4.0 dg/min; density 0.9042 g/cm$^3$) with a
HDPE having a 0.0 mole% 1-butene content and a $M_w$ of
76,700 ($M_w/M_n$ = 2.8; CDBI = ~100%; MI 5.0 dg/min; density
0.9552 g/cm$^3$) has an Elmendorf tear strength of 210 g/mil,
20   synergistically enhanced in contrast to the tear strengths
of 111 and 48 g/mil for the respective first and second
blend components. Further, a 25-75 blend of these same
components has a further enhanced Elmendorf tear strength
of 227 g/mil. This result is quite surprising and
25   unexpected because including a higher proportion of the
second LLDPE resin with the lower tear strength in the
blend increases the tear strength of the resulting blend,
rather than decreasing the tear strength as would be
expected.

30   In another embodiment exemplified in Fig. 5 and line
C of Fig. 1, a multimodal MWD is obtained by blending
linear polyethylene components having narrow molecular
weight and composition distributions, and about the same
comonomer content, but differing molecular weights. The
35   molecular weight distribution of such blends improves the
melt processability and rheological characteristics
thereof, for example, high extrusion rates, high bubble

-11-

stability, high shear sensitivity, reduced draw resonance.
On the other hand, the optical properties of mechanical,
surface and individual blend components are generally
substantially retained or improved in the blend thereof,
5    including, for example tear strength, modulus, yield
strength, reduced blocking, clarity, gloss, haze and the
like.  Moreover, such blends have lower portions of
soluble molecules than prior art copolymers having similar
molecular weight distribution.  Desirable molecular weight
10   and composition distributions may be obtained by blending
different components, or by polymerization of the blend
components simultaneously in the same reactor or in
multiple reactors.

       The higher molecular weight fraction containing
15   relatively less comonomer as in conventional LLDPE may
cause an anisotropic morphology during fabrication
processing known as "row nucleated" or "shish-ka-bob"
morphology.  This anisotropic morphology is believed to
contribute to poor toughness in articles crystallized from
20   flowing melts.  In the present invention, the anisotropy
may be minimized by providing a blend with lower
concentrations of such higher molecular weight molecules
with a relatively low comonomer content and by
incorporating the comonomer in the blend components as
25   indicated in blend B, C, D, E and F.

       In another embodiment as exemplified by Fig. 5 and
line D of Fig. 1, the blend includes components having
narrow molecular weight and composition distributions, but
differing average molecular weights and average comonomer
30   contents.  However, in contrast to conventional LLDPE as
illustrated in line A of Fig. 1 and in Fig. 2, the blend
of this embodiment has a greater comonomer content in the
higher molecular weight fractions or blend components than
in the lower molecular weight fractions or blend
35   components.  These distributions are obtained, for
example, by blending narrow MWD, narrow CD linear
polyethylene resins which, taken serially in order of

-12-

increasing molecular weight, have an increasing comonomer
content.   It is also contemplated that the blend may
include two or more blend components having the same
molecular weight as illustrated by line F in Fig. 1, in
5   which case such components would be included in the serial
ordering secondarily in order of their increasing average
comonomer content.  Also, the presence of two or more
blend components having the same comonomer content is also
contemplated as being within the purview of this
10   embodiment, as illustrated by line E in Fig. 1, provided
that there is included either at least one blend component
having a higher comonomer content and molecular weight or
at least one blend component having a lower comonomer
content and lower molecular weight than any of the blend
15   components having the same comonomer content.  In this
embodiment, the blend is preferably substantially free of
blend components having both a higher molecular weight and
a lower comonomer content than any component present in
the blend.
20      Such a blend has properties which are significantly
different from prior art blends and conventional LLDPE
resins in which the comonomer content generally decreases
in proportion to increasing molecular weight components or
fractions.  The isotropy and toughness of films made from
25   such blends are improved by minimizing the anisotropic
shish-ka-bob or row-nucleated morphology ordinarily caused
by a low concentration of comonomers present in the higher
molecular weight molecules in conventional LLDPE resins.
Moreover, such blends have desirable properties such as,
30   for example, reduced blocking, reduced coefficients of
friction, and lower extractables, in comparison to
conventional LLDPE resins.
The linear polyethylene blend components of the
invention may be prepared by use of catalyst systems of
35   the metallocene type known to provide narrow CD/MWD
resins.  Cyclopentadienylide catalyst systems using a
metallocene complex in conjunction with an alumoxane

Appendix F-000122

-13-

cocatalyst or reaction product thereof are suitable for preparing the polymer components utilized in the blends of the invention. The metallocene catalyst may be represented by the general formula $(C_p)_m MR_n R'_p$ wherein $C_p$

5    is a substituted or unsubstituted cyclopentadienyl ring; M is a Group IVB, or VB transition metal; R and R' are independently selected halogen, hydrocarbyl group, or hydrocarboxyl groups having 1-20 carbon atoms; $m = 1-3$, $n = 0-3$, $p = 0-3$, and the sum of $m + n + p$ equals the

10   oxidation state of M. Various forms of the catalyst system of the metallocene type may be used for polymerization to prepare the polymer components of the present invention including those of the homogenous or the heterogeneous, supported catalyst type wherein the

15   catalyst and alumoxane cocatalyst are together supported or reacted together onto an inert support for polymerization by gas-phase, high pressure, slurry, or solution polymerization.

The cyclopentadienyls of the catalyst may be

20   unsubstituted or substituted with hydrogen or hydrocarbyl radicals. The hydrocarbyl radicals may include alkyl, alkenyl, aryl, alkylaryl, arylalkyl, and like radicals containing from about 1-20 carbon atoms or where 2 carbon atoms of cyclopentadienyl are joined together to form a

25   $C_4$-$C_6$ ring. Exemplary hydrocarbyl radicals include methyl, ethyl, propyl, butyl, amyl, isoamyl, hexyl, isobutyl, heptyl, octyl, nonyl, decyl, cetyl, 2-ethylhexyl, phenyl and the like. Exemplary halogen substituents include chlorine, bromine, flourine and

30   iodine. Of these halogen atoms, chlorine is preferred. Exemplary hydrocarboxy radicals are methoxy, ethoxy, propoxy, butoxy, amyloxy and the like. Illustrative, but non-limiting examples of the metallocene catalyst useful in preparing the polymers of the present invention include

35   bis(cyclopentadienyl)titanium dimethyl, bis(cyclopentadienyl)titanium diphenyl,

Appendix F-000123

-14-

bis(cyclopentadienyl)zirconium dimethyl,
bis(cyclopentadienyl)zirconium diphenyl,
bis(cyclopentadienyl)hafnium dimethyl and diphenyl,
bis(cyclopentadienyl)titanium di-neopentyl,
5  bis(cyclopentadienyl)zirconium di-neopentyl,
bis(cyclopentadienyl)titanium dibenzyl,
bis(cyclopentadienyl)zirconium dibenzyl,
bis(cyclopentadienyl)vanadium dimethyl; the mono alkyl
metallocenes such as bis(cyclopentadienyl)titanium methyl
10  chloride, bis(cyclopentadienyl)titanium ethyl chloride,
bis(cyclopentadienyl)titanium phenyl chloride,
bis(cyclopentadienyl)zirconium methyl chloride,
bis(cyclopentadienyl)zirconium ethyl chloride,
bis(cyclopentadienyl)zirconium phenyl chloride,
15  bis(cyclopentadienyl)titanium methyl bromide,
bis(cyclopentadienyl)titanium methyl iodide,
bis(cyclopentadienyl)titanium ethyl bromide,
bis(cyclopentadienyl)titanium ethyl iodide,
bis(cyclopentadienyl)titanium phenyl bromide,
20  bis(cyclopentadienyl)titanium phenyl iodide,
bis(cyclopentadienyl)zirconium methyl bromide,
bis(cyclopentadienyl)zirconium methyl iodide,
bis(cyclopentadienyl)zirconium ethyl bromide,
bis(cyclopentadienyl)zirconium ethyl iodide,
25  bis(cyclopentadienyl)zirconium phenyl bromide,
bis(cyclopentadienyl)zirconium phenyl iodide; the trialkyl
metallocenes such as cyclopentadienyltitanium trimethyl,
cyclopentadienyl zirconium triphenyl, and cyclopentadienyl
zirconium    trineopentyl,    cyclopentadienylzirconium
30  trimethyl, cyclopentadienylhafnium triphenyl,
cyclopentadienylhafnium trineopentyl, and
cyclopentadienylhafnium trimethyl.

Other metallocenes which may be usefully employed to
prepare the polymer components of the invention include
35  the  monocyclopentadienyls  titanocenes  such  as,
pentamethylcyclopentadienyl titanium trichloride,

WO 90/03414                                    PCT/US89/04259

-15-

pentaethylcyclopentadienyl titanium trichloride;
bis(pentamethylcyclopentadienyl) titanium diphenyl, the
carbene represented by the formula
bis(cyclopentadienyl)titanium=$CH_2$ and derivatives of this
5   reagent such as bis(cyclopentadienyl)Ti=$CH_2$.Al$(CH_3)_3$,
$(Cp_2TiCH_2)_2$,    $Cp_2TiCH_2CH(CH_3)CH_2$,    $Cp_2Ti-CHCH_2CH_2$;
substituted bis(cyclopentadienyl)titanium (IV) compounds
such as: bis(indenyl)titanium diphenyl or dichloride,
bis(methylcyclopentadienyl)titanium diphenyl or dihalides;
10  dialkyl,  trialkyl,  tetra-alkyl  and  penta-alkyl
cyclopentadienyl   titanium   compounds   such   as
bis(1,2-dimethylcyclopentadienyl)titanium  diphenyl  or
dichloride,  bis(1,2-diethylcyclopentadienyl)titanium
diphenyl or dichloride and other dihalide complexes;
15  silicon,  phosphine,  amine  or  carbon  bridged
cyclopentadiene   complexes,   such   as   dimethyl
silyldicyclopentadienyl titanium diphenyl or dichloride,
methyl phosphine dicyclopentadienyl titanium diphenyl or
dichloride, methylenedicyclopentadienyl titanium diphenyl
20  or dichloride and other dihalide complexes and the like.
    Additional zirconocene catalysts useful according to
the  present  invention  include  bis(cyclopentadienyl)
zirconium  dimethyl;  bis(cyclopentadienyl)  zirconium
dichloride, bis(cyclopentadienyl) zirconium
25  methylchloride,  pentamethylcyclopentadienyl  zirconium
trichloride, pentaethylcyclopentadienyl zirconium
trichloride,   bis(pentamethylcyclopentadienyl)zirconium
diphenyl, the alkyl substituted cyclopentadienes, such as
bis(ethylcyclopentadienyl)zirconium dimethyl,
30  bis($\beta$-phenylpropylcyclopentadienyl)zirconium   dimethyl,
bis(methylcyclopentadienyl)zirconium dimethyl,
bis(n-butyl-cyclopentadienyl)zirconium dimethyl,
bis(cyclohexylmethylcyclopentadienyl)zirconium  dimethyl,
bis(n-octyl-cyclopentadienyl)zirconium dimethyl, and
35  haloalkyl and dihalide complexes of the above; di-alkyl,
trialkyl, tetra-alkyl, and penta-alkyl cyclopentadienes,
such   as   bis(pentamethylcyclopentadienyl)zirconium

-16-

di-methyl, bis(1,2-dimethylcyclopentadienyl)zirconium dimethyl and dihalide complexes of the above; silicon, phosphorus, and carbon bridged cyclopentadiene complexes such as dimethylsilyldicyclopentadienyl zirconium dimethyl

5   or dihalide, and methylene dicyclopentadienyl zirconium dimethyl or dihalide, and methylene dicyclopentadienyl ethylene bridged bis(tetrahydroindenyl) zirconium dimethyl or dihalide, carbenes represented by the formula $Cp_2Zr=CHP(C_6H_5)_2CH_3$, and derivatives of these compounds

10  such as $Cp_2\overline{Zr}CH_2CH(CH_3)\overline{CH}_2$.

Bis(cyclopentadienyl)hafnium dichloride, bis(cyclopentadienyl)vanadium dichloride and the like are illustrative of other metallocenes.

The alumoxanes are polymeric aluminum compounds which

15  can be represented by the general formulae $(R-Al-O)_n$ which is a cyclic compound and $R(R-Al-O-)_nAlR_2$, which is a linear compound. In the general formula R is a $C_1-C_5$ alkyl group such as, for example, methyl, ethyl, propyl, butyl and pentyl and n is an integer from 2 to about 20.

20  Generally, in the preparation of alumoxanes from, for example, aluminum trimethyl and water, a mixture of the linear and cyclic compounds is obtained.

The alumoxane can be prepared in various ways. Preferably, they are prepared by contacting water with a

25  solution of aluminum trialkyl, such as, for example, aluminum trimethyl, in a suitable organic solvent such as benzene or an aliphatic hydrocarbon. For example, the aluminum alkyl is treated with water in the form of a moist solvent. In an alternative method, the aluminum

30  alkyl such as aluminum trimethyl can be desirably contacted with a hydrated salt such as hydrated copper sulfate.

Preferably, the alumoxane is prepared in the presence of a hydrated ferrous sulfate as described in U.S. Patent

35  4,665,208. The method comprises treating a dilute solution of aluminum trimethyl in, for example, toluene, with ferrous sulfate represented by the general formula

Appendix F-000126

-17-

$FeSO_4 \cdot 7H_2O$. The ratio of ferrous sulfate to aluminum
trimethyl is desirably about 1 mole of ferrous sulfate for
6 to 7 moles of aluminum trimethyl. The reaction is
evidenced by the evolution of methane.

5      The ratio of aluminum in the alumoxane to total metal
in the metallocenes can be in the range of about 0.5:1 to
about 10,000:1, and preferably about 5:1 to about 1000:1.

Various inorganic oxide supports may be used for
supported catalyst systems to prepare interpolymers and
10    blend components of the present invention. The
polymerization is generally carried out in the temperature
range of about 0-160°C, or even higher, but this range is
not meant to be exclusive for preparing the interpolymer
and blend components of the invention, which may be
15    prepared by any technique resulting in the structure set
forth. Atmospheric, sub-atmospheric, or super-atmospheric
pressure conditions have been used for the polymerization
using the metallocene catalyst described above. It is
generally preferred to use catalyst compositions at a
20    concentration so as to provide from about 1 ppm to about
5000 ppm, most preferably 10 ppm to 300 ppm, by weight of
transition metal based on the weight of monomers in the
polymerization of the ethylene polymers.

A slurry polymerization process generally uses
25    super-atmospheric pressures and temperatures in the range
of 40-110°C. In a slurry polymerization, a suspension of
solid, particulate polymer is formed in a liquid
polymerization medium to which ethylene and comonomers and
often hydrogen along with catalyst are added. The liquid
30    employed in the polymerization medium can be alkane or
cycloalkane, or an aromatic hydrocarbon such as toluene,
ethylbenzene or xylene. The medium employed should be
liquid under the conditions of polymerization and
relatively inert. Preferably, hexane or toluene is
35    employed.

In a modification, the polymer components of the
present invention may be formed by gas-phase

-16-

polymerization.    A    gas-phase    process    utilizes
super-atmospheric pressure and temperatures in the range
of about 50°-120°C.   Gas-phase polymerization can be
performed in a stirred or fluidized bed of catalyst and
5      product particles in a pressure vessel adapted to permit
the separation of product particles from unreacted gases.
Thermostated ethylene, comonomer, hydrogen and an inert
diluent gas such as nitrogen can be introduced or
recirculated so as to maintain the particles at a
10     temperature of 50°-120°C.   Triethylaluminum may be added
as needed as a scavenger of water, oxygen, and other
adventitious impurities.   Polymer product can be withdrawn
continuously or semi-continuously at a rate such as to
maintain a constant product inventory in the reactor.
15     After polymerization and deactivation of the catalyst, the
product polymer can be recovered by any suitable means.
In commercial practice, the polymer product can be
recovered directly from the gas phase reactor, freed of
residual monomer with a nitrogen purge, and used without
20     further deactivation or catalyst removal.   The polymer
obtained can be extruded into water and cut into pellets
or   other   suitable   comminuted   shapes.    Pigments,
antioxidants and other additives may be added to the
polymer, as is known in the art.
25         The blends of the present invention are prepared by
blending the desired components in the desired proportions
using conventional blending, techniques and apparatus,
such as, for example, screw-type extruders, Banbury
mixers, and the like.  Alternatively, the blends may be
30     made by direct polymerization, without isolation of the
blend components, using, for example, two or more
catalysts in one reactor, or by using a single catalyst
and two or more reactors in series or parallel.  The blend
may also be compounded with various conventional additives
35     known in the art such as, for example, antioxidants, UV
stabilizers, pigments, fillers, slip additives, block
additives, and the like.  The blend preferably does not

Appendix F-000128

-19-

contain any blend components in proportions which would
significantly adversely affect any improved properties
desired to be obtained by blending the LLDPE resins.

The invention is illustrated by way of the following
5   examples:

Example 1

An ethylene homopolymer resin, identified as '006,
having characteristics shown in Table 1, was prepared in a
gas phase reactor employing a silica supported transition
10  metal catalyst described below.

The gas phase reaction was carried out at 185°F
reaction temperature, 195 psi ethylene pressure, a
hydrogen/ethylene mole ratio of 0.00041, and a residence
time of 2 hours. A second polymer, an ethylene/butene-1
15  copolymer identified as '013, having characteristics shown
in Table 1 was prepared in the gas phase reactor using the
same supported catalyst as described below. The gas phase
reaction was carried out at 140°F reactor temperature, 195
psi ethylene pressure, a hydrogen/ethylene mole ratio of
20  0.00061, a butene-1/ethylene mole ratio of 0.123, and a
residence time of 2 hours.

The silica supported transition metal catalyst was
obtained as follows:

100 grams of high surface area (Davison 952) silica,
25  dehydrated in a flow of dry nitrogen at 800°C for 5 hours,
was slurried with 500 cc of toluene at 25°C under nitrogen
in a 2500 cc round-bottom flask using a magnetic stirrer.
250 cc of methyl alumoxane in toluene (1.03 mole/liter in
aluminum) was added dropwise over 15 minutes with constant
30  stirring to the silica slurry. Stirring was continued for
30 minutes while maintaining the temperature at 25°C. To
the alumoxane treated silica slurry was added dropwise
over 15 minutes, with constant stirring 250.0 cc of
toluene   solution   containing   2.00   grams   of
35  bis(n-butylcyclopentadienyl)zirconium dichloride. This
slurry was stirred an additional one half hour while
maintaining the temperature at 65°C and thereafter the

Appendix F-000129

-20-

toluene was decanted and the solids recovered and dried in
vacuo for 4 hours. Analysis of the catalyst indicated
that it contained 4.5 wt% aluminum and 0.63 wt% zirconium.

5    Resins '006 and '013 were then intensively mixed at
360°F in equal proportions in a Banbury melt blender along
with 1000 ppm each of the stabilizers Irganox 1076 and
Irgafos 168. The molten blend from the Banbury was
transferred to a roll mill, made into a thin sheet and
then cooled to room temperature. The cold sheet was then

10   chopped into approximately 1/8 inch chips.
Characteristics of this blend, identified as Blend B1, are
given in Table 1.

Compression molded sheets, five thousandth of an inch
in thickness, were prepared by melting the chopped blend

15   at 160°C in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature at a rate of 15°C per minute. Properties of
the molded sheet specimen are shown in Table 2.

Example 2

20   A second compression molded sheet was prepared and
tested as in Example 1, from the resins described in
Example 1, except that the blend which is identified as
Blend B2, consisted of one part '006 and three parts '013.
Characteristics of Blend B2 are given in Table 1,

25   properties of Blend B2 are given in Table 2.

TABLE 1
POLYMER CHARACTERIZATION

| Sample Designation | Mole% Butene[a] | Mw[b] | Mw/Mn[b] | Density[c] | Melt Index[d] | CDBI[e] |
|---|---|---|---|---|---|---|
| 30  '006 | 0.0% | 76,700 | 2.8 | 0.9552 | 5.0 | 100% |
| '013 | 6.4 | 80,400 | 2.3 | 0.9042 | 4.0 | 67% |
| Blend B1 | 2.7 | 76,500 | 2.4 | 0.9335 | 4.4 | 25% |
| Blend B2 | 4.9 | 76,900 | 2.3 | 0.9172 | 4.3 | 44% |

a. By C-13 NMR

35   b. Weight average molecular weight (Mw), and ratio of number average
molecular weight (Mn), Mw/Mn by size exclusion chromatography.

Appendix F-000130

-21-

c. Density by gradient column method, ASTM D1585, g/cm³
d. Melt index by ASTM D1738 Condition E, dg/min
e. CDBI, composition distribution breadth index, is defined as the weight
   percent of polymer molecules having a comonomer content within 50% of the
   median total molar comonomer content CDBI; of HDPE is defined to be
   100%.  Determined using temperature rising elution fractionation
   using tetra-chloroethylene solvent over a 6°C to 120°C temperature range
   as described in U.S. Patent Application Serial Number 151,350.
   See also Wild, et al, J. Poly. Sci. Ed, Vol. 20, p 441 (1982).

TABLE 2
TEAR AND TENSILE STRENGTH OF MOLDED SHEET

| Sample Designation | Tear Strength[e] | Tensile Strength[f] | | Elongation[f] | | Modulus[f] | |
|---|---|---|---|---|---|---|---|
| | | @ Yield | @ Break | @ Yield | @ Break | Secant | Tangent |
| '006 | 48 | 3640 psi | 840 | 18% | 710% | 127,000 | 155,000 |
| '013 | 111 | 800 | 3230 | 70 | 1830 | 165,000 | --- |
| Blend B1 | 210 | 1900 | 2870 | 23 | 1620 | 70,600 | 76,000 |
| Blend B2 | 227 | 1330 | 3030 | 28 | 1530 | 37,700 | 42,000 |

e. Tear strength, in g/mil, measured using ASTM 1922, tear resistance
   by pendulum method
f. Tensile strength, elongation, and modulus measured using ASTM D638

Example 3

Polymers used as blend components were synthesized by
a procedure similar to that described below for Run 03.  A
stainless steel, 1-liter Zipperclave autoclave reactor was
used in the syntheses.  The reactor was equipped with a
water jacket for heating and cooling, a septum inlet for
injection of liquid components, a burette for measuring
and adding purified hexane, and a controlled pressure
source of purified ethylene and nitrogen.  Polymerization
reactions were started by cleaning the reactor and purging
it with purified nitrogen for several hours.  800 cc of
purified hexane was added to the reactor vessel at 25°C by
means of the measuring burette.  100 cc of purified
1-hexene was then added under nitrogen, and the contents
of the reactor were continuously stirred at 1200rpm
henceforth.  10.0 cc of the 10 wt% solution of
methylalumnoxane was added by syringe, and the reactor
temperature was equilibrated at the reaction temperature
of 60°C.  Hydrogen was not used in this example

Appendix F-000131

-22-

it is added at this time in the examples which do use it.
Hydrogen was metered into the reactor from a vessel of
known volume equipped with a highly precise pressure
gauge.  The ideal gas law was used to calculate the
5    millimoles of hydrogen introduced into the reactor.
1.00  cc   of    a   solution   of    0.01 wt%
bis(n-butylcyclopentadienyl) zirconium dichloride in
distilled toluene was then injected by syringe, followed
by pressurization immediately with 90.9 psi of purified
10   ethylene.  Ethylene was fed continuously on demand to the
stirring   reactor   while   maintaining   the   reaction
temperature at 60°C and the reaction pressure at 90 psi.
After 10 minutes of polymerization the reaction was
stopped by rapidly cooling and venting the pressure and
15   exposing the contents to air.  The polymer was obtained by
evaporating the liquid components and drying in a vacuum
oven for 1 hour.  The poly(ethylene-co-hexene-1) polymer
obtained, which is identified as CO3, was obtained in 89.7
yield.
20       Other polymerizations runs were performed using the
procedure above with the exception that the volumes,
temperatures, and other polymerization conditions were
modified as shown in Table 3.  Characterization data for
the blend components are given in Table 4.
25       Blends 8A, 9D, 20C, 21F and 22E were each prepared
using equal quantities of three blend components.  (The
letter designation in these blends corresponds to the type
of blend illustrated in Figure 1.)  Blend components for
each of the blends are given in Table 4, and they were
30   blended by the following solution blending procedure using
ca. 14 g. of each blend component.  2000 cc of xylene was
purged with nitrogen for one hour, the three blend
components were added, and the mixture was stirred and
heated to 144°C to dissolve the polymers.  The polymer
35   solution was then cooled to 70°C, and 2000 cc of methanol
was added to precipitate the polymer.  The mixture was
then cooled to 22°C, and the precipitated polymer was

-23-

filtered and dried in a vacuum oven.  Average composition,
composition distribution breadth index, molecular weight
data, and density of the blends are listed in Table 4.

Compression molded sheets, five thousandth of an inch
5   in thickness, were prepared by melting the blended
polymers in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature.  Properties of the molded sheet specimen are
shown in Table 5 for blends 8A, 9D, 20C, 21F and 22E.  The
10  fraction of polymer extracted by hexane at 69°C is also
given for the blends.

Table 5 shows that the tear strength of blends 9D,
20C, 21F and 22E, i.e., blends having novel
composition-molecular weight distributions, are each
15  superior to that of blend 8A, which has a
conventional-type composition-molecular weight
distribution.  In many applications it is desirable to
have low levels of extractable polymer, and the table
shows that blends 9D, 20C, 21F, and 22E are markedly
20  superior to blend 8A in this respect.  Moreover, tensile
properties such as tensile strength at yield of the
conventional-type blend 8A are generally comparable to the
tensile strengths of the other blends.  Consequently, the
benefits of high tear strength and low levels of
25  extractables can be achieved without undue loss of tensile
properties.

This example illustrates the benefits obtained by
certain novel composition-molecular weight distributions
differing from the conventional type.  Thus, blends 9D and
30  20C have similar average molecular weights and molecular
weight distributions.  Consequently, flow and melt
fabrication performance of these blends should be similar
to that of the conventional-type blend 8A.  Therefore, the
desirable mechanical and solubility properties of blends
35  9D and 20C are not obtained at the expense of fabrication
performance.  Additionally, blends 21F and 22E have much
lower weight average molecular weight than blend 8A, and

Appendix F-000133

WO 90/03414                                           PCT/US89/04259

-24-

they should therefore be more easily fabricated into
articles of commerce such as films, fibers and molded
objects.

In summary, in the blends of this example (Type C, D,
5  E and F blends) the average molecular weight and molecular
weight distribution can be manipulated independently of
the composition distribution.  Superior solid state
performance can therefore be achieved without sacrificing
melt fabrication performance.

10                              TABLE 3
                    POLYMERIZATION CONDITIONS

| Polymeri-zation Run No. | Reaction Temp.°C | $C_2^=$ Press. (psi) | Time (min.) | Hexane (cc) | 1-Hexene (cc) | Catalyst Solu. (cc) | Yield gm | $H_2$ m mole |
|---|---|---|---|---|---|---|---|---|
| 03 | 60 | 90 | 10 | 800 | 100 | 1.0 | 89.7 | -- |
| 09 | 80 | 60 | 10 | 800 | 75 | 1.0 | 36.6 | -- |
| 15 | 80 | 60 | 15 | 800 | -- | 1.0 | 47.0 | 10 |
| 19 | 80 | 60 | 60 | 800 | 75 | 0.25 | 44.2 | 5 |
| 27 | 90 | 60 | 45 | 800 | 150 | 0.50 | 96.5 | -- |
| 30 | 75 | 75 | 42 | 800 | 87.5 | 0.55 | 86.3 | -- |
| 38 | 60 | 130 | 20 | 800 | 150 | 0.20 | 89.5 | -- |
| 42 | 60 | 60 | 30 | 800 | -- | 1.0 | 81.0 | -- |
| 48 | 70 | 170 | 9 | 300 | 600 | 0.5 | 114.0 | -- |
| 64 | 68 | 302 | 60 | -- | 800 | 0.05 | 53.0 | -- |

Appendix F-000134

WO 90/03414                                        PCT/US89/04259

-25-

TABLE 4
POLYMER CHARACTERIZATION OF BLENDS AND BLEND COMPONENTS

| Sample[h] Designation | Mole %[a] Hexene | $M_w$[b] | $M_w/M_n$[b] | Density[b] | CDBI[b] |
|---|---|---|---|---|---|
| C27 | 6.1 | 12,500 | 1.9 | -- | 77% |
| C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| C42 | 0.0 | 259,000 | 2.0 | -- | 100 |
| Blend 8A[c] | 2.7 | 113,000 | 9.0 | 0.933 | 24 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C30 | 2.0 | 48,000 | 1.9 | -- | 81 |
| C64 | 4.2 | 223,000 | 2.2 | -- | -- |
| Blend 9D[d] | 2.1 | 95,600 | 9.8 | 0.940 | 42 |
| C19 | 2.3 | 13,600 | 1.9 | -- | 70 |
| C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| C38 | 2.2 | 240,000 | 2.2 | -- | -- |
| Blend 20C[e] | 2.3 | 94,800 | 8.8 | 0.932 | 64 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| C03 | 3.1 | 121,000 | 2.2 | -- | 67 |
| Blend 21F[f] | -- | 62,000 | 6.4 | 0.946 | 46 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| C48 | 7.2 | 50,000 | 1.9 | -- | 75 |
| Blend 22E[g] | -- | 37,800 | 4.2 | 0.940 | 37 |

(a)  Calculated from absorbance of 1378 $cm^{-1}$ IR band using spectral
     substraction to correct for overlap of adjacent IR bands.
     Residual peak at 1378 $cm^{-1}$ was converted to hexene content
     using calibration obtained by C13 NMR analysis of
     poly(ethylene-co-hexenes).
(b)  Same as in Table 1
(c)  Blend 8A consisted of equal quantities of C27, C30 and C42
(d)  Blend 9D consisted of equal quantities of C15, C30 and C64
(e)  Blend 20C consisted of equal quantities of C19, C30 and C38
(f)  Blend 21F consisted of equal quantities of C15, C09 and C03
(g)  Blend 22E consisted of equal quantities of C15, C09 and C48
(h)  Blend components in this table are identified by the letter C
     followed by the corresponding polymerization run number from
     Table 3. For example, blend component C27 was obtained from
     polymerization run 27.

-26-

TABLE 5
PROPERTIES OF MOLDED SHEET

| Sample | Tear Strength g/mil | Tensile Strength at Yield, psi | Hexane Extractable Polymer % |
|---|---|---|---|
| Blend 8A | 68 | 1770 | 22 |
| Blend 9D | 241 | 1980 | 3.0 |
| Blend 20C | 426 | 1400 | 6.3 |
| Blend 21F | 205 | 2050 | 4.5 |
| Blend 22E | 107 | 2050 | 6.7 |

(a) Tear strength measured by ASTM 1922, tear resistance by pendulum method.
(b) Tensile strength at yield measured using ASTM D638.
(c) Extractables were determined as follows. About 0.5 g of polymer molded sheet, ca. 5 mil thick, was weighed and placed in a weighed cellulose extraction thimble. The thimble and polymer were placed in a vapor jacketed Soxlet-type extractor, and the polymer was extracted with condensed vapors of boiling hexane at 69°C for 16 hours. The thimble and residual polymer were removed, dried in a vacuum oven, and weighed to determine the amount of extracted, i.e., soluble, polymer.

The foregoing description of the invention is illustrative and explanatory thereof. Various changes in the materials, apparatus, and particular steps employed will occur to those skilled in the art. It is intended that all such variations within the scope and spirit of the appended claims be embraced thereby.