# EXHIBIT I

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT K

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M

'053 Patent

| Claim Term | Dow's Construction |
|---|---|
| composition comprising (A) ... and (B) | A composition that includes at least A and B but may also include additional, unnamed elements. |
| homogeneously branched linear ethylene α-olefin interpolymer | Dow contends this phrase raises two construction issues.<br><br>First, it raises the meaning of the phrase "homogeneously branched" applied to polymers. This means "A polymer in which the comonomer is randomly distributed with a given interpolymer molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer."<br><br>Second, this phrase raises the meaning of the phrase "linear ethylene α-olefin interpolymer." This phrase means "An interpolymer that does not have long chain branching." |

1683041.1

| slope of strain hardening coefficient of greater than or equal to 1.3 | The slope of strain hardening multiplied by the melt index raised to the 0.25 power must be greater than or equal to 1.3 |
| heterogeneously branched polymer | A polymer having a distribution of branching different from and broader than the homogeneously branched ethylene/$\alpha$-olefin interpolymer. |

1683041.1

'023 Patent

| at least one ethylene interpolymer | A polymer made from ethylene and at least one comonomer. |
|---|---|
| slope of strain hardening coefficient of greater than or equal to 1.3 | The slope of strain hardening multiplied by the melt index raised to the 0.25 power must be greater than or equal to 1.3 |
| linear polymer fraction as determined using temperature rising elution fractionation (TREF) technique | A fraction that is neither highly branched nor medium branched. |

I683041.1

# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION (Canada) | ) | |
| and  NOVA CHEMICALS INC., (Delaware) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOVA'S PROPOSED CONSTRUCTIONS FOR CLAIM TERMS IN CLAIM 6 OF THE '053 PATENT AND CLAIM 1 OF THE '023 PATENT

### '053 Patent – Claim 6

| Claim Term | Nova's Proposed Construction |
|---|---|
| "composition comprising (A) . . . and (B)" | Composition must contain the recited "homogeneously branched linear ethylene/α-olefin interpolymer" (A) and the recited "heterogeneously branched linear ethylene polymer" (B).  Composition may include other components.  However, all "homogeneously branched linear ethylene/α-olefin interpolymer(s)" must satisfy the requirements of element (A) and all "heterogeneously branched linear ethylene polymer(s)" must satisfy the requirements of element (B). |
| "homogeneously branched linear ethylene α-olefin interpolymer" | Ethylene α-olefin interpolymer in which the comonomer is randomly distributed within a given interpolymer molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer.  Such interpolymer has a CDBI greater than about 30 percent and no long chain branching.  Such interpolymer is not "substantially linear" as defined in the patent. |

| Claim Term | Nova's Proposed Construction |
|---|---|
| "a slope of strain hardening coefficient of greater than or equal to 1.3" | Indefinite.  Not amenable to construction.  The specification defines strain hardening coefficient (SHC) = (slope of strain hardening) • $(I_2)^{0.25}$ without identifying any units of measurement.  Slope of strain hardening is defined by referencing a drawing (Fig. 1, col. 6, line 40), which is missing from the specification.  In absence of the drawing, the units of slope of strain hardening are not defined.  Further, the portion of the strain hardening region for drawing the parallel line (col. 6, lines 41-43) whose slope is determined is also not defined.  SHC, therefore, cannot be determined. |
| "(B) . . . heterogeneously branched linear ethylene polymer" | Ethylene polymer having a distribution of branching different from and broader than the homogeneously branched ethylene/ $\alpha$-olefin, including having a highly branched portion, a medium branched portion and an essentially linear portion. |

'023 Patent – Claim 1

| Claim Term | Nova's Proposed Construction |
|---|---|
| "(A) . . . at least one ethylene interpolymer" | A substantially linear ethylene polymer prepared from a catalyst with constrained geometry about the metal atom as described in U.S. Patent No. 5,272,236. |
| "a slope of strain hardening coefficient of greater than or equal to 1.3" | Indefinite.  Not amenable to construction.  The specification defines: strain hardening coefficient  (SHC) = (slope of strain hardening) • $(I_2)^{0.25}$ without identifying any units of measurement.  The slope of strain hardening is defined by reference to a drawing (Fig. 1, col. 7, line 18), which is missing from the specification.  In the absence of the drawing, the units of slope of strain hardening are not defined.  Further, the portion of the strain hardening region for drawing the parallel line (col. 7, lines 19-21) whose slope is determined is also not defined.  SHC, therefore, cannot be determined. |

| Claim Term | Nova's Proposed Construction |
|---|---|
| "(B) . . . ethylene polymer . . . comprising a linear polymer fraction, as determined using temperature rising elution fractionation (TREF) technique" | A composition having a (B) component that is a heterogeneously branched ethylene polymer and contains a polymer fraction that is neither branched nor highly branched, but is linear, as determined using a temperature rising elution fractionation (TREF) technique. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 18, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 18, 2008, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

Darrick J. Hooker
Jenner & Block LLP
333 North Wabash Avenue
Chicago, IL 60611
dhooker@jenner.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645