IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-737 (JJF) |
| ) | |
| NOVA CHEMICALS CORPORATION ) | |
| (CANADA) and NOVA CHEMICALS INC. ) | |
| (DELAWARE), ) | |
| ) | |
| Defendants. ) | |

### STIPULATED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the March 5, 2008 Scheduling Order and amendments thereto (D.I. 55, 57, and 113) shall be amended as follows:

| Schedule Item | Current Date | New Date |
|---|---|---|
| Fact Deposition Completion | September 16, 2008 | November 14, 2008 |
| Opening Expert Report | October 17, 2008 | December 12, 2008 |
| Response/Rebuttal Reports | November 21, 2008 | January 16, 2009 |
| Close of Expert Discovery | December 19, 2008 | February 16, 2009 |
| Case Dispositive Motions | January 23, 2009 | March 20, 2009 |
| Pretrial Conference | March 5, 2009 | May ___, 2009 |
| Trial Window (120 days) | March 2009-July 2009 | May 2009-September 2009 |

The remaining provisions of the case schedule remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/Rodger D. Smith II*<br>    Rodger D. Smith II (#3778)<br>    1201 N. Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    (302) 658-9200<br>    rsmith@mnat.com<br><br>Harry J. Roper<br>Aaron A. Barlow<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>330 N. Wabash Ave<br>Chicago, IL 60611<br>(312) 222-9350<br><br>*Attorneys for Plaintiff*<br>*The Dow Chemical Company* | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>*Attorney for Defendants*<br>*Nova Chemicals Corporation (Canada)*<br>*Nova Chemicals, Inc. (Delaware)* |

879597 / 29645

SO ORDERED this ____ day of _____, 2008.

_____
Joseph J. Farnan Jr., U.S. District Judge