# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | **PUBLIC VERSION** |
| (CANADA), and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

## APPENDIX IN SUPPORT OF
## NOVA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

## VOLUME II of VI

### EXHIBIT U

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Martin I. Fuchs
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222

Dated: August 27, 2008
Public Version Dated: September 3, 2008

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

## TABLE OF EXHIBITS

O.   Deposition Transcript of Shih-Yaw Lai (June 3, 2008) (confidential pursuant to protective order)

P.   Lai Deposition Exhibit 7 (DN00118781 to 8827) (confidential pursuant to protective order)

Q.   Deposition Transcript of Brian W. S. Kolthammer (June 17, 2008) (confidential pursuant to protective order)

R.   Deposition Transcript of Pradeep Jain (July 8, 2008) (confidential pursuant to protective order)

S.   Deposition Transcript of Kurt W. Swogger (July 25, 2008) (confidential pursuant to protective order)

T.   Deposition Transcript of Ronald P. Markovich (Aug. 19, 2008) (confidential pursuant to protective order)

U.   Certified File History of U.S. Patent Application Nos. 08/054,379 and 08/378,998

V.   Certified File History of U.S. Patent No. 5,677,383

W.   U.S. Patent No. 5,582,923

X.   U.S. Patent No. 5,395,417

Y.   U.S. Patent No. 6,015,617

Z.   Supplemental Declaration of Dr. Charles Stanley Speed in Support of NOVA's Responsive Claim Construction Brief, including
     - Exh. A:  Wild *et al*, J. POLYMER. SCIENCE, POLY. PHYS. ED., Vol. 20, 441-455 (1982); and
     - Exh. B:  L.D. Cady, "The Role of Comonomer Type and Distribution in LLDPE Product Performance," SPE Regional Technical Conference, Quaker Square Hilton, Akron, Ohio, Oct. 1-2, (1985), pp. 107-119.

AA.  Aug. 1, 2008, Correspondence from NOVA to Dow attaching NOVA's Proposed Claim Constructions

AB.  Aug. 12, 2008, Correspondence from NOVA to Dow attaching NOVA's Proposed Claim Constructions

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 3, 2008, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

Darrick J. Hooker
Jenner & Block LLP
333 North Wabash Avenue
Chicago, IL 60611
dhooker@jenner.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645