# EXHIBIT U

# PART 2

. WO 90/03414

PCT/US89/04259

- 1 -

LINEAR ETHYLENE INTERPOLYMER BLENDS OF INTERPOLYMERS HAVING
NARROW MOLECULAR WEIGHT AND COMPOSITION DISTRIBUTIONS

SPECIFICATION

Field of the Invention

The present invention relates to polymer blends of
crystalline interpolymers, such as LLDPE, and more
particularly to blends of such interpolymers wherein each
5    blend component has a narrow molecular weight distribution
and a narrow composition distribution selected to obtain
superior properties in the blend.

Background of the Invention

Various types of polyethylene are known in the art.
10    Low density polyethylene ("LDPE") is generally prepared at
high pressure using free radical initiators and typically
has a density in the range of 0.915-0.940 $g/cm^3$. LDPE is
also known as "branched" polyethylene because of the
relatively large number of long chain branches extending
15    from the main polymer backbone.

High density polyethylene ("HDPE") usually has a
density in the range of greater than 0.940 to 0.960 $g/cm^3$.
HDPE is prepared using a coordination catalyst, e.g.
Ziegler-Natta type catalysts, at low or moderate
20    pressures, but sometimes at high pressure.  HDPE is

EXHIBIT PAGE 000065

-2-

generally linear without any substantial side chain
branching.  HDPE is a substantially crystalline polymer.

Linear, low density polyethylene ("LLDPE") is
generally prepared in the same manner as HDPE, but

5    incorporates a relatively minor amount of an α-olefin
comonomer such as butene, hexene or octene to introduce
enough short chain branches into the otherwise linear
polymer to reduce the density of the resultant polymer
into the range of that of LDPE.  The coordination

10   catalysts used to interpolymerize ethylene and the
α-olefin generally produce an LLDPE with a relatively
broad weight molecular weight distribution, i.e., $M_w/M_n$
greater than about 3.  Such LLDPE's also have relatively
broad composition distribution in that the proportion of α-olefin

15   comonomer molecules incorporated into the polymer
molecules varies.  Generally, the lower molecular weight
polymer molecules contain a relatively higher proportion
of the α-olefin comonomer than the higher molecular weight
polymer molecules.

20       A polyethylene such as LLDPE having a broad molecular
weight distribution is undesirable in many respects,
depending on the desired end use application.  For
example, LLDPE resins known in the prior art containing
relatively high molecular weight molecules are subject to

25   orientation which results in anisotropic properties in the
machine versus transverse direction of a fabrication
process.  On the other hand, resins containing relatively
lower molecular weight molecules, in which the comonomer
is invariably concentrated, tend to exhibit high block and

30   tackiness.  These lower molecular weight, highly branched
molecules interfere with the proper function of certain
additives compounded in the resin, increase the percentage
of extractable polymer, and increase fouling in the
polymerization plant.  The relatively high α-olefin

35   comonomer content of these low molecular weight polymer
molecules causes such polymer molecules to be generally

EXHIBIT PAGE 000066

-3-

amorphous and to exude to the surface of fabricated parts,
thereby producing an undesirable sticky surface.

Prior art polyethylenes such as LLDPE also generally
tend to have a very broad, nonuniform distribution of
5    comonomer content, i.e. some polymer molecules have a
relatively high α-olefin comonomer content while others
have a relatively low content. Generally, the polymer
molecules of low comonomer content are relatively more
crystalline and have a high melting temperature, whereas
10   the high comonomer content polymer molecules are more
amorphous and melt at a lower temperature. The presence
of a higher melting component is disadvantageous in many
applications, for example where softness or clarity is
desired. On the other hand, the presence of a lower
15   melting component frequently results in a high quantity of
extractables, which limit food contact applications.

Prior art blends of polyethylenes designed to improve
one or more of the properties of the blend relative to its
blend components or prior art polyethylene have also
20   suffered from the drawbacks mentioned above. For example,
incorporating a blend component with a high average
comonomer content to reduce crystallizability generally
results in an increase of extractables and adversely
affects other properties so that the full advantage of the
25   blend is not realized. Thus, there is a need to provide
ethylene interpolymer blends with superior properties and
in which the full advantages of blending may be realized.

Summary of the Invention

The present invention provides a blend of ethylene
30   interpolymer components with narrow molecular weight and
composition distributions selected to obtain an overall
molecular weight and composition distribution in the
resulting blend to impart superior properties thereto.
Broadly, the blends of this invention comprise a plurality
35   of linear ethylene interpolymer components wherein each
component has a $M_w/M_n$ value less than or equal to 3 and a
composition distribution breadth index (as later

EXHIBIT PAGE 000067

WO 90/03414                                    PCT/US89/04259

-4-

described at 50% or higher. The blend is substantially
free of blend components having both a higher average
molecular weight and a lower average comonomer content
than that of any other polyethylene component in the
blend. The components for the blend can be selected so
that the resultant blend has plural modality with respect
to molecular weight distribution, comonomer content, or
both.

In another aspect, the components for the blend are
linear ethylene interpolymers having the narrow molecular
weight and composition distributions mentioned above and
the blend components are selected from one of the groups
consisting of: (1) linear ethylene interpolymer blend
components having substantially the same average molecular
weight but different average comonomer contents; (2)
linear ethylene interpolymer blend components having
substantially the same average comonomer content but
different average molecular weights; and (3) linear
ethylene interpolymer blend components having different
average molecular weights and comonomer contents in which
the blend components, taken serially in order of
increasing average molecular weight, have an increasing
comonomer content.

In still another aspect, the linear ethylene
interpolymer blend components have the narrow molecular
weight and composition distribution mentioned above, and
for the linear ethylene interpolymer blend components
taken serially in order of increasing average molecular
weight, then each succeeding component has substantially
the same or a higher average comonomer content than each
preceding component in said series.

In another aspect, the invention provides a linear
ethylene interpolymer having plural modality with respect
to comonomer content, a narrow molecular weight
distribution such that $M_w/M_n \leq 3$ and an overall
composition distribution breadth index less than 50%.

EXHIBIT PAGE 000068

-5-

In still another aspect, the invention provides a linear ethylene interpolymer having plural modality with respect to molecular weight so that the blend has broad overall molecular weight distribution such that $M_w/M_n > 3$

5 and a composition distribution breadth index greater than or equal to 50%.

In still another aspect, the invention provides a linear ethylene interpolymer of plural modality with respect to both comonomer content and molecular weight,

10 comprising a plurality of components having a narrow molecular weight distribution such that $M_w/M_n \leq 3$ for each fraction and each component taken serially in order of increasing average molecular weight, has an increasing average comonomer content.

15 In a still further aspect of the invention, there is provided a linear ethylene interpolymer blend of plural modality with respect to both comonomer content and molecular weight which comprises a plurality of components having a composition distribution breadth index of 50% or

20 more, wherein the components taken serially in order of increasing comonomer content, have an increasing average molecular weight.

Brief Description of the Drawings

Fig. 1 is a schematic illustration of different

25 blends made from poly(ethylene-co-α-olefin) blend components having narrow molecular weight and composition distributions.

Fig. 2 illustrates the broad molecular weight distribution and broad composition distribution of a

30 typical prior art LLDPE.

Fig. 3 illustrates the narrow molecular weight distribution and narrow composition distribution of an exemplary blend component used in the present invention.

Fig. 4 illustrates the molecular weight distribution

35 and composition distribution of an exemplary LLDPE blend

EXHIBIT PAGE 000069

blend components have about the same molecular weight but
differing comonomer contents.

Fig. 5 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
5    according to another embodiment of the invention in which
the blend components have about the same comonomer content
but differing molecular weights.

Fig. 6 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
10   according to yet another embodiment of the invention in
which the conomoner contents of the blend components
increases as the molecular weight increases.

Description of the Preferred Embodiments

The linear ethylene interpolymer blend components in
15   the present invention are higher interpolymers of a major
proportion of ethylene and a minor proportion of
comonomer. The ethylene is generally polymerized in a
proportion of 70-100, typically 70-97, and often 70-80,
80-90 or 90-95, mole percent of the interpolymerized
20   monomers with 0-30, typically 3-30, and often 20-30, 10-20
or 5-10, mole percent comonomer. Contemplated blend
components generally include elastomer blend components in
the density range of about 0.85-0.900 g/cm$^3$, very low
density polyethylene blend components in the density range
25   of about 0.900-0.915 g/cm$^3$, and linear, low density
polyethylene blend components in the density range of
about 0.915-0.940 g/cm$^3$. Ethylene interpolymers having a
density in the high density polyethylene range above about
0.940 g/cm$^3$ are also contemplated as being suitably
30   employed in the invention.

Suitable comonomers interpolymerized with the
ethylene to obtain the ethylene interpolymer blend
components herein generally include monomers which may be
copolymerized with ethylene to obtain the molecular weight
35   distribution and comonomer distribution desired in the

EXHIBIT PAGE 000070

-7-

propylene, 1-butene, 1-pentene, 1-hexene,
3-methyl-1-pentene, 4-methyl-1-pentene, 1-octene,
1-decene, 1-dodecane and the like. Other suitable
5  comonomers include vinyl cyclohexane, norbornene, vinyl
cyclohexene, and other diene comonomers such as
1,3-butadiene, 1,4-hexadiene, 4-methyl-1,4-hexadiene,
5-methyl-1,4-hexadiene, 1,5-hexadiene and the like. The
ethylene interpolymer may include one or more of such
10  comonomers, i.e. it may be a copolymer, terpolymer, etc.

The molecular weight of the LLDPE blend components
may range from one thousand to one million or more
depending on the particular end use, preferably $10^4$-$10^6$,
and especially $2 \times 10^4 - 5 \times 10^5$. As used herein, the
15  terms "average molecular weight" and "molecular weight"
refer to weight average molecular weight unless otherwise
indicated. The linear polyethylene blend components
preferably have a narrow molecular weight distribution
(MWD). By "narrow MWD" is meant that the ratio of the
20  weight average molecular weight ($M_w$) to the number average
molecular weight ($M_n$) is less than or equal to 3.0.
Particularly preferred are the linear polyethylene blend
components having a very narrow MWD, i.e. $M_w/M_n$ less than
or equal to 2.5, and especially less than or equal to 2.0.
25  Molecular weight distributions of ethylene interpolymers
are readily determined by techniques known in the art,
such as, for example, size exclusion chromatography.

The linear polyethylene blend components preferably
have a composition distribution (CD) such that the
30  composition distribution breadth index (CDBI) is at least
50%. The CDBI is defined as the weight percent of the
copolymer molecules having a comonomer content within 50
percent of the median total molar comonomer content. The
CDBI of linear polyethylene, which does not contain a
35  comonomer, is defined to be 100%. The CDBI of a copolymer
is readily calculated from data obtained from techniques
known in the art, such as, for example, temperature rising

EXHIBIT PAGE 000071

-8-

~~elution fractionation as described, for example, in~~ U.S.
Patent Application Serial No. 151,350 or in Wild et al.,
J. Poly. Sci, Poly. Phys. Ed., vol. 20, p. 441 (1982).
Unless otherwise indicated, terms such as "comonomer
5    content", "average comonomer content" and the like refer
to the bulk comonomer content of the indicated
interpolymer blend, blend component or fraction on a molar
basis.

A graphical illustration of an exemplary narrow MWD,
10    narrow CD blend component is seen in Fig. 3. In this
three-dimensional figure, the Y-axis is the molecular
weight, the X-axis is the molar comonomer content, and the
Z-axis represents the incidence or weight proportion of
molecules. As can be seen, the MWD and the CD of the
15    blend component are narrow and appear as relatively sharp
peaks in Fig. 3. In contrast, the MWD/CD diagram for a
typical conventional LLDPE seen in Fig. 2 shows a broad
MWD and a broad CD, and the comonomer content tends to
decrease as the molecular weight increases.

20    In the blends of the present invention, one or more
of the properties of the blend are improved by appropriate
selection of narrow MWD, narrow CD blend components. In
one embodiment, for example, tear strength may be
controlled by blending linear polyethylene resins having
25    about the same average molecular weight but with different
average comonomer contents. Such a blend is illustrated
as line B in Fig. 1. In another embodiment, the comonomer
contents of the linear polyethylene blend components are
the same, but molecular weights are varied, as illustrated
30    by line C in Fig. 1. In still further embodiments
illustrated by lines D, E and F in Fig. 1, the blend
components taken serially in order of increasing molecular
weight, or in order of increasing molar comonomer content,
have the same or higher comonomer content or molecular
35    weight, respectively.

As used herein, two or more blend components have
~~substantially the~~

-9-

MWD of the blend thereof is similarly narrow to the MWD of
each blend component, i.e. the value of $M_w/M_n$ of the
resulting blend is less than or equal to about 3.0,
preferably less than about 2.5. Conversely, two or more
5    blend components have a different average molecular weight
if the overall $M_w/M_n$ of the resulting blend is relatively
greater than for each such blend component, i.e., the
$M_w/M_n$ of the blend is greater than 3.0. As used herein,
two or more blend components have a different comonomer
10   content if the overall CDBI of the resulting blend is
relatively less than that of each such blend component,
i.e., the overall CDBI of the blend is less than 50%.
Conversely, two or more blend components have
substantially the same molar comonomer content if the
15   resulting CD of the blend thereof is similarly narrow with
respect to each blend component, i.e., the resulting blend
has a CDBI of 50% or greater. It is readily appreciated
that the CD and MWD of a blend can depend on the relative
proportions of each blend component employed therein.
20   It is specifically contemplated that blend components may
have the "same" molecular weight for purposes of one
blend, but not for the purpose of another blend, e.g.
wherein the components would result in the blend having an
MWD less than or greater than 3.0 depending on the
25   proportion of each blend component. Similarly, blend
components may have a "different" comonomer content for
purposes of one blend, but not for the purposes of another
blend, e.g. wherein the components would result in the
final blend having CDBI less than or greater than 50%
30   depending on the proportion of each blend component.
     The molecular weight and composition distribution of
a bimodal blend of the invention is illustrated
graphically in Fig. 4. It is seen from this MWD/CD
diagram that the comonomer content of each of the blend
35   components is different, while the molecular weight of
each blend component is about the same. This blend

-10-

graph for typical conventional LLDPE is seen in Fig. 2,
and line A of Fig. 1, and shows that the lower molecular
weight fractions contain more of the comonomer than the
higher molecular weight fractions.  The lower molecular
5  weight molecules which contain relatively high comonomer
concentrations as in this conventional LLDPE can cause
undesirable effects such as poor surface properties, high
block and tackiness, cling development, high levels of
extractables, and fouling of polymerization plants.  In
10  the present invention, such effects are minimized and
properties are enhanced by providing blends of the type
illustrated in Curve B, C, D, E, and F.

As an example of the embodiment of Curve B, it has
been found that a 50-50 blend of a first LLDPE having a
15  6.4 mole% 1-butene content and a $M_w$ of 80,400 ($M_w/M_n$ = 2.3;
CDBI = ~67%; MI 4.0 dg/min; density 0.9042 g/cm$^3$) with a
HDPE having a 0.0 mole% 1-butene content and a $M_w$ of
76,700 ($M_w/M_n$ = 2.8; CDBI = ~100%; MI 5.0 dg/min; density
0.9552 g/cm$^3$) has an Elmendorf tear strength of 210 g/mil,
20  synergistically enhanced in contrast to the tear strengths
of 111 and 48 g/mil for the respective first and second
blend components.  Further, a 25-75 blend of these same
components has a further enhanced Elmendorf tear strength
of 227 g/mil.  This result is quite surprising and
25  unexpected because including a higher proportion of the
second LLDPE resin with the lower tear strength in the
blend increases the tear strength of the resulting blend,
rather than decreasing the tear strength as would be
expected.

30  In another embodiment exemplified in Fig. 5 and line
C of Fig. 1, a multimodal MWD is obtained by blending
linear polyethylene components having narrow molecular
weight and composition distributions, and about the same
comonomer content, but differing molecular weights.  The
35  molecular weight distribution of such blends improves the
melt processability and rheological characteristics

EXHIBIT PAGE 000074

WO 90/03414                                         PCT/US89/04259

-11-

stability, high shear sensitivity, reduced draw resonance.

On the other hand, the optical properties of mechanical,
surface and individual blend components are generally
substantially retained or improved in the blend thereof,
including, for example tear strength, modulus, yield
5   strength, reduced blocking, clarity, gloss, haze and the
like. Moreover, such blends have lower portions of
soluble molecules than prior art copolymers having similar
molecular weight distribution. Desirable molecular weight
and composition distributions may be obtained by blending
10  different components, or by polymerization of the blend
components simultaneously in the same reactor or in
multiple reactors.

    The higher molecular weight fraction containing
15  relatively less comonomer as in conventional LLDPE may
cause an anisotropic morphology during fabrication
processing known as "row nucleated" or "shish-ka-bob"
morphology. This anisotropic morphology is believed to
contribute to poor toughness in articles crystallized from
20  flowing melts. In the present invention, the anisotropy
may be minimized by providing a blend with lower
concentrations of such higher molecular weight molecules
with a relatively low comonomer content and by
incorporating the comonomer in the blend components as
25  indicated in blend B, C, D, E and F.

    In another embodiment as exemplified by Fig. 5 and
line D of Fig. 1, the blend includes components having
narrow molecular weight and composition distributions, but
differing average molecular weights and average comonomer
30  contents. However, in contrast to conventional LLDPE as
illustrated in line A of Fig. 1 and in Fig. 2, the blend
of this embodiment has a greater comonomer content in the
higher molecular weight fractions or blend components than
in the lower molecular weight fractions or blend
35  components. These distributions are obtained, for
example, by blending narrow MWD, narrow CD linear
polyethylene resins which, taken serially in order of

EXHIBIT PAGE 000075

-12-

increasing molecular weight, have an increasing comonomer
content.  It is also contemplated that the blend may
include two or more blend components having the same
molecular weight as illustrated by line E in Fig. 1, in

5   which case such components would be included in the serial
ordering secondarily in order of their increasing average
comonomer content.  Also, the presence of two or more
blend components having the same comonomer content is also
contemplated as being within the purview of this

10  embodiment, as illustrated by line E in Fig. 1, provided
that there is included either at least one blend component
having a higher comonomer content and molecular weight or
at least one blend component having a lower comonomer
content and lower molecular weight than any of the blend

15  components having the same comonomer content.  In this
embodiment, the blend is preferably substantially free of
blend components having both a higher molecular weight and
a lower comonomer content than any component present in
the blend.

20      Such a blend has properties which are significantly
different from prior art blends and conventional LLDPE
resins in which the comonomer content generally decreases
in proportion to increasing molecular weight components or
fractions.  The isotropy and toughness of films made from

25  such blends are improved by minimizing the anisotropic
shish-ka-bob or row-nucleated morphology ordinarily caused
by a low concentration of comonomers present in the higher
molecular weight molecules in conventional LLDPE resins.
Moreover, such blends have desirable properties such as,

30  for example, reduced blocking, reduced coefficients of
friction, and lower extractables, in comparison to
conventional LLDPE resins.
    The linear polyethylene blend components of the
invention may be prepared by use of catalyst systems of

35  the metallocene type known to provide narrow CD/MWD
resins.  Cyclopentadienylide catalyst systems using a
metallocene complex in conjunction with an alumoxane

EXHIBIT PAGE 000076

-13-

cocatalyst or reaction product thereof are suitable for ~~preparing the polymer components~~ utilized in the blends of
the invention. The metallocene catalyst may be
represented by the general formula $(C_p)_m MR_n R'_p$ wherein $C_p$

5     is a substituted or unsubstituted cyclopentadienyl ring; M
is a Group IVB, or VB transition metal; R and R' are
independently selected halogen, hydrocarbyl group, or
hydrocarboxyl groups having 1-20 carbon atoms; $m = 1-3$,
$n = 0-3$, $p = 0-3$, and the sum of $m + n + p$ equals the

10    oxidation state of M. Various forms of the catalyst
system of the metallocene type may be used for
polymerization to prepare the polymer components of the
present invention including those of the homogenous or the
heterogeneous, supported catalyst type wherein the

15    catalyst and alumoxane cocatalyst are together supported
or reacted together onto an inert support for
polymerization by gas-phase, high pressure, slurry, or
solution polymerization.

      The cyclopentadienyls of the catalyst may be
20    unsubstituted or substituted with hydrogen or hydrocarbyl
radicals. The hydrocarbyl radicals may include alkyl,
alkenyl, aryl, alkylaryl, arylalkyl, and like radicals
containing from about 1-20 carbon atoms or where 2 carbon
atoms of cyclopentadienyl are joined together to form a

25    $C_4$-$C_6$ ring. Exemplary hydrocarbyl radicals include
methyl, ethyl, propyl, butyl, amyl, isoamyl, hexyl,
isobutyl, heptyl, octyl, nonyl, decyl, cetyl,
2-ethylhexyl, phenyl and the like. Exemplary halogen
substituents include chlorine, bromine, flourine and

30    iodine. Of these halogen atoms, chlorine is preferred.
Exemplary hydrocarboxy radicals are methoxy, ethoxy,
propoxy, butoxy, amyloxy and the like. Illustrative, but
non-limiting examples of the metallocene catalyst useful
in preparing the polymers of the present invention include

35    bis(cyclopentadienyl)titanium dimethyl,
bis(cyclopentadienyl)titanium diphenyl,

EXHIBIT PAGE 000077

-14-

bis(cyclopentadienyl)zirconium dimethyl,
bis(cyclopentadienyl)zirconium diphenyl,
bis(cyclopentadienyl)hafnium dimethyl and diphenyl,
bis(cyclopentadienyl)titanium di-neopentyl,
5    bis(cyclopentadienyl)zirconium di-neopentyl,
bis(cyclopentadienyl)titanium dibenzyl,
bis(cyclopentadienyl)zirconium dibenzyl,
bis(cyclopentadienyl)vanadium dimethyl; the mono alkyl
metallocenes such as bis(cyclopentadienyl)titanium methyl
10   chloride, bis(cyclopentadienyl)titanium ethyl chloride,
bis(cyclopentadienyl)titanium phenyl chloride,
bis(cyclopentadienyl)zirconium methyl chloride,
bis(cyclopentadienyl)zirconium ethyl chloride,
bis(cyclopentadienyl)zirconium phenyl chloride,
15   bis(cyclopentadienyl)titanium methyl bromide,
bis(cyclopentadienyl)titanium methyl iodide,
bis(cyclopentadienyl)titanium ethyl bromide,
bis(cyclopentadienyl)titanium ethyl iodide,
bis(cyclopentadienyl)titanium phenyl bromide,
20   bis(cyclopentadienyl)titanium phenyl iodide,
bis(cyclopentadienyl)zirconium methyl bromide,
bis(cyclopentadienyl)zirconium methyl iodide,
bis(cyclopentadienyl)zirconium ethyl bromide,
bis(cyclopentadienyl)zirconium ethyl iodide,
25   bis(cyclopentadienyl)zirconium phenyl bromide,
bis(cyclopentadienyl)zirconium phenyl iodide; the trialkyl
metallocenes such as cyclopentadienyltitanium trimethyl,
cyclopentadienyl zirconium triphenyl, and cyclopentadienyl
zirconium    trineopentyl,    cyclopentadienylzirconium
30   trimethyl, cyclopentadienylhafnium triphenyl,
cyclopentadienylhafnium trineopentyl, and
cyclopentadienylhafnium trimethyl.
    Other metallocenes which may be usefully employed to
prepare the polymer components of the invention include
35   the    monocyclopentadienyls    titanocenes    such    as,
pentamethylcyclopentadienyl titanium trichloride,

EXHIBIT PAGE 000078

-15-

pentaethylcyclopentadienyl titanium trichloride,
bis(cyclopentadienyl)zirconium trimethyl and

bis(pentamethylcyclopentadienyl) titanium diphenyl, the
carbene represented by the formula
bis(cyclopentadienyl)titanium=$CH_2$ and derivatives of this

5    reagent such as bis(cyclopentadienyl)Ti=$CH_2$.Al($CH_3$)$_3$,
($Cp_2TiCH_2$)$_2$,    $Cp_2$TiCH$_2$CH(CH$_3$)CH$_2$,    $Cp_2$Ti-CHCH$_2$CH$_2$;
substituted bis(cyclopentadienyl)titanium (IV) compounds
such as: bis(indenyl)titanium diphenyl or dichloride,
bis(methylcyclopentadienyl)titanium diphenyl or dihalides;

10   dialkyl, trialkyl, tetra-alkyl and penta-alkyl
cyclopentadienyl titanium compounds such as
bis(1,2-dimethylcyclopentadienyl)titanium diphenyl or
dichloride, bis(1,2-diethylcyclopentadienyl)titanium
diphenyl or dichloride and other dihalide complexes;

15   silicon, phosphine, amine or carbon bridged
cyclopentadiene complexes, such as dimethyl
silyldicyclopentadienyl titanium diphenyl or dichloride,
methyl phosphine dicyclopentadienyl titanium diphenyl or
dichloride, methylenedicyclopentadienyl titanium diphenyl

20   or dichloride and other dihalide complexes and the like.
     Additional zirconocene catalysts useful according to
the present invention include bis(cyclopentadienyl)
zirconium dimethyl; bis(cyclopentadienyl) zirconium
dichloride, bis(cyclopentadienyl) zirconium

25   methylchloride, pentamethylcyclopentadienyl zirconium
trichloride, pentaethylcyclopentadienyl zirconium
trichloride, bis(pentamethylcyclopentadienyl)zirconium
diphenyl, the alkyl substituted cyclopentadienes, such as
bis(ethylcyclopentadienyl)zirconium dimethyl,

30   bis(β-phenylpropylcyclopentadienyl)zirconium dimethyl,
bis(methylcyclopentadienyl)zirconium dimethyl,
bis(n-butyl-cyclopentadienyl)zirconium dimethyl,
bis(cyclohexylmethylcyclopentadienyl)zirconium dimethyl,
bis(n-octyl-cyclopentadienyl)zirconium dimethyl, and

35   haloalkyl and dihalide complexes of the above; di-alkyl,
trialkyl, tetra-alkyl, and penta-alkyl cyclopentadienes,
such as bis(pentamethylcyclopentadienyl)zirconium

-16-

di-methyl     bis(1,2-dimethylcyclopentadienyl)zirconium

dimethyl and dihalide complexes of the above; silicon,
phosphorus, and carbon bridged cyclopentadiene complexes
such as dimethylsilyldicyclopentadienyl zirconium dimethyl
5  or dihalide, and methylene dicyclopentadienyl zirconium
dimethyl or dihalide, and methylene dicyclopentadienyl
ethylene bridged bis(tetrahydroindenyl) zirconium dimethyl
or dihalide, carbenes represented by the formula
$Cp_2Zr=CHP(C_6H_5)_2CH_3$, and derivatives of these compounds
10  such as $Cp_2ZrCH_2CH(CH_3)CH_2$.

Bis(cyclopentadienyl)hafnium dichloride,
bis(cyclopentadienyl)vanadium dichloride and the like are
illustrative of other metallocenes.

The alumoxanes are polymeric aluminum compounds which
15  can be represented by the general formulae $(R-Al-O)_n$ which
is a cyclic compound and $R(R-Al-O-)_nAlR_2$, which is a
linear compound. In the general formula R is a $C_1-C_5$
alkyl group such as, for example, methyl, ethyl, propyl,
butyl and pentyl and n is an integer from 2 to about 20.
20  Generally, in the preparation of alumoxanes from, for
example, aluminum trimethyl and water, a mixture of the
linear and cyclic compounds is obtained.

The alumoxane can be prepared in various ways.
Preferably, they are prepared by contacting water with a
25  solution of aluminum trialkyl, such as, for example,
aluminum trimethyl, in a suitable organic solvent such as
benzene or an aliphatic hydrocarbon. For example, the
aluminum alkyl is treated with water in the form of a
moist solvent. In an alternative method, the aluminum
30  alkyl such as aluminum trimethyl can be desirably
contacted with a hydrated salt such as hydrated copper
sulfate.

Preferably, the alumoxane is prepared in the presence
of a hydrated ferrous sulfate as described in U.S. Patent
35  4,665,208. The method comprises treating a dilute
solution of aluminum trimethyl in, for example, toluene,
with ferrous sulfate represented by the general formula

-17-

FeSO$_4$.7H$_2$O.  The ratio of ferrous sulfate to aluminum
trimethyl is desirably about 1 mole of ferrous sulfate for
6 to 7 moles of aluminum trimethyl.  The reaction is
evidenced by the evolution of methane.

5        The ratio of aluminum in the alumoxane to total metal
in the metallocenes can be in the range of about 0.5:1 to
about 10,000:1, and preferably about 5:1 to about 1000:1.
        Various inorganic oxide supports may be used for
supported catalyst systems to prepare interpolymers and
10    blend components of the present invention.  The
polymerization is generally carried out in the temperature
range of about 0-160°C, or even higher, but this range is
not meant to be exclusive for preparing the interpolymer
and blend components of the invention, which may be
15    prepared by any technique resulting in the structure set
forth.  Atmospheric, sub-atmospheric, or super-atmospheric
pressure conditions have been used for the polymerization
using the metallocene catalyst described above.  It is
generally preferred to use catalyst compositions at a
20    concentration so as to provide from about 1 ppm to about
5000 ppm, most preferably 10 ppm to 300 ppm, by weight of
transition metal based on the weight of monomers in the
polymerization of the ethylene polymers.
        A slurry polymerization process generally uses
25    super-atmospheric pressures and temperatures in the range
of 40-110°C.  In a slurry polymerization, a suspension of
solid, particulate polymer is formed in a liquid
polymerization medium to which ethylene and comonomers and
often hydrogen along with catalyst are added.  The liquid
30    employed in the polymerization medium can be alkane or
cycloalkane, or an aromatic hydrocarbon such as toluene,
ethylbenzene or xylene.  The medium employed should be
liquid under the conditions of polymerization and
relatively inert.  Preferably, hexane or toluene is
35    employed.
        In a modification, the polymer components of the
present invention may be formed by gas-phase

EXHIBIT PAGE 000081

-18-

polymerization. A gas-phase process utilizes
super-atmospheric pressure and temperatures in the range
of about 50°-120°C. Gas-phase polymerization can be
performed in a stirred or fluidized bed of catalyst and
5    product particles in a pressure vessel adapted to permit
the separation of product particles from unreacted gases.
Thermostated ethylene, comonomer, hydrogen and an inert
diluent gas such as nitrogen can be introduced or
recirculated so as to maintain the particles at a
10   temperature of 50°-120°C. Triethylaluminum may be added
as needed as a scavenger of water, oxygen, and other
adventitious impurities. Polymer product can be withdrawn
continuously or semi-continuously at a rate such as to
maintain a constant product inventory in the reactor.
15   After polymerization and deactivation of the catalyst, the
product polymer can be recovered by any suitable means.
In commercial practice, the polymer product can be
recovered directly from the gas phase reactor, freed of
residual monomer with a nitrogen purge, and used without
20   further deactivation or catalyst removal. The polymer
obtained can be extruded into water and cut into pellets
or other suitable comminuted shapes. Pigments,
antioxidants and other additives may be added to the
polymer, as is known in the art.
25       The blends of the present invention are prepared by
blending the desired components in the desired proportions
using conventional blending, techniques and apparatus,
such as, for example, screw-type extruders, Banbury
mixers, and the like. Alternatively, the blends may be
30   made by direct polymerization, without isolation of the
blend components, using, for example, two or more
catalysts in one reactor, or by using a single catalyst
and two or more reactors in series or parallel. The blend
may also be compounded with various conventional additives
35   known in the art such as, for example, antioxidants, UV
stabilizers, pigments, fillers, slip additives, block
additives, and the like. The blend preferably does not

-19-

contain any blend components in proportions which would
significantly adversely affect any improved properties
desired to be obtained by blending the LLDPE resins.

The invention is illustrated by way of the following
5   examples:

Example 1

An ethylene homopolymer resin, identified as '006,
having characteristics shown in Table 1, was prepared in a
gas phase reactor employing a silica supported transition
10  metal catalyst described below.

The gas phase reaction was carried out at 185°F
reaction temperature, 195 psi ethylene pressure, a
hydrogen/ethylene mole ratio of 0.00041, and a residence
time of 2 hours.  A second polymer, an ethylene/butene-1
15  copolymer identified as '013, having characteristics shown
in Table 1 was prepared in the gas phase reactor using the
same supported catalyst as described below.  The gas phase
reaction was carried out at 140°F reactor temperature, 195
psi ethylene pressure, a hydrogen/ethylene mole ratio of
20  0.00061, a butene-1/ethylene mole ratio of 0.123, and a
residence time of 2 hours.

The silica supported transition metal catalyst was
obtained as follows:

100 grams of high surface area (Davison 952) silica,
25  dehydrated in a flow of dry nitrogen at 800°C for 5 hours,
was slurried with 500 cc of toluene at 25°C under nitrogen
in a 2500 cc round-bottom flask using a magnetic stirrer.
250 cc of methyl alumoxane in toluene (1.03 mole/liter in
aluminum) was added dropwise over 15 minutes with constant
30  stirring to the silica slurry.  Stirring was continued for
30 minutes while maintaining the temperature at 25°C.  To
the alumoxane treated silica slurry was added dropwise
over 15 minutes, with constant stirring 250.0 cc of
toluene    solution    containing    2.00    grams    of
35  bis(n-butylcyclopentadienyl)zirconium dichloride.  This
slurry was stirred an additional one half hour while
maintaining the temperature at 65°C and thereafter the

PCT/US89/04259

-20-

~~toluene was decanted and the solids recovered and dried in~~
vacuo for 4 hours. Analysis of the catalyst indicated
that it contained 4.5 wt% aluminum and 0.63 wt% zirconium.

Resins '006 and '013 were then intensively mixed at
5  360°F in equal proportions in a Banbury melt blender along
with 1000 ppm each of the stabilizers Irganox 1076 and
Irgafos 168. The molten blend from the Banbury was
transferred to a roll mill, made into a thin sheet and
then cooled to room temperature. The cold sheet was then
10  chopped into approximately 1/8 inch chips.
Characteristics of this blend, identified as Blend B1, are
given in Table 1.

Compression molded sheets, five thousandth of an inch
in thickness, were prepared by melting the chopped blend
15  at 160°C in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature at a rate of 15°C per minute. Properties of
the molded sheet specimen are shown in Table 2.

Example 2
20  A second compression molded sheet was prepared and
tested as in Example 1, from the resins described in
Example 1, except that the blend which is identified as
Blend B2, consisted of one part '006 and three parts '013.
Characteristics of Blend B2 are given in Table 1,
25  properties of Blend B2 are given in Table 2.

TABLE 1
POLYMER CHARACTERIZATION

| Sample Designation | Mole% Butene[a] | Mw[b] | Mw/Mn[b] | Density[c] | Melt Index[d] | CDBI[e] |
|---|---|---|---|---|---|---|
| '006 | 0.0% | 76,700 | 2.8 | 0.9552 | 5.0 | 100% |
| '013 | 6.4 | 80,400 | 2.3 | 0.9042 | 4.0 | 67% |
| Blend B1 | 2.7 | 76,500 | 2.4 | 0.9335 | 4.4 | 25% |
| Blend B2 | 4.9 | 76,900 | 2.3 | 0.9172 | 4.3 | 44% |

35  a. By C-13 NMR
b. Weight average molecular weight (Mw), and ratio of number average
   molecular weight (Mn), Mw/Mn by size exclusion chromatography.

EXHIBIT PAGE 000084

-21-

    c. Density by gradient column method, ASTM D1585, $g/cm^3$
    d. Melt index by ASTM D1738 Condition E, dg/min
    e. CDBI, composition distribution breadth index, is defined as the weight
       percent of polymer molecules having a comonomer content within 50% of the

5      ~~median total molar comonomer content. The CDBI of a copolymer~~
       100%. Determined using temperature rising elution fractionation
       using tetra-chloroethylene solvent over a 6°C to 120°C temperature range
       as described in U.S. Patent Application Serial Number 151,350.
       See also Wild, et al, J. Poly. Sci. Ed, Vol. 20, p 441 (1982).

10                        TABLE 2
TEAR AND TENSILE STRENGTH OF MOLDED SHEET

| Sample Designation | Tear Strength[e] | Tensile Strength[f] @ Yield | @ Break | Elongation[f] @ Yield | @ Break | Modulus[f] Secant | Tangent |
|---|---|---|---|---|---|---|---|
| '006 | 48 | 3640 psi | 840 | 18% | 710% | 127,000 | 155,000 |
| '013 | 111 | 800 | 3230 | 70 | 1830 | 165,000 | --- |
| Blend B1 | 210 | 1900 | 2870 | 23 | 1620 | 70,600 | 76,000 |
| Blend B2 | 227 | 1330 | 3030 | 28 | 1530 | 37,700 | 42,000 |

    e. Tear strength, in g/mil, measured using ASTM 1922, tear resistance
      by pendulum method
20     f. Tensile strength, elongation, and modulus measured using ASTM D638

    Example 3

    Polymers used as blend components were synthesized by
a procedure similar to that described below for Run 03. A
stainless steel, 1-liter Zipperclave autoclave reactor was
25  used in the syntheses. The reactor was equipped with a
water jacket for heating and cooling, a septum inlet for
injection of liquid components, a burette for measuring
and adding purified hexane, and a controlled pressure
source of purified ethylene and nitrogen. Polymerization
30  reactions were started by cleaning the reactor and purging
it with purified nitrogen for several hours. 800 cc of
purified hexane was added to the reactor vessel at 25°C by
means of the measuring burette. 100 cc of purified
1-hexene was then added under nitrogen, and the contents
35  of the reactor were continuously stirred at 1200rpm
henceforth. 10.0 cc of the 10 wt% solution of
methylalumnoxane was added by syringe, and the reactor
temperature was equilibrated at the reaction temperature
of 60°C. Hydrogen was not used in this example

WO 90/03414

PCT/US89/04259

-22-

it is added at this time in the examples which do use it.

Hydrogen was metered into the reactor from a vessel of
known volume equipped with a highly precise pressure
gauge. The ideal gas law was used to calculate the
5   millimoles of hydrogen introduced into the reactor.
1.00 cc of a solution of 0.01 wt%
bis(n-butylcyclopentadienyl) zirconium dichloride in
distilled toluene was then injected by syringe, followed
by pressurization immediately with 90.9 psi of purified
10  ethylene. Ethylene was fed continuously on demand to the
stirring reactor while maintaining the reaction
temperature at 60°C and the reaction pressure at 90 psi.
After 10 minutes of polymerization the reaction was
stopped by rapidly cooling and venting the pressure and
15  exposing the contents to air. The polymer was obtained by
evaporating the liquid components and drying in a vacuum
oven for 1 hour. The poly(ethylene-co-hexene-1) polymer
obtained, which is identified as CO3, was obtained in 89.7
yield.
20      Other polymerizations runs were performed using the
procedure above with the exception that the volumes,
temperatures, and other polymerization conditions were
modified as shown in Table 3. Characterization data for
the blend components are given in Table 4.
25      Blends 8A, 9D, 20C, 21F and 22E were each prepared
using equal quantities of three blend components. (The
letter designation in these blends corresponds to the type
of blend illustrated in Figure 1.) Blend components for
each of the blends are given in Table 4, and they were
30  blended by the following solution blending procedure using
ca. 14 g. of each blend component. 2000 cc of xylene was
purged with nitrogen for one hour, the three blend
components were added, and the mixture was stirred and
heated to 144°C to dissolve the polymers. The polymer
35  solution was then cooled to 70°C, and 2000 cc of methanol
was added to precipitate the polymer. The mixture was
then cooled to 22°C, and the precipitated polymer was

EXHIBIT PAGE 000086

-23-

filtered and dried in a vacuum oven.  Average composition,
composition distribution breadth index, molecular weight
data, and density of the blends are listed in Table 4.
Compression molded sheets, five thousandth of an inch
5    in thickness, were prepared by melting the blended
polymers in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature.  Properties of the molded sheet specimen are
shown in Table 5 for blends 8A, 9D, 20C, 21F and 22E.  The
10   fraction of polymer extracted by hexane at 69°C is also
given for the blends.

Table 5 shows that the tear strength of blends 9D,
20C, 21F and 22E, i.e., blends having novel
composition-molecular weight distributions, are each
15   superior to that of blend 8A, which has a
conventional-type composition-molecular weight
distribution.  In many applications it is desirable to
have low levels of extractable polymer, and the table
shows that blends 9D, 20C, 21F, and 22E are markedly
20   superior to blend 8A in this respect.  Moreover, tensile
properties such as tensile strength at yield of the
conventional-type blend 8A are generally comparable to the
tensile strengths of the other blends.  Consequently, the
benefits of high tear strength and low levels of
25   extractables can be achieved without undue loss of tensile
properties.

This example illustrates the benefits obtained by
certain novel composition-molecular weight distributions
differing from the conventional type.  Thus, blends 9D and
30   20C have similar average molecular weights and molecular
weight distributions.  Consequently, flow and melt
fabrication performance of these blends should be similar
to that of the conventional-type blend 8A.  Therefore, the
desirable mechanical and solubility properties of blends
35   9D and 20C are not obtained at the expense of fabrication
performance.  Additionally, blends 21F and 22E have much
lower weight average molecular weight than blend 8A, and

EXHIBIT PAGE 000087

PCT/US89/04259

-24-

they should therefore be more easily fabricated into
articles of commerce such as films, fibers and molded
objects.

In summary, in the blends of this example (Type C, D,
5    E and F blends) the average molecular weight and molecular
weight distribution can be manipulated independently of
the composition distribution.    Superior solid state
performance can therefore be achieved without sacrificing
melt fabrication performance.

10                              TABLE 3
                     POLYMERIZATION CONDITIONS

| Polymeri- zation Run No. | Reaction Temp.°C | $C_2^=$ Press. (psi) | Time (min.) | Hexane (cc) | 1-Hexene (cc) | Catalyst Solu. (cc) | Yield gm | $H_2$ m mole |
|---|---|---|---|---|---|---|---|---|
| 03 | 60 | 90 | 10 | 800 | 100 | 1.0 | 89.7 | -- |
| 09 | 80 | 60 | 10 | 800 | 75 | 1.0 | 36.6 | -- |
| 15 | 80 | 60 | 15 | 800 | -- | 1.0 | 47.0 | 10 |
| 19 | 80 | 60 | 60 | 800 | 75 | 0.25 | 44.2 | 5 |
| 27 | 90 | 60 | 45 | 800 | 150 | 0.50 | 96.5 | -- |
| 30 | 75 | 75 | 42 | 800 | 87.5 | 0.55 | 86.3 | -- |
| 38 | 60 | 130 | 20 | 800 | 150 | 0.20 | 89.5 | -- |
| 42 | 60 | 60 | 30 | 800 | -- | 1.0 | 81.0 | -- |
| 48 | 70 | 170 | 9 | 300 | 600 | 0.5 | 114.0 | -- |
| 64 | 68 | 302 | 60 | -- | 800 | 0.05 | 53.0 | -- |

-25-

TABLE 4
POLYMER CHARACTERIZATION OF BLENDS AND BLEND COMPONENTS

| | Sample[h] | Mole %[a] | $\overline{M}_w$[b] | $\overline{M}_w/\overline{M}_n$ | Density[b] | CDBI[b] |
|---|---|---|---|---|---|---|
| 5 | C27 | 6.1 | 12,500 | 1.9 | -- | 77% |
| | C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| | C42 | 0.0 | 259,000 | 2.0 | -- | 100 |
| | Blend 8A[c] | 2.7 | 113,000 | 9.0 | 0.933 | 24 |
| | C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| 10 | C30 | 2.0 | 48,000 | 1.9 | -- | 81 |
| | C64 | 4.2 | 223,000 | 2.2 | -- | -- |
| | Blend 9D[d] | 2.1 | 95,600 | 9.8 | 0.940 | 42 |
| | C19 | 2.3 | 13,600 | 1.9 | -- | 70 |
| | C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| 15 | C38 | 2.2 | 240,000 | 2.2 | -- | -- |
| | Blend 20C[e] | 2.3 | 94,800 | 8.8 | 0.932 | 64 |
| | C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| | C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| | C03 | 3.1 | 121,000 | 2.2 | -- | 67 |
| 20 | Blend 21F[f] | -- | 62,000 | 6.4 | 0.946 | 46 |
| | C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| | C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| | C48 | 7.2 | 50,000 | 1.9 | -- | 75 |
| | Blend 22E[g] | -- | 37,800 | 4.2 | 0.940 | 37 |

25  (a)  Calculated from absorbance of 1378 cm$^{-1}$ IR band using spectral
        substraction to correct for overlap of adjacent IR bands.
        Residual peak at 1378 cm$^{-1}$ was converted to hexene content
        using calibration obtained by C13 NMR analysis of
        poly(ethylene-co-hexenes).
30  (b)  Same as in Table 1
    (c)  Blend 8A consisted of equal quantities of C27, C30 and C42
    (d)  Blend 9D consisted of equal quantities of C15, C30 and C64
    (e)  Blend 20C consisted of equal quantities of C19, C30 and C38
    (f)  Blend 21F consisted of equal quantities of C15, C09 and C03
35  (g)  Blend 22E consisted of equal quantities of C15, C09 and C48
    (h)  Blend components in this table are identified by the letter C
         followed by the corresponding polymerization run number from
         Table 3. For example, blend component C27 was obtained from
         polymerization run 27.

-26-

TABLE 5

PROPERTIES OF MOLDED SHEET

| Sample | Tear Strength g/mil | Tensile Strength at Yield, psi | Hexane Extractable Polymer % |
|--------|--------------------|-------------------------------|------------------------------|
| Blend 8A | 68 | 1770 | 22 |
| Blend 9D | 241 | 1980 | 3.0 |
| Blend 20C | 426 | 1400 | 6.3 |
| Blend 21F | 205 | 2050 | 4.5 |
| Blend 22E | 107 | 2050 | 6.7 |

(a) Tear strength measured by ASTM 1922, tear resistance by pendulum method.
(b) Tensile strength at yield measured using ASTM D638.
(c) Extractables were determined as follows. About 0.5 g of polymer molded sheet, ca. 5 mil thick, was weighed and placed in a weighed cellulose extraction thimble. The thimble and polymer were placed in a vapor jacketed Soxlet-type extractor, and the polymer was extracted with condensed vapors of boiling hexane at 69°C for 16 hours. The thimble and residual polymer were removed, dried in a vacuum oven, and weighed to determine the amount of extracted, i.e., soluble, polymer.

The foregoing description of the invention is illustrative and explanatory thereof. Various changes in the materials, apparatus, and particular steps employed will occur to those skilled in the art. It is intended that all such variations within the scope and spirit of the appended claims be embraced thereby.

-27-

CLAIMS:

1    1.   A polymer blend, comprising:

~~a plurality of linear ethylene interpolymer~~

3  blend components, each having a narrow molecular weight
4  distribution such that $M_w/M_n \leq 3$ and a composition
5  distribution breadth index of at least 50%;
6        wherein the blend is essentially free of blend
7  components having both a higher average molecular weight
8  and a lower average comonomer content than that of any
9  other said polyethylene blend component; and
0        wherein the blend has either $M_w/M_n > 3$ or a
1  composition distribution breadth index below 50%, or both.

1    2.   The blend of claim 1, wherein said blend has a
2  density in the range of 0.85 to 0.94 g/cm$^3$.

1    3.   The blend of claim 1, wherein said blend
2  components have an α-olefin comonomer content in the range
3  of 0 to 30 mole percent and an ethylene content in the
4  range of 100 to 70 mole percent.

1    4.   The blend of claim 1, wherein said blend
2  components are selected from the group consisting of:
3        poly(ethylene-co-α-olefin) elastomers; very low
4  density linear polyethylenes; and linear, low density
5  polyethylenes.

1    5.   The blend of claim 1, wherein the blend
2  components have essentially the same molecular weight and
3  different comonomer contents.

1    6.   The blend of claim 1, wherein the blend
2  components have essentially the same comonomer content and
3  different molecular weights.

EXHIBIT PAGE 000091

-28-

1        7.   The blend of claim 1, wherein the molecular
2   weights and the comonomer contents of the blend components
3   are both different.

1        8.   The blend of claim 1, wherein the value of $M_w/M_n$
2   for each blend component is less than or equal to 2.5.

1        9.   The blend of claim 1, wherein the composition
2   distribution breadth index for each blend component is
3   greater than about 70%.

1        10.  A polymer blend, comprising:
2             a plurality of linear ethylene polymer or
3   interpolymer blend components, each having a narrow
4   molecular weight distribution such that $M_w/M_n \leq 3$ and a
5   composition distribution breadth index of at least 50%;
6   and
7             wherein said blend components are selected from
8   one of the groups consisting of: (1) blend components
9   having essentially the same average molecular weight but
10  different average comonomer contents; (2) blend components
11  having essentially the same average comonomer content but
12  different average molecular weights; and (3) blend
13  components having different average molecular weights and
14  comonomer contents wherein said components, taken serially
15  in order of increasing average molecular weight, have an
16  increasing comonomer content.

1        11.  The blend of claim 10, wherein the blend has a
2   density of 0.85 to 0.94 g/cm$^3$.

1        12.  The blend of claim 10, wherein said blend has an
2   average molar α-olefin comonomer content of 1-30 percent.

1        13.  The blend of claim 10, wherein said blend
2   components include poly(ethylene-co-α-olefin) elastomers.

WO 90/03414                                                      PCT/US89/04259

-29-

1      14.  The blend of claim 12, wherein said blend
~~2   components include very low density, linear polyethylenes.~~

1      15.  The blend of claim 12, wherein said blend
2   components include linear, low density polyethylenes.

1      16.  The blend of claim 10, wherein the number of
2   said blend components is from 2 to 5.

1      17.  The blend of claim 10, wherein said blend is
2   essentially free of blend components having both a higher
3   average molecular and a lower average comonomer content
4   than another blend component.

1      18.  The blend of claim 10, wherein the blend has
2   plural modality with respect to molecular weight,
3   comonomer content or both.

1      19.  The blend of claim 12, wherein said α-olefins
2   have from 3 to about 12 carbon atoms.

1      20.  The blend of claim 10, wherein $M_w/M_n \leq 2.5$ for
2   each blend component, and the composition distribution
3   breadth index for each component is in the range from 50
4   to 70%.

1      21.  The blend of claim 20, wherein $M_w/M_n \leq 2.0$ for
2   each blend component.

1      22.  The blend of claim 20, wherein each blend
2   component has a composition distribution breadth index in
3   the range from 50 to 90%.

EXHIBIT PAGE 000093

WO 90/03414                                          PCT/US89/04259

-30-

1     23.  A polymer blend exhibiting enhanced tear
2  strength properties over that of the individual blend
3  components comprising:
4          a plurality of linear ethylene interpolymer
5  blend components, each having a narrow molecular weight
6  distribution such that $M_w/M_n \leq 3$ and a composition
7  distribution breadth index of at least 50%; and
8          wherein for said components taken serially,
9  primarily in order of increasing molecular weight and
10 secondarily in order of increasing average comonomer
11 content, each succeeding component has substantially the
12 same or a higher average comonomer content than each
13 preceding component in said series.

1     24.  A polymer blend of linear ethylene interpolymer
2  having a molecular weight distribution such that $M_w/M_n > 2$
3  and a composition distribution breadth index greater than
4  or equal to 50%.

1     25.  A linear ethylene interpolymer comprising
2  fractions having a narrow molecular weight distribution
3  such that $M_w/M_n \leq 3$ for each fraction, said fractions
4  taken serially in order of increasing average molecular
5  weight have an increasing average comonomer content.

1     26.  A linear ethylene interpolymer comprising
2  fractions having a composition distribution breadth index
3  of 50% or more, said fractions taken serially in order of
4  increasing comonomer content have an increasing average
5  molecular weight.

Gp 1505

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum et al.

Serial No.:  08/054,379        Group Art Unit:  1505

Filed:  April 28, 1993        Examiner:  D. WU

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231, ON    May 13, 1994
                    DATE OF DEPOSIT
                    Jan Alverson
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE
                    Jan Alverson
SIGNATURE OF PERSON SIGNING CERTIFICATE
                    5-13-94
                    DATE OF SIGNATURE

RECEIVED
JUN 0 1 1994
GROUP 150

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## EXTENSION OF TIME

    Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire February 15, 1994
in this application be extended for a period of three (3) months,
the extended period then expiring on May 15, 1994.  This is a
first request for an extension of time.

    Please charge $840 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                    Respectfully submitted,

                    By  Noreen D Warrick
                    Noreen D. Warrick
                    Registration No. 34,573
                    Phone:  409-238-4510

May 11, 1994
Freeport, Texas 77541
  CS10157  05/27/94  08054379      04-1512  010  117      840.00CH

LWW/mfg

C-40,12-G

EXHIBIT PAGE 000095



# PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicants: | Pak-Wing Steve Chum et al. |
| Serial No.: | 08/054,379 |
| Filed: | April 28, 1993 |
| For: | FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS |
| Docket No.: | C-40,121-G |

Group Art Unit:    1505

Examiner:    D. Wu

RECEIVED

JUN 0 1 1994

GROUP 150

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231, on    May 13, 1994
                 DATE OF DEPOSIT

Jan Alverson

PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

*Jan Alverson*
SIGNATURE OF PERSON SIGNING CERTIFICATE

5-13-94
DATE OF SIGNATURE

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

## RESPONSE A

In response to the Office Action dated November 15, 1993, Applicants have enclosed a request for a three (3) month extension of time, thereby extending the period of response to May 15, 1994.  In addition, Applicants respectfully request entry of the following amendments and  reconsideration in view of the following remarks:

C-40,121-G                    -1-

<u>In the Specification:</u>

Page 1, line 3, after the words "number 07/776,130," please insert the words -- now USP 5,272,236, -- ;

p. 1, line 4, after the words "number 07/939,281," please insert the words -- now USP 5,278,272, -- ;

p. 3, line 2, please delete the word "temperture" and insert therefore the word -- temperature --;

p. 3, line 14, please the letters "e.g," and insert therefore the letters -- e.g., --;

p. 3, line 15, after the words "The compositions comprise" please insert the letter -- (A) --;

p. 3, line 17, please delete the symbol " : ";

p. 3, line 18, please delete the letter "(A)";

p. 5, line 9, please delete the word "homogeniety" and insert therefore the word -- homogeneity --;

p. 5, line 28, please delete the word "homogeneouslt" and insert therefore the word -- homogeneously --;

p. 8, line 4, please delete the word "substantialy" and insert therefore the word -- substantially --;

p. 10, lines 11 and 16, please delete the word "intial" and insert therefore the word -- initial --;

p. 11, line 2, please delete the word "heterogenously" and insert therefore the word -- heterogeneously --;

p. 14, line 5, please delete the word "tempertaures" and insert therefore the word -- temperatures --;

p. 14, line 9, please delete the word "concommitantly" and insert therefore the word -- concomitantly --;

p. 17, line 23, please delete the word "decribed" and insert therefore the word -- described --;

p. 17, line 27, please delete the word "dicusses" and insert therefore the word -- discusses --;

p. 18, line 11, please delete the word "terepthalate" and insert therefore the word -- terephthalate --;

p. 22, line 5, please delete the word "coplymer" and insert therefore the word -- copolymer --;

C-40,121-G                          -2-

EXHIBIT PAGE 000097

p. 22, line 10, please delete the word "recator" and insert therefore the word -- reactor --;

p. 23, line 4, please delete the word "baout" and insert therefore the word -- about --;

p. 23, line 5, please delete the word "distrubution" and insert therefore the word -- distribution --;

p. 26, line 11, please delete the word "ipact" and insert therefore the word -- impact --;

p. 26, line 12, please delete the words "DC ppt tear" and insert therefore the words -- CD ppt tear --.

<u>In the Claims:</u>

Please cancel Claims 9-16 and 24-30 without prejudice.

Please amend the following claims:



1. (Amended)  A film made from an ethylene polymer composition, wherein the composition comprises

<u>(A)</u> from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of[:]

[(A)] at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ <u>and wherein the heterogeneously branched ethylene polymer has no more than about</u>

C-40,121-G                    -3-

EXHIBIT PAGE 000098

10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to about 1.3.

2. (Amended) The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3 and up to about 2.3.

17. (Amended) In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter $(g/cm^3)$ to about 0.92 $g/cm^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry, wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient greater than or equal to about 1.3.

18. (Amended) The improvement of claim 17 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3 and up to about 2.3.

C-40,121-G                          -4-

EXHIBIT PAGE 000099

## REMARKS

The amendments to the specification update the priority application data and correct obvious typographical spelling errors. Applicants regret the errors and respectfully request that the amendments to the specification be entered.

The amendments to independent Claims 1 and 17 describing the heterogeneously branched ethylene polymer are supported in the specification on p. 14, lines 22-23. The other amendment to independent Claim 1 clarifies the composition used to make the film as comprising components (A) and (B). The amendments to dependent Claims 2 and 18 are supported in Table 1, p. 12, in Polymer Q. These amendments do not add new matter. Entry of the amendments is respectfully requested.

Applicants also affirm the election of Group I, Claims 1-8 and 17-23. Applicants reserve the right to timely file divisional applications to the non-elected subject matter of Group II (Claims 9-16 and 24-30).

## THE REJECTIONS

1. Claims 1-8 and 17-23 are rejected under 35 U.S.C. § 112, second paragraph, as allegedly being indefinite for failing to particularly point out and distinctly claim the subject matter. Specifically, the language "substantially linear ethylene/alpha-olefin interpolymer" in claims 1 and 17 is allegedly in conflict with language "no linear polymer fraction."

2. Claims 2 and 18 are rejected under 35 USC 112, first paragraph, as the disclosure is allegedly enabling only for claims limiting the slope of strain hardening coefficient up to 2.265.

3. Claims 1-8 and 17-23 are rejected under 35 USC 102(b) as anticipated by, or in the alternative, under 35 USC 103 as obvious over, WO 90/03414 (WO '414).

4. Claims 1-8 and 17-23 are rejected under 35 USC 103 as being unpatentable over USP 5,206,075 (Hodgson).

C-40,121-G                    -5-

EXHIBIT PAGE 000100

APPLICANTS' RESPONSE

Applicants discovered that films made from specific ethylene polymer compositions have enhanced properties. The ethylene polymer compositions comprise at least one substantially linear ethylene polymer and at least one heterogeneously branched ethylene polymer. The substantially linear ethylene polymer is not a linear polymer, but has long chain branching and an absence of a linear polymer fraction. The substantially linear ethylene polymers used herein are homogeneous polymers having a narrow molecular weight distribution (MWD) and a narrow or uniform composition distribution (CD). The narrow MWD (generally, MWD ≈ 2) means that the length of the polymer chains is relatively uniform, and the narrow CD means that each polymer chain contains a relatively uniform amount (e.g. weight percent) of α-olefin in copolymerized form and randomly dispersed along the polymer backbone and along any long chain branches. The substantially linear ethylene polymer also has a uniform (i.e., homogeneous) short chain branching distribution, meaning that essentially each polymer molecule has the same number of short chain branches along the polymer chain. In contrast, the heterogeneously branched ethylene polymers, by definition, have broader MWD's, broader CD and different amounts of short chain branching. The heterogeneously branched ethylene polymers are typically prepared using Ziegler catalysis. As Figure 1 demonstrates, each of the polymer components used in Applicants' invention has different branching distributions. The novel films which Applicants have discovered have improved impact and tensile properties and an especially good combination of modulus, yield, ultimate tensile and toughness. See, for example, p. 3, lines 9-14 of the specification and Table 3 (p. 25) and the summary discussion on p. 26.

1. Applicants respectfully submit that the basis of rejection of Claims 1-8 and 17-23 under 35 U.S.C. § 112, second paragraph, is in error. Applicants have taught and claimed that the substantially linear ethylene polymer has long chain branching and that such a substantially linear ethylene polymer has no measurable linear polymer fraction (i.e., no high density fraction) as measured by temperature

C-40,121-G                              -6-

EXHIBIT PAGE 000101

rising elution fractionation. See the teaching, for example, at p. 5, lines 23-32 in the Specification. This "high density fraction" or linear polymer fraction is lacking from the substantially linear ethylene polymers used in Applicants' invention. Applicants have taught that conventional ethylene polymers (i.e., LLDPE made using Ziegler catalysis) comprise a variety of polymer molecule components, some molecules having numerous short chain branches and some having no short chain branches. The short chain branches are the result of uneven comonomer incorporation during polymerization, which results in a polymer product having several different types of polymer molecules. For example, see the discussion at p. 13, line 7 through p. 14, line 10. Figure 2 also graphically depicts the relative amounts of short chain branching contained in a conventional Ziegler polymerized polyethylene polymer (Dowlex™ 2045, a heterogeneously branched ethylene/1-octene copolymer made by The Dow Chemical Company). Note how the ATREF curve is much broader over the elution temperature range for the Dowlex™ 2045 polymer, as compared to the homogeneously branched substantially linear ethylene polymers. Applicants respectfully believe that there is no confusion by using the terms "substantially linear ethylene/alpha-olefin interpolymer" and "no linear polymer fraction" to describe the properties of the substantially linear ethylene polymer, since such terms are not contradictory, but rather complimentary. Accordingly, Applicants respectfully traverse the rejection of claims 1-8 and 17-23 under 35 U.S.C. § 112, second paragraph as being indefinite.

2. Applicants have listed substantially linear ethylene polymers with their respective slope of strain hardening coefficients in Table 1. The data of Table 1 is also plotted in Figure 1. Applicants have shown that a substantially linear ethylene polymer having a density of about 0.9216 g/cm$^3$ has a slope of strain hardening coefficient (SHC) of about 2.3 (see Polymer Q of Table 1). Applicants have amended dependent claims 2 and 18 to incorporate this upper limit for SHC and respectfully traverse the rejection of claims 2 and 18, as amended, under 35 USC 112, first paragraph.

3. WO '414 discloses blends of ethylene interpolymer components with narrow molecular weight and composition

C-40,121-G                                   -7-

EXHIBIT PAGE 000102

distributions. Each component of WO '414 has a $M_w/M_n$ value less than or equal to 3 and a composition distribution breadth index (CBDI) of 50% or higher. Furthermore, the blend components are each linear. See page 6, line 14, 7, line 28, and page 12, line 33, among others. In contrast to WO '414, Applicants' film is made from ethylene polymer compositions which comprise at least one substantially linear ethylene polymer and at least one heterogeneously branched ethylene polymer (i.e., a conventional LLDPE, as WO '414 describes such heterogeneously branched ethylene polymers). The substantially linear ethylene polymer used in Applicants' invention is not a linear polymer, but instead is an ethylene polymer having long chain branching. The substantially linear ethylene polymers used in Applicants' invention are patentably distinct from the linear ethylene polymers used in WO '414 (see USP 5,272,236 and USP 5,278,272). In addition, the heterogeneously branched ethylene polymer used as the other component of the ethylene polymer compositions used to make the novel film has a broad short chain branching distribution, as Figure 2 demonstrates. WO '414 specifically calls for their blends to each have a CBDI of at least 50%. Consequently, both components of the film of Applicants' ethylene polymer compositions are different from the homogeneously branched linear ethylene polymers used in the blends of WO '414.

WO '414 neither teaches nor suggests the use of a substantially linear ethylene polymer in combination with a heterogeneously branched ethylene polymer. However, WO '414 does lead one skilled in the art away from the use of conventional heterogeneously branched ethylene polymers in their blends. For example, WO '414 states: "The higher molecular weight fraction containing relatively less comonomer as on conventional LLDPE may cause an anisotropic morphology during fabrication processing known as 'row nucleated' or 'shish-ka-bob' morphology. *This anisotropic morphology is believed to contribute to poor toughness in articles crystallized from flowing melts.*" (Page 11, lines 14-20, emphasis added in italics.).

Thus, in direct contrast to that discovered by Applicants, WO '414 concludes that blends of a homogeneously branched ethylene polymer with conventional LLDPE results in thermally formed articles having

C-40,121-G                           -8-

poor toughness. Applicants have shown in Table 3 that Examples 1 and 2 both have significantly higher dart impact than comparative example 3. Examples 1 and 2 also have higher machine and cross direction toughness than comparative example 3.

WO '414 specifically describe their polymer components as <u>linear</u> and as having <u>CBDI greater than 50%</u>, and also teach against using conventional (i.e., Ziegler polymerized heterogeneously branched) LLDPE. See also Figure 2 of WO '414, showing the broad CBDI of a "typical prior art LLDPE." (p. 5, lines 28-30 and Figure 2 of WO '414). Accordingly, WO '414 neither anticipates nor obviates Applicants' claimed invention of film made from an ethylene polymer composition comprising at least one substantially linear ethylene polymer and at least one heterogeneously branched ethylene polymer. Thus, Applicants respectfully traverse the rejection of claims 1-8 and 17-23 under 35 USC 102(b) as anticipated by, or in the alternative, under 35 USC 103 as obvious over WO '414.

4. Hodgson discloses film made from a base layer. The base layer has a heat sealable film layer on one or both surfaces of the base layer. The base layer comprises a blend of at least one very low density ethylene copolymer having a CBDI of 70% or higher and another polymer. The other polymer of the base layer is selected from the group consisting of polypropylene, low density polyethylene, linear low density polyethylene (LLDPE), polybutene, random copolymers of propylene with up to about 15 mole % of a $C_2$ or $C_4$ to $C_{12}$ alpha olefin (see col. 4, lines 14-20 of Hodgson). However, Hodgson does not specify or describe the linear low density polyethylene as the "other polymer" of the base layer. Hodgson neither teaches nor suggests that the LLDPE which can be added to his film compositions is a heterogeneously branched polyethylene, as Applicants have taught and claimed.

Furthermore, as Inventor Chum's attached declaration shows, not all heterogeneously branched linear low density polyethylene has no more than about 10 % of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than about 1.3. Inventor Chum points out that <u>about 30 %</u> of Dowlex™ 2045 (a heterogeneously branched ethylene/1-octene copolymer made by The Dow Chemical Company having a whole polymer density of about 0.92 $g/cm^3$) has

C-40,121-G                                  -9-

SHC > 1.3. Please note that the specification on p. 13, lines 26-31 describes Dowlex™ 2045 and that Figure 2 of the instant application shows its branching distribution. Thus not all heterogeneously branched ethylene polymers will have the properties necessary for improving the film performance.

Furthermore, the other component of the compositions used in Hodgson (as well as the other layer of the film) is "VLDPE." VLDPE is well known in the art to refer to a linear ethylene polymer having a very low density. Very low density polyethylene and ultra low density polyethylene (ULDPE) are used interchangeably in the art and refer to linear polyethylenes having densities less than 0.915 g/cm$^3$. See L.D. Cady, Ultralow-density Polyethylene, Modern Plastics Encyclopedia/89, mid October 1988 Issue, Volume 65, Number 11, p. 66 (copy enclosed). The substantially linear ethylene polymers used in Applicants' invention are patentably distinct from such VLDPE polymers, as discussed supra.

Applicants' invention is directed to film made from at least one substantially linear ethylene polymer and at least one heterogeneously branched ethylene polymer having not more than 10% of a polymer fraction having SHC ≥ 1.3. Since Hodgson is directed to linear ethylene polymers blended with some unknown and unspecified type of LLDPE, Applicants believe that Hodgson does not obviate the presently claimed invention. Accordingly, Applicants respectfully traverse the rejection of claims 1-8 and 17-23, as amended, under 35 USC 103 as being unpatentable over USP 5,206,075 (Hodgson).

C-40,121-G                              -10-

EXHIBIT PAGE 000105

## CONCLUSION

Applicants respectfully submit that all of the rejections have been traversed. The claims, as amended, are believed to be in condition for allowance. Applicants respectfully request reconsideration and notice of allowance.

Respectfully submitted,

*Noreen D Warrick*

Noreen D. Warrick
Registration No. 34,573
Telephone: (409) 238-4510

May 12, 1994
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541

C-40,121-G                                    -11-

EXHIBIT PAGE 000106



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum et al.

Serial No.:  08/054,379          Group Art Unit:  1505

Filed:  April 28, 1993          Examiner:  D. WU

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
      BLENDS

> I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
> DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
> FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO
> COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON
> D.C. 20231, On    May 13, 1994
>                   ———————————————
>                   DATE OF DEPOSIT
>          Jan Alverson
>          ———————————————
>     PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE
>          *Jan Alverson*
>     ———————————————
>     SIGNATURE OF PERSON SIGNING CERTIFICATE
>          5-13-94
>          ———————————————
>          DATE OF SIGNATURE

RECEIVED

Hon. Commissioner of Patents & Trademarks          JUN 0 1 1994
Washington, D.C. 20231

Sir:                                               GROUP 150

<u>DECLARATION UNDER CFR 1.132</u>

Pak-Wing Steve Chum declares and states:

THAT, he obtained a Bachelor of Science degree
in Chemistry from Hong Kong Baptist College in 1970, a
Master of Science degree in Chemistry from Northern
Michigan University in 1974, and a PhD in Physical
Organic Chemistry from Oregon State University in 1978;

THAT, he joined The Dow Chemical Company
(Midland, MI) in 1980 as a Senior Research Chemist, was
promoted to Project Leader in 1983, to Research Leader
in 1985, to Research Associate in 1988, to Associate
Scientist in 1991, and to his present position as Senior
Associate Scientist in 1994;

-1-

EXHIBIT PAGE 000107

THAT, during the last fourteen years, he has focused his research effort in the area of thermolplastics and plastic foams;

THAT, he currently leads the effort in Polymer Materials Science research for The Dow Chemical Company (Texas Operations);

That, he is a member of the American Chemical Society, a member of the Board of Directors of the Society of Plastic Engineers, a member of the Board of Industry Advisors for Case Western Reserve University, and was a Visiting Professor for the Michigan Macromolecular Institute (1987-1988);

THAT, he received the American Chemical Society Outstanding Scientific Achievement Award in 1993;

THAT, he served as author or co-author of the publications 1992-1994 listed in Attachment One;

That, he is an inventor in the above-identified Application and is therefore familiar with the Application and the Office Action thereon;

THAT, polyethylenes, including linear low density polyethylene, can be characterized by various slope of strain hardening coefficient profiles;

THAT, not all linear low density polyethylene is characterized as having no more than about 10 percent of a polymer fraction having a slope of strain hardening coefficient greater than about 1.3;

-2-

EXHIBIT PAGE 000108

THAT, for example, about 30 percent of DOWLEX™ 2045 (a heterogeneously branched linear low density ethylene/1-octene copolymer made by The Dow Chemical Company having a whole polymer density of about 0.92 g/cm³) is characterized by a slope of strain hardening coefficient greater than about 1.3;

THAT, films fabricated from polymer blends with compositions comprising: (a) a heterogeneously branched ethylene polymer having a density from about 0.93 to 0.965 g/cm³ and are characterized as having no more than about 10 percent of a polymer fraction having a slope of strain hardening coefficient greater than about 1.3, and (b) a homogeneously branched substantially linear ethylene/α-olefin interpolymer, are improved over films fabricated from conventional linear low density polyethylene, such as are prepared using Ziegler-Natta catalysts comprising a heterogeneously branched ethylene polymer characterized as having more than about 10 percent of a polymer fraction having a slope of strain hardening coefficient greater than about 1.3, in that the former are characterized by greatly improved dart impact A values (see Table 3 at page 25 of the specification).

The undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Date  _May 12, 1994_                    _Pak-Wing Steve Chum_

-3-

EXHIBIT PAGE 000109

PUBLICATIONS BY PAK-WING STEVE CHUM
(1992 to 1994)

1. "Computer Modeling of (110) Adjacent Re-entry of Polyethylene Molecules"; P. S. Chum (Dow Chemical Co.) and Prof. P. J. Phillips (University of Tennessee), et al., *Macromolecules, Vol. 27, No. 3, pp. 656, (1994)*

2. "Effect of Chain Microstructure on Modulus of Ethylene-alpha-Olefin Copolymers"; P. S. Chum, K. Sehanobish, C. I. Kao, et al., (all of Dow Chemical Company), *Journal of Applied Polymer Science, Vol. 51, pp. 887 (1994)*

3. "New Polyolefin Based Elatomers for TPO Impact Modification", P. S. Chum, H. C. Silvis C. I. Kao, (all of Dow Chemical Company), *Proceedings of the SAE International Congress & Exposition, Paper # 940435, February, 1994*

4. "Morphology and Deformation Behavior of Homogeneous Polyolefin Copolymers made with Insite* Technology", P. S. Chum, R. Guerra, et al., (All of Dow Chemical Co.), *Proceedings of SPE Antec' 94, May, 1994*

5. "Bridging the Polyethylene Lifetime under Fatigue and Creep Conditions with its Crystallization Behavior", P. S. Chum (Dow Chemical Company) and Prof. A. Chudnovsky (University of Illinois at Chicago), et al., *Journal of Applied Polymer Science, Vol 49, pp. 863-875 (1993)*

6. "Synthesis of a Stable Foamable, Gold-Containing Organic Carboxylate Polyethylene Polymer"; P. S. Chum (Dow Chemical Co.), Prof. J. P. Fackler (Texas A&M University), et al., *Journal of Polymer Science: Part A: Polymer Chemistry, Vol 31, PP. 2353 (1993)*

7. "Insite* Technology Based Polyolefin Elatomers for Impact Modification", P. S. Chum, H. C. Silvis and C. I. Kao (All of Dow Chemical Company), *Proceedings of the 1993 SPO International Polymer Conference, PP. 247 (1993)*

8. "Effect of Vinyl Chain-Ends on the Melt Viscoelatics Properties of Radiation Crosslinked Polyethylenes", P. S. Chum (Dow Chemical Company), *Journal of Plastics Film and Sheeting, Vol. 8, No. 1, PP. 37, (1992)*

9. "Influence of Extruder Conditions on Orientation Distribution in LLDPE Blown Films", P. S. Chum and S. V. Karande (All of Dow Chemical Co.), *Journal of Plastics Film and Sheeting, Vol. 8, No. 1, PP. 74, (1992)*

ATTACHMENT ONE

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | P | C40121G |

15M2/0727

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

| | EXAMINER |
|---|---|
| | WU, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | 7 |

DATE MAILED:  07/27/94

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined  ☒ Responsive to communication filed on _5-18-94_  ☒ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), ___0___ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.  35 U.S.C. 133

**Part I**   **THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.        2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.            4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.  6. ☐ _____

**Part II**   **SUMMARY OF ACTION**

1. ☒ Claims _____1-8 , and 17-23_____ are pending in the application.

    Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _____9-16 and 24-30_____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _____1-8 and 17-23      remain_____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
    are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
    examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____, has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____ .

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 9-89)

EXHIBIT PAGE 000111

Serial Number: 08/054,379                                    -2-

Art Unit: 1505

15.      Applicant's election without traverse of Group I,

claims 1-8, and 17-23 in Paper No. 6 is acknowledged.

16.      The following is a quotation of the appropriate
paragraphs of 35 U.S.C. § 102 that form the basis for the
rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed
> publication in this or a foreign country or in public use or
> on sale in this country, more than one year prior to the
> date of application for patent in the United States.

17.      The following is a quotation of 35 U.S.C. § 103 which
forms the basis for all obviousness rejections set forth in this
Office action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

18.      Claims 1-8, and 17-23 remain rejected under 35 U.S.C.

§ 102(b) as anticipated by or, in the alternative, under 35

U.S.C. § 103 as obvious over WO '414.

EXHIBIT PAGE 000112

Serial Number: 08/054,379                                    -3-

Art Unit: 1505


19.      Paragraph 27 of Paper No. 4 are incorporated herein by

reference.


20.      The applicants argue that part (A) of claimed polymer

blends is a substantially linear ethylene/alpha-olefin

interpolymer which is not a linear polymer but has "long chain

branching", and part (B) is a heterogeneously branched ethylene

polymer wherein less than 10 wt.% of a polymer fraction having

SHC > about 1.3.  However, the physical properties of '006 and

'013 of WO '414 such as density, MWD, melt index are

substantially similar to those set forth in the claims.

Moreover, the term "long chain branching" which applicants

alleged as novelty of part (A) has never been set forth in the

claims; the part (B) is made by a conventional Ziegler-type

catalyst which is the same method '013 of WO '414 was made.

Applicants also alleged that in Table 3, example 1 and 2 both

have significantly higher dart impact and toughness than those of

comparative example 3.  However, none of the comparative

experiments (including comparative example 3) are truly

representative of the closest disclosure of WO '414.

         The Chum's Declaration filed on May 18, 1994 has been

considered but not deemed to be persuasive since there is no any

comparative tests to show the unexpected results of the claimed

polymer blends, mere conclusory statements are not entitled to

EXHIBIT PAGE 000113

Serial Number: 08/054,379                                            -4-

Art Unit: 1505

probative weight.  Since applicants have not met their burden to

provide objective evidence demonstrating the claimed polymer

blends are in fact differ from those of WO '414, the 102(b)/103

rejection is still deemed to be proper.

21.      Applicant's arguments filed on May 18, 1994 have been

fully considered but they are not deemed to be persuasive.

22.      **THIS ACTION IS MADE FINAL.**  Applicant is reminded of

the extension of time policy as set forth in 37 C.F.R.

§ 1.136(a).


     A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.   IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.   IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

David Wu
July 26, 1994

                              JOSEPH I. SCHOFER
                         SUPERVISORY PATENT EXAMINER
                              ART UNIT 155

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum, et al.

Serial No.:  08/054,379        Group Art Unit:  1505

Filed:  April 28, 1993        Examiner:  D. Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

"Express Mail" mailing label number TB 184 380 515
Date of Deposit **January 27, 1995**
 I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231
**Jan Alverson**
(Typed or printed name of person mailing paper or fee)
(Signature of person mailing paper or fee)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## EXTENSION OF TIME

    Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire October 27, 1994
in this application be extended for a period of three (3)
month(s), the extended period then expiring on January 27, 1995.
This is a second request for an extension of time.

    Please charge $870.00 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                    Respectfully submitted,

              By
                    L. Wayne White
                    Registration No. 25,415
                    Address:  Bldg. B-1211
                    Freeport, Texas  77541
                    Phone:  409-238-2149

    LWW/jka
    C-40,121-G
MM11291  02/13/95  08054379        04-1512  110  117      870.00CH



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | P | C40121G |

```
                        15M2/0306                    WU, D
┌                                          ┐              EXAMINER
  THE DOW CHEMICAL CO.
  PATENT DEPARTMENT
  BLDG. B-1211                                    ART UNIT    PAPER NUMBER
  DALLAS, TX 77541                                  1505
└                                          ┘     DATE MAILED:    03/06/95
```

### NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____7/27/94_____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

David Wu
DAVID W. WU
PATENT EXAMINER
GROUP 1500

PTO-1432 (REV. 5-83)

EXHIBIT PAGE 000116

PATENT APPLICATION SERIAL NO. 08/378998

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

SC13131  02/16/95  08378998        04-1512  130  101      730.00CH

PTO-1556
(5/87)

EXHIBIT PAGE 000117

IN T    NITED STATES PATENT AND TRADEMA    FFICE    08/**378998** A/fwc

Applicant(s): Pak-Wing Steve Chum, et al.
Serial No.: 08/054,379
Filed: April 28, 1993
Group Art Unit: 1505
Examiner: D. Wu
For: FABRICATED ARTICLES MADE FROM ETHYLENE
     POLYMER BLENDS
BOX FWC
The Commissioner of Patents and Trademarks
Washington D.C. 20231

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
    I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231

Jan Alverson
(Typed or printed name of person mailing paper or fee)

Jan Alverson
(Signature of person mailing paper or fee)

Sir:

This is a request for filing a    ☒ continuation            )
                                  ☐ divisional              ) application under
                                  ☐ continuation-in-part    ) 37 C.F.R. 1 62

10/13

1. The following information is provided in accordance with 37 C.F.R. 1.62(h)
   (if different from originally filed or that stated in the Declaration and Power of
   Attorney presently of record) :
   (a)  Title:

   (b)  Names and addresses of Applicant(s):

2. Priority claim ☐ has  ☒ has not  been made pursuant to 35 USC 119, and if so, is identified as follows:

3. ☐ Cancel in this application claims _____ of the prior application before calculating the filing fee.

4. ☐ A Preliminary Amendment is enclosed.

5. ☒ The filing fee is calculated below.

| For | Number Filed | | Number Extra | | Rate | Basic Fee $730.00 |
|---|---|---|---|---|---|---|
| Total Claims | 15 | - 20 = | 0 | x | $ 22 00 = | 0 |
| Independent Claims | 2 | - 3 = | 0 | x | $ 76.00 = | 0 |
| Multiple Dependent Claims Presented | | | | | $240 00 = | 0 |
| Total Filing Fee | | | | | = | $ 730 |

6. ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to
   Account No. 04-1512. This sheet is enclosed in triplicate.

7. ☒ Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application -- This is a
   ☒ continuation ☐ divisional ☐ continuation-in-part of application Serial No. 08/054,379 ,
   filed    April 28, 1993    / now abandoned

8. ☐ A new declaration or oath is attached pursuant to 37 C F R 1.62(c)

9. ☐ New drawings are enclosed.

10. ☒ The inventorship of this application is the same as that of the prior copending U S application
    ☐ Fewer inventors are to be named in this application than in the prior copending U S application    Delete
                                                                         as inventor(s) in this application
    ☐ The inclusion of additional claimed subject matter in this application requires that additional inventor(s) be named
      The additional inventor(s) are identified in No. 1 above and a new oath or declaration is enclosed

11. ☐ Enter the amendment previously filed on _____ , but unentered, in the prior application

12. ☐ A new Disclosure Statement is enclosed.
    ☒ Applicant(s)' Disclosure Statement is as filed with the parent application

13. ☒ The Power of Attorney in the prior application is to    STEPHEN P KRUPP, Reg. No. 34,366, L Wayne White, Reg.
    No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128
    Please address all communications to   The Dow Chemical Company   , Patent Department, B-1211, 2301 N.
    Brazosport Blvd , Freeport, Texas 77541
    a. ☒    The power appears in the original papers in the prior application
    b. ☐    The power does not appear in the original papers  A copy of the power in the prior application is enclosed.
    c. ☒    Recognize as Associate Attorney   Noreen D. Warrick   whose
            Registration No. is   34,573   and whose phone number is 409-238-4510

    1/27/95
    (Date)

    L Wayne White
    L Wayne White
    Registration No. 25,415
    Phone: 409-238-2149

C-40,121-AB
NDW/jka



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/378,998 | 01/27/95 | CHUM | P  C-40,121-AB |

| EXAMINER |
|---|
| WU, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | 11 |

15M2/0418

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX  77541

DATE MAILED:
04/18/95

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on _1-27-95_    ☒ This action is made final.

A shortened statutory period for response to this action is set to expire ___3___ month(s), ___0___ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.   2. ☒ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.   4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims ___1 - 8  and   17 - 23___ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims ___9 - 16  and   24 - 30___ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims ___1 - 8  and   17 - 23___ remain are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☒ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed  additional or substitute sheet(s) of drawings, filed on _____, has (have) been  ☐ approved by the
    examiner;  ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been  ☐ approved;  ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application apppears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

Serial Number: 08/378,998                                        -2-

Art Unit: 1505

15.      The following is a quotation of the appropriate

paragraphs of 35 U.S.C. § 102 that form the basis for the

rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
> (b) the invention was patented or described in a printed
> publication in this or a foreign country or in public use or
> on sale in this country, more than one year prior to the
> date of application for patent in the United States.

16.      The following is a quotation of 35 U.S.C. § 103 which
forms the basis for all obviousness rejections set forth in this
Office action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.
>
> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

17.      Claims 1-8, and 17-23 are rejected under 35 U.S.C.

§ 102(b) as anticipated by or, in the alternative, under 35

U.S.C. § 103 as obvious over WO '414.

Serial Number: 08/378,998                                    -3-

Art Unit: 1505


18.      In examples 1 and 2, and Table 1, WO '414 discloses
polymer blends B1 and B2 made by ethylene polymers '006, and '013
wherein the MWD, melt index, and density fall into the same
ranges as claimed.  Although WO '414 fails to show the value of
the slope of strain hardening coefficient of polymer '013, in
view of other substantially similar physical properties, the
examiner has a reasonable basis to believe that it inherently
possesses said slope of strain hardening coefficient, and the
polymer blends of WO '414 are not necessarily different from the
claimed polymer blends.  Since the examiner does not have proper
equipment to carry out the analytical tests, the burden is on the
applicants to prove the claimed polymer blends are necessarily
different from those of WO '414 and unobvious thereof.  *In re
Fitzgerald et al.* 205 USPQ 594 (CCPA 1980).


19.      Even if the properties of the polymer composition of
the instant claims and the prior art examples are not the same,
it would still have been obvious to one of ordinary skill in the
art to make polymers having the claimed properties because it
appears that the reference generically embrace the claimed
polymer blends and the person of ordinary skill in the art would
have expected all embodiments of the reference to work.  See
pages 6-7 of reference.  Applicants have not demonstrated that
the differences, if any, between the claimed product and the

EXHIBIT PAGE 000121

Serial Number: 08/378,998                                -4-

Art Unit: 1505

products of the prior art examples give rise to unexpected
results.

20.       Applicant's arguments filed on May 18, 1994 have been
fully considered but they are not deemed to be persuasive.

21.       Applicants argue that part (A) of claimed polymer
blends is a substantially linear ethylene/alpha-olefin
interpolymer which is not a linear polymer but has "long chain
branching", and part (B) is a heterogeneously branched ethylene
polymer wherein less than 10 wt.% of a polymer fraction having
SHC > about 1.3.  However, the physical properties of '006 and
'013 of WO '414 such as density, MWD, melt index are
substantially similar to those set forth in the claims.
Moreover, Applicants are reminded that the claims --not
specification or examples-- define what Applicants regard as
their invention.  Here, the term "long chain branching" which
applicants alleged as novelty of part (A) has never been set
forth in the claims.  Applicants also alleged that in Table 3,
example 1 and 2 both have significantly higher dart impact and
toughness than those of comparative example 3.  However, none of
the comparative experiments (including comparative example 3) are
truly representative of the closest disclosure of WO '414.

Serial Number: 08/378,998                                    -5-

Art Unit: 1505

       The Chum's Declaration filed on May 18, 1994 has been
considered but not deemed to be persuasive since there is no any
comparative tests to show the unexpected results of the claimed
polymer blends, mere conclusory statements are not entitled to
probative weight.  Since applicants have not met their burden to
provide objective evidence demonstrating the claimed polymer
blends are in fact differ from those of WO '414, the 102(b)/103
rejection is still deemed to be proper.


22.      This is a Continuation of applicant's earlier
application S.N. 08/054,379.  All claims are drawn to the same
invention claimed in the earlier application and could have been
finally rejected on the grounds or art of record in the next
Office action if they had been entered in the earlier
application.  Accordingly, **THIS ACTION IS MADE FINAL** even though
it is a first action in this case.  See M.P.E.P. § 706.07(b).
Applicant is reminded of the extension of time policy as set
forth in 37 C.F.R. § 1.136(a).


    A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE

Serial Number: 08/378,998                                          -6-

Art Unit: 1505


STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.


23.        Any inquiry concerning this communication or earlier
communications from the examiner should be directed to David Wu
whose telephone number is (703) 308-2450. The examiner can
normally be reached on weekdays from 8:00 am to 4:00 pm.

If attempts to reach the examiner by telephone are unsuccessful,
the examiner's supervisor, Mr. Joseph Schofer, can be reached on
(703) 308-2452.  The fax phone number for this Group is (703)
305-5432.

Any inquiry of a general nature or relating to the status of this
application or proceeding should be directed to the Group
receptionist whose telephone number is (703) 308-2351.


                                    David Wu
                                    DAVID W. WU
                                    PATENT EXAMINER
                                    GROUP 1500

David Wu
April 14, 1995

PTO **FORM 948**
(REV. 7-92)

GROUP

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER

APPLICATION NUMBER
*08 4 379*

# NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

**THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS
OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL. ADDITIONALLY, THE PATENT
EXAMINER WILL ALSO REVIEW THE DRAWINGS FOR COMPLIANCE WITH THE REGULATIONS.**

The drawings filed _____ *4/28/93* _____

A. ☐ are approved by the draftsperson.

B. ☒ are objected to by the draftsperson under 37 CFR 1.84 for the reason(s) checked below.  The examiner will require
submission of new, corrected drawings at the appropriate time.  Corrected drawings must be submitted according to the
instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a)

☐ Sheet(s)_____Poor.

2. Size of Sheet and Margins.  37 CFR 1.84(b)
Acceptable Paper Sizes and Margins.

| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
|--------|--------|--------|--------|
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

☒ Proper Size Paper Required.
All Sheets Must be Same Size.
Sheet(s) _____

☐ Proper Margins Required.
Sheet(s) _____

☐ TOP    ☐ RIGHT
☐ LEFT   ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

☐ Lines Pale or Rough and Blurred.
Fig(s)_____

☐ Solid Black Shading Not Allowed.
Fig(s)_____

4. ☐ Photographs Not Approved.
_____

5. Hatching and Shading. 37 CFR 1.84(d)

☐ Shade Lines are Required.
Fig(s) _____

☐ Criss-Cross Hatching Not Allowed.
Fig(s) _____

☐ Double Line Hatching Not Allowed.
Fig(s) _____

☐ Parts in Section Must be Hatched.
Fig(s) _____

6. Reference Characters. 37 CFR 1.84(f)

☐ Reference Characters Poor or Incorrectly Sized.
Fig(s) _____

☐ Reference Characters Placed Incorrectly.
Fig(s) _____

7. Views. 37 CFR 1.84(i) & (j)

☐ Figures Must be Numbered Properly.

☐ Figures Must Not be Connected.
Fig(s) _____

8. ☐ Identification of Drawings. 37 CFR 1.84(1)
Extraneous Matter or Copy Machine
Marks Not Allowed. Fig(s) _____

9. ☐ Changes Not Completed from Prior
PTO-948 dated _____

☐ Comments;

Telephone inquires concerning this review should be directed to the Chief Draftsperson at telephone number (703) 305-8404.

_____
Reviewing Draftsperson

_____ *8/28/93*
Date

Note: Any objection to the drawings made by the examiner will be communicated separately in an office action.

PTO Copy