# EXHIBIT V

# PART 7

5,374,700

7

decane, and pouring the solution into a methanol/acetone (1/1) solution in an amount 5 times as much as that of decane to be precipitated is used as a sample to be measured. The measurement is carried out by extruding the sample at a resin temperature of 190° C., an extrusion rate of 10 mm/min and a take-up rate of 10 to 20 m/min using a MT measuring apparatus (manufactured by Toyo Seiki Seisakusho K. K.) having a nozzle diameter of 2.09 mm and a nozzle length of 8 mm. During the measurement of melt tension, the ethylene copolymer is premixed with 0.1% by weight of 2,6-di-tert-butyl-p-cresol as a crosslinking stabilizer.

Furthermore, in the ethylene copolymer of the invention, the temperature (T) at which its endothermic curve measured by a differential scanning calorimeter (DSC) shows the highest peak, and its density (d) satisfy the following relation:

T<400d−250, preferably

T<450d−297, more preferably

T<500d−344, particularly preferably

T<550d−391.

In addition, measurement by DSC was carried out using a DSC-7 type apparatus manufactured by Perkin Elmer Co., Ltd. The temperature (T) at which the endothermic curve shows the maximum peak is sought from an endothermic curve obtained by filling about 5 mg of a sample in an aluminum pan, heating to 200° C. at a rate of 10° C./min, holding the sample at 200° C. for 5 minutes, lowering the temperature to room temperature at a rate of 20° C./min, and then heating at a rate of 10° C./min.

In the ethylene copolymer of the invention, it is desirable that the quantity fraction (W) of a n-decane-soluble component and the density of the copolymer at 23° C. satisfy the following relation:

log W<−50d+46.5, preferably

log W<−50d+46.4, more preferably

log W<−50d+46.3.

It may be concluded from the relation between the temperature (T) and density (d), and the relation between the quantity fraction (W) of a n-decane-soluble component and density (d) that the ethylene copolymer of the present invention has a narrow composition distribution.

Moreover, the n-decane-soluble component quantity is obtained by a procedure described below.

Measurement of the n-decane-soluble component quantity (polymer having a smaller soluble component quantity has a narrower composition distribution) is carried out by adding 3 g of the copolymer to 450 ml of n-decane, dissolving the copolymer at 145° C., cooling the solution to 23° C., removing a n-decane-insoluble component by filtering, and recovering a n-decane-soluble component from the filtrate.

The ethylene copolymer according to the present invention having characteristics as described above can be prepared, for example, by copolymerizing ethylene with an α-olefin having 3 to 20 carbon atoms in the presence of a catalyst formed from

(i) a catalyst component obtained by the reaction of a bidentate compound in which two groups selected

8

from negatively ionized indenyl groups or substituents thereof are bonded together through a group containing carbon and/or silicon such as a lower alkylene group and a halide of a transition metal in Group IVB of the periodic table, (the catalyst component is the substantially same as a transition metal compound comprising at least two ligands each having a cyclopentadienyl skelton, said at least two ligands being bonded together through a group containing carbon and/or silicon such as a lower alkylene group)

(ii) an organoaluminum oxy-compound,

(iii) an organoaluminum compound, and

(iv) a carrier, so that the thus obtained copolymer has a density of 0.86 to 0.95 g/cm3.

In the catalyst component (i) in the invention, the bidentate compound (i−1) having two groups selected from negatively ionized indenyl groups or their substituents, which are bonded together through a group containing carbon and/or silicon such as a lower alkylene group, is represented by the formula

MR1−R2−R3M

wherein R1 and R3 are each an indenyl anion, a substituted indenyl anion or a partially hydrogenated anion of either of these anions, R1 and R3 may be the same or different, R2 is a lower alkylene group, and M is an alkali metal cation. Concrete examples of the bidentate compound (i−1) include ethylenebisindenylidilithium, ethylenebisindenylidisodium ethylenebis (4,5,6,7-tetrahydro-1-indenyl)dilithium, ethylenebis(4-methyl-1-indenyl)dilithium, ethylenebis(5-methyl-1-indenyl)dilithium, ethylenebis(6-methyl-1-indenyl)dilithium and ethylenebis(7-methyl-1-indenyl)dilithium.

Concrete examples of the halide (i-2) of a transition metal in Group IVB of the periodic table include zirconium tetrachloride, hafnium tetrachloride, titanium tetrachloride and titanium tetrabromide.

The catalyst component (i) of the invention is prepared by mixing and contacting such a bidentate compound as described above with such a transition metal compound and halide as described above in an organic solvent such as ether, tetrahydrofuran, benzene, toluene and methylene dichloride. During the preparation, the mixing molecular ratio (MR1−R2−R3M/transition metal) of the bidentate compound (i-1) to the halide (i2) of a transition metal is 0.5 to 2, preferably 0.75 to 1.25, and the concentration of the transition metal is usually 0.03 to 0.5 mol/l, preferably 0.05 to 0.3 mol/l.

Next, the organoaluminum oxy-compound (ii) is explained below.

The organoaluminum oxy-compound (ii) may be a known aluminoxane or the benzene-insoluble organoaluminum oxy-compound having been discovered by the present inventors.

The above-mentioned aluminoxane may be prepared, for example, by the following procedures:

(1) a procedure for recovering an aluminoxane as its hydrocarbon solution which comprises adding an organoaluminum compound such as trialkylaluminum to a suspension in a hydrocarbon medium of a compound containing adsorbed water, or a salt containing water of crystallization such as magnesium chloride hydrate, copper sulfate hydrate, aluminum sulfate hydrate, nickel sulfate hydrate and cerous chloride hydrate, and reacting the organoaluminum compound; and

5,374,700

9

(2) a procedure for recovering an aluminoxane as its hydrocarbon solution which comprises reacting water, ice or steam directly with an organoaluminum compound such as trialkylaluminum in a solvent such as benzene, toluene, ethyl ether and tetrahydrofuran.

Moreover, the aluminoxane may contain a small amount of an organometal component. Furthermore, the solvent or unreacted organoaluminum compound may be removed from the above-mentioned recovered aluminoxane-containing solution, by distillation, and the aluminoxane may be redissolved in a solvent.

Concrete examples of the organoaluminum compound used for the preparation of the aluminoxane include

trialkylaluminum such as trimethylaluminum, triethylaluminum, tripropylaluminum, triisopropylaluminum, tri-n-butylaluminum, triisobutylaluminum, tri-sec-butylaluminum, tri-tert-butylaluminum, tripentylaluminum, trihexylaluminum, trioctylaluminum, tridecylaluminum, tricyclohexylaluminum and tricyclooctylaluminum;

dialkylaluminum halides such as dimethylaluminum chloride, diethylaluminum chloride, diethylaluminum bromide and diisobutylaluminum chloride;

dialkylaluminum hydrides such as diethylaluminum hydride and diisobutylaluminum hydride;

dialkylaluminum alkoxides such as dimethylaluminum methoxide and diethylaluminum ethoxide; and

dialkylaluminum aryloxides such as diethylaluminum phenoxide.

Of these compounds, trialkylaluminum is particularly preferable.

Furthermore, there may also be used as the organoaluminum compound isoprenylaluminum represented by the general formula

$$(i-C_4H_9)_xAl_y(C_5H_{10})_z$$

wherein x, y and z are each a positive number, and $z \geqq 2x$.

The organoaluminum compounds mentioned above may be used either singly or in combination.

Solvents used for the solutions of the aluminoxane include aromatic hydrocarbons such as benzene, toluene, xylene, cumene and cymene; aliphatic hydrocarbons such as pentane, hexane, heptane, octane, decane, dodecane, hexadecane and octadecane; alicyclic hydrocarbons such as cyclopentane, cyclohexane, cyclooctane and methylcyclopentane; petroleum fractions such as gasoline, kerosene and gas oil; and halogenated compounds derived from the above-mentioned aromatic hydrocarbons, aliphatic hydrocarbons and alicyclic hydrocarbons, especially chlorinated and brominated hydrocarbons.

In addition, there may also be used ethers such as ethyl ether and tetrahydrofuran. Of these solvents as exemplified above, aromatic hydrocarbons are particularly preferred.

The benzene-insoluble organoaluminum oxy-compounds used in the invention contain an Al component soluble in benzene at 60° C. in an amount of not greater than 10%, preferably not greater than 5%, particularly preferably not greater than 2% in terms of Al atom, and they are insoluble or sparingly soluble in benzene.

Solubility in benzene of such organoaluminum oxy-compounds as mentioned above is obtained by suspend-

10

ing in 100 ml of benzene the organoaluminum oxy-compound in an amount corresponding to 100 mg atoms in terms of Al, mixing the resulting suspension at 60° C. for 6 hours with stirring, filtering the resulting mixture with a G-5 glass filter equipped with a jacket kept at 60° C., washing 4 times the solid portion separated on the filter with 50 ml of benzene at 60° C., and measuring the amount (x mmole) of Al atoms present in the whole filtrate.

When the benzene-insoluble organoaluminum oxy-compounds as described above of the present invention are analyzed by infrared spectrophotometry (IR), a ratio ($D_{1260}/D_{1220}$) of an absorbance ($D_{1260}$) at about 1260 cm$^{-1}$ to an absorbance ($D_{1220}$) at about 1220 cm$^{-1}$ is preferably not greater than 0.09, more preferably not greater than 0.08, particularly preferably in the range of 0.04 to 0.07.

Infrared spectrophotometric analysis of the organoaluminum oxy-compounds is carried out in the following manner.

First, the organoaluminum oxy-compound is ground, together with nujol, in an agate mortar in a nitrogen box to form paste.

Next, the paste-like sample thus obtained is held between KBr plates, and IR spectrum is measured in a nitrogen atmosphere by means of IR-810 manufactured by Nippon Bunko K.K.

The IR spectrum of the organoaluminum oxy-compound used in the present invention is shown in FIG. 2.

From the thus obtained IR spectrum, a $D_{1260}/D_{1220}$ ratio is sought, and a value of said ratio is obtained in the following manner.

(a) A line connecting a maximum point at about 1280 cm$^{-1}$ and a maximum point at about 1240 cm$^{-1}$ is taken as a base line $L_1$.

(b) A transmittance (T%) of an absorption minimum point at about 1260 cm$^{-1}$ and a transmittance ($T_0$%) of a point of intersection formed by a vertical line from said absorption minimum point to a wave number axis (abscissa) and said base line $L_1$ are read, and an absorbance ($D_{1260}$=log $T_0/T$) is calculated.

(c) Similarly, a line connecting maximum points at about 1280 cm$^{-1}$ and at about 1180 cm$^{-1}$ is taken as a base line $L_2$.

(d) A transmittance (T'%) of an absorption minimum point at about 1220 cm$^{-1}$ and a transmittance ($T'_0$%) of a point of intersection formed by a vertical line from said absorption minimum point to a wave number axis (abscissa) and said base line $L_2$ are read, and an absorbance ($D_{1220}$=log $T'_0/T'$) is calculated.

(e) From these values as obtained above, a $D_{1260}/D_{1220}$ ratio is calculated.

The IR spectrum of a known benzene-insoluble organoaluminum oxy-compound is shown in FIG. 3. As can be seen from FIG. 3, the benzene-soluble organoaluminum oxy-compound has a $D_{1260}/D_{1220}$ value of about 0.10 to 0.13, and thus the benzene-insoluble organoaluminum oxy-compound of the present invention obviously differ from the known benzene-insoluble organoaluminum oxy-compound on the value of $D_{1260}/D_{1220}$.

The benzene-insoluble organoaluminum oxy-compounds as described above are estimated to have an alkyloxyaluminum unit represented by the formula

5,374,700

11

$$+Al-O+$$
$$\overset{R^1}{|}$$

wherein $R^1$ is a hydrocarbon group of 1 to 12 carbon atoms.

In the above-mentioned alkyloxyaluminum unit, $R^1$ includes, for example, methyl, ethyl, n-propyl, isopropyl, n-butyl, isobutyl, pentyl, hexyl, octyl, decyl, cyclohexyl and cyclooctyl. Of these hydrocarbon groups exemplified above, preferred are methyl and ethyl, and particularly preferred is methyl.

In addition to the alkyloxyaluminum unit [I] of the formula

$$+Al-O+$$
$$\overset{R^1}{|}$$

wherein $R^1$ is a hydrocarbon group of 1 to 12 carbon atoms, the benzene-insoluble organoaluminum oxy-compounds may contain an oxyaluminum unit [II] represented by the formula

$$+Al-O+$$
$$\overset{R^2}{|}$$

wherein $R^2$ is a hydrocarbon group of 1 to 12 carbon atoms, an alkoxy group of 1 to 12 carbon atoms, an aryloxy group of 6 to 20 carbon atoms, a hydroxyl group, halogen or hydrogen, provided that $R^1$ in the alkyloxyaluminum unit [I] and $R^2$ are different from each other. In that case, the organoaluminum oxy-compounds desirably contain the alkyloxyaluminum unit [I] in a proportion of not less than 30 mol % , preferably not less than 50 mol % particularly preferably not less than 70 mol %

The process for preparing the benzene-insoluble organoaluminum oxy-compounds as described above is concretely illustrated below.

The benzene-insoluble organoaluminum oxy-compound is obtained by bringing a solution of an aluminoxane into contact with water or an active hydrogen containing-compound.

Examples of the active hydrogen-containing compound include

alcohols such as methanol, ethanol, n-propanol and isopropanol;

diols such as ethylene glycol and hydroquinone; and

organic acids such as acetic acid and propionic acid.

Of these compounds, preferred are alcohols and diols, and particularly preferred are alcohols.

Water or the active hydrogen containing compound with which the solution of an aluminoxane is brought into contact may be used as a solution or a dispersions in a hydrocarbon solvent such as benzene, toluene and hexane, in an ether solvent such as tetrahydrofuran or in an amine solvent such as triethylamine, or may be used in the form of vapor or solid. The water with which the solution of an aluminoxane is brought into contact may be water of crystallization of a salt such as magnesium chloride, magnesium sulfate, aluminum sulfate, copper sulfate, nickel sulfate, iron sulfate and cerous chloride, or adsorbed water adsorbed to an inorganic compound such as silica, alumina and aluminum hydroxide or a polymer.

12

Reaction of an aluminoxane in a solution with water or an active hydrogen-containing compound is carried out usually in a solvent, for example, a hydrocarbon solvent. Examples of the solvent used in this case include

aromatic hydrocarbons such as benzene, toluene, xylene, cumene and cymene;

aliphatic hydrocarbons such as pentane, hexane, heptane, octane, decane, dodecane, hexadecane and octadecane;

alicyclic hydrocarbons such as cyclopentane, cyclohexane, cyclooctane and methylcyclohexane;

petroleum fractions such as gasoline, kerosene and gas oil; or halogenated compounds of the above-mentioned aromatic hydrocarbons, aliphatic hydrocarbons and alicyclic hydrocarbons, particularly, chlorides and bromides; and ethers such as ethyl ether and tetrahydrofuran.

Of these solvents as exemplified above, particularly preferred are aromatic hydrocarbons.

In the reaction as mentioned above, water or the active hydrogen-containing compound is used in an amount of 0.1–5 moles, preferably 0.2–3 moles based on 1 g atom of Al present in the solution of an aluminoxane. The concentration in terms of aluminum atom in the reaction system is desirably $1\times10^{-3}$–5 gram atom/l, preferably $1\times10^{-2}$–3 gram atom/l, and the concentration of water in the reaction system is desirably $2\times10^{-4}$–5 mol/l, preferably $2\times10^{-3}$–3 mol/l.

The solution of an aluminoxane may be brought into contact with water or the active hydrogen-containing compound, for example, by the following procedures.

(1) A procedure which comprises bringing the solution of an aluminoxane into contact with a hydrocarbon solvent containing water or the active hydrogen-containing compound.

(2) A procedure which comprises blowing steam or the vapor of the active hydrogen-containing compound into the solution of an aluminoxane, thereby bringing the aluminoxane into contact with the steam or vapor.

(3) A procedure which comprises bringing the solution of an aluminoxane into contact directly with water, ice or the active hydrogen-containing compound.

(4) A procedure which comprises mixing the solution of an aluminoxane with a suspension of an adsorbed water-containing compound or a water of crystallization-containing compound in hydrocarbon, or with a suspension of a compound, to which the active hydrogen-containing compound is adsorbed, in hydrocarbon, thereby bringing the aluminoxane into contact with the adsorbed water or water of crystallization.

The solution of an aluminoxane may contain other components so long as they do not exert adverse effects on the reaction of the aluminoxane with water or the active hydrogen-containing compound.

The above-mentioned reaction of an aluminoxane in a solution with water or the active hydrogen-containing compound is carried out at a temperature of usually –50 to 150° C., preferably 0° to 120° C., more preferably 20° to 100° C. The reaction time employed is usually 0.5 to 300 hours, preferably about 1 to 150 hours, though said reaction time varies largely depending upon the reaction temperature used.

The benzene insoluble organoaluminum oxy-compound may also be prepared by direct contact of such

EXHIBIT PAGE 000283

5,374,700

13

an organoaluminum as described above with water. In this case, water is used in such an amount that the organoaluminum atoms dissolved in the reaction system are not greater than 20% based on the total organoaluminum atoms.

Water with which the organoaluminum compound is brought into contact may be used as a solution or dispersion in a hydrocarbon solvent such as benzene, toluene and hexane, an ether solvent such as tetrahydrofuran or an amine solvent such as triethylamine, or may be used in the form of steam or ice. The water with which the organoaluminum compound is brought into contact may be water of crystallization of a salt such as magnesium chloride, magnesium sulfate, aluminum sulfate, copper sulfate, nickel sulfate, iron sulfate and cerous chloride, or adsorbed water adsorbed to an inorganic compound such as silica, alumina and aluminum hydroxide or a polymer.

Reaction of the organoaluminum compound with water is carried out usually in a solvent, for example, a hydrocarbon solvent. Examples of the solvent used in this case include

aromatic hydrocarbons such as benzene, toluene, xylene, cumene and cymene;

aliphatic hydrocarbons such as pentane, hexane, heptane, octane, decane, dodecane, hexadecane and octadecane;

alicyclic hydrocarbons such as cyclopentane, cyclohexane, cyclooctane and methylcyclohexane;

petroleum fractions such as gasoline, kerosene and gas oil; or halogenated compounds such as halides of the above-mentioned aromatic hydrocarbons, aliphatic hydrocarbons and alicyclic hydrocarbons, particularly, chlorides and bromides; and ethers such as ethyl ether and tetrahydrofuran. Of these solvents as exemplified above, particularly preferred are aromatic hydrocarbons.

The concentration of the organoaluminum compound in the reaction system in terms of aluminum atom is desirably $1 \times 10^{-3}$–5 gram atom/l, preferably $1 \times 10^{-2}$–3 gram atom/l, and the concentration of water in the reaction system is desirably $1 \times 10^{-3}$–5 mol/l, preferably $1 \times 10^{-2}$–3 mol/l. In the reaction mentioned above, the organoaluminum atoms dissolved in the reaction system are not greater than 20%, preferably not greater than 10%, more preferably 0 to 5% based on the total organoaluminum atoms.

The organoaluminum compound may be brought into contact with water, for example, by the following procedures.

(1) A procedure which comprises bringing the hydrocarbon solution of the organoaluminum into contact with a hydrocarbon solvent containing water.

(2) A procedure which comprises blowing steam into the hydrocarbon solution of the organoaluminum, etc., thereby bringing the organoaluminum into contact with the steam.

(3) A procedure which comprises mixing the hydrocarbon solution of the organoaluminum with a suspension of an adsorbed water-containing compound or a water of crystallization-containing compound in hydrocarbon, thereby bringing the organoaluminum into contact with the adsorbed water or water of crystallization.

(4) A procedure which comprises bringing the hydrocarbon solution of the organoaluminum into contact directly with ice.

14

The hydrocarbon solution of the organoaluminum as described above may contain other components so long as they do not exert adverse effects on the reaction of the organoaluminum with water.

The above-mentioned reaction of the organoaluminum with water is carried out at a temperature of usually −100° to 150° C., preferably −70° to 100° C., more preferably at −50° to 80° C. The reaction time employed is usually 1 to 200 hours, preferably 2 to 100 hours, though the reaction time varies largely depending upon the reaction temperature used.

Next, the organoaluminum compound (iii) of the invention is illustrated below.

Examples of the organoaluminum compound (iii) used herein include an organoaluminum compound represented by the formula

$$R^6{}_nAlX_{3-n}$$

wherein $R^6$ is a hydrocarbon group of 1 to 12 carbon atoms, X is halogen or hydrogen, and n is 1 to 3.

In the above formula, $R^6$ is a hydrocarbon group of 1 to 12 carbon atoms, for example, an alkyl group, a cycloalkyl group or an aryl group. Concrete examples of $R^6$ include methyl, ethyl, n-propyl, isopropyl, isobutyl, pentyl, hexyl, octyl, cyclopentyl, cyclohexyl, phenyl and tolyl.

Concrete examples of such organoaluminum compounds include

trialkylaluminum such as trimethylaluminum, triethylaluminum, triisopropylaluminum, triisobutylaluminum, trioctylaluminum and tri-2-ethylhexylaluminum;

alkenylaluminum such as isoprenylaluminum;

dialkylaluminum halides such as dimethylaluminum chloride, diethylaluminum chloride, diisopropylaluminum chloride, diisobutylaluminum chloride and dimethylaluminum bromide;

alkylaluminum sesquihalides such as methylaluminum sesquichloride, ethylaluminum sesquichloride, isopropylaluminum sesquichloride, butylaluminum sesquichloride and ethylaluminum sesquibromide;

alkylaluminum dihalides such as methylaluminum dichloride, ethylaluminum dichloride, isopropylaluminum dichloride and ethylaluminum dibromide; and

alkylaluminum hydrides such as diethylaluminum hydride and diisobutylaluminum hydride.

Furthermore, there may also be used other organoaluminum compounds represented by the formula

$$R^6{}_nAlY_{3-n}$$

wherein $R^6$ is as defined previously, Y is —$OR^7$, —O-$SiR^8{}_3$, —$OAlR^9{}_2$, —$NR^{10}{}_2$, —$SiR^{11}{}_3$ or —$N(R^{1-2})AlR^{13}{}_2$, n is 1 to 2, $R^7$, $R^8$, $R^9$ and $R^{13}$ are each methyl, ethyl, isopropyl, isobutyl, cyclohexyl or phenyl, $R^{10}$ is hydrogen, methyl, ethyl, isopropyl, phenyl or trimethylsilyl, $R^{11}$ and $R^{12}$ are each methyl or ethyl.

The organoaluminum compounds as mentioned above include, in concrete, such compounds as enumerated below.

(1) Compounds of the formula $R^6{}_nAl(OR^7){}_{3-n}$ such as dimethylaluminum methoxide, diethylaluminum ethoxide and diisobutylaluminum methoxide.

5,374,700

15

(2) Compounds of the formula $R^6_nAl(OSiR^8_3)_{3-n}$ such as $Et_2Al(OSiMe_3)$, (iso-$Bu$)$_2Al(OSiMe_3)$ and (iso-$Bu$)$_2Al(OSiEt_3)$.

(3) Compounds of the formula $R^6_nAl(OAlR^9_2)_{3-n}$ such as $Et_2AlOAlEt_2$ and (iso-$Bu$)$_2AlOAl$(iso-$Bu$)$_2$.

(4) Compounds of the formula $R^6_nAl(NR^{10}_2)_{3-n}$ such as $Me_2AlNEt_2$, $Et_2AlNHMe$, $Me_2AlNHEt$, $Et_2AlN$ (SiMe$_3$)$_2$, (iso-$Bu$)$_2AlN(SiMe_3)_2$.

(5) Compounds of the formula $R^6_nAl(SiR^{11}_3)_{3-n}$ such as (iso-$Bu$)$_2AlSiMe_3$.

(6) Compounds of the formula

$$R^6_nAl(N\underset{\underset{R^{12}}{|}}{AlR^{13}_2})_{3-n}$$

such as

$$Et_2AlNAlEt_2 \text{ and } \text{(iso-Bu)}_2AlNAl\text{(iso-Bu)}_2.$$
$$\underset{Me}{|} \qquad\qquad \underset{Et}{|}$$

Of the organoaluminum compounds as exemplified above, preferred are those having the formulas

$$R^6_3Al, R^6_nAl(OR^7)_{3-n} \text{ and } R^6_nAl(OAlR^9_2)_{3-n}$$

and particularly preferred are those having the above-mentioned formulas in which $R^6$ is isoalkyl and n is 2. These organoaluminum compounds may also be used in combination of two or more.

The carrier used as a carrier of the catalyst component (iv) of the invention is a solid inorganic or organic compound in granules or fine particles having a particle size of 10 to 300 μm, preferably 20 to 200 μm. Of these carriers, porous oxides are preferable as inorganic carriers. Concrete examples of the oxide carriers include $SiO_2$, $Al_2O_3$, $MgO$, $ZrO_2$, $TiO_2$, $B_2O_3$, $CaO$, $ZnO$, $BaO$, $ThO_2$, or a mixture of these compounds such as $Si$-$O_2$—$MgO$, $SiO_2$—$Al_2O_3$, $SiO_2$—$TiO_2$, $SiO_2$—$V_2O_5$, $SiO_2$—$Cr_2O_3$ and $SiO_2$—$TiO_2$—$MgO$. Of these carriers, preferred are those comprising at least one compound selected from the group consisting of $SiO_2$ and $Al_2O_3$ as a major component.

Furthermore, the above-mentioned inorganic oxide or oxides may also contain a small amount of a carbonate, a sulfate, a nitrate and an oxide such as $Na_2CO_3$, $K_2CO_3$, $CaCO_3$, $MgCO_3$, $Na_2SO_4$, $Al_2(SO_4)_3$, $BASO_4$, $KNO_3$, $Mg(NO_3)_2$, $Al(NO_3)_3$, $Na_2O$, $K_2O$ and $LiO_2$.

Though the porous inorganic carriers have different properties among them depending on the types and preparation methods thereof, the carriers preferably used in the invention have a specific surface area of 50 to 1000 m²/g, preferably 100 to 700 m²/g, a pore volume of desirably 0.3 to 2.5 cm³/g. The carriers are prepared if necessary by firing at a temperature of 150° to 1000° C., preferably 200° to 800° C.

Moreover, there can be mentioned organic compounds in solid granules or fine solid particles each having a particle size of 10 to 300 μm as carriers which can be used in the present invention. Examples of these organic compounds include (co)polymers containing as the main component constituent units derived from an α-olefin of 2 to 14 carbon atoms, such as ethylene, propylene, 1-butene and 4-methyl-1-pentene, or polymers or copolymers containing as the main component constituent units derived from vinylcyclohexane or styrene.

In the present invention, it is desirable that catalyst formed by prepolymerizing olefin on the catalyst com-

16

ponents (i), (ii), (iii) and (iv) as described above should be used during the preparation of the ethylene copolymers.

Before the prepolymerization, the catalyst component (i), the catalyst components (i) and (ii), on the catalyst components (i), (ii) and (iii) may be supported on the catalyst component (iv), a carrier, or the catalyst components may only be arbitrarily contacted together and mixed, and used for the prepolymerization.

A sphere olefin copolymer excellent in particle shape can be manufactured if the catalyst component (i) is used, during the prepolymerization, with the transition metal compound (vi) comprising ligands which have each a cyclopentadienyl skeleton and which are not bonded together.

Concrete examples of the transition metal compound (vi) comprising ligands which have a cyclopentadienyl skeleton and which are not bonded together include bis(cyclopentadienyl)zirconium dichloride, bis(methylcyclopentadienyl)zirconium dichloride, bis(dimethylcyclopentadienyl)zirconium dichloride, bis(ethylcyclopentadienyl)zirconium dichloride, bis(n-butylcyclopentadienyl)zirconium dichloride, and bis(indenyl)zirconium dichloride.

The proportion for use of the transition metal compound (vi) to the catalyst component (i) is 0 to 50 mol %, preferably 5 to 40 mol %, more preferably 10 to 30 mol % based on the total amount of the components (i) and (vi) defined as 100 mol %.

During the prepolymerization, the olefin polymer (v) is formed in an amount, based on 1 g of the carrier, of 0.05 to 100 g, preferably 0.1 to 50 g, more preferably 0.2 to 30 g.

Examples of the olefin include ethylene and an α-olefin having 3 to 20 carbon atoms, for example, propylene, 1-butene, 1-pentene, 4-methyl-1-pentene, 1-hexene, 1-octene, 1-decene, 1-dodecene and 1-tetradecene. Of these, ethylene is preferable.

The prepolymerization is carried out without a solvent or in an inactive hydrocarbon solvent. In the prepolymerization process, there are used the organoaluminum compound in an amount of 0.2 to 20 mmoles, preferably 0.5 to 10 mmoles, the organoaluminum oxy-compound in an amount of 1 to 50 mg atoms, preferably 2 to 20 mg atoms in terms of Al, and the catalyst component (i) in an amount of 0.02 to 2 mg atoms, preferably 0.05 to 1 mg atom in terms of the transition metal, all the amounts being based on 1 g of the carrier.

Furthermore, a desirable molecular ratio of the organoaluminum compound (iii) in terms of Al atom to the organoaluminum oxy-compound (ii) in terms of Al atom [Al (iii)/Al (ii)] is usually 0.02 to 3, preferably 0.05 to 1.5 A molecular ratio of the organoaluminum oxy-compound (ii) in terms of Al atom to the catalyst component (i) in terms of transition metal atom (M) [Al (ii)/M] is usually 5 to 250, preferably 10 to 150. When the prepolymerization is conducted in an inactive hydrocarbon solvent, the concentration of the catalyst component (i) in terms of the transition metal is usually 0.1 to 10 mg atom/liter, preferably 0.5 to 5 mg atom/liter.

The prepolymerization is carried out at a temperature of −20° to 70° C., preferably −10° to 60° C., more preferably 0 to 50° C.

The prepolymerization may be carried out either batchwise or continuously, and under reduced pressure,

5,374,700

17

normal pressure or applied pressure. Though a molecular weight modifier such as hydrogen may be allowed to be present during prepolymerization, its amount is desirably restricted so that there can be prepared a prepolymer having an intrinsic viscosity $[\eta]$ of not less than 0.2 dl/g, preferably 0.5 to 10 dl/g as measured in decalin at 135° C.

In the thus obtained prepolymerization catalyst, the catalyst component (i) is supported in an amount in terms of transition metal atom, based on 1 g of the carrier, of 0.1 to 50 mg, preferably 0.3 to 30 mg, more preferably 0.5 to 20 mg. The molecular ratio of the catalyst components (ii) and (iii) in terms of Al atom to the catalyst component (i) in terms of the transition metal (M) (Al/M) is 5 to 200, preferably 10 to 150, more preferably 15 to 100.

The ethylene copolymers according to the present invention are obtained by copolymerizing ethylene with such an α-olefin having 3 to 20 carbon atoms as propylene, 1-butene, 1-pentene, 1-hexene, 4-methyl-1-pentene, 1-octene, 1-decene, 1-dodecene, 1-tetradecene, 1-hexadecene, 1-octadecene and 1-eicosene.

In the present invention, olefin is usually polymerized in a gas phase or liquid phase, for example, in slurry. In the slurry polymerization, an inactive hydrocarbon or the olefin itself may be used as a solvent.

Concrete examples of the hydrocarbon solvent include aliphatic hydrocarbons such as butane, isobutane, pentane, hexane, octane, decane, dodecane, hexadecane and octadecane; alicyclic hydrocarbons such as cyclopentane, methylcyclopentane, cyclohexane and cyclooctane; aromatic hydrocarbons such as benzene, toluene and xylene; and petroleum fractions such as gasoline, kerosene and gas oil. Of these hydrocarbons, preferred are aliphatic hydrocarbons, alicyclic hydrocarbons and petroleum fractions.

In the present invention, the slurry polymerization is conducted at a temperature of usually −50° to 100° C., preferably 0° to 90° C.

In the present invention, the gas phase polymerization is carried out at a temperature of usually 0° to 120° C., preferably 20° to 100° C.

In the slurry polymerization or gas phase polymerization of the invention, the concentration of the transition metal compound is usually $10^{-8}$ to $10^{-2}$ g atom/liter, preferably $10^{-7}$ to $10^{-3}$ g atom/liter in terms of the transition metal.

Furthermore, in the polymerization of the invention, an aluminum oxy-compound or an aluminum compound similar to those used in the catalyst components (ii) and (iii) may be added. During the polymerization, the ratio of the aluminum compound in terms of Al atom to the transition metal atom (M) (Al/M) is 5 to 300, preferably 10 to 200, more preferably 15 to 150.

The polymerization is carried out usually at a normal pressure to 100 kg/cm², preferably under a pressure condition of 2 to 50 kg/cm². The polymerization can be carried out either batchwise, semicontinuously or continuously.

Furthermore, the polymerization may also be carried out in not less than 2 steps having reaction conditions different from each other.

The second process for the preparation of an olefin polymer according to the present invention is concretely illustrated below.

The olefin polymer, especially the ethylene polymer prepared by the second process for the preparation of an olefin polymer according to the present invention is

18

an ethylene homopolymer or a random copolymer of ethylene with an α-olefin having 3 to 20 carbon atoms.

The random copolymer of ethylene with an α-olefin having 3 to 20 carbon atoms prepared by the second process for the preparation of an olefin polymer according to the present invention has characteristics as described above.

In the second process for the preparation of an olefin polymer of the invention, there is used a solid catalyst formed from

(A) a compound of a transition metal in Group IVB of the periodic table, having as a ligand at least two groups having a cyclopentadienyl skeleton, said at least two groups being crosslinked through a group containing carbon and/or silicon, and

(B) an organoaluminum oxy-compound, and polymerization of olefin is carried out under the condition that the produced polymer exists in a solid state in the polymerization system.

The transition metal compound (A) used in the second process for the preparation of an olefin polymer according to the present invention is represented by the formula

$$M^1 L^1{}_x$$

wherein $M^1$ is a transition metal, $L^1$ is a ligand coordinating to the transition metal, at least two of $L^1$ are ligands having a cyclopentadienyl skeleton and bonded together through a group containing carbon and/or silicon, $L^1$ other than the ligand having a cyclopentadienyl skeleton is a hydrocarbon group of 1 to 12 carbon atoms, an alkoxy group, an aryloxy group, halogen or hydrogen, and x is a valence of the transition metal.

In the above-mentioned formula, $M^1$ is a transition metal, and concrete preferable examples of $M^1$ include zirconium, titanium, hafnium, chromium and vanadium. Of these, particularly preferred are zirconium and hafnium.

The ligands having a cyclopentadienyl skeleton include, for example, cyclopentadienyl, an alkyl-substituted cyclopentadienyl group such as methylcyclopentadienyl, ethylcyclopentadienyl, n-butylcyclopentadienyl, dimethylcyclopentadienyl and pentamethylcyclopentadienyl, indenyl, 4,5,6,7-tetrahydroindenyl and fluorenyl.

The ligand other than those having a cyclopentadienyl skeleton is a hydrocarbon group having 1 to 12 carbon atoms, an alkoxy group, an aryloxy group, halogen or hydrogen.

The hydrocarbon group having 1 to 12 carbon atoms includes, for example, an alkyl group, a cycloalkyl group, an aryl group and an aralkyl group, and concrete examples of these groups are as follows:

an alkyl group such as methyl, ethyl, propyl, isopropyl and butyl;

a cycloalkyl group such as cyclopentyl and cyclohexyl;

an aryl group such as phenyl and tolyl;

an aralkyl group such as benzyl and neophyl;

an alkoxy group such as methoxy, ethoxy and butoxy;

an aryloxy group such as phenoxy; and

halogen such as fluorine, chlorine, bromine and iodine.

Such a transition metal compound (A) comprising ligands having a cyclopentadienyl skeleton as used in the present invention and having a transition metal with

5,374,700

19

a valence of four may be represented more concretely by the formula

$$R^2R^3R^4R^5M^1$$

wherein $M^1$ is zirconium, titanium, hafnium or vanadium, at least two of $R^2$ $R^3$ $R^4$ and $R^5$ that is $R^2$ and $R^3$ are each a group having a cyclopentadienyl skeleton, said two groups, each having a cyclopentadienyl skeleton, being bonded together through a group containing carbon and/or silicon such as an alkylene group (e.g., ethylene and propylene), a substituted alkylene group such as isopropylidene and diphenylmethylene, a silylene group, and a substituted silylene group such as dimethylsilylene, $R^4$ and $R^5$ are each a group having a cyclopentadienyl skeleton, an alkyl group, a cycloalkyl group, an aryl group, an aralkyl group, an alkoxy group, an aryloxy group, halogen or hydrogen.

Listed below are concrete examples of the transition metal compound (A) having at least two ligands containing a cyclopentadienyl skeleton, said at least two ligands having a cyclopentadienyl skeleton being bonded together through an alkylene group, a substituted alkylene group, a silylene group or a substituted silylene group.

Ethylenebis(indenyl)dimethylzirconium,
Ethylenebis(indenyl)diethylzirconium,
Ethylenebis(indenyl)diphenylzirconium monochloride,
Ethylenebis(indenyl)methylzirconium monochloride,
Ethylenebis(indenyl)ethylzirconium monochloride,
Ethylenebis(indenyl)methylzirconium monobromide,
Ethylenebis(indenyl)zirconium dichloride,
Ethylenebis(indenyl)zirconium dibromide,
Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)dimethylzirconium,
Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)methylzirconium monochloride,
Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)zirconium dichloride,
Ethylenebis(4,5, 6, 7-tetrahydro-1-indenyl)zirconium dibromide,
Ethylenebis(4-methyl-1-indenyl)zirconium dichloride,
Ethylenebis(5-methyl-1-indenyl)zirconium dichloride,
Ethylenebis(6-methyl-1-indenyl)zirconium dichloride,
Ethylenebis(7-methyl-1-indenyl)zirconium dichloride,
Ethylenebis(5-methoxy-1-indenyl)zirconium dichloride,
Ethylenebis(2,3-dimethyl-1-indenyl)zirconium dichloride,
Ethylenebis(4,7 -dimethyl-1-indenyl)zirconium dichloride,
Ethylenebis(4,7-dimethoxy-1-indenyl)zirconium dichloride,
Isopropylidene(cyclopentadienylfluorenyl)zirconium dichloride,
Isopropylidene(cyclopentadienyl-2,7-di-tert-butylfluorenyl)zirconium dichloride,
Isopropylidene(cyclopentadienylmethylcyclopentadienyl)zirconium dichloride,
Dimethylsilylenebis(cyclopentadienyl)zirconium dichloride,
Dimethylsilylenebis(methylcyclopentadienyl)zirconium dichloride,
Dimethylsilylenebis(dimethylcyclopentadienyl)zirconium dichloride,
Dimethylsilylenebis(trimethylcyclopentadienyl)zirconium dichloride, and

20

Dimethylsilylenebis(indenyl)zirconium dichloride.

There may also be used transition metal compounds obtained by substituting titanium, hafnium or vanadium for zirconium in the above-exemplified zirconium compounds.

In the second process for the preparation of an olefin polymer according to the present invention, a compound similar to the organoaluminum oxy-compound (ii) is used as the organoaluminum oxy-compound (B).

Moreover, in the second process for the preparation of an olefin polymer according to the present invention, an organoaluminum compound (C) may also be used if necessary in addition to the transition metal compound (A) and the organoaluminum oxy-compound (B) as described above during the manufacture of olefin polymer.

A compound similar to the organoaluminum compound (iii) is used for such the organoaluminum compound (C).

The catalyst component used in the second process for the preparation of an olefin polymer according to the present invention is in a solid state, and such a solid catalyst component can be prepared, for example, by supporting the catalyst component (A) on a carrier (D) or a solid organoaluminum oxy-compound.

A carrier similar to that described above can be used as the carrier (D).

In the preparation of an ethylene polymer by the second process for the preparation of an olefin polymer according to the present invention, it is desirable that there should be used a catalyst formed by prepolymerizing olefin on catalyst components comprising the catalyst components (A) and (B), and if necessary the catalyst component (C) and/or the catalyst component (D), all these catalyst components having been described above.

Before the prepolymerization, the catalyst component (A), the catalyst components (A) and (B) or the catalyst components (A), (B) and (C) may be presupported on a carrier, or these catalyst components may only be arbitrarily contacted and mixed.

When a transition metal compound (E) containing ligands each having a cyclopentadienyl skeleton, said ligands being not bonded together, is used with the catalyst component (A) during contacting and mixing, a sphere olefin copolymer excellent in particle properties can be prepared.

The transition metal compound (E) used if necessary in the present invention is a compound similar to the above-described transition metal compound (vi) containing ligands each having a cyclopentadienyl skeleton, said ligands being not bonded together, and is illustrated more in detail below. The transition metal compound (E) is represented by the formula

$$M^2L^2_x$$

wherein $M^2$ is a transition metal, $L^2$ is a ligand coordinating to the transition metal, at least one of $L^2$ is a ligand having a cyclopentadienyl skeleton, $L^2$ other than the ligand having a cyclopentadienyl skeleton is a hydrocarbon group of 1 to 20 carbon atoms, an alkoxy group, an aryloxy group, halogen or hydrogen, and x is a valence of the transition metal.

In the above-mentioned formula, $M^2$ is a transition metal, and concrete preferable examples of $M^2$ include zirconium, titanium, hafnium, chromium and vanadium.

5,374,700

| 21 | 22 |
|---|---|

Of these, particularly preferred are zirconium and hafnium.

Examples of the ligand having a cyclopentadienyl skeleton include a cyclopentadienyl group an alkyl-substituted cyclopentadienyl group such as a methylcyclopentadienyl group, an ethylcyclopentadienyl group, a n-butylcyclopentadienyl group, a dimethylcyclopentadienyl group and a pentamethylcyclopentadienyl group, an indenyl group and a fluorenyl group.

At least one, preferably two ligands each having a cycloalkadienyl skeleton as mentioned above coordinate to the transition metal $M^2$.

The ligand other than those having a cycloalkadienyl skeleton is a hydrocarbon group of 1 to 12 carbon atoms, an alkoxy group, an aryloxy group, halogen or hydrogen.

The hydrocarbon group having 1 to 12 carbon atoms includes, for example, an alkyl group, a cycloalkyl group, an aryl group and an aralkyl group, and concrete examples of these groups are listed below.

The alkyl group includes methyl, ethyl, propyl, isopropyl and butyl.

The cycloalkyl group includes cyclopentyl and cyclohexyl.

The aryl group includes phenyl and tolyl.

The aralkyl group includes benzyl and neophyl.

The alkoxy group includes methoxy, ethoxy and butoxy.

The aryloxy group includes phenoxy.

The halogen includes fluorine, chlorine, bromine and iodine.

Such a transition metal compound (E) containing ligands each having a cyclopentadienyl skeleton, which is not bonded to other cyclopentadienyl skeletons, as used in the present invention and having a transition metal with a valence of 4 may be represented more concretely by the formula

$$R^2_k R^3_l R^4_m R^5_n M^2$$

wherein $M^2$ is zirconium, titanium, hafnium or vanadium, $R^2$ is a group having a cyclopentadienyl skeleton, $R^3$, $R^4$ and $R^5$ are each a group having a cyclopentadienyl skeleton, an alkyl group, a cycloalkyl group, an aryl group, an aralkyl group, an alkoxy group, an aryloxy group, halogen or hydrogen, k is an integer of not less than 1, and $k+l+m+n=4$.

Listed below are concrete examples of the transition metal compound (E) having zirconium as $M^2$ and ligands each containing a cyclopentadienyl skeleton which is not bonded to other cyclopentadienyl skeletons.

Bis(cyclopentadienyl)zirconium monochloride monohydride,
Bis(cyclopentadienyl)zirconium monobromide monohydride,
Bis(cyclopentadienyl)methylzirconium hydride,
Bis(cyclopentadienyl)ethylzirconium hydride,
Bis(cyclopentadienyl)phenylzirconium hydride,
Bis(cyclopentadienyl)benzylzirconium hydride,
Bis(cyclopentadienyl)neopentylzirconium hydride,
Bis(methylcyclopentadienyl)zirconium monochloride hydride,
Bis(indenyl)zirconium monochloride monohydride,
Bis(indenyl)zirconium dichloride,
Bis(indenyl)zirconium dibromide,
Bis(cyclopentadienyl)methylzirconium monochloride,

Bis(cyclopentadienyl)ethylzirconium monochloride,
Bis(cyclopentadienyl)cyclohexylzirconium monochloride,
Bis(cyclopentadienyl)phenylzirconium monochloride,
Bis(cyclopentadienyl)benzylzirconium monochloride,
Bis(methylcyclopentadienyl)zirconium dichloride,
Bis(dimethylcyclopentadienyl)zirconium dichloride,
Bis(n-butylcyclopentadienyl)zirconium dichloride,
Bis(indenyl)zirconium dichloride,
Bis(indenyl)zirconium dibromide,
Bis(cyclopentadienyl)zirconiumdimethyl,
Bis(cyclopentadienyl)zirconiumdiphenyl,
Bis(cyclopentadienyl)zirconiumdibenzyl,
Bis(cyclopentadienyl)zirconium methoxychloride,
Bis(cyclopentadienyl)zirconium ethoxychloride,
Bis(methylcyclopentadienyl)zirconium ethoxychloride,
Bis(cyclopentadienyl)zirconium phenoxychloride, and
Bis(fluorenyl)zirconium dichloride.

There may also be used transition metal compounds obtained by substituting titanium, hafnium or vanadium for zirconium in the above-exemplified zirconium compounds.

During the prepolymerization, the olefin polymer is formed in an amount, based on 1 g of the carrier, of 0.05 to 100 g, preferably 0.1 to 50 g, more preferably 0.2 to 30 g.

Examples of the olefin include ethylene and an $\alpha$-olefin having 3 to 20 carbon atoms, for example, propylene, 1-butene, 1-pentene, 4-methyl-1-pentene, 1-hexene, 1-octene, 1-decene, 1-dodecene and 1-tetradecene. Of these, ethylene is preferable.

The prepolymerization is carried out without a solvent or in an inactive hydrocarbon solvent. During the prepolymerization, there are used the organoaluminum compound in an amount of 0.2 to 20 mmoles, preferably 0.5 to 10 mmoles, the organoaluminum oxy-compound in an amount of 1 to 50 mg atoms, preferably 2 to 20 mg atoms in terms of Al, and the catalyst component (A) in an amount of 0.02 to 2 mg atoms, preferably 0.05 to 1 mg atom in terms of the transition metal, all the amounts being based on 1 g of the carrier.

Furthermore, a desirable molecular ratio [Al(C-)/Al(B)] of the organoaluminum compound in terms of Al atom [Al(C)] to the organoaluminum oxy-compound in terms of Al atom [Al(B)] is usually 0.02 to 3, preferably 0.05 to 1.5. A desirable molecular ratio [Al(B)/M] of the organoaluminum oxy-compound in terms of Al atom [Al(B)] to the catalyst component (A) in terms of transition metal atom (M) is usually 5 to 250, preferably 10 to 150. When the prepolymerization is carried out in an inactive hydrocarbon solvent, the concentration of the catalyst component (A) in terms of the transition metal atom is usually 0.1 to 10 mg atom/l, preferably 0.5 to 5 mg atom/L.

The prepolymerization is carried out at a temperature of $-20°$ to $70°$ C., preferably $-10°$ to $60°$ C., more preferably $0°$ to $50°$ C.

The prepolymerization may be carried out either batchwise or continuously, and under reduced pressure, normal pressure or applied pressure. Though a molecular weight modifier such as hydrogen may be allowed to be present during prepolymerization, its amount is desirably restricted so that there can be prepared a prepolymer having an intrinsic viscosity [$\eta$] of not less than 0.2 dl/g, preferably 0.5 to 10 dl/g as measured in decalin at 135° C.

5,374,700

23

In the thus obtained prepolymerization catalyst, the catalyst component (A) is supported in an amount in terms of transition metal atom, based on 1 g of the carrier, of 0.1 to 30 mg, preferably 0.3 to 30 mg, more preferably 0.5 to 20 mg. A molecular ratio (Al/M) of the catalyst components (B) and (C) in terms of Al atom to the catalyst component (A) in terms of the transition metal (M) is 5 to 200, preferably 10 to 150, more preferably 15 to 100.

The ethylene copolymers according to the present invention are obtained by copolymerizing ethylene with such an α-olefin having 3 to 20 carbon atoms as propylene, 1-butene, 1-pentene, 1-hexene, 4-methyl-1-pentene, 1-octene, 1-decene, 1-dodecene, 1-tetradecene, 1-hexadecene, 1-octadecene and 1-eicosene.

In the second process for olefin polymerization according to the present invention, olefin is usually polymerized under the condition that the produced polymer exists in a solid state, for example in a gas phase or in slurry. In the slurry polymerization, an inactive hydrocarbon or the olefin itself may be used as a solvent.

Concrete examples of the hydrocarbon solvent include

aliphatic hydrocarbons such as butane, isobutane, pentane, hexane, octane, decane, dodecane, hexadecane and octadecane;

alicyclic hydrocarbons such as cyclopentane, methylcyclopentane, cyclohexane and cyclooctane;

aromatic hydrocarbons such as benzene, toluene and xylene; and

petroleum fractions such as gasoline, kerosene and gas oil. Of these hydrocarbons, preferred are aliphatic hydrocarbons, alicyclic hydrocarbons and petroleum fractions.

In the present invention, the slurry polymerization is carried out at a temperature of usually —50° to 100° C. preferably 0° to 90° C.

In the present invention, the gas phase polymerization is carried out at a temperature of usually 0° to 120° C., preferably 20° to 100° C.

In the slurry polymerization or gas phase polymerization of the invention, the concentration of the transition metal in the polymerization reaction system is usually $10^{-8}$ to $10^{-2}$ g atom/l, preferably $10^{-7}$ to $10^{-3}$ g atom/l.

Furthermore, in the polymerization of the invention, an aluminum oxy-compound or an aluminum compound similar to those used in the preparation of the catalyst components (B) and (C) may be added to the reaction system. During the polymerization, a ratio (Al/M) of the aluminum compound in terms of Al atom to the transition metal atom (M) (Al/M) is 5 to 300, preferably 10 to 200, more preferably 15 to 150.

The polymerization is carried out usually at a normal pressure to 100 kg/cm² preferably under an applied pressure condition of 2 to 50 kg/cm². The polymerization can be carried out either batchwise, semicontinuously or continuously.

Furthermore, the polymerization may also be carried out in not less than 2 steps having reaction conditions different from each other.

The solid catalyst for olefin polymerization of the present invention is illustrated below.

The first prepolymerized solid catalyst for olefin polymerization according to the present invention is formed by prepolymerizing olefin in a suspension or a gas phase in the presence of a solid catalyst comprising

[A] a fine particle carrier,

24

[B] a transition metal compound (designated as a nonbridge type transition metal compound hereinafter) comprising ligands having a cyclopentadienyl skeleton, the cyclopentadienyl skeletons being not bonded mutually,

[C] a transition metal compound (designated as a bridge type transition metal compound) comprising at least two ligands each having a cyclopentadienyl skeleton, said at least two ligands being bonded together through an alkylene group, a substituted alkylene group, a silylene group or a substituted silylene group, and

[D] an organoaluminum oxy-compound.

The second prepolymerized solid catalyst for olefin polymerization according to the present invention is formed from the above-described components [A], [B], [C], [D], and [E] an organoaluminum compound.

The above-described carrier [A] is the same as the fine particle carrier [A].

There can be used as the nonbridge type transition metal compound [B] the same compound as the transition metal compound (E) described above comprising ligands having a cyclopentadienyl skeletons, the cyclopentadienyl skeletons being not bonded mutually.

There can be used as the bridge type transition metal compound [C] the same compound as described above.

Furthermore, the same compound as described above is used as the organoaluminum oxy-compound [D].

Still furthermore, the same compound as described above is used as the organoaluminum compound [E].

The prepolymerized solid catalyst for olefin polymerization of the invention is prepared by mixing the fine particle carrier [A], the nonbridge type transition metal compound [B], the bridge type transition metal compound [C], the organoaluminum oxy-compound [D] and if necessary the organoaluminum compound [E] in an inactive hydrocarbon solvent, and introducing olefin for prepolymerization.

Though the mixing may be conducted in an arbitrarily selected order, the mixing and contacting is preferably conducted in the order of [A]→([E]D)→[D]→[B-]→olefin→[C]→olefin, or [A]→([E]D)→[D]→olefin.

The prepolymerized solid catalyst for olefin polymerization of the invention may also be prepared by supporting the nonbridge type transition metal compound [B], the bridge type transition metal compound [C], the organoaluminum compound [D] and if necessary the organoaluminum compound [E] on the fine particle carrier [A], introducing olefin without a solvent, and carrying out prepolymerization.

When the components [A] to [D], and if necessary the component [E] are mixed, the component [B] and the component [C] are used in the total amount of usually $10^{-5}$ to $5 \times 10^{-3}$ mol, preferably $5 \times 10^{-5}$ to $10^{-3}$ mol based on 1 g of the component [A], and in the total concentration of about $10^{-4}$ to $2 \times 10^{-2}$ mol/l, preferably $2 \times 10^{-4}$ to $10^{-2}$ mol/l. The component [B] is used in an amount of 5 to 80 mol % preferably 7 to 70 mol %, more preferably 10 to 60 mol % based on the amount of the component [B] and the component [C] of 100 mol % in total.

The atomic ratio [Al/(transition metal)] of the aluminum in the component [D] to the transition metal in the components [B] and [C] is usually 10 to 500, preferably 20 to 200. The atomic ratio (Al$_E$/Al$_D$) Of the aluminum atoms (Al$_E$) in the component [E] if necessary to the aluminum atoms (Al$_D$) in the component [D] is usually 0.02 to 3, preferably 0.05 to 1.5. The compo-

EXHIBIT PAGE 000289

5,374,700

25

nents [A] to [D], and if necessary the component [E] are mixed at a temperature of usually −20° to 80° C., preferably 0° to 60° C., with a contact time of 1 to 200 minutes, preferably 5 to 120 minutes.

Olefin is prepolymerized in the presence of the components [A] to [D], and if necessary the component [E], described above. The prepolymerization is carried out with the transition metal compounds used in an amount of usually $10^{-4}$ to $2 \times 10^{-2}$ mol/l, preferably $5 \times 10^{-4}$ to $10^{-2}$ mol/l, at a temperature of −20° to 80° C., preferably 0° to 50° C., and for a period of 0.5 to 100 hours, preferably 1 to 50 hours.

Though olefin used in the prepolymerization is selected from the olefin used in the polymerization, ethylene is preferable.

In the prepolymerized solid catalyst for olefin polymerization of the invention obtained as described above, the transition metal is supported in an amount of $5 \times 10^{-6}$ to $5 \times 10^{-4}$ g atom, preferably $10^{-5}$ to $3 \times 10^{-4}$ g atom, and aluminum is supported in an amount of $10^{-3}$ to $10^{-1}$ g atom, preferably $2 \times 10^{-3}$ to $5 \times 10^{-2}$ g atom, all the amounts being based on 1 g of the component [A].

Furthermore, the polymer is formed during the prepolymerization in an amount, based on 1 g of the fine particle carrier, of about 0.1 to 500 g, preferably 0.3 to 300 g, particularly preferably 1 to 100 g.

Concrete examples of the inactive hydrocarbon used as a solvent for the preparation of the solid catalyst for olefin polymerization of the invention include

aliphatic hydrocarbons such as propane, butane, pentane, hexane, heptane, octane, decane, dodecane and kerosene;

alicyclic hydrocarbons such as cyclopentane, cyclohexane and methylcyclopentane;

aromatic hydrocarbons such as benzene, toluene and xylene;

halogenated hydrocarbons such as ethylene chloride, chlorobenzene and dichloromethane; and

mixtures of these hydrocarbons.

In the polymerization of olefin with such the prepolymerized solid catalyst for olefin polymerization having a prepolymerized olefin as described above, the transition metal compounds [B] and [C] are desirably used in an amount (per liter of the polymerization volume) of usually $10^{-8}$ to $10^{-3}$ g atom, preferably $10^{-7}$ to $10^{-4}$ g atom in terms of the transition metal. In the polymerization, an organoaluminum compound and an aluminoxane may be used if necessary. Examples of the organoaluminum compound used in the polymerization include compounds similar to the organoaluminum compound [E] described above. The organoaluminum compound is used in an amount of 0 to 500 moles, preferably 5 to 200 moles based on 1 g atom of the transition metal.

The olefins which can be polymerized with such the prepolymerized catalyst for olefin polymerization include ethylene and α-olefins each having 3 to 20 carbon atoms, for example, propylene, 1-butene, 1-pentene, 1-hexene, 4-methyl-1-pentene, 1-octene, 1-decene, 1-dodecene, 1-tetradecene, 1-hexadecene, 1-octadecene, 1-eicosene, cyclopentene, cycloheptene, norbornene, 5-methyl-2-norbornene, tetracyclododecene, 2-methyl-1,4,5,8-dimethano-1,2,3,4,4a,5,8,8a-octahydronaphthalene. In addition, styrene, vinylcyclohexane and dienes may also be employed.

In the present invention, the polymerization can be practiced either by a process for liquid phase polymeri-

26

zation such as solution polymerization and suspension polymerization, or by a process for gas phase polymerization.

In the process for liquid phase polymerization, the same inactive hydrocarbon solvent as employed in the catalyst preparation can be used, and the olefin itself can also be used as a solvent.

The olefin polymerization is carried out with such a catalyst as described above for olefin polymerization at a temperature of usually −50° to 150° C., preferably 0° to 100° C., at a pressure of usually a normal pressure to 100 kg/cm², preferably a normal pressure to 50 kg/cm². The polymerization reaction can be carried out either batchwise, semicontinuously or continuously. Moreover, the polymerization may also be carried out in two or more steps having reaction conditions different from each other. The molecular weight of the produced olefin polymer can be adjusted either by placing hydrogen in the polymerization system, or by changing the polymerization temperature.

Furthermore, in the present invention, the catalyst for olefin polymerization may also contain components which are different from the above-mentioned components and which are useful for olefin polymerization.

The present invention is illustrated below with reference to examples, but it should be construed that the present invention is in no way limited to those examples.

In addition, the melt tension (abbreviated to MT sometimes hereinafter) in this specification is measured by a procedure described below.

The melt tension (MT) is determined by measuring the stress of a molten polymer while the polymer is being stretched at a constant rate. That is, there are used as samples for measurement fine particles of a produced polymer or a polymer obtained by dissolving the fine particles in decane once, and precipitating the dissolved powder with a methanol/acetone (volume ratio of 1/1) solution in a volume amount of not less than 5 times as much as that of decane, and the measurement was carried out using a MT measuring apparatus (manufactured by Toyoseiki Seisakusho K.K.) having a nozzle diameter of 2.09 mm and a nozzle length of 8 mm at a resin temperature of 190° C., an extrusion rate of 10 mm/min and a take-up speed of 10 to 20 m/min.

During measurement of the melt tension, ethylene copolymer samples are premixed with 0.1% by weight of 2,6-di-tert-butyl-p-cresol, a crosslinking stabilizer.

### EXAMPLE 1

[Preparation of a catalyst component (A)]

A 400 ml glass flask purged with nitrogen was charged with 20 g of bis(indenyl)ethane and 200 ml of THF. The contents were cooled to −50° C. with stirring, and 100 ml of a solution of n-BuLi (1.6M solution) was added over a period of 50 minutes. Successively, the resultant mixture was stirred at −50° C. for 1 hour, and allowed to stand to be warmed to room temperature, whereby bis(indenyl)ethane became anionic. To the contents were added 100 ml of THF to form a homogeneous solution.

Another 1 liter glass flask purged with nitrogen was charged with 250 ml of THF, cooled to −50° C., and 16.54 g of zirconium tetrachloride was gradually added. The contents were warmed to 60° C., and stirred for 1 hour. The anionic ligand prepared above was added dropwise. The resultant mixture was stirred at 60° C. for 3 hours, and filtered with a glass filter. The filtrate was condensed to 1/5 of the initial volume at room

5,374,700

27

temperature to precipitate a solid, which was separated by filtering with a glass filter, and the solid residue was washed with a hexane/ether (volume ratio of 1/1) solvent mixture, and dried under reduced pressure to obtain a catalyst component (A).

[Preparation of a catalyst component (B) ]

A 400 ml flask thoroughly purged with nitrogen was charged with 37 g of Al$_2$(SO$_4$)$_3$·14H$_2$O and 125 ml of toluene. The contents were cooled to 0° C., and 500 mmoles of trimethylaluminum diluted with 125 ml of toluene was added dropwise. The resultant mixture was warmed to 40° C., and the reaction was continued at the temperature for 48 hours. After the completion of the reaction, the reaction mixture was subjected to solid-liquid separation by filtering, and toluene was removed from the filtrate, whereby 9.1 g of a white solid catalyst component (B) was obtained.

[Preparation of a prepolymerized catalyst]

A 400 ml flask thoroughly purged with nitrogen was charged with 1.29 g of silica (F-948, from Fuji Davison K.K.) which was fired at 700° C. for 6 hours before charging and 20 ml of toluene to form a suspension. To the suspension was added 4.51 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 30 minutes. Successively, 7.91 ml of a toluene solution of the catalyst component (B) prepared above (Al: 0.95 mole/liter) was added, and the mixture was stirred at room temperature for 30 minutes. Then, 72 ml of a toluene solution of the catalyst component (A) prepared above (Zr: 0.00298 mole/liter) was added, and the resultant mixture was stirred for 10 minutes. Then, 52 ml of decane was further added, and prepolymerized was carried out at 30° C. for 4 hours by continuously introducing ethylene at a normal pressure.

After the completion of the prepolymerization, the solvent was removed by decantation, and the residue was washed at 60° C. three times with 200 ml of hexane, and further washed at room temperature three times with 200 ml of hexane, whereby there was obtained a prepolymerized catalyst containing 8.5 mg of Zr, 160 mg of Al and 15 g of polyethylene based on 1 g of silica.

[Polymerization]

A stainless steel autoclave having a content volume of 2 liter and thoroughly purged with nitrogen was charged with 150 g of sodium chloride (special grade, from Wako Junyaku K.K.), and the contents were dried for 1 hour at 90° C. under reduced pressure. Thereafter, the system pressure was returned to a normal pressure by introducing a gas mixture of ethylene and 1-butene (1-butene content: 6.3 mol %), and the system temperature was lowered to 70° C.

To the autoclave was added the prepolymerized catalyst prepared above in an amount of 0.0075 mg atom in terms of zirconium and 1.13 mmoles of triisobutylaluminum.

Thereafter, 50 Nml of hydrogen and the gas mixture of ethylene and 1-butene described above were successively introduced, and polymerization reaction was started at the total pressure of 4 kg/cm²-G, whereby the system temperature immediately rose to 80° C. Thereafter, the polymerization was carried out at 80° C. for 1 hour while the total pressure was being maintained at 4 kg/cm²-G by feeding only the gas mixture.

After the completion of the polymerization, sodium chloride was removed from the reaction mixture by washing with water, and the remaining polymer was washed with methanol and dried overnight at 80° C.

28

under reduced pressure, whereby there was obtained 116 g of an ethylene/1-butene copolymer containing 8.1% by weight of 1-butene constituent units and 2.8% by weight of a decane-soluble component at 23° C. having a MFR of 2.30 g/10 min measured at 190° C. and a load of 2.16 kg, a density of 0.915 g/cm³, a melt tension (MT) of 5.3 g and a bulk specific gravity of 0.31 g/cm³, and showing an endothermic curve having the maximum peak at 94° C. when measured by a differential scanning calorimeter (DSC).

EXAMPLE 2

[Preparation of a prepolymerized catalyst]

To 1.30 g of the same silica as used in Example 1 was added 20 ml of decane to form a suspension. To the suspension was added 3.24 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 30 minutes.

Then, to the suspension was added 17.1 ml of a toluene solution of an organoaluminum oxy-compound (Al: 0.95 mole/liter) synthesized by a procedure similar to that in Example 1, and the resultant mixture was stirred at room temperature for 30 minutes.

Thereafter, to the suspension was added 1.03 ml of a toluene solution of bis(cyclopentadienyl)zirconium dichloride (Zr: 0.0417 mole/liter), and the resultant mixture was stirred for 15 minutes. To the mixture was added 50 ml of decane, and prepolymerization was carried out at 30° C. for 2 hours by continuously introducing ethylene at a normal pressure. Thereafter, 100.5 ml of a toluene solution of the catalyst component (A) containing 0.00172 mole/liter of Zr, and the prepolymerization was continued at 30° C. for 4 hours. A subsequent operation similar to that of Example 1 was conducted to obtain a prepolymerized catalyst containing 9.3 mg of zirconium, 190 mg of aluminum and 20 g of polyethylene.

[Polymerization]

A polymerization procedure similar to that in Example 1 was repeated except that there were used a gas mixture containing 3.6 mol % of 1-butene, 10 Nml of hydrogen and the above-described prepolymerized catalyst in an amount of 0.005 mg atom in terms of zirconium and 0.75 mmole in terms of triisobutylaluminum, and that polymerization was carried out at 70° C. for 2 hours, whereby there was obtained 88 g of an ethylene/1-butene copolymer containing 6.7% by weight of 1-butene constituent units and 0.25% by weight of a decane-soluble component, having a MFR of 0.48 g/10 min, a density of 0.922 g/cm³, a melt tension of 11 g and a bulk specific gravity of 0.35 g/cm³, and showing an endothermic curve (measured by DSC) with the maximum peak at 103° C.

EXAMPLE 3

[Preparation of a prepolymerized catalyst]

To 3.0 g of the same silica as used in Example 1 was added 30 ml of decane to form a suspension. To the suspension was added 7.45 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 25 minutes.

Then, to the suspension was added 39.4 ml of a toluene solution of an organoaluminum oxy-compound (Al: 0.95 mole/liter) synthesized by a procedure similar to that in Example 1, and the resultant mixture was stirred at room temperature for 25 minutes.

Thereafter, to the suspension was added 2.14 ml of a toluene solution of bis (methylcyclopentadienyl) zirco-

5,374,700

29

nium dichloride (Zr: 0.0465 mole/liter), and the resultant mixture was stirred for 10 minutes. To the mixture was added 100 ml of decane, and prepolymerization was carried out at 25° C. for 2.5 hours by continuously introducing ethylene at a normal pressure.

Thereafter, 166.4 ml of a toluene solution of the catalyst component (A) containing 0.00240 mole/liter of Zr, and the prepolymerization was continued at 30° C. for 5 hours. A subsequent procedure similar to that of Example 1 was conducted to obtain a prepolymerized catalyst containing 8.2 mg of zirconium, 150 mg of aluminum and 20 g of polyethylene.

[Polymerization]

A polymerization procedure similar to that in Example 1 was repeated except that 30 Nml of hydrogen was added, and that the prepolymerization catalyst described above was used, whereby there was obtained 149 g of an ethylene/1-butene copolymer containing 10.1% by weight of 1-butene constituent units and 3.1% by weight of a decane-soluble component, and having a MFR of 1.78 g/10 min, a density of 0.912 g/cm$^3$, a melt tension of 5.3 g and a bulk specific gravity of 0.36 g/cm$^3$, and showing an endothermic curve (measured by DSC) with the maximum peak at 94° C.

EXAMPLE 4

[Preparation of a prepolymerized catalyst]

To 1.49 g of the same silica as used in Example 1 was added 25 ml of decane to form a suspension. To the suspension was added 3.72 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 45 minutes.

Then, to the suspension was added 19.6 ml of a toluene solution of an organoaluminum oxy-compound (Al: 0.95 mole/liter) synthesized by a procedure similar to that in Example 1, and the resultant mixture was stirred at room temperature for 45 minutes.

Thereafter, to the suspension was added 2.13 ml of a toluene solution of bis (methylcyclopentadienyl) zirconium dichloride (Zr: 0.0465 mole/liter), and the resultant mixture was stirred for 10 minutes. To the mixture was further added 75 ml of decane, and prepolymerization was carried out at 30° C. for 1.5 hours by continuously introducing ethylene at a normal pressure.

Thereafter, to the reaction mixture was added 51.9 ml of the toluene solution of the catalyst component (A) containing 0.00287 mole/liter of Zr and prepared in Example 1, and prepolymerization was continued at 30° C. for 4 hours. A subsequent operation similar to that of Example 1 was conducted to obtain a prepolymerized catalyst containing 10.5 mg of zirconium, 190 mg of aluminum and 17 g of polyethylene based on 1 g of silica.

[Polymerization]

A polymerization procedure similar to that in Example 1 was repeated except that there were used a gas mixture containing 4.4 mol % of 1-butene, 30 Nml of hydrogen and the above-described prepolymerized catalyst in an amount of 0.005 mg atom in terms of zirconium and 0.5 mmole in terms of triisobutylaluminum, whereby there was obtained 48 g of an ethylene/1-butene copolymer containing 6.5% by weight of 1-butene constituent units and 0.32% by weight of a decane-soluble component, having a MFR of 3.1 g/10 min, a density of 0.922 g/cm$^3$, a melt tension of 4.9 g and a bulk specific gravity of 0.36 g/cm$^3$, and showing an

30

endothermic curve (measured by DSC) with the maximum peak at 115° C.

EXAMPLE 5

[Polymerization]

A polymerization procedure similar to that in Example 1 was repeated except that there were used a gas mixture containing 3.6 mol % of 1-butene, 30 Nml of hydrogen and the prepolymerized catalyst in an amount of 0.005 mg atom in terms of zirconium and 0.75 mmole in terms of triisobutylaluminum, and that polymerization was carried out at 70° C. for 1 hour, whereby there was obtained 95 g of an ethylene/1-butene copolymer containing 7.4% by weight of 1-butene constituent units and 0.18% by weight of a decane-soluble component, having a MFR of 0.075 g/10 min, a density of 0.920 g/cm$^3$ a melt tension of 42 g and a bulk specific gravity of 0.24 g/cm$^3$ and showing an endothermic curve (measured by DSC) with the maximum peak at 103° C.

Comparative Example 1

[Preparation of a prepolymerized catalyst]

To 3.14 g of the same silica as used in Example 1 was added 25 ml of decane to form a suspension, and 13.1 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter) was added to the suspension. The resultant mixture was stirred at room temperature for 45 minutes.

Then, to the suspension was added 36.5 ml of a toluene solution of an organoaluminum oxy-compound (Al: 1.79 mole/liter) synthesized by a procedure similar to that in Example 1, and the resultant mixture was stirred at room temperature for 20 minutes.

Thereafter, to the suspension was added 10.9 ml of a toluene solution of bis(methylcyclopentadienyl)zirconium dichloride (Zr: 0.0480 mole/liter), and the resultant mixture was stirred for 30 minutes. To the mixture was further added 100 ml of decane, and prepolymerization was carried out at 30° C. for 4.5 hours by continuously introducing ethylene at a normal pressure. A subsequent washing operation similar to that of Example 1 was conducted to obtain a prepolymerization catalyst containing 7.6 mg of zirconium, 190 mg of aluminum and 9.7 g of polyethylene based on 1 g of silica.

[Polymerization]

A polymerization procedure similar to that of Example 1 was repeated except that there were used a gas mixture containing 6.1 mol % of 1-butene and the above-described prepolymerized catalyst in an amount of 0.015 mg atom in terms of zirconium and 0.75 mmole in terms of triisobutylaluminum, and that polymerization was carried out for 1 hour at 85° C. and the total pressure of 8 kg/cm$^2$-G, whereby there was obtained 137 g of an ethylene/1-butene copolymer containing 7.2% by weight of 1-butene constituent units and 1.1% by weight of a decane-soluble component, having a MFR of 1.29 g/10 min, a density of 0.920 g/cm$^3$, a melt tension of 1.9 g and a bulk specific gravity of 0.37 g/cm$^3$, and showing an endothermic curve (measured by DSC) with the maximum peak at 114° C.

EXAMPLE 6

[Polymerization]

A polymerization procedure similar to that of Example 1 was repeated except that there was used a polymerization catalyst in an amount of 0.003 mg atom in terms of zirconium and 0.54 mmole in terms of triisobutylaluminum, and that polymerization of only ethyl-

31

5,374,700

32

ene was carried out for 1 hour at 85° C. and the total pressure of 8 kg/cm²-G, whereby there was obtained 121 g of an ethylene polymer having a MFR of 0.29 g/10 min, a melt tension of 17.5 g and a bulk specific gravity of 0.32 g/cm³.

## EXAMPLE 7

[Polymerization]

A procedure similar to that of Example 3 was repeated except that there were used a gas mixture containing 3.9 mol % of 1-butene, 50 Nml of hydrogen and the prepolymerized catalyst in an amount of 0.005 mg atom in terms of zirconium and 0.5 mmole in terms of triisobutylaluminum, and that polymerization was carried out at the total pressure of 2.5 kg/cm²-G, whereby there was obtained 119 g of an ethylene/1-butene copolymer containing 7.0% by weight of 1-butene constituent units and 0.35% by weight of a decane-soluble component, having a MFR of 1.97 g/10 min, a density of 0.920 g/cm³, a melt tension of 4.6 g and a bulk specific gravity of 0.36 g/cm³, and showing an endothermic curve (measured by DSC) with the maximum peak at 103° C.

## EXAMPLE 8

[Polymerization]

A polymerization procedure similar to that of Example 4 was repeated except that there were used 50 Nml of hydrogen and a prepolymerized catalyst in an amount of 0.75 mmole in terms of triisobutylaluminum, and that polymerization was carried out at 85° C. and the total pressure of 7 kg/cm²-G, whereby there was obtained 141 g of an ethylene/1-butene copolymer containing 6.8% by weight of 1-butene constituent units and 0.67% by weight of a decane-soluble component, having a MFR of 1.99 g/10 min, a density of 0.920 g/cm³, a melt tension of 6.0 g and a bulk specific gravity of 0.37 g/cm³.

## EXAMPLE 9

[Preparation of a prepolymerized catalyst]

To 1.11 g of the same silica as used in Example 1 was added 15 ml of toluene to form a suspension. To the suspension was added 7.76 ml of a toluene solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 30 minutes. Then, to the suspension was added 13.6 ml of a toluene solution of an organoaluminum oxy-compound (Al: 0.95 mole/liter) synthesized by a procedure similar to that in Example 1, and the resultant mixture was stirred at room temperature for 35 minutes. Thereafter, to the suspension was added 162.0 ml of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.00228 mole/liter), and the resultant mixture was stirred for 30 minutes. To the mixture was added 100 ml of decane, and prepolymerization was carried out at 30° C. for 5 hours by continuously introducing ethylene at a normal pressure. A subsequent operation similar to that of Example 1 was conducted to obtain a prepolymerized catalyst containing 20.6 mg of zirconium, 310 mg of aluminum and 27 g of polyethylene based on 1 g of silica.

[Polymerization]

A glass autoclave having a content volume of 1.5 liters and thoroughly purged with nitrogen was charged with 1 Liter of decane, and an ethylene and hydrogen gas mixture was introduced at a flow rate of 250 liter/hr and 1 liter/hr, respectively. The system

temperature was raised to 75° C., and to the autoclave was added a mixture of 0.5 mmole of triisobutylaluminum and the above-described prepolymerized catalyst in an amount of 0.005 mg atom in terms of zirconium. Thereafter, polymerization was carried out at 75° C. and a normal pressure for 3 hours while the above-mentioned gas mixture was being fed continuously, whereby polymerization progressed in a slurry state.

After the completion of the polymerization, the resultant polymer was recovered by filtering, and dried overnight at 80° C. under reduced pressure to obtain 16.9 g of an ethylene polymer having a MFR of 1.18 g/10 min and a melt tension of 6.5 g.

## EXAMPLE 10

[Preparation of a catalyst]

A 100 ml egg-plant type flask thoroughly purged with nitrogen was charged with 20 ml of decane, 27.9 ml of a toluene solution of an organoaluminum oxy-compound (Al: 0.716 mole/liter) and 37.3 ml of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.00268 mole/liter), and the contents were stirred for 5 minutes. Toluene was distilled off from the mixture over a period of 2 hours using an evaporator at room temperature under reduced pressure. The resultant precipitated solid product was recovered by filtering, washed with hexane, and dried at room temperature under reduced pressure to obtain a solid catalyst having an Al/Zr atomic ratio of 112.

[Polymerization]

A polymerization procedure similar to that in Example 1 was repeated except that only the solid catalyst component prepared above was used as a catalyst component in an amount of 0.005 mg atom in terms of zirconium, and that ethylene homopolymerization was carried out at 85° C. for 1 hour at the total pressure of 8 kg/cm²-G, whereby 26.4 g of an ethylene homopolymer having a MFR of 0.42 g/10 min and a melt tension of 12.0 g was obtained.

## EXAMPLE 11

[Polymerization]

A polymerization procedure similar to that in Example 10 was repeated except that 100 Nml of hydrogen was added, whereby 34.0 g of an ethylene homopolymer having a MFR of 3.10 g/10 min and a melt tension of 5.0 g was obtained.

## Comparative Example 2

[Polymerization]

A polymerization procedure similar to that in Example 9 was repeated except that there were used toluene as a solvent, and an ethylene, 1-butene (both being polymerization monomers) and hydrogen gas mixture at a flow rate of 285 liter/hr, 15 liter/hr and 2 liter/hr, respectively and that copolymerization was carried out for 20 minutes, whereby polymerization progressed in a solution state. After the completion of the polymerization, the resultant polymer was recovered by precipitating it in a large amount of methanol, and dried overnight at 130° C. under reduced pressure, whereby there was obtained 33.1 g of an ethylene/1-butene copolymer containing 6.5% by weight of 1-butene constituent units, having a MFR of 1.44 g/10 min, a density of 0.922 g/cm³ and a melt tension of 2.1 g.

5,374,700

33

Comparative Example 3

[Polymerization]

A polymerization procedure similar to that in Example 9 was repeated except that the flow rates of ethylene and hydrogen in the gas mixture were altered to 100 liter/hr and 5 liter/hr, respectively, that there were used as catalyst components 3.42 ml of a toluene solution of the organoaluminum oxy-compound (Al: 1.46 mole/liter) and 0.33 ml of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.00150 mole/liter), and that ethylene homopolymerization reaction was carried for 80 minutes, whereby the polymerization progressed in a cloudy state. After the completion of the polymerization, the resultant polymer was recovered by precipitating it in a large amount of methanol, and dried overnight at 80° C. under reduced pressure, whereby there was obtained 8.2 g of an ethylene copolymer having a MFR of 0.72 g/10 min and a melt tension of 2.9g.

Example 12

[Preparation of a prepolymerized catalyst]

An 8 liter flask thoroughly purged with nitrogen was charged with 55.4 g of silica (TG-20643, manufactured by Fuji Davison K.K.) which was fired at 700° C. for 6 hours before charging and 1 liter of decane to form a suspension. To the suspension was added 46 mmoles of triisobutylaluminum diluted with 50 ml of decane, and the mixture was stirred at room temperature for 10 minutes.

Successively, 140 ml of a toluene solution of the catalyst component (ii) (manufactured by Schering Co., Ltd. ) prepared above (Al: 1.65 mole/liter) was added, and the mixture was stirred at room temperature for 10 minutes. Then, 36.9 ml of a toluene solution of bis (methylcyclopentadienyl) zirconium dichloride (Zr: 0.05 mole/liter) was added, and the mixture was stirred for 15 minutes. Then, prepolymerization was carried out at

34

30° C. for 3.5 hours by continuously introducing ethylene at a normal pressure.

Thereafter, there were successively added 2 liters of decane, 279 ml of the catalyst component (ii), 2.79 liters of the catalyst component (i) (Zr: 0.00264 mole/liter) prepared in Example 1, and 23.4 ml of triisobutylaluminum diluted with 50 ml of decane, and prepolymerization was carried out at 30° C. for 4 hours.

After the completion of the prepolymerization, the solvent was removed by decantation, washed at 60° C. 3 times with 5 liters of hexane, and further washed 3 times at room temperature with 5 liters of hexane, whereby there was obtained a prepolymerized catalyst containing 11 mg of Zr, 190 mg of Al and 16 g of polyethylene based on 1 g of silica.

[Polymerization]

Copolymerization of ethylene with 1-hexene was carried out using a continuous fluidized bed gas phase polymerization equipment at a polymerization temperature of 80° C. and the total pressure of 20 kg/cm²-G by continuously feeding the above-described prepolymerization catalyst at a rate of 0.1 mmole/hr in terms of zirconium and 15 mmole/hr in terms of triisobutylaluminum, and also continuously supplying ethylene, 1-hexene, hydrogen and nitrogen to maintain the following constant gas composition during polymerization: a 1-hexene/ethylene volume ratio of 0.015 and a $H_2$/ethylene volume ratio of $6.3 \times 10^{-3}$. The polymer yield was 6.0 kg/hr.

The thus obtained polymer contained 10.7% by weight of 1-hexene constituent units and 0.53% by weight of a decane-soluble component measured at 23° C., had a MFR of 1.60 g/10 min, a density of 0.922 g/cm³ a melt tension (MT) of 6.6 g and a bulk specific gravity of 0.38 g/cm³ and showed an endothermic curve (measured by DSC) with the maximum peak at 112.1° C.

The results are shown in Tables 1 and 2.

TABLE 1

| | Catalyst component (mg atom-Zr) | | (i-Bu)₃Al (mmole) | Polymerization Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Example | | | | Total pressure (kg/cm²-G) | 1-Butene (mol %) | $H_2$ (Nml) | Temp. (°C.) | Time (h) | Note |
| 1 | (Ex. 1) | 0.0075 | 1.13 | 4 | 6.3 | 50 | 80 | 1 | |
| 2 | (Ex. 2) | 0.0050 | 0.75 | 4 | 3.6 | 10 | 70 | 2 | |
| 3 | (Ex. 3) | 0.0075 | 1.13 | 4 | 6.3 | 30 | 80 | 1 | |
| 4 | (Ex. 4) | 0.0050 | 0.50 | 4 | 4.4 | 30 | 80 | 1 | |
| 5 | (Ex. 1) | 0.0050 | 0.75 | 4 | 3.6 | 30 | 70 | 1 | |
| 6 | (Ex. 1) | 0.0030 | 0.54 | 8 | — | 50 | 85 | 1 | |
| 7 | (Ex. 1) | 0.0050 | 0.50 | 2.5 | 3.9 | 50 | 80 | 1 | |
| 8 | (Ex. 4) | 0.0050 | 0.75 | 7 | 4.4 | 50 | 85 | 1 | |
| 9 | (Ex. 9) | 0.0050 | 0.50 | normal pressure | — | (1 l/h) | 75 | 3 | Ethylene 250 l/h |
| 10 | (Ex. 10) | 0.0050 | — | 8 | — | 50 | 85 | 1 | |
| 11 | (Ex. 10) | 0.0050 | — | 8 | — | 100 | 85 | 1 | |
| 12 | (Ex. 12) | (0.1 mmole/h) | (15 mmole/h) | 20 | — | — | 80 | — | |
| Comp. Ex. 1 | (Comp. Ex. 1) | 0.0150 | 0.75 | 8 | 6.1 | 50 | 85 | 1 | |
| Comp. Ex. 2 | (Ex. 9) | 0.0050 | 0.50 | normal pressure | (15 l/h) | (2 l/h) | 75 | 0.33 | Ethylene 285 l/h |
| Comp. Ex. 3 | (Comp. Ex. 3) | 0.0005 | 5.00 | normal pressure | — | (5 l/h) | 75 | 0.33 | Ethylene 100 l/h |

5,374,700

35                                    36

## TABLE 2

| | | | | | Polymerization results | | | |
|---|---|---|---|---|---|---|---|---|
| Example | Yield (g) | 1-Butene content (wt. %) | MFR (g/10 min.) | Density (g/cm³) | Decane-sol. component (wt. %) | Melt tension (g) | DSC max. peak temp. (°C.) | Bulk sp. gr. (g/cm³) |
| 1 | 116 | 8.1 | 2.30 | 0.915 | 2.8 | 5.3 | 94 | 0.31 |
| 2 | 88 | 6.7 | 0.48 | 0.922 | 0.25 | 11 | 103 | 0.35 |
| 3 | 149 | 10.1 | 1.78 | 0.912 | 3.1 | 5.3 | 94 | 0.36 |
| 4 | 48 | 6.5 | 3.10 | 0.922 | 0.32 | 4.9 | 115 | 0.24 |
| 5 | 95 | 7.4 | 0.075 | 0.920 | 0.18 | 42 | 103 | 0.32 |
| 6 | 121 | — | 0.29 | — | — | 17.5 | — | 0.36 |
| 7 | 119 | 7.0 | 1.97 | 0.920 | 0.35 | 4.6 | 103 | 0.37 |
| 8 | 141 | 6.8 | 1.99 | 0.920 | 0.67 | 6.0 | — | — |
| 9 | 16.9 | — | 1.18 | — | — | 6.5 | — | — |
| 10 | 26.4 | — | 0.42 | — | — | 12.0 | — | — |
| 11 | 34.0 | — | 3.10 | — | — | 5.0 | — | — |
| 12 | (6.0 kg/h) | 10.7 (1-hexene content) | 1.60 | 0.922 | 0.53 | 6.6 | 112.1 | 0.38 |
| Comp. Ex. 1 | 137 | 7.2 | 1.29 | 0.920 | 1.1 | 1.9 | 114 | — |
| Comp. Ex. 2 | 33.1 | 6.5 | 1.44 | 0.922 | — | 2.1 | — | — |
| Comp. Ex. 3 | 8.2 | — | 0.72 | — | — | 2.9 | — | — |

### Comparative Example 4

[Preparation of a prepolymerized catalyst]

Comparative Example 1 was repeated except that 13.1 ml of a toluene solution of bis(cyclopentadienyl)-zirconium dichloride (Zr: 0.04 mole/liter) was used in place of the toluene solution of bis(methylcyclopentadienyl)-zirconium dichloride to obtain a prepolymerized catalyst containing 8.7 mg of zirconium, 290 mg of aluminum and 7.7 g of polyethylene based on 1 g of silica.

[Polymerization]

A polymerization procedure similar to that of Example 1 was repeated except that there were used a gas mixture containing 6.7 mol % of 1-butene and the prepolymerized catalyst obtained above in an amount of 0.01 mg atom in terms of zirconium and 0.25 mmole in terms of triisobutylaluminum, and that polymerization was carried out for 1 hour at 85° C. and the total pressure of 8 kg/cm²-G, whereby there was obtained 75 g of an ethylene/1-butene copolymer containing 6.9% by weight of 1-butene constituent units and 1.5% by weight of a decane-soluble component, having a MFR oil 2.63 g/10 min, a density of 0.922 g/cm³ and a melt tension of 1.3 g, and showing an endothermic curve (measured by DSC) with the maximum peak at 114° C.

### Comparative Example 5

[Preparation of a prepolymerized catalyst]

To 1.05 g of the same silica as used in Example 1 was added 20 ml of decane to form a suspension in a 400 ml glass flask. To the suspension was added 2.62 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the resultant mixture was stirred at room temperature for 30 minutes.

Then, to the suspension was added 4.87 ml of a toluene solution of an organoaluminum oxy-compound [prepared by removing toluene from a toluene solution of a methylaluminoxane manufactured by Schering Co., Ltd. and redissolving the residue in toluene (Al: 1.79 mole/liter)], and the resultant mixture was stirred at room temperature for 35 minutes.

Thereafter, to the suspension was added 16.2 ml of a toluene solution of bis(n-butylcyclopentadienyl)zirconium dichloride (Zr: 0.0108 mole/liter), and the mixture was stirred for 30 minutes. Then, 75 ml of decane was further added to the mixture, and prepolymerization was carried out at 30° C. for 4 hours by continuously introducing ethylene at a normal pressure. A subsequent operation similar to that of Example 1 was conducted to obtain a prepolymerized catalyst containing 9.3 mg of zirconium, 150 mg of aluminum and 18 g of polyethylene.

[Polymerization]

A polymerization procedure similar to that of Example 1 was repeated except that there were used a gas mixture containing 6.9 mol % of 1-butene and the prepolymerized catalyst obtained above in an amount of 0.005 mg atom in terms of zirconium and 0.5 mmole in terms of triisobutylaluminum, and that polymerization was carried out for 1 hour at 85° C. and the total pressure of 8 kg/cm²-G, whereby there was obtained 147 g of an ethylene/1-butene copolymer containing 9.6% by weight of 1-butene constituent units and 1.5% by weight of a decane-soluble component, having a MFR of 2.45 g/10 min, a density of 0.910 g/cm³ and a melt tension of 0.95 g, and showing an endothermic curve (measured by DSC) with the maximum peak at 109° C.

### Comparative Example 6

A glass autoclave having a content volume of 1.5 liter and thoroughly purged with nitrogen was charged with 1 liter of toluene, and ethylene, 1-butene and hydrogen in a mixture were introduced thereinto at a flow rate of 285 liter/hour, 15 liter/hour and 2 liter/hour, respectively. The system temperature was raised to 70° C. and polymerization was started after introducing 0.5 mmole of triisobutylaluminum and the prepolymerized catalyst prepared in Example 1 in an amount of 0.005 mg atom in terms of zirconium.

Polymerization was carried out for 20 minutes at 75° C. and a normal pressure by continuously introducing the above-mentioned gas mixture, whereby the polymerization progressed while dissolving the produced polymer in toluene. After the completion of polymerization, the resultant polymer was precipitated by pouring the polymer solution in methanol.

Then, the precipitated polymer was recovered by filtering, and dried overnight at 80° C. under reduced pressure, whereby there was obtained 33.1 g of an ethylene/1-butene copolymer having a MFR of 1.44 g/10 min, a density of 0.922 g/cm³ and a melt tension (MT) of 2.1 g.

5,374,700

37

### Comparative Example 7

A glass autoclave having a content volume of 1.5 liter and thoroughly purged with nitrogen was charged with 1 liter of toluene, and ethylene, 1-butene and hydrogen in a mixture were introduced at a flow rate of 285 liter/hour, 15 liter/hour and 5 liter/hour, respectively. The system temperature was raised to 70° C. and polymerization was initiated by introducing the organoaluminum oxy-compound prepared in Example 1 in an amount of 5.0 mg atom in terms of aluminum and the catalyst component (i) in an amount of 0.0005 mg atom in terms of zirconium.

The polymerization was carried out for 20 minutes at 75° C. and a normal pressure while the above-described gas mixture was being continuously introduced, whereby the polymerization progressed while dissolving the produced polymer in toluene. A subsequent operation similar to that in Comparative Example 4 was repeated to obtain 44.1 g of an ethylene/1-butene copolymer having a MFR of 1.08 g/10 min, a density of 0.928 g/cm$^3$ and a melt tension (MT) of 2.0 g.

### EXAMPLE 13

[Preparation of a prepolymerized solid catalyst (zirconium catalyst)]

A 400 ml glass flask thoroughly purged with nitrogen was charged with 1.38 g of silica (F-498, manufactured by Fuji Davison K.K.) which was fired at 700° C. for 6 hours before charging and 20 ml of decane to form a suspension. To the suspension was added 3.24 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the contents were stirred at room temperature for 30 minutes.

To the suspension was added 18.8 ml of a toluene solution of an organoaluminum oxy-compound (prepared by drying methylaluminoxane manufactured by Schering Co., Ltd, and redissolving the residue in toluene, Al: 0.864 mole/liter), and the mixture was further stirred at room temperature for 30 minutes.

Thereafter, to the suspension was added 1.03 ml of a toluene solution of bis(cyclopentadienyl)zirconium dichloride (Zr: 0.0417 mole/liter), and the mixture was stirred for 10 minutes. Then, 50 ml of decane was further added, and prepolymerization was carried out at 30° C. for 2 hours by continuously introducing ethylene at a normal pressure.

Thereafter, 100.5 ml of of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.00172 mole/liter) was added, and the prepolymerization was continued at 30° C. for 4 hours.

After the completion of the prepolymerization, the solvent was removed by decantation, and the residue was washed 3 times at 60° C. with 250 ml of hexane and then 3 times at room temperature with 250 ml of hexane, whereby there was obtained a prepolymerized solid catalyst containing 9.5 mg atom of zirconium, 0.66 g atom of aluminum and 1750 g of polyethylene.

[Polymerization]

A stainless steel autoclave having a content volume of 2 liters and thoroughly purged with nitrogen was charged with 150 g of sodium chloride (special grade, from Wako Junyaku K.K.), and the contents were dried for 1 hour at 90° C. under reduced pressure. Thereafter, the system pressure was returned to a normal pressure by introducing ethylene, and the system temperature was held at 70° C. Thereafter, the autoclave was charged with a premixture of 0.3 mmole of triisobutyl-

38

aluminum and the above-described solid catalyst in an amount of 0.003 mg atom in terms of zirconium.

Then, 50 Nml of hydrogen was introduced at first, and then ethylene was further introduced into the autoclave at a system temperature of 70° C. so that the total pressure became 8 kg/cm$^2$-G, and polymerization was initiated.

Thereafter, the polymerization was carried out at 85° C. for 1 hour while the total pressure was being maintained at 8 kg/cm$^2$-G by introducing only ethylene. After the completion of the polymerization, sodium chloride was removed from the contents by washing with water. The remaining polymer was washed with methanol, and dried overnight at 80° C. under reduced pressure, whereby there was obtained 142 g of a polymer having a bulk specific gravity of 0.43 g/cm$^3$, a MFR of 0.65 g/10 min measured at 190° C. and a load of 2.16 kg, a melt tension (MT) of 10 g and an average particle size of 410 μm.

### EXAMPLE 14

To 1.12 g of the same silica as used in Example 13 was added 20 ml of decane to form a suspension. To the suspension was added 2.8 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 35 minutes.

Then, to the suspension was added 10.8 ml of a toluene solution of the same organoaluminum oxy-compound as in Example 13 (Al: 0.864 mole/liter), and the mixture was further stirred at room temperature for 25 minutes.

Thereafter, to the suspension was added 1.34 ml of a toluene solution of bis(cyclopentadienyl)zirconium dichloride (Zr: 0.0417 mole/liter), and the contents were stirred for 30 minutes. Furthermore, 50 ml of decane was added, and prepolymerization was carried out at 30° C. for 2 hours by continuously introducing ethylene at normal pressure. Thereafter, to the reaction mixture was added 71.3 ml of a toluene solution of ethylenebis-(indenyl)zirconium dichloride (Zr: 0.00183 mole/liter), and the prepolymerization was continued at 30° C. for 3.5 hours. A subsequent operation similar to that in Example 13 was conducted to obtain a solid catalyst containing 9.6 mg atom of zirconium, 0.66 g atom of aluminum and 2100 g of polyethylene based on 100 g of silica.

[Polymerization ]

The procedure of Example 13 was repeated to obtain 88 g of a polymer having a bulk specific gravity of 0.42 g/cm$^3$, a MFR of 0.60 g/10 min and an average particle size of 380 μm.

### EXAMPLE 15

[Preparation of a solid catalyst (zirconium catalyst)]

To 3.0 g of the same silica as used in Example 13 was added 30 ml of decane to form a suspension. To the suspension was added 7.45 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 25 minutes.

Thereafter, to the suspension was added 17.6 ml of a toluene solution of the same organoaluminum oxy-compound as in Example 13 (Al: 2.13 mole/liter), and the contents were stirred at room temperature for 25 minutes.

Thereafter, to the suspension was added 2.14 ml of a toluene solution of bis (methylcyclopentadienyl) zirconium dichloride (Zr: 0.0465 mole/liter), and the contents were stirred for 5 minutes. To the mixture was

5,374,700

**39**

further added 100 ml of decane, and prepolymerization was carried out at 25° C. for 2.5 hours by continuously introducing ethylene at a normal pressure continuously. Then, there was added 166.4 ml of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.0024 mole/liter), and the prepolymerization was further continued at 30° C. for 5 hours. A subsequent operation similar to that in Example 13 was conducted, and there was obtained a prepolymerized solid catalyst containing 9.0 mg atom of zirconium, 0.55 g atom of aluminum and 2000 g of polyethylene based on 100 g of silica.
[Polymerization ]

The polymerization procedure in Example 13 was repeated except that there was used 0.54 mmole of triisobutylaluminum was used, and that the catalyst component was injected with ethylene into the autoclave having an internal pressure of 6.5 kg/cm², whereby there was obtained 124 g of a polymer having a bulk specific gravity of 0.41 g/cm³ a MFR of 0.58 g/10 min, a melt tension (MT) of 13 g and an average polymer particle size of 400 μm.

**Comparative Example 8**

[Preparation of a prepolymerized solid catalyst (zirconium catalyst)]

To 3.05 g of the same silica as used in Example 13 was added 20 ml of decane to form a suspension. To the suspension was added 7.61 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 30 minutes.

Then, to the suspension was added 11.9 ml of a toluene solution of the same organoaluminum oxy-compound as in Example 13 (Al: 2.13 mole/liter), and the contents were stirred at room temperature for 30 minutes.

Thereafter, to the suspension was added 10.9 ml of a toluene solution of bis(methylcyclopentadienyl)zirconium dichloride (Zr: 0.0465 mole/liter), and the mixture was stirred for 30 minutes. Then, 100 ml of decane was further added, and prepolymerization was carried out at 30° C. for 3.5 hours by continuously introducing ethylene at a normal pressure. A subsequent operation similar to that in Example 13 was repeated, whereby there was obtained a solid catalyst containing 12.0 mg atom of zirconium, 0.71 g atom of aluminum and 790 g of polyethylene based on 100 g of silica. ps [Polymerization]

The polymerization procedure in Example 15 was repeated except that the prepolymerized solid catalyst obtained above was used in an amount of 0.015 mg atom in terms of zirconium to obtain 70 g of a polymer having a specific bulk gravity of 0.42 g/cm³ and a MFR of 0.69 g/10 min.

**Comparative Example 9**

[Preparation of a prepolymerized solid catalyst (zirconium catalyst)]

To 1.16 g of the same silica as used in Example 13 was added 20 ml of decane to form a suspension. To the suspension was added 4.05 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 30 minutes.

Then, to the suspension was added 3.17 ml of a toluene solution of the same organoaluminum oxy-compound as in Example 13 (Al: 2.13 mole/liter), and the contents were stirred at room temperature for 30 minutes.

Thereafter, to the suspension was added 80.5 ml of a toluene solution of ethylenebis(indenyl)zirconium di-

**40**

chloride (Zr: 0.0024 mole/liter), and the mixture was stirred for 30 minutes. Then, 50 ml of decane and 90 ml of toluene were further added, and prepolymerization was carried out at 30° C. for 3 hours by continuously introducing ethylene at a normal pressure. A subsequent operation similar to that in Example 13 was repeated, whereby there was obtained a prepolymerized solid catalyst containing 8.9 mg atom of zirconium, 0.56 g atom of aluminum and 1000 g of polyethylene based on 100 g of silica.
[Polymerization]

The polymerization procedure in Example 15 was repeated to obtain 123 g of a polymer having a specific bulk gravity of 0.36 g/cm³, a MFR of 0.44 g/10 min and a polymer average particle size of 370 μm.

**EXAMPLE 16**

[Polymerization]

The polymerization procedure in Example 13 was repeated except that there were used a gas mixture of ethylene and 1butene (1-butene content: 3.9 mol %) in place of ethylene, 30 Nml of hydrogen, 0.75 mmole of triisobutylaluminum and the solid catalyst component prepared in Example 3 in an amount of 0.0075 mg atom in terms of zirconium, and that the polymerization temperature and total pressure were set at 80° C. and 2.5 kg/cm²-G, respectively, whereby there was obtained 172 g of a polymer having a bulk specific gravity 0.38 g/cm³, a MFR of 0.82 g/10 min, a melt tension (MT) of 9 g and a density of 0.91% g/cm³.

**EXAMPLE 17**

[Preparation of a prepolymerized solid catalyst (zirconium catalyst)]

To 1.49 g of the same silica as in Example 13 was added 25 ml of decane to form a suspension. To the suspension was added 3.72 ml of a decane solution of triisobutylaluminum (Al: 1 mole/liter), and the mixture was stirred at room temperature for 45 minutes.

Then, to the suspension was added 8.09 ml of the same organoaluminum oxy-compound as in Example 13 (Al: 2.30 mole/liter), and the contents were further stirred at room temperature for 45 minutes.

Thereafter, to the suspension was added 2.13 ml of a toluene solution of bis(methylcyclopentadienyl)zirconium dichloride (Zr: 0.0465 mole/liter), and the contents were stirred for 10 minutes. To the mixture was further added 75 ml of decane, and prepolymerization was carried out at 30° C. for 1.5 hours by continuously introducing ethylene at a normal pressure. Thereafter, to the reaction mixture was added 51.9 ml of a toluene solution of ethylenebis(indenyl)zirconium dichloride (Zr: 0.00287 mole/liter), and the prepolymerization was continued at 30° C. for 4 hours, whereby there was obtained a prepolymerized solid catalyst containing 11.5 mg atom of zirconium, 0.71 g atom of aluminum and 1700 g of polyethylene based on 100 g of silica.
[Polymerization]

The polymerization procedure in Example 13 was repeated except that there were used a gas mixture of ethylene and 1-butene (1-butene content: 4.4 mol %) in place of ethylene, 30 Nml of hydrogen, 0.5 mmole of triisobutylaluminum and the prepolymerized solid catalyst component prepared above in an amount of 0.005 mg atom in terms of zirconium, whereby there was obtained 137 g of a polymer having a bulk specific gravity of 0.39 g/cm³, a MFR of 0.53 g/10 min, a melt tension (MT) of 12 g and a density of 0.917 g/cm³.

5,374,700

41

What is claimed is:

1. An ethylene copolymer comprising constituent units (a) derived from ethylene and constituent units (b) derived from an α-olefin having 3 to 20 carbon atoms, which is characterized in that:

(A) the ethylene copolymer has a density (d) of 0.87 to 0.94 g/cm³;

(B) the ethylene copolymer has a MFR of 0.001 to 50 g/10 min as measured at a temperature of 190° C. and a load of 2.16 kg;

(C) the melt tension (MT) and MFR of the ethylene copolymer satisfy the relation

$$\log MT > -0.66 \log MFR + 0.6; \text{ and}$$

42

(D) the temperature (T) at which the endothermic curve of the ethylene copolymer measured by a differential scanning calorimeter (DSC) shows the highest peak and the density (d) satisfy the relation

$$T < 400(d) - 250.$$

2. The ethylene copolymer as claimed in claim 1, wherein the ethylene copolymer comprises the constituent units derived from ethylene in an amount of 70 to 96% by weight, and the constituent units derived from an α-olefin in an amount of 4 to 30% by weight.

* * * * *

EXHIBIT PAGE 000298

Consommation
et Corporations Canada

Consumer and
Corporate Affairs Canada

Bureau des brevets

Patent Office

Ottawa, Canada
K1A 0C9

(11)          2,008,315

(22)          1990/01/23

(43)          1990/07/24

(52)          402-565
        C.R. CL. 252-109

(51) INTL.CL.⁵  C08F-4/16; C08F-210/00

(19) (CA)  APPLICATION FOR CANADIAN PATENT (12)

(54) Olefin Copolymers and Processes for Preparing Same

(72) Tsutsui, Toshiyuki – Japan ;
     Yoshitsugu, Ken – Japan ;
     Toyota, Akinori – Japan ;

(73) Mitsui Petrochemical Industries, Ltd.  – Japan ;

(30) (JP) 14596/1989 1989/01/24
     (JP) 189044/1989 1989/07/21

(57) 9 Claims

Notice: The specification contained herein as filed

Canada

CCA 329

2008315

## ABSTRACT

In accordance with the present invention, there are provided ethylene copolymers composed of structural units (a) derived from ethylene and structural units (b) derived from $\alpha$-olefin of 3 ~ 20 carbon atoms, said ethylene copolymers having

[A]  a density of 0.85 ~ 0.92 $g/cm^3$,

[B]  an intrinsic viscosity [$\eta$] as measured in decalin at 135°C of 0.1 ~ 10 dl/g,

[C]  a ratio ($\overline{M}w/\overline{M}n$) of a weight average molecular weight ($\overline{M}w$) to a number average molecular weight ($\overline{M}n$) as measured by GPC of 1.2 ~ 4, and

[D]  a ratio ($MFR_{10}/MFR_2$) of $MFR_{10}$ under a load of 10 kg to $MFR_2$ under a load of 2.16 kg at 190°C of 8 ~ 50, and being narrow in molecular weight distribution and excellent in flowability.

EXHIBIT PAGE 000300

1

2008315

## TITLE

OLEFIN COPOLYMERS AND PROCESSES FOR PREPARING SAME

### FIELD OF THE INVENTION

5      This invention relates to novel ethylene copolymers and
process for preparing the same and more particularly to novel
ethylene copolymers excellent in flowability in spite of the
fact that they are narrow in molecular weight distribution
($\overline{Mw}/\overline{Mn}$) in comparison with conventionally known ethylene
10   copolymers, and to process for preparing the same.

In a further aspect, the invention relates to novel
propylene random copolymers and process for preparing the
same and more particularly to novel propylene random
copolymers having low melting points in comparison with
15   conventionally known propylene random copolymers and, in
particular, excellent in heat-sealing properties and anti-
block properties, and to process for preparing the same.

In another aspect, the invention relates to olefin
polymerization catalysts capable of polymerizing olefins with
20   excellent polymerization activity even when the amount of
aluminoxane used is reduced and capable of giving olefin
polymers having high molecular weights.

### BACKGROUND OF THE INVENTION

EXHIBIT PAGE 000301

2                              2008315

When molded into articles such as film, copolymers of
ethylene and α-olefins of 3 to 20 carbon atoms are found to
have excellent mechanical strength such as tensile strength,
tear strength or impact strength and also excellent heat
5    resistance, stress crack resistance, optical characteristics
and heat-sealing properties in comparison with conventional
high-pressure low density polyethylenes, and are known as
materials particularly useful for the preparation of
inflation film or the like.

10       Generally speaking, the ethylene copolymers mentioned
above have such excellent characteristics that when said
copolymers come to be narrower in molecular weight
distribution represented by the ratio ($\overline{M}w/\overline{M}n$) of weight
average molecular weight ($\overline{M}w$) to number average molecular
15   weight ($\overline{M}n$), the molded articles obtained therefrom, such as
film, are found to be less tacky. However, when these
ethylene copolymers having a narrow molecular weight
distribution are melted, there was such drawbacks that their
flowability represented by the ratio ($MFR_{10}/MFR_2$) of $MFR_{10}$
20   under a load of 10 kg to $MFR_2$ under a load of 2.16 kg as
measured at 190°C is small, with the result that they become
poor in moldability.

       Therefore, if ethylene copolymers which are small in
value of $\overline{M}w/\overline{M}n$ and narrow in molecular weight distribution
25   and, moreover, large in value of $MFR_{10}/MFR_2$ and excellent in

EXHIBIT PAGE 000302

3                    2008315

flowability come to be obtained, such ethylene copolymers are
certainly of great commercial value.

On the other hand, polypropylene has wide applications
in the field of plastics because of its excellent physical
5    properties. For example, polypropylene is widely used as
packaging film material. In the applications of the type,
however, because of its relatively high melting point,
polypropylene is generally copolymerized with ethylene or α-
olefins of 4 to 20 carbon atoms in order to improve heat-
10   sealing properties at low temperature, and is used in the
form of propylene/α-olefin copolymer.

Packaging films formed from these known propylene/α-
olefin copolymers are still not sufficient in heat-sealing
properties, though they are excellent in transparency and
15   scratch resistance in comparison with those formed from low
density polyethylene, and accordingly it is hoped that
propylene/α-olefin copolymers excellent in heat-sealing
properties even at lower temperatures will come to be
obtained.

20       It is well known that the above-mentioned propylene/α-
olefin random copolymers may be improved in heat-sealing
properties by increasing the proportion of ethylene or α-
olefin of 4 to 20 carbon atoms to propylene in the copolymer.
However, if the proportion of ethylene or α-olefin of 4 to 20
25   carbon atoms is increased in the copolymerization, the

EXHIBIT PAGE 000303

4                    2008315

resulting propylene/α-olefin copolymer increases in amount of
the solvent-soluble component, whereby the resultant
copolymer come to be poor in anti-blocking properties and
also in stiffness.

5       Such propylene/α-olefin random copolymers excellent in
heat-sealing properties, anti-block properties and stiffness
as mentioned above are available only when they have a low
melting point in spite of the fact that the proportion of α-
olefin in the copolymer is small.

10      Incidentally, olefin polymerization catalysts composed
generally of titanium compounds or vanadium compounds and
organoaluminum compounds have heretofore been used for
preparing ethylene copolymers.  In recent years, however,
catalysts composed of zirconium compounds and aluminoxane

15  have been proposed of late as new Ziegler polymerization
catalysts.  Japanese Patent L-O-P Publn. No. 19309/1983
discloses a process for polymerizing ethylene and one or two
or more $C_3$-$C_{12}$ α-olefins at a temperature of from -50°C to
200°C in the presence of a catalyst composed of a transition

20  metal containing compound represented by the following
formula

(Cyclopentadienyl)$_2$MeHal

EXHIBIT PAGE 000304

5                    2008315

wherein R is cyclopentadienyl, $C_1-C_6$ alkyl or halogen, Me is a
transition metal, and Hal is halogen, and a linear
aluminoxane represented by the following formula

5            $Al_2OR_4(Al (R) - O)_n$

wherein R is methyl or ethyl, and n is a number of 4-20, or a
cyclic aluminoxane represented by the following formula

10          $\left[ -(Al (R) - O)_{\overline{n+2}} - \right]$

wherein R and n are as defined above.  The publication cited
above describes that ethylene should be polymerized in the
presence of small amounts, up to 10% by weight, of somewhat

15   long chain α-olefins or mixtures thereof in order to control
a density of the resulting polyethylene.

        Japanese Patent L-O-P Publn. No. 95292/1984 discloses an
invention relating to a process for preparing a linear
aluminoxane represented by the following formula

20

$$R - Al - O \left( \begin{array}{c} R \\ Al - O \end{array} \right)_{\overline{n}} Al - R$$

EXHIBIT PAGE 000305

6                    2008315

wherein n is 2-40, and R is $C_1$-$C_6$ alkyl, and cyclic

aluminoxane represented by the following formula,

$$\left[ - ( Al (R) - O ) \frac{}{n+2} - \right]$$

5

wherein n and R are as defined above.  The publication cited

above describes that olefins are polymerized in the presence

of the aluminoxane prepared by the process of said

publication, for example, methyl aluminoxane in admixture

10   with a bis(cyclopentadienyl) compound of titanium or

zirconium, whereupon at least twenty-five million g of

polyethylene per 1 g of the transition metal per hour is

obtained.

Japanese Patent L-O-P Publn. No. 35005/1985 discloses a

15   process for preparing olefin polymerization catalysts,

wherein an aluminoxane compound represented by the following

formula

20            $R^1 - Al - O -( Al - O )_n - Al - R^1$

wherein $R^1$ is $C_1$-$C_{10}$ alkyl, and $R^0$ is $R^1$ or represents -O- by

linkage therewith, is first allowed to react with a magnesium

25   compound, the resulting reaction product is then chlorinated,

7                    2008315

followed by treating with a Ti, V, Zr or Cr compound.  This
publication cited above describes that the catalysts prepared
by the process of said publication are particularly useful
for the copolymerization of mixtures of ethylene and $C_3$-$C_{12}$ α-

5   olefins.

        Japanese Patent L-O-P Publn. No. 35006/1985 discloses a
combination of (a) mono-, di- or tri-cyclopentadienyl of two
or more different transition metals or derivatives thereof
and (b) aluminoxane as a catalyst system for preparing

10   reactor blend polymers.  Example 1 of the above-cited
publication discloses that polyethylene having a number
average molecular weight of 15,300, a weight average
molecular weight of 36,400 and containing 3.4% of the
propylene component has been obtained by polymerization of

15   ethylene with propylene in the presence of a combination of
bis(pentamethylcyclopentadienyl)zirconium dimethyl and
aluminoxane as the catalyst.  Example 2 of the said
publication discloses polymerization of ethylene with
propylene in the presence of a combination of

20   bis(pentamethylcyclopentadienyl)zirconium dichloride,
bis(methylcyclopentadienyl)zirconium dichloride and
aluminoxane as the catalyst, whereby a blend of polyethylene
and ethylene/propylene copolymer is obtained, said
polyethylene having a number average molecular weight of

25   2,000, a weight average molecular weight of 8,300 and the

8                                    2005315

propylene content of 7.1 mol%, and comprising a toluene-
soluble portion having a number average molecular weight of
2,200, a weight average molecular weight of 11,900 and the
propylene content of 30 mol% and a toluene-insoluble portion

5   having a number average molecular weight of 3,000, a weight
average molecular weight of 7,400 and the propylene content
of 4.8 mol%. Similarly, Example 3 of the said publication
discloses a blend of LLDP and an ethylene/propylene
copolymer, said LLDPE comprising a soluble portion having a

10  molecular weight distribution ($\overline{M}w/\overline{M}n$) of 4.57 and the
propylene content of 20.6% and an insoluble portion having
the molecular weight distribution of 3.04 and the propylene
content of 2.5 mol%.

Japanese Patent L-O-P Publn. No. 35007/1985 discloses a

15  process for polymerizing ethylene alone or together with α-
olefins of at least 3 carbon atoms in the presence of a
catalyst system containing metallocene and a cyclic
aluminoxane represented by the following formula

20  $$\left[ -( \text{Al} ) - \text{O} \overline{\phantom{x}} \right]_{\overline{n}}$$
$$\text{R}$$

wherein R is alkyl of 1-5 carbon atoms, and n is an integer
of 1 to about 20, or a linear aluminoxane represented by the
25  following formula

9                    2008315

$$R_2Al-O-\!\!\!\left(\!Al-O\!-\right)_{\!\!\!\!\overline{n}}\!\!-AlR_2$$
$$\underset{R}{|}$$

wherein R and n are as defined above.  According to the said
publication, the polymers obtained by the above-mentioned
5   process are alleged to have a weight average molecular weight
of from about 500 to about 1,400,000 and a molecular weight
distribution of 1.5-4.0.

Japanese Patent L-O-P Publn. No. 35008/1985 discloses
polyethylene or copolymers of ethylene and $C_3$-$C_{10}$ α-olefins,
10  both having a broad molecular weight distribution, obtained
by using a catalyst system containing at least two kinds of
metallocenes and aluminoxane.  The said copolymers disclosed
in the above-mentioned publication are alleged to have a
molecular weight distribution ($\overline{M}_w/\overline{M}_n$) of 2-50.

15  Japanese Patent L-O-P Publn. No. 130314/1986 discloses
polypropylene high in isotacticity obtained by polymerization
of propylene in the presence of a catalyst system comprising
a sterically fixed zirconium-chelate compound and
aluminoxane.

20  J. Am. Chem. Soc., 109, 6544 (1987) discloses formation
of a high molecular weight isotactic polypropylene obtained
by polymerization of propylene in the presence of a catalyst
system comprising ethylenebis(indenyl)hafnium dichloride or
its hydride and aluminoxane, said isotactic polypropylene

EXHIBIT PAGE 000309

10                    2008315

having a narrow molecular weight distribution ($\overline{M}w/\overline{M}n$) of
2.1-2.4.

Japanese Patent L-O-P Publn. No. 142005/1987 discloses a
stereoblock polypropylene having $\overline{M}w/\overline{M}n$ of 5.0-14.9 obtained
5  by polymerization of propylene in the presence of a catalyst
system comprising tetramethylethylenebis(cyclopentadienyl)
titanium chloride and aluminoxane. The polypropylene thus
obtained is short in isotactic chain length and is a rubbery
polymer.

10       The present inventors have come to accomplish the
present invention on the basis of their finding that ethylene
copolymers which are small in $\overline{M}w/\overline{M}n$ and narrow in molecular
weight distribution and, moreover, large in $MFR_{10}/MFR_2$ and
excellent in flowability are obtained by copolymerization of
15  ethylene with α-olefins of 3-20 carbon atoms in the presence
of olefin polymerization catalysts composed of specific
hafnium compounds and organoaluminum oxy-compounds.

Furthermore, the present inventors have found that when
propylene and α-olefins of 4-20 carbon atoms are
20  copolymerized in the presence of olefin polymerization
catalysts composed of specific hafnium compounds and
aluminoxane, there are obtained propylene/α-olefin copolymers
which are narrow in molecular weight distribution and small
in amount of the α-olefin copolymerized therewith, but are
25  low in melting point in comparison with conventionally known

EXHIBIT PAGE 000310

i.i                     2008315

propylene/α-olefin copolymers, on which the present invention
has been based.

Accordingly, the present invention is to solve such
problems associated with the prior art as mentioned above,
5     and an object of the invention is to provide ethylene
copolymers which are small in $\overline{M}w/\overline{M}n$ and narrow in molecular
weight distribution and, moreover, which are large in
$MFR_{10}/MFR_2$ and excellent in flowability, and processes for
preparing the same.

10     A further object of the invention is to provide
propylene/α-olefin copolymers which are narrow in molecular
weight distribution and small in amount of the α-olefin
copolymerized therewith but have a low melting point and,
moreover, which are excellent in heat-sealing properties and
15     also excellent in anti-block properties and stiffness, and
processes for preparing the same.

Another object of the invention is to provide olefin
polymerization catalysts, which produce polymers which are
narrow in molecular weight distribution in homopolymerization
20     or narrow in molecular weight and composition distribution in
copolymerization with high polymerization activities even by
the use of small amounts of aluminoxane, furthermore, produce
easily polymers which are high in molecular weight.

25             DISCLOSURE OF THE INVENTION

12                    2008315

The ethylene copolymers of the present invention are
those having (a) structural units derived from ethylene and
(b) structural units derived from α-olefin of 3-20 carbon
atoms, which are characterized in that they have

5    (i)   a density of 0.85-0.92 g/cm³.

(ii)  an intrinsic viscosity [η] of 0.1-10 dl/g as measured
       in decalin at 135°C.

(iii) a ($\overline{M}w/\overline{M}n$) ratio of a weight average molecular weight
       ($\overline{M}w$) to a number average molecular weight ($\overline{M}n$) of
10       1.2-4 as measured by GPC, and

(iv)  a (MFR₁₀/MFR₂) ratio of MFR₁₀ under a load of 10 kg to
       MFR₂ under a load of 2.16 kg or 8-50 as measured at
       190°C.

The processes for preparing ethylene copolymers of the
15    present invention are characterized in that ethylene and α-
olefins of 3-20 carbon atoms are copolymerized so that a
density of the resulting copolymers becomes 0.85-0.92 g/cm³.
in the presence of catalysts formed from

[A] hafnium compounds having multidentate coordination
20       compounds as ligands, in which at least two groups
       selected from among conjugated cycloalkadienyl groups
       or substituted groups thereof are linked together via
       lower alkylene groups, or hafnium compounds obtained by
       treating the above-mentioned hafnium compounds with
25       alkylsilylated silica gel, and

13                              2008315

[B] organoaluminum oxy-compounds.

The first propylene/α-olefin random copolymers of the present invention are those having (a) structural units derived from propylene and (b) structural units derived from α-olefins of 4-20 carbon atoms, which are characterized in that they have

(i) 90-99 mol% of said structural units (a) and 1-10 mol% of said structural units (b),

(ii) an intrinsic viscosity [η] of 0.5-6 dl/g as measured in decalin at 135°C,

(iii) a melting point [Tm], as measured by a differential scanning calorimeter, falling within the range of the formula 90<Tm<155-3.5 (100-P) wherein P is the propylene component (mol%) contained in the copolymer,

(iv) a ($\overline{M}w/\overline{M}n$) ratio of less than 3.5 between a weight average molecular weight ($\overline{M}w$) and a number average molecular weight ($\overline{M}n$) as measured by GPC, and

(v) a boiling trichloroethylene-insoluble matter in an amount of less than 5% by weight.

The processes for preparing the first propylene/α-olefin copolymers of the present invention are characterized in that propylene and α-olefins of 4-20 carbon atoms are copolymerized at a temperature of 40-100°C so that the resulting copolymers have 90-99 mol% of structural units (a) derived from propylene and 1-10 mol% of structural units (b)

14                    2008315

derived from the α-olefin, in the presence of catalysts
formed from

[A] hafnium compounds having multidentate coordination
compounds as ligands, in which at least two groups
5         selected from among conjugated cycloalkadienyl groups
or substituted groups thereof are linked together via
lower alkylene groups, and

[B] organoaluminum oxy-compounds.

The second propylene/α-olefin random copolymers of the
10   present invention are those having (a) structural units
derived from propylene, (b) structural units derived from
ethylene and (c) structural units derived from α-olefins of
4-20 carbon atoms, which are characterized in that they have

(i)  90-99 mol% of said structural units (a), 0.5-9.5 mol% of
15        said structural units (b) and 0.5-9.5 mol% of said
structural units (c),

(ii) an intrinsic viscosity [η] of 0.5-6 dl/g as measured in
decalin at 135°C,

(iii) a melting point [Tm], as measured by a differential
20       scanning calorimeter, falling within the range of the
formula 70<Tm<155-5.5 (100-P) wherein P is the propylene
component (mol%) contained in the copolymer, and

(iv) a boiling trichloroethylene-insoluble matter in an
amount of less than 5% by weight.

EXHIBIT PAGE 000314

15                                 2008315

The processes for preparing the second propylene/α-
olefin copolymers of the present invention are characterized
in that propylene, ethylene and α-olefins of 4-20 carbon
atoms are copolymerized so that the resulting copolymers have

5      90-99 mol% of structural units (a) derived from propylene,
0.5-9.5 mol% of structural units (b) and 0.5-9.5 mol% of
structural units (c), in the presence of catalysts formed
from

[A] hafnium compounds having multidentate coordination

10     compounds as ligands in which at least two groups
selected from among conjugated cycloalkadienyl groups
or substituted groups thereof are linked together via
lower alkylene groups, and

[B] organoaluminum oxy-compounds.

15     In accordance with the present invention, there are
provided olefin polymerization catalysts formed from

[A] hafnium compounds having multidentate coordination
compounds as ligands in which at least two groups
selected from conjugated cycloalkadienyl groups or

20     substituted groups thereof are linked together via lower
alkylene groups,

[B] organoaluminum oxy-compounds, and

[C] organoaluminum compounds.

EXHIBIT PAGE 000315

16                    2008315

In accordance with the present invention, furthermore, there are provided olefin polymerization catalysts formed from

[A] hafnium compounds having multidentate coordination
5       compounds as ligands in which at least two groups
        selected from among conjugated cycloalkadienyl groups
        or substituted groups thereof are linked together via
        lower alkylene groups,

[B-1] organoaluminum oxy-compounds formed from tri-n-alkyl
10      aluminum, and

[B-2] organoaluminum oxy-compounds in which at least one
        hydrocarbon group other than n-alkyl group is bonded to
        Al atom.

15              BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is an illustration of process for the preparation of the olefin copolymers of the present invention.

Fig. 2 is a graph showing the relationship between the propylene content and melting point of the propylene random
20  copolymer of the present invention.

Figs. 3-5 are stepwise illustrative of the method of evaluation of heat-sealing properties of the propylene random copolymer of the present invention.

25              BEST MODE OF PRACTICING THE INVENTION

EXHIBIT PAGE 000316

17                      2008315

The ethylene copolymers of the present invention and
processes for preparing the same are illustrated below in
detail.

The process for the preparation of the ethylene
5  copolymers of the present invention is illustratively shown
in Fig. 1

The ethylene copolymers of the invention are random
copolymers of ethylene and α-olefins of 3-20 carbon atoms.
The ethylene copolymers have a density of 0.85-0.92 g/cm³,
10  preferably 0.85-0.91 g/cm³ and especially 0.85-0.90 g/cm³.

In this connection, the density of these ethylene
copolymers was measured by gradient tube density
determination using the strand of ethylene copolymer used at
the time of determining $MFR_2$ under a load of 2.16 kg at 190°C.

15  In these ethylene copolymers, are present desirably
structural units (a) derived from ethylene in an amount of
60-96 mol%, preferably 65-95 mol% and especially 70-94 mol%,
and structural units (b) derived from α-olefin of 3-20 carbon
atoms in an amount of 4-40 mol%, preferably 5-35 mol% and
20  especially 6-30 mol%.

The composition of the copolymer is determined by
measuring a spectrum of $^{13}C$-NMR of a specimen obtained by
dissolving about 200 mg of the copolymer in 1 ml of
hexachlorobutadiene in a test tube of 10 mmø under the
25  conditions of a measurement temperature of 120°C, measurement

EXHIBIT PAGE 000317

18                    2008315

frequency of 25.05 MHz, spectrum width of 1500 Hz, pulse
repetition time of 4.2 sec. and pulse width of 6 sec.

Alpha olefins of 3-20 carbon atoms used in the present
invention include propylene, 1-butene, 1-pentene, 1-hexene,
5    4-methyl-1-pentene, 1-octene, 1-decene, 1-dodecene, 1-
tetradecene, 1-hexadecene, 1-octadecene, 1-eicosene, etc.

The ethylene copolymers of the present invention
desirably have an intrinsic viscosity [η] of 0.1-10 dl/g,
preferably 0.5-6 dl/g as measured in decalin at 135°C.

10    The molecular weight distribution ($\overline{Mw}/\overline{Mn}$) as obtained
by gel permeation chromatography (GPC) of the ethylene
copolymers of the invention is 1.2-4, preferably 1.4-3.5 and
especially 1.5-3.0. As is evidenced by the foregoing, the
ethylene copolymers of the invention are narrow in molecular
15    weight distribution and excellent in anti-block properties.

In this connection, a value of ($\overline{Mw}/\overline{Mn}$) obtained in the
invention was determined by the following procedure in
accordance with Takeuchi, "Gel Permeation Chromatography,"
Maruzen, Tokyo.

20    (1)  Using a standard polystyrene having the known molecular
weight (a monodispersed polystyrene produced and sold by Toyo
Soda K.K.), molecular weight M and GPC (Gel Permeation
Chromatography) count of the sample are measured to prepare a
correlation diagram calibration curve of the molecular weight

19                    2008315

M and EV (Elution Volume). The concentration of the sample
used is maintained at 0.02% by weight.

(2) GPC chromatograph of the sample is taken by GPC
measurement, and a number average molecular weight $\overline{M}n$ and a
weight average molecular weight $\overline{M}w$, in terms of polystyrene,
are calculated from the calibration curve mentioned in the
above procedure (1) to obtain a value of $\overline{M}w/\overline{M}n$. In that
case, the conditions under which the sample is prepared, and
the conditions under which GPC measurement is conducted are
10  as follows:

[Preparation of sample]

(a) The sample is put in an Erlenmeyer flask together with
o-dichlorobenzene so that the same amounts to 0.1% by weight.

(b) The Erlenmeyer flask is heated at 140°C and stirred for
15  about 30 minutes to dissolve the sample in o-dichlorobenzene.

(c) The solution is subjected to GPC.

[GPC measurement conditions]

The measurement was conducted under the following
conditions.

20    (a) Apparatus      150C-ALC/GPC manufactured by Waters Co.

(b) Column        GMH Type manufactured by Toyo Soda K.K.

(c) Amount of sample  400 μl

(d) Temperature      140°C

(e) Flow rate        1 ml/min

20                    2008315

In the ethylene copolymers of the invention, a $(MFR_{10}/MFR_2)$ ratio of $MFR_{10}$ at 190°C under a load of 10 kg to $MFR_2$ at 190°C under a load of 2.16 kg is 8-50, preferably 8.5-45 and especially 9-40.

5      Such ethylene copolymers having the $MFR_{10}/MFR_2$ ratio falling within the range of 8-50 as mentioned above are quite favorable in flowability at the time when they are melted.

In contrast thereto, the aforementioned known ethylene copolymers having the $\overline{M}w/\overline{M}n$ ratio of 1.2-4 will come to have

10     the $MFR_{10}/MFR_2$ ratio in the range of 4-7, and hence they are poor in flowability at the time when they are melted.

As mentioned above, the ethylene copolymers of the present invention have such excellent characteristics that they have a small molecular weight distribution $(\overline{M}w/\overline{M}n)$, and

15     molded articles resulting therefrom are less sticky and, at the same time, they are large in $MFR_{10}/MFR_2$ and excellent in flowability at the time when they are melted.

The ethylene copolymers of the invention as illustrated above may be prepared by copolymerization of ethylene with α-

20     olefins of 3-20 carbon atoms so that the resulting copolymers have a density of 0.85-0.92 $g/cm^3$ in the presence of catalysts formed from

      [A]  hafnium compounds having multidentate coordination
            compounds as ligands in which at least two groups

25           selected from among conjugated cycloalkadienyl groups

EXHIBIT PAGE 000320

21                    2008315

or substituted groups thereof are linked together via
lower alkylene, or hafnium catalyst components obtained
by treating the above-mentioned hafnium compounds with
alkylsilylated silica gel, and

5    [D]  organoaluminum oxy-compounds.

The catalyst components [A] used in the invention are
hafnium compounds having multidentate coordination compounds
as ligands in which at least two groups selected from among
conjugated cycloalkadienyl groups or substituted groups
10   thereof, e.g. indenyl group, substituted indenyl group and
partially hydrated compounds thereof, are linked together via
lower alkylene groups, or compounds obtained by treating the
above-mentioned hafnium compounds with alkylsilylated silica
gel.

15       The above-mentioned hafnium compounds include, for
example, the following compounds.

Ethylenebis(indenyl)dimethyl hafnium,
Ethylenebis(indenyl)diethyl hafnium,
Ethylenebis(indenyl)diphenyl hafnium,
20       Ethylenebis(indenyl)methyl hafnium monochloride,
Ethylenebis(indenyl)ethyl hafnium monochloride,
Ethylenebis(indenyl)methyl hafnium monobromide,
Ethylenebis(indenyl)hafnium dichloride,
Ethylenebis(indenyl)hafnium dibromide,

EXHIBIT PAGE 000321

22

2008315

Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)dimethyl

hafnium,

Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)methyl hafnium

monochloride,

5      Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)hafnium

dichloride,

Ethylenebis(4,5,6,7-tetrahydro-1-indenyl)hafnium

dibromide,

Ethylenebis(4-methyl-1-indenyl)hafnium dichloride,

10      Ethylenebis(5-methyl-1-indenyl)hafnium dichloride,

Ethylenebis(6-methyl-1-indenyl)hafnium dichloride,

Ethylenebis(7-methyl-1-indenyl)hafnium dichloride,

Ethylenebis(5-methoxy-1-indenyl)hafnium dichloride,

Ethylenebis(2,3-dimethyl-1-indenyl)hafnium dichloride,

15      Ethylenebis(4,7-dimethyl-1-indenyl)hafnium dichloride,

Ethylenebis(4,7-dimethoxy-1-indenyl)hafnium dichloride.

The above-mentioned hafnium compounds may contain small

amounts of zirconium or titanium. In such a case, the

content of zirconium or titanium is less than 1% by weight,

20   preferably less than 0.7% by weight and especially less than

0.5% by weight.

The hafnium catalyst components used in the present

invention may include compounds obtained by treating the

above-mentioned hafnium compounds with alkylsilylated silica

25   gel. More particularly, the said hafnium catalyst components

23

2008315

may be hafnium compound solutions which are obtained, for
example, by passing a solution of the above-mentioned hafnium
compound in an organic solvent such as toluene through a
column packed with alkylsilylated silica gel, wherein said
5    hafnium compound is brought into contact with the
alkylsilylated silica gel.

The organic solvents used in that case are preferably
aromatic hydrocarbons such as toluene, benzene and xylene.
The alkylsilylated silica gel used may includes those
10   obtained by treating silica gel with dimethyl dichlorosilane,
ethylmethyl dichlorosilane, trimethyl chlorosilane, trimethyl
bromosilane, divinyl dichlorosilane, diethyl dichlorosilane
or methylpropyl dichlorosilane.  The hafnium concentration in
the hafnium compound solution is usually from $1 \times 10^{-5}$ to $5 \times$
15   $10^{-3}$ mol/l, and the amount of the alkylsilylated silica gel
used is usually 20-500 g per 1 mmol of the hafnium compound.
A temperature at which the hafnium compound solution is
brought into contact with the alkylsilylated silica gel is
usually 0-50°C.
20       When the hafnium catalyst components obtained by
treating the above-mentioned hafnium compounds with the
alkylsilylated silica gel are used as the catalyst components
[A], ethylene copolymers excellent in transparency are
obtained.

EXHIBIT PAGE 000323

24

2008315

The catalyst components (B) used in the process of the present invention are organoaluminum oxy-compounds. The organoaluminum oxy-compounds used as the catalyst components may be shown as benzene-soluble aluminoxanes represented by

5    the following general formulas (I) and (II).



$$R_2Al \rightarrow (OAl)_{\frac{1}{m}} OAlR_2 \qquad (I)$$
$$\begin{vmatrix} \\ R \end{vmatrix}$$

10
$$\left[ (OAl)_{\frac{1}{m+2}} \right] \qquad (II)$$
$$\begin{vmatrix} \\ R \end{vmatrix}$$

wherein R may be the same or different and is a hydrocarbon group such as methyl, ethyl, propyl or butyl, preferably

15    methyl or ethyl and especially methyl, and m is an integer of at least 2, preferably at least 5. The above-mentioned aluminoxanes may be prepared, for example, by the procedures as exemplified below.

(1) A procedure which comprises reacting a suspension

20    in a hydrocarbon medium of a compound containing water of absorption or a salt containing water of crystallization, for example, magnesium chloride hydrate, copper sulfate hydrate, aluminumsulfate hydrate, nickel sulfate hydrate or ferous chloride hydrate, with trialkylaluminum.

EXHIBIT PAGE 000324

25

2008315

(2)  A procedure which comprises reacting
trialkylaluminum directly with water, water vapor or ice in a
medium such as benzene, toluene, ethyl ether and
tetrahydrofuran.

5      The aluminoxanes as illustrated above may contain small
amounts of organometallic components.

Further, the organoaluminum oxy-compounds used in the
present invention may be those which are insoluble in
benzene.  The benzene-insoluble organoaluminum oxy-compounds

10   are illustrated hereinafter.

The benzene-insoluble organoaluminum oxy-compounds used
in the invention may be prepared by (i) reaction of
organoaluminum compounds with water or (ii) reaction of
solutions of aluminoxane, for example, hydrocarbon solutions

15   thereof, with water or active hydrogen-containing compounds.

The benzene-insoluble organoaluminum oxy-compounds are
considered to have alkyloxyaluminum units represented by the

formula $\left(\begin{array}{c} R^1 \\ | \\ -Al-O- \end{array}\right)$ wherein $R^1$ is hydrocarbon of 1 - 12 carbon

20

atoms and Al component soluble in benzene at 60°C is in an
amount, in terms of Al atom, of less than 10%, preferably
less than 5% and especially less than 2%, thus they are
insoluble or sparingly soluble in benzene.

25      Solubility in benzene of the organoaluminum oxy-
compounds of the present invention is determined by

EXHIBIT PAGE 000325

26

2008315

suspending the organoaluminum oxy-compound equivalent to Al
of 100 mg atom in 100 ml of benzene, stirring the suspension
at 60°C for 6 hours, filtering the thus treated suspension at
a temperature elevated to 60°C using G-5 glass filter

5  equipped with a jacket, washing 4 times the solids portion
separated on the filter with 50 ml of benzene kept at 60°C
and then measuring the amount of Al atoms (x mmol) present in
the total filtrate.

    In the alkyloxyaluminum units mentioned above, $R^1$ is

10  methyl, ethyl, n-propyl, isopropyl, n-butyl, isobutyl,
pentyl, hexyl, octyl, decyl, cyclohexyl, cyclooctyl, etc.
Among these, preferred are methyl and ethyl, particularly
methyl.

    In addition to the alkyloxyaluminum units of the formula

15  $\left(\begin{array}{c} -OAl- \\ | \\ R^1 \end{array}\right)$ , the benzene-insoluble organoaluminum oxy-compounds

of the invention may contain oxyaluminum units represented by

the formula $\left(\begin{array}{c} -OAl- \\ | \\ R^2 \end{array}\right)$ . In the above-mentioned formulas, $R^1$

20  is as defined previously, $R^2$ is hydrocarbon of 1 ~ 12 carbon
atoms, alkoxyl of 1 ~ 12 carbon atoms, aryloxy of 6 ~ 20
carbon atoms, hydroxyl, halogen or hydrogen, and $R^1$ and $R^2$

25  represent the groups different from each other. In that
case, the benzene-insoluble organoaluminum oxy-compounds are
preferably those containing the alkyloxyaluminum units

27

2008315

$$\left(\begin{array}{c} OA1 \\ | \\ R^1 \end{array}\right)$$ in the proportion of at least 30 mol%, preferably at

least 50 mol% and especially at least 70 mol%.

5        The organoaluminum compounds (i) used for preparing such

benzene-insoluble organoaluminum oxy-compounds as mentioned

above are those represented by the formula $R^1_n Al X_{3-n}$ wherein

$R^1$ is hydrocarbon of 1 ~ 12 carbon atoms, X is halogen,

alkoxyl of 1 ~ 12 carbon atoms, aryloxy of 6 ~ 20 carbon

10   atoms or hydrogen, and n is 2 ~ 3.

        Such organoaluminum compounds (i) as mentioned above

include trialkylaluminum such as trimethylaluminum,

triethylaluminum, tripropylaluminum, triisopropylaluminum,

tri-n-butylaluminum, tri-sec-butylaluminum, tri-tert-

15   butylaluminum, tripentylaluminum, trihexylaluminum,

trioctylaluminum, tridecylaluminum, tricyclohexylaluminum and

tricyclooctylaluminum; dialkylaluminum halides such as

dimethylaluminum chloride, dimethylaluminum bromide,

diethylaluminum chloride, diethylaluminum bromide, and

20   diisobutylaluminum chloride; dialkylaluminum hydrides such as

diethylaluminum hydride and diisobutylaluminum hydride;

dialkylaluminum alkoxides such as dimethylaluminum methoxide

and diethylaluminum ethoxide; and dialkylaluminum aryloxides

such as diethylaluminum phenoxide. Of these organoaluminum

25   compounds, preferred are those of the above-mentioned general

EXHIBIT PAGE 000327

28                    2008315

formula in which $R^1$ is alkyl and $X$ is chlorine, and

particularly preferred is trialkylaluminum.

In this connection, isoprenylaluminum of the general

formula $(i-C_4H_9)_x Al_y (C_5H_{10})_z$ wherein $x$, $y$ and $z$ are each

5    positive integer, and $z \geq 2x$ may also used as the

organoaluminum compound (i).

The organoaluminum compounds (i) as illustrated above

may be used either singly or in combination.

The active hydrogen-containing compounds (ii) used in

10    preparing the benzene-insoluble organoaluminum oxy-compounds

of the present invention include alcohols such as methyl

alcohol and ethyl alcohol, and diols such as ethylene glycol

and hydroquinone.

When water is used in preparing the benzene-insoluble

15    organoaluminum oxy-compounds of the present invention, the

water may be used after dissolving or suspending in

hydrocarbon solvents such as benzene, toluene and hexane,

ether solvents such as tetrahydrofuran, and amine solvents

such as triethylamine, or may be used in the form of water

20    vapor or ice.  As the water, moreover, there may also be used

water of crystallization of salt such as magnesium chloride,

magnesium sulfate, aluminum sulfate, copper sulfate, nickel

sulfate, iron sulfate and cerrous chloride, or water of

adsorption adsorbed to inorganic compounds such as silica,

25    alumina and aluminum hydroxide or polymers.

EXHIBIT PAGE 000328

29

2008315

As mentioned above, the benzene-insoluble organoaluminum
oxy-compounds of the present invention may be prepared by
reaction of the organoaluminum compound (i) with water, or by
reaction of a solution of aluminoxane, for example, a

5   hydrocarbon solution thereof, with water or the active
hydrogen containing compound.  In preparing the benzene-
insoluble organoaluminum oxy-compound from the organoaluminum
compound and water, the organoaluminum compound is brought
into contact with water in a solvent, for example, a

10  hydrocarbon solvent, and in that case, the water is added to
the reaction system so that the organoaluminum atoms
dissolved in the reaction system become less than 20% based
on the total organoaluminum atom.  In obtaining the benzene-
insoluble organoaluminum oxy-compounds according to the

15  procedure as mentioned above, it is desirable that the water
is brought into contact with the organoaluminum compound in
the proportion of 1 - 5 moles, preferably 1.5 - 3 moles of
the water to 1 mole of the organoaluminum compound.

The above-mentioned reaction for forming the benzene-

20  insoluble organoaluminum oxy-compounds is carried out in
solvents, for example, hydrocarbon solvents.  The solvents
used include aromatic hydrocarbons such as benzene, toluene,
xylene, cumene and cymene, aliphatic hydrocarbons such as
butane, isobutane, pentane, hexane, octane, decane, undecane,

25  hexadecane and octadecane, alicyclic hydrocarbons such as

EXHIBIT PAGE 000329

30

2008315

cyclopentane, cyclooctane, cyclodecane and cyclododecane, such hydrocarbon solvents, for example, petroleum fractions, as gasoline, kerosine and gas oil, halides of the above-mentioned aromatic hydrocarbons, aliphatic hydrocarbons and

5 alicyclic hydrocarbons, especially chlorides and bromides thereof, and ethers such as ethyl ether and tetrahydrofuran. Among these hydrocarbon media as exemplified above, particularly preferred are aromatic hydrocarbons.

A concentration in terms of Al atom of the

10 organoaluminum compound in the reaction system is desirably 1 $\times$ 10$^{-3}$ to 5 gram atom/l preferably 1 $\times$ 10$^{-2}$ to 3 gram atom/l, and a concentration in the reaction system of water such as water of crystallization is usually 1 $\times$ 10$^{-3}$ to 20 mol/l, preferably 1 $\times$ 10$^{-2}$ to 10 mol/l. In that case, it is

15 desirable that the organoaluminum atoms dissolved in the reaction system are less than 20%, preferably less than 10% and especially in the range of from 0 to 5% based on the total organoaluminum atom.

Contact of the organoaluminum compound with water may be

20 carried out, for example, by the following procedures.

(1)  A procedure wherein a hydrocarbon solution of organoaluminum is brought into contact with a hydrocarbon solvent containing water.

EXHIBIT PAGE 000330

31                    2008315

(2)  A procedure wherein water vapor is blown into a
hydrocarbon solution of organoaluminum, thereby bringing the
organoaluminum into contact with the water vapor.

(3)  A procedure wherein a hydrocarbon solution of

5   organoaluminum is mixed with a hydrocarbon suspension of a
compound containing water of adsorption or a compound
containing water of crystallization, thereby bringing the
organoaluminum into contact with the water of adsorption or
water of crystallization.

10  (4)  A procedure wherein a hydrocarbon solution of
organoaluminum is brought into contact with ice.

The above-mentioned reaction of the organoaluminum with
water is carried out usually at a temperature of from -100 to
150°C, preferably -50 to 100°C and especially -30 to 80°C.

15  The reaction time, though it may largely vary depending upon
the reaction temperature, is usually from 1 to 200 hours,
preferably 2 to 100 hours.

In preparing the benzene-insoluble organoaluminum oxy-
compounds from a solution of aluminoxane and water or a

20  active hydrogen-containing compound, the aluminoxane present
in the solution of aluminoxane is brought into contact with
water or the active hydrogen-containing compound.

The solution of aluminoxane is a solution of aluminoxane
in such a solvent as used in forming the above-mentioned

25  benzene-insoluble organoaluminum oxy-compounds, preferably

32                    2005315

aromatic hydrocarbons such as benzene and toluene, and this
solution may contain other components so long as they do not
affect adversely the reaction between the aluminoxane and
water or the active hydrogen-containing compound.

5       The amount of water or the active hydrogen-containing
compound used in the above-mentioned reaction is 0.1 to 5
moles, preferably 0.2 to 3 moles based on 1 gram atom of
aluminum present in the solution of aluminoxane. A
concentration in the reaction system of aluminoxane in terms
10  of aluminum atom is usually $1 \times 10^{-3}$ to 5 gram atom/l,
preferably $1 \times 10^{-2}$ to 3 gram atom/l, and a concentration in
the reaction system of water is usually $2 \times 10^{-4}$ to 5 mole/l,
preferably $2 \times 10^{-3}$ to 3 mole/l.

       Taking, as an example, the reaction of the solution of
15  aluminoxane with water, said solution of aluminoxane is
brought into contact with water or the active hydrogen-
containing compound, for example, by the following methods.
       (1)  A method which comprises bringing the solution of
aluminoxane into contact with a hydrocarbon solvent
20  containing water.
       (2)  A method which comprises blowing water vapor into the
solution of aluminoxane, thereby bringing the aluminoxane
present in the solution of aluminoxane into contact with the
water vapor.

EXHIBIT PAGE 000332

33                    2005315

(3)  A method which comprises mixing the solution of
aluminoxane with a hydrocarbon solution of a compound
containing water of adsorption or a compound containing water
of crystallization, thereby bringing the aluminoxane present
5   in the solution of aluminoxane into contact with the water of
adsorption or water of crystallization.

(4)  A method which comprises bringing the solution of
aluminoxane into contact directly with water or ice.

The above-mentioned procedures may also be applied to
10   the case wherein the active hydrogen-containing compound (ii)
is used instead of water.

The reaction of the solution of aluminoxane with water
or the active hydrogen-containing compound as illustrated
above may be carried out usually at a temperature of from -
15   50° to 150°C, preferably 0° to 120°C and especially 20 ~
100°C.  The reaction temperature, though it may largely vary
depending upon the reaction temperature, is usually 0.5 ~ 300
hours, preferably about 1 ~ 150 hours.

In preparing the ethylene copolymers by using the olefin
20   polymerization catalysts as mentioned above, a concentration
in the polymerization system of the hafnium compound in terms
of hafnium atom is usually $10^{-8}$ to $10^{-2}$ gram atom/l,
preferably $10^{-7}$ to $10^{-3}$ gram atom/l.

The above-mentioned organoaluminum oxy-compounds are
25   desirably used in an amount in terms of aluminum atom in

EXHIBIT PAGE 000333

34                    2008315

present in the reaction system of $10^{-4}$ to $10^{-1}$ gram atom/l,
preferably $5 \times 10^{-4}$ to $5 \times 10^{-2}$ gram atom/l.

The polymerization temperature employed is from $-50°$ to
$150°C$, preferably from $0°$ to $120°C$.

5      The olefin polymerization mentioned above is carried out
usually in vapor phase or liquid phase.  In the liquid phase
polymerization, the solvent used may be inert hydrocarbon, or
the olefin itself may also be used as the solvent.

The hydrocarbon used in that case includes aliphatic
10   hydrocarbons such as butane, isobutane, pentane, hexane,
heptane, octane, decane, dodecane, hexadecane and octadecane,
alicyclic hydrocarbons such as cyclopentane,
methylcyclopentane, cyclohexane and cyclooctane, aromatic
hydrocarbons such as benzene, toluene and xylene, and
15   petroleum fractions such as gasoline, kerosine and gas oil.

The polymerization pressure employed is usually from
ordinary pressure to 100 $kg/cm^2$, preferably from ordinary
pressure to 50 $kg/cm^2$, and the polymerization may be carried
out batchwise, semi-continuously or continuously.  A
20   molecular weight of the resulting polymer may be modified by
the addition of hydrogen and/or by regulation of the
polymerization temperature employed.

Hereinafter, the first propylene/α-olefin random
copolymers and process for preparing the same of the present
25   invention are illustrated in detail.

EXHIBIT PAGE 000334

35                              2008315

The propylene/α-olefin random copolymers of the present
invention are random copolymers of propylene and α-olefins of
4 - 20 carbon atoms.  The propylene/α-olefin random
copolymers of the invention desirably contain structural

5    units (a) derived from propylene in an amount of 90 - 99
mol%, preferably 92 - 98 mol%, and structural units (b)
derived from α-olefin in an amount of 1 - 10 mol%, preferably
2 - 8 mol%.  When the structural units (a) derived from
propylene contained in the propylene/α-olefin random

10   copolymer are less than 90 mol%, said copolymer tends to
become poor in anti-blocking properties and stiffness and, on
the other hand, when said units (a) are in excess of 99 mol%,
said copolymer tends to increase in melting point and become
poor in heat-sealing properties.

15       α-olefins of 4 - 20 carbon atoms used herein include 1-
butene, 1-pentene, 1-hexene, 4-methyl-1-pentene, 3-methyl-1-
pentene, 1-octane, 1-decene, 1-dodecene, 1-tetradecene, 1-
hexadecene, 1-octadecene and 1-eicosene.  Among these,
particularly preferred is 1-butene.

20       The propylene/olefin random copolymers of the present
invention desirably have an intrinsic viscosity [η] of 0.5 -
6 dl/g, preferably 1 - 5 dl/g as measured in decalin at
135°C.  If this intrinsic viscosity is less than 0.5 dl/g,
the copolymers tend to become poor in anti-blocking

25   properties and toughness and, on the other hand if said

EXHIBIT PAGE 000335

()

36

2008315

intrinsic viscosity exceeds 6 dl/g, the copolymers tend to
become port in moldability.

Further, the propylene/α-olefin random copolymers of the
invention have a melting point (Tm) as measured by a
5   differential scanning calorimeter falling within the range of

90 < Tm < 155 - 3.5 (100 - P), preferably

100 < Tm < 150 - 3.5 (100 - P)

wherein P is the content (mol%) of propylene in the
copolymer.

10      In Fig. 2, there is shown as a straight line A the
schematic relationship between the melting point Tm of the
above-mentioned propylene/α-olefin random copolymer and the
propylene content (mol%) present in said copolymer.  In this
Fig. 2, there is also shown as a straight line B the
15   relationship between the melting point Tm of the known
propylene/α-olefin random copolymer and the propylene content
(mol%) present in said copolymer.

As is clear from Fig. 2, the melting point of the first
propylene/α-olefin random copolymers of the present invention
20   is lower by 10 - 20°C than that of the known propylene/α-
olefin random copolymers when the amount of α-olefin
copolymerized of the former is the same as that of the
latter.  Accordingly, films obtained from the first
propylene/α-olefin random copolymers of the invention are
25   excellent particularly in heat-sealing properties at low

EXHIBIT PAGE 000336

37

2008315

temperatures, and the films exhibit excellent heat-sealing properties even when they have small amounts of the copolymerized α-olefin, and hence they are excellent in anti-blocking properties and have excellent stiffness.

5    In the present invention, the propylene/α-olefin random copolymer was allowed to stand in a differential scanning calorimeter (DSC) at 200°C for 5 minutes, cooled up to 20°C at a rate of 10°C/min, and allowed to stand at 20°C for 5 minutes, and then the temperature was elevated from 20°C to

10    200°C at a rate of 10°C/min to obtain a temperature (Tm) at a maximum endothermic peak which was then taken as a melting point of said propylene/α-olefin random copolymer.

The molecular weight distribution ($\overline{M}w/\overline{M}n$) of the first propylene/α-olefin random copolymers of the invention as

15    obtained by gel permeation chromatography (GPC) is less than 3.5, preferably less than 3.0 and especially less than 2.5. As stated above, the first propylene/α-olefin random copolymers of the invention are narrow in molecular weight distribution and, from this point, they have excellent anti-

20    blocking properties.

The determination of melting point was conducted by using about 2.5 mg of the specimen and DSC of Perkin Elmer-7 Model at heat-up rate of 10°C/min.

The first propylene/α-olefin random copolymers of the

25    invention are desirably to have a soluble portion in boiling

18                          2005315

n-pentane in an amount of less than 2% by weight, preferably
less than 2% by weight and especially less than 1% by weight.

    Further, the first propylene/α-olefin random copolymers
of the invention are desirably to have an insoluble portion
5   in boiling trichloroethylene in an amount of less than 5% by
weight, preferably less than 3% by weight and especially less
than 1% by weight.

    The amounts of the insoluble portion in boiling
trichloroethylene and the soluble portion in boiling n-
10  pentane were determined by such a manner that about 3 g of
the finely pulverized specimen was extracted for 5 hours with
180 ml of each of the solvents in a cylindrical filter paper
by using a Soxhlet's extractor, and the extraction residue
was dried with a vacuum dryer until it reached a constant
15  weight to obtain the weight thereof, whereby a difference in
weight between the dried residue and the original specimen is
calculated.

    The first propylene/α-olefin random copolymers of the
present invention as illustrated above may be prepared by
20  copolymerizing propylene and α-olefin of 4 - 20 carbon atoms
at a temperature of 40 - 100°C so that the structural units
(a) derived from propylene are present in an amount of 90 -
99 mol% and the structural units (b) derived from α-olefin
are present in an amount of 1 - 10 mol%, in the presence of
25  catalysts formed from

39

2008315

(A) hafnium compounds having as ligands multidentate
compounds in which at least two groups selected from
among conjugated cycloalkadienyl groups or substituted
groups thereof are linked together via lower alkylene

5      groups, and

(B) organoaluminum oxy-compounds.

In that case, the copolymerization may be carried out by
employing the same conditions as used in the preparation of
the aforementioned ethylene copolymers.

10      The first propylene/α-olefin random copolymers of the
present invention are excellent particularly in heat-sealing
properties at low temperatures and hence are used as heat-
sealing agents.

Hereinafter, the second propylene random copolymers and

15   process for preparing the same of the present invention are
illustrated in detail.

The second propylene random copolymers of the invention
are random copolymers of propylene, ethylene and α-olefins of
4 ~ 20 carbon atoms.  In the propylene random copolymers, the

20   structural units (a) derived from propylene are present in an
amount of 90 ~ 99 mol%, preferably 92 ~ 98 mol%, the
structural units (b) derived from ethylene in an amount of
0.5 ~ 9.5 mol%, preferably 1 ~ 9 mol%, and the structural
units (c) derived from α-olefin in an amount of 0.5 ~ 9.5

25   mol%, preferably 1 ~ 9 mol%.  If the structural units (a)

40                    2008315

derived from propylene present in the said copolymers are
less than 90 mol%, the copolymers tend to become poor in
anti-blocking properties and stiffness.  On the other hand,
if the structural units (a) exceed 99 mol%, the copolymers
5    tend to increase in melting point and become poor in heat-
sealing properties.

α-olefins of 4 ~ 20 carbon atoms used herein include 1-
butene, 1-pentene, 1-hexene, 4-methyl-1-pentene, 3-methyl-1-
pentene, 1-octene, 1-decene, 1-dodecene, 1-tetradecene, 1-
10   hexadecene, 1-octadecene and 1-eicosene.  Among these,
particularly preferred is 1-butene.

The second propylene random copolymers of the invention
desirably have an intrinsic viscosity [η] as measured in
decalin at 135°C of 0.5 ~ 6 dl/g, preferably 1 ~ 5 dl/g.  If
15   this intrinsic viscosity is less than 0.5 dl/g, the
copolymers tend to become poor in anti-blocking properties
and toughness and, on the other hand, if said intrinsic
viscosity exceeds 6 dl/g, the copolymers tend to become poor
in moldability.

20        Further, the second propylene/α-olefin random copolymers
of the invention have a melting point [Tm] as measured by a
differential scanning calorimeter falling within the range of
70 < Tm < 155 - 5.5 (100 - P), preferably
90 < Tm < 150 - 5.5 (100 - P)

EXHIBIT PAGE 000340

4 1                        2008315

wherein P is the content (mol%) of propylene in the
copolymer.

The schematic relationship between the melting point Tm
of the above-mentioned propylene random copolymer and the
- 5   propylene content (mol%) in said copolymer is the same as
shown in Fig. 2.

In this manner, the melting point of the second
propylene random copolymers is lower by 10 ~ 20°C than that
of the known propylene/α-olefin random copolymers when the
10   amounts of ethylene and α-olefin copolymerized of the former
are the same as those of the latter. Accordingly, films
obtained from the second propylene random copolymers of the
invention are excellent particularly in heat-sealing
properties at low temperatures, and the films exhibit
15   excellent heat-sealing properties even when they have small
amounts of ethylene and α-olefin copolymerized, and hence
they are excellent in anti-blocking properties and have
excellent stiffness.

Further, the molecular weight distribution ($\overline{M}w/\overline{M}n$) of
20   the second propylene random copolymers of the invention as
obtained by gel permeation chromatography (GPC) is less than
3.5, preferably less than 3.0 and especially less than 2.5.
As stated above, the second propylene random copolymers of
the invention are narrow in molecular weight distribution

EXHIBIT PAGE 000341

42                    2008315

and, from this point, they have excellent anti-blocking properties.

The second propylene random copolymers of the invention are desirably to have a soluble portion in boiling n-pentane in an amount of less than 5% by weight, preferably less than 3% by weight and especially less than 2% by weight.

Furthermore, the second propylene random copolymers of the invention are desirably to have an insoluble portion in boiling trichloroethylene in an amount of less than 5% by weight, preferably less than 3% by weight and especially less than 1% by weight.

The second propylene random copolymers of the present invention as illustrated above may be prepared by copolymerizing propylene, ethylene and α-olefins of 4 – 20 carbon atoms at a temperature of 40 – 100°C so that the structural units (a) derived from propylene are present in an amount of 90 – 99 mol% in the resulting copolymers, the structural units (b) derived from ethylene in an amount of 0.5 – 9.5 mol%, and the structural units (c) derived from α-olefin in an amount of 0.5 – 9.5 mol%, in the presence of catalysts formed from

[A] hafnium compounds having as ligands multidentate compounds in which at least two groups selected from among conjugated cycloalkadienyl groups or substituted

43                    2008315

groups thereof are linked together via lower alkylene

groups, and

[F]  organoaluminum oxy-compounds.

In that case, the copolymerization may be carried out by

5  employing the same conditions as used in the preparation of

the aforementioned ethylene copolymers.

The second propylene random copolymers of the invention

as illustrated above are excellent particularly in heat-

sealing properties at low temperatures, and hence are used as

10  heat-sealing agents.

Hereinafter, the first olefin polymerization catalysts

of the present invention are illustrated in detail.

The first olefin polymerization catalysts of the

invention are formed from

15  [A]  hafnium compounds having as ligands multidentate

compounds in which at least two groups selected from

among conjugated cycloalkadienyl groups or substituted

groups thereof are linked together via lower alkylene

groups,

20  [B]  organoaluminum oxy-compounds, and

[C]  organoaluminum compounds.

In the olefin polymerization catalyst mentioned above,

the hafnium compounds [A] and organoaluminum oxy-compounds

[B] used may be the same as those mentioned previously.

EXHIBIT PAGE 000343

44                    2008015

The organoaluminum compounds (C) used herein may be
those having in the molecule at least one Al-C bond, for
example, the compounds as mentioned below.

That is, (i) organoaluminum compounds represented by the
5   general formula $(R^1)_m Al(OR^2)_n H_p X_q$ wherein $R^1$ and $R^2$, which may
be the same or different, are each hydrocarbon of usually 1
to 15 carbon atoms, preferably 1 to 10 carbon atoms, X is
halogen, m is $1 \leq m \leq 3$, n is $0 \leq n \leq 2$, p is $0 \leq p \leq 2$, and
q is $0 \leq q \leq 2$, and $m + n + p + q = 3$, and (ii) alkylated
10  complex compounds of metals of Group 1 of the periodic table
and aluminum represented by the general formula $M^1 Al(R^1)_4$
wherein $M^1$ is Li, Na or K, and $R^1$ is as defined above.

Of the organoaluminum compounds mentioned above,
particularly preferred are those having hydrocarbon groups
15  other than n-alkyl group.  Hydrocarbon groups other than n-
alkyl group may include alkyl having a branched chain such as
isoalkyl, cycloalkyl and aryl.  The organoaluminum compounds
as illustrated above may include, for example,
trialkylaluminum such as triisopropylaluminum,
20  triisobutylaluminum, tri-2-methylbutylaluminum, tri-3-
methylbutylaluminum, tri-2-methylpentylaluminum, tri-3-
methylpentylaluminum, tri-4-methylpentylaluminum, tri-2-
methylhexylaluminum, tri-3-methylhexylaluminum and tri-2-
ethylhexylaluminum; tricycloalkylaluminum such as
25  tricyclohexylaluminum; triarylaluminum such as

45                    2008515

triphenylaluminum and tritolylaluminum; dialkylaluminum
hydrides such as diisobutylaluminum hydride; and
alkylaluminum alkoxides such as isobutylaluminum methoxide,
isobutylaluminum ethoxide and isobutylaluminum isopropoxide.

5      Of these organoaluminum compounds, preferred are those having
branched alkyl groups, particularly trialkylaluminum
compounds. Furthermore, isoprenylaluminum represented by the
general formula $(i-C_5H_9)_x Al_y(C_5H_{10})_z$ wherein x, y and z are
each a positive integer, and z $\geq$ 2x, is also useful.

10     Compounds capable of forming the above-mentioned
organoaluminum compounds in the polymerization system, for
example, halogenated aluminum and alkyl lithium, or
halogenated aluminum and alkyl magnesium, may be added to the
polymerization system.

15          In polymerizing olefin by using the first olefin
polymerization catalysts of the present invention, the
hafnium compound [A] is desirably used in an amount, in terms
of hafnium atoms present in the polymerization reaction
system, of $10^{-8} - 10^{-2}$ gram atom/l, preferably $10^{-7} - 10^{-3}$

20     gram atom/l, the organoaluminum oxy-compound [B] is desirably
used in an amount, in terms of aluminum atoms present in the
polymerization reaction system, of less than 3 mg atom/l,
preferably 0.01 - 2 mg atom/l and especially 0.02 - 1 mg
atom/l, and the organoaluminum compound [C] is desirably used

25     in such an amount that the proportion of aluminum atoms

46

2008315

derived from said organoaluminum compound [C] in the reaction
system to the total aluminum atoms of the organoaluminum oxy-
compound [B] and organoaluminum compound [C] is 20 ~ 99%,
preferably 25 ~ 98% and especially 30 ~ 95%.

5       In the reaction system, the ratio of the total aluminum
atom of the organoaluminum oxy-compound [B] and
organoaluminum compound [C] to hafnium atoms of the hafnium
compound [A] is usually 20 ~ 10000, preferably 50 ~ 5000 and
especially 100 ~ 2000.

10      The olefin polymerization may be carried out by
employing the same condition as used in the preparation of
ethylene copolymers as aforesaid.

        Hereinafter, the second olefin polymerization catalysts
of the present invention are illustrated in detail.

15      The second olefin polymerization catalysts of the
invention are formed from

        [A]   hafnium compounds having as ligands multidentate
              compounds in which at least two groups selected from
              among conjugated cycloalkadienyl groups or substituted

20            groups thereof are linked together via lower alkylene
              groups,

        [B-1]   organoaluminum oxy-compounds formed from tri-n-
                alkylaluminum, and

2008315

47

[B-2]    organoaluminum oxy-compounds in which at least one
hydrocarbon group other than n-alkyl is linked to
Al atom.

In the olefin polymerization catalysts mentioned above,
5    the hafnium compounds [A] used are the same as those
mentioned previously.

The catalyst components [B-1] used in the second olefin
polymerization catalysts of the invention are organoaluminum
oxy-compounds formed from tri-n-alkylaluminum.

10    n-alkyl group in the tri-n-alkylaluminum mentioned above
includes methyl, ethyl, n-propyl, n-butyl, n-octyl and n-
decyl. Among these, particularly preferred is methyl.

The catalyst components [B-2] used in the second olefin
polymerization catalysts of the invention are organoaluminum
15    oxy-compounds in which at least one hydrocarbon group other
than n-alkyl is linked to Al atom.

The hydrocarbon group other than n-alkyl includes alkyl
having branched chain such as isoalkyl, cycloalkyl and aryl.

The above-mentioned organoaluminum oxy-compounds [B-2]
20    in which at least one hydrocarbon group other than n-alkyl is
linked to Al atom may be formed from organoaluminum compounds
in which at least one hydrocarbon group other than n-alkyl is
linked to Al atom. Such organoaluminum compounds as used in
the above case include, for example, trialkylaluminum such as
25    triisopropylaluminum, triisobutylaluminum, tri-2-

EXHIBIT PAGE 000347

48

2008315

methylbutylaluminum, tri-3-methylbutylaluminum, tri-2-
methylpentylaluminum, tri-3-methylpentylaluminum, tri-4-
methylpentylaluminum, tri-2-methylhexylaluminum, tri-3-
methylhexylaluminum and tri-2-ethylhexylaluminum;

5    tricycloalkylaluminum such as tricyclohexylaluminum;
triarylaluminum such as triphenylaluminum and
tritolylaluminum; dialkylaluminum hydrides such as
diisobutylaluminum hydride; and alkylaluminum alkoxides such
as isobutylaluminum methoxide, isobutylaluminum ethoxide and

10   isobutylaluminum isoprepoxide. Of these organoaluminum
compounds, preferred are those having branched alkyl groups,
particularly trialkylaluminum compounds. Furthermore,
isoprenylaluminum represented by the general formula (i-
$C_4H_9)_xAl_y(C_5H_{10})_z$ wherein x, y and z are each a positive

15   integer, and z ≥ 2x, is also useful.

In polymerization olefin by using the second olefin
polymerization catalysts of the present invention, the
hafnium compound (A) is desirably used in an amount, in terms
of hafnium atoms present in the polymerization reaction

20   system, of $10^{-8} \sim 10^{-2}$ gram atom/l, preferably $10^{-7} \sim 10^{-3}$
gram atom/l, the organoaluminum oxy-compound (B-1) in an
amount, in terms of aluminum atoms in the polymerization
reaction system, of less than 3 mg atom/l, preferably 0.01 ~
2 mg atom/l and especially 0.02 ~ 1 mg atom/l, and the

25   organoaluminum oxy-compound (B-2) in such an amount that the

EXHIBIT PAGE 000348

49                              2006315

proportion of aluminum atoms derived from the organoaluminum

oxy-compound [B-2] in the reaction system to the total

aluminum atom of the organoaluminum oxy-compound [B-1] and

organoaluminum oxy-compound [B-2] is 20 ~ 95%, preferably 25

5    ~ 90% and especially 30 ~ 85%.

     In the reaction system, the ratio of the total aluminum

atom of the organoaluminum oxy-compound [B-1] and

organoaluminum oxy-compound [B-2] to hafnium atoms of the

hafnium compound [B] is usually 20 ~ 10000, preferably 50 ~

10    5000 and especially 100 ~ 2000.

     In that case, the olefin polymerization may be carried

out by employing the same conditions as used in the

preparation of ethylene copolymers as aforesaid.

15                    EFFECT OF THE INVENTION

     Novel ethylene copolymers of the present invention are

small in $\overline{Mw}/\overline{Mn}$ and narrow in molecular weight distribution

and, moreover, large in $MFR_{10}/MFR_2$ and excellent in

flowability.  Accordingly, the ethylene copolymers of the

20    invention have excellent processability and are excellent in

anti-blocking properties and the like properties.

     Novel propylene copolymers of the invention are low in

melting point in comparison with known propylene/α-olefin

random copolymers even when said novel propylene copolymers

25    are low in α-olefin content, and hence they have excellent

EXHIBIT PAGE 000349

50                    2008015

anti-blocking properties and stiffness.  In the present

invention, there are also provided processes for preparing

these novel copolymers mentioned above readily and

efficiently.

5        The olefin polymerization catalysts of the invention

exhibit high activities even when relatively small amounts of

organoaluminum oxy-compounds are used therein, and by the use

of said catalysts, olefin polymers large in molecular weight

and narrow in molecular weight distribution and composition

10   distribution are obtained.

         The present invention is illustrated below with

reference to examples, but it should be construed that the

invention is in no way limited to those examples.

Example 1 (Preparation of ethylene copolymer)

15   (Preparation of methylaluminoxane)

         Methylaluminoxane was prepared in accordance with the

procedure described in Polymer Commun., 29, 180 (1988).

(Synthesis of ethylenebis(indenyl)hafnium dichloride)

         A nitrogen-purged 200 ml glass flask was charged with

20   5.4 g of bis(indenyl)ethane [synthesized on the basis of

Bull. Soc. Chim., 2954 (1967)] and 50 ml of THF, and the

flask was cooled with stirring to -30° - -40°C.  To the flask

was added dropwise 31.5 ml of n-Bu Li (1.6M solution),

stirred successively at -30°C for 1 hours, and the

25   temperature was elevated spontaneously to room temperature,

EXHIBIT PAGE 000350

51                    2008315

thereby anionizing the bis(indenyl)ethane. Separately, a
nitrogen-purged 200 ml glass flask was charged with 60 ml of
THF, and the flask was cooled to below -60°C, followed by
gradual addition of 6.7 g of HfCl₄ (contained 0.78% by weight

5   of zirconium atoms as contaminants). Thereafter, the flask
was heated-up to 60°C and stirred for 1 hour. To the flask
was added dropwise the anionized ligand, and stirred at 60°C
for 2 hours, followed by filtration with a glass filter. The
filtrate was concentrated at room temperature to about 1/5 of

10   the original volume. By this operation conducted, solids
were separated. The separated solids were filtered with a
glass filter, followed by washing with hexane/ethyl ether and
vacuum drying to obtain ethylenebis(indenyl)hafnium
dichloride.

15      The hafnium compound thus obtained contained 0.40% by
weight of zirconium atoms.

(Polymerization)

A thoroughly nitrogen-purged 2 liter glass flask was
charged with 950 ml of toluene and 50 ml of 1-octene, and

20   ethylene gas was passed therethrough at a rate of 160 l/hr.
The temperature in the system was elevated to 55°C, and 1.8%
mmoles in terms of aluminum atom of methylaluminoxane and 7.5
× 10⁻³ mmole of ethylenebis(indenyl)hafnium dichloride were
added to the system to initiate polymerization. The

25   polymerization was carried out at 60°C for 10 minutes under

52

2008315

atmospheric pressure while continuously feeding ethylene gas. The polymerization was stopped by the addition of small amounts of methanol, and the polymerization solution obtained was poured in large amounts of methanol to separate polymer.

5    The separated polymer was dried at 130°C for 12 hours under reduced pressure to obtain 23.2 g of a polymer having a density of 0.866 g/cm$^3$, the ethylene content of 81.3 mol%, [$\eta$] of 1.71 dl/g, $\overline{M}w/\overline{M}n$ of 2.55, $MFR_2$ of 2.12 g/10 min and $MFR_{10}/MFR_2$ ratio of 13.1.

10   Example 2

A thoroughly nitrogen-purged 2 liter glass flask was charged with 1 liter of toluene, and a mixed gas of ethylene and propylene (140 l/hr and 40 l/hr respectively) was passed therethrough. The temperature in the system was elevated to

15   75°C, and 1.80 mmoles in terms of aluminum atom of methylaluminoxane and 7.5 × 10$^{-3}$ mmol of ethylenebis(indenyl)hafnium dichloride were added to the system to initiate polymerization. The polymerization was carried out at 80°C for 10 minutes under atmospheric pressure

20   while continuously feeding the above-mentioned mixed gas to the system. Thereafter, the operation was conducted in the same manner as in Example 1 to obtain 17.5 g of a polymer having a density of 0.887 g/cm$^3$, the ethylene content of 84.0 mol%, [$\eta$] of 1.50 dl/g, $\overline{M}w/\overline{M}n$ of 2.50, $MFR_2$ of 0.80 g/10 min

25   and $MFR_{10}/MFR_2$ ratio of 17.7.

EXHIBIT PAGE 000352

53                    2008515

Comparative Example 1

A copolymer of ethylene and propylene (prepared by using
a catalyst composed of $VOCl_3$ and aluminum ethyl
sesquichloride) having a density of 0.87 $g/cm^3$, $MFR_2$ of 2.9
g/10 min and $\overline{Mw}/\overline{Mn}$ of 2.16 was found to have $MFR_{10}/MFR_2$ ratio
of 5.90.

Example 1

(Preparation of hafnium catalyst)

A glass column of 35 mm in inside diameter was filled
with a suspension in toluene of 40 g of dimethylsilylated
silica gel (Art. 7719, a product of MERCK) deaerated at room
temperature for 4 hours.  Subsequently, 200 ml of the toluene
solution (Hf = 2.07 mmol/1) of ethylenebis(indenyl)hafnium
dichloride prepared in Example 1 was gradually poured into
the column. A hafnium solution (Hf = 0.17 m mol/1) eluted by
this operation was used as a catalyst component.

(Polymerization)

The polymerization was carried out in the same manner as
in Example 1 except that the polymerization was carried out
at 70°C for 35 minutes using 6.6 × $10^{-3}$ mg atom of hafnium
atom, to obtain 42.4 g of a colorless transparent polymer
having a density of 0.855 $g/cm^3$, the ethylene content of 76.2
mol%, [η] of 1.89 dl/g, $\overline{Mw}/\overline{Mn}$ of 2.48, $MFR_2$ of 1.49 g/10 min
and $MFR_{10}/MFR_2$ ratio of 10.1.

EXHIBIT PAGE 000353

54

2008315

Example 4

The polymerization was carried out in the same manner as in Example 7 except that the hafnium catalyst component prepared in Example 3 was used in an amount of $6.6 \times 10^{-3}$ mg

5   atom in terms of hafnium atom to obtain 17.0 g of a colorless transparent polymer having a density of 0.883 $g/cm^3$, the ethylene content of 83.5 mol%, [η] of 1.61 dl/g, $\overline{M}w/\overline{M}n$ of 2.54, $HFR_2$ of 0.73 g/10 min, and $HFR_{10}/HFR_2$ ratio of 12.2.

Example 5

10   The polymerization was carried out in the same manner as in Example 1 except that the polymerization temperature employed was 40°C and the polymerization time employed was 15 minutes to obtain 20.5 g of a polymer having a density of 0.868 $g/cm^3$, the ethylene content of 82.0 mol%, [η] of 1.79

15   dl/g, $\overline{M}w/\overline{M}n$ of 2.81, $HFR_2$ of 0.90 g/10 min and $HFR_{10}/HFR_2$ ratio of 32.0.

Example 6 (Preparation of propylene copolymer)

(Polymerization)

A thoroughly nitrogen-purged 2 liter stainless steel

20   autoclave was charged at room temperature with 500 ml of toluene, 3 moles of propylene, 0.1 mole of 1-butene and 5 mg atom in terms of Al atom of methylaluminoxane. The temperature in the polymerization system was elevated to 45°C, and $1.25 \times 10^{-3}$ mmole of the ethylenebis(indenyl)hafnium

55                         2008315

dichloride obtained in Example 1 was added to the system to carry out polymerization at 50°C for 0.5 hours. The polymerization was stopped by the addition of methanol to the polymerization system.

5      The polymer slurry obtained was poured into large amounts of methanol, the slurry was recovered by filtration and washed with an isobutyl alcohol/hydrochloric acid solution to remove the catalyst components therefrom. The recovered slurry was then vacuum dried overnight at 80°C and

10   200 - 300 mmHg to obtain 27.5 g of a polymer having the 1-butene content of 2.2 mol%, [η] of 3.02 dl/g as measured in decalin at 135°C, a melting point of 124°C as measured by DSC, a boiling trichloroethylene-insoluble content of 0% by weight, boiling n-pentane-soluble content of 0.3% by weight

15   and $\overline{Mw}/\overline{Mn}$ of 2.41 as measured by GPC.

Example 7

     The polymerization was carried out in the same manner as in Example 6 except that the amount of 1-butene charged was changed to 0.25 mol to obtain 29.1 g of a polymer having the

20   1-butene content of 5.6 mol%, [η] of 2.95 dl/g, a melting point of 116°C, a boiling trichloroethylene-insoluble content of 0% by weight, a boiling n-pentane-soluble content of 0.4% by weight and $\overline{Mw}/\overline{Mn}$ of 2.33.

Example 8

EXHIBIT PAGE 000355

56                    2005315

(Polymerization)

    A mixed gas composed of 96.7 mol% of propylene, 2.1 mol%
of 1-butene and 1.2 mol% of ethylene was prepared.

    A thoroughly nitrogen-purged 2 liter stainless steel
5  autoclave was charged with 500 ml of toluene and then cooled
to 0°C, and the autoclave was further charged with 3 moles of
the mixed gas prepared above and 5 mg atom in terms of Al
atom of methylaluminoxane. The temperature in the
polymerization system was elevated to 45°C, and $1.25 \times 10^{-3}$ m
10  mole of the ethylenebis(indenyl)hafnium dichloride obtained
in Example 1 was added to the system to initiate
polymerization at 50°C for 0.5 hours. The polymerization was
stopped by the addition of methanol to the polymerization
system. The polymer slurry obtained was poured into large
15  amounts of methanol, the slurry was recovered by filtration
and washed with an isobutyl alcohol/hydrochloric acid
solution to remove the catalyst components therefrom. The
recovered polymer was then vacuum dried overnight at 80°C and
200 - 300 mmHg to obtain 51.3 g of a polymer having the 1-
20  butene content of 1.4 mol%, the ethylene content of 1.1 mol%,
[η] of 3.32 dl/g as measured in decalin at 135°C, a melting
point of 121°C as measured by DSC, a boiling
trichloroethylene-insoluble content of 0% by weight, boiling
n-pentane-soluble content of 0.9% by weight and $\bar{M}_w/\bar{M}_n$ of
25  2.45 as measured by GPC.

EXHIBIT PAGE 000356

57

2008315

### Example 9

The polymerization was carried out in the same manner as in Example 1 except that the mixed gas composed of 95.1 mol% of propylene, 3.9 mol% of 1-butene and 1.0 mol% of ethylene

5    was used to obtain 48.5 g of a polymer having the 1-butene content of 2.7 mol%, the ethylene content of 0.8 mol%, [η] of 3.29 dl/g, a melting point of 118°C, a boiling trichloroethylene-insoluble content of 0% by weight, a boiling n-pentane-soluble content of 1.1% by weight and

10    $\overline{M}w/\overline{M}n$ of 2.40.

### Example 10

(Polymerization)

A thoroughly nitrogen-purged 2 liter stainless steel autoclave was charged with 750 ml of toluene and then

15    saturated with propylene gas. To the autoclave were added 7.5 mg atom in terms of Al atom of methylaluminoxane and 1.88 × 10⁻³ mmole of the ethylenebis(indenyl)hafnium dichloride. Polymerization was carried out at 50°C for 0.5 hour at the total pressure of 7 kg/cm² G while continuously feeding

20    propylene gas to the autoclave. The polymerization was stopped by the addition of methanol to the polymerization system. The polymer slurry obtained was poured into large amounts of methanol, the slurry was recovered by filtration and washed with an isobutyl alcohol/hydrochloric acid

58                    20C8315

solution to remove the catalyst components therefrom.  The
recovered slurry was then vacuum dried overnight at 80°C and
200 - 300 mmHg to obtain 107.1 g of an isotactic
polypropylene having $\overline{Mw}/\overline{Mn}$ of 1.89 as measured by GPC, a

5    melting point of 132°C as measured by DSC, [η] of 2.82 dl/g
as measured in decalin at 135°C, a boiling trichloroethylene-
insoluble content of 0% by weight and a boiling n-pentane-
soluble content of 0.2% by weight.

Example 11

10        A mixed gas composing 98.5 mol% of propylene gas and 1.5
mol% of ethylene gas was prepared.  The operation subsequent
thereto was carried out in the same manner as in Example 6 to
obtain 53.3 g of a polymer having the ethylene content of 1.3
mol%, [η] of 3.50 dl/g, a melting point of 125°C, a boiling

15    trichloroethylene-insoluble content of 0% by weight, a
boiling n-pentane-soluble content of 1.0% by weight and
$\overline{Mw}/\overline{Mn}$ of 2.39.

Evaluation

          Heat-sealing properties of the propylene polymers
20    obtained hereinabove were evaluated in the following manner.

Preparation of film

          On a press plate were placed an aluminum sheet of a 0.1
mm thick, a polyester sheet (a product sold under a trade
name of Rumiler by Toray) and a polyimide resin sheet (a

EXHIBIT PAGE 000358

59                    2008315

product sold under a trade name of Capton by Du Pont), a
square of 15 cm × 15 cm of the center of which had been cut
off, in that order, and 0.8 g of the specimen was placed in
this center (the cut-off portion of the polyimide resin
5   sheet), and then Rumiler®, an aluminum sheet and a press
plate were superposed thereon in that order (see Fig. 3).
     The specimen thus interposed between the press plates
was placed in a hot press kept at 200°C and preheated for
about 5 minutes, followed by subjecting three times to
10   pressure application (20 kg/cm² G) and release operation in
order to remove air bubbles present in the specimen.
Subsequently, the pressure was increased finally to 150
kg/cm² G and the specimen was heated for 5 minutes under
pressure. After releasing the pressure, the press plate was
15   taken out from a press machine and transferred to separate
press machine kept at 30°C in its press in portion and then
cooled for 4 minutes at a pressure of 100 kg/cm², followed by
releasing the pressure and taking out the specimen therefrom.
Of the films thus obtained, those having a uniform thickness
20   of 50 ~ 70 μm were used as the films for measurement.

     Measurement of heat-sealing strength
          The films thus prepared are placed for 2 days in a
hygrostat kept at 50°C (aging). In practicing the aging,
sheets of paper are applied to both sides of the film so that
25   the films do not come in contact with each other. The films

60                    2008315

thus aged are cut up into strips of a 15 mm thick, and two
sheets of the strip are placed one upon another and then
interposed between two sheets of Teflon film of a 0.1 mm
thick, followed by heat sealing. The heat sealing is carried

5    out while maintaining the temperature of a lower portion of a
hot plate of heat sealer constant at 70°C and varying only
the temperature of an upper portion of hot plate suitably at
intervals of 5°C. The heat-sealing pressure employed is 2
kg/cm$^2$, the heat-sealing time employed is 1 second, and a

10   width of heat seal is 5 mm (accordingly a sealed area is 15
mm × 5 mm).

Heat-sealing strength is determined by obtaining a
peeling strength of the heat sealed film subjected to peeling
test at a rate of 30 cm/min at each heat-sealing temperature

15   as mentioned above. (See Fig. 4.)

Following the above-mentioned procedure, a peeling
strength at each of the heat-sealing temperatures preset at
interval of 5°C is obtained, and the plots of heat-sealing
temperature-peeling strength are connected by means of a

20   curved line. On the basis of the curved line, a heat sealing
temper     corresponding to a peeling strength of 800 g /15
mm is taken as a completely heat-sealed temperature (see Fig.
5).

Table 1 below shows completely heat-sealed temperatures

25   of the propylene     obtained in the foregoing examples.

EXHIBIT PAGE 000360

61                    2006315

Table 1

| Example | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Completely heat-sealed temperature (°C) | 134 | 125 | 117 | 122 | 120 | 127 |

Example 12

(Preparation of organoaluminum oxy-compound [B-1])

A thoroughly nitrogen-purged 400 ml flask was charged with 37 g of Al$_2$(SO$_4$)$_3$·14H$_2$O and 125 ml of toluene and cooled to 0°C, followed by dropwise addition of 500 mmol of trimethylaluminum diluted with 125 ml of toluene. The temperature of the flask was elevated to 40°C, and reaction was continued at that temperature for 10 hours. After the completion of the reaction, solid-liquid separation of the reaction mixture was effected by filtration, and the toluene was removed from the filtrate to obtain 13 g of a white solid organoaluminum oxy-compound. The molecular weight of the compound obtained was 930 as measured in benzene by the cryoscopic method, and a value shown in the catalyst component [B-1] was 14.

(Polymerization)

A thoroughly nitrogen-purged 2 liter stainless steel autoclave was charged with 500 ml of toluene, and the system

62                2006315

was purged with propylene gas.  Successively, to the
autoclave were added 1 mmol of triisobutylaluminum, 1 mg atom
in terms of Al atom of the organoaluminum oxy-compound
obtained above, and 1 × 10⁻³ mmol of the

5    ethylenebis(indenyl)hafnium dichloride obtained in Example 1,
and the temperature of the system was elevated to 45°C.
Thereafter, polymerization was carried out at 50°C for 1
hours, while feeding propylene gas to the polymerization
system so that the total pressure became 7 kg/cm² G, to

10   obtain 45.0 g of an isotactic polypropylene having [η] of 2.5
dl/g as measured in decalin at 135°C, $\overline{M}w/\overline{M}n$ of 2.2, a
melting point of 132°C, a boiling trichloroethylene-insoluble
content of 0% by weight and a boiling n-pentane-soluble
content of 0.2% by weight.

15   Comparative Example 2
     The polymerization of Example 12 was repeated except
that the triisobutylaluminum was not used to obtain 5.1 g of
isotactic polypropylene having [η] of 1.2 dl/g, Mw/Mn of 2.1
and a melting point of 131°C.

20   Example 13
     The polymerization of Example 12 was repeated except
that in place of the triisobutylaluminum there were used 1 m
mol of tri-2-ethylhexylaluminum and 0.5 mg atom in terms of
Al atom of commercially available aluminoxane to obtain 38.2

63

2008315

ς of isotactic polypropylene having [η] of 2.3 dl/g, $\overline{M}w/\overline{M}n$
of 2.4, a melting point of 131°C, a boiling
trichloroethylene-insoluble content of 0% by weight and a
boiling n-pentane-soluble content of 0.3% by weight.

5  Example 14

A nitrogen-purged 1 liter glass autoclave was charged
with 335 ml of toluene and 15 ml of octene, followed by
elevating the temperature of the system to 70°C while blowing
ethylene gas thereinto.  Successively, to the autoclave were
10  added 0.4 mmol of triisobutylaluminum, 0.2 mg atom in terms
of Al atom of commercially available aluminoxane and 3 × 10⁻³
mmol of the ethylenebis(indenyl)hafnium dichloride obtained
in Example 1 to initiate polymerization.  The polymerization
was carried out at 70°C for 30 minutes while continuously
15  feeding ethylene gas to the polymerization system to obtain
16.8 g of an ethylene/1-octene copolymer having $\overline{M}w/\overline{M}n$ of
3.18, MFR₂ of 0.09 g/10 min, MFR₁₀/MFR₂ of 30.7 and a density
of 0.879 g/cm³.

Example 15

20  (Preparation of organoaluminum oxy-compound (B-2))

A thoroughly nitrogen-purged 400 ml flask was charged
with 4.9 g of Al₂(SO₄)₃·14H₂O and 125 ml of toluene and cooled
to 0°C, followed by dropwise addition of 200 mmol of
triisobutylaluminum diluted with 125 ml of toluene.  The

EXHIBIT PAGE 000363

64                    2008315

temperature of the reaction system was elevated to 40°C, and
reaction was continued at that temperature for 24 hours.
After the completion of the reaction, solid-liquid separation
of the reaction mixture was conducted by filtration, the
5   toluene was removed from the filtrate, and a molecular weight
of the organoaluminum oxy-compound [B-2] obtained was
measured in benzene by the cryoscopic method to find that it
was 610.

(Polymerization)

10      A thoroughly nitrogen-purged 2 liter stainless steel
autoclave was charged with 500 ml of toluene, and the system
was then purged with propylene gas. Successively, to the
autoclave were added 1 mg atom each in terms of Al atom of
the organoaluminum oxy-compound [B-1] and the organoaluminum
15  oxy-compound [B-2] and $1.0 \times 10^{-3}$ mmol of
ethylenebis(indenyl)hafnium dichloride, and the temperature
of the polymerization system was elevated to 30°C.
Thereafter, polymerization was carried out at 30°C for 20
minutes while feeding propylene gas to the total pressure
20  became 5 kg/cm² G to obtain 9.5 g of isotactic polypropylene
having [η] of 4.1 dl/g, $\overline{Mw}/\overline{Mn}$ of 3.5, a melting point of
135°C, a boiling trichloroethylene-insoluble content of 0% by
weight and a boiling n-pentane-soluble content of 0.2% by
weight.

25  Example 16

65

2008315

Example 12 was repeated except that the polymerization
was carried out under the total pressure of 7 kg/cm$^2$ G at
50°C for 1 hours using 1 mg atom in terms of Al atom of (iso-
C$_4$H$_9$)$_2$Al-O-Al(iso-C$_4$H$_9$)$_2$ as the organoaluminum oxy-compound

5  [B-2] and 0.5 mg atom in terms of Al atom of the
organoaluminum oxy-compound [B-1] to obtain 35.1 g of
isotactic polypropylene having [η] of 2.2 dl/g, Mw/Mn of 2.1,
a melting point of 132°C, a boiling trichloroethylene-
insoluble content of 0% by weight and a boiling n-pentane-

10  soluble content of 0.3% by weight.

Comparative Example 3

Example 16 was repeated except that the organoaluminum
oxy-compound [B-2] was not used to obtain 2.4 g of isotactic
polypropylene having [η] of 1.5 dl/g and a melting point of

15  130°C.

Example 17

A thoroughly nitrogen-purged 1 liter glass autoclave was
charged with 328 ml of toluene and 22 ml of 1-octane, and the
system was then elevated in temperature to 70°C while blowing

20  ethylene gas thereinto. Successively, to the autoclave were
added 0.4 mg atom in terms of Al atom of (iso-C$_4$H$_9$)$_2$Al-(O-
Al)$_2$-OAl(iso-C$_4$H$_9$)$_2$ as the organoaluminum oxy-compound [B-2],
                                                    |
iso-C$_4$H$_9$

EXHIBIT PAGE 000365

66

2008315

0.2 mg atom in terms of Al atom of the above-mentioned
organoaluminum oxy-compound [B-1] and 3 × 10$^{-3}$ mmol of
ethylenebis(indenyl)hafnium dichloride to initiate
polymerization. The polymerization was carried out at 70°C

5    for 30 minutes while continuously feeding ethylene gas to the
polymerization system to obtain 12.3 g of an ethylene/1-
octene copolymer having $\overline{Mw}/\overline{Mn}$ of 2.49, MFR$_2$ of 7.2 g/10 min,
MFR$_{10}$/MFR$_2$ of 9.3 and a density of 0.853 g/cm$^3$.

67                              2008315

What is claimed is:

1.    In ethylene copolymers composed of structural units (a)
derived from ethylene and structural units (b) derived from
5    α-olefin of 3 - 20 carbon atoms, the improvement which
resides in that the ethylene copolymers have

(A)    a density of 0.85 - 0.92 g/cm$^3$,

(B)    an intrinsic viscosity [η] as measured in decalin at
135°C of 0.1 - 10 dl/g,

10    (C)    a ratio ($\overline{Mw}/\overline{Mn}$) of a weight average molecular weight
($\overline{Mw}$) to a number average molecular weight ($\overline{Mn}$) as
measured by GPC of 1.2 - 4, and

(D)    a ratio ($MFR_{10}/MFR_2$) of $MFR_{10}$ under a load of 10 kg to
$MFR_2$ under a load of 2.16 kg at 190°C of 8 - 50.

15    2.    In a process for preparing ethylene copolymers, the
improvement which comprises copolymerizing ethylene and α-
olefin of 3 - 20 carbon atoms in the presence of a catalyst
so that the resulting copolymers have a density of 0.85 -
0.92 g/cm$^3$, said catalyst being composed of

20    (A)    a hafnium compound having as a ligand a multidentate
compound in which at least two groups selected from
among indenyl groups or substituted groups thereof are
linked together via lower alkylene groups or hafnium
compounds obtained by treating the above-mentioned

25    hafnium compounds with alkylsilylated silica gel, and

68

2008315

(B) an organoaluminum oxy-compound.

3.    In propylene random copolymers composed of structural
units (a) derived from propylene and structural units (b)
derived from α-olefin of 4 ~ 20 carbon atoms, the improvement

5    which resides in that the propylene random copolymers have

   (i)    the structural units (a) in an amount of 99 ~ 99 mol%
          and the structural units (b) in an amount of 1 ~ 10
          mol%,

   (ii)    an intrinsic viscosity [η] as measured in decalin at

10          135°C of 0.5 ~ 6 d./g,

   (iii)    a melting point [Tm] as measured by a differential
            scanning calorimeter falling within the range of
                 90 < Tm < 155 ~ 3.5 (100 - P)
            wherein P is the propylene content (mol%) present in

15           the copolymer,

   (iv)    a ratio ($\overline{M}w/\overline{M}n$) of a weight average molecular weight
           ($\overline{M}w$) to a number average molecular weight ($\overline{M}n$) as
           measured by gel permeation chromatography of less than
           3.5, and

20     (v)    a boiling trichloroethylene-insoluble content of less
              than 5% by weight.

     4.    In a process for preparing propylene random copolymers,
     the improvement which comprises copolymerizing propylene and
     α-olefin of 4 ~ 20 carbon atoms at a temperature of 40 ~

25    100°C in the presence of a catalyst so that the resulting

69                         2008315

copolymers have structural units (a) derived from propylene
in an amount of 90 - 99 mol% and structural units (b) derived
from α-olefin in an amount of 1 - 10 mol%, said catalyst
being formed from

5    [A]    a hafnium compound having as a ligand a multidentate
            compound in which at least two groups selected from
            among cycloalkadienyl groups or substituted groups
            thereof are linked together via lower alkylene groups,
            and

10   [B]    an organoaluminum oxy-compound.

     5.    In propylene random copolymers composed of structural
           units (a) derived from propylene, structural units (b)
           derived from ethylene and structural units (c) derived from
           α-olefin of 4 - 20 carbon atoms, the improvement which

15         resides in that the propylene random copolymers have
           (i)    the structural units (a) in an amount of 90 - 99 mol%,
                  the structural units (b) in an amount of 0.5 - 9.5
                  mol% and the structural units (c) in an amount of 0.5
                  - 9.5 mol%,

20         (ii)   an intrinsic viscosity [η] as measured in decalin at
                  135°C of 0.5 - 6 dl/g,
           (iii)  a melting point [Tm] as measured by a differential
                  scanning calorimeter falling within the range of
                  70 < Tm < 155 - 3.5 (100 - P)

70                        2008315

wherein P is the propylene content (mol%) present in
the copolymer, and

(iv)    a boiling trichloroethylene-insoluble content of less
than 5% by weight.

5   6.    In a process for preparing propylene random copolymers,
the improvement which comprises copolymerizing propylene,
ethylene and α-olefin of 4 - 20 carbon atoms in the presence
of a catalyst so that the resulting copolymers have
structural units (a) derived from propylene in an amount 90 -
10   99 mol%, structural units (b) derived from ethylene in an
amount of 0.5 - 9.5 mol% and structural units (c) derived
from α-olefin in an amount of 0.5 - 9.5 mol%, said catalyst
being formed from

[A]    a hafnium compound having as a ligand a multidentate
15        compound in which at least two groups selected from
among cycloalkadienyl groups or substituted groups
thereof are linked together via lower alkylene groups,
and

[B]    an organoaluminum oxy-compound.

20   7.    A heat sealing agent comprising the propylene random
copolymers as claimed in claim 3 or 5.

8.    An olefin polymerization catalyst formed from

[A]    a hafnium compound having as a ligand a multidentate
compound in which at least two groups selected from

71

2008315

among conjugated cycloalkadienyl groups or substituted
groups thereof are linked together via lower alkylene
groups,

[B]  an organoaluminum oxy-compound, and

5    [C]  an organoaluminum compound.

9.   An olefin polymerization catalyst formed from

[A]  a hafnium compound having as a ligand a multidentate
compound in which at least two groups selected from
among conjugated cycloalkadienyl groups or substituted

10    groups thereof are linked together via lower alkylene
groups,

[B]  an organoaluminum oxy-compound formed from tri-n-
alkylaluminum, and

[C]  an organoaluminum oxy-compound in which at least one

15    hydrocarbon group other than n-alkyl group has been
linked to Al atom.

Smart & Biggar
Ottawa, Canada
Patent Agents



2008315

FIG. 1

(A) Transition metal component

Hafnium compound having as a ligand a multidentate compound in which at least two groups selected from among conjugated cycloalkadienyl groups or substituted groups thereof are linked together via lower alkylene groups, or a treated product thereof.

(B) Organometallic component

Organoaluminum oxy-compound

Olefin copolymer

*Patent Agents*
*Smart & Biggar*

EXHIBIT PAGE 000372

2008315



FIG.2

2008315

## FIG.3

SPECIMEN



—PRESS PLATE
—ALUMINUM SHEET
—LUMILAR
—CAPTON
—LUMILAR
—ALUMINUM SHEET
—PRESS PLATE

## FIG.4



—CHUCK OF A TENSILE TESTER

HEAT-SEALED PORTION    —FILM

—CHUCK OF A TENSILE TESTER

EXHIBIT PAGE 000374

2008315



FIG.5