# EXHIBIT V

# PART 8



Europäisches Patentamt

(19) European Patent Office

Office européen des brevets



(11) Publication number : 0 447 035 A3

(12) EUROPEAN PATENT APPLICATION

(21) Application number : 91301167.2

(22) Date of filing : 13.02.91

(51) Int. Cl.⁵ : C08F 297/08

(30) Priority : 13.02.90 JP 32092/90
13.02.90 JP 32093/90

(43) Date of publication of application :
18.09.91 Bulletin 91/38

(84) Designated Contracting States :
AT BE CH DE DK ES FR GB GR IT LI LU NL SE

(88) Date of deferred publication of search report :
28.10.92 Bulletin 92/44

(71) Applicant : MITSUI PETROCHEMICAL
INDUSTRIES, LTD.
2-5, Kasumigaseki 3-chome Chiyoda-ku
Tokyo 100 (JP)

(72) Inventor : Tsutsui, Toshiyuki, c/o Mitsui
Petrochem. Ind. Ltd.
1-2 Waki 6-chome, Waki-cho
Kuga-gun, Yamaguchi 740 (JP)
Inventor : Ueda, Takashi, c/o Mitsui
Petrochemical Ind. Ltd.
1-2 Waki 6-chome, Waki-cho
Kuga-gun, Yamaguchi 740 (JP)

(74) Representative : Myerscough, Philip Boyd et al
J.A. Kemp & Co. 14 South Square, Gray's Inn
London WC1R 5LX (GB)

(54) Method for the preparation of ethylene polymer compositions.

(57)    The present invention provides a method for
the preparation of an ethylene polymer compo-
sition having a density of 0.86-0.94 g/cm³ and an
intrinsic viscosity [η] of 1-6 dl/g using an olefin
polymerization catalyst comprising a transition
metal compound containing a ligand having a
cycloalkadienyl skeleton and an organoalumi-
nium oxy-compound. A method for the prepa-
ration of an ethylene polymer composition
having density of 0.87-0.93 g/cm³ and an intrin-
sic viscosity [η] of 0.5-6 dl/g is also provided.

EP 0 447 035 A3

EP 0 447 035 A3



European Patent
Office

EUROPEAN SEARCH REPORT

Application Number

EP    91 30 1167

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.5) |
|---|---|---|---|
| A | EP-A-0 022 376 (MITSUI PETROCHEMICAL COMPANY LTD.) <br> * claim 1 * | 1,3 | C08F297/08 |
|  | ----- | | |
|  | | | **TECHNICAL FIELDS SEARCHED (Int. Cl.5)** |
|  | | | C08F <br> C08L |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| THE HAGUE | 21 AUGUST 1992 | SERRAVALLE M. |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another
    document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or
    after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding
    document

EPO FORM 1503 03.82 (P0401)

2

EXHIBIT PAGE 000377

**PCT**



WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: **WO 90/03414** |
|---|---|---|
| C08L 23/08 | A1 | (43) International Publication Date: 5 April 1990 (05.04.90) |

(21) International Application Number: PCT/US89/04259

(22) International Filing Date: 28 September 1989 (28.09.89)

(30) Priority data:
252,094     30 September 1988 (30.09.88) US

(60) Parent Application or Grant
(63) Related by Continuation
US     252,094 (CIP)
Filed on     30 September 1988 (30.09.88)

(71) Applicant (for all designated States except US): EXXON CHEMICAL PATENTS INC. [US/US]; 1900 East Linden Avenue, Linden, NJ 07036-0710 (US).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : STEHLING, Ferdinand, Christian [US/US]; 214 Post Oak, Baytown, TX 77520 (US). SPEED, Charles, Stanley [US/US]; 4 Tucker, Dayton, TX 77535 (US). WELBORN, Howard, Curtis, Jr. [US/US];

1952 Vermont Avenue, Houston, TX 77019 (US).

(74) Agent: KURTZMAN, Myron, B.; Exxon Chemical Company, P.O. Box 5200, Baytown, TX 77522-5200 (US).

(81) Designated States: AT (European patent), AU, BE (European patent), BR, CH (European patent), DE (European patent), DK, FI, FR (European patent), GB (European patent), HU, IT (European patent), JP, KR, LU (European patent), NL (European patent), NO, SE (European patent), SU, US.

Published
With international search report.

(54) Title: LINEAR ETHYLENE INTERPOLYMER BLENDS OF INTERPOLYMERS HAVING NARROW MOLECULAR WEIGHT AND COMPOSITION DISTRIBUTIONS

(57) Abstract

Linear ethylene interpolymer blends are disclosed. The blends are made from components having a narrow molecular weight distribution (e.g. $M_w/M_n \leq 3$) and a narrow composition distribution (e.g. CDBI > 50 %). The blend components in a blend can all have the same molecular weight but different comonomer contents, the same comonomer content but different molecular weights, or comonomer contents which increase with molecular weight. The blends have either $M_w/M_n$ > 3 or CDBI < 50 %, or both, and can be multimodal with respect to either both molecular weight and/or comonomer content. The blends are generally free of blend components having both a higher average molecular weight and a lower average comonomer content than another blend component. The blends can have improved mechanical, physical and/or chemical properties.





---

### *FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | FR | France | ML | Mali |
| AU | Australia | GA | Gabon | MR | Mauritania |
| BB | Barbados | GB | United Kingdom | MW | Malawi |
| BE | Belgium | HU | Hungary | NL | Netherlands |
| BG | Bulgaria | IT | Italy | NO | Norway |
| BJ | Benin | JP | Japan | RO | Romania |
| BR | Brazil | KP | Democratic People's Republic | SD | Sudan |
| CF | Central African Republic | | of Korea | SE | Sweden |
| CG | Congo | KR | Republic of Korea | SN | Senegal |
| CH | Switzerland | LI | Liechtenstein | SU | Soviet Union |
| CM | Cameroon | LK | Sri Lanka | TD | Chad |
| DE | Germany, Federal Republic of | LU | Luxembourg | TG | Togo |
| DK | Denmark | MC | Monaco | US | United States of America |
| FI | Finland | MG | Madagascar | | |

EXHIBIT PAGE 000379

WO 90/03414                                    PCT/US89/04259

- 1 -

LINEAR ETHYLENE INTERPOLYMER BLENDS OF INTERPOLYMERS HAVING
NARROW MOLECULAR WEIGHT AND COMPOSITION DISTRIBUTIONS

SPECIFICATION

Field of the Invention

The present invention relates to polymer blends of
crystalline interpolymers, such as LLDPE, and more
particularly to blends of such interpolymers wherein each
5   blend component has a narrow molecular weight distribution
and a narrow composition distribution selected to obtain
superior properties in the blend.

Background of the Invention

Various types of polyethylene are known in the art.
10  Low density polyethylene ("LDPE") is generally prepared at
high pressure using free radical initiators and typically
has a density in the range of 0.915-0.940 g/cm$^3$.  LDPE is
also known as "branched" polyethylene because of the
relatively large number of long chain branches extending
15  from the main polymer backbone.

High density polyethylene ("HDPE") usually has a
density in the range of greater than 0.940 to 0.960 g/cm$^3$.
HDPE is prepared using a coordination catalyst, e.g.
Ziegler-Natta type catalysts, at low or moderate
20  pressures, but sometimes at high pressure.  HDPE is

EXHIBIT PAGE 000380

WO 90/03414                                    PCT/US89/04259

-2-

generally linear without any substantial side chain
branching. HDPE is a substantially crystalline polymer.

　　　Linear, low density polyethylene ("LLDPE") is
generally prepared in the same manner as HDPE, but

5　　incorporates a relatively minor amount of an α-olefin
comonomer such as butene, hexene or octene to introduce
enough short chain branches into the otherwise linear
polymer to reduce the density of the resultant polymer
into the range of that of LDPE. The coordination

10　　catalysts used to interpolymerize ethylene and the
α-olefin generally produce an LLDPE with a relatively
broad weight molecular weight distribution, i.e., Mw/Mn
greater than about 3. Such LLDPE's also have relatively
broad composition distribution in that the proportion of α-olefin

15　　comonomer molecules incorporated into the polymer
molecules varies. Generally, the lower molecular weight
polymer molecules contain a relatively higher proportion
of the α-olefin comonomer than the higher molecular weight
polymer molecules.

20　　　　A polyethylene such as LLDPE having a broad molecular
weight distribution is undesirable in many respects,
depending on the desired end use application. For
example, LLDPE resins known in the prior art containing
relatively high molecular weight molecules are subject to

25　　orientation which results in anisotropic properties in the
machine versus transverse direction of a fabrication
process. On the other hand, resins containing relatively
lower molecular weight molecules, in which the comonomer
is invariably concentrated, tend to exhibit high block and

30　　tackiness. These lower molecular weight, highly branched
molecules interfere with the proper function of certain
additives compounded in the resin, increase the percentage
of extractable polymer, and increase fouling in the
polymerization plant. The relatively high α-olefin

35　　comonomer content of these low molecular weight polymer
molecules causes such polymer molecules to be generally

EXHIBIT PAGE 000381

-3-

amorphous and to exude to the surface of fabricated parts,
thereby producing an undesirable sticky surface.

Prior art polyethylenes such as LLDPE also generally
tend to have a very broad, nonuniform distribution of
5   comonomer content, i.e. some polymer molecules have a
relatively high α-olefin comonomer content while others
have a relatively low content.  Generally, the polymer
molecules of low comonomer content are relatively more
crystalline and have a high melting temperature, whereas
10  the high comonomer content polymer molecules are more
amorphous and melt at a lower temperature.  The presence
of a higher melting component is disadvantageous in many
applications, for example where softness or clarity is
desired.  On the other hand, the presence of a lower
15  melting component frequently results in a high quantity of
extractables, which limit food contact applications.

Prior art blends of polyethylenes designed to improve
one or more of the properties of the blend relative to its
blend components or prior art polyethylene have also
20  suffered from the drawbacks mentioned above.  For example,
incorporating a blend component with a high average
comonomer content to reduce crystallizability generally
results in an increase of extractables and adversely
affects other properties so that the full advantage of the
25  blend is not realized.  Thus, there is a need to provide
ethylene interpolymer blends with superior properties and
in which the full advantages of blending may be realized.

Summary of the Invention

The present invention provides a blend of ethylene
30  interpolymer components with narrow molecular weight and
composition distributions selected to obtain an overall
molecular weight and composition distribution in the
resulting blend to impart superior properties thereto.
Broadly, the blends of this invention comprise a plurality
35  of linear ethylene interpolymer components wherein each
component has a $M_w/M_n$ value less than or equal to 3 and a
composition distribution breadth index (as later

EXHIBIT PAGE 000382

WO 90/03414                                    PCT/US89/04259

-4-

described) of 50% or higher.  The blend is substantially
free of blend components having both a higher average
molecular weight and a lower average comonomer content
than that of any other polyethylene component in the
5    blend.  The components for the blend can be selected so
that the resultant blend has plural modality with respect
to molecular weight distribution, comonomer content, or
both.

     In another aspect, the components for the blend are
10   linear ethylene interpolymers having the narrow molecular
weight and composition distributions mentioned above and
the blend components are selected from one of the groups
consisting of: (1) linear ethylene interpolymer blend
components having substantially the same average molecular
15   weight but different average comonomer contents; (2)
linear ethylene interpolymer blend components having
substantially the same average comonomer content but
different average molecular weights; and (3) linear
ethylene interpolymer blend components having different
20   average molecular weights and comonomer contents in which
the blend components, taken serially in order of
increasing average molecular weight, have an increasing
comonomer content.

     In still another aspect, the linear ethylene
25   interpolymer blend components have the narrow molecular
weight and composition distribution mentioned above, and
for the linear ethylene interpolymer blend components
taken serially in order of increasing average molecular
weight, then each succeeding component has substantially
30   the same or a higher average comonomer content than each
preceding component in said series.

     In another aspect, the invention provides a linear
ethylene interpolymer having plural modality with respect
to comonomer content, a narrow molecular weight
35   distribution such that $M_w/M_n \leq 3$ and an overall
composition distribution breadth index less than 50%.

EXHIBIT PAGE 000383

WO 90/03414                                    PCT/US89/04259

-5-

In still another aspect, the invention provides a
linear ethylene interpolymer having plural modality with
respect to molecular weight so that the blend has broad
overall molecular weight distribution such that $M_w/M_n \cdot > 3$
5    and a composition distribution breadth index greater than
or equal to 50%.

In still another aspect, the invention provides a
linear ethylene interpolymer of plural modality with
respect to both comonomer content and molecular weight,
10   comprising a plurality of components having a narrow
molecular weight distribution such that $M_w/M_n \lesssim 3$ for each
fraction and each component taken serially in order of
increasing average molecular weight, has an increasing
average comonomer content.

15       In a still further aspect of the invention, there is
provided a linear ethylene interpolymer blend of plural
modality with respect to both comonomer content and
molecular weight which comprises a plurality of components
having a composition distribution breadth index of 50% or
20   more, wherein the components taken serially in order of
increasing comonomer content, have an increasing average
molecular weight.

Brief Description of the Drawings
Fig. 1 is a schematic illustration of different
25   blends made from poly(ethylene-co-α-olefin) blend
components having narrow molecular weight and composition
distributions.
Fig. 2 illustrates the broad molecular weight
distribution and broad composition distribution of a
30   typical prior art LLDPE.
Fig. 3 illustrates the narrow molecular weight
distribution and narrow composition distribution of an
exemplary blend component used in the present invention.
Fig. 4 illustrates the molecular weight distribution
35   and composition distribution of an exemplary LLDPE blend
according to an embodiment of the invention in which the

EXHIBIT PAGE 000384

-6-

blend components have about the same molecular weight but
differing comonomer contents.

    Fig. 5 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
5   according to another embodiment of the invention in which
the blend components have about the same comonomer content
but differing molecular weights.

    Fig. 6 illustrates the molecular weight distribution
and composition distribution of an exemplary LLDPE blend
10  according to yet another embodiment of the invention in
which the conomoner contents of the blend components
increases as the molecular weight increases.

Description of the Preferred Embodiments

    The linear ethylene interpolymer blend components in
15  the present invention are higher interpolymers of a major
proportion of ethylene and a minor proportion of
comonomer. The ethylene is generally polymerized in a
proportion of 70-100, typically 70-97, and often 70-80,
80-90 or 90-95, mole percent of the interpolymerized
20  monomers with 0-30, typically 3-30, and often 20-30, 10-20
or 5-10, mole percent comonomer. Contemplated blend
components generally include elastomer blend components in
the density range of about 0.85-0.900 $g/cm^3$, very low
density polyethylene blend components in the density range
25  of about 0.900-0.915 $g/cm^3$, and linear, low density
polyethylene blend components in the density range of
about 0.915-0.940 $g/cm^3$. Ethylene interpolymers having a
density in the high density polyethylene range above about
0.940 $g/cm^3$ are also contemplated as being suitably
30  employed in the invention.

    Suitable comonomers interpolymerized with the
ethylene to obtain the ethylene interpolymer blend
components herein generally include monomers which may be
copolymerized with ethylene to obtain the molecular weight
35  distribution and comonomer distribution desired in the
blend component. A preferred class of comonomers are the

EXHIBIT PAGE 000385

WO 90/03414                                    PCT/US89/04259

-7-

α-olefins having 3 to about 12 carbon atoms, such as
propylene,     1-butene,     1-pentene,     1-hexene,
3-methyl-1-pentene,    4-methyl-1-pentene,    1-octene,
1-decene, 1-dodecane and the like.    Other suitable
5   comonomers include vinyl cyclohexane, norbornene, vinyl
cyclohexene,  and  other  diene  comonomers  such  as
1,3-butadiene,    1,4-hexadiene,    4-methyl-1,4-hexadiene,
5-methyl-1,4-hexadiene, 1,5-hexadiene and the like.   The
ethylene interpolymer may include one or more of such
10   comonomers, i.e. it may be a copolymer, terpolymer, etc.
    The molecular weight of the LLDPE blend components
may range from one thousand to one million or more
depending on the particular end use, preferably $10^4$-$10^6$,
and especially $2 \times 10^4$ - $5 \times 10^5$.   As used herein, the
15   terms "average molecular weight" and "molecular weight"
refer to weight average molecular weight unless otherwise
indicated.   The linear polyethylene blend components
preferably have a narrow molecular weight distribution
(MWD).   By "narrow MWD" is meant that the ratio of the
20   weight average molecular weight ($M_w$) to the number average
molecular weight ($M_n$) is less than or equal to 3.0.
Particularly preferred are the linear polyethylene blend
components having a very narrow MWD, i.e. $M_w/M_n$ less than
or equal to 2.5, and especially less than or equal to 2.0.
25   Molecular weight distributions of ethylene interpolymers
are readily determined by techniques known in the art,
such as, for example, size exclusion chromatography.
    The linear polyethylene blend components preferably
have a composition distribution (CD) such that the
30   composition distribution breadth index (CDBI) is at least
50%.   The CDBI is defined as the weight percent of the
copolymer molecules having a comonomer content within 50
percent of the median total molar comonomer content.   The
CDBI of linear polyethylene, which does not contain a
35   comonomer, is defined to be 100%.   The CDBI of a copolymer
is readily calculated from data obtained from techniques
known in the art, such as, for example, temperature rising

EXHIBIT PAGE 000386

-8-

elution fractionation as described, for example, in U.S.
Patent Application Serial No. 151,350 or in Wild et al.,
J. Poly. Sci, Poly. Phys. Ed., vol. 20, p. 441 (1982).
Unless otherwise indicated, terms such as "comonomer
5    content", "average comonomer content" and the like refer
to the bulk comonomer content of the indicated
interpolymer blend, blend component or fraction on a molar
basis.

      A graphical illustration of an exemplary narrow MWD,
10   narrow CD blend component is seen in Fig. 3. In this
three-dimensional figure, the Y-axis is the molecular
weight, the X-axis is the molar comonomer content, and the
Z-axis represents the incidence or weight proportion of
molecules. As can be seen, the MWD and the CD of the
15   blend component are narrow and appear as relatively sharp
peaks in Fig. 3. In contrast, the MWD/CD diagram for a
typical conventional LLDPE seen in Fig. 2 shows a broad
MWD and a broad CD, and the comonomer content tends to
decrease as the molecular weight increases.

20         In the blends of the present invention, one or more
of the properties of the blend are improved by appropriate
selection of narrow MWD, narrow CD blend components. In
one embodiment, for example, tear strength may be
controlled by blending linear polyethylene resins having
25   about the same average molecular weight but with different
average comonomer contents. Such a blend is illustrated
as line B in Fig. 1. In another embodiment, the comonomer
contents of the linear polyethylene blend components are
the same, but molecular weights are varied, as illustrated
30   by line C in Fig. 1. In still further embodiments
illustrated by lines D, E and F in Fig. 1, the blend
components taken serially in order of increasing molecular
weight, or in order of increasing molar comonomer content,
have the same or higher comonomer content or molecular
35   weight, respectively.

      As used herein, two or more blend components have
substantially the same molecular weight if the resulting

EXHIBIT PAGE 000387

MWD of the blend thereof is similarly narrow to the MWD of
each blend component, i.e. the value of $M_w/M_n$ of the
resulting blend is less than or equal to about 3.0,
preferably less than about 2.5. Conversely, two or more
5  blend components have a different average molecular weight
if the overall $M_w/M_n$ of the resulting blend is relatively
greater than for each such blend component, i.e., the
$M_w/M_n$ of the blend is greater than 3.0. As used herein,
two or more blend components have a different comonomer
10  content if the overall CDBI of the resulting blend is
relatively less than that of each such blend component,
i.e., the overall CDBI of the blend is less than 50%.
Conversely, two or more blend components have
substantially the same molar comonomer content if the
15  resulting CD of the blend thereof is similarly narrow with
respect to each blend component, i.e., the resulting blend
has a CDBI of 50% or greater. It is readily appreciated
that the CD and MWD of a blend can depend on the relative
proportions of each blend component employed therein.
20  It is specifically contemplated that blend components may
have the "same" molecular weight for purposes of one
blend, but not for the purpose of another blend, e.g.
wherein the components would result in the blend having an
MWD less than or greater than 3.0 depending on the
25  proportion of each blend component. Similarly, blend
components may have a "different" comonomer content for
purposes of one blend, but not for the purposes of another
blend, e.g. wherein the components would result in the
final blend having CDBI less than or greater than 50%
30  depending on the proportion of each blend component.
      The molecular weight and composition distribution of
a bimodal blend of the invention is illustrated
graphically in Fig. 4. It is seen from this MWD/CD
diagram that the comonomer content of each of the blend
35  components is different, while the molecular weight of
each blend component is about the same. This blend
corresponds to line B of Fig. 1. In contrast, a similar

EXHIBIT PAGE 000388

WO 90/03414                                    PCT/US89/04259

-10-

graph for typical conventional LLDPE is seen in Fig. 2,
and line A of Fig. 1, and shows that the lower molecular
weight fractions contain more of the comonomer than the
higher molecular weight fractions.  The lower molecular
5    weight molecules which contain relatively high comonomer
concentrations as in this conventional LLDPE can cause
undesirable effects such as poor surface properties, high
block and tackiness, cling development, high levels of
extractables, and fouling of polymerization plants.  In
10   the present invention, such effects are minimized and
properties are enhanced by providing blends of the type
illustrated in Curve B, C, D, E, and F.

As an example of the embodiment of Curve B, it has
been found that a 50-50 blend of a first LLDPE having a
15   6.4 mole% 1-butene content and a $M_w$ of 80,400 ($M_w/M_n$ = 2.3;
CDBI = ~67%; MI 4.0 dg/min; density 0.9042 g/cm$^3$) with a
HDPE having a 0.0 mole% 1-butene content and a $M_w$ of
76,700 ($M_w/M_n$ = 2.8; CDBI = ~100%; MI 5.0 dg/min; density
0.9552 g/cm$^3$) has an Elmendorf tear strength of 210 g/mil,
20   synergistically enhanced in contrast to the tear strengths
of 111 and 48 g/mil for the respective first and second
blend components.  Further, a 25-75 blend of these same
components has a further enhanced Elmendorf tear strength
of 227 g/mil.  This result is quite surprising and
25   unexpected because including a higher proportion of the
second LLDPE resin with the lower tear strength in the
blend increases the tear strength of the resulting blend,
rather than decreasing the tear strength as would be
expected.

30   In another embodiment exemplified in Fig. 5 and line
C of Fig. 1, a multimodal MWD is obtained by blending
linear polyethylene components having narrow molecular
weight and composition distributions, and about the same
comonomer content, but differing molecular weights.  The
35   molecular weight distribution of such blends improves the
melt processability and rheological characteristics
thereof, for example, high extrusion rates, high bubble

EXHIBIT PAGE 000389

-11-

stability, high shear sensitivity, reduced draw resonance.
On the other hand, the optical properties of mechanical,
surface and individual blend components are generally
substantially retained or improved in the blend thereof,
5    including, for example tear strength, modulus, yield
strength, reduced blocking, clarity, gloss, haze and the
like. Moreover, such blends have lower portions of
soluble molecules than prior art copolymers having similar
molecular weight distribution. Desirable molecular weight
10   and composition distributions may be obtained by blending
different components, or by polymerization of the blend
components simultaneously in the same reactor or in
multiple reactors.

The higher molecular weight fraction containing
15   relatively less comonomer as in conventional LLDPE may
cause an anisotropic morphology during fabrication
processing known as "row nucleated" or "shish-ka-bob"
morphology. This anisotropic morphology is believed to
contribute to poor toughness in articles crystallized from
20   flowing melts. In the present invention, the anisotropy
may be minimized by providing a blend with lower
concentrations of such higher molecular weight molecules
with a relatively low comonomer content and by
incorporating the comonomer in the blend components as
25   indicated in blend B, C, D, E and F.

In another embodiment as exemplified by Fig. 5 and
line D of Fig. 1, the blend includes components having
narrow molecular weight and composition distributions, but
differing average molecular weights and average comonomer
30   contents. However, in contrast to conventional LLDPE as
illustrated in line A of Fig. 1 and in Fig. 2, the blend
of this embodiment has a greater comonomer content in the
higher molecular weight fractions or blend components than
in the lower molecular weight fractions or blend
35   components. These distributions are obtained, for
example, by blending narrow MWD, narrow CD linear
polyethylene resins which, taken serially in order of

EXHIBIT PAGE 000390

-12-

increasing molecular weight, have an increasing comonomer
content.  It is also contemplated that the blend may
include two or more blend components having the same
molecular weight as illustrated by line F in Fig. 1, in
5    which case such components would be included in the serial
ordering secondarily in order of their increasing average
comonomer content.  Also, the presence of two or more
blend components having the same comonomer content is also
contemplated as being within the purview of this
10   embodiment, as illustrated by line E in Fig. 1, provided
that there is included either at least one blend component
having a higher comonomer content and molecular weight or
at least one blend component having a lower comonomer
content and lower molecular weight than any of the blend
15   components having the same comonomer content.  In this
embodiment, the blend is preferably substantially free of
blend components having both a higher molecular weight and
a lower comonomer content than any component present in
the blend.

20        Such a blend has properties which are significantly
different from prior art blends and conventional LLDPE
resins in which the comonomer content generally decreases
in proportion to increasing molecular weight components or
fractions.  The isotropy and toughness of films made from
25   such blends are improved by minimizing the anisotropic
shish-ka-bob or row-nucleated morphology ordinarily caused
by a low concentration of comonomers present in the higher
molecular weight molecules in conventional LLDPE resins.
Moreover, such blends have desirable properties such as,
30   for example, reduced blocking, reduced coefficients of
friction, and lower extractables, in comparison to
conventional LLDPE resins.

        The linear polyethylene blend components of the
invention may be prepared by use of catalyst systems of
35   the metallocene type known to provide narrow CD/MWD
resins.  Cyclopentadienylide catalyst systems using a
metallocene complex in conjunction with an alumoxane

EXHIBIT PAGE 000391

WO 90/03414                                    PCT/US89/04259

-13-

cocatalyst or reaction product thereof are suitable for
preparing the polymer components utilized in the blends of
the invention.   The metallocene catalyst may be
represented by the general formula $(C_p)_m MR_n R'_p$ wherein $C_p$

5    is a substituted or unsubstituted cyclopentadienyl ring; M
is a Group IVB, or VB transition metal; R and R' are
independently selected halogen, hydrocarbyl group, or
hydrocarboxyl groups having 1-20 carbon atoms; m = 1-3,
n = 0-3, p = 0-3, and the sum of m + n + p equals the

10   oxidation state of M.   Various forms of the catalyst
system of the metallocene type may be used for
polymerization to prepare the polymer components of the
present invention including those of the homogenous or the
heterogeneous, supported catalyst type wherein the

15   catalyst and alumoxane cocatalyst are together supported
or reacted together onto an inert support for
polymerization by gas-phase, high pressure, slurry, or
solution polymerization.
     The cyclopentadienyls of the catalyst may be

20   unsubstituted or substituted with hydrogen or hydrocarbyl
radicals.  The hydrocarbyl radicals may include alkyl,
alkenyl, aryl, alkylaryl, arylalkyl, and like radicals
containing from about 1-20 carbon atoms or where 2 carbon
atoms of cyclopentadienyl are joined together to form a

25   $C_4$-$C_6$ ring.  Exemplary hydrocarbyl radicals include
methyl, ethyl, propyl, butyl, amyl, isoamyl, hexyl,
isobutyl, heptyl, octyl, nonyl, decyl, cetyl,
2-ethylhexyl, phenyl and the like.  Exemplary halogen
substituents include chlorine, bromine, flourine and

30   iodine.  Of these halogen atoms, chlorine is preferred.
Exemplary hydrocarboxy radicals are methoxy, ethoxy,
propoxy, butoxy, amyloxy and the like.  Illustrative, but
non-limiting examples of the metallocene catalyst useful
in preparing the polymers of the present invention include

35   bis(cyclopentadienyl)titanium dimethyl,
bis(cyclopentadienyl)titanium diphenyl,

WO 90/03414                                    PCT/US89/04259

-14-

bis(cyclopentadienyl)zirconium dimethyl,
bis(cyclopentadienyl)zirconium diphenyl,
bis(cyclopentadienyl)hafnium dimethyl and diphenyl,
bis(cyclopentadienyl)titanium di-neopentyl,
5    bis(cyclopentadienyl)zirconium di-neopentyl,
bis(cyclopentadienyl)titanium dibenzyl,
bis(cyclopentadienyl)zirconium dibenzyl,
bis(cyclopentadienyl)vanadium dimethyl; the mono alkyl
metallocenes such as bis(cyclopentadienyl)titanium methyl
10   chloride, bis(cyclopentadienyl)titanium ethyl chloride,
bis(cyclopentadienyl)titanium phenyl chloride,
bis(cyclopentadienyl)zirconium methyl chloride,
bis(cyclopentadienyl)zirconium ethyl chloride,
bis(cyclopentadienyl)zirconium phenyl chloride,
15   bis(cyclopentadienyl)titanium methyl bromide,
bis(cyclopentadienyl)titanium methyl iodide,
bis(cyclopentadienyl)titanium ethyl bromide,
bis(cyclopentadienyl)titanium ethyl iodide,
bis(cyclopentadienyl)titanium phenyl bromide,
20   bis(cyclopentadienyl)titanium phenyl iodide,
bis(cyclopentadienyl)zirconium methyl bromide,
bis(cyclopentadienyl)zirconium methyl iodide,
bis(cyclopentadienyl)zirconium ethyl bromide,
bis(cyclopentadienyl)zirconium ethyl iodide,
25   bis(cyclopentadienyl)zirconium phenyl bromide,
bis(cyclopentadienyl)zirconium phenyl iodide; the trialkyl
metallocenes such as cyclopentadienyltitanium trimethyl,
cyclopentadienyl zirconium triphenyl, and cyclopentadienyl
zirconium   trineopentyl,   cyclopentadienylzirconium
30   trimethyl, cyclopentadienylhafnium triphenyl,
cyclopentadienylhafnium trineopentyl, and
cyclopentadienylhafnium trimethyl.
    Other metallocenes which may be usefully employed to
prepare the polymer components of the invention include
35   the monocyclopentadienyls titanocenes such as,
pentamethylcyclopentadienyl titanium trichloride,

-15-

pentaethylcyclopentadienyl titanium trichloride;
bis(pentamethylcyclopentadienyl) titanium diphenyl, the
carbene represented by the formula
bis(cyclopentadienyl)titanium=$CH_2$ and derivatives of this
5    reagent such as bis(cyclopentadienyl)Ti=$CH_2$.Al($CH_3$)$_3$,
($Cp_2$Ti$CH_2$)$_2$,    $Cp_2$Ti$CH_2$CH($CH_3$)$CH_2$,    $Cp_2$Ti-CH$CH_2$CH$_2$;
substituted bis(cyclopentadienyl)titanium (IV) compounds
such as: bis(indenyl)titanium diphenyl or dichloride,
bis(methylcyclopentadienyl)titanium diphenyl or dihalides;
10   dialkyl,    trialkyl,    tetra-alkyl    and    penta-alkyl
cyclopentadienyl    titanium    compounds    such    as
bis(1,2-dimethylcyclopentadienyl)titanium    diphenyl    or
dichloride,    bis(1,2-diethylcyclopentadienyl)titanium
diphenyl or dichloride and other dihalide complexes;
15   silicon,    phosphine,    amine    or    carbon    bridged
cyclopentadiene    complexes,    such    as    dimethyl
silyldicyclopentadienyl titanium diphenyl or dichloride,
methyl phosphine dicyclopentadienyl titanium diphenyl or
dichloride, methylenedicyclopentadienyl titanium diphenyl
20   or dichloride and other dihalide complexes and the like.
     Additional zirconocene catalysts useful according to
the    present    invention    include    bis(cyclopentadienyl)
zirconium    dimethyl;    bis(cyclopentadienyl)    zirconium
dichloride, bis(cyclopentadienyl) zirconium
25   methylchloride,    pentamethylcyclopentadienyl    zirconium
trichloride, pentaethylcyclopentadienyl zirconium
trichloride,    bis(pentamethylcyclopentadienyl)zirconium
diphenyl, the alkyl substituted cyclopentadienes, such as
bis(ethylcyclopentadienyl)zirconium dimethyl,
30   bis(β-phenylpropylcyclopentadienyl)zirconium    dimethyl,
bis(methylcyclopentadienyl)zirconium dimethyl,
bis(n-butyl-cyclopentadienyl)zirconium dimethyl,
bis(cyclohexylmethylcyclopentadienyl)zirconium    dimethyl,
bis(n-octyl-cyclopentadienyl)zirconium dimethyl, and
35   haloalkyl and dihalide complexes of the above; di-alkyl,
trialkyl, tetra-alkyl, and penta-alkyl cyclopentadienes,
such    as    bis(pentamethylcyclopentadienyl)zirconium

-16-

di-methyl,    bis(1,2-dimethylcyclopentadienyl)zirconium
dimethyl and dihalide complexes of the above; silicon,
phosphorus, and carbon bridged cyclopentadiene complexes
such as dimethylsilyldicyclopentadienyl zirconium dimethyl
5    or dihalide, and methylene dicyclopentadienyl zirconium
dimethyl or dihalide, and methylene dicyclopentadienyl
ethylene bridged bis(tetrahydroindenyl) zirconium dimethyl
or dihalide, carbenes represented by the formula
$Cp_2Zr=CHP(C_6H_5)_2CH_3$, and derivatives of these compounds
10   such as $Cp_2\overline{ZrCH_2CH(CH_3)CH_2}$.

        Bis(cyclopentadienyl)hafnium dichloride,
bis(cyclopentadienyl)vanadium dichloride and the like are
illustrative of other metallocenes.

        The alumoxanes are polymeric aluminum compounds which
15   can be represented by the general formulae $(R-Al-O)_n$ which
is a cyclic compound and $R(R-Al-O-)_nAlR_2$, which is a
linear compound. In the general formula R is a $C_1-C_5$
alkyl group such as, for example, methyl, ethyl, propyl,
butyl and pentyl and n is an integer from 2 to about 20.
20   Generally, in the preparation of alumoxanes from, for
example, aluminum trimethyl and water, a mixture of the
linear and cyclic compounds is obtained.

        The alumoxane can be prepared in various ways.
Preferably, they are prepared by contacting water with a
25   solution of aluminum trialkyl, such as, for example,
aluminum trimethyl, in a suitable organic solvent such as
benzene or an aliphatic hydrocarbon. For example, the
aluminum alkyl is treated with water in the form of a
moist solvent. In an alternative method, the aluminum
30   alkyl such as aluminum trimethyl can be desirably
contacted with a hydrated salt such as hydrated copper
sulfate.

        Preferably, the alumoxane is prepared in the presence
of a hydrated ferrous sulfate as described in U.S. Patent
35   4,665,208. The method comprises treating a dilute
solution of aluminum trimethyl in, for example, toluene,
with ferrous sulfate represented by the general formula

EXHIBIT PAGE 000395

-17-

$FeSO_4.7H_2O$. The ratio of ferrous sulfate to aluminum
trimethyl is desirably about 1 mole of ferrous sulfate for
6 to 7 moles of aluminum trimethyl. The reaction is
evidenced by the evolution of methane.

5      The ratio of aluminum in the alumoxane to total metal
in the metallocenes can be in the range of about 0.5:1 to
about 10,000:1, and preferably about 5:1 to about 1000:1.

Various inorganic oxide supports may be used for
supported catalyst systems to prepare interpolymers and
10    blend components of the present invention. The
polymerization is generally carried out in the temperature
range of about 0-160°C, or even higher, but this range is
not meant to be exclusive for preparing the interpolymer
and blend components of the invention, which may be
15    prepared by any technique resulting in the structure set
forth. Atmospheric, sub-atmospheric, or super-atmospheric
pressure conditions have been used for the polymerization
using the metallocene catalyst described above. It is
generally preferred to use catalyst compositions at a
20    concentration so as to provide from about 1 ppm to about
5000 ppm, most preferably 10 ppm to 300 ppm, by weight of
transition metal based on the weight of monomers in the
polymerization of the ethylene polymers.

A slurry polymerization process generally uses
25    super-atmospheric pressures and temperatures in the range
of 40-110°C. In a slurry polymerization, a suspension of
solid, particulate polymer is formed in a liquid
polymerization medium to which ethylene and comonomers and
often hydrogen along with catalyst are added. The liquid
30    employed in the polymerization medium can be alkane or
cycloalkane, or an aromatic hydrocarbon such as toluene,
ethylbenzene or xylene. The medium employed should be
liquid under the conditions of polymerization and
relatively inert. Preferably, hexane or toluene is
35    employed.

In a modification, the polymer components of the
present invention may be formed by gas-phase

EXHIBIT PAGE 000396

-18-

polymerization.    A  gas-phase  process  utilizes
super-atmospheric pressure and temperatures in the range
of about 50°-120°C.  Gas-phase polymerization can be
performed in a stirred or fluidized bed of catalyst and
5    product particles in a pressure vessel adapted to permit
the separation of product particles from unreacted gases.
Thermostated ethylene, comonomer, hydrogen and an inert
diluent gas such as nitrogen can be introduced or
recirculated so as to maintain the particles at a
10    temperature of 50°-120°C.  Triethylaluminum may be added
as needed as a scavenger of water, oxygen, and other
adventitious impurities.  Polymer product can be withdrawn
continuously or semi-continuously at a rate such as to
maintain a constant product inventory in the reactor.
15    After polymerization and deactivation of the catalyst, the
product polymer can be recovered by any suitable means.
In commercial practice, the polymer product can be
recovered directly from the gas phase reactor, freed of
residual monomer with a nitrogen purge, and used without
20    further deactivation or catalyst removal.  The polymer
obtained can be extruded into water and cut into pellets
or  other  suitable  comminuted  shapes.    Pigments,
antioxidants and other additives may be added to the
polymer, as is known in the art.
25        The blends of the present invention are prepared by
blending the desired components in the desired proportions
using conventional blending, techniques and apparatus,
such as, for example, screw-type extruders, Banbury
mixers, and the like.  Alternatively, the blends may be
30    made by direct polymerization, without isolation of the
blend components, using, for example, two or more
catalysts in one reactor, or by using a single catalyst
and two or more reactors in series or parallel.  The blend
may also be compounded with various conventional additives
35    known in the art such as, for example, antioxidants, UV
stabilizers, pigments, fillers, slip additives, block
additives, and the like.  The blend preferably does not

WO 90/03414                                   PCT/US89/04259

-19-

contain any blend components in proportions which would
significantly adversely affect any improved properties
desired to be obtained by blending the LLDPE resins.

The invention is illustrated by way of the following
5   examples:

### Example 1

An ethylene homopolymer resin, identified as '006,
having characteristics shown in Table 1, was prepared in a
gas phase reactor employing a silica supported transition
10   metal catalyst described below.

The gas phase reaction was carried out at 185°F
reaction temperature, 195 psi ethylene pressure, a
hydrogen/ethylene mole ratio of 0.00041, and a residence
time of 2 hours. A second polymer, an ethylene/butene-1
15   copolymer identified as '013, having characteristics shown
in Table 1 was prepared in the gas phase reactor using the
same supported catalyst as described below. The gas phase
reaction was carried out at 140°F reactor temperature, 195
psi ethylene pressure, a hydrogen/ethylene mole ratio of
20   0.00061, a butene-1/ethylene mole ratio of 0.123, and a
residence time of 2 hours.

The silica supported transition metal catalyst was
obtained as follows:

100 grams of high surface area (Davison 952) silica,
25   dehydrated in a flow of dry nitrogen at 800°C for 5 hours,
was slurried with 500 cc of toluene at 25°C under nitrogen
in a 2500 cc round-bottom flask using a magnetic stirrer.
250 cc of methyl alumoxane in toluene (1.03 mole/liter in
aluminum) was added dropwise over 15 minutes with constant
30   stirring to the silica slurry. Stirring was continued for
30 minutes while maintaining the temperature at 25°C. To
the alumoxane treated silica slurry was added dropwise
over 15 minutes, with constant stirring 250.0 cc of
toluene solution containing 2.00 grams of
35   bis(n-butylcyclopentadienyl)zirconium dichloride. This
slurry was stirred an additional one half hour while
maintaining the temperature at 65°C and thereafter the

EXHIBIT PAGE 000398

WO 90/03414                                    PCT/US89/04259

-20-

toluene was decanted and the solids recovered and dried in
vacuo for 4 hours.  Analysis of the catalyst indicated
that it contained 4.5 wt% aluminum and 0.63 wt% zirconium.

5      Resins '006 and '013 were then intensively mixed at
360°F in equal proportions in a Banbury melt blender along
with 1000 ppm each of the stabilizers Irganox 1076 and
Irgafos 168.  The molten blend from the Banbury was
transferred to a roll mill, made into a thin sheet and
then cooled to room temperature.  The cold sheet was then
10     chopped into approximately 1/8 inch chips.
Characteristics of this blend, identified as Blend B1, are
given in Table 1.

Compression molded sheets, five thousandth of an inch
in thickness, were prepared by melting the chopped blend
15     at 160°C in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature at a rate of 15°C per minute.  Properties of
the molded sheet specimen are shown in Table 2.

Example 2

20     A second compression molded sheet was prepared and
tested as in Example 1, from the resins described in
Example 1, except that the blend which is identified as
Blend B2, consisted of one part '006 and three parts '013.
Characteristics of Blend B2 are given in Table 1,
25     properties of Blend B2 are given in Table 2.

TABLE 1
POLYMER CHARACTERIZATION

| Sample Designation | Mole% Butene[a] | $M_w$[b] | $M_w/M_n$[b] | Density[c] | Melt Index[d] | CDBI[e] |
|---|---|---|---|---|---|---|
| '006 | 0.0% | 76,700 | 2.8 | 0.9552 | 5.0 | 100% |
| '013 | 6.4 | 80,400 | 2.3 | 0.9042 | 4.0 | 67% |
| Blend B1 | 2.7 | 76,500 | 2.4 | 0.9335 | 4.4 | 25% |
| Blend B2 | 4.9 | 76,900 | 2.3 | 0.9172 | 4.3 | 44% |

a. By C-13 NMR
35     b. Weight average molecular weight (Mw), and ratio of number average
        molecular weight (Mn), Mw/Mn by size exclusion chromatography.

-21-

c. Density by gradient column method, ASTM D1585, g/cm$^3$
d. Melt index by ASTM D1738 Condition E, dg/min
e. CDBI, composition distribution breadth index, is defined as the weight
   percent of polymer molecules having a comonomer content within 50% of the
5   median total molar comonomer content CDBI; of HDPE is defined to be
   100%. Determined using temperature rising elution fractionation
   using tetra-chloroethylene solvent over a 6°C to 120°C temperature range
   as described in U.S. Patent Application Serial Number 151,350.
   See also Wild, et al, _J. Poly. Sci. Ed_, Vol. 20, p 441 (1982).

10                                  TABLE 2
                TEAR AND TENSILE STRENGTH OF MOLDED SHEET

| Sample Designation | Tear Strength[e] | Tensile Strength[f] @ Yield | @ Break | Elongation[f] @ Yield | @ Break | Modulus[f] Secant | Tangent |
|---|---|---|---|---|---|---|---|
| '006 | 48 | 3640 psi | 840 | 18% | 710% | 127,000 | 155,000 |
| '013 | 111 | 800 | 3230 | 70 | 1830 | 165,000 | --- |
| Blend B1 | 210 | 1900 | 2870 | 23 | 1620 | 70,600 | 76,000 |
| Blend B2 | 227 | 1330 | 3030 | 28 | 1530 | 37,700 | 42,000 |

e. Tear strength, in g/mil, measured using ASTM 1922, tear resistance
   by pendulum method
20   f. Tensile strength, elongation, and modulus measured using ASTM D638

    Example 3

    Polymers used as blend components were synthesized by
a procedure similar to that described below for Run 03.  A
stainless steel, 1-liter Zipperclave autoclave reactor was
25   used in the syntheses.  The reactor was equipped with a
water jacket for heating and cooling, a septum inlet for
injection of liquid components, a burette for measuring
and adding purified hexane, and a controlled pressure
source of purified ethylene and nitrogen.  Polymerization
30   reactions were started by cleaning the reactor and purging
it with purified nitrogen for several hours.  800 cc of
purified hexane was added to the reactor vessel at 25°C by
means of the measuring burette.  100 cc of purified
1-hexene was then added under nitrogen, and the contents
35   of the reactor were continuously stirred at 1200rpm
henceforth.  10.0 cc of the 10 wt% solution of
methylalumnoxane was added by syringe, and the reactor
temperature was equilibrated at the reaction temperature
of 60°C.  Hydrogen was not used in this example

WO 90/03414                                           PCT/US89/04259

-22-

it is added at this time in the examples which do use it.
Hydrogen was metered into the reactor from a vessel of
known volume equipped with a highly precise pressure
gauge.  The ideal gas law was used to calculate the
5    millimoles of hydrogen introduced into the reactor.
1.00 cc    of    a    solution    of    0.01 wt%
bis(n-butylcyclopentadienyl) zirconium dichloride in
distilled toluene was then injected by syringe, followed
by pressurization immediately with 90.9 psi of purified
10   ethylene.  Ethylene was fed continuously on demand to the
stirring reactor while maintaining the reaction
temperature at 60°C and the reaction pressure at 90 psi.
After 10 minutes of polymerization the reaction was
stopped by rapidly cooling and venting the pressure and
15   exposing the contents to air.  The polymer was obtained by
evaporating the liquid components and drying in a vacuum
oven for 1 hour.  The poly(ethylene-co-hexene-1) polymer
obtained, which is identified as CO3, was obtained in 89.7
yield.
20        Other polymerizations runs were performed using the
procedure above with the exception that the volumes,
temperatures, and other polymerization conditions were
modified as shown in Table 3.  Characterization data for
the blend components are given in Table 4.
25        Blends 8A, 9D, 20C, 21F and 22E were each prepared
using equal quantities of three blend components.  (The
letter designation in these blends corresponds to the type
of blend illustrated in Figure 1.)  Blend components for
each of the blends are given in Table 4, and they were
30   blended by the following solution blending procedure using
ca. 14 g. of each blend component.  2000 cc of xylene was
purged with nitrogen for one hour, the three blend
components were added, and the mixture was stirred and
heated to 144°C to dissolve the polymers.  The polymer
35   solution was then cooled to 70°C, and 2000 cc of methanol
was added to precipitate the polymer.  The mixture was
then cooled to 22°C, and the precipitated polymer was

EXHIBIT PAGE 000401

WO 90/03414                                      PCT/US89/04259

-23-

    filtered and dried in a vacuum oven. Average composition,
composition distribution breadth index, molecular weight
data, and density of the blends are listed in Table 4.

    Compression molded sheets, five thousandth of an inch
5  in thickness, were prepared by melting the blended
polymers in a press, compressing to 20 tons pressure for 5
minutes and then cooling the blend under pressure to room
temperature. Properties of the molded sheet specimen are
shown in Table 5 for blends 8A, 9D, 20C, 21F and 22E. The
10  fraction of polymer extracted by hexane at 69°C is also
given for the blends.

    Table 5 shows that the tear strength of blends 9D,
20C, 21F and 22E, i.e., blends having novel
composition-molecular weight distributions, are each
15  superior to that of blend 8A, which has a
conventional-type composition-molecular weight
distribution. In many applications it is desirable to
have low levels of extractable polymer, and the table
shows that blends 9D, 20C, 21F, and 22E are markedly
20  superior to blend 8A in this respect. Moreover, tensile
properties such as tensile strength at yield of the
conventional-type blend 8A are generally comparable to the
tensile strengths of the other blends. Consequently, the
benefits of high tear strength and low levels of
25  extractables can be achieved without undue loss of tensile
properties.

    This example illustrates the benefits obtained by
certain novel composition-molecular weight distributions
differing from the conventional type. Thus, blends 9D and
30  20C have similar average molecular weights and molecular
weight distributions. Consequently, flow and melt
fabrication performance of these blends should be similar
to that of the conventional-type blend 8A. Therefore, the
desirable mechanical and solubility properties of blends
35  9D and 20C are not obtained at the expense of fabrication
performance. Additionally, blends 21F and 22E have much
lower weight average molecular weight than blend 8A, and

EXHIBIT PAGE 000402

WO 90/03414                                           PCT/US89/04259

-24-

they should therefore be more easily fabricated into
articles of commerce such as films, fibers and molded
objects.

   In summary, in the blends of this example (Type C, D,
5   E and F blends) the average molecular weight and molecular
weight distribution can be manipulated independently of
the composition distribution.    Superior solid state
performance can therefore be achieved without sacrificing
melt fabrication performance.

10                             TABLE 3
                       POLYMERIZATION CONDITIONS

| Polymeri-zation Run No. | Reaction Temp.°C | $C_2^=$ Press. (psi) | Time (min.) | Hexane (cc) | 1-Hexene (cc) | Catalyst Solu. (cc) | Yield gm | $H_2$ m mole |
|---|---|---|---|---|---|---|---|---|
| 03 | 60 | 90 | 10 | 800 | 100 | 1.0 | 89.7 | -- |
| 09 | 80 | 60 | 10 | 800 | 75 | 1.0 | 36.6 | -- |
| 15 | 80 | 60 | 15 | 800 | -- | 1.0 | 47.0 | 10 |
| 19 | 80 | 60 | 60 | 800 | 75 | 0.25 | 44.2 | 5 |
| 27 | 90 | 60 | 45 | 800 | 150 | 0.50 | 96.5 | -- |
| 30 | 75 | 75 | 42 | 800 | 87.5 | 0.55 | 86.3 | -- |
| 38 | 60 | 130 | 20 | 800 | 150 | 0.20 | 89.5 | -- |
| 42 | 60 | 60 | 30 | 800 | -- | 1.0 | 81.0 | -- |
| 48 | 70 | 170 | 9 | 300 | 600 | 0.5 | 114.0 | -- |
| 64 | 68 | 302 | 60 | -- | 800 | 0.05 | 53.0 | -- |

EXHIBIT PAGE 000403

WO 90/03414                                          PCT/US89/04259

-25-

TABLE 4
POLYMER CHARACTERIZATION OF BLENDS AND BLEND COMPONENTS

| Sample[h] Designation | Mole %[a] Hexene | Mw[b] | Mw/Mn[b] | Density[b] | CDBI[b] |
|---|---|---|---|---|---|
| C27 | 6.1 | 12,500 | 1.9 | -- | 77% |
| C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| C42 | 0.0 | 259,000 | 2.0 | -- | 100 |
| Blend 8A[c] | 2.7 | 113,000 | 9.0 | 0.933 | 24 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C30 | 2.0 | 48,000 | 1.9 | -- | 81 |
| C64 | 4.2 | 223,000 | 2.2 | -- | -- |
| Blend 9D[d] | 2.1 | 95,600 | 9.8 | 0.940 | 42 |
| C19 | 2.3 | 13,600 | 1.9 | -- | 70 |
| C30 | 2.0 | 48,800 | 1.9 | -- | 81 |
| C38 | 2.2 | 240,000 | 2.2 | -- | -- |
| Blend 20C[e] | 2.3 | 94,800 | 8.8 | 0.932 | 64 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| C03 | 3.1 | 121,000 | 2.2 | -- | 67 |
| Blend 21F[f] | -- | 62,000 | 6.4 | 0.946 | 46 |
| C15 | 0.0 | 13,400 | 2.7 | -- | 100 |
| C09 | 3.0 | 52,000 | 2.4 | -- | 79 |
| C48 | 7.2 | 50,000 | 1.9 | -- | 75 |
| Blend 22E[g] | -- | 37,800 | 4.2 | 0.940 | 37 |

(a)  Calculated from absorbance of 1378 $cm^{-1}$ IR band using spectral substraction to correct for overlap of adjacent IR bands. Residual peak at 1378 $cm^{-1}$ was converted to hexene content using calibration obtained by C13 NMR analysis of poly(ethylene-co-hexenes).

(b)  Same as in Table 1

(c)  Blend 8A consisted of equal quantities of C27, C30 and C42

(d)  Blend 9D consisted of equal quantities of C15, C30 and C64

(e)  Blend 20C consisted of equal quantities of C19, C30 and C38

(f)  Blend 21F consisted of equal quantities of C15, C09 and C03

(g)  Blend 22E consisted of equal quantities of C15, C09 and C48

(h)  Blend components in this table are identified by the letter C followed by the corresponding polymerization run number from Table 3. For example, blend component C27 was obtained from polymerization run 27.

EXHIBIT PAGE 000404

WO 90/03414

PCT/US89/04259

-26-

TABLE 5
PROPERTIES OF MOLDED SHEET

| Sample | Tear Strength g/mil | Tensile Strength at Yield, psi | Hexane Extractable Polymer % |
|--------|---------------------|-------------------------------|------------------------------|
| Blend 8A | 68 | 1770 | 22 |
| Blend 9D | 241 | 1980 | 3.0 |
| Blend 20C | 426 | 1400 | 6.3 |
| Blend 21F | 205 | 2050 | 4.5 |
| Blend 22E | 107 | 2050 | 6.7 |

(a)  Tear strength measured by ASTM 1922, tear resistance by
     pendulum method.
(b)  Tensile strength at yield measured using ASTM D638.
(c)  Extractables were determined as follows.  About 0.5 g of
     polymer molded sheet, ca. 5 mil thick, was weighed and placed
     in a weighed cellulose extraction thimble.  The thimble and
     polymer were placed in a vapor jacketed Soxlet-type extractor,
     and the polymer was extracted with condensed vapors of boiling
     hexane at 69°C for 16 hours.  The thimble and residual polymer
     were removed, dried in a vacuum oven, and weighed to determine
     the amount of extracted, i.e., soluble, polymer.


     The  foregoing  description  of  the  invention  is
illustrative and explanatory thereof.  Various changes in
the  materials,  apparatus,  and  particular  steps  employed
will  occur  to  those  skilled  in  the  art.   It  is  intended
that  all  such  variations  within  the  scope  and  spirit  of
the  appended  claims  be  embraced  thereby.

EXHIBIT PAGE 000405

WO 90/03414                                          PCT/US89/04259

-27-

CLAIMS:

1       1.    A polymer blend, comprising:
2             a plurality of linear ethylene interpolymer
3   blend components, each having a narrow molecular weight
4   distribution such that $M_w/M_n \leq 3$ and a composition
5   distribution breadth index of at least 50%;
6             wherein the blend is essentially free of blend
7   components having both a higher average molecular weight
8   and a lower average comonomer content than that of any
9   other said polyethylene blend component; and
10            wherein the blend has either $M_w/M_n > 3$ or a
11  composition distribution breadth index below 50%, or both.


1       2.    The blend of claim 1, wherein said blend has a
2   density in the range of 0.85 to 0.94 g/cm$^3$.


1       3.    The blend of claim 1, wherein said blend
2   components have an $\alpha$-olefin comonomer content in the range
3   of 0 to 30 mole percent and an ethylene content in the
4   range of 100 to 70 mole percent.


1       4.    The blend of claim 1, wherein said blend
2   components are selected from the group consisting of:
3             poly(ethylene-co-$\alpha$-olefin) elastomers; very low
4   density linear polyethylenes; and linear, low density
5   polyethylenes.


1       5.    The blend of claim 1, wherein the blend
2   components have essentially the same molecular weight and
3   different comonomer contents.


1       6.    The blend of claim 1, wherein the blend
2   components have essentially the same comonomer content and
3   different molecular weights.


EXHIBIT PAGE 000406

PCT/US89/04259

                                    -28-

1        7.   The blend of claim 1, wherein the molecular
2   weights and the comonomer contents of the blend components
3   are both different.

1        8.   The blend of claim 1, wherein the value of $M_w/M_n$
2   for each blend component is less than or equal to 2.5.

1        9.   The blend of claim 1, wherein the composition
2   distribution breadth index for each blend component is
3   greater than about 70%.

1        10.  A polymer blend, comprising:
2            a plurality of linear ethylene polymer or
3   interpolymer blend components, each having a narrow
4   molecular weight distribution such that $M_w/M_n \leq 3$ and a
5   composition distribution breadth index of at least 50%;
6   and
7            wherein said blend components are selected from
8   one of the groups consisting of: (1) blend components
9   having essentially the same average molecular weight but
10  different average comonomer contents; (2) blend components
11  having essentially the same average comonomer content but
12  different average molecular weights; and (3) blend
13  components having different average molecular weights and
14  comonomer contents wherein said components, taken serially
15  in order of increasing average molecular weight, have an
16  increasing comonomer content.

1        11.  The blend of claim 10, wherein the blend has a
2   density of 0.85 to 0.94 g/cm$^3$.

1        12.  The blend of claim 10, wherein said blend has an
2   average molar $\alpha$-olefin comonomer content of 1-30 percent.

1        13.  The blend of claim 10, wherein said blend
2   components include poly(ethylene-co-$\alpha$-olefin) elastomers.

-29-

1       14.  The blend of claim 12, wherein said blend
2    components include very low density, linear polyethylenes.

1       15.  The blend of claim 12, wherein said blend
2    components include linear, low density polyethylenes.

1       16.  The blend of claim 10, wherein the number of
2    said blend components is from 2 to 5.

1       17.  The blend of claim 10, wherein said blend is
2    essentially free of blend components having both a higher
3    average molecular and a lower average comonomer content
4    than another blend component.

1       18.  The blend of claim 10, wherein the blend has
2    plural modality with respect to molecular weight,
3    comonomer content or both.

1       19.  The blend of claim 12, wherein said $\alpha$-olefins
2    have from 3 to about 12 carbon atoms.

1       20.  The blend of claim 10, wherein $M_w/M_n \leq 2.5$ for
2    each blend component, and the composition distribution
3    breadth index for each component is in the range from 50
4    to 70%.

1       21.  The blend of claim 20, wherein $M_w/M_n \leq 2.0$ for
2    each blend component.

1       22.  The blend of claim 20, wherein each blend
2    component has a composition distribution breadth index in
3    the range from 50 to 90%.

EXHIBIT PAGE 000408

WO 90/03414                                    PCT/US89/04259

-30-

```
 1      23.  A  polymer  blend  exhibiting  enhanced  tear
 2  strength properties over that of the individual blend
 3  components comprising:
 4          a  plurality  of  linear  ethylene  interpolymer
 5  blend components, each having a narrow molecular weight
 6  distribution such that $M_w/M_n \leq 3$ and a composition
 7  distribution breadth index of at least 50%; and
 8          wherein  for  said  components  taken  serially,
 9  primarily in order of increasing molecular weight and
10  secondarily in order of increasing average comonomer
11  content, each succeeding component has substantially the
12  same or a higher average comonomer content than each
13  preceding component in said series.
```

```
 1      24.  A polymer blend of linear ethylene interpolymer
 2  having a molecular weight distribution such that $M_w/M_n > 2$
 3  and a composition distribution breadth index greater than
 4  or equal to 50%.
```

```
 1      25.  A  linear  ethylene  interpolymer  comprising
 2  fractions having a narrow molecular weight distribution
 3  such that $M_w/M_n \leq 3$ for each fraction, said fractions
 4  taken serially in order of increasing average molecular
 5  weight have an increasing average comonomer content.
```

```
 1      26.  A  linear  ethylene  interpolymer  comprising
 2  fractions having a composition distribution breadth index
 3  of 50% or more, said fractions taken serially in order of
 4  increasing comonomer content have an increasing average
 5  molecular weight.
```

EXHIBIT PAGE 000409

WO 90/03414                                    PCT/US89/04259

1 / 3



FIG. 1

SUBSTITUTE SHEET

EXHIBIT PAGE 000410

FIG. 2

FIG. 3

FIG. 4

SUBSTITUTE SHEET

EXHIBIT PAGE 000411



FIG. 5

FIG. 6

**SUBSTITUTE SHEET**

# INTERNATIONAL SEARCH REPORT

International Application No  PCT/US 89/04259

## I. CLASSIFICATION OF SUBJECT MATTER (if several classification symbols apply, indicate all) [6]

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC5: C 08 L 23/08

## II. FIELDS SEARCHED

| Minimum Documentation Searched [7] | |
|---|---|
| Classification System | Classification Symbols |
| IPC5 | C 08 L |

| Documentation Searched other than Minimum Documentation to the Extent that such Documents are Included in the Fields Searched [8] |
|---|
|  |

## III. DOCUMENTS CONSIDERED TO BE RELEVANT [9]

| Category [*] | Citation of Document, [11] with indication, where appropriate, of the relevant passages [12] | Relevant to Claim No. [13] |
|---|---|---|
| A | EP, A1, 0100843 (PHILIPS PETROLEUM COMPANY) 22 February 1984, see the whole document | 1-26 |
|  | -- | |
| A | EP, A2, 0168928 (BCL LIMITED) 22 January 1986, see the whole document | 1-26 |
|  | -- | |
| A | EP, A2, 0241234 (EXXON CHEMICAL PATENTS INC.) 14 October 1987, see the whole document | 1-26 |
|  | -- | |
| A | GB, A, 2077273 (NIPPON OIL COMPANY, LIMITED) 16 December 1981, see the whole document | 1-26 |
|  | -- | |

* Special categories of cited documents: [10]
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

## IV. CERTIFICATION

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 21st December 1989 | 0 8. 01. 90 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | T.K. WILLIS |

Form PCT/ISA/210 (second sheet) (January 1985)

International Application No. PCT/US 89/04259

III. DOCUMENTS CONSIDERED TO BE RELEVANT    (CONTINUED FROM THE SECOND SHEET)

| Category* | Citation of Document, with indication, where appropriate, of the relevant passages | Relevant to Claim No |
|---|---|---|
| A | GB, A, 2148906 (OWENS-ILLINOIS INC (USA-DELAWARE))<br>5 June 1985,<br>see the whole document | 1-26 |

Form PCT/ISA/210 (extra sheet) (January 1985)

## ANNEX TO THE INTERNATIONAL SEARCH REPORT
## ON INTERNATIONAL PATENT APPLICATION NO.   PCT/US 89/04259

SA      31622

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on      08/11/89
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| EP-A1- 0100843 | 22/02/84 | JP-A- | 59047242 | 16/03/84 |
| | | US-A- | 4461873 | 24/07/84 |
| | | US-A- | 4547551 | 15/10/85 |
| | | CA-A- | 1216392 | 06/01/87 |
| EP-A2- 0168928 | 22/01/86 | GB-A-B- | 2159091 | 27/11/85 |
| EP-A2- 0241234 | 14/10/87 | US-A- | 4728325 | 01/03/88 |
| | | JP-A- | 63249703 | 17/10/88 |
| GB-A- 2077273 | 16/12/81 | FR-A-B- | 2481709 | 06/11/81 |
| | | JP-A- | 56152853 | 26/11/81 |
| | | DE-A- | 3117240 | 11/03/82 |
| | | US-A- | 4413097 | 01/11/83 |
| | | CA-A- | 1160792 | 17/01/84 |
| GB-A- 2148906 | 05/06/85 | AU-D- | 34650/84 | 09/05/85 |
| | | FR-A-B- | 2554454 | 10/05/85 |
| | | DE-A-C- | 3437116 | 23/05/85 |
| | | JP-A- | 60124643 | 03/07/85 |
| | | AU-A- | 549622 | 06/02/86 |
| | | US-A- | 4577768 | 25/03/86 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

EXHIBIT PAGE 000415



**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: | WO 93/08221 |
|---|---|---|---|
| C08F 10/00, 4/602 | A2 | (43) International Publication Date: | 29 April 1993 (29.04.93) |

(21) International Application Number: PCT/US92/08812

(22) International Filing Date: 15 October 1992 (15.10.92)

(30) Priority data:
776,130     15 October 1991 (15.10.91)     US
939,281     2 September 1992 (02.09.92)     US

(60) Parent Applications or Grants
(63) Related by Continuation
US                                  07/776,130 (CIP)
Filed on          15 October 1991 (15.10.91)
US                                  07/939,281 (CIP)
Filed on          2 September 1992 (02.09.92)

(71) Applicant (for all designated States except US): THE DOW CHEMICAL COMPANY [US/US]; 2030 Dow Center, Abbott Road, Midland, MI 48640 (US).

(72) Inventors; and
(75) Inventors/Applicants (for US only) : LAI, Shih-Yaw [US/US]; 4523 Bermuda Drive, Sugar Land, TX 77479 (US). WILSON, John, R. [US/US]; 118 Collier, Richwood, TX 77531 (US). KNIGHT, Georges, W. [US/US]; 1618 North Road, Lake Jackson, TX 77566 (US). STEVENS, James, C. [US/US]; 2704 Georgetown Drive, Midland, MI 48642 (US).

(74) Agent: KRUPP, Stephen, P.; The Dow Chemical Company, Patent Department, B-1211, Freeport, TX 77541 (US).

(81) Designated States: CA, FI, JP, KR, US, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, SE).

Published
*Without international search report and to be republished upon receipt of that report.*

(54) Title: ELASTIC SUBSTANTIALLY LINEAR OLEFIN POLYMERS



(57) Abstract

Elastic substantially linear olefin polymers are disclosed which have processability similar to highly branched low density polyethylene (LDPE), but the strength and toughness of linear low density polyethylene (LLDPE). The polymers have processing indices (PI's) less than or equal to 70 percent of those of a comparative linear olefin polymer and a critical shear rate at onset of surface melt fracture of at least 50 percent greater than the critical shear rate at the onset of surface melt fracture of a traditional linear olefin polymer at about the same $I_2$ and $M_w/M_n$. The novel polymers can also have from 0.01 to 3 long chain branches/1000 carbons along the polymer backbone and have higher low/zero shear viscosity and lower high shear viscosity than comparative linear olefin polymers. The novel polymers can also be characterized as having a melt flow ratio, $I_{10}/I_2$, ≥ 5.63, a molecular weight distribution, $M_w/M_n$, defined by the equation: $M_w/M_n \leq (I_{10}/I_2) - 4.63$, and a critical shear stress at onset of gross melt fracture greater than 4 x 10⁶ dyne/cm².

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | |
|---|---|---|---|---|---|---|
| AT | Austria | FR | France | MR | Mauritania |
| AU | Australia | GA | Gabon | MW | Malawi |
| BB | Barbados | GB | United Kingdom | NL | Netherlands |
| BE | Belgium | GN | Guinea | NO | Norway |
| BF | Burkina Faso | GR | Greece | NZ | New Zealand |
| BG | Bulgaria | HU | Hungary | PL | Poland |
| BJ | Benin | IE | Ireland | PT | Portugal |
| BR | Brazil | IT | Italy | RO | Romania |
| CA | Canada | JP | Japan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SK | Slovak Republic |
| CI | Côte d'Ivoire | LI | Liechtenstein | SN | Senegal |
| CM | Cameroon | LK | Sri Lanka | SU | Soviet Union |
| CS | Czechoslovakia | LU | Luxembourg | TD | Chad |
| CZ | Czech Republic | MC | Monaco | TG | Togo |
| DE | Germany | MG | Madagascar | UA | Ukraine |
| DK | Denmark | ML | Mali | US | United States of America |
| ES | Spain | MN | Mongolia | VN | Viet Nam |
| FI | Finland | | | | |

EXHIBIT PAGE 000417

WO 93/08221                                        PCT/US92/08812

1

## ELASTIC SUBSTANTIALLY LINEAR OLEFIN POLYMERS

Field of the Invention

This invention relates to elastic substantially linear olefin polymers having improved processability, e.g., low susceptibilty to melt fracture, even under high shear stress conditions. Such substantially linear ethylene polymers have a critical shear rate at the onset of surface melt fracture substantially higher than, and a processing index substantially less than, that of a linear polyethylene at the same molecular weight distribution and melt index.

Background of the Invention

Molecular weight distribution (MWD), or polydispersity, is a well known variable in polymers. The molecular weight distribution, sometimes described as the ratio of weight average molecular weight ($M_w$) to number average molecular weight ($M_n$) (i.e., $M_w/M_n$) can be measured directly, e.g., by gel permeation chromatography techniques, or more routinely, by measuring $I_{10}/I_2$ ratio, as described in ASTM D-1238. For linear polyolefins. especially linear polyethylene, it is well known that as $M_w/M_n$ increases, $I_{10}/I_2$ also increases.

John Dealy in "Melt Rheology and Its Role in Plastics Processing" (Van Nostrand Reinhold, 1990) page 597 discloses that ASTM D-1238 is employed with different loads in order to obtain an estimate of the shear rate dependence of melt viscosity, which is sensitive to weight average molecular weight ($M_w$) and number average molecular weight ($M_n$).

EXHIBIT PAGE 000418