# EXHIBIT V

# PART 13

CLAIMS

1.      A process for preparing an ethylene polymer product, comprising the steps of:

(a) polymerizing a first homogeneous ethylene polymer using a first activated constrained geometry catalyst composition having a first reactivity such that the first polymer has a melt index of from 0.05 to 50 grams/10 minutes,

(b) polymerizing at least one second homogeneous ethylene polymer using a second activated constrained geometry catalyst composition having a second reactivity such that the second ethylene polymer has a melt index of from 0.05 to 50 grams/10 minutes, and

(c) combining from 50 to 95 weight percent of the first ethylene polymer with from 5 to 50 weight percent of the second ethylene polymer to form an ethylene polymer product.

2.      A process for preparing an ethylene/alpha-olefin interpolymer product, comprising the steps of:

(a) polymerizing a first homogeneous ethylene/alpha-olefin interpolymer using a first activated constrained geometry catalyst composition having a first reactivity such that the first interpolymer has from 5 to 30 weight percent comonomer content, a melt index of from 0.05 to 50 grams/10 minutes, a melting point less than about 110°C,

(b) polymerizing at least one second homogeneous ethylene/alpha-olefin interpolymer using a second activated constrained geometry catalyst composition having a second reactivity such that the second ethylene/alpha-olefin interpolymer has from 2 to 10 weight percent comonomer content, a melt index of from 0.05 to 50 grams/10 minutes, a melting point greater than about 115°C, and

(c) combining from 50 to 95 weight percent of the first homogeneous ethylene/alpha-olefin interpolymer with from 5 to 50 weight percent of the second homogeneous ethylene/alpha-olefin interpolymer to form an ethylene/alpha-olefin interpolymer product.

3.      The process of Claims 1 or 2 wherein the first activated constrained geometry catalyst composition comprises a titanium constrained geometry complex and an aluminoxane cocatalyst.

-25-

EXHIBIT PAGE 000668

WO 93/13143

4.    The process of Claims 1 or 2 wherein the second activated constrained geometry catalyst composition comprises a zirconium constrained geometry complex and an aluminoxane cocatalyst.

5.    The process of Claims 1 or 2 wherein the second activated constrained geometry catalyst composition comprises a zirconocene constrained geometry complex and an aluminoxane cocatalyst.

6.    The process of Claim 2 wherein (a) and (b) are performed substantially simultaneously in a common reactor.

7.    The process of Claim 6 further comprising the steps of:

(d) mixing the first and second catalyst compositions together to form a catalyst mixture, and

(e) injecting the catalyst mixture into the common reactor.

8.    The process of Claim 2 wherein (a) and (b) are performed separately in at least two reactors.

9.    The process of Claim 8 wherein the two reactors comprise at least a first reactor and a second reactor and wherein the two reactors are operated in series.

10.    The process of Claim 8 wherein the two reactors are operated in parallel.

11.    The process of Claim 2 wherein the homogeneous ethylene/alpha-olefin interpolymer produced in step (a) has a melting point from 70°C to 110°C and wherein the homogeneous ethylene/alpha-olefin interpolymer produced in step (b) has a melting point from 115°C to 130°C.

12.    The process of Claim 2 wherein at least one of the alpha-olefins is a $C_2$-$C_{18}$ alpha-olefin.

13.    The process of Claim 12 wherein at least one of the alpha-olefins is selected from the group consisting of ethylene, 1-propene, isobutylene, 1-butene, 1-hexene, 4-methyl-1-pentene, and 1-octene.

14.    The process of Claim 13 wherein the first and the second ethylene/alpha-olefin interpolymer each comprises a copolymer of ethylene and 1-octene.

15.    The process of Claim 2 wherein either the first or the second activated constrained geometry catalyst compositions, or both, are chosen from constrained geometry catalyst components selected from the group consisting of titanium, vanadium, hafnium and zirconium.

16.    The interpolymer product of Claim 2 wherein the first homogeneous ethylene/alpha-olefin interpolymer and the second homogeneous ethylene/alpha-olefin interpolymer are combined in amounts effective to yield an interpolymer product having a crystallization onset temperature at least about 5°C higher than the crystallization onset temperature of the interpolymer produced by the activated constrained geometry catalyst composition having the higher reactivity.

-26-

EXHIBIT PAGE 000669

17.    The interpolymer product of Claim 2 wherein the first homogeneous
ethylene/alpha-olefin interpolymer and the second homogeneous ethylene/alpha-olefin
interpolymer are combined in amounts effective to yield a crystallization onset temperature of
at least about 110°C.

5          18.    The interpolymer product of Claim 2 wherein the first and the second
ethylene/alpha-olefin interpolymer each comprises a copolymer of ethylene and 1-octene.

19.    A fabricated article made from the interpolymer product of Claim 16.

20.    The fabricated article of Claim 19 selected from the group consisting of
films, molded articles, and fibers.

10

15

20

25

30

35

EXHIBIT PAGE 000670





FIG. I

1/2

EXHIBIT PAGE 000671



FIG.2

2/2

EXHIBIT PAGE 000672

International Application No

| I. CLASSIFICATION OF SUBJECT MATTER   (if several classification symbols apply, indicate all)[6] | | |
|---|---|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC | | |

Int.Cl. 5 C08F10/02;    C08F297/08

| II. FIELDS SEARCHED | | |
|---|---|---|
| Minimum Documentation Searched[7] | | |
| Classification System | Classification Symbols | |
| Int.Cl. 5 | C08F | |
| Documentation Searched other than Minimum Documentation<br>to the Extent that such Documents are included in the Fields Searched[8] | | |

| III. DOCUMENTS CONSIDERED TO BE RELEVANT[9] | | |
|---|---|---|
| Category[°] | Citation of Document,[11] with indication, where appropriate, of the relevant passages[12] | Relevant to Claim No.[13] |
| A | EP,A,0 128 046 (EXXON RESEARCH AND<br>ENGINEERING COMPANY)<br>12 December  1984<br>see the whole document<br>& US,A,4 937 299<br>( cited in the application)<br>--- | |
| A | EP,A,0 416 815 (THE DOW CHEMICAL COMPANY)<br>13 March 1991<br>see claims 1-25<br>& US,P,401 345<br>(cited in the application)<br>----- | |

° Special categories of cited documents :[10]

"A"  document defining the general state of the art which is not considered to be of particular relevance

"E"  earlier document but published on or after the international filing date

"L"  document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O"  document referring to an oral disclosure, use, exhibition or other means

"P"  document published prior to the international filing date but later than the priority date claimed

"T"  later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X"  document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y"  document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&"  document member of the same patent family

| IV. CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
| 13 APRIL 1993 | 1 7. 06. 93 |
| International Searching Authority | Signature of Authorized Officer |
| EUROPEAN PATENT OFFICE | FISCHER B.R. |

Form PCT/ISA/210 (second sheet) (January 1985)

EXHIBIT PAGE 000673

**ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.**

US 9211269
SA 68680

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.     13/04/93

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| EP-A-0128046 | 12-12-84 | AU-B- | 581848 | 09-03-89 |
| | | AU-A- | 2910784 | 13-12-84 |
| | | CA-A- | 1231702 | 19-01-88 |
| | | DE-A- | 3466880 | 26-11-87 |
| | | JP-A- | 60035006 | 22-02-85 |
| | | US-A- | 4937299 | 26-06-90 |
| EP-A-0416815 | 13-03-91 | AU-A- | 6203990 | 07-03-91 |
| | | CA-A- | 2024333 | 01-03-91 |
| | | JP-A- | 3163088 | 15-07-91 |
| | | CN-A- | 1049849 | 13-03-91 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

EXHIBIT PAGE 000674

PCT    WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 : | | (11) International Publication Number: | WO 93/03093 |
|---|---|---|---|
| C08L 23/04, C09J 123/04 | A1 | (43) International Publication Date: | 18 February 1993 (18.02.93) |

(21) International Application Number: PCT/US92/05924

(22) International Filing Date: 15 July 1992 (15.07.92)

(30) Priority data:
732,865    18 July 1991 (18.07.91)    US

(71) Applicant: EXXON CHEMICAL PATENTS INC. [US/US]; 5200 Bayway Drive, Baytown, TX 77520-5200 (US).

(72) Inventors: MEKA, Prasadarao ; 2730 Sandpebble Drive, Seabrook, TX 77586 (US). STEHLING, Ferdinand, Christian ; 214 Post Oak, Baytown, TX 77520 (US). TRUDELL, Barry, Colin ; 4123 Island Hills, Houston, TX 77059 (US). VAN DER SANDEN, Dirk, Germaine, Frans ; Hoogstraat 1d, B-1820 Perk (BE).

(74) Agents: SHER, Jaimes et al.; Exxon Chemical Company, P.O. Box 2149, Baytown, TX 77522-2149 (US).

(81) Designated States: AU, CA, JP, KR, RU, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IT, LU, MC, NL, SE).

Published
With international search report.

(54) Title: HEAT SEALED ARTICLE

(57) Abstract

Heat sealed articles and heat sealable films comprising ethylene interpolymers having a narrow composition distribution and a narrow molecular weight distribution and blends of the ethylene interpolymers. The article and films have remarkably low heat seal initiation temperatures and may therefore be sealed at lower temperatures and higher speeds on commercial heat sealing equipment.

EXHIBIT PAGE 000675

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AT | Austria | FI | Finland | MN | Mongolia |
| AU | Australia | FR | France | MR | Mauritania |
| BB | Barbados | GA | Gabon | MW | Malawi |
| BE | Belgium | GB | United Kingdom | NL | Netherlands |
| BF | Burkina Faso | GN | Guinea | NO | Norway |
| BG | Bulgaria | GR | Greece | NZ | New Zealand |
| BJ | Benin | HU | Hungary | PL | Poland |
| BR | Brazil | IE | Ireland | PT | Portugal |
| CA | Canada | IT | Italy | RO | Romania |
| CF | Central African Republic | JP | Japan | RU | Russian Federation |
| CG | Congo | KP | Democratic People's Republic | SD | Sudan |
| CH | Switzerland | | of Korea | SE | Sweden |
| CI | Côte d'Ivoire | KR | Republic of Korea | SK | Slovak Republic |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CS | Czechoslovakia | LK | Sri Lanka | SU | Soviet Union |
| CZ | Czech Republic | LU | Luxembourg | TD | Chad |
| DE | Germany | MC | Monaco | TG | Togo |
| DK | Denmark | MG | Madagascar | UA | Ukraine |
| ES | Spain | ML | Mali | US | United States of America |

WO 93/03093                                                    PCT/US92/05924

5

10

TITLE:        HEAT SEALED ARTICLE

15

This application is a Continuation-In-Part
application of U.S. Application Serial No. 252,094
filed September 30, 1988 and U.S. Application Serial
No. 732,865 filed July 18, 1991.

FIELD OF THE INVENTION

25

The present invention relates to a heat
sealed article in which the heat sealed portion of
the article is formed from interpolymers or blends
thereof.  In particular, the invention relates to
the interpolymer compositions and interpolymer blend
compositions where the interpolymers have a narrow
composition distribution and a narrow molecular
weight distribution.  The interpolymers and
especially the blends of the interpolymers exhibit
excellent heat sealing and other physical
properties.  The interpolymers and the blends
thereof may be used to make films, bags, pouches,

EXHIBIT PAGE 000677

WO 93/03093                                    PCT/US92/05924

- 2 -

tubs, trays, lids, packages, containers and any
article employing a heat seal.

## BACKGROUND OF THE INVENTION

Many articles of manufacture employing heat
5    seals are currently available in the marketplace.
Generally, the seals on such articles may be
employed by welding two separate portions of the
article together.  For example, plastic parts
usefully employed in machines and toys may be
10   constructed by joining together two individual
plastic pieces by heating one or both of the plastic
pieces, pressing them together, and then, allowing
them to cool.  Specifically, heat sealing is very
important in packaging applications.  Packages
15   formed by a heat seal provide for the efficient
transportation of a consumer item within the
package, provide a display of the consumer item that
promotes sales, and, in the food industry, the
packaging is employed to preserve the freshness of
20   the consumer item.

Various types of polymers are used to form
articles, which include packages, that may be joined
together or sealed by the application of heat and/or
pressure.  Polymers or blends of polymers used to
25   make the articles are selected for use because they
provide a strong seal, which is easily and rapidly
formed by a single short application of heat and/or
pressure.  Occasionally, the entire heat sealed
article is constructed from the same polymer or a
30   blend of polymers.  More often, the article is
constructed of various areas or layers of different
materials, and polymers which provide good heat
sealing properties are utilized only in areas, or
layers, where heat sealing will ultimately be
35   necessary.  This type of construction is employed
because the articles, for instance multilayer films,
should have desirable physical and mechanical

EXHIBIT PAGE 000678

WO 93/03093                                              PCT/US92/05924

- 3 -

properties such as clarity, strength, resistance to
puncture and tearing, in addition to heat sealing
properties, and should be easily processed by high
speed equipment. Many plastic materials are known
5    to possess good physical and mechanical properties
but often do not also possess good heat sealing
properties. For example, polypropylene has good
strength and clarity and is resistant to tearing,
but does not readily form good seals at the
10   temperatures which are preferred in commercial
sealing machinery. Conversely, some polymers with
good heat sealing properties do not have adequate
strength or clarity.

The packaging art has therefore developed
15   multiple layer articles such as multilayer films
incorporating one or more layers of the same or
different types of polymers that provide good
mechanical and physical properties and providing one
or more additional layers formed from polymers that
20   provide the article of manufacture with good heat
sealing properties. In this way, a film may be
produced having a substrate layer of polypropylene
provided for strength and clarity, and a layer of
polyethylene to provide good heat sealing
25   properties. Other articles, in addition to films,
may be similarly constructed with a plurality of
materials, each material selected to contribute to
one or more of the desired properties of the final
article.

30   Various types of polyethylene polymers are
known in the art as having acceptable heat sealing
properties. Low density polyethylene ("LDPE") is
generally prepared at high pressure using free
radical initiators and typically has a density in
35   the range of 0.915-0.940 g/cm$^3$. LDPE is also known
as "branched" polyethylene because of the relatively

EXHIBIT PAGE 000679

- 4 -

large number of long chain branches extending from
the main polymer backbone.

High density polyethylene ("HDPE") usually
has a density in the range of greater than 0.940 to
5   0.960 g/cm$^3$.  HDPE is prepared using a coordination
catalyst, e.g., Ziegler-Natta type catalysts, at low
or moderate pressures, but sometimes at high
pressure.  HDPE is generally linear without any
substantial side chain branching.  HDPE is a
10  substantially crystalline polymer.

Linear low density polyethylene ("LLDPE")
is generally prepared in the same manner as HDPE,
but incorporates a relatively minor amount of an $\alpha$-
olefin comonomer such as butene, hexene or octene to
15  introduce enough short chain branches into the
otherwise linear polymer to reduce the density of
the resultant polymer into the range of that of
LDPE.  The coordination catalysts used to
interpolymerize ethylene and the $\alpha$-olefins generally
20  produce a LLDPE with a broad composition
distribution, as hereinafter defined, and a
relatively broad molecular weight distribution,
i.e., Mw/Mn greater than about 3, wherein Mw is the
weight average molecular weight and Mn is the number
25  average molecular weight.

Commercial polymerization processes produce
great numbers of polymer molecules simultaneously.
The polymer molecules produced will not all have
exactly the same molecular weight.  Furthermore,
30  when a comonomer is present, the resulting polymer
molecules will not all have exactly the same amount
of comonomer.  As used herein, the terms "polymer",
"polymers", "interpolymer" and "interpolymers" are
used to refer to the group of polymer molecules
35  produced at substantially the same polymerization
conditions from catalysts having substantially the
same composition and structure.  Therefore, one

EXHIBIT PAGE 000680

WO 93/03093                                          PCT/US92/05924

- 5 -

polymer differs from another polymer when the
polymers are made from different types of catalysts,
or when the polymers are produced from the same type
of catalyst, but at different polymerization
5      conditions.  Polymerization conditions include the
temperature and pressure of polymerization as well
as the type and amount of comonomer present, if any,
and the amount of hydrogen present, if any.

        It is known in the prior art that
10     interpolymers have relatively broad composition
distributions.  An interpolymer with a relatively
broad composition distribution results because the
number of α-olefin comonomer molecules incorporated
into each polymer molecule differs.  Generally,
15     relatively low molecular weight polymer molecules
will contain a relatively high proportion of the α-
olefin comonomer, and the high molecular weight
polymer molecules will contain a relatively low
proportion of α-olefin comonomer.  The polymer
20     molecules of low comonomer content are relatively
more crystalline and have a high melting
temperature, whereas the high comonomer content
polymer molecules are more amorphous and melt at a
lower temperature.  The presence of a component with
25     a melting temperature that is too high is
disadvantageous in many applications, for example,
where heat sealing is required.  On the other hand,
the presence of too much comonomer in the lower
melting component frequently results in a high
30     quantity of extractables, low molecular weight
polymers that are soluble in a solvent such as
hexane or pentane, and this limits their use in food
contact applications.

        In the past, polyethylenes such as LLDPE
35     also have a broad molecular weight distribution
which can be undesirable in many respects.  For
example, LLDPE resins known previously in the art

EXHIBIT PAGE 000681

- 6 -

contain relatively high molecular weight molecules
that are subject to an orientation, which results in
anisotropic properties in the machine direction
compared to the transverse direction of a
5  fabrication process.  The higher molecular weight
molecules having low comonomer content also have
less desirable heat sealing properties.  On the
other hand, resins containing relatively lower
molecular weight molecules, in which the comonomer
10  is invariably concentrated, have better heat sealing
properties but tend to exhibit high block and
tackiness properties.  These lower molecular weight,
highly branched molecules also interfere with the
proper function of certain additives compounded in
15  the resin, increase the percentage of extractable
polymer, and increase fouling in the polymerization
plant.  The relatively high α-olefin comonomer
content of these low molecular weight polymer
molecules causes such polymer molecules to be
20  generally amorphous and to exude to the surface of
fabricated parts, thereby producing an undesirable
sticky surface.

Previously known blends of polyethylenes
designed to improve one or more of the properties of
25  the blend relative to its blend components or
relative to polyethylene homopolymers in the past
have also suffered from the drawbacks mentioned
above.  For example, incorporating a blend component
with a high average comonomer content to reduce
30  crystallinity and improve heat sealability generally
results in an increase of extractables and adversely
affects other properties so that the full advantage
of the blend is not realized.

Further, International Application WO
35  90/0314 published April 5, 1990 discloses
interpolymer blends made from components having a
narrow molecular weight distribution and a narrow

EXHIBIT PAGE 000682

WO 93/03093                                        PCT/US92/05924

- 7 -

composition distribution.  It also mentions in
general terms that such blends may have improved
properties such as tear and tensile strength.
However, this publication by no means makes
5    available or suggests the surprising and unexpected
finding that heat sealed articles may be formed from
a select group of ethylene interpolymers and blends
under conditions of temperature and contact pressure
which enable the formation of good seals at
10    commercially advantageous temperatures and
processing times.

In the past, heretofore this present
invention as discussed above, no way has been found
to achieve the desired uniform distribution of
15    comonomer in polymers giving such polymers and
blends thereof excellent heat sealing properties
while maintaining other desirable physical
properties.  Therefore, there is a need for a
polymer or a blend of polymers selected so as to
20    distribute the comonomer appropriately and uniformly
throughout all of the polymer molecules.

SUMMARY OF THE INVENTION

This invention relates to articles of
manufacture exhibiting improved heat seal properties
25    formed from interpolymers each having a narrow
molecular weight distribution and a composition
distribution breadth index of at least 50% and
blends of these interpolymers.  In particular, the
interpolymers can be ethylene interpolymers or
30    blends of ethylene interpolymers useful for forming
single or multilayer films used in a variety of
packaging applications.  Each individual group of
ethylene interpolymers has a narrow molecular weight
distribution and a narrow composition distribution.
35    Specifically, the particular ethylene interpolymers
and blends thereof are selected to yield superior
properties in the resulting heat sealable or heat

EXHIBIT PAGE 000683

- 8 -

sealed article of this present invention.  Broadly,
the blends used in articles of manufacture of this
invention comprise a plurality of linear ethylene
interpolymer components where each component has a
5   composition distribution breadth index (CDBI) (later
described) of 50% or higher.  The phrase "narrow
composition distribution" or "narrow CD" is used
herein to denote a polymer with a CDBI of 50% or
higher.  The preferred heat sealable polymer blends
10  are substantially free of blend components having
both a higher average molecular weight and a lower
average comonomer content than that of any other
polyethylene component in the blend.  The components
for each blend can be selected so that the resultant
15  blend has plural modality with respect to molecular
weight distribution, comonomer content, or both.
         In another aspect, the components for the
blend are linear ethylene interpolymers having
narrow molecular weight and narrow composition
20  distribution mentioned above and the blend
components are selected from one of the following
groups: (1) linear ethylene interpolymer blend
components having substantially the same average
molecular weight but different average comonomer
25  contents; (2) linear ethylene interpolymer blend
components having substantially the same average
comonomer content but different average molecular
weights; and (3) linear ethylene interpolymer blend
components having different average molecular
30  weights and comonomer contents in which the blend
components, taken serially in order of increasing
average molecular weight, have an increasing
comonomer content.
         In still another aspect, the linear
35  ethylene interpolymer blend components have the
narrow molecular weight and composition distribution
mentioned above, and when the linear ethylene

EXHIBIT PAGE 000684

WO 93/03093                                        PCT/US92/05924

- 9 -

interpolymer blend components are taken serially in
order of increasing average molecular weight, each
succeeding component has substantially the same or a
higher average comonomer content than each preceding
5    component in said series.

In another aspect, the invention provides a
heat sealable linear ethylene interpolymer blend
having plural modality with respect to comonomer
content, a narrow molecular weight distribution such
10   that $M_w/M_n \leq 3$ and an overall composition
distribution breadth index less than 50%.

In still another aspect, the invention
provides a linear ethylene interpolymer blend having
plural modality with respect to molecular weight so
15   that the blend has a broad overall molecular weight
distribution such that $M_w/M_n > 3$ and a CDBI $\geq$ 50%.

In still another aspect, the invention
provides a blend of linear ethylene interpolymers of
plural modality with respect to both comonomer
20   content and molecular weight, comprising a plurality
of components having a narrow molecular weight
distribution such that $M_w/M_n \leq 3$ for each component,
and each component taken serially in order of
increasing average molecular weight, has an
25   increasing average comonomer content.

In a still further aspect of the invention,
there is provided a linear ethylene interpolymer
blend of plural modality with respect to both
comonomer content and molecular weight which
30   comprises a plurality of components having a
composition distribution breadth index of 50% or
more, wherein the components taken serially in order
of increasing comonomer content, have an increasing
average molecular weight.

35   The heat sealed article of this invention
may be formed by pressing at least two portions of
the article together at a temperature sufficient to

EXHIBIT PAGE 000685

- 10 -

soften at least one of the article portions.  The
article portion which has been softened by heat is
formed from ethylene interpolymers having a CDBI of
at least 50% or from a polymer blend comprising a
5     plurality of the ethylene interpolymers as blend
components.  Although it is sufficient if only one
of the article portions being heated and pressed to
form a heat seal is formed from the ethylene
interpolymers or blends of the ethylene
10    interpolymers, it is preferable for all article
portions directly involved in the heat seal to be
formed from the ethylene interpolymers or blends
thereof.

          The heat sealed article so formed may, in
15    one aspect, be a sealed container comprising a body
and a sealing member secured thereto, wherein the
sealing member comprises a seal layer comprising one
of the group of ethylene interpolymers having a
narrow composition distribution and a blend of a
20    plurality of said ethylene interpolymers as blend
components.

          A heat sealable article in accordance with
the invention, is, in one aspect, a film comprising
ethylene interpolymers having a CDBI of at least 50%
25    and a narrow molecular weight distribution or a
polymer blend comprising a plurality of said
ethylene interpolymers as blend components.

          The invention also includes the
interpolymers and interpolymer blends having heat
30    sealing properties for use in heat sealing
applications comprising:

          a plurality of linear ethylene interpolymer
blend components, each component having a narrow
molecular weight distribution such that $M_w/M_n$ is
35    less than or equal to 2.5 and a composition
distribution breadth index of 50% or greater.  The
blend components are selected from one of the groups

EXHIBIT PAGE 000686

- 11 -

consisting essentially of blend components having
essentially:

    (1)   the same average molecular weight but
        different average comonomer content,
5         or,

    (2)   the same average comonomer content but
        different average molecular weights,
        or,

    (3)   different average molecular weights
10         and comonomer contents wherein said
        components, taken serially in order
        of increasing average molecular
        weight have an increasing comonomer
        content, or,

15     (4)  a combination thereof;
wherein the density of the interpolymer blend is
from about 0.875 to 0.94 g/cm$^3$.

### BRIEF DESCRIPTION OF THE DRAWINGS

    The foregoing aspects, features, and
20 advantages of the invention will become clearer and
more fully understood when the following detailed
description is read in conjunction with the
accompanying drawings, in which:

    Fig. 1 is a schematic illustration of
25 different blends made from poly(ethylene-co-α-
olefin) blend components having narrow molecular
weight and composition distributions.

    Fig. 2 illustrates the broad molecular
weight distribution and broad composition
30 distribution of a typical prior art LLDPE.

    Fig. 3 illustrates the narrow molecular
weight distribution and narrow composition
distribution of an exemplary blend component used in
the present invention.

35     Fig. 4 illustrates the molecular weight
distribution and composition distribution of an
exemplary LLDPE blend according to an embodiment of

EXHIBIT PAGE 000687

WO 93/03093                                                    PCT/US92/05924

- 12 -

the invention in which the blend components have about the same molecular weight but differing comonomer contents.

5          Fig. 5 illustrates the molecular weight distribution and composition distribution of an exemplary LLDPE blend according to another embodiment of the invention in which the blend components have about the same comonomer content but differing molecular weights.

10          Fig. 6 illustrates the molecular weight distribution and composition distribution of an exemplary LLDPE blend according to yet another embodiment of the invention in which the comonomer contents of the blend components increases as the

15          molecular weight increases.

          Fig. 7 is a graph of the relationship between seal strength and sealing temperature for films made from prior art polymers.

          Fig. 8 is a graph of the relationship

20          between seal strength and sealing temperature for films made according to the invention.

          Fig. 9 is a graph of the relationship between seal strength and sealing temperature for films made according to the invention.

25          Fig. 10 is a graph of the relationship between seal strength and sealing temperature for films made according to the invention.

          Fig. 11 is a graph of the relationship between seal strength and sealing temperature for

30          films made according to the invention.

          Fig. 12 is a graph of the relationship between seal strength and sealing temperature for films according to the invention compared to a prior art polyethylene.

35          Fig. 13 is a cross-sectional view of a sealed container according to the invention.

EXHIBIT PAGE 000688

WO 93/03093                                          PCT/US92/05924

- 13 -

Fig. 14 is a cross-sectional view of a film, or lid or sealing member according to the invention.

Fig. 15 is a graph of the solubility distribution and composition distribution of a copolymer (X) having a narrow SDBI and CDBI and copolymer (Y) having a broad SDBI and CDBI.

Fig. 16 is a graph illustrating the correlation between dissolution temperature and composition used to convert the temperature scale to a composition scale.

Fig. 17 is a graph illustrating the method for calculating CDBI.

### DETAILED DESCRIPTION OF THE INVENTION

The linear ethylene interpolymers of the present invention may be homopolymers of ethylene or higher interpolymers of a major proportion of ethylene and a minor proportion of comonomer. If a comonomer is used, the ethylene is generally polymerized in a proportion of 70-99.99, typically 70-97, and often 70-80, 80-90, 83-99.99 or 90-95, mole percent of the interpolymerized monomers with 0.01-30, typically 3-30, and often 20-30, 10-20, 0.01-17 or 5-10, mole percent comonomer. Contemplated blend components may have a density in the range of 0.85 to 0.96 $g/cm^3$ and generally include elastomer blend components in the density range of about 0.875-0.900 $g/cm^3$, very low density polyethylene blend components in the density range of about 0.900-0.915 $g/cm^3$, and linear, low density polyethylene blend components in the density range of about 0.915-0.940 $g/cm^3$. Ethylene interpolymers having a density in the high density polyethylene range above about 0.940 $g/cm^3$ are also contemplated as being suitably employed in the invention.

Suitable comonomers interpolymerized with the ethylene to obtain the ethylene interpolymer

EXHIBIT PAGE 000689

WO 93/03093                                        PCT/US92/05924

- 14 -

herein generally include monomers which may be
copolymerized with ethylene to obtain the comonomer
distribution desired in the blend component.  A
preferred class of comonomers are the α-olefins
5    having 3 to about 12 carbon atoms, such as
propylene, 1-butene, 1-pentene, 1-hexene, 3-methyl-
1-pentene, 4-methyl-1-pentene, 1-octene, 1-decene,
1-dodecane and the like.  Other suitable comonomers
include vinyl cyclohexane, norbornene, vinyl
10   cyclohexene, and other diene comonomers such as 1,3-
butadiene, 1,4-hexadiene, 4-methyl-1,4-hexadiene, 5-
methyl-1,4-hexadiene, 1,5-hexadiene and the like.
The ethylene interpolymer may include one or more of
such comonomers, i.e. it may be copolymer,
15   terpolymer, etc.

       The molecular weight of the ethylene
interpolymers may range from one thousand to one
million or more depending on the particular end use,
preferably $10^4$-$10^6$, and especially $2 \times 10^4$ –
20   $5 \times 10^5$.  As used herein, the terms "average
molecular weight" and "molecular weight" refer to
weight average molecular weight unless otherwise
indicated.  The molecular weight of resulting
polymers may be varied by adjusting the amount of
25   hydrogen gas that is added to the polymerization
reaction.  Generally, a higher molecular weight
polymer results when the hydrogen concentration is
lower, and lower molecular weight polymer is
produced when the hydrogen concentration is higher.
30   Therefore, by selecting the proper amount of
hydrogen, one can produce polymer of desired
molecular weight.

       The ethylene interpolymers preferably have
a composition distribution ("CD") such that the
35   composition distribution breadth index ("CDBI") is
at least 50%, more preferably at least 60% and most
preferably at least 70%.  The CDBI is defined as the

EXHIBIT PAGE 000690

WO 93/03093                                    PCT/US92/05924

- 15 -

weight percent of the ethylene interpolymer
molecules having a comonomer content within 50
percent of the median total molar comonomer content.
For instance if the median total molar comonomer
5    content of a certain group of ethylene interpolymers
is found to be 4 mole percent, the CDBI of that
group of interpolymers would be the weight percent
of ethylene interpolymers having a molar comonomer
concentration from 2 to 6 mole percent.  If 55 wt%
10   of the ethylene interpolymers had a molar comonomer
content in the 2 to 6 mole percent range, the CDBI
would be 55%.  The CDBI of linear homopolymer
polyethylene, which does not contain a comonomer, is
defined to be 100%.  The CDBI of a copolymer is
15   readily calculated by data obtained from techniques
known in the art, such as, for example, temperature
rising elution fractionation as described, for
example, in U.S. Patent 5,008,204 or in Wild et al.,
J. Poly. Sci, Poly. Phys. Ed., vol. 20, p. 441
20   (1982), both of which are hereby fully incorporated
herein by reference.
        Solubility Distribution is measured using a
column of length 164 cm and 1.8 cm ID (inner
diameter) is packed with non-porous glass beads (20-
25   30 mesh) and immersed in a temperature programmable
oil bath.  The bath is stirred very vigorously to
minimize temperature gradients within the bath, and
the bath temperature is measured using a platinum
resistance thermometer.  About 1.6 g of polymer is
30   placed in a sample preparation chamber and
repeatedly evacuated and filled with nitrogen to
remove oxygen from the system.  A metered volume of
tetrachlorethylene solvent is then pumped into the
sample preparation chamber, where it is stirred and
35   heated under 3 atmospheres pressure at 140°C to
obtain a polymer solution of about 1 percent
concentration.  A metered volume of this solution,

EXHIBIT PAGE 000691

WO 93/03093                                              PCT/US92/05924

- 16 -

100 cc is then pumped into the packed column
thermostated at a high temperature, 120°C.

    The polymer solution in the column is
subsequently crystallized by cooling the column to
5    0°C at a cooling rate of ~20°C/min. The column
temperature is then maintained at this temperature
for 25 min. at 0°C. The elution stage is then begun
by pumping pure solvent, preheated to the
temperature of the oil bath, through the column at a
10   flow rate of 27 cc/min. Effluent from the column
passes through a heated line to an IR detector which
is used to measure the absorbance of the effluent
stream. The absorbance of the polymer carbon-
hydrogen stretching bands at about 2960 $cm^{-1}$ serves
15   as a continuous measure of the relative weight
percent concentration of polymer in the effluent.
After passing through the infrared detector the
temperature of the effluent is reduced to about
110°C, and the pressure is reduced to atmospheric
20   pressure before passing the effluent stream into an
automatic fraction collector. Fractions are
collected in 3°C intervals. In the elution stage
pure tetrachloroethylene solvent is pumped through
the column at 0°C at 27 cc/min for 25 min. This
25   flushes polymer that has not crystallized during the
cooling stage out of the column so that the percent
of uncrystallized polymer (i.e. the percent of
polymer soluble at 0°C) can be determined from the
infrared trace. The temperature is then programmed
30   upward at a rate of 1.0°C/min. to 120°C. A
solubility distribution curve, i.e. a plot of weight
fraction of polymer solubilized as a function of
temperature, is thus obtained.

    The procedure for calculating the
35   Solubility Distribution Breadth Index (SDBI) is set
forth below.

WO 93/03093                                    PCT/US92/05924

– 17 –

Solubility distributions of two ethylene
interpolymers are shown in Figure 15.  Here, for
illustration purposes only,  Sample X has a narrow
solubility distribution and elutes over a narrow
5      temperature range compared to Sample Y, which has a
broad solubility distribution.  A solubility
distribution breadth index (SDBI) is used as a
measure of the breadth of the solubility
distribution curve.  Let $w(T)$ be the weight fraction
10     of polymer eluting (dissolving) at temperature T.
The average dissolution temperature, $T_{ave}$, is given
by

$$T_{ave} = \int T\, w(T)\, dT, \text{ where } \int w(T)\, dT = 1.$$

15     SDBI is calculated using the relation:

$$SDBI(^{\circ}C) = \sqrt[4]{(T - T_{ave})^4 w(T)\, dT}.$$

20            (SDBI is thus analogous to the standard
deviation of the solubility distribution curve, but
it involves the fourth power rather than the second
power to $T - T_{ave}$).  Thus, for example, the narrow
solubility distribution Sample X and the broad
25     solubility distribution Sample Y in Figure 15 have
SDBI values equal to 14.6 and 29.4°C, respectively.
The preferred values of SDBI are less than
28°C and more preferred less than 25°C and evern
more preferred less than 20°C.
30            The composition distribution (CD) of a
crystalline interpolymer is determined as follows.
The composition and number average molecular weight,
$M_n$, of fractions collected in various narrow
temperature intervals for several poly(ethylene-co-
35     butene)'s was determined by C13 NMR and size
exclusion chromatography, respectively.  Figure 16
is a plot of mole percent comonomer vs. elution

EXHIBIT PAGE 000693

WO 93/03093                                          PCT/US92/05924

- 18 -

temperature for fractions having $M_n > 15,000$.  The
curve drawn through the data points is used to
correlate composition with elution temperature for
temperatures greater than 0°C.  The correlation

5   between elution temperature and composition becomes
less accurate as the $M_n$ of a fraction decreases
below 15,000.  Such errors can be eliminated by
direct measurement of the composition of effluent
fractions by C13 NMR.  Alternatively, the elution

10  temperature-composition calibration for high
molecular weight fractions given in Figure 16 may be
corrected based on the $M_n$ of effluent fractions and
an experimentally established correlation between $M_n$
and elution temperature that applies for $M_n <$

15  15,000.  However, it is assumed that such low
molecular weight molecules are present to a
negligible extent and that any errors caused are
negligible.  A correlation curve such as the one in
Figure 16 is applicable to any essentially random

20  poly(ethylene-co-α-olefin) provided, however, that
the α-olefin is not propylene.
        The temperature scale of a solubility
distribution plot can thus be transformed to a
composition scale, yielding a weight fraction of

25  polymer vs. composition curve.  As seen from the
composition scale in Figure 16, Sample X contains
molecules spanning a narrow composition range,
whereas Sample Y contains molecules spanning a wide
composition range.  Thus, Sample X has a narrow

30  composition distribution whereas Sample Y has a
broad composition distribution.
        A quantitative measure of the breadth of
the composition distribution is provided by the
Composition Distribution Breadth Index (CDBI).  CDBI

35  is defined to be the percent of polymer whose
composition is within 50% of the median comonomer
composition.  It is calculated from the composition

EXHIBIT PAGE 000694

- 19 -

distribution cure and the normalized cumulative
integral of the composition distribution curve, as
illustrated in Figure 17.  The median composition,
$C_{med}$, corresponds to the composition at the point
5   where the cumulative integral equals 0.5.  The
difference between the values of the cumulative
integral at compositions 0.5 $C_{med}$ and 1.5 $C_{med}$ (71 -
29, or 42%, in this example) is the CDBI of the
copolymer.  CDBI values fall between zero and one,
10  with large values indicating narrow CD and low
values indicating broad CD.  Thus, now referring
back to Figure 15, the narrow and broad CD
copolymers have CDBI's equal to 95.5% and 42%,
respectively.  It is difficult to measure the CD and
15  CDBI of copolymers having very low comonomer content
with high accuracy so the CDBI of polyethylenes with
densities greater than 0.94 g/cc is defined to be
equal to 100%.  Unless otherwise indicated, terms
such as "comonomer content", "average comonomer
20  content" and the like refer to the bulk comonomer
content of the indicated ethylene interpolymer on a
molar basis.

        The ethylene interpolymers of this present
invention preferably have a narrow molecular weight
25  distribution (MWD).  The term "narrow MWD" means
that the ratio of the weight average molecular
weight ($M_w$) to the number average molecular weight
($M_n$) is less than or equal to 3.0.  Particularly
preferred are the ethylene interpolymers having a
30  very narrow MWD, i.e. $M_w/M_n$ less than or equal to
2.5, and especially about equal to 2.  Molecular
weight distributions of ethylene interpolymers are
readily determined by techniques known in the art,
such as, for example, size exclusion chromatography.
35      A graphical illustration of an exemplary
narrow MWD, narrow CD ethylene interpolymer is seen
in Fig. 3.  In this three-dimensional figure, the Y-

EXHIBIT PAGE 000695

WO 93/03093                                    PCT/US92/05924

- 20 -

axis is the molecular weight, the X-axis is the
molar comonomer content, and the Z-axis represents
the incidence or weight proportion of molecules.  As
can be seen, the MWD and the CD of the ethylene
5    interpolymer are narrow and appear as relatively
sharp peaks in Fig. 3.  In contrast, the MWD/CD
diagram for a typical conventional LLDPE, seen in
Fig. 2, shows a broad MWD and a broad CD, and the
comonomer content tends to decrease as the molecular
10   weight increases.  In each blend of the present
invention, one or more of the properties of the
blend are improved by appropriate selection and
combination of narrow CD and narrow MWD ethylene
interpolymer blend components.  In one embodiment,
15   for example, tear strength may be controlled by
blending linear polyethylene resins having about the
same average molecular weight but with different
average comonomer contents.  Such a blend is
illustrated as line B in Fig. 1.  In another
20   embodiment, the comonomer contents of the linear
polyethylene blend components are the same, but
molecular weights are varied, as illustrated by
line C in Fig. 1.  In still further embodiments
illustrated by lines D, E and F in Fig. 1, the blend
25   components taken serially in order of increasing
molecular weight, or in order of increasing molar
comonomer content, have the same or higher comonomer
content or molecular weight, respectively.
          As used herein, two or more blend
30   components have substantially the same molecular
weight if the resulting MWD of the blend thereof is
similarly narrow to the MWD of each blend component,
i.e. the value of $M_w/M_n$ of the resulting blend is
less than or equal to about 3.0, preferably less
35   than about 2.5.  Conversely, two or more blend
components have a different average molecular weight
if the overall $M_w/M_n$ of the resulting blend is

EXHIBIT PAGE 000696

- 21 -

relatively greater than for each such blend
component, i.e., the $M_w/M_n$ of the blend is greater
than 3.0.

     As used herein, two or more blend

5    components have a different comonomer content if the
overall CDBI of the resulting blend is relatively
less than that of each such blend component, i.e.,
the overall CDBI of the blend is less than 50%.
Conversely, two or more blend components have

10   substantially the same molar comonomer content if
the resulting CD of the blend thereof is similarly
narrow with respect to each blend component, i.e.,
the resulting blend has a CDBI of 50% or greater.
It is readily appreciated that the CD and MWD of a

15   blend can depend on the relative proportions of each
blend component employed therein.  It is
specifically contemplated that blend components may
have the "same" molecular weight for purposes of one
blend, but not for the purpose of another blend,

20   e.g., wherein the components would result in the
blend having an MWD less than or greater than 3.0
depending on the proportion of each blend component.
Similarly, blend components may have a "different"
comonomer content for purposes of one blend, but not

25   for the purposes of another blend, e.g., wherein the
components would result in the final blend having
CDBI less than or greater than 50% depending on the
proportion of each blend component.

     The molecular weight and composition

30   distribution of a bimodal blend of the invention is
illustrated graphically in Fig. 4.  It is seen from
this MWD/CD diagram that the comonomer content of
each of the blend components is different, while the
molecular weight of each blend component is about

35   the same.  The comonomer content of ethylene
interpolymers may be varied by adjusting the amount
of comonomer fed to the polymerization reactor.  If

EXHIBIT PAGE 000697

WO 93/03093                                              PCT/US92/05924

- 22 -

more comonomer is fed to the reactor, more comonomer
will be incorporated in the resulting interpolymer.
The comonomer content of resulting interpolymers may
be measured directly by NMR spectroscopy or
5    correlated by density.  Generally, when more
comonomer is incorporated in the resulting polymer,
the density of the polymer will decrease.

      The blend of Fig. 4 corresponds to line B
of Fig. 1.  In contrast, a similar graph for typical
10   conventional LLDPE is seen in Fig. 2, and line A of
Fig. 1.  These figures show that the lower molecular
weight fractions contain more of the comonomer than
the higher molecular weight fractions.  The lower
molecular weight molecules which contain relatively
15   high comonomer concentrations as in this
conventional LLDPE can cause undesirable effects
such as poor surface properties, high block and
tackiness, cling development, high levels of
extractables, and fouling of polymerization plants.
20   In the present invention, such effects are minimized
and properties are enhanced by providing heat sealed
articles comprising ethylene interpolymers or
comprising ethylene interpolymer blends of the type
illustrated in Curve B, C, D, E, and F.

25         As an example of the embodiment of Curve B,
it has been found that a 50-50 blend of a first
LLDPE having a 6.4 mole% 1-butene content and a $M_w$
of 80,400 ($M_w/M_n$ = 2.3; CDBI ≈67%; MI (melt index)
= 4.0 dg/min; density = 0.9042 g/cm$^3$) with a HDPE
30   having a 0.0 mole% 1-butene content and a $M_w$ of
76,700 ($M_w/M_n$ = 2.8; CDBI ≈100%; MI = 5.0 dg/min;
density = 0.9552 g/cm$^3$) has an Elmendorf tear
strength of 210 g/mil. Surprisingly, this blend is
enhanced in contrast to the tear strengths of 111
35   and 48 g/mil for the respective first and second
blend components.  Further, a 25-75 blend of these
same components has a further enhanced Elmendorf

EXHIBIT PAGE 000698

- 23 -

tear strength of 227 g/mil.  This result is quite
surprising and unexpected because including a higher
proportion of the second LLDPE resin with the lower
tear strength in the blend increases the tear
5    strength of the resulting blend, rather than
decreasing the tear strength as would be expected
from polyethylene produced according to the prior
art.

        In another embodiment exemplified in Fig. 5
10   and line C of Fig. 1, a multimodal MWD is obtained
by blending linear polyethylene components each
having narrow molecular weight and composition
distributions, and about the same comonomer content,
but differing molecular weights.  The MWD of such
15   blends improves the melt processability and
rheological characteristics thereof, for example,
the blends may be formulated to have high extrusion
rates, high bubble stability, high shear
sensitivity, and reduced draw resonance.  On the
20   other hand, the optical, mechanical and surface
properties of individual blend components are
generally substantially retained or improved in the
blends, for example tear strength, modulus, yield
strength, clarity, gloss, haze, heat sealability,
25   hot tack  and the like are improved and blocking is
reduced.  Moreover, such blends have lower portions
of solvent extractable polymer molecules than prior
art copolymers having similar molecular weight
distribution.  Desirable molecular weight and
30   composition distributions may be obtained by
separately making the appropriate ethylene
interpolymer components and then blending the
different components together, or by polymerization
of the blend components simultaneously in the same
35   reactor or in multiple reactors.

        The higher molecular weight fraction
containing relatively less comonomer in conventional

EXHIBIT PAGE 000699

- 24 -

LLDPE may cause an anisotropic morphology during
fabrication processing known as "row nucleated" or
"shish-ka-bob" morphology.  This anisotropic
morphology is believed to contribute to poor
5    toughness in articles crystallized from flowing
melts.  In the present invention, the anisotropy may
be minimized by providing a blend with lower
concentrations of such higher molecular weight
molecules with a relatively low comonomer content
10   and by incorporating the comonomer in the blend
components as indicated in blends B, C, D, E and F.
          In another embodiment as exemplified by
Fig. 6 and line D of Fig. 1, the blend includes
components having narrow molecular weight and
15   composition distributions, but differing average
molecular weights and average comonomer contents.
However, in contrast to conventional LLDPE as
illustrated in line A of Fig. 1 and in Fig. 2, the
blend of this embodiment has a greater comonomer
20   content in the higher molecular weight fractions or
blend components than in the lower molecular weight
fractions or blend components.  These distributions
are obtained, for example, by blending narrow MWD,
narrow CD linear polyethylene resins which, taken
25   serially in order of increasing molecular weight,
have an increasing comonomer content.  It is also
contemplated that the blend may include two or more
blend components having the same molecular weight as
illustrated by line F in Fig. 1, in which case such
30   components would be included in the serial ordering
secondarily in order of their increasing average
comonomer content.  Also, the presence of two or
more blend components having the same comonomer
content is also contemplated as being within the
35   purview of this embodiment, as illustrated by line E
in Fig. 1, provided that there is included either at
least one blend component having a higher comonomer

EXHIBIT PAGE 000700

WO 93/03093                                      PCT/US92/05924

- 25 -

content and molecular weight or at least one blend
component having a lower comonomer content and lower
molecular weight than any of the blend components
having the same comonomer content.  In this
embodiment, the blend is preferably substantially
free of blend components having both a higher
molecular weight and a lower comonomer·content than
any component present in the blend.

Such a blend has heat sealing properties
which are significantly superior to prior art blends
and conventional LLDPE resins in which the comonomer
content generally decreases in proportion to
increasing molecular weight components or fractions.
The isotropy and toughness of films made from such
blends are also improved by minimizing the
anisotropic shish-ka-bob or row-nucleated morphology
ordinarily caused by a low concentration of
comonomers present in the higher molecular weight
molecules of conventional LLDPE resins.  Moreover,
such blends have other desirable properties such as,
for example, reduced blocking, reduced coefficients
of friction, and lower extractables, in comparison
to conventional heat sealable LLDPE resins.

Preferred blends according to the invention
generally have a density in the range of 0.88 to
0.94 g/cm$^3$, and a melt index (MI) (MI by ASTM D-
1238) in the range of 0.5 to 2.0.  Particularly, one
preferred blend may be prepared by combining two
different ethylene interpolymer components.  The
first component is a high molecular weight ethylene
interpolymer with a density of 0.88 to 0.92 g/cm$^3$
and a MI of 0.05 to 2.  The second component is a
low molecular weight ethylene interpolymer witn a
density of 0.91 to 0.96 g/cm$^3$ and a MI of 50 to
1000.  The combination of 50 to 70 wt% of the first
component with 30 to 50 wt% of the second component
will result in an excellent heat sealing blend.

EXHIBIT PAGE 000701

- 26 -

The linear polyethylene blend components of
the invention may be prepared by use of catalyst
systems of the metallocene type known to provide
ethylene interpolymers with both narrow CD and
5   narrow MWD.  Cyclopentadienylide catalyst systems
using a metallocene complex in conjunction with an
alumoxane cocatalyst or reaction product thereof are
suitable for preparing the ethylene interpolymers
utilized individually or as blends in the invention.
10  The metallocene catalyst may be represented by the
general formula $(C_p)_m MR_n R'_p$ wherein $C_p$ is a
substituted or unsubstituted cyclopentadienyl ring;
M is a Group IVB, or VB transition metal; R and R'
are independently selected halogen, hydrocarbyl
15  group, or hydrocarboxyl groups having 1-20 carbon
atoms; m = 1-3, n = 0-3, p = 0-3, and the sum of
m + n + p equals the oxidation state of M.  Various
forms of the catalyst system of the metallocene type
may be used for polymerization to prepare the
20  polymer components of the present invention
including those of the homogeneous or the
heterogeneous, supported catalyst type wherein the
catalyst and alumoxane cocatalyst are together
supported or reacted together onto an inert support
25  for polymerization by gas-phase, high pressure,
slurry, or solution polymerization.

The cyclopentadienyls of the catalyst may
be unsubstituted or substituted with hydrogen or
hydrocarbyl radicals.  The hydrocarbyl radicals may
30  include alkyl, alkenyl, aryl, alkylaryl, arylalkyl,
and like radicals containing from about 1-20 carbon
atoms or where 2 carbon atoms of cyclopentadienyl
are joined together to form a $C_4$-$C_6$ ring.  Exemplary
hydrocarbyl radicals include methyl, ethyl, propyl,
35  butyl, amyl, isoamyl, hexyl, isobutyl, heptyl,
octyl, nonyl, decyl, cetyl, 2-ethylhexyl, phenyl and
the like.  Exemplary halogen substituents include

EXHIBIT PAGE 000702

WO 93/03093                                    PCT/US92/05924

- 27 -

chlorine, bromine, fluorine and iodine.  Of these
halogen atoms, chlorine is preferred.  Exemplary
hydrocarboxy radicals are methoxy, ethoxy, propoxy,
butoxy, amyloxy and the like.  Illustrative, but
5    non-limiting examples of the metallocene catalyst
useful in preparing the polymers of the present
invention include bis(cyclopentadienyl)titanium
dimethyl, bis(cyclopentadienyl)titanium diphenyl,
bis(cyclopentadienyl)zirconium dimethyl,
10   bis(cyclopentadienyl)zirconium diphenyl,
bis(cyclopentadienyl)hafnium dimethyl and diphenyl,
bis(cyclopentadienyl)titanium di-neopentyl,
bis(cyclopentadienyl)zirconium di-neopentyl,
bis(cyclopentadienyl)titanium dibenzyl,
15   bis(cyclopentadienyl)zirconium dibenzyl,
bis(cyclopentadienyl)vanadium dimethyl; the mono
alkyl metallocenes such as
bis(cyclopentadienyl)titanium methyl chloride,
bis(cyclopentadienyl)titanium ethyl chloride,
20   bis(cyclopentadienyl)titanium phenyl chloride,
bis(cyclopentadienyl)zirconium methyl chloride,
bis(cyclopentadienyl)zirconium ethyl chloride,
bis(cyclopentadienyl)zirconium phenyl chloride,
bis(cyclopentadienyl)titanium methyl bromide,
25   bis(cyclopentadienyl)titanium methyl iodide,
bis(cyclopentadienyl)titanium ethyl bromide,
bis(cyclopentadienyl)titanium phenyl bromide,
bis(cyclopentadienyl)titanium phenyl iodide,
bis(cyclopentadienyl)zirconium methyl bromide,
30   bis(cyclopentadienyl)zirconium methyl iodide,
bis(cyclopentadienyl)zirconium methyl iodide,
bis(cyclopentadienyl)zirconium ethyl bromide,
bis(cyclopentadienyl)zirconium ethyl iodide,
bis(cyclopentadienyl)zirconium ethyl bromide,
35   bis(cyclopentadienyl)zirconium ethyl bromide,
bis(cyclopentadienyl)zirconium ethyl iodide,
bis(cyclopentadienyl)zirconium ethyl iodide,

EXHIBIT PAGE 000703

- 28 -

bis(cyclopentadienyl)zirconium phenyl bromide,
bis(cyclopentadienyl)zirconium phenyl iodide; the
trialkyl metallocenes such as
cyclopentadienyltitanium trimethyl, cyclopentadienyl
5   zirconium triphenyl, and cyclopentadienyl zirconium
trineopentyl, cyclopentadienylzirconium trimethyl,
cyclopentadienylhafnium triphenyl,
cyclopentadienylhafnium trineopentyl, and
cyclopentadienylhafnium trimethyl.

10          Other metallocenes which may be usefully
employed to prepare the polymer components of the
invention include the monocyclopentadienyls
titanocenes such as, pentamethylcyclopentadienyl
titanium trichloride, pentaethylcyclopentadienyl
15   titanium trichloride;
bis(pentamethylcyclopentadienyl) titanium diphenyl,
the carbene represented by the formula
bis(cyclopentadienyl)titanium=$CH_2$ and derivatives of
this reagent such as bis(cyclopentadienyl)Ti=$CH_2$ ·
20   Al$(CH_3)_3$ , $(Cp_2TiCH_2)_2$ , $Cp_2TiCH_2CH(CH_3)CH_2$ , $Cp_2Ti$-
$CHCH_2CH_2$ wherein Cp represents a cyclopentadienyl;
substituted bis(cyclopentadienyl)titanium (IV)
compounds such as: bis(indenyl)titanium diphenyl or
dichloride, bis(methylcyclopentadienyl)titanium
25   diphenyl or dihalides; dialkyl, trialkyl, tetra-
alkyl and penta-alkyl cyclopentadienyl titanium
compounds such as bis(1,2-
dimethylcyclopentadienyl)titanium diphenyl or
dichloride, bis(1,2-diethylcyclopentadienyl)titanium
30   diphenyl or dichloride and other dihalide complexes;
silicon, phosphine, amine or carbon bridged
cyclopentadiene complexes, such as dimethyl
silyldicyclopentadienyl titanium diphenyl or
dichloride, methyl phosphine dicyclopentadienyl
35   titanium diphenyl or dichloride,
methylenedicyclopentadienyl titanium diphenyl or

EXHIBIT PAGE 000704

– 29 –

dichloride and other dihalide complexes and the
like.

Additional zirconocene catalysts useful
according to the present invention include

5    bis(cyclopentadienyl) zirconium dimethyl;
bis(cyclopentadienyl) zirconium dichloride,
bis(cyclopentadienyl) zirconium methylchloride,
pentamethylcyclopentadienyl zirconium trichloride,
pentaethylcyclopentadienyl zirconium trichloride,

10   bis(pentamethylcyclopentadienyl)zirconium diphenyl,
the alkyl substituted cyclopentadienes, such as
bis(ethylcyclopentadienyl)zirconium dimethyl, bis(Ã-
phenylpropylcyclopentadienyl)zirconium dimethyl,
bis(methylcyclopentadienyl)zirconium dimethyl,

15   bis(n-butyl-cyclcopentadienyl)zirconium dimethyl,
bis(cyclohexylmethylcyclopentadienyl)zirconium
dimethyl, bis(n-octyl-cyclopentadienyl)zirconium
dimethyl, and haloalkyl and dihalide complexes of
the above; di-alkyl, trialkyl, tetra-alkyl, and

20   penta-alkyl cyclopentadienes, such as
bis(pentamethylcyclopentadienyl)zirconium di-methyl,
bis(1,2-dimethylcyclopentadienyl)zirconium dimethyl
and dihalide complexes of the above; silicon,
phosphorus, and carbon bridged cyclopentadiene

25   complexes such as dimethylsilyldicyclopentadienyl
zirconium dimethyl or dihalide, and methylene
dicyclopentadienyl zirconium dimethyl or dihalide,
and methylene dicyclopentadienyl ethylene bridged
bis(tetrahydroindenyl) zirconium dimethyl or

30   dihalide, carbenes represented by the formula
$Cp_2Zr=CHP(C_6H_5)_2CH_3$, and derivatives of these
compounds such as $Cp_2ZrCH_2CH(CH_3)CH_2$ .

Bis(cyclopentadienyl)hafnium dichloride,
bis(cyclopentadienyl)vanadium dichloride,

35   bis(cyclopentadienyl)vanadium dichloride and the
like are illustrative of other metallocenes.

- 30 -

The alumoxanes are polymeric aluminum
compounds which can be represented by the general
formula $(R-Al-O)_n$ which is a cyclic compound and
$R(R-Al-O-)_n AlR_2$, which is a linear compound. In
5 the general formula R is a $C_1$-$C_5$ alkyl group such
as, for example, methyl, ethyl, propyl, butyl and
pentyl and n is an integer from 2 to about 20.
Generally, in the preparation of alumoxanes from,
for example, aluminum trimethyl and water, a mixture
10 of the linear and cyclic compounds is obtained.

The alumoxane can be prepared in various
ways. Preferably, alumoxane is prepared by
contacting water with a solution of aluminum
trialkyl, such as, for example, aluminum trimethyl,
15 in a suitable organic solvent such as benzene or an
aliphatic hydrocarbon. For example, the aluminum
alkyl is treated with water in the form of a moist
solvent. In an alternative method, the aluminum
alkyl such as aluminum trimethyl can be desirably
20 contacted with a hydrated salt such as hydrated
copper sulfate.

Preferably, the alumoxane is prepared in
the presence of a hydrated ferrous sulfate as
described in U.S. Patent 4,665,208 incorporated
25 herein by reference. The method comprises treating
a dilute solution of aluminum trimethyl in, for
example, toluene, with ferrous sulfate represented
by the general formula $FeSO_4 \cdot 2 H_2O$. The ratio of
ferrous sulfate to aluminum trimethyl is desirably
30 about 1 mole of ferrous sulfate for 6 to 7 moles of
aluminum trimethyl. The reaction is evidenced by
the evolution of methane.

The ratio of aluminum in the alumoxane to
total metal in the metallocenes can be in the range
35 of about 0.5:1 to about 10,000:1, and preferably
about 5:1 to about 1000:1.

EXHIBIT PAGE 000706

- 31 -

Various inorganic oxide supports may be
used for supported catalyst systems to prepare
interpolymers and blend components of the present
invention.  The polymerization is generally carried
5    out in the temperature range of about 0-160°C, or
even higher.  This temperature range is not meant to
be exclusive for preparing the interpolymer and
blend components of the invention.  They may be
prepared by any technique resulting in the structure
10   set forth.  Atmospheric, sub-atmospheric, or super-
atmospheric pressure conditions have been used for
the polymerization using the metallocene catalyst
described above.  It is generally preferred to use
catalyst compositions at a concentration so as to
15   provide from about 1 ppm to about 5000 ppm, most
preferably 10 ppm to 300 ppm, by weight of
transition metal based on the weight of monomers in
the polymerization of the ethylene polymers.

A slurry polymerization process generally
20   uses super-atmospheric pressures and temperatures in
the range of 40-110°C.  In a slurry polymerization,
a suspension of solid, particulate polymer is formed
in a liquid polymerization medium to which ethylene
and comonomers and often hydrogen along with
25   catalyst are added.  The liquid employed in the
polymerization medium can be alkane or cycloalkane,
or an aromatic hydrocarbon such as toluene,
ethylbenzene or xylene.  The medium employed should
be liquid under the conditions of polymerization and
30   relatively inert.  Preferably, hexane or toluene is
employed.

In a modification, the polymer components
of the present invention may be formed by gas-phase
polymerization.  A gas-phase process utilizes super-
35   atmospheric pressure and temperatures in the range
of about 50°-120°C.  Gas-phase polymerization can be
performed in a stirred or fluidized bed of catalyst

- 32 -

and product particles in a pressure vessel adapted
to permit the separation of product particles from
unreacted gases.  Ethylene, comonomer, hydrogen and
an inert diluent gas such as nitrogen can be
5   introduced at a controlled constant temperature or
recirculated so as to maintain the particles at a
temperature of 50°-120°C.  Triethylaluminum may be
added as needed as a scavenger of water, oxygen, and
other impurities.  Polymer product can be withdrawn
10  continuously or semi-continuously at a rate such as
to maintain a constant product inventory in the
reactor.  After polymerization and deactivation of
the catalyst, the product polymer can be recovered
by a suitable means.  In commercial practice, the
15  polymer product can be recovered directly from the
gas phase reactor, separated from residual monomer
with a nitrogen purge, and used without further
deactivation or catalyst removal.  The polymer
obtained can be extruded into water and cut into
20  pellets or other suitable comminuted shapes as is
known in the art.  Also known in the art, pigments,
antioxidants and other additives may be added to the
polymer.
        The blends of the present invention are
25  prepared by blending the desired components in the
desired proportions using conventional blending
techniques and apparatus, such as, for example,
screw-type extruders, Banbury mixers, and the like.
Alternatively, the blends may be made by direct
30  polymerization, without isolation of the blend
components, using, for example, two or more
catalysts in one reactor, or by using a single
catalyst and two or more reactors in series or
parallel.  The blend may also be compounded with
35  various conventional additives known in the art such
as, for example, antioxidants, UV stabilizers,
pigments, fillers, slip additives, block additives,

EXHIBIT PAGE 000708

- 33 -

and the like.  The blend preferably does not contain
any blend components in proportions which would
significantly adversely affect any improved
properties desired to be obtained by blending the
5    LLDPE resins.

     Ethylene interpolymers with narrow CD and
narrow MWD may be formed as described above.  The
ethylene interpolymers may be used to form articles
with particularly desirable heat sealing properties.
10   In particular, the ethylene interpolymers may be
processed into films which will possess particularly
desirable heat sealing and other physical
characteristics.  Different ethylene interpolymer
components, each having a narrow CD and narrow MWD,
15   may be combined to form a polymer blend of ethylene
interpolymers having particularly preferred heat
sealing characteristics.  The ethylene interpolymers
are individually selected so that the resulting
blend is essentially free of blend components having
20   both a higher average molecular weight and a lower
average comonomer content than that of any other
blend component.

     A blend having a narrow CD and a narrow MWD
is made by blending two or more ethylene
25   interpolymers selected so that the blend has a CDBI
of at least 50% and a MWD $(M_w/M_n) \leq 3$.  A blend
having a narrow CD and a broad MWD is made by
blending two or more ethylene interpolymers selected
so that the blend has a CDBI of at least 50% and a
30   MWD > 3.  A blend having a broad CD and a narrow MWD
is made by blending two or more ethylene
interpolymers selected so that the blend has a CDBI
of less than 50% and a MWD $\leq$ 3.  Also, an
interpolymer having a narrow CD and a narrow MWD can
35   be blended with a polymer having a CDBI of less than
50% and a MWD > 3.0.

EXHIBIT PAGE 000709

WO 93/03093                                                    PCT/US92/05924

- 34 -

The ethylene interpolymers may be used to
form any commercial article where heat sealing is
important or necessary.  For example, the ethylene
interpolymers and blends thereof may be used to form
5    films which are in turn formed into bags or pouches
by heat sealing techniques known in the art.  The
heat sealable film may also be used in packaging as
the sealing material, for example, the film may be
placed over the opening of a container, and then
10   secured to the container by the application of heat.
This technique may be used to seal perishable items,
such as food, into paper, plastic, glass, ceramic or
metallic containers.  The technique may also be used
to package consumer items in attractive sales
15   displays and to secure items for transportation.
The articles described herein are said to
be formed from ethylene interpolymers and blends
thereof.  The articles may comprise other materials,
especially in portions of the article that will not
20   be utilized for heat sealing.  In the portions of
the article that are used for heat sealing, the
language "formed from" is intended to mean
"comprising."  All articles or portions of articles
described herein may also be constructed to consist
25   essentially of the inventive ethylene interpolymers
or blends thereof, in more preferred embodiments.
In other words, the heat sealing portion of any
article described herein may consist essentially of
the inventive ethylene interpolymers and blends
30   thereof.
The ethylene interpolymers may be formed
into films by methods well known in the art.  For
example, the polymers may be extruded in a molten
state through a flat die and then cooled.
35   Alternatively, the polymers may be extruded in a
molten state through an annular die and then blown
and cooled to form a tubular film.  The tubular film

EXHIBIT PAGE 000710

WO 93/03093                                      PCT/US92/05924

- 35 -

may be axially slit and unfolded to form a flat
film.  The films of the invention may be unoriented,
uniaxially oriented or biaxially oriented.

     The films of the invention may be single
5    layer or multiple-layer films.  The multiple-layer
films may consist of one or more layers formed from
ethylene interpolymers and blends thereof.  The
films may also have one or more additional layers
formed from other materials such as other polymers,
10   polypropylene, polyester and EVOH for instance,
metal foils, paper and the like.

     Multiple-layer films may be formed by
methods well known in the art.  If all layers are
polymers, the polymers may be coextruded through a
15   coextrusion feedblock and die assembly to yield a
film with two or more layers adhered together but
differing in composition.  Multiple-layer films may
also be formed by extrusion coating whereby a
substrate material is contacted with the hot molten
20   polymer as the polymer exits the die.  For instance,
an already formed polypropylene film may be
extrusion coated with an ethylene interpolymer film
as the latter is extruded through the die.
Extrusion coating is particularly useful when the
25   ethylene interpolymer heat seal layer is to be
applied to substrates that are woven or knitted from
natural or synthetic fibers or yarns, e.g.,
textiles, or substrates made from non-polymer
materials such as glass, ceramic, paper or metal.

30     Multiple-layer films may also be formed by
combining two or more single layer films prepared as
described above.  For instance, a polypropylene
substrate film may be combined with an ethylene
interpolymer heat seal film yielding a two layer
35   film that would have the strength properties of
polypropylene and the heat sealing characteristic of
the ethylene interpolymer film.  The two layers of a

EXHIBIT PAGE 000711

- 36 -

film so formed may be adhered together with an
adhesive or by the application of heat and pressure.
            There are several important characteristics
of a good heat sealing polymer.  One important
5      characteristic is the heat seal initiation
temperature.  This is the temperature to which the
polymer must be heated before it will undergo useful
bonding to itself under pressure.  Therefore, heat
sealing temperatures above the seal initiation
10     temperature result in heat seals with considerable
and measurable seal strength.  Relatively lower heat
seal initiation temperatures are desirable in
commercial heat sealing equipment.  The lower
temperatures provide for faster operation of the
15     equipment because the polymer need not be heated to
as great a temperature to make the seal.  Also,
cooling of the seal to attain adequate strength will
be faster.
            Another important characteristic is the
20     seal strength plateau on-set temperature.  This is
the lowest temperature to which the polymer must be
heated to obtain a seal with the maximum strength
after cooling that is possible with the particular
materials being sealed.  As heat sealing temperature
25     is gradually raised above the seal initiation
temperature, the resulting seals are stronger.  The
seal strength continues to increase with increasing
sealing temperature up to a point where increased
sealing temperature no longer provides increased
30     seal strength.  This temperature is the seal
strength plateau on-set temperature.  More
importantly, the seal strength plateau on-set
temperature is usually the lowest heat sealing
temperature that will yield a heat seal that fails
35     solely by tearing and not by peeling alone or by
peeling and tearing.  When a heat seal fails by
peeling, the two sealed surfaces separate cleanly.

EXHIBIT PAGE 000712

WO 93/03093                                          PCT/US92/05924

- 37 -

When a seal fails in this manner, the seal strength
is usually low.  When a seal fails by peeling and
tearing the two sealed surfaces undergo considerable
stretching or elongation during separation.  When a
5      seal fails by tearing, the failure occurs not in the
seal itself but in the material around the seal.
The maximum seal strength is reached when failure is
solely by tearing.  Since the mode of seal failure
changes at the seal strength plateau on-set
10     temperature, a visual indication of the seal failure
modes may be used to determine the plateau on-set
temperature.  Commercial sealing equipment may be
operated at higher speeds if the seal strength
plateau on-set temperature is lower for the same
15     reasons discussed above with respect to seal
initiation temperature.

         A third important characteristic is the
sealing window which is the range of temperatures
acceptable for forming a seal.  The sealing window
20     determines the acceptable range of operating
temperatures where seal strength remains essentially
constant.  The low temperature in the range is the
plateau on-set temperature and the upper temperature
in the range is the temperature where the seal
25     strength begins to decrease or the polymer begins to
degrade.  Since it is often difficult or impossible
to maintain commercial sealing equipment at exactly
the same temperature throughout a commercial sealing
run, a broader range of acceptable sealing
30     temperatures makes it easier to assure that all heat
seals made will have acceptable strength.

         The heat sealed article may be formed by
pressing at least two portions of the article
together at a temperature sufficient to soften at
35     least one of the article portions.  The article
portion which has been softened by heat is formed
from ethylene interpolymers having a CDBI of at

EXHIBIT PAGE 000713

WO 93/03093                                    PCT/US92/05924

- 38 -

least 50% or from a polymer blend comprising a
plurality of the ethylene interpolymers as blend
components.  Although it is sufficient if only one
of the article portions being heated and pressed to
5    form a heat seal is formed from the ethylene
interpolymers or blends of the ethylene
interpolymers, it is preferable for all article
portions directly involved in the heat seal to be
formed from the ethylene interpolymers or blends
10   thereof.  Other portions of the article may be
constructed of other materials.
         The heat sealing temperature must be high
enough to soften the interpolymers so that they will
stick to the material to which they are being
15   sealed.  The heat sealing temperature may range as
high as the melting temperature of the interpolymers
or even higher, but at temperatures this high the
sealing contact time must be shortened.
         The seals are formed by heating one or both
20   of the article portions to the necessary
temperature, pressing the article portions together
for a time sufficient to cause them to meld
together, at least partially, and then cooling the
seal.  The pressure needed to join the portions will
25   depend on the article shape, the thickness of the
sealing layer, the composition of the sealing layer
and the temperature at which the seal is made.  The
heat sealed article so formed may be a sealed
container comprising a body and a sealing member
30   secured thereto, wherein the sealing member
comprises a seal layer comprising one of the group
of ethylene interpolymers having a narrow
composition distribution and a blend of a plurality
of said ethylene interpolymers as blend components.
35       The body, as described previously, may be
constructed with any number of different materials
such as paper, plastic, glass, ceramics, metals and

EXHIBIT PAGE 000714

WO 93/03093                                          PCT/US92/05924

- 39 -

textiles.  The body can be constructed with walls
that are impervious to liquids and/or gasses or the
body may be constructed to allow the passage of
liquids and/or gasses.  The body may also be
5    constructed with one or more portals to allow
passage of small items through the body wall or to
allow the consumer to inspect the item stored in the
container without removing the item from the
container. Figure 13 represents a cross-section of a
10   sealed container, showing a container body 132 and a
sealing member 134 which define a sealed chamber
136.  The sealed container may also have a flange
138, to provide extra surface area for making a heat
seal.

15           In commercial applications, the open
chamber 136 is filled with the item to be packaged
and the sealing member 134 is then pressed against
the flange 138.  The sealing member 134, the flange
138 or both may be preheated prior to contact or one
20   or both may be heated after contact.  In any event,
the sealing member 134 is pressed against flange 138
at a temperature sufficient to soften the sealing
member 134.  After sealing member 134 has been
pressed against flange 138 under heat and pressure
25   sufficient to form a heat seal, the heat and
pressure are removed and the sealed area is cooled.
The resulting article is a sealed container with the
consumer item sealed in chamber 136.

             As discussed above, the sealing member may
30   be constructed solely from the inventive ethylene
interpolymers and blends thereof, or the sealing
member may be a multilayer film.  If the sealing
member is constructed from more than one material,
the inventive ethylene interpolymers, or blends
35   thereof, need be utilized only in the areas where
the heat seal will be formed.  For example, the
sealing member may be constructed as shown in Figure

EXHIBIT PAGE 000715

- 40 -

14, which is a cross-section of a two-layer film.
The sealing member 144 may be constructed of a
substrate layer 143 and a heat sealing layer 145.

REFERENTIAL EXAMPLES

5        In order to provide a better understanding
of the present invention including representative
advantages thereof, the following referential
examples are offered as related to actual tests
performed in the practice of this invention, and
10    illustrate the surprising and unexpected heat seal
property of the interpolymers and blends thereof of
this present invention and are not intended as a
limitation on the scope of the invention.

EXAMPLE I

15        An ethylene copolymer resin was prepared
according to the prior art and is identified herein
as Sample No. A.  Sample A was prepared in a
fluidized bed gas phase reactor employing a titanium
transition metal catalyst as described below.  The
20    gas phase reaction was carried out at 83°C reaction
temperature, an ethylene pressure of 130 psia, a
hydrogen/ethylene mole ratio of 0.0556, a
butene/ethylene mole ratio of 0.0263 and a residence
time of 2.4 hours.  A comonomer of 4.82 mole %
25    butene was incorporated in the resulting polymer.
A second copolymer known in the art was
prepared in a liquid slurry phase reaction and
designated as Sample No. B.  The slurry phase
reaction temperature used to prepare Sample No. B
30    was 83°C, the pressure of ethylene in the reactor
was 130 psia, the hydrogen/ethylene mole ratio in
the reactor was 0.0556, and the residence time was
2.4 hours.  A comonomer of 3.2 mole % butene was
incorporated in the resulting polymer.  The prior
35    art transition metal catalyst was prepared in
accordance with procedures outlined in U.S. patent
4,719,193 which is incorporated herein by reference.

EXHIBIT PAGE 000716

- 41 -

Silica was calcined at 600˚C and then treated with
triethylaluminum in a mixture of isopentane at 25˚C.
Magnesium dichloride was then reacted with titanium
trichloride in the presence of aluminum trichloride
5    and tetrahydrofuran (THF) solvent at 60˚C.  The
resulting reaction product was contacted in THF
solvent at 50˚C with the treated silica prepared as
noted above.  The resulting product was treated with
a mixture of diethylaluminum chloride and tri n-
10   Hexyl aluminum in isopentane at 50˚C to yield the
catalyst used to prepare Sample B.

        The physical properties of the resulting
polymers are set forth in Table I below.  The melt
index (MI) is measured according to ASTM D-1238 and
15   is the number of grams of polymer extruded in ten
minutes under a weight of 2.16 kg at a temperature
of 190˚C.

        The tear resistance (TR) is measured by the
Elmendorf Pendulum method according to ASTM D-1922
20   (PL-007).  Tear resistance is measured in (Kg/cm) in
the machine direction (MD) and in the transverse
directions (TD) because the films show different
behavior in different directions.  Intrinsic tear
(IT) is measured according to ASTM 922.

25       Dart impact resistance (DIR) is measured by
the free falling dart method according to ASTM D-
1709-75, Method A (PL-002).  Dart impact resistance
is measured in (gm/mil).

        Haze is measured according to ASTM D-1003-
30   61 Procedure A and Gloss is measured according to
ASTM D-2457-70, AST D-523-80.  Both Haze and Gloss
are measured by percent (%).  Haze is not the same
as Gloss.  Gloss is the shine of the film seen by
reflected light.  The Haze of a film is inversely
35   related to the clarity of the film.

        Hexane Extractables (HE) is measured
according to the procedure set forth by the Food and

EXHIBIT PAGE 000717

- 42 -

TABLE I

Polymer Properties

| Sample No. | Density (g/cm3) | MI (g/10 min @ 190°C) | MW (X 10^-3) | MWD (Mw/Mn) | CDBI | SDBI (°C) | Comonomer B = Butene H = Hexene (mole %) | TR (Kg/cm) | DIR (cm/mil) | IT (Kg/cm) | Haze (%) | Gloss (%) | HE (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 0.9168 | 1.0 | 109.2 | 5.65 | 38 | 28.6 | B/4.82 | - | - | - | - | - | - |
| B | 0.911 | 1.0 | 106.6 | 5.9 | 46 | - | B/3.2 | - | - | - | - | - | - |
| 1 | 0.9065 | 5 | 81.5 | 3.5 | 56 | 27.9 | B/4.82 | 26 | 80 | 64 | 0.9 | 98 | 3.5 |
| 2 | 0.9099 | 5 | 81.0 | 4.3 | 38 | 34.9 | B/5.7 | 80 | 60 | 100 | 2.4 | 90 | 2.1 |
| 3 | 0.9089 | 5 | 79.0 | 4.1 | 57 | 27.5 | B/5.93 | 28 | 100 | 64 | 0.5 | 101 | 4.0 |
| 4 | 0.9074 | 5 | 79.0 | 4.1 | 58 | 27.7 | B/5.93 | 24 | 70 | 64 | 1.0 | 97 | 3.6 |
| 5 | 0.9102 | 5 | 86.0 | 5.0 | 34 | 37.7 | B/4.82 | 24 | 40 | 28 | 1.2 | 97 | 8.1 |
| 6 | 0.909 | 5 | 80.0 | 4.6 | 38 | 32.2 | B/6.61 | 65 | 170 | 140 | 1.6 | 94 | 2.3 |
| 7 | 0.9045 | 5 | 75.0 | 5.0 | - | - | B/6.16 | 24 | 110 | 68 | 0.7 | 98 | 1.1 |
| 8 | 0.9049 | 5 | 80.0 | 2.0 | - | - | B/9.1 | - | - | - | - | - | - |
| 9 | 0.9104 | 1.7 | 96.5 | 2.16 | 50 | 24.1 | H/5.4 | - | - | - | - | - | - |
| 10 | 0.9147 | 4.0 | 84.3 | 2.2 | 50 | 22.7 | B/5.48 | - | - | - | - | - | - |

EXHIBIT PAGE 000718

- 43 -

Drug Administration as described in 21 CFR (
1.77.1520(d)(3)(ii) measured in percent (%).

**EXAMPLE II**

A silica supported transition metal
5  catalyst according to the invention was prepared in
the following manner.  About 100 grams of high
surface area (Davison 952) silica, was dehydrated by
heating the silica to 800°C for about five hours and
maintaining a flow of dry nitrogen over the silica.
10  The dry silica was then slurried with 500 ml of dry
toluene at 25°C under a nitrogen atmosphere in a
2500 ml round-bottom flask equipped with a magnetic
stirrer.  Thereafter, 250 ml of methyl alumoxane in
toluene (1.03 mole/liter in aluminum) was added
15  dropwise over about 15 minutes with constant
stirring of the silica slurry.  Stirring was
subsequently continued for 30 minutes while
maintaining the temperature of the flask at 25°C.  A
toluene solution containing 2.00 grams of bis(n-
20  butylcyclopentadienyl)zirconium dichloride was added
to the alumoxane treated silica slurry dropwise over
15 minutes.  Stirring was maintained constantly
during the addition and for one additional half hour
while maintaining the temperature of the slurry at
25  65°C.  Thereafter, toluene was decanted and the
solids were recovered and dried under a vacuum for
four hours.  Analysis of the catalyst indicated that
it contained 4.5 wt% aluminum and 0.63 wt%
zirconium.
30  Catalysts prepared in the manner described
above was then used for a gas phase reaction under
the conditions indicated in Table II.  During each
polymerization reaction, the indicated amount of
ethylene mixed with nitrogen was added to the
35  reactor along with the indicated amount of hydrogen.
The reaction time to make each polymer was about two
to four hours.  The reaction temperature was

EXHIBIT PAGE 000719

- 44 -

maintained as indicated in Table II and the
indicated amount of comonomer was added at the start
of the reaction.  After each reaction, polymer
particles were separated from the rest of the
5    reaction mixture.  The resulting molecular weight
and density of each blend component is also set
forth in Table II and properties of the blends are
set forth in Table I.

       Samples A and B described above in Example
10   I and have a comonomer distribution in relationship
to molecular weight as represented by line A of
Figure 1.  Sample 1 was prepared to have a narrow CD
and a broad MWD and contain a majority of high
molecular weight component.  The distribution of
15   comonomer in relation to molecular weight for Sample
1 would lie along line C of Figure 1.

       Sample 2 was blended to have a broad CD and
a broad MWD with a minority of high molecular
weight, low density component.  A distribution plot
20   for Sample 2 would lie along line D of Figure 1.

       Sample 3 was blended to have a narrow CD,
and a broad MWD and have a majority of high
molecular weight component.  The distribution figure
for Sample 3 would lie along line C of Figure 1.

25          Sample 4 has a narrow CD, and a broad MWD
and contains a minority of high molecular weight
component.  A representation of the comonomer
distribution would appear as line C in Figure 1.

       Sample 5 has a broad composition
30   distribution and a broad molecular weight
distribution and comprises a minority of high
molecular weight high density component.  This
sample was blended to mimic prior art polymers.  The
distribution for Sample 5 would lie along line A of
35   Figure 1.

       Sample 6 has a broad CD and a broad MWD and
contains a majority of a high molecular weight, low

EXHIBIT PAGE 000720

WO 93/03093                                PCT/US92/05924

– 45 –

density component.  A distribution for Sample 6
would lie along line D in Figure 1.

Sample 7 has a broad CD and a narrow MWD
and equal amounts of high and low density

5    components.  The distribution for Sample 7 would lie
along line B of Figure 1.

Sample 8 has a narrow CD and a narrow MWD
and has only one interpolymer component of 80,000
molecular weight and 0.9049 density.

10    Sample 9 is a single interpolymer with a
narrow CD and a narrow MWD.  Sample 9 has a high
molecular weight of about 96,500 and a 0.9104
density.

Sample 10 is also a single interpolymer

15    component sample with a narrow CD and a narrow MWD.
Sample 10 has a 84,300 molecular weight and a 0.9147
density.

EXHIBIT PAGE 000721

- 46 -

TABLE II

| Blend Component | Reaction H2 Conc. (ppm) | Reaction Ethylene (mole %) | Reaction Comonomer (mole %) | Reaction Temp. (°C) | Product Comonomer (mole %) | Product Mw (X 10³) | Product Density (g/cm³) | CDBI [1] | SDBI [1] |
|---|---|---|---|---|---|---|---|---|---|
| 1' | 1450 | 52.0 | B/5.0 | 145 | 8.22 | 20 | 0.912 | - | - |
| 1" | 115 | 52.0 | B/3.75 | 145 | 5.48 | 115 | 0.907 | - | - |
| 2' | 84 | 42.0 | B/6.45 | 111.7 | 16.82 | 190 | 0.876 | 62 | - |
| 2" | 460 | 52.0 | B/2.85 | 145 | 4.16 | 34 | 0.925 | 71 | 24.0 |
| 3' | 120 | 41.8 | B/2.8 | 148 | 4.82 | 119 | 0.909 | - | - |
| 3" | 1310 | 52.0 | B/5.0 | 145 | 6.35 | 22.7 | 0.912 | - | - |
| 4' | 895 | 52.0 | B/5.0 | 145 | 7.06 | 31 | 0.912 | - | - |
| 4" | 66 | 41.7 | B/2.49 | 147.3 | 4.82 | 143 | 0.908 | - | - |
| 5' | 670 | 41.3 | B/5.62 | 144.9 | 11.11 | 31 | 0.898 | 68 | 21.0 |
| 5" | 73 | 69.7 | B/0.32 | 108.1 | 0.01 | 171 | 0.938 | - | - |
| 6' | 269 | 41.5 | B/6.8 | 140 | 10.37 | 115 | 0.893 | 71 | 25.1 |
| 6" | 800 | 52.0 | B/1.4 | 145 | 2.66 | 27.5 | 0.945 | 65 | 25.2 |
| 7' | 475 | 41.5 | B/5.17 | 145 | 7.19 | 76 | 0.897 | - | - |
| 7" | 185 | 52.0 | B/1.45 | 145 | 4.36 | 78 | 0.922 | - | - |
| 8 | | | | | 9.1 | 80.0 | 0.905 | - | - |
| 9 | | | | | 5.4/H | 96.5 | 0.910 | - | - |
| 10 | | | | | 5.48 | 84.3 | 0.915 | - | - |

- 47 -

EXAMPLE III

     The films made from Samples A and B were
made on a 1ʺ inch Egan Blown Film Line, (Tower
Flight Model) with a blown ratio of 4:1.  The films
5    produced each had a thickness of approximately 2.0
mils (50 microns).  The blends for samples numbered
1-8 were each homogenized on a large Werner
Pfleiderer model ZSK-57 twin screw compounding
extruder.  Films from each of the resins so blended
10   were then made on a 1-inch Killion Mini Cast Film
Line, Model KLB 100 into films having a thickness of
1.5 to 2.0 mils (37.5 to 50 microns) in thickness.
Samples 9 and 10 each comprised only one polymer
component and therefore did not require blending.
15   Films from Samples 9 and 10 were made on a 2-inch
Collin Film Cast Line.

     Heat seals were made from the films on a
laboratory scale Theller Model EB heat sealer.  A
dwell time of about one second and a sealing
20   pressure of 50 N/cm$^2$ was used for making the seals.
The seals on the films were made in the transverse
direction for both the blown and cast films and the
heat sealing anvils were insulated from the heat
sealing film by a Mylar film.  The Mylar film is
25   very stable at normal heat sealing temperatures and
is easily removed from the heat sealing polymer
after the seal has been made.  The seals were aged
for 24 hours before testing them for strength.

     For the strength test, the sealed samples
30   were cut into 1 inch (2.54 cm) wide pieces and then
strength tested using an Instron instrument at a
strain rate of 508 mm/min and a 2 inch (5.08 cm) jaw
separation.  The free ends of the sample are fixed
in jaws, and then the jaws are separated at the
35   strain rate until the seal fails.  The peak load at
seal break is measured and the seal strength is

EXHIBIT PAGE 000723

- 48 -

calculated by dividing the peak load by the sample
width.

The heat seal initiation temperature was
determined by measuring the seal strengths of each
5    sample sealed at various temperatures and then
extrapolating from a plot of seal strength versus
temperature to find the lowest temperature at which
some seal strength is present.  This same plot can
be used to determine the temperature at which a seal
10   strength of 2 N/cm occurs.  The plot can also be
used to determine the plateau on-set temperature and
the sealing temperature window.  Values for these
measured properties of prior art and inventive heat
sealed films are given in Table III.

15   A qualitative rank of the performance of
each of the samples further indicates the advantages
of heat seals made from the inventive interpolymers
over those of the prior art.  Prior art type
polymers are represented by Samples No. A and B and
20   rank at the top of the order depicted in Table IV.
The samples at the top of the Table require the
highest heat sealing temperatures for the indicated
level of seal strength.  They are therefore the
least desirable of the samples ranked in Table IV.
25   Samples at the bottom of the Table require the
lowest heat sealing temperature required for
achieving the indicated level of seal strength and
are therefore most desirable.  Sample No. 5 was
blended to mimic the composition distribution of
30   prior art polymers, and as can be seen from
Table IV, the properties of Sample No. 5 are about
as poor as those of prior art polymers.

The 2 N/cm seal strength, while chosen
arbitrarily, does provide some indication of the
35   minimum temperature necessary to provide
commercially useful heat seals.  As Tables III and
IV show, the invention provides seals with 2 N/cm

EXHIBIT PAGE 000724

WO 93/03093                                      PCT/US92/05924

– 49 –

seal strengths at heat sealing temperatures of 95°C
or less, 90°C or less, or even 85°C or less.  The
prior art samples A and B, and sample 5 blended to
mimic the prior art required heat sealing

5    temperatures of greater than 95°C in order to
produce a seal of 2 N/cm seal strength.  All of the
inventive blends required 95°C or less.  These
temperatures are significantly below the
temperatures required for sealing prior art

10   polymers, even though in absolute terms they differ
by only a few degrees Centigrade.  This small
reduction in absolute heat sealing temperature can
result in significant improvement in commercial heat
sealing processes.  As mentioned before, the lower

15   seal temperature provides for faster sealing and
greater productivity per heat sealing machine.

EXHIBIT PAGE 000725

WO 93/03093                                                    PCT/US92/05924

- 50 -

TABLE III

| Sample No. | Seal Initiation Temperature (°C) | 2N/cm Temp. (°C) | Plateau On-Set (°C) | Sealing Window (°C) (170°-on-Set Temperature) |
|---|---|---|---|---|
| A | 105 | 109 | 126 | 44 |
| B | 93 | 96 | 123 | 47 |
| 1 | 86 | 88 | 120 | 50 |
| 2 | 90 | 95 | 125 | 45 |
| 3 | 80 | 84.5 | 115 | 55 |
| 4 | 84 | 92 | 115 | 55 |
| 5 | 105 | 108 | 130 | 40 |
| 6 | 87 | 89 | 125 | 45 |
| 7 | 85 | 86 | 120 | 50 |
| 8 | 84 | 89 | 122 | 48 |
| 9 | 82 | 84.5 | 112 | 58 |
| 10 | 91 | 91.5 | 113 | 57 |

EXHIBIT PAGE 000726

PCT/US92/05924

- 51 -

TABLE IV

Sample Rank Based on Temperature Necessary for the Indicated Seal Strength

| Temperature | Seal Initiation | 2N/cm | Plateau On-set |
|---|---|---|---|
| highest | A | A | 5 |
| | 5 | 5 | A |
| | B | B | 2 |
| | 10 | 2 | 6 |
| | 2 | 4 | B |
| | 6 | 10 | 8 |
| | 1 | 6 | 1 |
| | 7 | 8 | 7 |
| | 4 | 1 | 3 |
| | 8 | 7 | 4 |
| | 9 | 3 | 10 |
| lowest | 3 | 9 | 9 |

- 52 -

Although all of the resins according to the
invention provide improved heat sealing properties,
samples numbered 1, 3, 6, 7, 8 and 9 are far
superior than the prior art polymers as indicated by
5     the data in Tables III and IV.  They form seals of 2
N/cm strength at sealing temperatures of 90°C or
less.  Samples 3 and 9 form such seals at 85°C or
less.  A further indication of the superiority of
the inventive heat seals made from the particularly
10    described polymers is graphically indicated in
Figures 7-12.  Figure 7 represents the sealing curve
of two prior art polymers, Samples A and B.  The
graphs represent the seal strength of a heat seal
measured in N/cm with respect to the temperature
15    (°C) at which the seal was made.  For comparison,
the curve for Sample A appears in all of the Figures
7-11.

Figure 8 represents the curves for samples
numbered 1, 2 and 3 and graphically depicts the
20    advantages of samples 1, 2 and 3 over the prior art.
The curves for the inventive samples begin at lower
temperatures, thus indicating the lower seal
initiation temperature achieved through the use of
the narrow CD and narrow MWD polymers or blends
25    thereof.  The strength of the seal formed with these
inventive polymers is greater at the same heat
sealing temperature as compared to the prior art
polymer A.  For example, in Figure 8, at 100°C
sealing temperature, it is apparent that samples
30    numbered 1, 2 and 3 have remarkably higher seal
strength than the prior art polymer of Sample A.
For instance, the seal strength of Sample A at 100°C
as determined from the figure is less than 1 N/cm,
whereas the seal strength for Sample No. 3 is above
35    6 N/cm.  This Figure shows the remarkably improved
seal strength of a film according to the invention
at a relatively low sealing temperature.

EXHIBIT PAGE 000728

WO 93/03093                                                PCT/US92/05924

- 53 -

      Figure 9 represents samples numbered 4, 5
and 6 compared to Sample A. This figure shows
further that Sample No. 5, which was blended to
mimic prior art type polymers, has a sealing curve
5    substantially the same as that of prior art
polymers.  In comparison, samples numbered 4 and 6
exhibit the beneficial properties as described in
the specification.  Namely, samples numbered 4 and 6
have greater seal strength at the same sealing
10   temperature in comparison to the prior art polymers
represented by Sample A.  For instance, at 100°C,
the seal strength for Sample No. 6 is above 4 N/cm
while the seal strength for Sample No. A is below 1
N/cm.
15       Figure 10 represents the advantages of
samples numbered 7 and 8 compared to the prior art
polymer.  The figure shows that samples 7 and 8
exhibit the same desirable qualities as described in
this application.  Namely, low seal initiation
20   temperature and a greater seal strength at lower
sealing temperatures.  Again for comparison, the
inventive polymers exhibit remarkably higher seal
strength at 100°C sealing temperature than is
exhibited by the prior art polymer.  The inventive
25   resins have seal strengths of 4 N/cm or greater
compared to less than 1 N/cm for the prior art
polymer.
      Figure 11 represents the seal strength data
for samples numbered 9 and 10 in comparison with the
30   prior art Sample A.  The same advantages for samples
9 and 10 are apparent and include remarkably higher
seal strength at a sealing temperature of 100°C.
Samples numbered 9 and 10 have a seal strength of
almost 6 N/cm at 100°C compared to less than 1 N/cm
35   for the prior art polymer.
      Figure 12 represents the seal strength data
for samples numbered 1, 3 and 9 in comparison with

EXHIBIT PAGE 000729

- 54 -

prior art Sample B.  This plot shows the same heat
sealing advantages of the invention, i.e. lower heat
seal initiation temperature and greater seal
strength at a given heat sealing temperature, in
5   comparison to the prior art.

        The commercial advantages to be obtained
through the use of the inventive type of heat
sealing articles is apparent from the figures.  The
inventive articles may be adequately sealed at
10  temperatures of less than 120°C, 110°C, or 100°C,
and yet retain adequate strength in the seal thus
formed.  In comparison prior art polymers sealed at
100°C, 110°C or even 120°C and higher may not yield
seals of substantial strength.  It is therefore
15  possible to use the inventive materials in
commercial lines operating at a sealing temperature
as low as 100°C or less.  An operating temperature
of 100°C is substantially lower than normal
commercial sealing operating temperatures.  With
20  sealing temperatures as low as 100°C, substantial
increases in heat sealing speed may be achieved and
therefore the output of a heat sealing unit may be
remarkably increased by use of the inventive heat
sealing materials.  At the higher heat sealing
25  temperatures used for sealing prior art materials,
the invention provides the advantage of faster
sealing.  Since the properties of the interpolymers
or blends of interpolymers provide for faster heat
sealing, greater numbers of seals may be made on
30  existing heat sealing equipment.

        While the present invention has been
described and illustrated by reference to particular
embodiments thereof, it will be appreciated by those
of ordinary skill in the art that the invention
35  lends itself to variations not necessarily
illustrated herein.  For instance, the catalyst
system may comprise various other transition metal

EXHIBIT PAGE 000730

WO 93/03093                                          PCT/US92/05924

- 55 -

metallocenes that are activated by alumoxane and/or
ionic activators as the cocatalyst to produce
interpolymers having a narrow molecular weight
distribution and narrow composition distribution.

5    For this reason, then, reference should be made
solely to the appended claims for purposes of
determining the true scope of the present invention.

EXHIBIT PAGE 000731

WO 93/03093                                      PCT/US92/05924

- 56 -

What is claimed is:

1. An article of manufacture having a seal region
formed by pressure contact of first and second
article portions of a temperature sufficient to
soften at least one portion wherein at least the
first portion comprises an ethylene interpolymer or
blend of ethylene interpolymers, the blend or each
interpolymer being selected to have a composition
distribution breadth index (CDBI) as herein before
defined of at least 50% such that the portions are
sealably contacted at a seal initiation temperature
less than 93°C.

2. The article according to claim 1 wherein at
least the first portion comprises a film and
optionally the second portion comprises a like film
or a layer comprising a polymer other than said
interpolymer or interpolymer blend, a metal foil,
paper or textile.

3. The article according to claim 1 or 2 when in
the form of (i) a multilayer film or (ii) a sealed
container comprising (a) a body, optionally of
molded polyolefin, and (b) a sealing member having
or comprising a seal layer sealed to the body and
constituting the first article portion, said sealing
member optionally further comprising a supporting
substrate adhered to the seal layer or optionally
being a film of at least two layers one of which is
the seal layer and another of which is a supporting
substrate.

4. The article in accordance with any preceding
claim wherein the CDBI is at least 70%.

EXHIBIT PAGE 000732

- 57 -

5.  The article in accordance with any preceding
claim wherein the blend or each interpolymer has a
comonomer content of from 0.01 to 17 mole percent.

6.  The article in accordance with any preceding
claim wherein the molecular weight distribution of
the blend or each interpolymer is 2.5 or less.

7.  The article in accordance with any preceding
claim wherein the blend or each interpolymers has a
density of from 0.875 to 0.96 g/cm$^3$, preferably from
0.89 to 0.93 g/cm$^3$, and a weight average molecular
weight in the range of 10,000 to 1,000,000,
preferably from 40,00 to 200.000.

8.  The article in accordance with any preceding
claim wherein the polymer blend is essentially free
of blend components having both a higher average
molecular weight and a lower average comonomer
content than that of any other blend component.

9.  The article in accordance with any preceding
claim wherein the polymer blend comprises ethylene
interpolymer components having substantially:
      (1)   the same average molecular weight but
            different average comonomer content, or,
      (2)   the same average comonomer content but
            different average molecular weights, or,
      (3)   different average molecular weights and
            comonomer contents wherein said components,
            taken serially in order of increasing
            average molecular weight have an increasing
            comonomer content, or,
      (4)   a combination thereof.

10. The article in accordance with any of claims 1
to 8 wherein said polymer blend has a broad

- 58 -

3    molecular weight distribution and optionally a
4    narrow composition distribution.

1    11. The article in accordance with any preceding
2    claim wherein the polymer blend has a density of
3    from 0.88 to 0.94 $g/cm^3$, preferably from 0.90 to
4    0.92 $g/cm^3$, and a melt index (MI) of from 0.5 to 20,
5    preferably a weight average molecular weight of form
6    40,000 to 200,000.

1    12. The article in accordance with claim 11 wherein
2    the polymer blend comprises 50 to 70 wt% of a high
3    molecular weight component with a density of 0.88 to
4    0.92 $g/cm^3$ and a MI of 0.05 to 2, and 30 to 50 wt%
5    of a low molecular weight component with a density
6    of 0.91 to 0.96 $g/cm^3$ and a MI of 50 to 1000.

1    13. A method of forming a heat seal by pressing at
2    least two article portions together at a temperature
3    sufficient to soften at least one of the article
4    portions wherein at least one of the article
5    portions is formed from an ethylene interpolymer
6    having a composition distribution breadth index
7    (CDBI) of at least 50%, or a polymer blend
8    comprising a plurality of said ethylene
9    interpolymers, and wherein said heat seal has a heat
10   seal initiation temperature of less than 93˚C.

1    14. The use of an ethylene interpolymer having a
2    CDBI of at least 50%, or a blend comprising two or
3    more such interpolymers, as a sealing portion in an
4    article having first and second portions comprising
5    a sealed region where sealing is initiated at a
6    temperature less than 93˚C.

WO 93/03093                                                    PCT/US92/05924

– 59 –

1    15. The article, method or use according to any
2    preceding claim wherein the seal initiation
3    temperature is in the range 80°C to below 93°C.

1    16. The article, method or use according to any
2    preceding claim wherein the seal has a plateau-on-
3    set temperature in the range of 110°C to below
4    123°C.

EXHIBIT PAGE 000735