# EXHIBIT V

# PART 14

1/9



A——A PRIOR ART LLDPE
B——B CONSTANT MW, VARIABLE COMONOMER CONTENT
C——C CONSTANT COMONOMER CONTENT, VARIABLE MW
D——D INCREASING MW, INCREASING COMONOMER CONTENT
E——E INCREASING MW, INCREASING/CONSTANT COMONOMER CONTENT
F——F INCREASING/CONSTANT MW, INCREASING COMONOMER CONTENT

Fig-1

EXHIBIT PAGE 000736

WO 93/03093                                                PCT/US92/05924

2/9



Fig-2



Fig-3

EXHIBIT PAGE 000737

3/9



Fig-4



Fig-5

SUBSTITUTE SHEET

EXHIBIT PAGE 000738

WO 93/03093                                        PCT/US92/05924

4/9



COMONOMER CONTENT
MOLE %

$Fig-6$



$Fig-7$

SUBSTITUTE SHEET

EXHIBIT PAGE 000739

5/9



Fig-8



Fig-9

EXHIBIT PAGE 000740

WO 93/03093                                    PCT/US92/05924

6/9



Fig-10



Fig-11

SUBSTITUTE SHEET

EXHIBIT PAGE 000741

WO 93/03093                                    PCT/US92/05924

7/9



SEAL STRENGTH VS. TEMPERATURE

Fig-12



Fig-13



Fig-14

SUBSTITUTE SHEET

EXHIBIT PAGE 000742

8/9



9/9



MOLE % COMONOMER=17.6  0.22094T
CORRELATION COEFFICIENT=0.997
INTERCEPTS:  17.6%, 79.5°C

Fig-16

EXHIBIT PAGE 000744

# INTERNATIONAL SEARCH REPORT

International Application N. PCT/US 92/05924

| I. CLASSIFICATION OF SUBJECT MATTER (If several classification symbols apply, indicate all)[6] |
|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC |
| Int.Cl. 5 C08L23/04;    C09J123/04 |

| II. FIELDS SEARCHED | | |
|---|---|---|
| Minimum Documentation Searched[7] | | |
| Classification System | Classification Symbols | |
| Int.Cl. 5 | C08L ;    C09J | |

| Documentation Searched other than Minimum Documentation to the Extent that such Documents are Included in the Fields Searched[8] |
|---|
| |

| III. DOCUMENTS CONSIDERED TO BE RELEVANT[9] | | |
|---|---|---|
| Category[*] | Citation of Document,[11] with indication, where appropriate, of the relevant passages[12] | Relevant to Claim No.[13] |
| A | EP,A,0 057 891 (SUMITOMO CHEMICAL COMPANY, LTD.) 18 August 1982 see claims --- | 1-16 |
| A | EP,A,0 057 238 (MITSUI PETROCHEMICAL INDUSTRIES, LTD.) 11 August 1982 see the whole document --- | 1-16 |
| A | EP,A,0 141 597 (MITSUI PETROCHEMICAL INDUSTRIES, LTD.) 15 May 1985 see claims --- | 1-16 |
| | -/-- | |

* Special categories of cited documents :[10]
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

| IV. CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
| 07 OCTOBER 1992 | 14. 10. 92 |
| International Searching Authority | Signature of Authorized Officer |
| EUROPEAN PATENT OFFICE | CLEMENTE GARCIA R. |

Form PCT/ISA/210 (second sheet) (January 1985)

EXHIBIT PAGE 000745

International Application No    PCT/US  92/05924

| III. DOCUMENTS CONSIDERE, ) BE RELEVANT    (CONTINUED FROM THE SECOND ... .ET) | | |
|---|---|---|
| Category * | Citation of Document, with indication, where appropriate, of the relevant passages | Relevant to Claim No. |
| A | DATABASE WPIL<br>Section Ch, Week 8715,<br>Derwent Publications Ltd., London, GB;<br>Class A17, AN 87-105454<br>& JP,A,62 053 313 (MITSUI PETROCHEMICAL<br>KK) 9 March 1987<br>see abstract<br>————— | 1-16 |

Form PCT/ISA/210 (extra sheet) (January 1985)

EXHIBIT PAGE 000746

ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO. US  9205924
SA    62623

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information. 07/10/92

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| EP-A-0057891 | 18-08-82 | JP-A- | 57126809 | 06-08-82 |
| | | JP-B- | 1007096 | 07-02-89 |
| | | JP-A- | 57126834 | 06-08-82 |
| | | JP-A- | 57126835 | 06-08-82 |
| | | JP-A- | 57126836 | 06-08-82 |
| | | JP-A- | 57126837 | 06-08-82 |
| | | JP-A- | 57126838 | 06-08-82 |
| | | JP-A- | 57126839 | 06-08-82 |
| | | CA-A- | 1198542 | 24-12-85 |
| | | GB-A,B | 2093044 | 25-08-82 |
| | | US-A- | 4438238 | 20-03-84 |
| EP-A-0057238 | 11-08-82 | JP-C- | 1455107 | 25-08-88 |
| | | JP-A- | 57034145 | 24-02-82 |
| | | JP-B- | 62010532 | 06-03-87 |
| | | WO-A- | 8200470 | 18-02-82 |
| | | US-A- | 4429079 | 31-01-84 |
| EP-A-0141597 | 15-05-85 | JP-B- | 3036042 | 30-05-91 |
| | | JP-A- | 60088016 | 17-05-85 |
| | | CA-A- | 1240097 | 02-08-88 |
| | | US-A- | 4668752 | 26-05-87 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

EXHIBIT PAGE 000747

Sheet __3__ of __3__

| FORM PTO 1449 (modified) | Atty. Docket No.<br>C-40121-AU | Serial No.<br>08/544,497 |
|---|---|---|
| LIST OF REFERENCES CITED BY<br>APPLICANT | Applicant:  Pak-Wing Steve Chum et al. | |
| | Filing Date:  10-18-95 | Group:  1505 |

## U.S. PATENT DOCUMENTS

| Examiner<br>Initial | | Document Number | Date | Name | Class | Sub-<br>class | Filing Date If<br>Appropriate |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-<br>class | Translation | |
|---|---|---|---|---|---|---|---|---|
| | BA | | | | | | | |
| | BB | | | | | | | |
| | BC | | | | | | | |
| | BD | | | | | | | |
| | BE | | | | | | | |

## OTHER REFERENCES *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| *signature* | C A | Speciality Plastics Conference 1990-The Raw Materials Scenario for PE and PP Film Applications and Markets, December 3-4, "High Value Added Film Using an Olefin Based Elastomer", by M. Tanaka |
| | C B | Packaging Technology and Engineering, April 1994, pp. 34-37, "Single-Site Catalysts Produce Tailor-Made, Consistent Resins", by David F. Simon |
| *signature* | C C | "Polyolefin Modification with EXACT™ Plastomers", (before 7/1994 and after 9/1992), pp. 539-564, by T. C. Yu, G. J. Wagner |
| | C D | |
| | C E | |
| | C F | |

| EXAMINER          David Wu | DATE CONSIDERED          8-2-96 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

EXHIBIT PAGE 000748

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicants: | Pak-Wing Steve Chum et al. |
| Serial No.: | 08/544,497 |
| Attorney's Docket No. : | C-40,121AU |
| Filed: | October 18, 1995 |
| For: | FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS |

HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO: COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231, on _March 11, 1996_
DATE OF DEPOSIT

Margaret Greene

PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

_Margaret Greene_
SIGNATURE OF PERSON SIGNING CERTIFICATE

_March 11, 1996_
DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

## TRANSMITTAL LETTER

As indicated in the Second Pre-Examination Amendment submitted on February 2, 1996, Applicants submit hereunder a Supplemental Declaration and Power of Attorney, pursuant to 37 CFR § 1.67 (a), declaring that the above-identified application is a continuation-in-part application of USSN 07/939,281, now U.S. Patent 5,278,272.

08/544,497

If there is a charge involved in this submission, please charge our account, Account No. 04-1512, accordingly.

Respectfully submitted,

By _____
Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: March 8, 1996

The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

C-40,121AU

EXHIBIT PAGE 000750

· 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 · 1000 ·

This Declaration and Power of Attorney 1000 is in the ENGlish language and has the same meaning in other languages with the s__ __00 number.

## SUPPLEMENTAL DECLARATION AND POWER OF ATTORNEY    USA/PCT

(a)  My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b)  I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: **FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS**

the specification of which:

(check one)    ☒  was filed on **October 18, 1995**    as (C- 40,121-A,U)

Application No. **08/544,497**

and was amended on    **February 2, 1996**

(c)  I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

(d)  I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.

(e)  I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| PRIOR FOREIGN APPLICATION(S) | | | PRIORITY CLAIMED | |
| --- | --- | --- | --- | --- |
| | | | YES | NO |
| Number | Country | Day/Month/Year Filed | | |

(f)  I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |
| --- | --- | --- |
| 07/776,130 | **October 15, 1991** | **Patented** |
| 07/939,281 | **September 2, 1992** | **Patented** |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to: **THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541** and telephonic communications to the following:

| | | | |
| --- | --- | --- | --- |
| (1) | **Osborne K. McKinney** | (TEL. (409)238-7889 | Reg. No. **P-40,084** |
| (2) | **Stephen P. Krupp** | | Reg. No. **34,366** |
| (3) | **L. Wayne White** | | Reg. No. **25,415** |
| (4) | **Glenn H. Korfhage** | | Reg. No. **27,204** |
| (5) | **Stephen S. Grace** | | Reg. No. **24,834** |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

| | |
| --- | --- |
| At **Freeport, Texas 77541, U.S.A** | At **Freeport, Texas 77541, U.S.A.** |
| this **20** day of **February** 19 **96** | this **2nd** day of **February** 19 **96** |
| Signature _(signature)_ | Signature _(signature)_ |
| Full Name: **Pak-Wing Steve Chum** | Full Name: **Ronald P. Markovich** |
| Residence: **126 Juniper Street** | Residence: **18800 Egret Bay Boulevard, #1601** |
| City, State, Zip: **Lake Jackson, Texas 77566** | City, State, Zip: **Houston, Texas 77058** |
| Country: **United States of America** | Country: **United States of America** |
| Citizenship: **United States of America** | Citizenship: **United States of America** |
| P.O. Address: **Same as Residence** | P.O. Address: **Same as Residence** |
| | |
| At **Freeport, Texas 77541, U.S.A.** | At **Freeport, Texas 77541, U.S.A.** |
| this **15** day of **February** 19 **96** | this **22nd** day of **February** 19 **96** |
| Signature _(signature)_ | Signature _(signature)_ |
| Full Name: **George W. Knight** | Full Name: **Shih-Yaw Lai** |
| Residence: **1618 North Road** | Residence: **4523 Bermuda Drive** |
| City, State, Zip: **Lake Jackson, Texas 77566** | City, State, Zip: **Sugar Land, Texas 77479** |
| Country: **United States of America** | Country: **United States of America** |
| Citizenship: **United States of America** | Citizenship: **United States of America** |
| P.O. Address: **Same as Residence** | P.O. Address: **Same as Residence** |

(  ) Additional names and signatures are attached.

R-10/88

1505

154 03?
WU

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:          Pak-Wing Steve Chum et al.

Serial No.:          08/544,497

Attorney's
Docket No. :        C-40,121AU

Filed:              October 18, 1995

For:                FABRICATED ARTICLES MADE FROM ETHYLENE
                    POLYMER BLENDS

#7

HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL
WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231, on          April 8, 1996
                    DATE OF DEPOSIT

Margaret Greene

PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

_____
SIGNATURE OF PERSON SIGNING CERTIFICATE
        April 8, 1996
        DATE OF SIGNATURE


Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:


### INFORMATION DISCLOSURE STATEMENT ATTACHMENTS


        Copies of Form 1449 for USSN 08/010,958; 08/239,496; 07/776,130;
07/939,281; 08/289,985; 08/084,054; 08/344,262; and 07/945,034 are attached
together with copies of supplemental submissions for these related applications.

        These documents were inadvertently omitted from the Information
Disclosure Statement mailed the Patent and Trademark Office on March 11, 1996.

EXHIBIT PAGE 000752

08/544,497

We regret any inconvenience this error may have caused the Examiner.

If there is a charge involved in this submission and error, please charge our account, Account No. 04-1512, accordingly.

Respectfully submitted,

By
Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: April 8, 1996

The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/mfg

C-40,121AU

Sheet 1 of 15

| FORM 1449 | | | | ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/726,130 08/634497 |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION (Use several sheets if necessary) | | | | APPLICANT: Shih-Yaw Lai et al. | |
| | | | | FILING DATE: 10-15-91 | GROUP: 1505 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 0 | 8 | 2 | 9 | 0 | 8 | 1-21-92 | Imai et al. | | | |
| | 5 | 0 | 5 | 9 | 4 | 8 | 1 | 10-22-91 | Lustig et al. | | | |
| | 4 | 9 | 6 | 7 | 8 | 9 | 8 | 12-11-90 | Lustig et al. | | | |
| | 4 | 9 | 6 | 6 | 9 | 5 | 1 | 10-30-90 | Benham et al. | | | |
| | 4 | 9 | 6 | 3 | 3 | 8 | 8 | 10-16-90 | Benoit | | | |
| | 4 | 8 | 3 | 3 | 0 | 1 | 7 | 5-23-89 | Benoit | | | |
| | 4 | 8 | 2 | 6 | 9 | 3 | 9 | 5-2-89 | Stuart | | | |
| | 4 | 8 | 0 | 3 | 2 | 5 | 3 | 2-7-89 | McDaniel et al. | | | |
| | 4 | 6 | 9 | 2 | 3 | 8 | 6 | 9-8-87 | Schinkel et al. | | | |
| | 4 | 6 | 9 | 0 | 9 | 9 | 1 | 9-1-87 | Seppl | | | |

### FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YES | NO |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | Derwent 90-239017/31 | |
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

*All the references in sheet 1 to sheet 14 were not considered in the prosecution of the parent case 07/776,130   ŚŁ 12/13/96*

FORM 1449

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

ATTY. DOCKET NO.: C-40,121

SERIAL NO.: 07/776,130

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91    GROUP: 1505

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 6 | 6 | 8 | 5 | 7 | 5 | 5-26-87 | Schinkel et al. | | | |
| | | 4 | 6 | 6 | 6 | 7 | 7 | 2 | 5-19-87 | Schinkel et al. | | | |
| | | 4 | 6 | 2 | 4 | 9 | 9 | 1 | 11-25-86 | Haas | | | |
| | | 4 | 5 | 8 | 8 | 7 | 9 | 4 | 5-13-86 | Oda | | | |
| | | 4 | 4 | 8 | 2 | 8 | 8 | 7 | 11-13-84 | Noshay et al. | | | |
| | | 4 | 3 | 9 | 0 | 6 | 7 | 7 | 6-28-83 | Karol et al. | | | |
| | | 4 | 3 | 6 | 3 | 9 | 0 | 4 | 12-14-82 | Fraser et al. | | | |
| | | 4 | 3 | 5 | 9 | 5 | 6 | 1 | 11-16-82 | Fraser et al. | | | |
| | | 4 | 3 | 0 | 3 | 7 | 7 | 1 | 12-01-81 | Wagner et al. | | | |

### FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

EXAMINER: _____    DATE CONSIDERED: _____

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EXHIBIT PAGE 000755

Sheet 3 of 15

FORM 1449

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/776,130 |
|---|---|
| APPLICANT: Shih-Yaw Lai et al. | |
| FILING DATE: 10-15-91 | GROUP: 1505 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| | 4 3 0 2 5 6 6 | 11-24-81 | Karol et al. | | | |
| | 4 2 5 9 4 6 8 | 3-31-81 | Kajiura et al. | | | |
| | 4 0 1 1 3 8 4 | 3-8-77 | Baxmann et al. | | | |
| | 5 0 8 4 9 2 7 | 2-4-92 | Parkevich | | | |
| | 5 0 8 4 0 3 9 | 1-28-92 | Cancio et al. | | | |
| | 5 0 7 3 5 9 9 | 12-17-91 | Genske | | | |
| | 5 0 7 3 4 5 2 | 12-17-91 | Satou et al. | | | |
| | 5 0 6 8 4 8 9 | 11-26-91 | Edwards et al. | | | |
| | 5 0 6 4 7 9 6 | 11-12-91 | Speca | | | |
| | 5 0 5 5 5 3 4 | 10-8-91 | Theobald | | | |
| | 5 0 5 5 5 3 3 | 10-8-91 | Allen et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 4 of 15

| FORM 1449 | | | | | | | | | ATTY. DOCKET NO.: C-40,121 | | SERIAL NO.: 07/776,430 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

INFORMATION DISCLOSURE CITATION
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al

FILING DATE: 10-15-91    GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 0 | 4 | 7 | 4 | 6 | 8 | 9-10-91 | Lee et al. | | | |
| | | R | E | 3 | 3 | 6 | 8 | 3 | 9-3-91 | Allen et al. | | | |
| | | 5 | 0 | 4 | 3 | 0 | 4 | 0 | 8-27-91 | Butler | | | |
| | | 5 | 0 | 4 | 1 | 3 | 1 | 6 | 8-20-91 | Parnell et al. | | | |
| | | 5 | 0 | 2 | 5 | 0 | 7 | 2 | 6-18-91 | Nowlin et al. | | | |
| | | 5 | 0 | 2 | 4 | 7 | 3 | 9 | 6-18-91 | Harp et al. | | | |
| | | 5 | 0 | 1 | 5 | 5 | 1 | 1 | 5-14-91 | Treybig et al. | | | |
| | | 5 | 0 | 1 | 3 | 8 | 0 | 1 | 5-7-91 | Cozewith et al. | | | |
| | | 5 | 0 | 0 | 6 | 3 | 9 | 6 | 4-9-91 | VanBortel et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YES | NO |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 5 of 15

| FORM 1449 | | | | | ATTY. DOCKET NO.: C-40,121 | | SERIAL NO.: 07/776,130 | | |
|---|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | | APPLICANT: Shih-Yaw Lai et al. | | | | |
| | | | | | FILING DATE: 10-15-91 | | GROUP: 1505 | | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 9 | 8 | 3 | 4 | 4 | 7 | 1-8-91 | Crass et al. | | | |
| | 4 | 9 | 8 | 1 | 8 | 2 | 6 | 1-1-91 | Speca | | | |
| | 4 | 9 | 7 | 5 | 3 | 1 | 5 | 12-4-90 | Bolthe et al. | | | |
| | 4 | 9 | 6 | 8 | 7 | 6 | 5 | 11-6-90 | Yagi et al. | | | |
| | 4 | 9 | 2 | 5 | 7 | 2 | 8 | 5-15-90 | Crass et al. | | | |
| | 4 | 9 | 2 | 1 | 9 | 2 | 0 | 5-1-90 | Collomb-Ceccarini et al. | | | |
| | 4 | 8 | 9 | 2 | 9 | 1 | 1 | 1-9-91 | Genske | | | |
| | 4 | 8 | 8 | 8 | 3 | 1 | 8 | 12-19-89 | Allen et al. | | | |
| | 4 | 8 | 8 | 2 | 4 | 0 | 6 | 11-21-89 | Cozewith et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 6 of 15

FORM 1449

| ATTY. DOCKET NO.: | SERIAL NO.: |
|---|---|
| C-40,121 | 07/776,130 |

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91    GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 8 | 7 | 6 | 3 | 2 | 1 | 10-24-89 | Lo et al. | | | |
| | 4 | 8 | 7 | 4 | 8 | 2 | 0 | 10-17-89 | Cozewith et al. | | | |
| | 4 | 8 | 5 | 7 | 6 | 1 | 1 | 8-15-89 | Durand et al. | | | |
| | 4 | 8 | 4 | 2 | 9 | 5 | 1 | 6-27-89 | Yamada et al. | | | |
| | 4 | 8 | 4 | 2 | 9 | 3 | 0 | 6-27-89 | Schinkel | | | |
| | 4 | 8 | 4 | 2 | 1 | 8 | 7 | 6-27-89 | Janocha et al. | | | |
| | 4 | 8 | 3 | 4 | 9 | 4 | 7 | 5-30-89 | Cook et al. | | | |
| | 4 | 8 | 3 | 0 | 9 | 2 | 6 | 5-16-89 | Mostert | | | |
| | 4 | 8 | 2 | 4 | 8 | 8 | 9 | 4-25-89 | Mostert | | | |
| | 4 | 8 | 0 | 8 | 6 | 3 | 5 | 2-28-89 | Nguyen | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 7 of 15

FORM 1449

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/776,130 |
|---|---|
| APPLICANT: Shih-Yaw Lai et al. | |
| FILING DATE: 10-15-91 | GROUP: 1505 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 7 | 8 | 9 | 7 | 1 | 4 | 12-6-88 | Cozewith et al. | | | |
| | 4 | 7 | 8 | 8 | 2 | 3 | 2 | 11-29-88 | Needham | | | |
| | 4 | 7 | 8 | 0 | 2 | 6 | 4 | 10-25-88 | Dohrer et al. | | | |
| | 4 | 7 | 7 | 5 | 7 | 1 | 0 | 10-4-88 | Dunski et al. | | | |
| | 4 | 7 | 6 | 4 | 5 | 4 | 9 | 8-16-88 | Greenhalgh et al. | | | |
| | 4 | 7 | 6 | 2 | 8 | 9 | 8 | 8-9-88 | Matsuura et al. | | | |
| | 4 | 7 | 4 | 2 | 1 | 3 | 8 | 5-3-88 | Kageyama | | | |
| | 4 | 7 | 3 | 2 | 8 | 8 | 2 | 3-22-88 | Allen et al. | | | |
| | 4 | 7 | 2 | 2 | 9 | 7 | 1 | 2-2-88 | Datta et al. | | | |
| | 4 | 7 | 1 | 9 | 1 | 9 | 3 | 1-12-88 | Levine et al. | | | |
| | 4 | 7 | 1 | 6 | 2 | 0 | 7 | 12-29-87 | Cozewith et al. | | | |

### FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EXHIBIT PAGE 000760

Sheet 8 of 15

| FORM 1449. | | | | | | ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/776,130 |

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91   GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 7 | 1 | 0 | 5 | 3 | 8 | 12-1-87 | Jorgensen | | | |
| | 4 | 6 | 9 | 0 | 9 | 9 | 2 | 9-1-87 | Grubbs et al. | | | |
| | 4 | 6 | 7 | 7 | 0 | 8 | 7 | 6-30-87 | Lo et al. | | | |
| | 4 | 6 | 7 | 6 | 9 | 2 | 2 | 6-30-87 | Sommer | | | |
| | 4 | 6 | 7 | 2 | 0 | 9 | 6 | 6-9-87 | Nowlin | | | |
| | 4 | 6 | 6 | 8 | 6 | 5 | 0 | 5-26-87 | Lo et al. | | | |
| | 4 | 6 | 6 | 6 | 9 | 9 | 9 | 5-19-87 | Cook et al. | | | |
| | 4 | 6 | 2 | 9 | 7 | 7 | 1 | 12-16-86 | Candlin et al. | | | |
| | 4 | 6 | 2 | 6 | 4 | 6 | 7 | 12-2-86 | Hostetter | | | |
| | 4 | 6 | 1 | 8 | 6 | 6 | 2 | 10-21-86 | Nowlin | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

EXAMINER:                                    DATE CONSIDERED:

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 9 of 15

FORM 1449

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

ATTY. DOCKET NO.: C-40,121

SERIAL NO.: 07/776,130

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91      GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 5 | 9 | 9 | 3 | 9 | 1 | 7-8-86 | Yamamoto et al. | | | |
| | | 4 | 5 | 9 | 3 | 0 | 0 | 9 | 6-3-86 | Nowlin | | | |
| | | 4 | 5 | 8 | 7 | 3 | 1 | 8 | 5-6-86 | Inoue et al. | | | |
| | | 4 | 4 | 7 | 4 | 7 | 4 | 0 | 4-29-86 | Gross et al. | | | |
| | | 4 | 5 | 6 | 8 | 7 | 1 | 3 | 2-4-86 | Hansen et al. | | | |
| | | 4 | 5 | 4 | 7 | 5 | 5 | 5 | 10-15-85 | Cook et al. | | | |
| | | 4 | 5 | 1 | 9 | 9 | 6 | 8 | 5-28-85 | Klaus et al. | | | |
| | | 4 | 5 | 1 | 3 | 0 | 3 | 8 | 4-23-85 | Anthony | | | |
| | | 4 | 5 | 0 | 5 | 9 | 7 | 0 | 3-19-85 | Craver | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

EXAMINER:                          DATE CONSIDERED:

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 10 of 15

| FORM 1449 | | | | | | | | | ATTY. DOCKET NO.: C-40,121 | | SERIAL NO.: 07/776,130 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91     GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 4 | 6 | 7 | 0 | 6 | 5 | | 8-21-84 | Williams et al. | | | |
| | 4 | 4 | 6 | 1 | 7 | 9 | 2 | | 7-24-84 | Anthony | | | |
| | 4 | 4 | 5 | 4 | 2 | 8 | 1 | | 6-12-84 | Heitz et al. | | | |
| | 4 | 4 | 5 | 2 | 9 | 5 | 8 | | 6-5-84 | Chester et al. | | | |
| | 4 | 4 | 2 | 7 | 5 | 7 | 3 | | 1-24-84 | Miles et al. | | | |
| | 4 | 4 | 2 | 4 | 1 | 3 | 8 | | 1-3-84 | Candlin et al. | | | |
| | 4 | 4 | 1 | 0 | 6 | 4 | 9 | | 10-18-83 | Cieloszyk | | | |
| | 4 | 3 | 8 | 3 | 0 | 9 | 5 | | 5-10-83 | Goeke et al. | | | |
| | 4 | 3 | 7 | 9 | 1 | 9 | 7 | | 4-5-83 | Cipriani et al. | | | |
| | 4 | 3 | 7 | 0 | 4 | 5 | 6 | | 1-25-83 | George | | | |
| | 4 | 3 | 5 | 4 | 0 | 0 | 9 | | 10-12-82 | Goeke et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 11 of 15

| FORM 1449 | | ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/776,130 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | APPLICANT: Shih-Yaw Lai et al. | |
| | | FILING DATE: 10-15-91 | GROUP: 1505 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 0 | 5 | 5 | 3 | 3 | 8 | 10-8-91 | Sheth et al. | | | |
| | | 5 | 0 | 1 | 9 | 3 | 1 | 5 | 5-28-91 | Wilson | | | |
| | | 4 | 9 | 9 | 6 | 0 | 9 | 4 | 2-26-91 | Dutt | | | |
| | | 4 | 9 | 5 | 9 | 4 | 3 | 6 | 9-25-90 | Cozewith et al. | | | |
| | | 4 | 9 | 2 | 3 | | 5 | 0 | 5-8-90 | Jones | | | |
| | | 4 | 8 | 8 | 3 | 8 | 5 | 3 | 11-28-89 | Hobes et al. | | | |
| | | 4 | 8 | 7 | 4 | 8 | 2 | 0 | 10-17-89 | Cozewith et al. | | | |
| | | 4 | 8 | 2 | 0 | 5 | 8 | 9 | 4-11-89 | Dobreski et al. | | | |

### FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EXHIBIT PAGE 000764

Sheet 12 of 15

FORM-1449

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| ATTY. DOCKET NO.: C-40,121 | SERIAL NO.: 07/776,130 |
| APPLICANT: Shih-Yaw Lai et al. | |
| FILING DATE: 10-15-91 | GROUP: 1505 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 7 | 9 | 2 | 5 | 9 | 5 | 12-20-88 | Cozewith et al. | | | |
| | 4 | 7 | 2 | 0 | 4 | 2 | 7 | 1-19-88 | Clauson et al. | | | |
| | 4 | 6 | 4 | 9 | 0 | 0 | 1 | 3-10-87 | Nakamura et al. | | | |
| | 4 | 6 | 1 | 7 | 2 | 4 | 1 | 10-14-86 | Mueller | | | |
| | 4 | 6 | 1 | 3 | 5 | 4 | 7 | 9-23-86 | Wagner et al. | | | |
| | 4 | 5 | 9 | 8 | 1 | 2 | 8 | 7-1-86 | James et al. | | | |
| | 4 | 5 | 9 | 7 | 9 | 2 | 0 | 7-1-86 | Golike | | | |
| | 4 | 5 | 8 | 8 | 6 | 5 | 0 | 5-13-86 | Mientus et al. | | | |
| | 4 | 5 | 6 | 4 | 5 | 5 | 9 | 1-14-86 | Wagner | | | |

### FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EXHIBIT PAGE 000765

Sheet 13 of 15

FORM 1449

ATTY. DOCKET NO.: C-40,121

SERIAL NO.: 07/776,130

INFORMATION DISCLOSURE CITATION
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al.

FILING DATE: 10-15-91

GROUP: 1505

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4 | 5 | 6 | 3 | 5 | 0 | 4 | 1-7-86 | Hert et al. | | | |
| | | 4 | 5 | 5 | 1 | 3 | 8 | 0 | 11-5-85 | Schoenberg | | | |
| | | 4 | 5 | 3 | 2 | 1 | 8 | 9 | 7-30-85 | Mueller | | | |
| | | 4 | 5 | 1 | 4 | 4 | 6 | 5 | 4-30-85 | Schoenberg | | | |
| | | 4 | 4 | 8 | 6 | 5 | 7 | 9 | 12-4-84 | Machon et al. | | | |
| | | 4 | 4 | 8 | 5 | 2 | 1 | 7 | 11-27-84 | Gunter et al. | | | |
| | | 4 | 4 | 6 | 4 | 4 | 2 | 6 | 8-7-84 | Anthony | | | |
| | | 4 | 4 | 6 | 3 | 1 | 5 | 3 | 7-31-84 | Mizutani et al. | | | |
| | | 4 | 4 | 3 | 8 | 2 | 4 | 3 | 3-20-84 | Kashiwa et al. | | | |
| | | 4 | 4 | 1 | 8 | 1 | 1 | 4 | 11-29-83 | Briggs et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Sheet 14 of 15

| FORM 1449 | | | | | | | | | ATTY. DOCKET NO.: C-40,121 | | SERIAL NO.: 07/776,130 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br>*(Use several sheets if necessary)* | | | | | | | | | APPLICANT: Shih-Yaw Lai et al. | | | |
| | | | | | | | | | FILING DATE: 10-15-91 | | GROUP: 1505 | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 3 | 9 | 9 | 1 | 8 | 0 | | 8-16-83 | Briggs | | | |
| | 4 | 3 | 8 | 0 | 5 | 6 | 7 | | 4-19-83 | Shigemoto | | | |
| | 4 | 3 | 6 | 7 | 2 | 5 | 6 | | 1-4-83 | Biel | | | |
| | 4 | 3 | 4 | 9 | 6 | 4 | 8 | | 9-14-82 | Jorgensen et al. | | | |
| | 4 | 3 | 4 | 6 | 8 | 3 | 4 | | 8-31-82 | Mazumdar | | | |
| | 4 | 3 | 4 | 0 | 6 | 4 | 1 | | 7-20-82 | Weiner | | | |
| | 4 | 3 | 4 | 0 | 6 | 4 | 0 | | 7-20-82 | Weiner | | | |
| | 4 | 3 | 3 | 9 | 9 | 9 | 6 | | 7-13-82 | Weiner | | | |
| | 4 | 3 | 3 | 9 | 4 | 9 | 3 | | 7-13-82 | Weiner | | | |
| | 4 | 3 | 2 | 8 | 3 | 2 | 8 | | 5-4-82 | Minami et al. | | | |
| | 4 | 3 | 0 | 3 | 7 | 1 | 0 | | 12-1-81 | Bullard et al. | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| EXAMINER: | DATE CONSIDERED: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.                                    Rev. 9-88

Sheet 15 of 15

| FORM 1449 | ATTY. DOCKET NO.:<br>C-40,121 | SERIAL NO.:<br>07/776,130 |
|---|---|---|

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

APPLICANT: Shih-Yaw Lai et al.

| FILING DATE: 10-15-91 | GROUP: 1505 |
|---|---|

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Dw* | 4 | 4 | 0 | 5 | 7 | 7 | 4 | 9-20-83 | Miwa et al. | — | — | |
| | 4 | 5 | 1 | 0 | 3 | 0 | 3 | 4-9-85 | Oda et al. | — | — | |
| | 4 | 6 | 6 | 8 | 7 | 5 | 2 | 5-26-87 | Tominari et al. | — | — | |
| | 4 | 9 | 8 | 7 | 2 | 1 | 2 | 1-22-91 | Morterol et al. | — | — | |
| *Dw* | 5 | 0 | 8 | 4 | 5 | 4 | 0 | 1-28-92 | Albizzati et al. | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| *EXAMINER INITIAL | DOCUMENT NUMBER | | | | | | | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | YES | NO |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

| EXAMINER: David Wu | DATE CONSIDERED: 12-13-96 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.            Rev. 9-88

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/544,497 | 10/18/95 | CHUM | C-40,121-A1 |

15M2/0812

OSBORNE K MCKINNEY
2301 BRAZOSPORT BLVD B-1211
FREEPORT TX 77541

| WU, D | EXAMINER |
|---|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | 8 |

DATE MAILED:                08/12/96

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents

TOL-90 (Rev. 6/84)

**1 - PATENT APPLICATION FILE COPY**

EXHIBIT PAGE 000769

| *Office Action Summary* | Application No. 08/544,497 | Applicant(s) Chum et al. | |
|---|---|---|---|
| | Examiner David Wu | Group Art Unit 1505 | |

☐ Responsive to communication(s) filed on _____ .

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, **prosecution as to the merits is closed** in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___ *three* ___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1, 3-8, 17, 19-23, and 31-35* _____ is/are pending in the application.

   Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1, 3-8, 17, 19-23, and 31-35* _____ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ■ approved ■ disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All  ☐ Some*  ☐ None  of the CERTIFIED copies of the priority documents have been

   ☐ received.

   ☐ received in Application No. (Series Code/Serial Number) _____ .

   ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). *5 and 7*

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. Patent and Trademark Office
PTO-326 (Rev. 9-95)                    **Office Action Summary**                    Part of Paper No. __8__

EXHIBIT PAGE 000770

Serial Number: 08/544,497                                    -2-
Art Unit: 1505

15.    Claims 1, 3-8, 17, 19-23, and 31-35 are rejected under

35 U.S.C. § 112, second paragraph, as being indefinite for

failing to particularly point out and distinctly claim the

subject matter which applicant regards as the invention.


16.    The recitation "greater than about" of claim 1, lines

15-18 is indefinite because it has been held that the term

"about" allows some flexibility.  *Amgen, Inc. v. Chugai*

*Pharmaceutical Co.*, 18 USPQ 2d. 1016, 1030 (Fed. Cir. 1991).  The

lower limit is unclear since the term has not yet been defined in

the specification.  Note also in claim 17 and 31-35.


17.    The following is a quotation of the appropriate
paragraphs of 35 U.S.C. § 102 that form the basis for the
rejections under this section made in this Office action:

        A person shall be entitled to a patent unless --
        (e) the invention was described in a patent granted on an
        application for patent by another filed in the United States
        before the invention thereof by the applicant for patent, or
        on an international application by another who has fulfilled
        the requirements of paragraphs (1), (2), and (4) of section
        371(c) of this title before the invention thereof by the
        applicant for patent.


18.    The following is a quotation of 35 U.S.C. § 103 which
forms the basis for all obviousness rejections set forth in this
Office action:

        A patent may not be obtained though the invention is not
        identically disclosed or described as set forth in section
        102 of this title, if the differences between the subject
        matter sought to be patented and the prior art are such that
        the subject matter as a whole would have been obvious at the
        time the invention was made to a person having ordinary
        skill in the art to which said subject matter pertains.

EXHIBIT PAGE 000771

Serial Number: 08/544,497                                      -3-
Art Unit: 1505

      Patentability shall not be negatived by the manner in which
      the invention was made.

      Subject matter developed by another person, which qualifies
      as prior art only under subsection (f) or (g) of section 102
      of this title, shall not preclude patentability under this
      section where the subject matter and the claimed invention
      were, at the time the invention was made, owned by the same
      person or subject to an obligation of assignment to the same
      person.

19.      Claims 1, 3-8, 17, 19-23, and 31-35 are rejected under
35 U.S.C. § 102(e) as anticipated by or, in the alternative,
under 35 U.S.C. § 103 as obvious over Lai et al. (U.S. Patent No.
5,408,004, hereinafter "Lai").

20.      The Lai patent has a different inventive entity from
that of the U.S. Patent No. 5,272,236.  Further, a patentee
cannot obtain the benefit of the filing date of an earlier
application where the claims in issue could not have been made in
the earlier application.  It has been held that a patent
application is entitled to the benefit of the filing date of an
earlier filed application only if the disclosure of the earlier
application provides support for the claims of the latter
application, as required by 35 USC § 112.  See *In re Chu*, 36 USPQ
2d 1089, 1093 (CAFC 1995).  Accordingly, Lai reference '004 is
deemed to be a good 102(e) prior art.

21.      Lai discloses polyolefin blends comprising at least 10
percent, preferably at least 30 percent of at least one linear or

EXHIBIT PAGE 000772

Serial Number: 08/544,497                                    -4-
Art Unit: 1505

substantially linear homogeneously branched polyethylene, such as
one of a Tafmer TM, Exact TM or Insite TM (defined in column 3,
lines 43-56), and the remainder of the blend comprises one or
more heterogeneously branched polyethylene (defined in column 3,
lines 3-14).  See column 2, lines 51-56; column 4, lines 30-50;
column 5, line 67 to column 6, line 15; column 6, line 54 to
column 7, line 2; column 7, lines 23-31.  In working examples 1-
2, the polymer blend sample E-1 is prepared from a 50/50 of CGC
resin (Sample C-1) and HDPE resin (Sample C-2), sample E-2 is
also prepared from a 50/50 of CGC resin (Sample C-6) and HDPE
resin (Sample C-7).  Although Lai fails to disclose the property
such as the slope of strain hardening coefficient of the
substantially linear homogeneously branched polyethylene, in view
of the same type of the polymer and made by the same technology
taught by Lai reference and the instant disclosure, the Examiner
has a reasonable basis to believe that Lai's substantially linear
homogeneously branched polyethylene possesses substantially the
same value of the slope of strain hardening coefficient.  Since
the PTO does not have proper means to conduct the analytical
tests, the burden of proof is now shifted to Applicants to show
otherwise.  *In re Best*, 195 USPQ 430 (CCPA 1977); *In re
Fitzgerald*, 205 USPQ 594 (CCPA 1980).

22.     Even if the properties of the polymers of the instant
claims and the prior art examples are not the same, it would

Serial Number: 08/544,497                                          -5-
Art Unit: 1505

still have been obvious to one of ordinary skill in the art to
make polymers having the claimed properties because it appears
that the references generically embrace the claimed polymers and
the person of ordinary skill in the art would have expected all
embodiments of the references to work.  Applicants have not
demonstrated that the differences, if any,  between the claimed
product and the prods of the prior art examples give rise to
unexpected results.


23.      The 102/103 rejection based on WO '414 has now been
removed in view of the Markovich Declaration filed on February 6,
1996.


24.      Any inquiry concerning this communication or earlier
communications from the examiner should be directed to David Wu
whose telephone number is (703)308-2450.  The examiner can
normally be reached on weekdays from 8:00 am to 4:00 pm.

If attempts to reach the examiner by telephone are unsuccessful,
the examiner's supervisor, Mr. Joseph Schofer, can be reached on
(703) 308-2452.  The fax phone number for this Group is (703)
305-5408.


                                        David Wu
                                    DAVID W. WU
                                   PRIMARY EXAMINER
                                     GROUP 1500
DWW
August 2, 1996

| *Notice of References Cited* | | Application No. 08/544,497 | | Applicant(s) Chum et al. | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Examiner David Wu | | | Group Art Unit 1505 | | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | | | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|---|
| x | A | 5,408,004 | 04-95 | Lai et al. | | | 525 | 240 |
| | B | | | | | | | |
| | C | | | | | | | |
| | D | | | | | | | |
| | E | | | | | | | |
| | F | | | | | | | |
| | G | | | | | | | |
| | H | | | | | | | |
| | I | | | | | | | |
| | J | | | | | | | |
| | K | | | | | | | |
| | L | | | | | | | |
| | M | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

\* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)          Notice of References Cited          Part of Paper No. __8__

EXHIBIT PAGE 000775

Form PTO 948 (Rev. 10-94)    U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office    Application No. 344497

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftpersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 10/18/95 are
___ not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
☑ objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Not black solid lines. Fig(s)_____
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ___ Chemical or mathematical formula not labeled as separate figure. Fig(s)_____
   ___ Group of waveforms not presented as a single figure, using common vertical axis with time extending along horizontal axis. Fig(s)_____
   ___ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(e)
   ___ Paper not flexible, strong, white, smooth, nonshiny, and durable. Sheet(s)_____
   ✗ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ___ All drawing sheets not the same size. Sheet(s)_____
   ___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

   Paper size

   | 21.6 X 35.6 cm. 21.6 cm X 33.1 cm. 21.6 cm. X 27.9 cm. 21.0 cm. X 29.7 cm. (8 1/2 X 14 inches) (8 1/2 X 13 inches) (8 1/2 X 11 inches) (DIN Size A4) | | | |
   |---|---|---|---|
   | T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
   | L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
   | R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
   | B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)_____
   ___Top (T)  ✗ Left (L)  ___ Right (R)  ___Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ___ All views not grouped together. Fig(s)_____
   ___ Views connected by projection lines or lead lines. Fig(s)_____
   ___ Partial views. 37 CFR 1.84(h) 2

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
   ___ View and enlarged view not labled separately or properly. Fig(s)_____
   ___ Sectional views. 37 CFR 1.84 (h) 3
   ___ Hatching not indicated for sectional portions of an object. Fig(s)_____
   ___ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction. Fig(s)_____
   ___ Indication such as "actual size" or scale 1/2" not permitted. Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings). Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
    ___ Solid black shading areas not permitted. Fig(s)_____
    ___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ___ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
    ___ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
    ___ English alphabet not used. 37 CFR 1.84(p)(2) Fig(s)_____
    ___ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
13. LEAD LINES. 37 CFR 1.84(q)
    ___ Lead lines cross each other. Fig(s)_____
    ___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ___ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
    ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
    ___ View numbers not preceded by the abbreviation Fig. Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
    ___ Corrections not made from prior PTO-948. Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
    ___ Surface shading shown not appropriate. Fig(s)_____
    ___ Solid black shading not used for color contrast. Fig(s)_____

COMMENTS:

ATTACHMENT TO PAPER NO._____    DATE 12/5/95
PTO Copy

---

**REMINDER**

Drawing changes may also require changes in the specification, e.g., if Fig. 1 is changed to Fig. 1A, Fig. 1B, Fig. 1C, etc., the specification, at the Brief Description of the Drawings, must likewise be changed. Please make such changes by 37 CFR 1.312 Amendment at the time of submitting drawing changes.

---

## INFORMATION ON HOW TO EFFECT DRAWING CHANGES

### 1. Correction of Informalities--37 CFR 1.85

File new drawings with the changes incorporated therein. The application number or the title of the invention, inventor's name, docket number (if any), and the name and telephone number of a person to call if the Office is unable to match the drawings to the proper application, should be placed on the back of each sheet of drawings in accordance with 37 CFR 1.84(c). Applicant may delay filing of the new drawings until receipt of the Notice of Allowability (PTOL-37). Extensions of time may be obtained under the provisions of 37 CFR 1.136. The drawing should be filed as a separate paper with a transmittal letter addressed to the Drawing Review Branch.

### 2. Timing of Corrections

Applicant is required to submit **acceptable** corrected drawings within the three-month shortened statutory period set in the Notice of Allowability (PTOL-37). If a correction is determined to be unacceptable by the Office, applicant must arrange to have acceptable correction resubmitted within the original three-month period to avoid the necessity of obtaining as extension of time and paying the extension fee. Therefore, applicant should file corrected drawings as soon as possible.

Failure to take corrective action within set (or extended) period will result in ABANDONMENT of the Application.

### 3. Corrections other than Informalities Noted by the Drawing Review Branch on the Form PTO 948

All changes to the drawings, other than informalities noted by the Drawing Review Branch, MUST be approved by the examiner before the application will be allowed. No changes will be permitted to be made, other than correction of informalities, unless the examiner has approved the proposed changes.

EXHIBIT PAGE 000777



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKETT NO. |
|---|---|---|---|
| 08/544.497 | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 8 1/2 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _Mr. Steve Krupp_     (3) _David Wu_

(2) _Mr. Steve Chum_     (4) _Mr. Orton Rollins_

Date of interview _10/9/96_

Type: ☐ Telephonic   ☒ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes   ☐ No. If yes, brief description: _____

Agreement ☒was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: _____1_____

Identification of prior art discussed: _____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Applicant is going to change filing receipt to incorporate 08/054,379 into the continuity priority data. As such, Lai '004 patent will be removed from the record. 112 rejection will be overcome by proper amendment. The application will be allowable if no further new prior art is located._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☐ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

Examiner's Signature _David Wu_

PTOL-413 (REV. 2 -93)

**ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER**

☆ U.S. GOVERNMENT PRINTING OFFICE: 1995–394-958

EXHIBIT PAGE 000778

## Interview Discussion Sheet for 08/544,497 (Att Docket# C40,121AU)

■    Documentation provided as attachments demonstrate the filing receipt of present application is in error and should be corrected as the present invention is entitled to the benefit of the filing date of parent application 08/054,379.

■    Because parent application 08/054,379 antedates Lai et al. U.S. Patent No. 5,408,004, Lai et al. '004 is not a proper § 102(e)/103 reference. Furthermore, Lai et al. '004 is directed to an entirely different invention, based on a unique critical melting property and provides a substantially different result defined as solid state processing.

■    Amendment to the claims have been presented that traverse the rejection under 35 U.S.C. § 112, second paragraph.

*Interview conducted October 9, 1996*

EXHIBIT PAGE 000779

# PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Pak-Wing Steve Chum, et al.

Serial No.:   08/544,497

Filed:   October 18, 1995

Attorney Docket No.:   C-40.121-AU

For:   FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
BLENDS

Art Unit:  1505

Examiner:   D. Wu

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### RESPONSE A

The following is responsive to the Office Action mailed August 12, 1996 (paper number 8) wherein the PTO rejected all pending claims, Claims 1, 3-8, 17, 19-23 and 31-35. Also submitted herewith is a Request for Correction of Filing Receipt. Applicants elect to amend the claims and respectfully request reconsideration in view of the amendments and the remarks that follow.

### In the Specification

Please at page 1, lines 2-12, under the section captioned "CROSS-REFERENCE TO RELATED APPLICATIONS," please delete "This application . . . by reference." and insert therefor --- This application is a Rule 1.60 continuation application of application number 08/378,998, filed January 27, 1995, now abandoned, which was a Rule 1.62 continuation application of application number 08/054,379, filed April 28, 1993, now abandoned, which was a continuation-in-part application of 07/776,130, filed October 15, 1991, now issued U.S. Patent No. 5,272, 236, the disclosures of each of which is incorporated herein in their entirety by reference. This application is also related to pending application number 08/501,527, filed August 2, 1995, which is a continuation of 08/010,958, filed January 29, 1993, now abandoned, the disclosure of which is incorporated herein by reference.--

08/544,497

**In the Claims**

Please amend the claims as follows:

1.    (Third Amendment)    A film made from an ethylene polymer composition, wherein the composition comprises

(A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv)    no high density fraction,

(v)    a single melting peak as measured using differential scanning calorimetry,

(vi)    a critical shear stress at onset of gross melt fracture of greater than [about] 4 x 10$^6$ dyne/cm$^2$, and

(vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ and wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to [about] 1.3.

8. 17.    (Third Amendment)    In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

C-40,121-AU                              -2-

08/544,497

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] $4 \times 10^6$ dyne/cm², and

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and



from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm³ to about 0.965 g/cm³ wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to [about] 1.3.

14 21. (First Amendment)      A film made from an ethylene polymer composition, wherein the composition comprises

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of

at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

    (i)    a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] $4 \times 10^6$ dyne/cm², and

C-40,121-AU            -3-

EXHIBIT PAGE 000782

08/544,497

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

    (B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

    15~~22~~.    (First Amendment)    An ethylene polymer composition comprising

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of

    at least one homogeneously branched substantially linear ethylene/$\alpha$-olefin interpolymer having:

    (i)    a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.92 $g/cm^3$,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] 4 x $10^6$ dyne/$cm^2$, and

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

    (B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

    16~~23~~.    (First Amendment)    A film made from an ethylene polymer composition, wherein the composition comprises

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/$\alpha$-olefin interpolymer having:

C-40,121-AU                         -4-

EXHIBIT PAGE 000783

08/544,497

    (i)     a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)   a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

    (iv)   no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)   a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$, and

    (vii)  a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

   (B)   from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

   34.   (First Amendment)    An ethylene polymer composition comprising

   (A)   from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

    (i)     a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)   a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

    (iv)   no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)   a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than

C-40,121-AU        -5-

EXHIBIT PAGE 000784



08/544,497



the critical shear at the onset of surface melt fracture of a linear olefin

polymer having about the same $I_2$ and $M_w/M_n$, and

(vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to

about] 1.3 [and up] to [about] 2.3; and

(B)    from about 5 percent (by weight of the total composition) to about 90

percent (by weight of the total composition) of at least one heterogeneously branched

ethylene polymer.

### REMARKS

Applicants elect to amend the specification to clarify the continuity and
background of the present application.  In response to a rejection under 35 U.S.C. § 112,
second paragraph, Applicants elect to amend the claims by deleting the term "about" from
Claims 1, 17, 31, 32, 34 and 35 as requested by the Examiner and by reformulating Claims
1, 17, 31, 32, 33 and 34 only for improved clarity.  Since these amendments were made
solely for the purpose of making the background as to related applications clear and
making the claims more definite and not made for the purpose of avoiding prior art, no
prosecution history file wrapper estoppel will apply.

Applicants respectfully request entry of the amendments to the specification and
claims and reconsideration in view of the following remarks.

Applicants also request correction of the filing receipt for the present application.
The filing receipt is in error in that the section captioned "CONTINUING DATA AS
CLAIMED BY APPLICANT" does not indicate that application number 08/378,998 is a
continuation application of application number 08/054,379, now abandoned, which was a
continuation-in-part application of application number 07/776,130, now issued US Patent
No. 5,272,236.  Instead, the filing receipt incorrectly indicates that application number
08/378,998 is a continuation-in-part application of application number 07/776,130.  That
is, the filing receipt is missing the second filed application in the continuity chain of the
present application.

To evince the proper continuity chain of the present application, attached herewith
is a flowchart captioned "Continuity Chain of 08/544,497" and the following supporting
documentation as to the various applications:

C-40,121-AU                                          -6-

08/544,497

### 08/054,379

1.    Office Stamped Postcard indicating submission of a New Continuation-in-part Application and a Fee Sheet and also providing an April 28, 1993 filing date.

2.    Office Stamped Postcard indicating submission of a Declaration and Power of Attorney as well as a Fee Sheet for filing the Declaration.

3.    Declaration and Power of Attorney claiming priority to 07/776,130.

4.    Filing Receipt indicating the correct inventorship entity, the correct continuing data and an April 28, 1993 filing date.

5.    Office Stamped Postcard indicating submission of an Extension of Time.

6.    Extension of Time extending the period for response to January 27, 1995.

7.    Notice of Abandonment indicating 08/054,379 was abandoned on January 27, 1995 for failure to respond to the Office letter mailed July 27, 1994.

### 08/378,998

1.    Office Stamped Postcard indicating submission of a Rule 1.62 Continuation Application and a Fee Sheet and also providing a January 27, 1995 filing date.

2.    Filing Receipt indicating the correct inventorship entity, the correct continuing data and a January 27, 1995 filing date.

3.    Fee Sheet with an "Express Mail" label with a date of deposit of January 27, 1995 and at line item 7 requesting an amendment to the specification to claim priority to 08/054,379.

4.    Correspondence from Crystal Patent Service Ltd. indicating hand-delivery of an Extension of Time as well as a Postcard bearing the initials of Examiner David Wu dated September 21, 1995 indicating receipt of Extension of Time.

5.    Extension of Time extending the period for response to October 18, 1995 hand-delivered as in 4. above.

6.    Notice of Abandonment (consisting of two pages) indicating 08/378,998 was abandoned on October 18, 1995 for failure to respond to the Office letter mailed April 18, 1995.

### 08/544,497

1.    Office Stamped Postcard indicating submission of a New Patent Application and a Fee Sheet and also providing a October 18, 1995 filing date.

2.    Filing Receipt indicating the correct inventorship entity, an October 18, 1995 filing date and incorrect continuing data.

3.    Fee Sheet with an "Express Mail" label with a date of deposit of October 18, 1995 and at line item 5 requesting an amendment to the specification to claim priority to 08378,998.

C-40,121-AU                                -7-

EXHIBIT PAGE 000786

08/544,497

Applicants believe the above documentation demonstrates the filing receipt for the present application should be corrected and the present application is entitled to claim the benefit of the following applications:

08/378,998, filed January 27, 1995, which *is a continuation of '379*
08/054,379, filed April 28, 1993; which is a CIP of '130 (Now USP '236)
07/776,130, filed October 15, 1991, now issued US Patent No. 5,272,236.

### PTO OBJECTIONS AND REJECTIONS

1.     Claims 1, 3-8, 17, 19-23, and 31-35 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

2.     Claims 1, 3-8, 17, 19-23, and 31-35 stand rejected under 35 U.S.C. § 102(e) as anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious over Lai et al. (U.S. Patent No. 5,408,004).

### APPLICANTS' RESPONSE

Applicants believe that the rejection under 35 U.S.C. § 112, second paragraph, is traversed with entry of the above amendments to the claims. That is, as amended, Applicants believe the claims as amended obviate the 35 U.S.C. § 112, second paragraph, rejection.

As to the rejection under 35 U.S.C. §§ 102(e) and 103 over Lai et al. '004, attention is drawn to the fact that the present application is entitled to the benefit of the filing date of parent application 08/054,379, filed April 28, 1993, which antedates Lai et al. '004, filed August 17, 1993. As such, Applicants submit Lai et al. '004 is not a proper reference against the present invention.

Moreover, the invention disclosed in Lai et al. '004 is entirely different and distinct from the present invention. Lai et al. in '004 describe a very particular composition defined by a critical melting property and the so-described composition is shown to exhibit an unusual solid state processing characteristic (as opposed to a normal melt extrusion characteristic). Lai et al. ('004) does not specify the slope of strain hardening coefficient of the substantially linear component and it could be lower than 1.3 or higher than 2.3, thus not creating the enhanced performance which the present inventors have discovered. Conversely and distinctly, the present invention is directed to a unique film and composition defined by a slope of strain hardening property wherein the film and composition is shown to exhibit superior solid state abuse properties. As such, the two inventions use critically different components and provide significantly different results.

C-40,121-AU                              -8-

EXHIBIT PAGE 000787

08/544,497

     Applicants submit on the basis of the above amendments and remarks, all objections and rejections have been traversed and should be withdrawn.  Applicants also believe the application is in a condition for allowance and respectfully request a notice of allowance of all the claims, Claims 1, 3-8, 17, 19-23, and 31-39.

                            Respectfully submitted,

                            By

                            Osborne K. McKinney
                            Registration No. 40,084
Dated:  October 8, 1996           Phone: (409) 238-7889
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

C-40,121-AU               -9-

EXHIBIT PAGE 000788

MAY 11 1993          08/054379

C- 40,121-G
*Continuation-in-Part*

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Fee Sheet plus 2 copies

Title: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

Applicant: Pak-Wing Steve Chum et al.
Pages of Spec:
Number of Claims: 30
Sheets of Drawings: 2
Declaration attached: Yes
Fee:     $ 1,004.00    charged to our Deposit Account.

LWW/mfg          MAILED TO MIDLAND

C.-40,121-G+

Received in the U.S. Patent and Trademark Office:
  Declaration and Power of Attorney   ·
  Fee sheet for filing declaration + 2 copies

Applicant:    Pak-Wing Steve Chum.
Serial No.:   08/054,379
Filed:        April 28, 1993
Title:        FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
              BLENDS

LWW/mfg
  7/7/93

JUL 26 1993

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum

Serial No.:    08/054379      Group Art Unit:

Filed:         April 28, 1993  Examiner:

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
     BLENDS

OCT  9 1996

> I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
> DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
> FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
> COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
> D.C. 20231, On __July 7, 1993__
>
> DATE OF DEPOSIT
> __Margaret Greene__
>
> PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE
> _Margaret Greene_
>
> SIGNATURE OF PERSON SIGNING CERTIFICATE
> _July 7, 1993_
> DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

                    FILING OF DECLARATION

        Filed herewith is the Declaration and Power of
Attorney in the above-identified patent application.
The filing date of the application is as noted above.

        The $130.00 fee for the separate filing of this
Declaration required under 37 CFR 1.16(e) may be charged
to our Deposit Account No. 04-1512.  Duplicate copies of
this sheet are enclosed.

                        Respectfully submitted,

                    By _____
                        L. Wayne White
                        Registration No. 25,415
                        Phone:  409-238-2149

Freeport, Texas 77541
LWW/mfg


C-40,121-G              -1-

EXHIBIT PAGE 000791

This Declaration and Power of Attorney 1000 in the ENGLISH language and has the same meaning in other languages with the same 1000 number.

_ 1000 _ 1000 _ 1000 _ 1000 _ 1000 _ 1000 _ 10_ ‾ 1000 _ 1000 _ 1000 _ 1000 _ 10x 1000 _ 1000 _ 1000 _ 1000 _ 1000 _

This Declaration and Power of Attorney in the ENGLISH lang _e and has the same meaning in other languages with the same 1000 n_ _ber.

## DECLARATION AND POWER OF ATTORNEY                    USA/PCT

As a below named inventor, I hereby declare that:
   (a)  My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.
   (b)  I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is
      sought on the invention entitled: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

and the specification of which:    is attached hereto (C- ).

   (check one)    __X__  was filed on April 28, 1993      as (C-40,121-G).

                   Application No 08/054379
                   and was amended on

   (c)  I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any
      amendment referred to above.
   (d)  I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to
      patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or
      which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this
      application is not disclosed in the prior United States application.
   (e)  I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate
      listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the
      application on which priority is claimed:
                  PRIOR FOREIGN APPLICATION(S)                        PRIORITY CLAIMED

| Number | Country | Day/Month/Year Filed | YES | NO |
|---|---|---|---|---|

   (f)  I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:
      07/776,130        October 15, 1991        Pending

| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |
|---|---|---|

      I hereby appoint the following attorney(s) and/or agent(s) to prosecute the application and to transact all business in the Patent and Trademark
Office connected therewith. Address all correspondence to: THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541 and telephonic
communications to the following:

   (1)  Stephen P. Krupp      (TEL (409)238-2889        Reg. No. 34,366
   (2)  L. Wayne White                          Reg No. 29,415
   (3)  Glenn H. Korfhage                    Reg No 27,204
   (4)  Richard G. Waterman                 Reg No. 20,128

      This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent
Cooperation Treaty.

      I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed
to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or
imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or
any patent issued thereon.
      Inventor(s):

---

At Freeport, Texas 77541, U.S.A

this __7th__ day of __June__ 19 _93_

Signature _[signature]_
Full Name:  Pak-Wing Steve Chum
Residence:  126 Juniper Street
City, State, Zip:  Lake Jackson, Texas 77566
Country:  United States of America
Citizenship:  United States of America
P.O. Address:  Same as Residence

At Freeport, Texas 77541, U.S.A.

this __8th__ day of __June__ 19 _93_

Signature _[signature]_
Full Name:  Ronald P. Markovich
Residence:  1403 Bayou Oak Drive
City, State, Zip:  Friendswood, Texas 77546
Country:  United States of America
Citizenship:  United States of America
P.O. Address:  Same as Residence

---

At Freeport, Texas 77541, U.S.A.

this __7__ day of __June__ 19 _93_

Signature _[signature]_
Full Name:  George W. Knight
Residence:  1618 North Road
City, State, Zip:  Lake Jackson, Texas 77566
Country:  United States of America
Citizenship:  United States of America
P.O. Address:  Same as Residence

At Freeport, Texas 77541, U.S.A.

this __8th__ day of __June__ 19 _93_

Signature _[signature]_
Full Name:  Shih-Yaw Lai
Residence:  4523 Bermuda Drive
City, State, Zip:  Sugar Land, Texas 77479
Country:  United States of America
Citizenship:  United States of America
P.O. Address:  Same as Residence

( ) Additional names and signatures are attached.

C 40 121 G

F 10.68



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 08/001,195 | 04-29293 | CLUE | C-01216 |

A39120621

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B 1211
DALLAS, TX 75344                                                    0600

DATE MAILED:   05/21/93

### NOTICE TO FILE MISSING PARTS OF APPLICATION
### FILING DATE GRANTED

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $130.00 for large entities or $65.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☐ large entity, ☐ small entity (verified statement filed), is $130.00

> Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity ☐ small entity, must submit $_____ to complete the basic filing fee.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☑ The signature to the oath or declaration is: ☐ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $_____ processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.

Direct the response and any questions about this notice to _____ Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

EXHIBIT PAGE 000793

TO-103X
(ev. 7-93)

SEP 2 1993

FILING RECEIPT



UNITED STATES DE___MENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/054,379 | 04/28/93 | 1503 | $1,134.00 | C40121G | 2 | 30 | 4 |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)
PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CIP OF 07/776,130 10/15/91

FOREIGN FILING LICENSE GRANTED 08/26/93
TITLE:
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 528

MAILED TO MIDLAND

(see reverse)

EXHIBIT PAGE 000794

C. 40.121-G

**Received in the U.S. Patent and Trademark Office:**
Extension of Time (Original & 2 c

Applicant:  Pak-Wing Steve Chum, et a
Serial No.:  08/054,379
Filed:      April 28, 1993
Title:      FABRICATED ARTICLES MADE FROM ETHYLENE
            POLYMER BLENDS

LWW/jka

EXHIBIT PAGE 000795

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Pak-Wing Steve Chum, et al.

Serial No.: 08/054,379        Group Art Unit: 1505

Filed: April 28, 1993         Examiner: D. Wu

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231
Jan Alverson
(Typed or printed name of person mailing paper or fee)
*Jan Alverson*
(Signature of person mailing paper or fee)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:                                        OCT  9 1996

## EXTENSION OF TIME

Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire October 27, 1994
in this application be extended for a period of three (3)
month(s), the extended period then expiring on January 27, 1995.
This is a second request for an extension of time.

Please charge $870.00 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

Respectfully submitted,

By *L. Wayne White*
L. Wayne White
Registration No. 25,415
Address: Bldg. B-1211
Freeport, Texas  77541
Phone:  409-238-2149

LWW/jka

EXHIBIT PAGE 000796



MAIL TO MIDI

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | P | C40121G |

15M2/0306

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

RECEIV

MAR 10 1995

PATENT DEPT. TEXAS,

| WU, D | | |
|---|---|---|
| | EXAMINER | / |
| ART UNIT | PAPER NUMBER | |
| 1505 | 8 | |
| DATE MAILED: | 03/06/95 | |

**NOTICE OF ABANDONMENT**

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____7/27/94_____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

    ☐ The issue fee was received on _____

    ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

    In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (I), and a verified showing as to the causes of the delay.

    If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
    ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

*David Wu*

DAVID W. WU
PATENT EXAMINER
GROUP 1500

PTO-1432 (REV. 5-83)

C-    40,121-AB

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Rule 1.62 Continuation Fee Sheet
            (original & 2 copies)
Title:    FABRICATED ARTICLES MADE FROM ETHYLENE
            POLYMER BLENDS
Applicant:  Pak-Wing Steve Chum, et al.
~~Pages of Spec~~
Number of Claims:    15
Sheets of Drawings:   0
~~Declaration enclosed~~
Fee:    $ 730.00     charged to our Deposit Account

LWW/ika                    Mailed via Express Mail
                          January 27, 1995
                          08/378998

RECEIVED
FEB - 8 1995
PATENT DEPT., TEXAS

MAIL ROOM
74 JAN 27 1995
PAT & TRADEMARK

EXHIBIT PAGE 000798



PTO-103X
(Rev. 7-93)

FILING RECEIPT

MAILED TO MCLEAN

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/378,998 | 01/27/95 | 1505 | $730.00 | C-40.121-AB | 2 | 15 | 2 |

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX  77541



RECEIVED
MAR _3 1995
PATENT DEPT. TEXAS

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
                LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
                SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT—
         THIS APPLN IS A CON OF  08/054,379 04/28/93
             WHICH IS A CON OF  07/776,130 10/15/91    PAT 5,272,236

TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 526

(see reverse)

EXHIBIT PAGE 000799

IN     UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Pak-Wing Steve Chum, et al.
Serial No.: 08/054,379
Filed: April 28, 1993
Group Art Unit: 1505
Examiner: D. Wu
For: FABRICATED ARTICLES MADE FROM ETHYLENE
POLYMER BLENDS

BOX FWC
The Commissioner of Patents and Trademarks
Washington D.C. 20231

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231

Jan Alverson
(Typed or printed name of person mailing paper or fee)

(Signature of person mailing paper or fee)

Sir:

This is a request for filing a    ☒ continuation            )
                                  ☐ divisional              ) application under
                                  ☐ continuation-in-part    ) 37 C.F.R. 1.62.

1. The following information is provided in accordance with 37 C.F.R. 1.62(h)
   (if different from originally filed or that stated in the Declaration and Power of
   Attorney presently of record) :
   (a)  Title:

   (b)  Names and addresses of Applicant(s):

2. Priority claim ☐ has  ☒ has not   been made pursuant to 35 USC 119, and if so, is identified as follows:

3. ☐  Cancel in this application claims _____ of the prior application before calculating the filing fee.

4. ☐  A Preliminary Amendment is enclosed.

5. ☒  The filing fee is calculated below.

| For | Number Filed | | | Number Extra | | Rate | Basic Fee $730.00 |
|---|---|---|---|---|---|---|---|
| Total Claims | 15 | - 20 | = | 0 | x | $ 22.00 = | 0 |
| Independent Claims | 2 | - 3 | = | 0 | x | $ 76.00 = | 0 |
| Multiple Dependent Claims Presented | | | | | | $240.00 = | 0 |
| Total Filing Fee | | | | | | | $ 730 |

6. ☒  The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to
   Account No. 04-1512. This sheet is enclosed in triplicate.

7. ☒  Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application. This is a
   ☒ continuation ☐ divisional ☐ continuation-in-part of application Serial No. ___08/054,379___,
   filed ___April 28, 1993___ . --

8. ☐  A new declaration or oath is attached pursuant to 37 C.F.R. 1.62(c).

9. ☐  New drawings are enclosed.

10. ☒  The inventorship of this application is the same as that of the prior copending U.S. application.
    ☐  Fewer inventors are to be named in this application than in the prior copending U.S. application. Delete
       _____ as inventor(s) in this application.
    ☐  The inclusion of additional claimed subject matter in this application requires that additional inventor(s) be named.
       The additional inventor(s) are identified in No. 1 above and a new oath or declaration is enclosed.

11. ☐  Enter the amendment previously filed on _____, but unentered, in the prior application.

12. ☐  A new Disclosure Statement is enclosed.
    ☒  Applicant(s)' Disclosure Statement is as filed with the parent application.

13. ☒  The Power of Attorney in the prior application is to ___STEPHEN P. KRUPP, Reg. No. 34,366; L. Wayne White, Reg.
    No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128___ .
    Please address all communications to ___The Dow Chemical Company___ , Patent Department, B-1211, 2301 N.
    Brazosport Blvd., Freeport, Texas 77541.
    a. ☒  The power appears in the original papers in the prior application.
    b. ☐  The power does not appear in the original papers. A copy of the power in the prior application is enclosed.
    c. ☒  Recognize as Associate Attorney ___Noreen D. Warrick___ whose
       Registration No. is ___34,573___ and whose phone number is ___409-238-4510___ .

___1/27/95___
(Date)

L. Wayne White
Registration No. 25,415
Phone: 409-238-2149

C-40,121-AB
NDW/jka

CRYSTAL PATENT SERVICES® LTD.

Eva M. Pelfrey

*Suite 506-2001 Jefferson Davis Highway*
*Arlington, Virginia 22202*
*(703) 415-0680*

*F A X No. (703) 415-0682*

September 30, 1995

Re: S.N. 08/ 378,998, Filed 01/27/95
    to Chum
    Your Ref:
    My Ref:    5092053

Dear Mr. McKinney:

In the matter of the above-mentioned application, this is to advise that the Extension of Time and related papers were hand-delivered personally to Examiner Wu in Group Art Unit 150 September 21, 1995 as shown by the enclosed, date-initialed receipt.

Best regards.

Jason

C- 40,121-AB

Received in the U.S. Patent and Trademark Office:
3 Mo. Ext. of Time plus 2 copies
Added Claims Fee Sheet plus 2 copies
Response After Final Rejection
Declaration of Ronald P. Markovich

alb

Applicant:   Pak-Wing Steve Chum
Serial No.:  08/378,998
Filed:       January 27, 1995
Title:       FABRICATED ARTICLES MADE FROM
             ETHYLENE POLYMER BLENDS

OKM/mfg

9/21/95

EXHIBIT PAGE 000801

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Pak-Wing Steve Chum et al.

Serial No.: 08/378,998          Group Art Unit: 1505

Filed: January 27, 1995          Examiner: David Wu

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS


Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231                    OCT 9 1996

Sir:

## EXTENSION OF TIME

Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire July 18, 1995 in
this application be extended for a period of three (3) month(s),
the extended period then expiring on October 18, 1995. This is a
first request for an extension of time.

Please charge $870 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly. Two duplicate copies of this sheet are
enclosed.

                              Respectfully submitted,

                              By
                              Osborne K. McKinney
                              Registration No. P-40,084
                              Phone: (409) 238-7889

Freeport, Texas 77541

OKM/mfg
C-40,121-AB

EXHIBIT PAGE 000802