IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (DELAWARE), | ) ) ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

### APPENDIX IN SUPPORT OF
### NOVA'S RESPONSIVE CLAIM CONSTRUCTION BRIEF

### VOLUME VI of VI

### EXHIBITS W to AB

OF COUNSEL:

Ford F. Farabow, Jr.
Ronald A. Bleeker
Joann M. Neth
Martin I. Fuchs
Mark J. Feldstein
Jeffrey W. Abraham
Troy A. Petersen
Ken Motolenich-Salas
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413

H. Woodruff Turner
Thomas A. Donovan
Robert D. Yeager
Brian P. Anderson
KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP
535 Smithfield Street
Pittsburgh, PA 15222

Dated: August 27, 2008
Public Version Dated: September 3, 2008

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*NOVA Chemicals Corporation (Canada), and*
*NOVA Chemicals Inc. (Delaware)*

880228 / 29645

## **TABLE OF EXHIBITS**

| | |
|---|---|
| O. | Deposition Transcript of Shih-Yaw Lai (June 3, 2008) (confidential pursuant to protective order) |
| P. | Lai Deposition Exhibit 7 (DN00118781 to 8827) (confidential pursuant to protective order) |
| Q. | Deposition Transcript of Brian W. S. Kolthammer (June 17, 2008) (confidential pursuant to protective order) |
| R. | Deposition Transcript of Pradeep Jain (July 8, 2008) (confidential pursuant to protective order) |
| S. | Deposition Transcript of Kurt W. Swogger (July 25, 2008) (confidential pursuant to protective order) |
| T. | Deposition Transcript of Ronald P. Markovich (Aug. 19, 2008) (confidential pursuant to protective order) |
| U. | Certified File History of U.S. Patent Application Nos. 08/054,379 and 08/378,998 |
| V. | Certified File History of U.S. Patent No. 5,677,383 |
| W. | U.S. Patent No. 5,582,923 |
| X. | U.S. Patent No. 5,395,417 |
| Y. | U.S. Patent No. 6,015,617 |
| Z. | Supplemental Declaration of Dr. Charles Stanley Speed in Support of NOVA's Responsive Claim Construction Brief, including<br>- Exh. A: Wild *et al*, J. POLYMER. SCIENCE, POLY. PHYS. ED., Vol. 20, 441-455 (1982); and<br>- Exh. B: L.D. Cady, "The Role of Comonomer Type and Distribution in LLDPE Product Performance," SPE Regional Technical Conference, Quaker Square Hilton, Akron, Ohio, Oct. 1-2, (1985), pp. 107-119. |
| AA. | Aug. 1, 2008, Correspondence from NOVA to Dow attaching NOVA's Proposed Claim Constructions |
| AB. | Aug. 12, 2008, Correspondence from NOVA to Dow attaching NOVA's Proposed Claim Constructions |

880228 / 29645

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 3, 2008, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

Darrick J. Hooker
Jenner & Block LLP
333 North Wabash Avenue
Chicago, IL 60611
dhooker@jenner.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

743809 / 29645