# EXHIBIT B

(Part 1 of 4)

5677383

| ISSUE CLASSIFICATION | | |
|---|---|---|
| 286 | Subclass | |
| 525 | Class | |

08/544497

| UTILITY SERIAL NUMBER | 08/544497 | PATENT DATE OCT 14 1997 | PATENT NUMBER |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/544497 | 10/18/95 RULE -0 | 25 | 27 | | |

**APPLICANTS**

GEORGE W. KNIGHT, LAKE JACKSON, TX; ...

CONTINUING DATA ...
VERIFIED

yes, DW

THIS ... 08/544497 ... ABN
WHICH IS A CON OF 08/054,379 04/28/93 ABN

FOREIGN APPLICATIONS ...
VERIFIED

None, DW

FOREIGN FILING LICENSE GRANTED 11/20/95

| Foreign priority claimed ☐ yes ☑ no | | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | → | TX | | | | | |
| Verified and Acknowledged _____ Examiner's initials | | | | | | | | |

**ADDRESS**

GEORGE R. MEERINGA
2 01 BRAZOSPORT BLVD B-1211
FREEPORT TX 77541

**TITLE**

FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | 1/14 Applications Examiner |
|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 1-14-97 | Assistant Examiner | Total Claims 18 | Print Claim 1 |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due $1290 | Date Paid 4-18-97 | Sheets Drwg. 2 | Figs. Drwg. 2 | Print Fig. — |

David Wu
DAVID W. WU
PRIMARY EXAMINER
GROUP 1500
Primary Examiner

ISSUE BATCH NUMBER I 4 6

PREPARED FOR ISSUE

Label Area

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

EX. B PAGE 1

(FACE)

00. 544497

PATENT APPLICATION

08544497

APPROVED FOR LICENSE

TIALS  N. 28

**CONTENTS**

Date
Entered
or
Counted

Date
Received
or
Mailed

RECEIVED
DEC 12 1995

1. Application _____ papers.

2. Pre Amdt A

3. Pre Amdt B         2/6/99

4. Pre Amdt C         Feb 6, 1996

5. Prior Art          Mar 13, 1996

6. Suppl Oath         Mar 13, 1996

7. Prim Art           Apr 10, 1996

8. Res 3mos           AUG 12 1996

9. Interview Summary / D Match   10/9/96

10. Notice of Allowance   DEC 19 1996

11. PTO Grant OCT 14 1997

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

32. _____

(FRONT)

EX. B PAGE 2

Staple Issue Slip Here

| POSITION | ID NO. | | DATE |
|---|---|---|---|
| CLASSIFIER | | 5 | 11-28-95 |
| EXAMINER | | 353 | 11-28-95 |
| TYPIST | | 384 | 11/28 |
| VERIFIER | | 446 | 11/28 |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT. | | | |
| DRAFTING | | | |

## INDEX OF CLAIMS

| Final | Original | 76 8 ~ | 96 12 13 | Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | (1) | √ | ≠ | | | | | | |
| 2 | 3 | U | = | | | | | | |
| 5 | 4 | | | | | | | | |
| 6 | 5 | | | | | | | | |
| 7 | 6 | | | | | | | | |
| 3 | 7 | | | | | | | | |
| 4 | 8 | √ | = | | | | | | |
| | (9) | | | | | | | | |
| | 10 | | | | | | | | |
| | 11 | | | | | | | | |
| | 12 | | | | | | | | |
| | 13 | | | | | | | | |
| | 14 | | | | | | | | |
| | 15 | | | | | | | | |
| | 16 | | | | | | | | |
| 8 | (17) | √ | = | | | | | | |
| 9 | 19 | √ | = | | | | | | |
| 10 | 20 | | | | | | | | |
| 11 | 21 | | | | | | | | |
| 12 | 22 | | | | | | | | |
| 13 | 23 | √ | = | | | | | | |
| | 24 | | | | | | | | |
| | 25 | | | | | | | | |
| | 26 | | | | | | | | |
| | 27 | | | | | | | | |
| | 28 | | | | | | | | |
| | 29 | | | | | | | | |
| | 30 | | | | | | | | |
| 14 | 31 | √ | = | | | | | | |
| 15 | 32 | | | | | | | | |
| 16 | 33 | | | | | | | | |
| 17 | 34 | | | | | | | | |
| 18 | 35 | √ | = | | | | | | |
| | 36 | | | | | | | | |
| | 37 | | | | | | | | |
| | 38 | | | | | | | | |
| | 39 | | | | | | | | |
| | 40 | | | | | | | | |
| | 41 | | | | | | | | |
| | 42 | | | | | | | | |
| | 43 | | | | | | | | |
| | 44 | | | | | | | | |
| | 45 | | | | | | | | |
| | 46 | | | | | | | | |
| | 47 | | | | | | | | |
| | 48 | | | | | | | | |
| | 49 | | | | | | | | |
| | 50 | | | | | | | | |

**SYMBOLS**

| Symbol | Meaning |
|---|---|
| √ | Rejected |
| = | Allowed |
| − (Through numeral) | Canceled |
| + | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

| Final | Original | | Date | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |
| | 95 | | | | | | | |
| | 96 | | | | | | | |
| | 97 | | | | | | | |
| | 98 | | | | | | | |
| | 99 | | | | | | | |

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|---------|-------|
| 525 | 240 | 8-2-96 | W4 |
|  | 242 |  |  |
|  | 320 |  |  |
|  | ATD | 12-13-96 | W4 |

## SEARCH NOTES

|  | Date | Exmr. |
|---|------|-------|
| New |  | W4 |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|---------|-------|
| 525 | 240 |  |  |
|  | 242 |  |  |
|  | 320 | 12-13-96 | W4 |

PATENT APPLICATION SERIAL NO. _____ *08*/**544497**   •

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
<u>FEE RECORD SHEET</u>

Jcf.
01/23/96

320 MM 04-1512 11/28/95 08544497
32014  101    1,048.00CH  C-40,121-AU

PTO-1556
(5/87)

EX. B PAGE 5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

08/54449

Docket No. C-40,121-AU
**Anticipated Classification of this Application:**
Class  526    Subclass _____
Prior Application:
Examiner  David Wu
Art Unit  1505

[MAIL ROOM OCT 18 1995 PAT. & TRADEMARK stamp]

The Commissioner of Patents and Trademarks
Washington, D.C. 20231
Sir:

"Express Mail" mailing _____ er number TB192922488US
Date of Deposit October 18, 1995
   I hereby certify that this paper or fee is being deposited with the United States Postal Service, with sufficient postage "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231
Stephen P. Krupp
(Typed or printed name of person mailing paper or fee)

_(Signature of person mailing paper or fee)_

This is a request for filing a    ☒ continuation  )
                                       divisional    )
application under 37 CFR 1.60 and  claiming benefit under 35 USC 120
of pending prior application Serial No. _  08378,998_
filed on   January 27, 1995   of   Pak-Wing Steve Chum; Ronald P. Markovich; George W. Knight; Shih-Yaw Lai  .
for   FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS   .

1. ☒  Enclosed is a copy of the prior application, including the oath or declaration as originally filed.

2. ☐  Cancel in this application original claims _____ of the prior application before calculating the filing fee.

3. ☒  The filing fee is calculated below.

| For | Number Filed | | Number Extra | | Rate | Basic Fee $750.00 |
|---|---|---|---|---|---|---|
| Total Claims | 30 | - 20 = | 10 | x | $ 22.00 = | 220 |
| Independent Claims | 4 | - 3 = | 1 | x | $ 78.00 = | 78 |
| Multiple Dependent Claims Presented | | | | | $250.00 = | |
| | Total Filing Fee ---------------------------------------- | | | | = | $ 1,048 |

4. ☒  The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Account No. 04-1512   This sheet is enclosed in triplicate.

5. ☒  Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application. This is a
☒ continuation  divisional  of application Serial No. , _08378,998_  filed  _January 27, 1995_ .--

6. ☐  Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in the prior application file. (May only be used if signed by person authorized in Rule 138 and before payment of base issue fee.)

7. ☒  New drawings are enclosed.

8. ☒  The prior application is assigned to _____ The Dow Chemical Company _____ by virtue of an unrecorded assignment.
☐  The prior application is assigned of record to _____ and is recorded at Reel No. _____ Frame No. _____.

9. ☒  The inventorship of this application is the same as that of the prior copending U.S. application.
Fewer inventors are to be named in this application than in the prior copending U.S. application. Delete _____ as inventor(s) in this application.

10. ☒  The Power of Attorney in the prior application is to  STEPHEN P. KRUPP, Reg. No. 34,366; L. Wayne White, Reg. No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128
Please address all communications to  _Osborne K. McKinney, 2301 Brazosport Blvd., B-1211; Freeport, Texas 77541._
a. ☒ The power appears in the original papers in the prior application.
b. ☐ The power does not appear in the original papers. A copy of the power in the prior application is enclosed.
c. ☒ Recognize as Associate Attorney  _Osborne K. McKinney_ whose
   Registration No. is _P-40,084_ and whose phone number is _(409) 238-7889_ .

11. ☐  A Preliminary Amendment is enclosed.  (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

12. ☐  A new Disclosure Statement is enclosed.
☐  Applicant(s)' Disclosure Statement is as filed with the parent application (copy attached).

13. ☒  I hereby verify that the attached papers are a true copy of the prior application Serial No. _08/378,998_ as originally filed on _January 27, 1995_ , with the exception that the attorney's docket number in the lower left-hand corner of each paper has been adjusted to reflect the instant application.

   The undersigned declares further that all statements made herein of his/her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements may jeopardize the validity of the application or any patent issuing thereon.

_10-18-95_
(Date)

_Stephen P. Krupp_
Registration No. 34,366
Phone: 409-238-2889

C-40,121-AU
SPK/OKM/sll



"Express Mail" mailing  ~  )er TB 3038830

Date of Deposit A   ~ 28, 199  08/544497

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

margaret Greene
(Typed or printed name of person mailing paper or fee)

_Margaret Greene_
(Signature of person mailing paper or fee)

# APPLICATION  FOR  LETTERS  PATENT

**Applicant(s):**  Pak-Wing Steve Chum, Ronald P. Markovich, George W. Knight, and Shih-Yaw Lai

**Title:**  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

**Attorney's Docket No.:**  C-40,121-G ρμ

-1-

08/**544497**



<u>FABRICATED ARTICLES MADE FROM</u>
<u>ETHYLENE POLYMER BLENDS</u>

<u>Cross-Reference to Related Applications</u>

~~This application is~~ a continuation-in-part of ~~pending~~ *now U.S. Patent No. 5,272,236*
application serial number 07/776,130, filed October 15, 1991 and is
~~Related to pending~~ *Continuation-in-part of* application serial number 07/939,281 entitled *now USP 5,278,272*
"Elastic Substantially Linear Olefin Polymers" filed September 2, 1992 *now U.S. Patent No.*
in the names of Shih-Yaw Lai, George W. Knight, John R. Wilson *5,278,272*
and James C. Stevens, the disclosures of each of which is
incorporated herein in their entirety by reference. This application is
also related to pending application serial number 08/010,958, filed
January 29, 1993 *now abandoned* in the names of Brian W. S. Kolthammer and Robert
S. Cardwell and entitled Ethylene Interpolymerizations, the
disclosure of which is incorporated herein by reference.

<u>Field of the Invention</u>

This invention relates to compositions comprising
specific ethylene/α-olefin polymer blends.
The polymer blends preferably comprise:

(A) at least one homogeneously branched substantially
linear ethylene/α-olefin interpolymer having specific processing
characteristics, blended together with

(B) a heterogeneously branched ethylene polymer.

Such compositions are particularly useful in film
applications (e.g., high strength thin gauge packaging film or heat
sealable packaging film).

<u>Background of the Invention</u>

Thin film products fabricated from linear low density
polyethylene (LLDPE) and/or high density polyethylene (HDPE) are
widely used for packaging applications such as merchandise bags,
grocery sacks, and industrial liners. For these applications, films with
high tensile strength, as well as high impact strength, are desired

C-40,121-6 ᗡ𝖠𝖴

-1-

-2-

because film producers can down gauge their film products and still retain packaging performance.

Previous attempts were made to optimize film tensile strength and yield strength by blending various heterogeneous
5    polymers together on theoretical basis. While such blends exhibited a synergistic response to increase the film yield strength, the film impact strength followed the rule of mixing, often resulting in a "destructive synergism" (i.e., the film impact strength was actually lower than film made from one of the two components used to make
10    the blend).

For example, it is known that while improved modulus linear polyethylene resin can be produced by blending high density polyethylene with a very low density polyethylene (VLDPE), the impact strength of the resin blend follows the rule of mixing.
15    There is a continuing need to develop polymers which can be formed into fabricated articles (e.g., film) having these combinations of properties (e.g., improved modulus, yield strength, impact strength and tear strength). The need is especially great for polymers which can be made into film which can also be down
20    gauged without loss of strength properties, resulting in savings for film manufacturers and consumers, as well as protecting the environment by source reduction.

Surprisingly, we have now discovered that film can have synergistically enhanced physical properties, when the film is
25    made from a blend of at least one homogeneously branched ethylene/α-olefin interpolymer and a heterogeneously branched ethylene/α-olefin interpolymer.

Brief Description of the Drawings
30    Figure 1 shows the relationship between the density and the slope of strain hardening coefficient for homogeneously branched substantially linear ethylene/α-olefin interpolymers used in the compositions disclosed herein, in comparison with a heterogeneously branched ethylene/α-olefin copolymer.

C-40,121-GRU                            -2-

3

-3-

Figure 2 shows the short chain branching distribution (as measured by analytical temperature rising elution fractionation (ATREF)) for a homogeneously branched substantially linear ethylene/1-octene copolymer used in the invention, in comparison

5    with Dowlex™ 2045 (a heterogeneously branched ethylene/1-octene copolymer made by The Dow Chemical Company).

Summary of the Invention

Formulated ethylene/α-olefin compositions have now

10   been discovered to have improved physical and mechanical strength and are useful in making fabricated articles. Films made from these novel compositions exhibit surprisingly good impact and tensile properties, and an especially good combination of modulus , yield, ultimate tensile, and toughness (e.g., Dart impact).

15   The compositions comprise from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of [

(A) at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

20   (i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii) a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii) a melt index ($I_2$) from about 0.001 grams/10

25   minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry; and

(B) at least one heterogeneously branched ethylene

30   polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$.

In another aspect, the compositions comprise from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of :

C-40,121-G AU                    -3-

-4-

         (A) at least one homogeneously branched linear ethylene/α-olefin interpolymer having:

         (i) a density from about 0.89 grams/cubic centimeter $(g/cm^3)$ to about 0.92 $g/cm^3$,

5         (ii) a molecular weight distribution $(M_w/M_n)$ from about 1.8 to about 2.8,

         (iii) a melt index $(I_2)$ from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

         (iv) no linear polymer fraction, and

10         (v) a single melting peak as measured using differential scanning calorimetry; and

         (B) at least one heterogeneously branched ethylene polymer having a density from about 0.93 $g/cm^3$ to about 0.965 $g/cm^3$.

         Preferably, both the homogeneously branched substantially

15 linear ethylene/α-olefin interpolymer and the homogeneously branched linear ethylene/α-olefin interpolymer each have a slope of strain hardening coefficient greater than or equal to about 1.3.

Detailed Description of the Invention

20         The homogeneously branched ethylene/α-olefin interpolymer is preferably a homogeneously branched substantially linear ethylene/α-olefin interpolymer as described in ~~pending~~ USSN 07/776,130, *now U.S. Patent No. 5,272,236* The homogeneously branched ethylene/α-olefin interpolymer can also be a linear ethylene/α-olefin interpolymer as

25 described in USP 3,645,992 (Elston), the disclosure of which is incorporated herein by reference.

         The substantially linear ethylene/α-olefin interpolymers are not "linear" polymers in the traditional sense of the term, as used to describe linear low density polyethylene (e.g., Ziegler polymerized

30 linear low density polyethylene (LLDPE)), nor are they highly branched polymers, as used to describe low density polyethylene (LDPE).

         The substantially linear ethylene/α-olefin interpolymers of the present invention are herein defined as in copending application serial number 07/776,130 *now U.S. Patent No. 5,272,236* and in copending application entitled "Elastic

C-40,121-G AU         -4-

-5-

Substantially Linear Olefin Polymers" filed September 2, 1992 in the names of Shih-Yaw Lai, George W. Knight, John R. Wilson and James C. Stevens.

5      The homogeneously branched ethylene/α-olefin interpolymers useful for forming the compositions described herein are those in which the comonomer is randomly distributed within a given interpolymer molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer. The homogeneity of the interpolymers is
10    typically described by the SCBDI (Short Chain Branch Distribution Index) or CDBI (Composition Distribution Branch Index) and is defined as the weight percent of the polymer molecules having a comonomer content within 50 percent of the median total molar comonomer content. The CDBI of a polymer is readily calculated from data obtained
15    from techniques known in the art, such as, for example, temperature rising elution fractionation (abbreviated herein as "TREF") as described, for example, in Wild et al, Journal of Polymer Science, Poly. Phys. Ed., Vol. 20, p. 441 (1982), in U.S. Patent 4,798,081 (Hazlitt et al.), or in U.S. Patent 5,089,321 (Chum et al.) the disclosures of all of which are
20    incorporated herein by reference. The SCBDI or CDBI for the linear and for the substantially linear olefin polymers of the present invention is preferably greater than about 30 percent, especially greater than about 50 percent. The homogeneous ethylene/α-olefin polymers used in this invention essentially lack a measurable "high density" fraction as
25    measured by the TREF technique (i.e., the homogeneously branched ethylene/α-olefin polymers do not contain a polymer fraction with a degree of branching less than or equal to 2 methyls/1000 carbons). The homogeneously branched ethylene/α-olefin polymers also do not contain any highly short chain branched fraction (i.e., the
30    homogeneously branched ethylene/α-olefin polymers do not contain a polymer fraction with a degree of branching equal to or more than about 30 methyls/1000 carbons).

      The substantially linear ethylene/α-olefin interpolymers for use in the present invention typically are interpolymers of ethylene

C-40,121-GAU                    -5-

-6-

with at least one $C_3$-$C_{20}$ α-olefin and/or $C_4$-$C_{18}$ diolefins.  Copolymers of ethylene and 1-octene are especially preferred.  The term "interpolymer" is used herein to indicate a copolymer, or a terpolymer, or the like.  That is, at least one other comonomer is polymerized with
5   ethylene to make the interpolymer.  Ethylene copolymerized with two or more comonomers can also be used to make the homogeneously branched substantially linear interpolymers useful in this invention.  Preferred comonomers include the $C_3$-$C_{20}$ α-olefins, especially propene, isobutylene, 1-butene, 1-hexene, 4-methyl-1-pentene, 1-heptene, 1-
10   octene, 1-nonene, and 1-decene, more preferably 1-butene, 1-hexene, 4-methyl-1-pentene and 1-octene.

The term "linear ethylene/α-olefin interpolymer" means that the interpolymer does not have long chain branching.  That is, the linear ethylene/α-olefin interpolymer has an absence of long chain
15   branching, as for example the linear low density polyethylene polymers or linear high density polyethylene polymers made using uniform (i.e., homogeneous) branching distribution polymerization processes (e.g., as described in USP 3,645,992 (Elston)) and are those in which the comonomer is randomly distributed within a given interpolymer
20   molecule and wherein substantially all of the interpolymer molecules have the same ethylene/comonomer ratio within that interpolymer.  The term "linear ethylene/α-olefin interpolymer" does not refer to high pressure branched (free-radical polymerized) polyethylene which is known to those skilled in the art to have numerous long chain
25   branches.  The branching distribution of the homogeneously branched linear ethylene/α-olefin interpolymers is the same or substantially the same as that described for the homogeneously branched substantially linear ethylene/α-olefin interpolymers, with the exception that the linear ethylene/α-olefin interpolymers do not have any long chain
30   branching.  The homogeneously branched linear ethylene/α-olefin interpolymers comprise ethylene with at least one $C_3$-$C_{20}$ α-olefin and/or $C_4$-$C_{18}$ diolefin.  Copolymers of ethylene and 1-octene are especially preferred.  Preferred comonomers include the $C_3$-$C_{20}$ α-olefins, especially propene, isobutylene, 1-butene, 1-hexene, 4-methyl-1-

C-40,121-B AU                    -6-

7

EX. B PAGE 13

pentene, 1-heptene, 1-octene, 1-nonene, and 1-decene, more preferably 1-butene, 1-hexene, 4-methyl-1-pentene and 1-octene.

Both the homogeneously branched substantially linear and linear ethylene/α-olefin interpolymers have a single melting
5   point, as opposed to traditional heterogeneously branched Ziegler polymerized ethylene/α-olefin copolymers having two or more melting points, as determined using differential scanning calorimetry (DSC).

The density of the homogeneously branched linear or
10  substantially linear ethylene/α-olefin interpolymers (as measured in accordance with ASTM D-792) for use in the present invention is generally from about 0.89 g/cm$^3$ to about 0.935 g/cm$^3$, preferably from about 0.905 g/cm$^3$ to about 0.925 g/cm$^3$, and especially from about 0.905 g/cm$^3$ to less than about 0.92 g/cm$^3$.

15  The amount of the homogeneously branched linear or substantially linear ethylene/α-olefin polymer incorporated into the composition varies depending upon the heterogeneously branched ethylene polymer to which it is combined. However, about 50 percent (by weight of the total composition) of the homogeneous linear or
20  substantially linear ethylene/α-olefin polymer is especially preferred in the novel compositions disclosed herein.

The molecular weight of the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers for use in the present invention is conveniently indicated using a melt index
25  measurement according to ASTM D-1238, Condition 190°C/2.16 kg (formerly known as "Condition (E)" and also known as I$_2$). Melt index is inversely proportional to the molecular weight of the polymer. Thus, the higher the molecular weight, the lower the melt index, although the relationship is not linear. The lower melt index limit for the
30  homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers useful herein is generally about 0.001 grams/10 minutes (g/10 min). The upper melt index limit for the homogeneously branched linear or substantially linear ethylene/α-olefin interpolymers

C-40,121-ß AU                    -7-



EX. B PAGE 14

-8-

is about 10 g/10 min, preferably less than about 1 g/10 min, and especially less than about 0.5 g/10 min.

Another measurement useful in characterizing the molecular weight of the homogeneously branched linear or ~~substantialy~~ *substantially* [β]

5    linear ethylene/α-olefin interpolymers is conveniently indicated using a melt index measurement according to ASTM D-1238, Condition 190°C/10 kg (formerly known as "Condition (N)" and also known as $I_{10}$). The ratio of the $I_{10}$ and $I_2$ melt index terms is the melt flow ratio and is designated as $I_{10}/I_2$. Generally, the $I_{10}/I_2$ ratio for the

10    homogeneously branched linear ethylene/α-olefin interpolymers is about 5.6. For the homogeneously branched substantially linear ethylene/α-olefin interpolymers used in the compositions of the invention, the $I_{10}/I_2$ ratio indicates the degree of long chain branching, i.e., the higher the $I_{10}/I_2$ ratio, the more long chain branching in the

15    interpolymer. Generally, the $I_{10}/I_2$ ratio of the homogeneously branched substantially linear ethylene/α-olefin interpolymers is at least about 6, preferably at least about 7, especially at least about 8 or above. For the homogeneously branched substantially linear ethylene/α-olefin interpolymers, the higher the $I_{10}/I_2$ ratio, the better the processability.

20    Other additives such as antioxidants (e.g., hindered phenolics (e.g., Irganox® 1010 made by Ciba Geigy Corp.), phosphites (e.g., Irgafos® 168 also made by Ciba Geigy Corp.)), cling additives (e.g., PIB), antiblock additives, pigments, fillers, and the like can also be included in the formulations, to the extent that they do not interfere

25    with the enhanced formulation properties discovered by Applicants.

<u>Molecular Weight Distribution Determination</u>

The molecular weight distribution of the linear or substantially linear olefin interpolymer product samples is analyzed by

30    gel permeation chromatography (GPC) on a Waters 150C high temperature chromatographic unit equipped with three mixed porosity columns (Polymer Laboratories $10^3$, $10^4$, $10^5$, and $10^6$), operating at a system temperature of 140°C. The solvent is 1,2,4-trichlorobenzene, from which 0.3 percent by weight solutions of the samples are prepared

C-40,121-G AU



-8-

EX. B PAGE 15

-9-

for injection. The flow rate is 1.0 milliliter/minute and the injection
size is 200 microliters. A differential refractometer is being used as the
detector.

5       The molecular weight determination is deduced by using
narrow molecular weight distribution polystyrene standards (from
Polymer Laboratories) in conjunction with their elution volumes. The
equivalent polyethylene molecular weights are determined by using
appropriate Mark-Houwink coefficients for polyethylene and
10   polystyrene (as described by Williams and Word in <u>Journal of Polymer
Science,</u> Polymer Letters, Vol. 6, (621) 1968, incorporated herein by
reference) to derive the following equation:

$$M_{polyethylene} = a * (M_{polystyrene})^b.$$

15   In this equation, a = 0.4316 and b = 1.0. Weight average molecular
weight, $M_w$, is calculated in the usual manner according to the
following formula: $M_w = \overline{K} w_i * M_i$, where $w_i$ and $M_i$ are the weight
fraction and molecular weight, respectively, of the $i^{th}$ fraction eluting
from the GPC column.

20       For both the homogeneously branched linear and
substantially linear ethylene/$\alpha$-olefin polymers, the molecular weight
distribution ($M_w/M_n$) is preferably from about 1.8 to about 2.8, more
preferably from about 1.89 to about 2.2 and especially about 2.

25   <u>Determination of the Slope of Strain Hardening Coefficient</u>

      The slope of strain hardening is measured by compression
molding a plaque from the polymer to be tested. Typically, the plaque is
molded at about 177°C for 4 minutes under almost no pressure and then
pressed for 3 minutes under a pressure of about 200 psi. The plaque is
30   then allowed to cool at about 8°C/minute while still under 200 psi
pressure. The molded plaque has a thickness of about 0.005 inches. The
plaque is then cut into a dogbone shaped test piece using a steel rule die.
The test piece is 0.315 inches wide and 1.063 inches long. The start of the
curved portion of the dogbone shape begins at 0.315 inches from each

C-40,121-GAU               -9-

EX. B PAGE 16

-10-

end of the sample and gently curves (i.e., tapers) to a width of 0.09
inches. The curve ends at a point 0.118 inches from the start of the
curve such that the interior portion of the dogbone test piece has a width
of 0.09 inches and a length of 0.197 inches.

5          The tensile properties of the test sample is tested on an
Instron Tensile Tester at a crosshead speed of 1 inch/minute. The slope
of strain hardening is calculated from the resulting tensile curve by
drawing a line parallel to the strain hardening region of the resulting
stress/strain curve. The strain hardening region occurs after the sample
10    has pulled its initial load ((i.e., stress) usually with little or no elongation
during the initial load) and after the sample has gone through a slight
drawing stage (usually with little or no increase in load, but with
increasing elongation (i.e., strain)). In the strain hardening region, the
load and the elongation of the sample both continue to increase. The
15    load increases in the strain hardening region at a much lower rate than
during the initial load region and the elongation also increase, again at a
rate lower than that experienced in the drawing region. Figure 1 shows
the various stages of the stress/strain curve used to calculate the slope of
strain hardening. The slope of the parallel line in the strain hardening
20    region is then determined.

The slope of strain hardening coefficient (SHC) is calculated
according to the following equation:

SHC = (slope of strain hardening) * $(I_2)^{0.25}$

where $I_2$ = melt index in grams/10 minutes.

25          For both the homogeneously branched linear and
substantially linear ethylene/α-olefin interpolymers used in the
invention, the SHC is greater than about 1.3, preferably greater than
about 1.5.

Surprisingly, the slope of strain hardening coefficient
30    reaches a maximum for the linear or the substantially linear ethylene/α-
olefin polymers at a density from about 0.89 $g/cm^3$ to about 0.935 $g/cm^3$.
Heterogeneous ethylene/α-olefin polymers, in contrast, do not behave
in the same manner. Figure 1 graphically depicts the relationship
between the density of the homogeneously branched substantially linear

C-40,121-GPAU                    -10-

-11-

ethylene polymers and ethylene/α-olefin polymers as a function of their
slope of strain hardening coefficient, and includes a heterogeneously
branched ethylene/1-octene copolymer (polymer W** in Table 1) for
comparison purposes. Table 1 displays the data of Figure 1 in tabular
5    form:

C-40,121-GAU                        -11-

12

-12-

Table 1

| Polymer | Melt Index ($I_2$) (g/10 min) | Density (g/cm$^3$) | $I_{10}/I_2$ | SHC* |
|---------|------|---------|---------|------|
| A | 1 | 0.8564 | 7.36 | 0.004 |
| B | 1.03 | 0.8698 | 7.46 | 0.45 |
| C | 0.57 | 0.873 | 7.22 | 0.54 |
| D | 1.01 | 0.8817 | 7.36 | 0.89 |
| E | 1.06 | 0.9018 | 7.61 | 1.84 |
| F | 2.01 | 0.9041 | 8.07 | 2.03 |
| G | 0.77 | 0.9047 | 9.01 | 1.57 |
| H | 9.82 | 0.9048 | 7.03 | 1.67 |
| I | 4.78 | 0.9077 | 7.18 | 2.08 |
| J | 3.13 | 0.9113 | 7.67 | 2.04 |
| K | 2.86 | 0.9139 | 7.87 | 2.27 |
| L | 1.08 | 0.9197 | 8.07 | 2.24 |
| M | 0.96 | 0.9198 | 9.61 | 1.93 |
| N | 0.99 | 0.9203 | 9.09 | 2.23 |
| O | 1.11 | 0.9204 | 10.15 | 1.59 |
| P | 1.06 | 0.9205 | 9.08 | 2.25 |
| Q | 1.12 | 0.9216 | 8.94 | 2.3 |
| R | 30.74 | 0.9217 | 6.27 | 2 |
| S | 31.58 | 0.94 | 6.02 | 0.24 |
| T | 0.97 | 0.9512 | 12.11 | 0 |
| U | 0.97 | 0.9533 | 10.5 | 0 |
| V | 0.92 | 0.954 | 7.39 | 0 |
| W** | 0.8 | 0.905 | 8.7 | 1.02 |

*SHC = Slope of Strain Hardening Coefficient

**A comparative heterogeneously branched ethylene/1-octene copolymer

5

C-40,121-G AU                    -12-

<u>The Heterogeneously Branched Ethylene Polymer</u>

The ethylene polymer to be combined with the homogeneous ethylene/α-olefin interpolymer is a heterogeneously

5   branched (e.g., Ziegler polymerized) interpolymer of ethylene with at least one $C_3$-$C_{20}$ α-olefin (e.g., linear low density polyethylene (LLDPE)).

Heterogeneously branched ethylene/α-olefin interpolymers differ from the homogeneously branched ethylene/α-olefin interpolymers primarily in their branching distribution. For

10  example, heterogeneously branched LLDPE polymers have a distribution of branching, including a highly branched portion (similar to a very low density polyethylene), a medium branched portion (similar to a medium branched polyethylene) and an essentially linear portion (similar to linear homopolymer polyethylene). The amount of

15  each of these fractions varies depending upon the whole polymer properties desired. For example, linear homopolymer polyethylene has neither branched nor highly branched fractions, but is linear. A very low density heterogeneous polyethylene having a density from about 0.9 g/cm$^3$ to about 0.915 g/cm$^3$ (such as Attane® copolymers, sold by

20  The Dow Chemical Company and Flexomer® sold by Union Carbide Corporation) has a higher percentage of the highly short chain branched fraction, thus lowering the density of the whole polymer.

Heterogeneously branched LLDPE (such as Dowlex® sold by The Dow Chemical Company) has a lower amount of the highly

25  branched fraction, but has a greater amount of the medium branched fraction. Figure 2 graphically depicts the relative amounts of these various fractions (as measured using temperature rising elution fractionation) for Dowlex® 2045 (a heterogeneously branched ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10

30  min, a density of about 0.92 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 7.93 and a molecular weight distribution ($M_w/M_n$) of about 3.34), as compared with a homogeneously branched substantially linear ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10 min, a density of about 0.92 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 10.5

C-40,121-B ßµ                    -13-

EX. B PAGE 20

and a molecular weight distribution ($M_w/M_n$) of about 2.18. Note that
the homogeneously branched polymer has a single relatively narrow
peak at an elution temperature of about 85°C, while the Dowlex® 2045
polymer has a broad branching distribution, as represented by the
breadth of elution ~~temperatures~~ <sub>temperatures</sub> over which the polymer fractions

$\beta$    5

elute. Dowlex® 2045 also has a distinct peak at an elution temperature
of about 98°C, indicating the "linear" fraction of the whole polymer.
Increasing the fraction of the polymer which has the beneficial
properties, without ~~concommitantly~~ increasing other fractions has not

$\beta$    10

been demonstrated here-to-fore.

Preferably, however, the heterogeneously branched
ethylene polymer is a heterogeneously branched Ziegler polymerized
ethylene/α-olefin interpolymer having no more than about 10 percent
(by weight of the polymer) of a polymer fraction having a SHC ≥ 1.3.

15

More preferably, the heterogeneously branched ethylene
polymer is a copolymer of ethylene with a $C_3$-$C_{20}$ α-olefin, wherein the
copolymer has:

(i) a density from about 0.93 g/$cm^3$ to about 0.965
g/$cm^3$,

20

(ii) a melt index ($I_2$) from about 0.1 g/10 min to
about 500 g/10 min, and

(iii) no more than about 10 percent (by weight of the
polymer) of a polymer fraction having a SHC ≥ 1.3.

The heterogeneously branched ethylene/α-olefin

25

interpolymers and/or copolymers also have at least two melting peaks
as determined using Differential Scanning Calorimetry (DSC).

The Formulated Compositions

The compositions disclosed herein can be formed by any

30

convenient method, including dry blending the individual components
and subsequently melt mixing or by pre-melt mixing in a separate
extruder (e.g., a Banbury mixer, a Haake mixer, a Brabender internal
mixer, or a twin screw extruder).

C-40,121-GAU                    -14-



EX. B PAGE 21

Another technique for making the compositions in-situ is
disclosed in pending USSN 08/010,958, entitled Ethylene
Interpolymerizations, which was filed January 29, 1993 in the names of
Brian W.S. Kolthammer and Robert S. Cardwell, the disclosure of which
5    is incorporated herein in its entirety by reference. USSN 08/010,958,
describes, inter alia, interpolymerizations of ethylene and $C_3$-$C_{20}$ alpha-
olefins using a homogeneous catalyst in at least one reactor and a
heterogeneous catalyst in at least one other reactor. The reactors can be
operated sequentially or in parallel.

10        The compositions can also be made by fractionating a
heterogeneous ethylene/$\alpha$-olefin polymer into specific polymer
fractions with each fraction having a narrow composition (i.e.,
branching) distribution, selecting the fraction having the specified
properties (e.g., SHC $\geq$ 1.3), and blending the selected fraction in the
15    appropriate amounts with another ethylene polymer. This method is
obviously not as economical as the in-situ interpolymerizations of
USSN 08/010,958, but can be used to obtain the compositions of the
invention.

20    <u>Fabricated Articles Made from the Novel Compositions</u>
Many useful fabricated articles benefit from the novel
compositions disclosed herein. For example, molding operations can be
used to form useful fabricated articles or parts from the compositions
disclosed herein, including various injection molding processes (e.g.,
25    that described in <u>Modern Plastics Encyclopedia/89</u>, Mid October 1988
Issue, Volume 65, Number 11, pp. 264-268, "Introduction to Injection
Molding" by H. Randall Parker and on pp. 270-271, "Injection Molding
Thermoplastics" by Michael W. Green, the disclosures of which are
incorporated herein by reference) and blow molding processes (e.g., that
30    described in <u>Modern Plastics Encyclopedia/89</u>, Mid October 1988 Issue,
Volume 65, Number 11, pp. 217-218, "Extrusion-Blow Molding" by
Christopher Irwin, the disclosure of which is incorporated herein by
reference), profile extrusion, calandering, pultrusion (e.g., pipes) and the
like. Rotomolded articles can also benefit from the novel compositions

C-40,121-BAU.                -15-

*16*

EX. B PAGE 22

described herein. Rotomolding techniques are well known to those
skilled in the art and include, for example, those described in <u>Modern
Plastics Encyclopedia/89</u>, Mid October 1988 Issue, Volume 65, Number
11, pp. 296-301, "Rotational Molding" by R.L. Fair, the disclosure of

5   which is incorporated herein by reference).

     Fibers (e.g., staple fibers, melt blown fibers or spunbonded
fibers (using, e.g., systems as disclosed in USP 4,340,563, USP 4,663,220,
USP 4,668,566, or USP 4,322,027, all of which are incorporated herein by
reference), and gel spun fibers (e.g., the system disclosed in USP

10   4,413,110, incorporated herein by reference)), both woven and
nonwoven fabrics (e.g., spunlaced fabrics disclosed in USP 3,485,706,
incorporated herein by reference) or structures made from such fibers
(including, e.g., blends of these fibers with other fibers, e.g., PET or
cotton)) can also be made from the novel compositions disclosed herein.

15        Film and film structures particularly benefit from the
novel compositions described herein and can be made using
conventional hot blown film fabrication techniques or other biaxial
orientation processes such as tenter frames or double bubble processes.
Conventional hot blown film processes are described, for example, in

20   <u>The Encyclopedia of Chemical Technology</u>, Kirk-Othmer, Third Edition,
John Wiley & Sons, New York, 1981, Vol. 16, pp. 416-417 and Vol. 18, pp.
191-192, the disclosures of which are incorporated herein by reference.
Biaxial orientation film manufacturing process such as described in a
"double bubble" process as in U.S. Patent 3,456,044 (Pahlke), and the

25   processes described in U.S. Patent 4,352,849 (Mueller), U.S. Patent
4,597,920 (Golike), U.S. Patent 4,820,557 (Warren), U.S. Patent 4,837,084
(Warren), U.S. Patent 4,865,902 (Golike et al.), U.S. Patent 4,927,708
(Herran et al.), U.S. Patent 4,952,451 (Mueller), U.S. Patent 4,963,419
(Lustig et al.), and U.S. Patent 5,059,481 (Lustig et al.), the disclosures of

30   each of which are incorporated herein by reference, can also be used to
make film structures from the novel compositions described herein.
The film structures can also be made as described in a tenter-frame
technique, such as that used for oriented polypropylene.

C-40,121-GℛℯU         -16-

/7

Other multi-layer film manufacturing techniques for food packaging applications are described in Packaging Foods With Plastics, by Wilmer A. Jenkins and James P. Harrington (1991), pp. 19-27, and in "Coextrusion Basics" by Thomas I. Butler, Film Extrusion Manual:
5    Process, Materials, Properties pp. 31-80 (published by TAPPI Press (1992)) the disclosures of which are incorporated herein by reference.

The films may be monolayer or multilayer films. The film made from the novel compositions can also be coextruded with the other layer(s) or the film can be laminated onto another layer(s) in a
10    secondary operation, such as that described in Packaging Foods With Plastics, by Wilmer A. Jenkins and James P. Harrington (1991) or that described in "Coextrusion For Barrier Packaging" by W.J. Schrenk and C.R. Finch, Society of Plastics Engineers RETEC Proceedings, June 15-17 (1981), pp. 211-229, the disclosure of which is incorporated herein by
15    reference. If a monolayer film is produced via tubular film (i.e., blown film techniques) or flat die (i.e., cast film) as described by K.R. Osborn and W.A. Jenkins in "Plastic Films, Technology and Packaging Applications" (Technomic Publishing Co., Inc. (1992)), the disclosure of which is incorporated herein by reference, then the film must go
20    through an additional post-extrusion step of adhesive or extrusion lamination to other packaging material layers to form a multilayer structure. If the film is a coextrusion of two or more layers (also decribed by Osborn and Jenkins), the film may still be laminated to additional layers of packaging materials, depending on the other
25    physical requirements of the final film. "Laminations Vs. Coextrusion" by D. Dumbleton (Converting Magazine (September 1992), the disclosure of which is incorporated herein by reference, also discusses lamination versus coextrusion. Monolayer and coextruded films can also go through other post extrusion techniques, such as a biaxial
30    orientation process.

Extrusion coating is yet another technique for producing multilayer film structures using the novel compositions described herein. The novel compositions comprise at least one layer of the film structure. Similar to cast film, extrusion coating is a flat die technique.

C-40,121-2           -17-

EX. B PAGE 24

-18-

A sealant can be extrusion coated onto a substrate either in the form of a
monolayer or a coextruded extrudate.

Generally for a multilayer film structure, the novel
compositions described herein comprise at least one layer of the total
5    multilayer film structure. Other layers of the multilayer structure
include but are not limited to barrier layers, and/or tie layers, and/or
structural layers. Various materials can be used for these layers, with
some of them being used as more than one layer in the same film
structure. Some of these materials include: foil, nylon, ethylene/vinyl
10   alcohol (EVOH) copolymers, polyvinylidene chloride (PVDC),
polyethylene terephthalate (PET), oriented polypropylene (OPP),
ethylene/vinyl acetate (EVA) copolymers, ethylene/acrylic acid (EAA)
copolymers, ethylene/methacrylic acid (EMAA) copolymers, LLDPE,
HDPE, LDPE, nylon, graft adhesive polymers (e.g., maleic anhydride
15   grafted polyethylene), and paper. Generally, the multilayer film
structures comprise from 2 to about 7 layers.

Example 1

Seventy five percent (by weight of the total composition) of
20   a homogeneously branched substantially linear ethylene/1-octene
copolymer having $I_2$ of about 1 g/10 min, density of about 0.91 g/cm$^3$,
$I_{10}/I_2$ of about 10, $M_w/M_n$ of about 2, and SHC of about 1.81 is dry
blended and then melt blended with 25 percent (by weight of the total
composition) of a heterogeneously branched ethylene/1-octene
25   copolymer having $I_2$ of about 1 g/10 min, density of about 0.935 g/cm$^3$,
$I_{10}/I_2$ of about 7.8, and $M_w/M_n$ of about 3.4. The heterogeneously
branched ethylene/1-octene copolymer has a fraction of about 5 percent
(by weight of the heterogeneously branched copolymer) having a SHC $\geq$
1.3. The dry blend is tumble blended in a 50 gallon drum for about 1
30   hour.

The melt blend is produced in a ZSK 30 twin screw extruder
(30 mm screw diameter) and is then fabricated into film. The final
blended composition has a density of about 0.919 g/cm$^3$.

C-40,121-8 AU                            -18-

19

EX. B PAGE 25

-19-

The blended composition is then fabricated into blown film having a thickness of about 1 mil on an Egan Blown Film Line having a 2 inch diameter screw, a 3 inch die and at a 2.5 inch blow up ratio (BUR), as described in Table 2. For all film samples in Examples 1, 2, 4, and 6

5   and for comparative examples 3, 5, and 7, the targeted gauge is about 1 mil, using a blow-up ratio (BUR) of 2.5:1, a LLDPE screw design is used, a die gap of 70 mils is used, and a lay flat of about 11.875 inches is used.

Film properties are measured and reported in Table 3 with other examples of the invention and with comparative examples. Dart

10  impact (type A) of the films is measured in accordance with ASTM D-1709-85; tensile strength, yield, toughness, and 2% secant modulus of the films is measured in accordance with ASTM D-882; Elmendorf tear (type B) is measured in accordance with ASTM D-1922; PPT tear is measured in accordance with ASTM D-2582; Block is measured in accordance with

15  ASTM D-3354.

Puncture is measured by using an Instron tensiometer Tensile Tester with an integrator, a specimen holder that holds the film sample taut across a circular opening, and a rod-like puncturing device with a rounded tip (ball) which is attached to the cross-head of the

20  Instron and impinges perpendicularly onto the film sample. The Instron is set to obtain a crosshead speed of 10 inches/minute and a chart speed (if used) of 10 inches/minute. Load range of 50% of the load cell capacity (100 lb. load for these tests) should be used. The puncturing device is installed to the Instron such that the clamping unit is attached

25  to the lower mount and the ball is attached to the upper mount on the crosshead. Six film specimens are used (each 6 inches square). The specimen is clamped in the film holder and the film holder is secured to the mounting bracket. The crosshead travel is set and continues until the specimen breaks. Puncture resistance is defined as the energy to

30  puncture divided by the volume of the film under test. Puncture resistance (PR) is calculated as follows:

$$PR = E/((12)(T)(A))$$

where        PR = puncture resistance (ft-lbs/in$^3$)

C-40,121-8 PU                        -19-

E = energy (inch-lbs) = area under the load displacement
curve

12 = inches/foot

T = film thickness (inches), and

5      A = area of the film sample in the clamp = 12.56 $in^2$.

## Example 2

Seventy five percent (by weight of the total composition) of
a homogeneously branched substantially linear ethylene/1-octene

10   copolymer having $I_2$ of about 0.5 g/10 min, density of about 0.915 $g/cm^3$,
$I_{10}/I_2$ of about 11, $M_w/M_n$ of about 2.4, and SHC of about 2.265 is dry
blended and then melt blended (as described in Example 1) with 25
percent (by weight of the total composition) of a heterogeneously
branched ethylene/1-octene copolymer having $I_2$ of about 1 g/10 min,

15   density of about 0.935 $g/cm^3$, $I_{10}/I_2$ of about 7.8, and $M_w/M_n$ of about
3.4. The heterogeneously branched ethylene/1-octene copolymer has a
fraction of about 5 percent (by weight of the heterogeneously branched
copolymer) having a SHC $\geq$ 1.3. The final blended composition has a
density of about 0.92 $g/cm^3$.

20      Blown film is made as described in Table 2 and film
properties are measured and reported in Table 3 with other examples of
the invention and with comparative examples.

## Comparative Example 3

25      A heterogeneously branched ethylene/1-octene copolymer
having $I_2$ of about 1 g/10 min, density of about 0.92 $g/cm^3$, $I_{10}/I_2$ of
about 7.93, and $M_w/M_n$ of about 3.34 is made into film as described in
Example 1. The heterogeneously branched ethylene/1-octene copolymer
has a fraction of about 36 percent (by weight of the heterogeneous

30   copolymer) having a SHC $\geq$ 1.3. The entire heterogeneous ethylene/1-
octene copolymer has a SHC of about 1.5.

Blown film is made as described in Table 2 and film
properties are measured and reported in Table 3 with other examples of
the invention and with comparative examples.

C-40,121-GAU              -20-

EX. B PAGE 27

-21-

Example 4

Example 4 is an *in-situ* blend made according to USSN
08/010,958, wherein the homogeneously branched substantially linear
polymer is made in a first reactor and is an ethylene/1-octene copolymer
having a melt index ($I_2$) of about 0.5 g/10 min., and a density of about
0.9054 g/cm³, a melt flow ratio ($I_{10}/I_2$) of about 8.27 and a molecular
weight distribution ($M_w/M_n$) of about 1.979 and comprises about 50%
(by weight of the total composition). A heterogeneously branched
ethylene/1-octene copolymer is made in a second reactor operated
sequentially with the first reactor and has a melt index ($I_2$) of about 1.5
g/10 min., and a density of about 0.944 g/cm³ and comprises the
remaining 50% (by weight of the total composition). The total
composition has a melt index ($I_2$) of about 1 g/10 min., a density of about
0.9248 g/cm³, a melt flow ratio ($I_{10}/I_2$) of about 7.22 and a molecular
weight distribution ($M_w/M_n$) of about 2.641. This composition is made
into blown film as described in Table 2 and the resultant film properties
are reported in Table 3.

Comparative Example 5

Comparative Example 5 is an ethylene/1-octene copolymer
made according to USSN 07/773,375, filed October 7, 1991, the disclosure
of which is incorporated herein by reference. About 15% (by weight of
the total composition) is made in a first reactor, with the remaining
portion of the composition polymerized in a second sequentially
operated reactor. Both reactors utilize Ziegler type catalysts and make
heterogeneously branched polymers. The total composition has a melt
index ($I_2$) of about 0.56 g/10 min., a density of about 0.9256 g/cm³, a melt
flow ratio ($I_{10}/I_2$) of about 9.5 and a molecular weight distribution
($M_w/M_n$) of about 4.35. This composition is also made into blown film
as described in Table 2 and the resultant film properties are reported in
Table 3.

C-40,121-GPU                    -21-

Example 6

Example 6 is an *in-situ* blend made according to USSN
08/010,958, wherein the homogeneously branched substantially linear

5    polymer is made in a first reactor and is an ethylene/1-octene copolymer
having a fractional melt index ($I_2$), a density of about 0.906 g/cm$^3$, a melt
flow ratio ($I_{10}/I_2$) of about 8-10 and a molecular weight distribution
($M_w/M_n$) of about 2.2 and comprises about 43% (by weight of the total
composition). A second heterogeneously branched ethylene/1-octene

10    copolymer is made in a second reactor operated sequentially with the
first reactor and has a melt index ($I_2$) of about 0.85 g/10 minutes, a
density of about 0.938 g/cm$^3$ and comprises the remaining 57% (by
weight of the total composition). The total composition has a melt
index ($I_2$) of about 0.53 g/10 minutes, a density of about 0.9246 g/cm$^3$, a

15    melt flow ratio ($I_{10}/I_2$) of about 7.83, and a molecular weight distribution
($M_w/M_n$) of about 2.8. This composition is made into blown film as
described in Table 2 and the film properties are reported in Table 3.


Comparative Example 7

20    Comparative Example 7 is an ethylene/1-octene copolymer
made according to USSN 07/773,375, filed October 7, 1991, the disclosure
of which is incorporated herein by reference. About 25% (by weight of
the total composition) is made in a first reactor, with the remaining
portion of the composition polymerized in a second sequentially

25    operated reactor. Both reactors utilize Ziegler type catalysts and make
heterogeneously branched polymers. The total composition has a melt
index ($I_2$) of about 0.49 g/10 min., a density of about 0.9244 g/cm$^3$, a melt
flow ratio ($I_{10}/I_2$) of about 10 and a molecular weight distribution
($M_w/M_n$) of about 4.78. This composition is also made into blown film

30    as described in Table 2 and the resultant film properties are reported in
Table 3.


C-40,121-BAU                    -22-

Comparative Example 8

Comparative example 8 is a heterogeneously branched ethylene/1-octene copolymer having a melt index ($I_2$) of about 1 g/10 minutes, a density of about 0.9249 g/cm$^3$, a melt flow ratio ($I_{10}/I_2$) of about 8 and a molecular weight distribution ($M_w/M_n$) of about 3.5.

Blown film is made as described in Table 2 and film properties are measured and reported in Table 3 with other examples of the invention and comparative examples.

C-40,121-∅ Au

-23-

-24-

Table 2

|  | Ex. 1 | Ex. 2 | Comp. Ex. 3 | Ex. 4 | Comp. Ex. 5 | Ex. 6 | Comp. Ex. 7 | Comp. Ex. 8 |
|---|---|---|---|---|---|---|---|---|
| Zone 1A (°F) | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Zone 1B (°F) | 450 | 451 | 475 | 474 | 475 | 475 | 475 | 474 |
| Zone 1C (°F) | 450 | 450 | 475 | 475 | 475 | 475 | 475 | 475 |
| Zone 2A (°F) | 450 | 450 | 475 | 474 | 475 | 475 | 475 | 475 |
| Zone 2B (°F) | 450 | 450 | 455 | 475 | 475 | 475 | 475 | 475 |
| Zone 2C (°F) | 450 | 450 | 475 | 475 | 475 | 475 | 475 | 475 |
| Zone 3 (°F) | 451 | 452 | 474 | 477 | 477 | 476 | 476 | 474 |
| Zone 4 (°F) | 450 | 450 | 473 | 475 | 475 | 475 | 475 | 475 |
| Zone 5 (°F) | 450 | 450 | 475 | 475 | 475 | 475 | 475 | 475 |
| Melt temp. (°F) | 475 | 477 | 515 | 501 | 502 | 499 | 499 | 497 |
| Blower Air temp. (°F) | 47.3 | 45.7 | 57 | 44.4 | 86.5 | 47.6 | NA | 47.3 |
| Chill Water temp. (°F) | 39 | 37.6 | 51.1 | 38.3 | 86.8 | 40 | 38.7 | 40.5 |
| Extruder Die press. (psi) | 2843 | 3427 | 1321 | 1874 | 1763 | 2883 | 2525 | 1952 |
| Nozzle press. (in.) | 3.2 | 4.5 | 4.38 | 4.4 | 4.9 | 4.6 | 4.6 | 4.3 |
| Amps | 27.3 | 33.1 | 37.7 | 39.9 | 40.2 | 50.1 | 42.6 | 38.6 |
| Extruder speed (rpm) | 27.6 | 28.8 | 21.5 | 23.1 | 21.1 | 21.5 | 22.1 | 21.7 |
| Nip Roll speed (rpm) | 33.1 | 36.9 | 39 | 39.8 | 36.2 | 37 | 36 | 37.8 |
| Output (lbs/hr) | 31 | NR* | 38.3 | 39 | NR* | 36 | 36 | 36 |
| Frost line height (in.) | 12.5 | 9 | 13 | 12 | 12 | 10.5 | 11 | 10.5 |

*NR = Not recorded

C-40,121-BPA                    -24-

Table 3

| | Ex. 1 | Ex. 2 | Comp. Ex. 3 | Ex. 4 | Comp. Ex. 5 | Ex. 6 | Comp. Ex. 7 | Comp. Ex. 8 |
|---|---|---|---|---|---|---|---|---|
| Yield (MD*) (psi) | 1605 | 1595 | 1643 | 2040 | 2243 | 1973 | 1810 | 1782 |
| Tensile (MD*) (psi) | 8522 | 9525 | 7444 | 7794 | 7931 | 9325 | 8455 | 4928 |
| Toughness (MD*) (ft-lbs/in$^3$) | 1689 | 1773 | 1439 | 1671 | 1519 | NR | NR | ~~549~~ NR |
| Yield (CD**) (psi) | 1530 | 1489 | 1706 | 2267 | 2407 | 1997 | 1809 | 1832 |
| Tensile (CD**) (psi) | 6252 | 7603 | 5807 | 7079 | 7458 | 7153 | 6326 | 4598 |
| Toughness (CD**) (ft-lbs/in$^3$) | 1282 | 1599 | 1358 | 1656 | 1495 | NR | NR | ~~507~~ NR |
| Elmendorf B (MD*) (grams) | 288 | 216 | 334 | 317 | 194 | 320 | 398 | ~~438~~ 297 |
| Elmendorf B (CD**) (grams) | 621 | 566 | 413 | 630 | 664 | 640 | 621 | ~~550~~ 527 |
| PPT Tear (MD*) (lbs.) | 6.79 | 6.18 | 5.99 | 6.2 | 6.5 | 6.2 | 6.2 | ~~5.3~~ 5.8 |
| PPT Tear (CD**) (lbs.) | 7.44 | 7.42 | 6.46 | 6.8 | 8.1 | 7.0 | 7.5 | ~~6.7~~ 6.3 |
| Dart Impact A (grams) | 708 | 610 | 354 | 410 | 186 | 412 | 186 | 164 |
| Puncture (ft-lbs/in$^3$) | 316 | 349 | 251 | 231 | 256 | 250 | 227 | 237 |
| Film Block g. | 75 | 33 | 87 | 32 | 17 | 11.8 | 17 | 22 |
| Film Gradient Density (g/cm$^3$) | 0.9145 | 0.9153 | 0.9155 | 0.9205 | 0.9218 | 0.9198 | 0.9201 | 0.9206 |
| Film Gauge (low) (mils) | 0.9 | 0.9 | 0.9 | 0.85 | 0.8 | 0.98 | 0.95 | 1.05 |
| Film Gauge (high) (mils) | 1.2 | 1.05 | 1.1 | 0.95 | 1 | 1.08 | 1.05 | 1.15 |

*MD = Machine direction

**CD = Cross direction

NR = Not Recorded

5

C-40,121-QAU

-25-

In general, films made from the novel formulated ethylene/α-olefin compositions exhibit good impact and tensile properties, and an especially good combination of tensile, yield and toughness (e.g., toughness and dart impact). Further, films from the example resins exhibited significant improvements over films made from the comparative resins in a number of key properties.

For example, comparing examples 1 and 2 with comparative example 3, the data show films produced from the melt blends (examples 1 and 2) exhibited significantly higher values for the following film properties: dart ipact, MD tensile, CD tensile, MD toughness, CD toughness MD ppt tear, CD ppt tear, CD Elmendorf tear B, puncture and significantly lower block.

Comparing example 4 to comparative example 5, the data show films produced from the *in-situ* blend (made according to USSN 08/010,958) exhibited significantly higher values for the following film properties: dart impact, MD toughness and CD toughness.

Comparing example 6 to comparative examples 7 (an ethylene/1-octene copolymer made according to USSN 07/773,375) and 8 (an heterogeneously branched ethylene/1-octene copolymer), the data show films produced from the *in-situ* blend (made according to USSN 08/010,958) exhibited significantly higher values for the following film properties: dart impact, MD yield, CD yield, MD tensile, CD tensile, CD Elmendorf tear B and puncture and significantly lower block.

C-40,121-         -26-

We Claim:

1.  A film made from an ethylene polymer composition, wherein the composition comprises from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of :

5                  (A) at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter $(g/cm^3)$ to about 0.92 $g/cm^3$,

(ii) a molecular weight distribution $(M_w/M_n)$ from
10      about 1.8 to about 2.8,

(iii) a melt index $(I_2)$ from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using
15      differential scanning calorimetry; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 $g/cm^3$ to about 0.965 $g/cm^3$.

20

2.  The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3.

25          2̶. 3. The film of claim 1 wherein the heterogeneously branched ethylene polymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ α-olefin.

5̶ 4. The film of claim 1 wherein the homogeneously
30      branched substantially linear ethylene/α-olefin interpolymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ α-olefin.

C-40,121-C AU                        -27-

28

6 5. The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and a $C_3$-$C_{20}$ α-olefin.

5        7 6. The film of claim 6 wherein the homogeneously branched substantially linear ethylene/α-olefin copolymer is a copolymer of ethylene and 1-octene.

3 7. The film of claim 2 wherein the heterogeneously
10    branched ethylene polymer is a copolymer of ethylene and a $C_3$-$C_{20}$ α-olefin.

4 8. The film of claim 3 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

15

9. A film made from an ethylene polymer composition, wherein the composition comprises from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of :
20        (A) at least one homogeneously branched linear ethylene/α-olefin interpolymer having:
        (i) a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.92 $g/cm^3$,
        (ii) a molecular weight distribution ($M_w/M_n$) from
25    about 1.8 to about 2.8,
        (iii) a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,
        (iv) no linear polymer fraction, and
        (v) a single melting peak as measured using
30    differential scanning calorimetry; and
        (B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 $g/cm^3$ to about 0.965 $g/cm^3$.

C-40,121-8 PU                    -28-

EX. B PAGE 35

-29-

10.  The film of claim 9 wherein the homogeneously branched linear ethylene polymer has a slope of strain hardening coefficient greater than or equal to about 1.3.

5

11.  The film of claim 9 wherein the heterogeneously branched ethylene polymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ $\alpha$-olefin.

10

12.  The film of claim 9 wherein the homogeneously branched linear ethylene/$\alpha$-olefin interpolymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ $\alpha$-olefin.

13.  The film of claim 9 wherein the homogeneously branched linear ethylene/$\alpha$-olefin interpolymer is a copolymer of

15  ethylene and a $C_3$-$C_{20}$ $\alpha$-olefin.

14.   The film of claim 13 wherein the homogeneously branched linear ethylene/$\alpha$-olefin copolymer is a copolymer of ethylene

20  and 1-octene.

15.  The film of claim 11 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and a $C_3$-$C_{20}$ $\alpha$-olefin.

25

16.  The film of claim 15 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

17.  In a composition comprising at least one homogeneously branched ethylene/$\alpha$-olefin interpolymer and at least

30  one heterogeneously branched ethylene/$\alpha$-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent



C-40,121-&AU                              -29-

(by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

    (i) a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

    (ii) a molecular weight distribution (M$_w$/M$_n$) from about 1.8 to about 2.8,

    (iii) a melt index (I$_2$) from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

    (iv) no linear polymer fraction, and

    (v) a single melting peak as measured using differential scanning calorimetry.

    18. The improvement of claim 17 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3.

    9 19. The improvement of claim 8 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is an interpolymer of ethylene with at least one C$_3$-C$_{20}$ α-olefin.

    10 20. The improvement of claim 8 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and a C$_3$-C$_{20}$ α-olefin.

    11 21. The improvement of claim 10 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer is a copolymer of ethylene and 1-octene.

    12 22. The improvement of claim 8 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and a C$_3$-C$_{20}$ α-olefin.

C-40,121-C'AU           -30-

13 2̶3̶.̶ The improvement of claim 2̶2̶ *12* wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

24.    In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched linear ethylene/α-olefin interpolymer having:

(i) a density from about 0.89 grams/cubic centimeter $(g/cm^3)$ to about 0.92 $g/cm^3$,

(ii) a molecular weight distribution $(M_w/M_n)$ from about 1.8 to about 2.8,

(iii) a melt index $(I_2)$ from about 0.001 grams/10 minutes (g/10 min) to about 10 g/10 min,

(iv) no linear polymer fraction, and

(v) a single melting peak as measured using differential scanning calorimetry.

25.    The improvement of claim 24 wherein the homogeneously branched linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3.

26.    The improvement of claim 24 wherein the homogeneously branched linear ethylene/α-olefin interpolymer is an interpolymer of ethylene with at least one $C_3$-$C_{20}$ α-olefin.

27.    The improvement of claim 24 wherein the homogeneously branched linear ethylene/α-olefin interpolymer is a copolymer of ethylene and a $C_3$-$C_{20}$ α-olefin.

C-40,121-BAU                              -31-

EX. B PAGE 38

-32-

28. The improvement of claim 27 wherein the homogeneously branched linear ethylene/α-olefin interpolymer is a copolymer of ethylene and 1-octene.

5        29. The improvement of claim 24 wherein the heterogeneously branched ethylene polymer is a copolymer of ethylene and a $C_3$-$C_{20}$ α-olefin.

30. The improvement of claim 29 wherein the

10   heterogeneously branched ethylene polymer is a copolymer of ethylene and 1-octene.

C-40,121-B

-32-

8/544497

Abstract of the Disclosure

Fabricated articles made from formulated ethylene polymer
compositions are disclosed.  Films made from such formulated
5    compositions have surprisingly good impact and tensile properties, and
an especially good combination of modulus and toughness.  The
ethylene polymer compositions have at least one homogeneously
branched substantially linear ethylene/α-olefin interpolymer and at
least one heterogeneously branched ethylene polymer.  The
10   homogeneously branched substantially linear ethylene/α-olefin
interpolymer has a density from about 0.89 to about 0.92 g/cm$^3$ and a
slope of strain hardening coefficient greater than or equal to about 1.3.

C-40,121-CAU                        -33-

EX. B PAGE 40

This Declaration and Power of Attorney 1000 is in the ENGLISH language and has the same meaning in other languages with the same 1000 numbers.

1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000    1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000    1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000

This Declaration and Power of Attorney 1000 is in the ENGLISH language and has the same meaning in other languages with the same 1000 numbers.

# DECLARATION AND POWER OF ATTORNEY          USA/PCT

As a below named inventor, I hereby declare that:
- (a)  My residence and Citizenship are as stated below my name.  My P.O. (mailing) address is the same as my residence unless otherwise stated.
- (b)  I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: **FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS**

and the specification of which:          is attached hereto (C- ).

(check one)          **X**          was filed on **April 28, 1993**          as (C- **40,121-G**).

Application No. **08/054379**

and was amended on _____

- (c)  I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.
- (d)  I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.
- (e)  I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed.

PRIOR FOREIGN APPLICATION(S)          PRIORITY CLAIMED

| Number | Country | Day/Month/Year Filed | YES | NO |
|--------|---------|---------------------|-----|-----|
|        |         |                     |     |     |

- (f)  I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| 07/776,130 | October 15, 1991 | Pending |
|------------|------------------|---------|
| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to: **THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541** and telephonic communications to the following:

| (1) | Stephen P. Krupp | (TEL **(409)238-2889**) | Reg. No **34,366** |
|-----|------------------|-------------------------|---------------------|
| (2) | L. Wayne White   |                         | Reg. No. **25,415** |
| (3) | Glenn H. Korfhage |                        | Reg No **27,204** |
| (4) | Richard G. Waterman |                      | Reg. No. **20,128** |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

At **Freeport, Texas 77541, U.S.A**          At **Freeport, Texas 77541, U.S.A.**

this **7th** day of **June** 19 **93**          this **8th** day of **June** 19 **93**

Signature _____          Signature _____

Full Name: **Pak-Wing Steve Chum** ( —oo)          Full Name: **Ronald P. Markovich** 2 —oo

Residence: **126 Juniper Street**          Residence: **1403 Bayou Oak Drive**

City, State, Zip: **Lake Jackson, Texas 77566** TX          City, State, Zip: **Friendswood, Texas 77546** TX

Country: **United States of America**          Country: **United States of America**

Citizenship: **United States of America**          Citizenship: **United States of America**

P.O. Address: **Same as Residence**          P.O. Address: **Same as Residence**

At **Freeport, Texas 77541, U.S.A.**          At **Freeport, Texas 77541, U.S.A.**

this **7** day of **June** 19 **93**          this **8th** day of **June** 19 **93**

Signature _____          Signature _____

Full Name: **George W. Knight** 3 —oo          Full Name: **Shih-Yaw Lai** 4 —oo

Residence: **1618 North Road**          Residence: **4523 Bermuda Drive**

City, State, Zip: **Lake Jackson, Texas 77566** TX          City, State, Zip: **Sugar Land, Texas 77479** TX

Country: **United States of America**          Country: **United States of America**

Citizenship: **United States of America**          Citizenship: **United States of America**

P.O. Address: **Same as Residence**          P.O. Address: **Same as Residence**

(   ) Additional names and signatures are attached.          R 10.88

● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ● 1000 ●

This Declaration and Power of Attorney 1000 is in the ENGLI    and has the same meaning in other languages or the sarr    number.

# DECLARATION AND POWER OF ATTORNEY    USA/PCT

As a below named inventor, I hereby declare that:

(a)  My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b)  I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

and the specification of which:  X   is attached hereto (C- 40,121-G ).

(check one)    was filed on    as (C- ).

Application No. _____

and was amended on _____

(c)  I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

(d)  I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.

(e)  I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

| PRIOR FOREIGN APPLICATION(S) | | | PRIORITY CLAIMED | |
|---|---|---|---|---|
| Number | Country | Day/Month/Year Filed | YES | NO |
| | | | | |

(f)  I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| 07/776,130 | October 15, 1991 | Pending |
|---|---|---|
| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to: THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541 and telephonic communications to the following:

| (1) | Stephen P. Krupp | (TEL. (409)238-2889) | Reg. No. 34,366 |
|---|---|---|---|
| (2) | L. Wayne White | | Reg. No. 25,415 |
| (3) | Glenn H. Korfhage | | Reg. No. 27,204 |
| (4) | Richard G. Waterman | | Reg. No. 20,128 |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

At Freeport, Texas  77541, U.S.A

this _____ day of _____ 19 ___

Signature _____

| Full Name: | Pak-Wing Steve Chum |
|---|---|
| Residence: | 126 Juniper Street |
| City, State, Zip: | Lake Jackson, Texas 77566 |
| Country: | United States of America |
| Citizenship: | United States of America |
| P.O. Address: | Same as Residence |

At Freeport, Texas  77541, U.S.A.

this _____ day of _____ 19 ___

Signature _____

| Full Name: | Ronald P. Markovich |
|---|---|
| Residence: | 1403 Bayou Oak Drive |
| City, State, Zip: | Friendswood, Texas 77546 |
| Country: | United States of America |
| Citizenship: | United States of America |
| P.O. Address: | Same as Residence |

At Freeport, Texas  77541, U.S.A.

this _____ day of _____ 19 ___

Signature _____

| Full Name: | George W. Knight |
|---|---|
| Residence: | 1618 North Road |
| City, State, Zip: | Lake Jackson, Texas 77566 |
| Country: | United States of America |
| Citizenship: | United States of America |
| P.O. Address: | Same as Residence |

At Freeport, Texas  77541, U.S.A.

this _____ day of _____ 19 ___

Signature _____

| Full Name: | Shih-Yaw Lai |
|---|---|
| Residence: | 4523 Bermuda Drive |
| City, State, Zip: | Sugar Land, Texas 77479 |
| Country: | United States of America |
| Citizenship: | United States of America |
| P.O. Address: | Same as Residence |

(  ) Additional names and signatures are attached.    R-10 88

08/544497

FIGURE 1

# SLOPE OF STRAIN-HARDENING COEFFICIENT (S.H.C.) VS. DENSITY

PRINT OF DRAWINGS AS ORIGINALLY FILED



PRINT OF DRAWINGS
AS ORIGINALLY FILED



Analytical Temperature Rising Elution Fractionation (ATREF) Comparison of SCBD

Dowlex® 2045

Homogeneously Branched Substantially Linear Polymer

Temperature (°C)

Figure 2

EX. B PAGE 44

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

08/544497

Docket No. C-40,121-AU
Anticipated Classification of this Application:
Class __526__ Subclass _____
Prior Application:
Examiner __David Wu__
__1505__

MAIL ROOM
OCT
18 25
1995
PAT & TRADEMARK

"Express Mail" mailing label number TB192922488US
Date of Deposit October 18, 1995 #2/Pre Q
I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express 01/23/96
Mail Post Office to Addressee" service under 37 CFR 1.10 on the 3 cp
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231

__Stephen P. Krupp__
(Typed or printed name of person mailing paper or fee)

__S.P. Krupp__
(Signature of person mailing paper or fee)

Commissioner of Patents and Trademarks
Washington, D.C. 20231

This is a request for filing a ☒ continuation )
divisional )
application under 37 CFR 1.60 and claiming benefit under 35 USC 120
of pending prior application Serial No. ___08378,998___
filed on __January 27, 1995__ of __Pak-Wing Steve Chum; Ronald P. Markovich; George W. Knight; Shih-Yaw Lai__
for __FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS__

1. ☒ Enclosed is a copy of the prior application, including the oath or declaration as originally filed

2. ☐ Cancel in this application original claims _____ of the prior application before calculating the filing fee.

3. ☒ The filing fee is calculated below.

| For | Number Filed | | Number Extra | | Rate | Basic Fee $750.00 |
|---|---|---|---|---|---|---|
| Total Claims | 30 | - 20 = | 10 | x | $ 22.00 = | 220 |
| Independent Claims | 4 | - 3 = | 1 | x | $ 78.00 = | 78 |
| Multiple Dependent Claims Presented | | | | | $250.00 = | |
| | Total Filing Fee | | | | = | $1,048 |

4. ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Account No. 04 1512 This sheet is enclosed in triplicate

5. ☒ Amend the specification by inserting after Title of the Invention : Cross-Reference to Related Application This is a ☒ continuation ☐ divisional of application Serial No. __08378,998__ filed January 27, 1995 __a__ which is

6. ☐ Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application A duplicate copy of this sheet is enclosed for filing in the prior application file (May only be used if signed by person authorized in Rule 138 and before payment of base issue fee )

7. ☒ New drawings are enclosed

8. ☒ The prior application is assigned to __The Dow Chemical Company__ by virtue of an unrecorded assignment
☐ The prior application is assigned of record to _____ and is recorded at Reel No. _____ Frame No. _____

9. ☒ The inventorship of this application is the same as that of the prior copending U.S. application
Fewer inventors are to be named in this application than in the prior copending U.S. application Delete _____ as inventor(s) in this application

10. ☒ The Power of Attorney in the prior application is to STEPHEN P. KRUPP, Reg. No. 34,366; L Wayne White, Reg. No. 25,415, Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128
Please address all communications to __Osborne K. McKinney, 2301 Brazosport Blvd., B-1211; Freeport, Texas 77541__
a. ☒ The power appears in the original papers in the prior application.
b. ☐ The power does not appear in the original papers. A copy of the power in the prior application is enclosed
c. ☒ Recognize as Associate Attorney __Osborne K. McKinney__ whose Registration No. is __P-40,084__ and whose phone number is __(409) 238-7889__

11. ☐ A Preliminary Amendment is enclosed (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

12. ☐ A new Disclosure Statement is enclosed
☐ Applicant(s)' Disclosure Statement is as filed with the parent application (copy attached)

13. ☒ I hereby verify that the attached papers are a true copy of prior application Serial No. __08/378,998__ as originally filed on __January 27, 1995__ , with the exception that the attorney's docket number in the lower left-hand corner of each paper has been adjusted to reflect the instant application

The undersigned declares further that all statements made herein of his/her own knowledge are true and that all statements made on information and belief are believed to be true and further that these statements were made with the knowledge that willful false statements may jeopardize the validity of the application or any patent issuing thereon

__10-18-95__                    __S.P. Krupp__
                                 Stephen P Krupp
                                 Registration No 34,366
                                 Phone 409 238-7889

C-40-121 A
SPK/



15X
030          **PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:  Pak-Wing Steve Chum, et al.

Serial No.:    08/544,497
Filed:         October 18, 1995
Attorney Docket No.:    C-40,121-AU

Art Unit: 1505
Previous Examiner:
D. Wu

For: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
     BLENDS

HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE AS FIRST CLASS MAIL
WITH SUFFICIENT POSTAGE IN AN ENVELOPE ADDRESSED TO:
COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
D.C. 20231, on *February 2, 1996*
                         DATE OF DEPOSIT

*Jan Alverson*
PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE

*Jan Alverson*
SIGNATURE OF PERSON SIGNING CERTIFICATE
*2-2-96*
DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### FIRST PRE-EXAMINATION AMENDMENT

Prior to examination of the above-identified continuation application,
Applicants respectfully request entry and consideration of the following:

In the Specification:

Page 1, line 3, after the words "number 07/776,130," please insert the words --
now USP 5,272,236, -- ;

Page 1, line 4, after the words "number 07/939,281," please insert the words --
now USP 5,278,272, -- ;

Page 3, line 2, please delete the word "temperture" and insert therefore the word
-- temperature --;

EX. B PAGE 46

08/544,497

Page 3, line 14, please the letters "e.g," and insert therefore the letters -- e.g., --;

Page 3, line 15, after the words "The compositions comprise" please insert the letter -- (A) --;

Page 3, line 17, please delete the symbol " : ";

Page 3, line 18, please delete the letter "(A)";

Page 5, line 9, please delete the word "homogeniety" and insert therefore the word -- homogeneity --;

Page 5, line 28, please delete the word "homogeneouslt" and insert therefore the word -- homogeneously --;

Page 8, line 4, please delete the word "substantialy" and insert therefore the word -- substantially --;

Page 10, lines 11 and 16, please delete the word "intial" and insert therefore the word -- initial --;

Page 11, line 2, please delete the word "heterogenously" and insert therefore the word -- heterogeneously --;

Page 14, line 5, please delete the word "tempertaures" and insert therefore the word -- temperatures --;

Page 14, line 9, please delete the word "concommitantly" and insert therefore the word -- concomitantly --;

Page 17, line 23, please delete the word "decribed" and insert therefore the word -- described --;

Page 17, line 27, please delete the word "dicusses" and insert therefore the word -- discusses --;

Page 18, line 11, please delete the word "terepthalate" and insert therefore the word -- terephthalate --;

Page 22, line 5, please delete the word "coplymer" and insert therefore the word -- copolymer --;

Page 22, line 10, please delete the word "recator" and insert therefore the word -- reactor

Page 23, line 4, please delete the word "baout" and insert therefore the word -- about --;

C-40,121-AU                    -2-

EX. B PAGE 47

08/544,497

      Page 23, line 5, please delete the word "distrubution" and insert therefore the word -- distribution --;

      Page 26, line 11, please delete the word "ipact" and insert therefore the word -- impact --;

      Page 26, line 12, please delete the words "DC ppt tear" and insert therefore the words -- CD ppt tear --.


<u>In the Claims</u>

      Please cancel Claims 9-16 and 24-30 (originally filed April 28, 1993 under USSN 08/054,379) as drawn to matter being examined under a related application. Please amend the remaining claims as follows:



    1.    (Amended) A film made from an ethylene polymer composition, wherein the composition comprises

    <u>(A)</u>    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of [:]

    [(A)] at least one homogeneously branched substantially linear ethylene/$\alpha$-olefin interpolymer having:

        (i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

        (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

        (iii)    a melt index (I$_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

        (iv)    no linear polymer fraction, and

        (v)    a single melting peak as measured using differential scanning calorimetry; and

    (B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ <u>and wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to about 1.3.</u>


C-40,121-AU             -3-

08/544,497



2.    (Amended) The film of claim 1 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3 <u>and up to about 2.3</u>.

17.    (Amended) In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)     a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii)   a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv)    no linear polymer fraction, and

(v)     a single melting peak as measured using differential scanning calorimetry,

<u>wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to about 1.3</u>.

18.    (Amended) The improvement of claim 17 wherein the homogeneously branched substantially linear ethylene/α-olefin interpolymer has a slope of strain hardening coefficient greater than or equal to about 1.3 <u>and up to about 2.3</u>.

C-40,121-AU                    -4-

EX. B PAGE 49