# EXHIBIT B

(Part 3 of 4)

| *Notice of References Cited* | | Application No. 08/544,497 | Applicant(s) Chum et al. | | |
|---|---|---|---|---|---|
| | | Examiner David Wu | Group Art Unit 1505 | | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| X | A | 5,408,004 | 04-95 | Lai et al. | 525 | 240 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

*A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U. S. Patent and Trademark Office
PTO-892 (Rev. 9-95)          Notice of References Cited          Part of Paper No. __8__

EX. B PAGE 100

Form PTO 948 (Rev. 10-94)          U.S. DEPARTMENT OF COMMERCE - Patent and Trademark Office          Application No. 544-497

## NOTICE OF DRAFTSPERSON'S PATENT DRAWING REVIEW

PTO Draftspersons review all originally filed drawings regardless of whether they are designated as formal or informal. Additionally, patent Examiners will review the drawings for compliance with the regulations. Direct telephone inquiries concerning this review to the Drawing Review Branch, 703-305-8404.

The drawings filed (insert date) 10 18 95 , are
___ A. not objected to by the Draftsperson under 37 CFR 1.84 or 1.152.
___ B. objected to by the Draftsperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this Notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   ___ Not black solid lines. Fig(s)_____
   ___ Color drawings are not acceptable until petition is granted.
   Fig(s)_____
2. PHOTOGRAPHS. 37 CFR 1.84(b)
   ___ Photographs are not acceptable until petition is granted.
   Fig(s)_____
   ___ Photographs not properly mounted (must use brystol board or photographic double-weight paper). Fig(s)_____
   ___ Poor quality (half-tone). Fig(s)_____
3. GRAPHIC FORMS. 37 CFR 1.84 (d)
   ___ Chemical or mathematical formula not labeled as separate figure.
   Fig(s)_____
   ___ Group of waveforms not presented as a single figure, using common vertical axis with time indicated along horizontal axis.
   Fig(s)_____
   ___ Individuals waveform not identified with a separate letter designation adjacent to the vertical axis. Fig(s)_____
4. TYPE OF PAPER. 37 CFR 1.84(c)
   ___ Paper not flexible, strong, white, smooth, nonshiny, and durable.
   Sheet(s)_____
   ___ Erasures, alterations, overwritings, interlineations, cracks, creases, and folds copy machine marks not accepted. Fig(s)_____
   ___ Mylar, velum paper is not acceptable (too thin). Fig(s)_____
5. SIZE OF PAPER. 37 CFR 1.84(f): Acceptable sizes:
   21.6 cm. by 35.6 cm. (8 1/2 by 14 inches)
   21.6 cm. by 33.1 cm. (8 1/2 by 13 inches)
   21.6 cm. by 27.9 cm. (8 1/2 by 11 inches)
   21.0 cm. by 29.7 cm. (DIN size A4)
   ___ All drawing sheets not the same size. Sheet(s)_____
   ___ Drawing sheet not an acceptable size. Sheet(s)_____
6. MARGINS. 37 CFR 1.84(g): Acceptable margins:

| Paper size | | | |
|---|---|---|---|
| 21.6 cm. X 35.6 cm. | 21.6 cm. X 33.1 cm. | 21.6 cm. X 27.9 cm. | 21.0 cm. X 29.7 cm. |
| ( 8 1/2 X 14 inches) | (8 1/2 X 13 inches) | (8 1/2 X 11 inches) | (DIN Size A4) |
| T 5.1 cm. (2") | 2.5 cm. (1") | 2.5 cm. (1") | 2.5cm. |
| L .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 2.5 cm. |
| R .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.5 cm. |
| B .64 cm. (1/4") | .64 cm. (1/4") | .64 cm. (1/4") | 1.0 cm. |

   Margins do not conform to chart above.
   Sheet(s)_____
   ___ Top (T)___ Left (L)___ Right (R)___ Bottom (B)
7. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   ___ All views not grouped together. Fig(s)_____
   ___ Views connected by projection lines or lead lines.
   Fig(s)_____
   Partial views. 37 CFR 1.84(h) 2

___ View and enlarged view not labled separately or properly.
Fig(s)_____
Sectional views. 37 CFR 1.84 (h) 3
___ Hatching not indicated for sectional portions of an object.
Fig(s)_____
___ Cross section not drawn same as view with parts in cross section with regularly spaced parallel oblique strokes. Fig(s)_____
8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   ___ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned so that the top becomes the right side, except for graphs. Fig(s)_____
9. SCALE. 37 CFR 1.84(k)
   ___ Scale not large enough to show mechanism with crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig(s)_____
   ___ Indication such as "actual size" or scale 1/2" not permitted.
   Fig(s)_____
10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    ___ Lines, numbers & letters not uniformly thick and well defined, clean, durable, and black (except for color drawings).
    Fig(s)_____
11. SHADING. 37 CFR 1.84(m)
    ___ Solid black shading areas not permitted.
    Fig(s)_____
    ___ Shade lines, pale, rough and blurred. Fig(s)_____
12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.84(p)
    ___ Numbers and reference characters not plain and legible. 37 CFR 1.84(p)(l) Fig(s)_____
    ___ Numbers and reference characters not oriented in same direction as the view. 37 CFR 1.84(p)(l) Fig(s)_____
    ___ English alphabet not used. 37 CFR 1.84(p)(2)
    Fig(s)_____
    ___ Numbers, letters, and reference characters do not measure at least .32 cm. (1/8 inch) in height. 37 CFR(p)(3)
    Fig(s)_____
13. LEAD LINES. 37 CFR 1.84(q)
    ___ Lead lines cross each other. Fig(s)_____
    ___ Lead lines missing. Fig(s)_____
14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    ___ Sheets not numbered consecutively, and in Arabic numerals, beginning with number 1. Sheet(s)_____
15. NUMBER OF VIEWS. 37 CFR 1.84(u)
    ___ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig(s)_____
    ___ View numbers not preceded by the abbreviation Fig.
    Fig(s)_____
16. CORRECTIONS. 37 CFR 1.84(w)
    ___ Corrections not made from prior PTO-948.
    Fig(s)_____
17. DESIGN DRAWING. 37 CFR 1.152
    ___ Surface shading shown not appropriate. Fig(s)_____
    ___ Solid black shading not used for color contrast.
    Fig(s)_____

COMMENTS:

ATTACHMENT TO PAPER NO._____                                    DATE 12/5/95

EX. B PAGE 101



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/544,497 | | | |

| | EXAMINER |
|---|---|
| | |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 8½ |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _Mr. Steve Krupp_          (3) _David Wu_

(2) _Mr. Steve Chum_          (4) _Mr. Alton Rollins_

Date of interview _10/9/96_

Type: ☐ Telephonic  ☑ Personal (copy is given to  ☐ applicant  ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☐ Yes  ☐ No.  If yes, brief description: _____

_____

Agreement  ☐ was reached with respect to some or all of the claims in question.  ☐ was not reached.

Claims discussed: _____1_____

Identification of prior art discussed: _____

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _Applicant is going to change filing receipt to incorporate 08/054,379 into the continuity priority data; As such, Lai '004 patent will be removed from the record. 112 rejection will be overcome by proper amendment. The application will be allowable if no further better prior art is located._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☐ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form).  If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

PTOL-413 (REV. 2 -93)                    _David Wu_
Examiner's Signature

## ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

☆ U.S. GOVERNMENT PRINTING OFFICE: 1995-394-958

## Interview Discussion Sheet for 08/544,497 (Att Docket# C40,121AU)

■    Documentation provided as attachments demonstrate the filing receipt of present application is in error and should be corrected as the present invention is entitled to the benefit of the filing date of parent application 08/054,379.

■    Because parent application 08/054,379 antedates Lai et al. U.S. Patent No. 5,408,004, Lai et al. '004 is not a proper § 102(e)/103 reference. Furthermore, Lai et al. '004 is directed to an entirely different invention, based on a unique critical melting property and provides a substantially different result defined as solid state processing.

■    Amendment to the claims have been presented that traverse the rejection under 35 U.S.C. § 112, second paragraph.

*Interview conducted October 9, 1996*

# PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Pak-Wing Steve Chum, et al.

Serial No.:   08/544,497

Filed:        October 18, 1995

Attorney Docket No.:   C-40,121-AU

Art Unit: 1505

Examiner:   D. Wu

For:   FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

Hon. Commissioner of Patents & Trademarks

Washington, D.C. 20231

Sir:

OCT - 9 1996

### RESPONSE A

The following is responsive to the Office Action mailed August 12, 1996 (paper number 8) wherein the PTO rejected all pending claims, Claims 1, 3-8, 17, 19-23 and 31-35. Also submitted herewith is a Request for Correction of Filing Receipt.  Applicants elect to amend the claims and respectfully request reconsideration in view of the amendments and the remarks that follow.

## In the Specification

Please at page 1, lines 2-12, under the section captioned "CROSS-REFERENCE TO RELATED APPLICATIONS," please delete "This application . . . by reference." and insert therefor -- This application is a Rule 1.60 continuation application of application number 08/378,998, filed January 27, 1995, now abandoned, which was a Rule 1.62 continuation application of application number 08/054,379, filed April 28, 1993, now abandoned, which was a continuation-in-part application of 07/776,130, filed October 15, 1991, now issued U.S. Patent No. 5,272, 236, the disclosures of each of which is incorporated herein in their entirety by reference.  This application is also related to pending application number 08/501,527, filed August 2, 1995, now U.S. Patent No. 5,609,242 which is a continuation of 08/010,958, filed January 29, 1993, now abandoned, the disclosure of which is incorporated herein by reference.--

EX. B PAGE 104

08/544,497

**In the Claims**

Please amend the claims as follows:

1.    (Third Amendment)    A film made from an ethylene polymer composition, wherein the composition comprises

(A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii)    a molecular weight distribution ($M_W/M_n$) from about 1.8 to about 2.8,

(iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv)    no high density fraction,

(v)    a single melting peak as measured using differential scanning calorimetry,

(vi)    a critical shear stress at onset of gross melt fracture of greater than [about] $4 \times 10^6$ dyne/cm², and

(vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

(B) from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ and wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to [about] 1.3.

8.~~17.~~    (Third Amendment)    In a composition comprising at least one homogeneously branched ethylene/α-olefin interpolymer and at least one heterogeneously branched ethylene/α-olefin interpolymer, the improvement comprising incorporating into the composition from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

(ii)    a molecular weight distribution ($M_W/M_n$) from about 1.8 to about 2.8,

C-40,121-AU



-2-

EX. B PAGE 105

08/544,497

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] $4 \times 10^6$ dyne/cm$^2$, and

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer having a density from about 0.93 g/cm$^3$ to about 0.965 g/cm$^3$ wherein the heterogeneously branched ethylene polymer has no more than about 10 percent (by weight of the polymer) of a polymer fraction having a slope of strain hardening coefficient (SHC) greater than or equal to [about] 1.3.

14 ~~31.~~ (First Amendment)    A film made from an ethylene polymer composition, wherein the composition comprises

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of

at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

    (i)    a density from about 0.89 grams/cubic centimeter (g/cm$^3$) to about 0.92 g/cm$^3$,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] $4 \times 10^6$ dyne/cm$^2$, and

C-40,121-AU


-3-

08/544,497

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

    (B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

1532.    (First Amendment)    An ethylene polymer composition comprising

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of

at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:



    (i)    a density from about 0.89 grams/cubic centimeter (g/cm³) to about 0.92 g/cm³,

    (ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

    (iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/min.,

    (iv)    no high density fraction,

    (v)    a single melting peak as measured using differential scanning calorimetry,

    (vi)    a critical shear stress at onset of gross melt fracture of greater than [about] 4 x 10⁶ dyne/cm², and

    (vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

    (B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

1633.    (First Amendment)    A film made from an ethylene polymer composition, wherein the composition comprises

    (A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

C-40,121-AU



08/544,497

(i)    a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.92 $g/cm^3$,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv)    no high density fraction,

(v)    a single melting peak as measured using differential scanning calorimetry,

(vi)    a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$, and

(vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

(B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

34.    (First Amendment)    An ethylene polymer composition comprising

(A)    from about 10 percent (by weight of the total composition) to about 95 percent (by weight of the total composition) of at least one homogeneously branched substantially linear ethylene/α-olefin interpolymer having:

(i)    a density from about 0.89 grams/cubic centimeter ($g/cm^3$) to about 0.92 $g/cm^3$,

(ii)    a molecular weight distribution ($M_w/M_n$) from about 1.8 to about 2.8,

(iii)    a melt index ($I_2$) from about 0.001 grams/10 minutes (g/10 min.) to about 10 g/10 min.,

(iv)    no high density fraction,

(v)    a single melting peak as measured using differential scanning calorimetry,

(vi)    a critical shear rate at onset of surface melt fracture for the substantially linear olefin polymers is at least 50 percent greater than

C-40,121-AU



-5-

08/544,497



the critical shear at the onset of surface melt fracture of a linear olefin polymer having about the same $I_2$ and $M_w/M_n$, and

(vii)    a slope of strain hardening coefficient <u>from</u> [greater than or equal to about] 1.3 [and up] to [about] 2.3; and

(B)    from about 5 percent (by weight of the total composition) to about 90 percent (by weight of the total composition) of at least one heterogeneously branched ethylene polymer.

## REMARKS

Applicants elect to amend the specification to clarify the continuity and background of the present application. In response to a rejection under 35 U.S.C. § 112, second paragraph, Applicants elect to amend the claims by deleting the term "about" from Claims 1, 17, 31, 32, 34 and 35 as requested by the Examiner and by reformulating Claims 1, 17, 31, 32, 33 and 34 only for improved clarity. Since these amendments were made solely for the purpose of making the background as to related applications clear and making the claims more definite and not made for the purpose of avoiding prior art, no prosecution history file wrapper estoppel will apply.

Applicants respectfully request entry of the amendments to the specification and claims and reconsideration in view of the following remarks.

Applicants also request correction of the filing receipt for the present application. The filing receipt is in error in that the section captioned "CONTINUING DATA AS CLAIMED BY APPLICANT" does not indicate that application number 08/378,998 is a continuation application of application number 08/054,379, now abandoned, which was a continuation-in-part application of application number 07/776,130, now issued US Patent No. 5,272,236. Instead, the filing receipt incorrectly indicates that application number 08/378,998 is a continuation-in-part application of application number 07/776,130. That is, the filing receipt is missing the second filed application in the continuity chain of the present application.

To evince the proper continuity chain of the present application, attached herewith is a flowchart captioned "Continuity Chain of 08/544,497" and the following supporting documentation as to the various applications:

C-40,121-AU



08/544,497

**08/054,379**

1.    Office Stamped Postcard indicating submission of a New Continuation-in-part Application and a Fee Sheet and also providing an April 28, 1993 filing date.

2.    Office Stamped Postcard indicating submission of a Declaration and Power of Attorney as well as a Fee Sheet for filing the Declaration.

3.    Declaration and Power of Attorney claiming priority to 07/776,130.

4.    Filing Receipt indicating the correct inventorship entity, the correct continuing data and an April 28, 1993 filing date.

5.    Office Stamped Postcard indicating submission of an Extension of Time.

6.    Extension of Time extending the period for response to January 27, 1995.

7.    Notice of Abandonment indicating 08/054,379 was abandoned on January 27, 1995 for failure to respond to the Office letter mailed July 27, 1994.

**08/378,998**

1.    Office Stamped Postcard indicating submission of a Rule 1.62 Continuation Application and a Fee Sheet and also providing a January 27, 1995 filing date.

2.    Filing Receipt indicating the correct inventorship entity, the correct continuing data and a January 27, 1995 filing date.

3.    Fee Sheet with an "Express Mail" label with a date of deposit of January 27, 1995 and at line item 7 requesting an amendment to the specification to claim priority to 08/054,379.

4.    Correspondence from Crystal Patent Service Ltd. indicating hand-delivery of an Extension of Time as well as a Postcard bearing the initials of Examiner David Wu dated September 21, 1995 indicating receipt of Extension of Time.

5.    Extension of Time extending the period for response to October 18, 1995 hand-delivered as in 4. above.

6.    Notice of Abandonment (consisting of two pages) indicating 08/378,998 was abandoned on October 18, 1995 for failure to respond to the Office letter mailed April 18, 1995.

**08/544,497**

1.    Office Stamped Postcard indicating submission of a New Patent Application and a Fee Sheet and also providing a October 18, 1995 filing date.

2.    Filing Receipt indicating the correct inventorship entity, an October 18, 1995 filing date and incorrect continuing data.

3.    Fee Sheet with an "Express Mail" label with a date of deposit of October 18, 1995 and at line item 5 requesting an amendment to the specification to claim priority to 08378,998.



C-40,121-AU                                     -7-

08/544,497

Applicants believe the above documentation demonstrates the filing receipt for the present application should be corrected and the present application is entitled to claim the benefit of the following applications:

08/378,998, filed January 27, 1995, which is a continuation of '379
08/054,379, filed April 28, 1993; which is a CIP of '130 (Now USP '236)
07/776,130, filed October 15, 1991, now issued US Patent No. 5,272,236.

## PTO OBJECTIONS AND REJECTIONS

1.    Claims 1, 3-8, 17, 19-23, and 31-35 stand rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

2.    Claims 1, 3-8, 17, 19-23, and 31-35 stand rejected under 35 U.S.C. § 102(e) as anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious over Lai et al. (U.S. Patent No. 5,408,004).

## APPLICANTS' RESPONSE

Applicants believe that the rejection under 35 U.S.C. § 112, second paragraph, is traversed with entry of the above amendments to the claims. That is, as amended, Applicants believe the claims as amended obviate the 35 U.S.C. § 112, second paragraph, rejection.

As to the rejection under 35 U.S.C. §§ 102(e) and 103 over Lai et al. '004, attention is drawn to the fact that the present application is entitled to the benefit of the filing date of parent application 08/054,379, filed April 28, 1993, which antedates Lai et al. '004, filed August 17, 1993. As such, Applicants submit Lai et al. '004 is not a proper reference against the present invention.

Moreover, the invention disclosed in Lai et al. '004 is entirely different and distinct from the present invention. Lai et al. in '004 describe a very particular composition defined by a critical melting property and the so-described composition is shown to exhibit an unusual solid state processing characteristic (as opposed to a normal melt extrusion characteristic). Lai et al. ('004) does not specify the slope of strain hardening coefficient of the substantially linear component and it could be lower than 1.3 or higher than 2.3, thus not creating the enhanced performance which the present inventors have discovered. Conversely and distinctly, the present invention is directed to a unique film and composition defined by a slope of strain hardening property wherein the film and composition is shown to exhibit superior solid state abuse properties. As such, the two inventions use critically different components and provide significantly different results.

C-40,121-AU                             -8-

EX. B PAGE 111

08/544,497

      Applicants submit on the basis of the above amendments and remarks, all objections and rejections have been traversed and should be withdrawn. Applicants also believe the application is in a condition for allowance and respectfully request a notice of allowance of all the claims, Claims 1, 3-8, 17, 19-23, and 31-39.

Respectfully submitted,

By _____

Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated: October 8, 1996
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

C-40,121-AU                              -9-

C- 40,121-G

MAY 11 1993    08/054379

Continuation-in-Part

**Received NEW PATENT APPLICATION in the U.S. Patent Office re:** Fee Sheet plus 2 copies

**Title:** FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

**Applicant:** Pak-Wing Steve Chum, et al.
**Pages of Spec:**
**Number of Claims:** 30
**Sheets of Drawings:** 2
**Declaration attached.** Yes
**Fee:**    $ 1,004.00    charged to our Deposit Account.

MAIL ROOM
APR 28 1993
PAT. & TRADEMARK OFF.

LWW/mfg

MAILED TO MIDLAND

EX. B PAGE 113

JUL 26 1993

C-40,121-G

Received in the U.S. Patent and Trademark Office:
Declaration and Power of Attorney  •
Fee sheet for filing declaration + 2 copies

MAIL ROOM
JUL 13
PAT. & TRA

Applicant:   Pak-Wing Steve Chum
Serial No.:  08/054,379
Filed:       April 28, 1993
Title:       FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
             BLENDS

JUL 26 1993

PATENT EXAMI...

LWW/mfg
7/7/93

EX. B PAGE 114

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum

Serial No.:    08/054379    Group Art Unit:

Filed:         April 28, 1993  Examiner:

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
      BLENDS

```
RECEIVED

 OCT  9 1996

PATENT CYSTOMER
SERVICE CENTER
```

> I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
> DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
> FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
> COMMISSIONER OF PATENTS AND TRADEMARKS, WASHINGTON,
> D.C. 20231, On    **July 7, 1993**
>
> DATE OF DEPOSIT
> **Margaret Greene**
>
> PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE
> *Margaret Greene*
> SIGNATURE OF PERSON SIGNING CERTIFICATE
> *July 7, 1993*
> DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### FILING OF DECLARATION

        Filed herewith is the Declaration and Power of
Attorney in the above-identified patent application.
The filing date of the application is as noted above.

        The $130.00 fee for the separate filing of this
Declaration required under 37 CFR 1.16(e) may be charged
to our Deposit Account No. 04-1512.  Duplicate copies of
this sheet are enclosed.

                        Respectfully, submitted,

                        By _____
                        L. Wayne White
                        Registration No. 25,415
                        Phone:  409-238-2149

Freeport, Texas 77541
LWW/mfg

C-40,121-G                    -1-

**EX. B PAGE 115**

This Declaration and Power of Attorney 1000 is in the ENGLISH language and has the same meaning in other languages with the same 1000 number.

| * 1000 * 1000 * 1000 * 1000 * 1000 * | 1000 * 1000 * 1000 * 1000 * 1000 * 1000 * 1000 * 10. | * 1000 * 1000 * 1000 * 1000 * 1000 * 1000 * |

This Declaration and Power of Attorney 1000 is in the ENGLISH langu. and has the same meaning in other languages with the same 1000 number.

# DECLARATION AND POWER OF ATTORNEY    USA/PCT

As a below named inventor, I hereby declare that:

(a)  My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b)  I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: **FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS**

and the specification of which:     is attached hereto (C- ).

(check one)     X     was filed on April 28, 1993     as (C- 40,121-G).

Application No. 08/054379

and was amended on

(c)  I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

(d)  I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.

(e)  I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

|  | PRIOR FOREIGN APPLICATION(S) |  | PRIORITY CLAIMED |
|---|---|---|---|
| Number | Country | Day/Month/Year Filed | YES    NO |
|  |  |  |  |

(f)  I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| 07/776,130 | October 15, 1991 | Pending |
|---|---|---|
| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to: THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541 and telephonic communications to the following:

| (1) | Stephen P. Krupp | (TEL (409)238-2889) | Reg. No. 34,366 |
|---|---|---|---|
| (2) | L. Wayne White |  | Reg. No. 25,415 |
| (3) | Glenn H. Korfhage |  | Reg No. 27,204 |
| (4) | Richard G. Waterman |  | Reg. No. 20,128 |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

At Freeport, Texas 77541, U.S.A.
this 7th day of June 1993

Signature _____
Full Name:  **Pak-Wing Steve Chum**
Residence:  **126 Juniper Street**
City, State, Zip: **Lake Jackson, Texas 77566**
Country:  **United States of America**
Citizenship:  **United States of America**
P.O. Address:  **Same as Residence**

At Freeport, Texas 77541, U.S.A.
this 8th day of June 1993

Signature _____
Full Name:  **Ronald P. Markovich**
Residence:  **1403 Bayou Oak Drive**
City, State, Zip: **Friendswood, Texas 77546**
Country:  **United States of America**
Citizenship:  **United States of America**
P.O. Address:  **Same as Residence**

At Freeport, Texas 77541, U.S.A.
this 7 day of June 1993

Signature _____
Full Name:  **George W. Knight**
Residence:  **1618 North Road**
City, State, Zip: **Lake Jackson, Texas 77566**
Country:  **United States of America**
Citizenship:  **United States of America**
P.O. Address:  **Same as Residence**

At Freeport, Texas 77541, U.S.A.
this 8th day of June 1993

Signature _____
Full Name:  **Shih-Yaw Lai**
Residence:  **4523 Bermuda Drive**
City, State, Zip: **Sugar Land, Texas 77479**
Country:  **United States of America**
Citizenship:  **United States of America**
P.O. Address:  **Same as Residence**

( ) Additional names and signatures are attached.



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 08/0 | 04-28 | CHUM | C301 21G |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B 1211
DALLAS, TX 1584

0000

DATE MAILED:

## NOTICE TO FILE MISSING PARTS OF APPLICATION
## FILING DATE GRANTED

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $1 30.00 for large entities or $65.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☑ large entity, ☐ small entity (verified statement filed), is $130.00

Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☐ The statutory basic filing fee is: ☐ missing ☐ insufficient. Applicant as a ☐ large entity ☐ small entity, must submit $_____ to complete the basic filing fee.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☑ The signature to the oath or declaration is: ☑ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:

   _____. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $_____ processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.

Direct the response and any questions about this notice to _____, Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

03X
(7-93)
**FILING RECEIPT**

SEP 2 1993
*alb*



UNITED STATES DE . . . . MENT OF COMMERCE
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER**
**OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/054,379 | 04/28/93 | 1503 | $1,134.00 | C40121G | 2 | 30 | 4 |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

SEP - 2

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

**Applicant(s)**
PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
        THIS APPLN IS A CIP OF  07/776,130 10/15/91

FOREIGN FILING LICENSE GRANTED 08/26/93
TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 528

MAILED TO MIDLAND

(see reverse)

EX. B PAGE 118

C- 40.121-G

**Received in the U.S. Patent and Trademark Office:**

Extension of Time (Original & 2 c

**Applicant:** Pak-Wing Steve Chum, et a
**Serial No.:** 08/054,379
**Filed:** April 28, 1993
**Title:** FABRICATED ARTICLES MADE FROM ETHYLENE
POLYMER BLENDS

LWW/jka

FLD      1995

EX. B PAGE 119

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum, et al.

Serial No.:  08/054,379          Group Art Unit:  1505

Filed:  April 28, 1993          Examiner:  D. Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
 I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231
Jan Alverson
(Typed or printed name of person mailing paper or fee)
(Signature of person mailing paper or fee)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:                                                  OCT 9 1996

### EXTENSION OF TIME

        Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire October 27, 1994
in this application be extended for a period of three (3)
month(s), the extended period then expiring on January 27, 1995.
This is a second request for an extension of time.

        Please charge $870.00 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                        Respectfully submitted,

                        By
                           L. Wayne White
                           Registration No. 25,415
                           Address:  Bldg. B-1211
                           Freeport, Texas  77541
                           Phone:  409-238-2149

LWW/jka

MAILED TO MIDl



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | P | C40121G |

|  |  |
|---|---|
| | WU, D |

THE DOW CHEMICAL CO.          15M2/0306
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

RECEIVED
MAR 10 1995
PATENT DEPT. TEXAS

| EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| 1505 | 8 |

DATE MAILED:   03/06/95

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____7/27/94_____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

David Wu

DAVID W. WU
PATENT EXAMINER
GROUP 1500

PTO-1432 (REV. 5-83)

C-    40,121-AB

**RECEIVED**
FEB - 8 1995
PATENT DEPT., TEXAS

**Received NEW PATENT APPLICATION** in the U.S. Patent
Office re:   Rule 1.62 Continuation Fee Sheet
            (original & 2 copies)

Title:      FABRICATED ARTICLES MADE FROM ETHYLENE
            POLYMER BLENDS

Applicant:  Pak-Wing Steve Chum, et al.

~~Pages of Spec:~~

**Number of Claims:**   15
**Sheets of Drawings:**  0

~~Declaration executed~~

Fee:    $ 730.00    charged to our Deposit Account

LWW/ika                  Mailed via Express Mail
                         January 27, 1995

                         08/378998

EX. B PAGE 122

-103X
. 7-93)

**FILING RECEIPT**



MAILED TO MCLEAN

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/378,998 | 01/27/95 | 1505 | $730.00 | C-40.121-AB | 2 | 15 | 2 |

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX  77541



RECEIVED
MAR 3 1995
PATENT DEPT. TEXAS

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

**Applicant(s)**
PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CON OF  08/054,379 04/28/93
WHICH IS A CON OF  07/776,130 10/15/91   PAT 5,272,236

**TITLE**
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 526

(see reverse)

EX. B PAGE 123

IN    UNITED STATES PATENT AND TRADEMARK  FFICE

| | |
|---|---|
| Applicant(s):   Pak-Wing Steve Chum, et al. | "Express Mail" mailing label number TB 184 380 515 |
| Serial No.:     08/054,379 | Date of Deposit January 27, 1995 |
| Filed:          April 28, 1993 | I hereby certify that this paper or fee is being deposited with |
| Group Art Unit: 1505 | the United States Postal Service, with sufficient postage "Express |
| Examiner:       D. Wu | Mail Post Office to Addressee" service under 37 CFR 1.10 on the |
| For:   FABRICATED ARTICLES MADE FROM ETHYLENE | date indicated above and is addressed to the Commissioner of |
|        POLYMER BLENDS | Patents and Trademarks, Washington, D.C. 20231 |

BOX FWC
The Commissioner of Patents and Trademarks                    Jan Alverson
Washington D.C. 20231                                          (Typed or printed name of person mailing paper or fee)

Sir:

                                                              (Signature of person mailing paper or fee)

        This is a request for filing a    ☒ continuation        )
                                          ☐ divisional          ) application under
                                          ☐ continuation-in-part ) 37 C.F.R. 1.62.

1.  The following information is provided in accordance with 37 C.F.R. 1.62(h)
    (if different from originally filed or that stated in the Declaration and Power of
    Attorney presently of record) :
    (a)  Title:

    (b)  Names and addresses of Applicant(s):

2.  Priority claim ☐ has  ☒ has not  been made pursuant to 35 USC 119, and if so, is identified as follows:

3.  ☐  Cancel in this application claims _____ of the prior application before calculating the filing fee.

4.  ☐  A Preliminary Amendment is enclosed.

5.  ☒  The filing fee is calculated below.

| For | Number Filed | | Number Extra | | Rate | Basic Fee $730.00 |
|---|---|---|---|---|---|---|
| Total Claims | 15 | -20 = | 0 | x | $ 22.00 = | 0 |
| Independent Claims | 2 | - 3 = | 0 | x | $ 76.00 = | 0 |
| Multiple Dependent Claims Presented | | | | | $240.00 = | 0 |
| Total Filing Fee ---------------------------------------- = | | | | | | $ 730 |

6.  ☒  The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to
        Account No. 04-1512. This sheet is enclosed in triplicate.

7.  ☒  Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application. This is a
        ☒ continuation ☐ divisional ☐ continuation -in-part of application Serial No.____08/054,379____,
        filed _____April 28, 1993_____. --

8.  ☐  A new declaration or oath is attached pursuant to 37 C.F.R. 1.62(c).

9.  ☐  New drawings are enclosed.

10. ☒  The inventorship of this application is the same as that of the prior copending U.S. application.
    ☐  Fewer inventors are to be named in this application than in the prior copending U.S. application.   Delete
       _____ as inventor(s) in this application.
    ☐  The inclusion of additional claimed subject matter in this application requires that additional inventor(s) be named.
       The additional inventor(s) are identified in No. 1 above and a new oath or declaration is enclosed.

11. ☐  Enter the amendment previously filed on:_____, but unentered, in the prior application.

12. ☐  A new Disclosure Statement is enclosed.
    ☒  Applicant(s)' Disclosure Statement is as filed with the parent application.

13. ☒  The Power of Attorney in the prior application is to _____STEPHEN P. KRUPP, Reg. No. 34,366; L. Wayne White, Reg.
        No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128__.
        Please address all communications to ___The Dow Chemical Company__, Patent Department, B-1211, 2301 N.
        Brazosport Blvd., Freeport, Texas 77541.
        a. ☒  The power appears in the original papers in the prior application.
        b. ☐  The power does not appear in the original papers. A copy of the power in the prior application is enclosed.
        c. ☒  Recognize as Associate Attorney ___Noreen D. Warrick_____ whose
               Registration No. is _34,573_____ and whose phone number is 409-238-4510 ____

____1/ 27/ 95____                                        L. Wayne White
        (Date)                                           Registration No. 25,415
                                                         Phone: 409-238-2149

C-40,121-AB
NDW/jka

**CRYSTAL PATENT SERVICES® LTD.**

Eva M. Pelfrey

*Suite 506-2001 Jefferson Davis Highway*
*Arlington, Virginia 22202*
*(703) 415-0680*

*F A X No. (703) 415-0682*

September 30, 1995

Re: S.N. 08/ 378,998, Filed 01/27/95
    to Chum
    Your Ref:
    My Ref:    5092053

Dear Mr. McKinney:

In the matter of the above-mentioned application, this is to advise that the Extension of Time and related papers were hand-delivered personally to Examiner Wu in Group Art Unit 150 September 21, 1995 as shown by the enclosed, date-initialed receipt.

Best regards.

*Jason*

C- 40,121-AB

Received in the U.S. Patent and Trademark Office:
3 Mo. Ext. of Time plus 2 copies
Added Claims Fee Sheet plus 2 copies
Response After Final Rejection
Declaration of Ronald P. Markovich

| | |
|---|---|
| Applicant: | Pak-Wing Steve Chum |
| Serial No.: | 08/378,998 |
| Filed: | January 27, 1995 |
| Title: | FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS |

OKM/mfg

EX. B PAGE 125

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum et al.

Serial No.:  08/378,998          Group Art Unit:  1505

Filed:  January 27, 1995          Examiner:  David Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS


Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

OCT - 9 1996

Sir:

<u>EXTENSION OF TIME</u>

Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire July 18, 1995 in
this application be extended for a period of three (3) month(s),
the extended period then expiring on October 18, 1995.  This is a
first request for an extension of time.

Please charge $870 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                          Respectfully submitted,

                    By
                          Osborne K. McKinney
                          Registration No. P-40,084
                          Phone: (409) 238-7889

Freeport, Texas 77541

OKM/mfg
C-40,121-AB



MAILED TO MID

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/378,998 | 01/27/95 | CHUM | P C-40,121-AB |

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX 77541

15M2/1214

| WU, D | EXAMINER |
|---|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | 20 |

DATE MAILED:
12/14/95

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents



RECEIVED
DEC 20 1995
PATENT DEPT. TE

PTOL-90 (Rev. 6/84)

2 - APPLICANT'S COPY

EX. B PAGE 127



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
FREEPORT TX 77541

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|
| | 20 |

DATE MAILED:

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____ 4-18-95 _____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

David Wu

**DAVID W. WU**
**PRIMARY EXAMINER**
**GROUP 1500**

PTO-1432 (REV. 5-83)



c. 401 ... ED TO MIDDitigion >

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Fee Sheet x 2;

NOV 29 1995

Title: Fabricated Articles made From Ethylene
Polymer Blends

Applicant: Pak-wing Steve Chum, et al.

Pages of Spec: 33

Number of Claims: 30

Sheets of Drawings: _

Declaration attached.

Fee:    $ 1046.00 charged to our Deposit Account

MAIL ROOM
OCT
18
1995
25
U.S. TRADEMARK OFF.

SPK / su        88/544497

PTO-103X
(Rev. 8-95)
FILING RECEIPT   MAILED TO MOTA

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/544,497 | 10/18/95 | 1505 | $1,048.00 | C-40,121-AU | 2 | 30 | 4 |

OSBORNE K MCKINNEY
2301 BRAZOSPORT BLVD B-1211
FREEPORT TX 77541



RECEIVED
DEC - 5 1995
PATENT DEPT. TEXAS

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)

PAK-WING S. CHUM, LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX; GEORGE W. KNIGHT, LAKE JACKSON, TX; SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
THIS APPLN IS A CON OF 08/378,998 01/27/95
WHICH IS A CIP OF 07/776,130 10/15/91 PAT 5,272,236

FOREIGN FILING LICENSE GRANTED 11/28/95
TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 526

(reverse)

EX. B PAGE 130

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Docket No. C-40,121-AU
Anticipated Classification of this Application:
  Class __526__ - ___ Subclass _____
Prior Application:
  Examiner __David Wu__
  Art Unit __1505__

"Express Mail" mailing label number TB192922488US
Date of Deposit October 18, 1995
  I hereby certify that this paper or fee is being deposited with the United States Postal Service, with sufficient postage "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

Stephen P. Krupp
(Typed or printed name of person mailing paper or fee)

_____
(Signature of person mailing paper or fee)

The Commissioner of Patents and Trademarks
Washington D.C. 20231

Sir:

This is a request for filing a ☒ continuation )
                                  divisional )
application under 37 CFR 1.60 and claiming benefit under 35 USC 120
of pending prior application Serial No. __08378,998__
filed on __January 27, 1995__ of __Pak-Wing Steve Chum; Ronald P. Markovich; George W. Knight; Shih-Yaw Lai__.
for __FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS__.

1. ☒ Enclosed is a copy of the prior application, including the oath or declaration as originally filed.

2. ☐ Cancel in this application original claims _____ of the prior application before calculating the filing fee.

3. ☒ The filing fee is calculated below.

| For | Number Filed | | Number Extra | Rate | Basic Fee |
|---|---|---|---|---|---|
| | | | | | $750.00 |
| Total Claims | 30 | - 20 = | 10 | x $ 22.00 = | 220 |
| Independent Claims | 4 | - 3 = | 1 | x $ 78.00 = | 78 |
| Multiple Dependent Claims Presented | | | | $250.00 = | |
| Total Filing Fee ─────────────── = | | | | | $ 1,048 |

4. ☒ The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Account No. 04-1512  This sheet is enclosed in triplicate.

5. ☒ Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application. This is a ☒ continuation  divisional  of application Serial No. , __08378,998__ filed __January 27, 1995__. --

6. ☐ Transfer the drawings from the prior application to this application and abandon said prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in the prior application file. (May only be used if signed by person authorized in Rule 138 and before payment of base issue fee.)

7. ☒ New drawings are enclosed.

8. ☒ The prior application is assigned to __The Dow Chemical Company__ by virtue of an unrecorded assignment.
   ☐ The prior application is assigned of record to _____ and is
   recorded at Reel No. _____ Frame No. _____

9. ☒ The inventorship of this application is the same as that of the prior copending U.S. application.
   Fewer inventors are to be named in this application than in the prior copending U.S. application. Delete
   _____ as inventor(s) in this application.

10. ☒ The Power of Attorney in the prior application is to STEPHEN P. KRUPP, Reg. No. 34,366; L. Wayne White, Reg. No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128
    Please address all communications to __Osborne K. McKinney, 2301 Brazosport Blvd., B-1211; Freeport, Texas 77541.__
    a. ☒ The power appears in the original papers in the prior application.
    b. ☐ The power does not appear in the original papers. A copy of the power in the prior application is enclosed.
    c. ☒ Recognize as Associate Attorney __Osborne K. McKinney__ whose
       Registration No. is __P-40,084__ and whose phone number is __(409) 238-7889__.

11. ☐ A Preliminary Amendment is enclosed. (Claims added by this amendment have been properly numbered consecutively beginning with the number next following the highest numbered original claim in the prior application.)

12. ☐ A new Disclosure Statement is enclosed.
    ☐ Applicant(s)' Disclosure Statement is as filed with the parent application (copy attached).

13. ☒ I hereby verify that the attached papers are a true copy of prior application Serial No. __08/378,998__ as originally filed on __January 27, 1995__, with the exception that the attorney's docket number in the lower left-hand corner of each paper has been adjusted to reflect the instant application.

The undersigned declares further that all statements made herein of his/her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements may jeopardize the validity of the application or any patent issuing thereon.

__10-18-95__
(Date)

_____
Stephen P. Krupp
Registration No. 34,366
Phone: 409-238-2889

C-40,121-AU

# PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:   Pak-Wing Steve Chum, et al.

Art Unit:  1505
Examiner:    D. Wu

Serial No.:    08/544,497
Filed:            October 18, 1995
Attorney Docket No.:      C-40,121-AU

For:    FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
            BLENDS

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

OCT - 9 1996

Attention:      APPLICATION PROCESSING DIVISION'S
                      CUSTOMER CORRECTION BRANCH

### REQUEST FOR CORRECTION OF FILING RECEIPT

Sir:

Applicants hereby request that the Filing Receipt be corrected to include reference to application number 08/054,379 such that the section captioned "CONTINUING DATA AS CLAIMED BY APPLICANT" recites:

"THIS APPLN IS A CON OF 08/378,998  01/27/95 WHICH IS A CON OF 08/054,379  04/28/93 WHICH IS A CIP OF 07/776,130  10/15/91  PAT 5,272,236"

Documentation to support the above correction is being submitted herewith as attachments.  The documentation includes Office Stamped Postcards, Declarations, Fee Sheets and Extension of Time petitions.

Respectfully submitted,

By

Osborne K. McKinney
Registration No. 40,084
Phone: (409) 238-7889

Dated:  October 8, 1996
The Dow Chemical Company
Patent Department
Building B-1211
Freeport, Texas 77541
OKM/okm

EX. B PAGE 132

MAY 11 1993    08/054379

C- 40,121-G

*Continuation-in-Part*

Received **NEW PATENT APPLICATION** in the U.S. Patent
Office re: Fee Sheet plus 2 copies

Title: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

Applicant: Pak-Wing Steve Chum, et al.
Pages of Spec:
Number of Claims: 30
Sheets of Drawings: 2
Declaration attached. Yes
Fee:    $1,004.00    charged to our Deposit Account.

MAIL ROOM
APR 28 1993
PAT. & TRADEMARK OFF.

LWW/mfg

MAILED TO MIDLAND

EX. B PAGE 133

C. 40,121-G

Received in the U.S. Patent and Trademark Office:
Declaration and Power of Attorney  .
Fee sheet for filing declaration + 2 copies

Applicant:   Pak-Wing Steve Chum.
Serial No.:  08/054,379
Filed:       April 28, 1993
Title:       FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
             BLENDS

LWW/mfg
7/7/93

JUL 26 1993

EX. B PAGE 134

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum

Serial No.:    08/054379        Group Art Unit:

Filed:         April 28, 1993  Examiner:

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER
      BLENDS

> I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING
> DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS
> FIRST CLASS MAIL IN AN ENVELOPE ADDRESSED TO:
> COMMISSIONER OF PATENTS AND TRADEMARKS, WASH-NGTON,
> D.C. 20231, On  July 7, 1993
>                  DATE OF DEPOSIT
>               Margaret Greene
> PRINT OR TYPE NAME OF PERSON SIGNING CERTIFICATE
>               _Margaret Greene_
> SIGNATURE OF PERSON SIGNING CERTIFICATE
>               _July 7, 1993_
>                  DATE OF SIGNATURE

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### FILING OF DECLARATION

Filed herewith is the Declaration and Power of
Attorney in the above-identified patent application.
The filing date of the application is as noted above.

The $130.00 fee for the separate filing of this
Declaration required under 37 CFR 1.16(e) may be charged
to our Deposit Account No. 04-1512.  Duplicate copies of
this sheet are enclosed.

Respectfully submitted,

By _L. Wayne White_

L. Wayne White
Registration No. 25,415
Phone:  409-238-2149

Freeport, Texas 77541
LWW/mfg

C-40,121-G            -1-

EX. B PAGE 135

This Declaration and Power of Attorney 1000 is in the ENGLISH langu. ̧e and has the same meaning in other languages with the same 1000 .. Ser

# DECLARATION AND POWER OF ATTORNEY

USA/PCT

As a below named inventor, I hereby declare that:

(a) My residence and Citizenship are as stated below my name. My P.O. (mailing) address is the same as my residence unless otherwise stated.

(b) I verily believe I am/we are the original, first and sole/joint inventor(s) of the subject matter which is embraced by and for which a patent is sought on the invention entitled: FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

and the specification of which:      is attached hereto (C·).

(check one)    X    was filed on April 28, 1993         as (C- 40,121-G).
Application No 08/054379
and was amended on _____

(c) I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

(d) I acknowledge my duty under 37 CFR 1.56 to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 CFR 1.56(b). I acknowledge the same duty of disclosure with respect to information which is first published or which arises after the filing date of any prior application claimed under paragraph (f) to the extent that the subject matter of any claim of this application is not disclosed in the prior United States application.

(e) I hereby claim foreign priority benefits under Title 35, United States Code § 119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

PRIOR FOREIGN APPLICATION(S)                          PRIORITY CLAIMED

| Number | Country | Day/Month/Year Filed | YES | NO |
|--------|---------|----------------------|-----|-----|
|  |  |  |  |  |

(f) I hereby Claim the benefit under Title 35, United States Code § 120 of any United States applications(s) listed below:

| 07/776,130 | October 15, 1991 | Pending |
|------------|------------------|---------|
| Application Serial No. | Filing Date | Status (Patented, Pending, Abandoned) |

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith. Address all correspondence to: THE DOW CHEMICAL COMPANY, Patent Dept., B-1211, Freeport, TX 77541 and telephonic communications to the following:

| (1) | Stephen P. Krupp | (TEL (409)238-2889 | Reg. No | 34,366 |
|-----|------------------|--------------------|---------|--------|
| (2) | L. Wayne White |  | Reg. No | 25,415 |
| (3) | Glenn H. Korfhage |  | Reg No | 27,204 |
| (4) | Richard G. Waterman |  | Reg. No. | 20,128 |

This appointment, including the right to delegate this appointment, shall also apply to the same extent to any proceedings established by the Patent Cooperation Treaty.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both under Title 18, United States Code § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor(s):

At Freeport, Texas 77541, U.S.A

this   7th   day of   June   19 93

Signature   *(signature)*
Full Name:   Pak-Wing Steve Chum
Residence:   126 Juniper Street
City, State, Zip:   Lake Jackson, Texas 77566
Country:   United States of America
Citizenship:   United States of America
P.O. Address:   Same as Residence

At Freeport, Texas 77541, U.S.A.

this   8th   day of   June   19 93

Signature   *(signature)*
Full Name:   Ronald P. Markovich
Residence:   1403 Bayou Oak Drive
City, State, Zip:   Friendswood, Texas 77546
Country:   United States of America
Citizenship:   United States of America
P.O. Address:   Same as Residence

At Freeport, Texas 77541, U.S.A.

this   7   day of   June   19 93

Signature   *(signature)*
Full Name:   George W. Knight
Residence:   1618 North Road
City, State, Zip:   Lake Jackson, Texas 77566
Country:   United States of America
Citizenship:   United States of America
P.O. Address:   Same as Residence

At Freeport, Texas 77541, U.S.A.

this   8th   day of   June   19 93

Signature   *(signature)*
Full Name:   Shih-Yaw Lai
Residence:   4523 Bermuda Drive
City, State, Zip:   Sugar Land, Texas 77479
Country:   United States of America
Citizenship:   United States of America
P.O. Address:   Same as Residence

( ) Additional names and signatures are attached.

EX. B PAGE 136



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 08/061,1?? | 04/28/?? | C1??? | C.30121G |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. ? 1211
MIDLAND, MI ?584                                    0000

DATE MAILED: 05/21/93

**NOTICE TO FILE MISSING PARTS OF APPLICATION**
**FILING DATE GRANTED**

An Application Number and Filing Date have been assigned to this application. However, the items indicated below are missing. The required items and fees identified below must be timely submitted ALONG WITH THE PAYMENT OF A SURCHARGE for items 1 and 3-6 only of $130.00 for large entities or $65.00 for small entities who have filed a verified statement claiming such status. The surcharge is set forth in 37 CFR 1.16(e).

If all required items on this form are filed within the period set below, the total amount owed by applicant as a ☒ large entity, ☐ small entity (verified statement filed), is $130.00

Applicant is given ONE MONTH FROM THE DATE OF THIS LETTER, OR TWO MONTHS FROM THE FILING DATE of this application, WHICHEVER IS LATER, within which to file all required items and pay any fees required above to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

1. ☐ The statutory basic filing fee is: ☐ missing. ☐ insufficient. Applicant as a ☐ large entity ☐ small entity, must submit $_____ to complete the basic filing fee.

2. ☐ Additional claim fees of $_____ as a ☐ large entity, ☐ small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.

3. ☐ The oath or declaration:
   ☐ is missing.
   ☐ does not cover items omitted at time of execution.

   An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date is required.

4. ☐ The oath or declaration does not identify the application to which it applies. An oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

5. ☒ The signature to the oath or declaration is: ☒ missing; ☐ a reproduction; ☐ by a person other than the inventor or a person qualified under 37 CFR 1.42, 1.43, or 1.47. A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

6. ☐ The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____. An oath or declaration listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

7. ☐ The application was filed in a language other than English. Applicant must file a verified English translation of the application and a fee of $_____ under 37 CFR 1.17(k), unless this fee has already been paid.

8. ☐ A $_____ processing fee is required for returned checks. (37 CFR 1.21(m)).

9. ☐ Your filing receipt was mailed in error because check was returned without payment.

10. ☐ The application does not comply with the Sequence Rules. See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

11. ☐ Other.

Direct the response and any questions about this notice to _____ Application Processing Division, Special Processing and Correspondence Branch (703) 308-1202.

**FILING RECEIPT**

SEP 2 1993



UNITED STATES DE... ...MENT OF COMMERCE
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/054,379 | 04/28/93 | 1503 | $1,134.00 | C40121G | 2 | 30 | 4 |

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)    PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT-
    THIS APPLN IS A CIP OF  07/776,130 10/15/91

FOREIGN FILING LICENSE GRANTED 08/26/93
TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 528

MAILED TO MIDLAND

(see reverse)

EX. B PAGE 138

C- 40.121-G

**Received in the U.S. Patent and Trademark Office:**

Extension of Time (Original & 2 c

**Applicant:** Pak-Wing Steve Chum, et a
**Serial No.:** 08/054,379
**Filed:** April 28, 1993
**Title:** FABRICATED ARTICLES MADE FROM ETHYLENE
POLYMER BLENDS

LWW/jka

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum, et al.

Serial No.:  08/054,379          Group Art Unit:  1505

Filed:  April 28, 1993           Examiner:  D. Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

"Express Mail" mailing label number TB 184 380 515
Date of Deposit January 27, 1995
I hereby certify that this paper or fee is being deposited with
the United States Postal Service, with sufficient postage "Express
Mail Post Office to Addressee" service under 37 CFR 1.10 on the
date indicated above and is addressed to the Commissioner of
Patents and Trademarks, Washington, D.C. 20231
Jan Alverson
(Typed or printed name of person mailing paper or fee)
_Jan Alverson_
(Signature of person mailing paper or fee)

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### EXTENSION OF TIME

        Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire October 27, 1994
in this application be extended for a period of three (3)
month(s), the extended period then expiring on January 27, 1995.
This is a second request for an extension of time.

        Please charge $870.00 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

                    Respectfully submitted,

                    By _L. Wayne White_
                       L. Wayne White
                       Registration No. 25,415
                       Address:  Bldg. B-1211
                       Freeport, Texas  77541
                       Phone:  409-238-2149

LWW/jka

MAILED TO MIDI



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/054,379 | 04/28/93 | CHUM | P | C40121G |

15M2/0306

THE DOW CHEMICAL CO.
PATENT DEPARTMENT
BLDG. B-1211
DALLAS, TX 77541

R E C E I V

MAR 10 1995

PATENT DEPT. TEXAS

| | EXAMINER | |
|---|---|---|
| | HILL, P | |
| ART UNIT | PAPER NUMBER |
| 1505 | 8 |

DATE MAILED:     03/06/95

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____ 7/27/94 _____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

_David Wu_

P  DAVID W. WU
PATENT EXAMINER
GROUP 1500

PTO-1432 (REV. 5-83)

EX. B PAGE 141

C-    40,121-AB

RECEIVED

FEB - 8 1995

PATENT DEPT. TEXAS

**Received NEW PATENT APPLICATION in the U.S. Patent**
**Office re:** Rule 1.62 Continuation Fee Sheet
                (original & 2 copies)
**Title:**     FABRICATED ARTICLES MADE FROM ETHYLENE
                POLYMER BLENDS
**Applicant:** Pak-Wing Steve Chum, et al.
~~Pages of Spec.~~
**Number of Claims:** 15
**Sheets of Drawings:** 0
~~Declaration attached~~
**Fee:** $ 730.00    **charged to our Deposit Account**

LWW/ika                    Mailed via Express Mail
                           January 27, 1995

                           08/378998

O-103X
v. 7-93)

**FILING RECEIPT**

**UNITED STATES** RTMENT OF COMMERCE
Patent and Trademark Office
**ASSISTANT SECRETARY AND COMMISSIONER**
**OF PATENTS AND TRADEMARKS**
Washington, D.C. 20231

MAILED TO MCLEAN

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 08/378,998 | 01/27/95 | 1505 | $730.00 | C-40.121-AB | 2 | 15 | 2 |

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX 77541

RECEIVED
MAR 3 1995
PATENT DEPT. TEXAS

Receipt is acknowledged of this patent application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)
PAK-WING STEVE CHUM, LAKE JACKSON, TX; GEORGE W. KNIGHT,
LAKE JACKSON, TX; RONALD P. MARKOVICH, FRIENDSWOOD, TX;
SHIH-YAW LAI, SUGAR LAND, TX.

CONTINUING DATA AS CLAIMED BY APPLICANT—
THIS APPLN IS A CON OF  08/054,379 04/28/93
WHICH IS A CON OF  07/776,130 10/15/91    PAT 5,272,236

TITLE
FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

PRELIMINARY CLASS: 526

(see reverse)

EX. B PAGE 143

IN T~   UNITED STATES PATENT AND TRADEMA~~ ( CE

Applicant(s):  Pak-Wing Steve Chum, et al.
Serial No.:  08/054,379
Filed:  April 28, 1993
Group Art Unit:  1505
Examiner:  D. Wu
For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

BOX FWC
The Commissioner of Patents and Trademarks
Washington D.C. 20231

"Express Mail" mailing label number IB 184 380 515
Date of Deposit January 27, 1995
    I hereby certify that this paper or fee is being deposited with the United States Postal Service, with sufficient postage "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231

Jan Alverson
(Typed or printed name of person mailing paper or fee)

_Jan Alverson_
(Signature of person mailing paper or fee)

Sir:

This is a request for filing a   ☒ continuation                )
                                 ☐ divisional                   ) application under
                                 ☐ continuation-in-part         ) 37 C.F.R. 1.62.

1. The following information is provided in accordance with 37 C.F.R. 1.62(h) (if different from originally filed or that stated in the Declaration and Power of Attorney presently of record) :
   (a)  Title:

   (b)  Names and addresses of Applicant(s):

2. Priority claim ☐ has  ☒ has not  been made pursuant to 35 USC 119, and if so, is identified as follows:

3.  ☐  Cancel in this application claims _____ of the prior application before calculating the filing fee.

4.  ☐  A Preliminary Amendment is enclosed.

5.  ☒  The filing fee is calculated below.

| For | Number Filed | | | Number Extra | | Rate | Basic Fee $730.00 |
|---|---|---|---|---|---|---|---|
| Total Claims | 15 | - 20 | = | 0 | x | $ 22.00 = | 0 |
| Independent Claims | 2 | - 3 | = | 0 | x | $ 76.00 = | 0 |
| Multiple Dependent Claims Presented | | | | | | $240.00 = | 0 |
| Total Filing Fee | | | | | | = | $ 730 |

6.  ☒  The Commissioner is hereby authorized to charge any fees which may be required, or credit any overpayment, to Account No. 04-1512. This sheet is enclosed in triplicate.

7.  ☒  Amend the specification by inserting after Title of the Invention: -- Cross-Reference to Related Application. This is a ☒ continuation ☐ divisional ☐ continuation-in-part of application Serial No. __08/054,379__, filed ___April 28, 1993___ . --

8.  ☐  A new declaration or oath is attached pursuant to 37 C.F.R. 1.62(c).

9.  ☐  New drawings are enclosed.

10. ☒  The inventorship of this application is the same as that of the prior copending U.S. application.
    ☐  Fewer inventors are to be named in this application than in the prior copending U.S. application. Delete _____ as inventor(s) in this application.
    ☐  The inclusion of additional claimed subject matter in this application requires that additional inventor(s) be named. The additional inventor(s) are identified in No. 1 above and a new oath or declaration is enclosed.

11. ☐  Enter the amendment previously filed on _____, but unentered, in the prior application.

12. ☐  A new Disclosure Statement is enclosed.
    ☒  Applicant(s)' Disclosure Statement is as filed with the parent application.

13. ☒  The Power of Attorney in the prior application is to ___STEPHEN P. KRUPP, Reg. No. 34,366; L. Wayne White, Reg. No. 25,415; Glenn H. Korfhage, Reg. No. 27,204; Richard G. Waterman, Reg. No. 20,128__ .
    Please address all communications to __The Dow Chemical Company__, Patent Department, B-1211, 2301 N. Brazosport Blvd., Freeport, Texas 77541.
    a. ☒  The power appears in the original papers in the prior application.
    b. ☐  The power does not appear in the original papers. A copy of the power in the prior application is enclosed.
    c. ☒  Recognize as Associate Attorney __Noreen D. Warrick__ whose Registration No. is __34,573__ and whose phone number is __409-238-4510__ .

_1/ 27/ 95_
(Date)

_L. Wayne White_
L. Wayne White
Registration No. 25,415
Phone: 409-238-2149

C-40,121-AB
NDW/jka

CRYSTAL PATENT SERVICES® LTD.

Eva M. Pelfrey

*Suite 506-2001 Jefferson Davis Highway*
*Arlington, Virginia 22202*
*(703) 415-0680*

*F A X No. (703) 415-0682*

September 30, 1995

Re: S.N. 08/ 378,998, Filed 01/27/95
to Chum
Your Ref:
My Ref:    5092053

Dear Mr. McKinney:

In the matter of the above-mentioned application, this is to
advise that the Extension of Time and related papers were
hand-delivered personally to Examiner Wu in Group Art Unit 150
September 21, 1995 as shown by the enclosed, date-initialed receipt.

Best regards.

Jason

C- 40,121-AB

Received in the U.S. Patent and Trademark Office:
3 Mo. Ext. of Time plus 2 copies
Added Claims Fee Sheet plus 2 copies
Response After Final Rejection
Declaration of Ronald P. Markovich

Applicant:    Pak-Wing Steve Chum
Serial No.:   08/378,998
Filed:        January 27, 1995
Title:        FABRICATED ARTICLES MADE FROM
              ETHYLENE POLYMER BLENDS

OKM/mfg

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):  Pak-Wing Steve Chum et al.

Serial No.:  08/378,998        Group Art Unit:  1505

Filed:  January 27, 1995        Examiner:  David Wu

For:  FABRICATED ARTICLES MADE FROM ETHYLENE POLYMER BLENDS

Hon. Commissioner of Patents & Trademarks
Washington, D.C. 20231

Sir:

### EXTENSION OF TIME

Applicant(s) hereby request(s) that the shortened
statutory period for response now set to expire July 18, 1995 in
this application be extended for a period of three (3) month(s),
the extended period then expiring on October 18, 1995.  This is a
first request for an extension of time.

Please charge $870 to our Deposit Account No. 04-1512.
If this estimate is incorrect, please charge or credit our
account accordingly.  Two duplicate copies of this sheet are
enclosed.

Respectfully submitted,

By _____
Osborne K. McKinney
Registration No. P-40,084
Phone: (409) 238-7889

Freeport, Texas 77541

OKM/mfg
C-40,121-AB

 MAILED TO MID

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/378,998 | 01/27/95 | CHUM | P   C-40,121-AB |

15M27/1214

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
2301 NORTH BRAZOSPORT BLVD
FREEPORT TX  77541

| WU.D  EXAMINER | |
|---|---|
| ART UNIT | PAPER NUMBER |
| 1505 | 20 |

DATE MAILED:
12/14/95

**Please find below a communication from the EXAMINER in charge of this application.**

Commissioner of Patents



RECEIVED
DEC 20 1995
PATENT DEPT. TX

2 - APPLICANT'S COPY

EX. B PAGE 147



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

THE DOW CHEMICAL COMPANY
PATENT DEPARTMENT B 1211
FREEPORT TX 77541

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|

12/14/95

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | 20 |

DATE MAILED:

### NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _____4-18-95_____ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (I), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

*David Wu*

**DAVID W. WU**
**PRIMARY EXAMINER**
**GROUP 1500**

PTO-1432 (REV. 5-83)



c. 40161NG01 TO MIDDIE TON -

Received NEW PATENT APPLICATION in the U.S. Patent
Office re: Fee Sheet x 2;

Title: Fabricated Articles made from ethylene
      Polymer Blends

Applicant: Pak-Wing Steve Chum, et al.
Pages of Spec: 33
Number of Claims: 30
Sheets of Drawings: —
Declaration attached.
Fee:    $ 1046.00 charged to our Deposit Account

SPK/su    88/544497