## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | |
| (CANADA) and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | **PUBLIC VERSION** |
| | ) | |
| Defendants. | ) | |

### EXHIBIT TO DOW'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        *Attorneys for Plaintiff*
        *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Aaron A. Barlow
Raymond N. Nimrod
Darrick J. Hooker
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Confidential Version Filed: August 28, 2008
Public Version Filed: September 5, 2008

# REDACTED IN ITS ENTIRETY