IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-737 (JJF) |
| | ) | |
| NOVA CHEMICALS CORPORATION | ) | **JURY TRIAL DEMANDED** |
| (CANADA), and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants Nova Chemicals Corporation and Nova Chemicals Inc., hereby certifies that true and correct copies of the following documents were caused to be served on April 17, 2009, upon the following attorneys of record at the following addresses as indicated:

EXPERT REPORT OF CHELTON D. TANGER, Exs. 1-5

EXPERT REPORT OF KIMBERLY B. MCAULEY, PH.D., Exs. A-G

REBUTTAL EXPERT REPORT OF DR. CHARLES STANLEY SPEED, A-C

**VIA ELECTRONIC MAIL**

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
rsmith@mnat.com

Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
abarlow@jenner.com

Paul D. Margolis
Jenner & Block LLP
333 North Wabash Avenue
Chicago, IL  60611
pmargolis@jenner.com

| | |
|---|---|
| OF COUNSEL:<br><br>Ford F. Farabow, Jr.<br>Ronald A. Bleeker<br>Joann M. Neth<br>Martin I. Fuchs<br>Mark J. Feldstein<br>Jeffrey W. Abraham<br>Troy A. Petersen<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>Tel: (202) 408-4000<br><br><br>H. Woodruff Turner<br>Thomas A. Donovan<br>Robert D. Yeager<br>Brian P. Anderson<br>KIRKPATRICK & LOCKHART<br>  PRESTON GATES ELLIS LLP<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Tel: (412) 355-6478<br><br>Dated: April 22, 2009<br>912977 / 29645 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ *David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    D. Fon Muttamara-Walker (#4646)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    fmuttamara-walker@potteranderson.com<br><br>*Attorneys for Defendants*<br>*NOVA Chemicals Corporation (Canada), and*<br>*NOVA Chemicals Inc. (Delaware)* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 22, 2009, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 22, 2009, the attached document was Electronically Mailed to the following person(s):

Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
rdsefiling@mnat.com

Harry J. Roper
Steven R. Trybus
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
hroper@jenner.com
strybus@jenner.com
abarlow@jenner.com

Darrick J. Hooker
Paul D. Margolis
Jenner & Block LLP
333 North Wabash Avenue
Chicago, IL  60611
dhooker@jenner.com
pmargolis@jenner.com

James R. Ferguson
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606
jferguson@mayerbrown.com

Raymond N. Nimrod
Joseph Milowic III
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue
22nd Floor
New York, NY  10010
raynimrod@quinnemanuel.com
josephmilowic@quinnemanuel.com

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
D. Fon Muttamara-Walker
POTTER ANDERSON & CORROON LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com
fmuttamara-walker@potteranderson.com

743809 / 29645