IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE DOW CHEMICAL COMPANY, :
:
      Plaintiff, :
:
v. : Civil Action No. 05-737-JJF
:
NOVA CHEMICALS CORPORATION :
(CANADA), and NOVA CHEMICALS :
INC. (Delaware), :
:
      Defendants. :
:

**ORDER**

At Wilmington, this 14th of May 2010, for the reasons set forth in the Memorandum Opinion to be issued;

IT IS HEREBY ORDERED that:

1. Nova Chemicals Corporation and Nova Chemical Inc.'s Motion For Summary Judgment Of Invalidity Based On Dow's "Slope Of Strain Hardening Coefficient" Limitation (D.I. 254) is **DENIED**;

2. The Dow Chemical Company's Motion For Summary Judgment That The Claims Of The '053 And '023 Patents Are Not Invalid For Lack Of Written Description (D.I. 263) is **DENIED**; and

3. The Dow Chemical Company's Motion For Partial Summary Judgment On Nova's New Written Description Defense Based On Dow's Slope Of Strain Hardening Coefficient" Limitation (D.I. 291) is **DENIED**.

                                                            */s/ Joseph J. Farnan Jr.*
                                                  UNITED STATES DISTRICT JUDGE