IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE DOW CHEMICAL COMPANY,            :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 05-737-JJF
                                     :
NOVA CHEMICALS CORPORATION           :
(CANADA), and NOVA CHEMICALS         :
INC. (Delaware),                     :
                                     :
        Defendants.                  :
                                     :

**ORDER**

At Wilmington, this __20__ of May 2010, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' Motion For Summary Judgment Of Non-Infringement And/Or Invalidity Of The '023 Patent (D.I. 257) is **DENIED**.

2. Defendants' Motion To Strike Dow's Untimely Expert Declarations (D.I. 322) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE