*filed in open court June 15, 2010. jms.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 05-737 (JJF) |
| NOVA CHEMICALS CORPORATION | ) | |
| (CANADA), and NOVA CHEMICALS INC. | ) | |
| (DELAWARE), | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

I. INFRINGEMENT QUESTIONS

(1) Did Dow prove by a preponderance of the evidence that FPs016 category polymers infringe any claim of the Asserted Patents?

Yes: ✓ (For Dow)     No: _____ (For NOVA)

(2) Did Dow prove by a preponderance of the evidence that FPs117 category polymers infringe any claim of the Asserted Patents?

Yes: ✓ (For Dow)     No: _____ (For NOVA)

(3) Did Dow prove by a preponderance of the evidence that FPs317 category polymers infringe any claim of the Asserted Patents?

Yes: ✓ (For Dow)     No: _____ (For NOVA)

(4) Did Dow prove by a preponderance of the evidence that NOVA's XJS polymers infringe a claim of the Asserted Patents?

Yes: ✓ (For Dow)     No: _____ (For NOVA)

## II. INVALIDITY QUESTIONS

(5) Did NOVA prove by clear and convincing evidence that the Asserted Patents are invalid because they lack an adequate written description of the claimed invention?

Yes: _____    No: ____✓____
     (For NOVA)             (For Dow)

---

(6) Did NOVA prove by clear and convincing evidence that the claims of the Asserted Patents are invalid because the claims are indefinite?

Yes: _____    No: ____✓____
     (For NOVA)             (For Dow)

---

(7) Did NOVA prove by clear and convincing evidence that the claims of Asserted Patents are invalid because the invention defined in the claims of the Asserted Patents would have been obvious to a person of ordinary skill in the field of the invention as of the date of the invention?

Yes: _____    No: ____✓____
     (For NOVA)             (For Dow)

III. DAMAGES QUESTIONS

**Only if you answered "Yes" to an Infringement Question (1-4) and "No" to all of the Invalidity Questions (5-7), answer the Damages Questions (8-9) below.**

(8) How much did Dow prove it is entitled to as a result of NOVA's infringement of the Asserted Patents?

Amount $ 61,770,994.60

(9) Of this amount, how much was for a reasonable royalty: $ 4,323,969.62 and how much was for lost profits: $ 57,447,024.98.


Dated: 6-15-10 , 2010            Signed:

                                                    ⎯⎯⎯⎯
                                                    For

4