```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

THE DOW CHEMICAL COMPANY,          :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 05-737-JJF
                                   :
NOVA CHEMICALS CORPORATION         :
(CANADA), and NOVA CHEMICALS       :
INC. (Delaware),                   :
                                   :
        Defendants.                :

## ORDER

WHEREAS, the Court held a jury trial in this action in which a verdict was reached on June 15, 2010, and a bench trial on June 16, 2010;

WHEREAS, there are a number of pending motions filed by both Plaintiff The Dow Chemical Company ("Dow") and Defendants Nova Chemicals (Canada) and Nova Chemicals (Delaware) (collectively "Nova");

WHEREAS, the completion of the trials renders the majority of the pending motions moot;

NOW THEREFORE, IT IS HEREBY ORDERED that:

(1) Nova's Motion To Compel Production of Withheld Document (D.I. 124) is **DENIED**;

(2) Nova's Sealed Motion to Compel Dow to Produce Documents For Which Privilege Has Been Waived (D.I. 171) is **DENIED**;

(3) Dow's Motion for Summary Judgment That The Claims Of The '053 And '023 Patents Are Not Invalid For Failure To Disclose The Best Mode (D.I. 260) is **DENIED**;

(4) Nova's Motion To Dismiss Complaint Under Fed. R. Civ. P. 12(b)(1) For Lack of Standing (D.I. 318) is **DENIED**;

(5) Nova's Daubert Motion To Exclude Expert Testimony of Dr. Soares (D.I. 349) is **DENIED**;

(6) Nova's Daubert Motion To Exclude Expert Testimony Of Dr. Hsiao (D.I. 352) is **DENIED**;

(7) Dow's Sealed Motion For Leave To File Surreply Brief In Opposition To Nova's Motion To Strike Dow's Untimely Expert Declarations (D.I. 381) is **DENIED**;

(8) Nova's Sealed Motion For Leave To File Surreply Brief Responding To New Argument Made In Dow's Reply Brief In Support Of Its Motion To File Surreply Brief In Opposition To Nova's Motion To Strike Dow's Untimely Expert Declarations (D.I. 398) is **DENIED**;

(9) Nova's Motion For Summary Judgment Of Invalidity Under 35 U.S.C. § 112, 1st Paragraph For Lack Of Written Description Of Dow's "SHC" Limitation In View Of The En Banc Ariad Decision (D.I. 465) is **DENIED**;

(10) Dow's Motion To Strike Michael J. Baab As A Trial Witness And Strike Nova's Supplement Exhibit Nos. DTX 691 And DTX 692 (D.I. 476) is **GRANTED**, as stated at the May 26, 2010, pre-trial hearing.

June 18, 2010
DATE

UNITED STATES DISTRICT JUDGE