IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-737-JJF |
| | : |
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (Delaware), | : |
| | : |
| Defendants. | : |

### O R D E R

WHEREAS, the Court conducted a jury trial in this action, and a verdict was returned in favor of Plaintiff in the amount of $61,770,994.60 in lost profits and royalty damages;

NOW THEREFORE, IT IS HEREBY ORDERED, in light of the jury verdict in favor of Plaintiff, that the following Motions are **DENIED** as moot:

1. Plaintiff's Motion For Judgment As A Matter of Law On Infringement (D.I. 512);

2. Plaintiff's Motion For Judgment As A Matter Of Law On Obviousness (D.I. 513);

3. Plaintiff's Motion For Judgment As A Matter Of Law On Written Description (D.I. 514); and

4. Plaintiff's Motion For Judgment As A Matter Of Law On Indefiniteness (D.I. 515).

July 30, 2010
DATE

UNITED STATES DISTRICT JUDGE