IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-737-JJF |
| NOVA CHEMICALS CORPORATION (CANADA), and NOVA CHEMICALS INC. (Delaware), | : |
| Defendants. | : |

**O R D E R**

At Wilmington, this 30 day of July 2010, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' Renewed Motion For Judgment As A Matter Of Law On The Issue Of Invalidity Under 35 U.S.C. § 112 Pursuant To Fed. R. Civ. P. 50 Or, In The Alternative, For A New Trial Under Fed. R. Civ. P. 59 (D.I. 553) is **DENIED**.

2. Defendants' Renewed Motion For Judgment As A Matter Of Law Under Fed. R. Civ. P. 50 That Plaintiff Is Not Entitled To Lost Profits, Limiting Award To Reasonable Royalty Damages And, In the Alternative, For A New Trial (D.I. 554) is **DENIED**.

3. Defendants' Renewed Motion For Judgment As A Matter Of Law On The Issue Of Non-Infringement Under Fed. R. Civ. P. 50 Or, In The Alternative, For A New Trial Under Fed. R. Civ. P. 59 (D.I. 555) is **DENIED**.

4.   Defendants' Motion For Judgment As A Matter Of Law On The Issue Of Non-Infringement (D.I. 500) is **DENIED** as moot.

5.   Defendants' Motion For Judgment As A Matter Of Law That Plaintiff Is Not Entitled To Lost Profits (D.I. 501) is **DENIED** as moot.

July 30, 2010
DATE

_____
UNITED STATES DISTRICT JUDGE