IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE DOW CHEMICAL COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-737-LPS |
| | : |
| NOVA CHEMICALS CORPORATION | : |
| (CANADA) and NOVA CHEMICALS INC. | : |
| (DELAWARE), | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington, this **20th** day of **August 2012,**

For the reasons stated during the August 17, 2012 hearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment on Nova's Antitrust Counterclaims (D.I. 627) is **DENIED** as moot.

2. Defendants' Motion for Summary Judgment of No Willful Infringement (D.I. 647) is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment on Nova's Antitrust Counterclaims (D.I. 649) is **GRANTED**.

4. The parties shall submit a joint letter, no later than Wednesday, August 22, 2012, informing the Court of their position(s) regarding whether the trial scheduled for December should be a bench trial or jury trial.

_____
UNITED STATES DISTRICT JUDGE